MICHAEL LINDSAY (SBN 110845)
mlindsay@nixonpeabody.com
IRENE SCHOLL-TATEVOSYAN (SBN 301568)
itatevosyan@nixonpeabody.com
ALICE KWAK (SBN 312939)
akwak@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, 41st Floor
Los Angeles, California 90071
Telephone:  (213) 629-6000
Facsimile:  (213) 629-6001

Attorneys for Plaintiffs
KAISER FOUNDATION HEALTH PLAN, INC.;
KAISER FOUNDATION HOSPITALS;
THE PERMANENTE MEDICAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP, INC.;<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION-UNITED HEALTHCARE WORKERS WEST,<br><br>                    Defendant. | Case No.:<br><br>**COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT**<br><br>**JURY DEMAND** |

4880-7457-5921.3

## I.    INTRODUCTION

1.    This is a suit for specific performance to compel Service Employees International Union-United Healthcare Workers West (SEIU-UHW, West) ("SEIU-UHW") to arbitrate the dispute described in this complaint as provided in its applicable collective bargaining agreements with Plaintiffs.

2.    Plaintiffs Kaiser Foundation Health Plan, Inc. ("KFHP"); Kaiser Foundation Hospitals ("KFH"); and The Permanente Medical Group, Inc. ("TPMG") (collectively, "Kaiser" or "Plaintiffs") are the employers under collective bargaining agreements with Defendant SEIU-UHW.

3.    Kaiser seeks an order from this Court compelling SEIU-UHW to comply with the terms of the collective bargaining agreements and submit the dispute described below to final and binding arbitration as required under the terms of the collective bargaining agreements between the parties.

4.    SEIU-UHW breached its collective bargaining agreements by engaging in a sympathy strike on or about November 18, 2021 in direct violation of the no strike provisions of the collective bargaining agreements.

5.    The collective bargaining agreements expressly provide that "every dispute concerning interpretation and application of th[e collective bargaining agreement] … shall be subject to the grievance [and arbitration] procedure."

6.    Despite this express language, the fact that there is plainly a dispute as to the breach of the no strike provision in each collective bargaining agreement, and Kaiser's express demands to submit this matter to arbitration and exhaustion of the grievance procedure, SEIU-UHW has refused to submit the dispute to arbitration, arguing that Kaiser's grievance escalations were untimely—an issue itself that must be submitted to arbitration.  Kaiser is thus forced to file this Petition to Compel with this Court.

7.    Controlling law, the express language of the collective bargaining agreements and the interests of judicial economy all plainly show that the terms of

the collective bargaining agreements should be enforced and that SEIU-UHW should be compelled to arbitrate the dispute under the terms of the collective bargaining agreements.

8. In the alternative, should the Court determine that the underlying dispute is not subject to arbitration, the Court should find that SEIU-UHW breached the collective bargaining agreements and enter judgment for Plaintiffs.

## II.    PARTIES

9. Plaintiff KFH, at all times herein mentioned, was and is a charitable, not-for-profit corporation with its principal place of business located in Oakland, California 94612. KFH operates hospitals and associated medical facilities in California, Oregon, and Hawaii.

10. TPMG, at all times herein mentioned, was and is a California corporation with its principal place of business in Oakland, California. TPMG is an incorporated group of physicians which provides and arranges for medical services at medical facilities in Northern California.

11. KFHP, at all times herein mentioned, was and is a non-profit corporation incorporated in California and a health care service plan licensed and regulated by the California Department of Managed Health Care pursuant to the Knox-Keene Act, with its principal place of business in Oakland, California. It contracts with KFH and TPMG for the provisions of hospitals and physician services, respectively, for Kaiser Permanente members. Kaiser Permanente is the trade name of a health maintenance organization providing prepaid comprehensive medical, surgical, and hospital services to voluntarily enrolled members.

12. The three Kaiser entities are employers in an industry affecting commerce as defined in 29 U.S.C. § 142(1).

13. Defendant SEIU-UHW, at all times mentioned herein, was and is a voluntary, unincorporated association commonly known as, and doing business as, a labor organization as that term is defined in 29 U.S.C. § 152. SEIU-UHW has

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

been the recognized collective bargaining representative for certain Kaiser healthcare workers in California for decades. SEIU-UHW maintains its headquarters in Oakland, California. Currently, SEIU-UHW represents approximately 60,000 healthcare workers employed by Kaiser in California.

## III.   JURISDICTION

14.   This suit for specific performance and to compel arbitration is brought under Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185 and the Federal Arbitration Act, Section 4, 9 U.S.C. § 4. Under LMRA Section 301 and 28 U.S.C. § 1337, this Court has jurisdiction without regard to the amount involved or the parties' citizenship.

## IV.   VENUE

15.   Venue is proper in this judicial district pursuant to 29 U.S.C. § 185, which provides that suits for violation for contacts between an employer and a labor organization may be brought in any district court having jurisdiction of the parties, and under 9 U.S.C. § 4. Venue is proper in this district because the Plaintiffs and SEIU-UHW maintain offices in this district and the claims at issue arose in this district (specifically, the sympathy strike activity occurred in Oakland and various facilities in this district throughout Northern California).

## V.   FACTUAL BACKGROUND

**The Parties' CBAs Prohibit SEIU-UHW from Engaging in a Sympathy Strike.**

16.   For more than 70 years, Kaiser has provided high-quality health care services to the citizens of California. As the largest nonprofit health plan in the United States, KFHP serves approximately 4.6 million members, connecting them with care at 21 hospitals and more than 250 medical offices in Northern California. TPMG physicians and other healthcare providers of TPMG and KFH provide high-quality care to KFHP members and other patients throughout Northern California.

17.   To maintain its high-quality of care and continuity of care to its patients, the negotiation of no-strike provisions in its collective bargaining agreements with

4

its unions is of utmost importance to Kaiser as *any* work stoppages by healthcare professionals or associated healthcare workers disrupt medical services and damage care delivery for patients, especially now, at a time where such shortages continue to plague healthcare systems throughout the United States.

18.    Kaiser and SEIU-UHW, along with its predecessor union SEIU Local 250, have an extensive history of collective bargaining.  The parties have, for more than 50 years, negotiated collective bargaining agreements, and numerous successor agreements, which contained no-strike and no lockout clauses, as each party recognized the particularly detrimental impact that work stoppages could have on patient care, among other things.

19.    SEIU-UHW is a party to a local collective bargaining agreement with Kaiser effective from October 1, 2019, through September 30, 2023, covering SEIU-UHW healthcare workers in Northern California ("CBA").[1]  (Exhibit 1, Article XXV, Duration of Agreement.).   (**Exhibit 1**, a true and correct copy of this CBA.)

20.    The Medical Social Workers of SEIU-UHW in Northern California have a separate collective bargaining agreement with KFH effective through September 30, 2023 ("MSW CBA"), as extended through the National Agreement. (**Exhibit 2**, a true and correct copy of this MSW CBA, and **Exhibit 3**, a true and correct copy containing the relevant portions of the National Agreement.)[2]

21.    The relevant provisions of the CBA and MSW CBA (collectively "CBAs") are similar.

22.    The CBAs contain a no-strike clause, which provides:

---

[1] The CBA is a statewide CBA covering SEIU-UHW members in Northern and Southern California, but because the sympathy strike at issue involves only Northern California, this Complaint is limited to Northern California.

[2] SEIU-UHW is a party to an October 1, 2019, National Agreement between Kaiser and the Coalition of Kaiser Permanente Unions, to which SEIU-UHW is a member.  SEIU-UHW ratified the 2019 National Agreement as an appendix to each of the collective bargaining agreements described herein.

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

**Work Stoppages.**
> The Employer and the Union realize that the Employer's facilities are different in their operations from industries because of services rendered to the community and for humanitarian reasons, and agree that there shall be no lockouts on the part of the Employer, nor suspension of work on the part of the Employees, it being one of the purposes of this Agreement to guarantee that there will be no strikes, lockouts or work stoppages.

(Ex. 1, CBA, Article XXII—Disputes(A); Ex. 2, MSW CBA, Article XXIV, Section 3.)

23.    This unequivocal language of the CBAs prohibiting all strikes, including sympathy strikes, and indeed guaranteeing there would be none, has endured without any substantive change for over 50 years.[3]  When the parties negotiated this and predecessor CBAs, they intended and understood the language to include all sympathy strikes.

24.    SEIU-UHW itself has affirmatively stated and publicly acknowledged that this no-strike clause prohibits sympathy strikes.  For instance, when three Kaiser unions in California went on strike in 2012, SEIU-UHW responded that they could not engage in a sympathy strike because of the no-strike clause. (https://www.labornotes.org/2012/02/three-kaiser-unions-walk-out-again-california-while-seiu-stays-put.)  As another example, in 2015, SEIU-UHW similarly stated that it must honor the no-strike language when asked if it would join in a sympathy strike in support of the National Union of Healthcare Workers strike planned for November 2015. (https://www.bizjournals.com/sanfrancisco/blog/2015/11/kaiser-strike-will-unions-back-walkout.html.)

//

//

---

[3]  SEIU-UHW, Local 250 was the predecessor union to defendant SEIU-UHW in Northern California.  This no-strike language dates back to the Local 250 collective bargaining agreements.

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

**Disputes Over the Interpretation of the No-Strike Provisions Are Subject to Arbitration.**

25.     The CBAs provide for a specific Grievance and Arbitration Procedure as a method that must be used for settling disputes (i.e., grievances) between the parties.   The CBAs state that a Grievance is "every dispute concerning interpretation and application of th[e CBA] and/or any dispute concerning wages, hours or working conditions.  All such disputes **shall** be subject to the grievance procedure." (Ex. 1, CBA, Article XXIII—Grievance and Arbitration Procedure, Section 1(A) (emphasis added); Ex. 2, MSW CBA, Article XXV, Grievance and Arbitration Procedure, Section 2.)

**SEIU-UHW Engages in A Sympathy Strike in Direct Contravention of the CBAs.**

26.     Despite the unequivocal language of the CBAs prohibiting strikes and SEIU-UHW's own public statements acknowledging that this prohibition includes sympathy strikes, on or about November 4, 2021, SEIU-UHW notified Kaiser of its intent to join a sympathy strike in support of the primary strike of another union, Local 39 Operating Engineers, on or about November 18, 2021, at Kaiser facilities in Oakland and at various facilities across Northern California.

27.     SEIU-UHW called on its "SEIU-UHW Kaiser members – all 36,000 strong in northern California … – to participate in a 24-hour sympathy strike on Nov[ember] 18, 2021" in support of Local 39, publicly calling its members to arms.  At the direction and behest of SEIU-UHW, healthcare workers who were scheduled to work during the strike period walked out of their jobs or did not report to work at hospitals and medical centers throughout Northern California.

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

**SEIU-UHW Has Refused Kaiser's Efforts to Resolve the Matter.**

28.    On or about November 17, 2021, Kaiser timely grieved SEIU-UHW's November 4, 2021, notice of intent to engage in a sympathy strike on or about November 18, 2021.  (Ex. 1, CBA, Article XXIII, Section 2(A); Ex. 2, MSW CBA, Section 2 – General Principles.)  The CBAs provide that a grievance must be presented within 30 calendar days of the event at issue. (Ex. 1, CBA, Article XXIII, Section 1(B); Ex. 2, MSW CBA, Section 2— General Principles.)  The CBAs provide that the parties must engage in active good faith efforts to achieve dispute or issue resolution.  (Ex. 1, CBA, Article XXIII, Section 1(F); Ex. 2, MSW CBA, Section 2—General Principles.)

29.    On or about February 9, 2022, with no response to Kaiser's grievance, Kaiser elevated the grievance to Step II.  (Ex. 1, CBA, Article XXIII, Section 2(B); Ex. 2, MSW CBA, Section 3—Steps of the Grievance and Arbitration Procedure.)

30.    On or about March 9, 2022, SEIU-UHW responded that Kaiser failed to timely process the grievance and, therefore, deemed the grievance waived.  SEIU-UHW did not otherwise dispute that the issue with the sympathy strike was subject to the Grievance and Arbitration Procedure outlined in the CBAs.

31.    On or about March 23, 2022, Kaiser escalated the grievance to Step III and made its demand for arbitration.  SEIU-UHW did not respond to this request for months.  On or about July 26, 2022, Kaiser reiterated that the grievance was escalated to the final steps and requested that SEIU-UHW arbitrate it as per the Grievance and Arbitration Procedure of the CBAs.  On or about August 8, 2022, SEIU-UHW responded that it would not participate in the Grievance and Arbitration Procedure of the CBAs and, thus, refused to arbitrate the dispute.

32.    SEIU-UHW refused to participate in the arbitration on the grounds that Kaiser's request for the Grievance and Arbitration Procedure was untimely.  However, a dispute about timeliness, which is itself governed by the Grievance and

Arbitration Procedure, necessarily "concern[s] interpretation and application of th[e CBA]," and is itself is an issue that must go through the Grievance and Arbitration Procedure of the CBAs. (Ex. 1, CBA, Article XXIII—Grievance and Arbitration Procedure, Section 1(A); Ex. 2, MSW CBA, Article XXV, Grievance and Arbitration Procedure, Section 2.)

33. By refusing to participate in the Grievance and Arbitration Procedures of the CBAs, SEIU-UHW further breached the CBAs.

**The Damage of SEIU-UHW's Impermissible Sympathy Strike.**

34. Kaiser's business is competitive with that of other health maintenance organizations and other entities that provide healthcare in California. Valuable goodwill and member relations have been developed by Kaiser over a period of years as a result of its ability to provide high quality care services on a timely and uninterrupted basis.

35. In addition, labor strike activity involving healthcare professionals adversely affects patient care in a myriad of ways. Critical care patients often have to be moved to hospitals that are not affected by the strike to ensure adequate medical care. The noise and commotion of a strike taking place outside the doors of a hospital create additional stress on patients whose conditions render them susceptible to disturbance.

36. Unlike other industries that can shut factory doors in the event of a strike, medical centers and hospitals cannot simply close down and ignore patients who require medical services. Healthcare providers must staff their hospitals appropriately in order to provide essential services by hiring replacement workers to ensure continuity of care for patients requiring medical services at the hospital. Moreover, strike activity is a major disruption for other medical care professionals who are forced to cross picket lines in order to care for patients.

37. SEIU-UHW's prohibited strike activity aimed at removing tens of thousands of healthcare workers from Kaiser created an artificial crisis that impacted Kaiser's ability to provide continuous and quality care to its patients.

38. Kaiser incurred substantial expenses and damages as a result of the impermissible strike by SEIU according to proof.

## FIRST CLAIM FOR SPECIFIC PERFORMANCE

### (LMRA § 301, 29 U.S.C. § 185)

39. Kaiser re-alleges and incorporates by reference each of the allegations contained in the paragraphs above.

40. Kaiser and SEIU-UHW entered into valid and binding collective bargaining agreements subject to enforcement by this Court pursuant to LMRA Section 301.

41. By their terms, the written CBAs are valid and in effect through September 30, 2023.

42. The written CBAs contain Grievance and Arbitration Procedures which provide that all disputes related to the interpretation and application of the CBAs shall be subject to this procedure.

43. Kaiser has fulfilled its obligations and complied with any and all conditions of the CBAs that it is required to perform, or was excused from doing so.

44. SEIU-UHW breached the terms of the CBA by engaging in impermissible strike activity on or about November 18, 2021, and by refusing to allow Kaiser's grievance about the strike to be resolved under the Grievance and Arbitration Procedure set forth in the CBAs.

45. Kaiser is entitled to specific performance of the CBAs' terms and an order compelling SEIU-UHW to comply with the Grievance and Arbitration Procedure of the CBAs and to allow Kaiser's grievance related to the

impermissible strike activities of SEIU-UHW to be submitted for final and binding resolution under the provisions of the CBAs.

## SECOND CLAIM FOR ORDER COMPELLING ARBITRATION
### (LMRA § 301, 29 U.S.C. § 185; FAA 9 U.S.C. § 4)

46.     Kaiser re-alleges and incorporates by reference each of the allegations contained in the paragraphs above.

47.     Kaiser and SEIU-UHW entered into valid and binding collective bargaining agreements subject to enforcement by this Court pursuant to LMRA Section 301.

48.     By their terms, the written CBAs are valid and in effect through September 30, 2023, and contain Grievance and Arbitration Procedures which provide that all disputes related to the interpretation and application of the CBAs shall be subject to this procedure and are to be resolved by final and binding arbitration if not resolved by the parties.

49.     A timely demand for arbitration was made by Kaiser, and, to the extent the timeliness of the demand is challenged, that too is an issue that must be submitted to arbitration as it requires interpretation of the CBAs.

50.     SEIU-UHW has refused to allow the matter to be arbitrated.

51.     Federal law and the CBAs all permit the arbitrator to determine the issue before him or her, as with any other dispute as to procedural arbitrability.

52.     Kaiser had been aggrieved by the failure, neglect, and refusal of SEIU-UHW to arbitrate the dispute as to SEIU-UHW's prohibited strike.

## THIRD CLAIM FOR BREACH OF CONTRACT

53.     Kaiser re-alleges and incorporates by reference each of the allegations contained in the paragraphs above.

54.      If this Court determines that Kaiser's grievance concerning the sympathy strike is not subject to the Grievance and Arbitration Procedures under

the CBAs, then SEIU-UHW breached the no-strike provisions of the CBAs by wrongfully engaging in a prohibited sympathy strike.

55.    Kaiser has fulfilled its obligations and complied with any and all conditions of the CBAs that it is required to perform, or was excused from doing so.

56.    Consistent with Section 301 of the LMRA, this Court has jurisdiction to remedy SEIU-UHW's breach of the CBAs.

## PRAYER FOR RELIEF

WHEREFORE, Kaiser prays for judgment as follows:

1.    An order granting Kaiser specific performance of the CBAs by compelling SEIU-UHW to allow Kaiser's grievance over SEIU-UHW's prohibited strike activities to be submitted for resolution under the Grievance and Arbitration Procedure provisions of the CBAs;

2.    An order compelling SEIU-UHW to arbitrate Kaiser's grievance of SEIU-UHW's prohibited strike activities, or, in the alternative, determining that SEIU-UHW has breached the CBAs and awarding Kaiser appropriate monetary damages;

3.    Its costs of suit and attorneys' fees incurred in bringing this action and in otherwise attempting to prevent SEIU-UHW from breaching its CBAs through its strike activities; and

4.    Such other and further relief as is equitable and just.

//
//
//
//
//
//

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

## JURY DEMAND

Should the action not be compelled and/or sent to arbitration, Kaiser demands a jury trial on its breach of contract claim.

Dated:  September 8, 2022                NIXON PEABODY LLP


                                        By:___/s/ Michael Lindsay_____
                                              Michael Lindsay
                                              Irene Scholl-Tatevosyan
                                              Alice Kwak
                                              Attorneys for Plaintiffs
                                              KAISER FOUNDATION HEALTH PLAN,
                                              INC.; KAISER FOUNDATION
                                              HOSPITALS; and THE PERMANENTE
                                              MEDICAL GROUP, INC.

COMPLAINT FOR SPECIFIC PERFORMANCE OF A COLLECTIVE BARGAINING AGREEMENT AND TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, BREACH OF THE COLLECTIVE BARGAINING AGREEMENT

# Exhibit 1

## United Healthcare Workers — West



# COLLECTIVE BARGAINING AGREEMENT



**KAISER PERMANENTE**®

## Northern and Southern California
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
Southern California Permanente Medical Group
The Permanente Medical Group, Inc.

EFFECTIVE THROUGH SEPTEMBER 30, 2023

## TABLE OF CONTENTS

ARTICLE I – PURPOSE ..................................................................................................................3

ARTICLE II – COURTEOUS AND RESPONSIBLE RELATIONSHIPS................................................3

ARTICLE III – MANAGEMENT'S RIGHTS .......................................................................................4

ARTICLE IV – RECOGNITION........................................................................................................4

    SECTION 1 – RECOGNITION ..................................................................................................4
    SECTION 2 – JURISDICTION ...................................................................................................5
    SECTION 3 – NOTIFICATION OF NEW EMPLOYEES..................................................................5
    SECTION 4 – BONA FIDE SUPERVISORY EMPLOYEES .............................................................5
    SECTION 5 – UNION LEADS...................................................................................................6
    SECTION 6 – VOLUNTEERS AND SPECIAL PROGRAMS ...........................................................7
    SECTION 7 – JOB DESCRIPTIONS ..........................................................................................7
    SECTION 8 – SUBCONTRACTING ...........................................................................................8

ARTICLE V – UNION MEMBERSHIP .............................................................................................10

ARTICLE VI – DEDUCTION AND REMITTANCE OF UNION DUES, FEES, AND COPE .....................10

    SECTION 1 – DUES AUTHORIZATION....................................................................................10
    SECTION 2 – REMITTANCE OF DUES ....................................................................................10
    SECTION 3 – COPE CHECK OFF ..........................................................................................10
    SECTION 4 – EMPLOYER INDEMNIFICATION ..........................................................................10

ARTICLE VII – SAFE WORKING CONDITIONS AND WORKLOAD....................................................11

    SECTION 1 – SAFE WORKING CONDITIONS ..........................................................................11
    SECTION 2 – WORKLOAD DISTRIBUTION .............................................................................12
    SECTION 3 – NORTHERN CALIFORNIA REGION – REGISTERED DIETITIAN PARTICIPATION IN
              RELEVANT COMMITTEES ..................................................................................................13

ARTICLE VIII – DISCRIMINATION ................................................................................................13

ARTICLE IX – NEW EMPLOYEES ................................................................................................13

    SECTION 1 – PROBATIONARY EMPLOYEES...........................................................................12
    SECTION 2 – NOTIFICATION TO NEW EMPLOYEES..................................................................13
    SECTION 3 – NEW EMPLOYEE ORIENTATION / NEW HIRE .......................................................14

ARTICLE X – CATEGORIES OF EMPLOYEES ...............................................................................15

    SECTION 1 – REGULAR BENEFITED EMPLOYEES...................................................................15
    SECTION 2 – NON-BENEFITED EMPLOYEES ..........................................................................15
    SECTION 3 – ACCRUAL OF BENEFITS...................................................................................16
    SECTION 4 – IN-LIEU OF BENEFITS DIFFERENTIAL .................................................................17
    SECTION 5 – VOLUNTARY CHANGE TO ON-CALL STATUS .......................................................18
    SECTION 6 – ALTERNATE COMPENSATION PROGRAM ............................................................18
    SECTION 7 – DISTRIBUTION OF OVERTIME AND ADDITIONAL HOURS........................................18
    SECTION 8 – CONVERSION OF ON-CALL AND LIMITED PART-TIME EMPLOYEES .....................20
    SECTION 9 – REGIONAL PROVISIONS OF CATEGORIES OF EMPLOYEES .................................22

ARTICLE XI – HOURS OF WORK.................................................................................................26

    SECTION 1 – INTENT OF ARTICLE.........................................................................................26
    SECTION 2 – NORMAL WORK WEEK .....................................................................................27
    SECTION 3 – SCHEDULES ....................................................................................................27
    SECTION 4 – WEEKENDS OFF ..............................................................................................28
    SECTION 5 – MANDATORY MEETINGS ...................................................................................29
    SECTION 6 – MEALS.............................................................................................................29

**SECTION 7 – REST PERIODS AND MEAL PERIODS** .................................................. 29
**SECTION 8 – UNIFORMS** ................................................................................................ 30
**SECTION 9 – REPORTING PAY** ...................................................................................... 31
**SECTION 10 – NORTHERN CALIFORNIA REGION CALL-IN ON SCHEDULED DAY OFF** ............. 32
**SECTION 11 – NORTHERN CALIFORNIA REGION PROVISIONS** .................................. 32
**SECTION 12 – SOUTHERN CALIFORNIA REGION PROVISIONS** .................................. 33

**ARTICLE XII – OVERTIME AND ALLOWED TIME** ................................................................ 33

**SECTION 1 – NORTHERN CALIFORNIA REGION PROVISIONS** .................................. 33
**SECTION 2 – SOUTHERN CALIFORNIA REGION PROVISIONS** .................................. 35

**ARTICLE XIII – WAGES** .......................................................................................................... 39

**SECTION 1 – WAGES** ..................................................................................................... 39
**SECTION 2 – TENURE STEP PROGRESSION** .............................................................. 39
**SECTION 3 – PAY DAY AND PAY CHECKS** .................................................................. 42
**SECTION 4 – PERFORMING WORK IN ANOTHER CLASSIFICATION** ......................... 42
**SECTION 5 – FLOAT DIFFERENTIAL** ............................................................................ 45
**SECTION 6 – STANDBY AND CALL-BACK** ................................................................... 46
**SECTION 7 – BILINGUAL PAY** ...................................................................................... 49
**SECTION 8 – SHIFT PREMIUMS** ................................................................................... 52
**SECTION 9 – SPLIT SHIFTS** .......................................................................................... 53
**SECTION 10 – NORTHERN CALIFORNIA REGION EMPLOYEES WHO BECOME LICENSED VOCATIONAL NURSES** ........................................................................................ 54
**SECTION 11 – MILEAGE** ................................................................................................ 55

**ARTICLE XIV – JOB RECLASSIFICATION PROCESS** ....................................................... 55

**ARTICLE XV – COMPETITIVE WAGE REVIEW & EQUITY ADJUSTMENTS** ..................... 56

**ARTICLE XVI – SENIORITY** ................................................................................................... 57

**SECTION 1 – DEFINITION OF SENIORITY** .................................................................... 57
**SECTION 2 – PROMOTIONS, TRANSFERS AND SENIORITY** ..................................... 58
**SECTION 3 – EMPLOYMENT AND INCOME SECURITY** .............................................. 64
**SECTION 4 – WORK FORCE ADJUSTMENTS AND TRANSITIONS.** ........................... 64
**SECTION 5 – FORCE REDUCTION.** .............................................................................. 65
**SECTION 6 – DAILY CANCELLATIONS** ........................................................................ 69
**SECTION 7 – SOUTHERN CALIFORNIA REGION PROVISIONS** .................................. 70

**ARTICLE XVII – PAID LEAVES** ............................................................................................. 71

**SECTION 1 – HOLIDAYS** ................................................................................................ 71
**SECTION 2 – SOUTHERN CALIFORNIA REGION LIFE BALANCE DAYS** ................... 77
**SECTION 3 – VACATION** ................................................................................................ 79
**SECTION 4 – SICK LEAVE.** ............................................................................................ 85
**SECTION 5 – EDUCATION** ............................................................................................. 92
**SECTION 6 – JURY DUTY AND SUBPOENAS.** ............................................................ 95
**SECTION 7 – BEREAVEMENT LEAVE.** ......................................................................... 96

**ARTICLE XVIII – LEAVES OF ABSENCE** ............................................................................ 97

**ARTICLE XIX – BENEFITS** .................................................................................................... 103

**SECTION 1 – INSURANCE BENEFITS.** ......................................................................... 103
**SECTION 2 – PENSION** .................................................................................................. 114
**SECTION 3 – PENSION SERVICE WHILE ON WORKERS' COMPENSATION LEAVE OF ABSENCE** 120
**SECTION 4 – INCOME PROTECTION** ............................................................................ 120

**ARTICLE XX – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS** ................ 122

**SECTION 1 – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS** ............... 122

**SECTION 2 – CONTRACT SPECIALIST**..................................................................123
**SECTION 3 – BULLETIN BOARDS**.........................................................................124
**SECTION 4 – UNION LEAVE**..................................................................................124

**ARTICLE XXI – DISCIPLINE AND DISCHARGE** ..........................................................124

**SECTION 1 – GENERAL PRINCIPLES**...................................................................124
**SECTION 2 – PERFORMANCE EVALUATIONS** .....................................................125

**ARTICLE XXII – DISPUTES** ......................................................................................126

**ARTICLE XXIII – GRIEVANCE AND ARBITRATION PROCEDURE**................................126

**SECTION 1 – GENERAL PRINCIPLES**...................................................................126
**SECTION 2 – STEPS OF THE GRIEVANCE AND ARBITRATION PROCEDURE**........128
**SECTION 3 – GRIEVANCES ASSOCIATED WITH THE MASTER AGREEMENT**.........130

**ARTICLE XXIV – GENERAL PROVISIONS** ................................................................131

**SECTION 1 – CONFORMITY TO LAW.**....................................................................131
**SECTION 2 – CONSCIENTIOUS OBJECTION.** .......................................................131
**SECTION 3 – CONFIDENTIALITY OF RECORDS AND PROTECTED HEALTH INFORMATION**.... 131
**SECTION 4 – SOUTHERN CALIFORNIA REGION COMMUNITY DISASTER**...............131

**ARTICLE XXV – DURATION OF AGREEMENT** ...........................................................132

**NORTHERN CALIFORNIA REGION WAGE RATES: STRUCTURE A/B** .........................140

**SOUTHERN CALIFORNIA REGION WAGE RATES: BASE**.........................................183

**SOUTHERN CALIFORNIA REGION WAGE RATES: LEADS**......................................218

**APPENDICES APPLICABLE STATEWIDE**..................................................................235

A.   **CALL CENTER ADDENDUM**.......................................................................235
B.   **CATEGORIES OF EMPLOYEES TO INCLUDE OTHER BENEFITTED EMPLOYEES.**............238
C.   **ALTERNATE COMPENSATION PROGRAM** ................................................239
D.   **HARD-TO-FILL CLASSIFICATIONS CAREER LADDER JOINT RECOMMENDATIONS** .......243
E.   **JOINT REVIEW OF DEPARTMENT STRUCTURE** .......................................245
F.   **CLASSIFICATION SPECIFIC POST-BARGAINING REVIEW PROCESS** ...........247
G.   **ECS Unit** ..................................................................................................248
H.   **INLAND EMPIRE BARGAINING UNIT INCORPORATION**.............................406
I.   **WORKFORCE OF THE FUTURE DEVLOPMENT FUND** …………………………254

**APPENDICES APPLICABLE TO NORTHERN CALIFORNIA REGION**..............................255

A.   **ADVANCED HIRING CRITERIA** ................................................................256
B.   **CODING CAREER LADDER**.......................................................................260
C.   **DEPENDENT CARE** ..................................................................................263
D.   **DOMESTIC PARTNER COVERAGE** ...........................................................264
E.   **EMERGENCY DEPARTMENT TECHNICIANS** .............................................265
F.   **FLEXIBLE WORK ARRANGEMENT (3/36)**.................................................268
G.   **FLEXIBLE WORK ARRANGEMENT (4/40)**.................................................272
H.   **FUNCTIONAL UNIT MANAGEMENT (FUM)** ...............................................275
I.   **HEALTHCONNECT EFFECTS BARGAINING** ..............................................279
J.   **LICENSED VOCATIONAL NURSE I.V. CERTIFICATION** ..............................294
K.   **MANDATORY OVERTIME** ..........................................................................296
L.   **MECHANIZATION** .....................................................................................297
M.   **NO SHIFT CANCELLATION** .......................................................................299
N.   **POSITION SPECIFICATIONS FOR ALL GEOGRAPHIC AREAS INCLUDING FRESNO**........301
O.   **POST-RETIREMENT MEDICAL BENEFITS FOR EMPLOYEES WHO RETIRED BEFORE JANUARY 1, 2003**................................................................................303
P.   **RADIOLOGIC TECHNOLOGIST CAREER LADDER** .....................................305
Q.   **RADIOLOGIC TECHNOLOGIST SPECIAL COMPENSATION** ........................308
R.   **REGISTERED DIETITIANS BENEFITS BY DESIGN** ....................................310

S.    REGISTERED DIETITIANS CLINICAL LADDER ................................................ 316
T.    REGISTERED DIETITIANS HOLIDAYS ........................................................... 327
U.    REGISTERED DIETITIANS OTHER APPLICABLE PROVISIONS.......................... 328
V.    REGISTERED DIETITIANS PAID TIME OFF (PTO) PROGRAM........................... 332
W.    REGISTERED DIETITIANS PENSION .............................................................. 334
X.    SERVICE PERFORMANCE PAY PROGRAM PILOT PROJECT ........................... 338
Y.    SHIFT DIFFERENTIAL/TENURE STEP/ EXPERIENCE CREDIT IN LIEU OF BENEFITS ....... 341
Z.    SONOGRAPHER CAREER LADDER ............................................................... 343
AA.  SPONSORED PARENT/PARENT-IN-LAW GROUP............................................ 348
BB.  TRANSITION ASSISTANCE PROGRAM.......................................................... 349
CC.  WAGE ADMINISTRATIVE PRACTICES .......................................................... 359
DD.  WEEKENDS ONLY POSITIONS WITH 10% WEEKEND DIFFERENTIAL .............. 362
EE.  LANDSCAPING FUNCTION  …………………………………………………………363
FF.  OPTICAL BARGAINING UNIT INCORPORATION............................................. 364

APPENDICES APPLICABLE TO SOUTHERN CALIFORNIA REGION ........................... 368

A.    SCAL APPENDIX A – SIDE LETTERS ............................................................ 369
1.    10 AND 12 HOUR SHIFTS. ....................................................................... 369
2.    DEPARTMENT DESIGNATION ................................................................... 377
3.    EMPLOYEE HOSPITALIZATION FOR ALCOHOL AND DRUG DEPENDENCY. ...... 378
4.    FLEXIBLE SCHEDULES.............................................................................. 378
5.    CENTRAL STAFFING FLOAT POOL ............................................................. 378
6.    INDIAN HILL MEDICAL OFFICE. ................................................................. 381
7.    MARTIN LUTHER KING, JR. HOLIDAY AND CÉSAR CHÁVEZ HOLIDAY ........... 381
8.    PARKING. ............................................................................................... 381
9.    PRODUCING NEW CONTRACTS. ............................................................... 382
10.   RADIATION SAFETY COMMITTEE............................................................... 382
11.   REGIONAL LABORATORIES – LUNCH BREAK .............................................. 382
12.   DIAGNOSTIC IMAGING TECHNOLOGIST ..................................................... 382
13.   COMMUNITY SERVICE. ............................................................................ 383
14.   OPTICAL DISPENSER VACANCIES.............................................................. 384
15.   TYPING TESTS......................................................................................... 384
16.   STEWARD SUPPORT ................................................................................ 385
17.   STATUS 5 AND EXEMPT JOB REVIEW FOR INCLUSION IN THE BARGAINING UNIT ....... 386
18.   JOB EVALUATION..................................................................................... 387
19.   "OTHER OBLIGATIONS" ........................................................................... 387
20.   ADVANCED STEP PLACEMENT AT HIRE....................................................... 387
21.   JOB SECURITY, EDUCATION AND TRAINING .............................................. 388
22.   IN-HOUSE TRAINING PROGRAMS. ............................................................ 391
23.   2ND YEAR EQUITY– NEW JOB DEFINITIONS................................................ 398
24.   ON-CALL AND LEAD POSITIONS ............................................................... 401
25.   LABOR/MANAGEMENT PARTNERSHIP TRUST CONTRIBUTION........................ 401
26.   RESOURCE NETWORK .............................................................................. 402
27.   REDUCTION IN FORCE TO 36 HOURS PER WEEK ......................................... 404
28.   SHOP STEWARD TRAINING AND DEVELOPMENT ......................................... 404
29.   BILINGUAL DIFFERENTIAL......................................................................... 404
30.   PART TIME ADDITIONAL PERMANENT HOURS............................................. 405
31.   CLASSIFICATIONS AND WAGES ................................................................ 405
32.   RED CIRCLE RATES .................................................................................. 406
33.   MORENO VALLEY CONTRACT CONSOLIDATION .......................................... 416
B.  KP HEALTHCONNECT/SEIU-UHW EFFECTS BARGAINING – SCAL TENTATIVE AGREEMENT .. 428
ATTACHMENT 1................................................................................................ 437

iv

## INTRODUCTORY LETTER

This is the SEIU-UHW Agreement, which covers all UHW-represented employees of Northern and Southern California Kaiser Foundation Health Plan, Inc., Kaiser Foundations Hospitals, Southern California Permanente Medical Group, and the Permanente Medical Group, Inc. It supersedes the SEIU Local 250 Agreement, the Registered Dietitians' Agreement, and the KPPACC Agreement in Northern California and the SEIU Local 399 Agreement in Southern California.

This Agreement has been extended in its entirety as part of the 2012 National Agreement Bargaining; the extension to this Agreement can be found on pages 132-133 and in the National Agreement (Section 3. D. 2.). Several agreements reached in 2010 local bargaining are included in the Agreement; these are:

- Additional rights for on-call conversions in paragraphs 260-262 and 267-269.
- Additional language on job posting starting in paragraph 589.
- Additional rights for cross regional transfers starting in paragraph 601.

The Grievance and Arbitration process has been modified, and the parties agree to support the joint goal of resolving grievances within 90 days. No other changes have been to the master agreement besides grammatical corrections, reformatting and updating of the wage scales, and the removal of references to former SEIU-UHW Bargaining Units.

### How to Read Our Contract.

1. **National Agreement.**
   The provisions of the National Agreement, which is the agreement that covers all the labor organizations participating in the Coalition of Kaiser Permanente Unions (the Coalition), are not included in this document. There are provisions of the National Agreement that are in addition to, supersede or amend the local union agreements. Please refer to that document to review those provisions.

2. **SEIU Cross-Regional Master Agreement.**
   This Agreement includes provisions that were negotiated in common with SEIU-UHW, SEIU Local 49 (Oregon/Washington Region), SEIU Local 105 (Colorado Region), and UHW-Medical Social Workers (Northern California).

   Provisions of the SEIU Cross-Regional Master Agreement that were agreed to in Cross Regional bargaining are shaded in this manner herein.

1

3.    **Regional Provisions.**
Where there are differences between the Northern California Region and the Southern California Region in the terms/provisions of the UHW Collective Bargaining Agreement, there will be separate sections for each. It is important that the Collective Bargaining Agreement be read with care so that these provisions are not confused one with the other. For example:

> **ARTICLE VII PAID LEAVES**
> **Section 1. Holidays**
> A. NORTHERN CALIFORNIA REGION—Holiday Provisions
> B. SOUTHERN CALIFORNIA REGION—Holiday Provisions

Questions may arise as to why the benefit structure and other contractual provisions are different in the two Regions. The UHW Bargaining Committee 1) consolidated provisions where management and the Union could agree and 2) maintained certain benefit structures consistent with the wishes of the members in the specific Region. That is why, among other contractual differences between the Northern California and Southern California Regions, you will see, as an example, the following differences in Paid Leave benefits:

| Southern California | Northern California |
|---|---|
| Similar Vacation Provisions | Similar Vacation Provisions |
| 6 Fixed Holidays at $1^1/_2$ | 10 Holidays: 8 Fixed Holidays at $1^1/_2$ and 2 Other Holidays (Float and Birthday) |
| 5 Work Life Balance Days | No Equivalent |

4.    **Provisions in Common.**
Provisions that have no special separation or annotation are provisions that UHW has in common in both the Northern California and Southern California Regions.

5.    **Provisions for Dietitians.**
The parties to the UHW Agreement have also agreed to certain specific provisions applicable only to Registered Dietitians in Northern California who were formerly represented by SEIU Local 250. Such language is contained in Appendix R-W hereto; such language and supplements are incorporated into the Agreement with respect to such Registered Dietitians, and except as to such specific language, the terms and conditions of this Agreement are applicable to and govern the terms and conditions of employment of Registered Dietitians in Northern California.

## AGREEMENT

THIS AGREEMENT is made and entered into as of the 1st day of October, 2012 by and between Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Southern California Permanente Medical Group (collectively, "Employer") and United Healthcare Workers-West ("Union").

## WITNESSETH:

The parties hereto have agreed as follows:

### ARTICLE I – PURPOSE

It is the intent and purpose of the parties to set forth herein their Agreement covering rates of pay, hours of work and conditions of employment for Employees covered by this Agreement, to collaboratively work to provide high quality, affordable service and care for patients and members, and to promote harmonious relations between the Employer and the Union.

### ARTICLE II – COURTEOUS AND RESPONSIBLE RELATIONSHIPS

The Union and the Employer, including all Kaiser Permanente managers, supervisors, physicians, Employees, and Union staff, agree:

A.    **Treatment of One Another.**
That ethical and fair treatment of one another is an integral part of providing high quality patient care.

B.    **Regardless of Profession.**
To treat one another, regardless of position or profession, with dignity, respect and trust, and recognize and appreciate the individual contribution each of us makes in our daily work.

C.    **Ensuring Courtesy.**
To exhibit a personal, caring attitude toward each person with whom we interact and do so in ways that ensure courtesy, compassion, kindness and honesty.

D.    **Communication and Input.**
To treat one another in the ways we want to be treated ourselves, including clear communications of expectations regarding performance, support of individual opportunities for growth, and provision of opportunities for input into decisions when they impact people directly.

E.    **Accountability of the Union and the Employer.**
The Union and the Employer shall be responsible for improving communications among all levels of the organization and shall be accountable for modeling and implementing the commitments of this section.

**ARTICLE III – MANAGEMENT'S RIGHTS**

The Union recognizes that the Employer has the duty and the right to manage its facilities and to direct the working forces. This includes the right to hire, transfer, promote, demote, layoff, discipline and discharge Employees, subject to the terms of this Agreement and the grievance procedure.

**ARTICLE IV – RECOGNITION**

**SECTION 1 – RECOGNITION**

A.    **Exclusive Collective Bargaining Agent.**
The Cross-Regional Master Agreement is entered into by the signatory parties and reflects the Employer's recognition of the Unions listed in Attachment 1 as the exclusive collective bargaining agent of the Employees in the bargaining units listed in Attachment 1 with respect to the terms and conditions of employment set forth herein.

Provisions of the SEIU Cross-Regional Master Agreement incorporated into this Agreement are shaded for identification purposes only.

B.    **Unit Clarifications, Accretions, and/or Agreements.**
This Agreement shall also apply to any Employees who are added to the bargaining unit by unit clarification, accretion and/or Agreement of the parties.

C.    **Creation of New Classifications.**
This Agreement shall also apply to any new classification(s) which may be established within the scope of duties now included within a covered bargaining unit.

D.    **Local Agreements Superseded.**
The provisions of this Cross-Regional Master Agreement shall supersede and replace the equivalent provisions of the local agreements between the Employers and the Unions listed in Attachment 1. If a local agreement does not contain an equivalent provision, the provision of this Cross-Regional Master Agreement shall become a new provision of the local agreement.  If there are differences between the bargaining unit descriptions in Attachment 1 and the descriptions contained in a local agreement, the descriptions in the local agreement shall control.

4

**SECTION 2 – JURISDICTION**

The Employer and the Union agree that no jurisdiction over any group of Employees shall be surrendered to any other union during the life of this Agreement except by mutual Agreement of the parties hereto.

**SECTION 3 – NOTIFICATION OF NEW EMPLOYEES**

No later than the tenth (10th) of the following month the Employer shall supply the Union with the names, addresses and classifications of work of new Employees and the names of Employees terminated.

A. **NORTHERN CALIFORNIA REGION Written Notice.**
At the time a new Employee is hired who will be subject to this Agreement, the Employer shall deliver to the Employee a written notice stating that the Employer recognizes the Union as the collective bargaining agent for the Employees covered by the Agreement and quoting or paraphrasing the provisions of "Article V – Union Membership" of this Agreement.

**SECTION 4 – BONA FIDE SUPERVISORY EMPLOYEES**

A. **Authority of Bona Fide Supervisors.**
The Employer recognizes the fact that only bona fide supervisory Employees have the authority to hire, promote, discipline, discharge, or otherwise effect changes in the status of Employees or effectively recommend such actions, and it is not the Employer's policy to establish jobs or job titles for the purpose of excluding such Employees from the unit(s). Bona fide supervisors will not perform duties performed by Employees falling within the scope of this Agreement except for training, emergencies requiring immediate action, or under circumstances that are beyond the control of the Employer.

B. **Bona Fide Supervisors Performing Bargaining Unit Work.**
It is not the Employer's intent to hire or utilize bona fide supervisors to perform bargaining unit work; however, in an emergency and/or a situation where the delivery of health care services could be compromised it may be necessary for a supervisor to assist until an appropriate bargaining unit Employee is available.

**<u>SECTION 5 – UNION LEADS</u>**

A.  **<u>Union Leads Defined.</u>**
Union Leads (positions with the titles Lead, Senior, Chief, Supervisor, Head and Foreman) are bargaining unit Employees who are regularly assigned by the Employer to direct and check the work of others. Under the supervision and direction of a manager, Leads may also perform the following duties:

1.  Oversee the orientation and/or training of Employees and inform management of any barriers preventing successful completion of training;

2.  Co-ordinate the workflow among Employees within the work area;

3.  Provide technical or functional direction and support to Employees; and

4.  Inform management on the work environment, defined as department resources, staffing needs, training needs and equipment needs.

5.  Besides these duties, Leads must participate in the regular work of their classification within the department.

B.  **<u>Union Leads are Not Bona Fide Supervisors.</u>**
Leads do not act in the role of a bona fide supervisor and are not given any authority for performance evaluations, disciplinary actions, or decisions to hire or fire bargaining unit Employees. Also, Leads may not perform the following duties:

1.  Approve requests for time off, schedule changes or additional hours/overtime;

2.  Determine sick call replacement; or

3.  Maintain time and attendance records.

Union Leads will not act independently of management supervision and/or direction.

C. **Training for Union Leads.**
The Employer will provide all Leads training in a jointly developed program to insure their success in the Lead role. Such training shall include, but not be limited to, courses in the following: Labor Management Partnership, Interest Based Problem Solving, Union Partnership Representative and Communication Skills.

**SECTION 6 – VOLUNTEERS AND SPECIAL PROGRAMS**

A. **Role of Volunteers.**
The volunteer's role in the facilities is to provide services to patients that may not otherwise be offered.

B. **Volunteer Programs Not Used to Displace Employees.**
The Employer agrees that programs such as volunteer programs and summer youth programs shall not be utilized to displace bargaining unit Employees or to fill positions previously occupied by bargaining unit Employees, nor shall they be used to reduce their hours of work.

C. **Notification to Union of Volunteer Programs.**
The Employer shall notify the Union upon commencement of volunteer programs and summer youth programs of the number of participants, their classification, work location, hours of work per week, and the duration of the program.

**SECTION 7 – JOB DESCRIPTIONS**

A. **Availability of Job Descriptions.**
The Employer and the Union shall maintain job descriptions in accordance with duties necessary in the operation of facilities concerned with the care, treatment, and recovery of patients. Each Employee at the time of hire will receive a copy of the job description and at anytime, at the Employee's request.

B. **Creation of New Jobs or Changes in Existing Job Descriptions.**
If the Employer intends to create a new job which is within the jurisdiction of the Union or if the Employer intends to change an existing job description, it will notify the Union with the intent of reaching Agreement on the proposed changes to the job description or the creation of the new job and accompanying wage rate. Should the parties not reach Agreement, the Employer and the Union shall bargain the issue in good faith.

## SECTION 8 – SUBCONTRACTING

A.   **NORTHERN CALIFORNIA REGION Subcontracting Procedures.**

The Union recognizes that the Employer has the obligation to provide effective health care in as efficient a manner as possible. The Employer recognizes that the Union has the obligation to protect the rights of Union members. To this end, they jointly establish procedures for subcontracting work which has traditionally been performed by bargaining unit Employees to an outside shop or agency, and/or for bringing in temporary Employees from an outside shop or agency.

1.   **Subcontracted Work Expected to Last Fewer than Ninety Days.**
Before subcontracting bargaining unit work which is expected to last fewer than ninety (90) days, the Employer shall first offer the work to existing bargaining unit Employees within the facility. If there is an additional need for work after the work is offered to Employees within the facility, the work shall be offered to bargaining unit Employees from other facilities who have submitted a written request to be considered for additional work. Such written request shall be sent to the facility(s) at which the Employee has an interest in accepting additional work. Such written request shall be valid for a period of ninety (90) days and will be maintained in the Personnel Office of the facility where the Employee desires extra work. Disputes under this paragraph shall be subject to the grievance procedure.

2.   **Subcontracted Work Expected to Last Ninety Days or More.**
For the subcontracted work which is expected to last ninety (90) days or more, the Employer shall notify the Union at least thirty (30) days prior to such subcontracting, and the Employer and the Union shall discuss the circumstances resulting in the decision for such subcontracting including the impact, if any, it will have on existing Employees.

3.   **Deferral to Arbitration.**
Following the procedures outlined in the preceding two (2) paragraphs, the Union may appeal the Employer's decision directly to arbitration and the arbitrator shall determine if the Employer's decision was logical in light of the mutual obligations set forth in this Section.

B. **SOUTHERN CALIFORNIA REGION Subcontracting Procedures.**

1. **Notice of Intent to Subcontract.**
In the event the Employer elects to subcontract work heretofore performed by Employees within the jurisdiction of this Agreement, the Employer shall provide the Union with a thirty (30) day written notice of such intent.

2. **Subcontracting May Not Result in Layoffs.**
The Employer agrees not to subcontract bargaining unit work currently performed by bargaining unit Employees if such subcontracting would result in the layoff of bargaining unit Employees.

3. **Contracted Housekeeping Services.**

a.) The Employer agrees to maintain language in the existing contracts with contractors regarding the subcontracting of Housekeeping in small outlying clinics that requires the contractors to pay a rate equal to the prevailing SEIU, UHW/Kaiser contractor rate for Housekeepers. In new contracts with contractors, the Employer agrees to include language that requires contractors to pay a rate equal to the prevailing SEIU, UHW/Kaiser rate. Further, should the contractor fail to pay said rate, the contract would be voided.

b.) The Union agrees to remove contractors that fail to pay the appropriate rate from their "Bid List" and should a contractor require clarification regarding existing or revised rates, the Union agrees to provide such data.

c.) The Employer and the Union will engage in the process Contained in the National Agreement to evaluate and address issues related to past, current and future contracting.

C. **2005 NATIONAL AGREEMENT Regarding In-Sourcing and Subcontracting.**

Insofar as the provisions of the 2005 National Agreement regarding subcontracting and in-sourcing apply to the current Collective Bargaining Agreement, the Union and the Employer have agreed to initially prioritize for application of the National Agreement the following classifications: 1) Environmental Services, 2) Food Services, 3) Transcription, and 4) Coding.

## ARTICLE V – UNION MEMBERSHIP

A. **Union Membership.**
It shall be a condition of employment that all Employees covered by this Agreement and those hired on or after its effective date shall, within thirty-one (31) days following the beginning of such employment become and remain members of the Union or tender to the Union a fee equal to the initiation fees and periodic dues that are the obligations of members.

B. **Failure to Maintain Membership.**
Employees who are required hereunder to join the Union and maintain membership in the Union, or pay initiation fees and periodic dues uniformly required of members, and who fail to do so shall upon notice of such fact in writing from the Union to the Employer be discharged.

## ARTICLE VI – DEDUCTION AND REMITTANCE OF UNION DUES, FEES, AND COPE

## SECTION 1 – DUES AUTHORIZATION

The Employer will honor written assignments of wages to the Union for the payment of Union dues and fees, uniformly required, when such assignments are authorized by a signed dues deduction form.

## SECTION 2 – REMITTANCE OF DUES

The Employer will promptly remit to the Union dues and fees deducted pursuant to such assignments together with a list on hard copy and a disk or electronically (on compatible format) supporting the amount of dues remitted including sufficient detail of Employee information and individual payments.

## SECTION 3 – COPE CHECK OFF

The Employer will honor assignment of wages to the Union's Committee on Political Education (C.O.P.E.) fund, when such assignments are submitted in a form agreed to by the Employer and the Union, and will promptly remit such contributions to the Union. It is understood by all parties that such contribution will be on an individual and voluntary basis.

## SECTION 4 – EMPLOYER INDEMNIFICATION

The Union shall indemnify the Employer and hold it harmless against any and all suits, claims, demands and liabilities that shall arise out of or by reason of any action that shall be taken by the Employer for the purpose of complying with the foregoing provisions of this Article, or in reliance on any list or certificate which shall have been furnished to the Employer under any of such provisions.

10

**ARTICLE VII – SAFE WORKING CONDITIONS AND WORKLOAD**

**SECTION 1 – SAFE WORKING CONDITIONS**

A.    **Standards Consistent with Nature of Work.**
The Employer shall provide reasonable, safe working conditions, material and equipment consistent with accepted standards for the nature of the work performed.

B.    **Work Assignments.**
Work assignments shall be made only if they are in accordance with the foregoing principle.

C.    **Some Methods of Resolution.**
Work conditions or other facility safety issues (e.g. security) which appear to be inconsistent with this principle may be brought to the attention of the area supervisor by any Employee; and if the supervisor is unable to resolve the problem, it may be submitted for investigation by the Facility Safety Committee and/or the Workplace Safety Committee.

D.    **Participation in the Facility and Workplace Safety Committee.**
The Union shall designate an Employee representative to be assigned to the Facility Safety Committee and the Workplace Safety Committee. Such attendance on safety committees shall not result in loss of pay to Employees.

**SECTION 2 – WORKLOAD DISTRIBUTION**

A.    **Equitable Distribution of Workload.**
It is the intent of the Employer to distribute the workload equitably among Employees in both single work units and departments with due regard for Employee safety.

B.    **Workload When a Replacement Cannot Be Found.**
When an Employee is absent for any reason and if a replacement cannot be obtained in time, it is the intent of the Employer to distribute the workload equitably among the Employees in the work unit so that no undue hardship may be placed on an individual worker.

C. **Reduced Work Performance While Orienting.**
If Employees are assigned to familiarize others with the duties and responsibilities of their job, any resulting reduced work performance shall not be appropriate cause for discipline.

D. **SOUTHERN CALIFORNIA REGION Staffing at Outlying Clinics.**
The Employer shall maintain staffing at the outlying clinics commensurate with the workload, and in so doing, shall replace Employees on half (1/2) days off where necessary.

**SECTION 3 – NORTHERN CALIFORNIA REGION – REGISTERED DIETITIAN PARTICIPATION IN RELEVANT COMMITTEES**

Registered Dietitians covered by this Agreement may participate in meetings and on committees that affect staffing, standards of practice, support, equipment and space. Registered Dietitians will also have the right to participate on all committees or in meetings related to Medical Nutrition Therapy.

**ARTICLE VIII – DISCRIMINATION**

A. **Discrimination Defined.**
The Employer and the Union agree there shall be no discrimination against any Employee or applicant because of membership in the Union or lawful activities on behalf of the Union, or because of race, color, religion, creed, national origin, ancestry, gender, gender identity, sexual orientation, age, physical or mental disabilities, political affiliation, marital status, medical condition (as defined by applicable law), or veteran status.

B. **No Discrimination in Pay.**
There shall be no distinction between wages paid to men and the wages paid to women for the performance of comparable quality and quantity of work on the same or similar jobs.

**ARTICLE IX – NEW EMPLOYEES**

**SECTION 1 – PROBATIONARY EMPLOYEES.**

A. **For Employees Regularly Scheduled 20 Hours or More.**
The probationary period for Employees regularly scheduled for twenty (20) hours or more shall be ninety (90) calendar days.

13

B.   **For Employees Regularly Scheduled Fewer than 20 Hours.**
The probationary period for Employees regularly scheduled for fewer than twenty (20) hours shall be three hundred (300) hours or ninety (90) calendar days, whichever occurs later.

C.   **Only One Probationary Period.**
In no case shall an Employee be required to serve more than one probationary period.

D.   **Extensions of the Probationary Period.**

1.   **Mutual Agreement.**
The probationary period may be extended only by mutual Agreement between the Employer, the Employee and the Union.

2.   **During Leave.**
If an Employee is on leave at any time during the probationary period, time spent on leave will not count towards fulfilling the probationary period.

E.   **Evaluation During Probationary Period.**
Probationary Employees shall be provided with appropriate training and orientation tools and a written performance evaluation shall be issued upon completion of sixty (60) calendar days.

F.   **Discharge During Probationary Period.**
During the probationary period, Employees may be discharged without recourse to the grievance procedure.

**SECTION 2 – NOTIFICATION TO NEW EMPLOYEES**
At the time of new Employee orientation, each new Employee shall be given a copy of the Collective Bargaining Agreement and a list of the stewards provided such list has been provided by the Union. The cost of such Agreement shall be shared equally by the Employer and the Union.

1 4

**SECTION 3 – NEW EMPLOYEE ORIENTATION / NEW HIRE**

The Union and the Employer shall coordinate times for Union Representatives/Stewards to meet with new bargaining unit members for thirty (30) minutes during the New Employee Orientation period. The Employer will provide the Union Representative with New Employee Orientation schedules and updates as they occur. Such time will be scheduled within the new Employee orientation agenda. It is further understood that, should the Union designate a Union Steward to meet with new Employees, the Steward's time will be paid and the Steward will be released from work for the time needed to meet with Employees.

**ARTICLE X – CATEGORIES OF EMPLOYEES**

**SECTION 1 – REGULAR BENEFITED EMPLOYEES**

A.    **Regular Full-Time Employee.**
Regular Full-Time Employee is assigned a regular pre-determined schedule of forty (40) hours per work week.

B.    **Regular Part-Time Employee.**
A Regular Part-Time Employee is assigned a regular pre-determined schedule of twenty (20) or more hours but fewer than forty (40) hours per work week.

**SECTION 2 – NON-BENEFITED EMPLOYEES**

A.    **Limited Part-Time Employee.**
A Limited Part-Time Employee (previously referred to as "Short-Hour" in the Northern California Region) is assigned a regular pre-determined schedule of fewer than twenty (20) hours per work week.

B.    **On-Call Employee.**
An On-Call Employee (previously referred to as "Casual" in the Northern California Region) works on an intermittent basis without a regularly pre-determined schedule and is assigned a specific shift.

C.    **Temporary Employee.**
A Temporary Employee is assigned a regular pre-determined schedule that does not extend beyond three (3) months and is hired as an interim replacement for an Employee on a leave of absence or for a specific temporary project.

15

**SOUTHERN CALIFORNIA REGION Temporary Assignments.**

1. **Employer's Request for Extension.**
   The Employer may request an extension of the temporary assignment beyond the three (3) months and the Union will not unreasonably deny the request.

2. **Review of Temporary Assignment.**
   Upon the request of the Union, the Employee or the Employer, the temporary assignment shall be jointly reviewed to determine whether the assignment should be posted as a non-temporary position. If the temporary Employee successfully bids into the new position, he/she will have service credit retroactive to his/her original date of hire into the temporary assignment.

## SECTION 3 – ACCRUAL OF BENEFITS

Any Employee designated as a benefited Employee shall begin to accrue all of the fringe benefits as provided in this Agreement, when he/she becomes benefited and will continue to accrue such benefits as long as he/she remains a benefited Employee.

A. **Accrual for Regular Part-Time Employees Working Additional Hours.**
   Regular Part-Time Employees shall accrue benefits at a greater rate than their status based on additional hours worked and paid.

B. **Employees Not Eligible for Benefits.**
   Limited Part-Time, Temporary and On-Call Employees are not eligible for benefits while in this status. They are, however, eligible for shift differential, split shift differential and credited service for the Pension Plan.

C. **SOUTHERN CALIFORNIA REGION Service Credit.**

1. **Definition of Service Credit.**
   Service credit applies to benefit levels and wage placement that are determined by compensated hours.

2. **Part-Time/Limited, Part-Time/On-Call, Employees Changing to Full-Time Status.**
   In the event a Part-Time, Limited Part-Time or On-Call Employee successfully bids into a full-time position, his/her compensated hours as a Part-Time, Limited Part-Time or On-Call Employee from date of hire through the change in status date, shall be totaled, and any such Part-Time, Limited Part-Time or On-Call Employee shall receive one (1) month of service credit for each 173.333 compensated hours. Using this formula, a new service credit

16

eligibility date will be established for this number of months prior to the date of the Employee's going to full-time status.

3. **Maintenance of Service Credit.**
An Employee who has six (6) calendar months service, and has terminated and returns within six (6) months, will retain all previously accrued seniority for wages and benefits. Employees transferring into the Southern California Region from other regions shall retain their service credit for purposes of benefit accrual, and, if transferring into the same classification, placement on the wage scale.

4. When used in this Agreement, "Service Credit" shall mean that period of continuous employment with the Employer, less any absence from employment, except regularly scheduled days off, which exceed thirty (30) calendar days for personal or family leave or sixty (60) calendar days for medical leave for which no compensation is received. Where unpaid absences exceed thirty (30) or sixty (60) calendar days respectively, service credit will be adjusted by the total number of days of absence. However, upon return from any unpaid authorized leave from employment, the Employee's service credit accrued prior to such leave shall be retained. In the event of an industrial injury or illness leave of absence, the Employee's service credit shall continue during the entire period of industrial injury or illness.

**SECTION 4 – IN-LIEU OF BENEFITS DIFFERENTIAL**

A. **Employees Eligible for the In-Lieu-of Benefits Differential.**
Limited Part-Time, Temporary and On-Call Employees shall receive a differential in lieu of benefits as follows:

1. **NORTHERN CALIFORNIA REGION Application of Differential.**

a.) **Schedule Y.** Classifications listed in Schedule Y of NCAL Appendix Y, Section 1 shall receive $1.00 per hour for all hours worked.

b.) **Schedule Z.** Classifications listed in Schedule Z of NCAL Appendix Y, Section 2 shall receive $2.00 per hour for all hours worked.

c.) **Registered Dietitians.** In lieu of eligibility for benefits, Limited Part-Time, Temporary and On-Call Registered Dietitians shall be paid a wage differential of $2.00 per hour.

2.    **SOUTHERN CALIFORNIA REGION Application of Differential.**

A $1.00 per hour differential shall apply for all hours worked, except for specified classifications denoted in the On-Call (Per-Diem) wage rates beginning on page 199.

B.    **Limited Part-Time or On-Call Employees Who Are Not Eligible for Benefits.**

Employees who are converting or transferring from non-benefited to benefited status shall continue to receive the in-lieu of benefits differential until such time as they receive benefits (except Dental benefits).

**SECTION 5 – VOLUNTARY CHANGE TO ON-CALL STATUS**

A Regular Full-Time or Regular Part-Time Employee may voluntarily reduce his/her status to On-Call and will be paid at the rate he/she was receiving as a Regular Employee in addition to the appropriate differential.

**SECTION 6 – ALTERNATE COMPENSATION PROGRAM**

A Benefit-eligible Employee scheduled to work twenty (20) or more hours per week who can verify that he/she has medical coverage from a source other than his/her benefited status with Kaiser Permanente shall have the option of voluntarily participating in the Alternate Compensation Program which includes a 20% differential in lieu of benefits (Statewide Appendix C).

**SECTION 7 – DISTRIBUTION OF OVERTIME AND ADDITIONAL HOURS**

A. **NORTHERN CALIFORNIA REGION Distribution Procedure.**

1.    **Distribution of Overtime and Additional Hours.**
The Employer shall assign overtime and additional hours to Employees in a classification of a department who have volunteered to be on the list for overtime or additional hours. Such work will be offered by seniority: First, to all Regular Employees; then, to all LPT Employees; then, to On-Call and Temporary Employees.

2.    **Assignment If There Are No Volunteers.**
If no one on the list volunteers for overtime or additional hours and no other qualified Employee volunteers, it will be assigned on a rotational basis by reverse seniority to those Employees on the list. If no list exists, such work will be assigned to qualified Employees in the department on a rotational basis by reverse seniority.

3. **<u>Obligations Not Associated with the Assignment of Additional Hours.</u>**
The assignment of additional hours shall not require the Employer to: split the additional hours among two (2) or more Employees; pay overtime as a result of such assignment; or change the Employee's normally assigned work schedule.

B. **<u>SOUTHERN CALIFORNIA REGION Distribution Procedure.</u>**

1. **<u>Distribution of Additional Intermittent Work Hours.</u>**
Additional intermittent work hours shall be offered, based on seniority, to Employees who are interested in working additional hours in the following order:

a.) **<u>Cancelled Full-Time Employees – Same Department /Same Classification.</u>**
Full-time Employees in the same department and classification who, due to cancellation, did not work their regularly scheduled number of hours (for which they were hired) in the pay period, until such Employees have been made whole.

b.) **<u>Cancelled Part-Time, Limited Part-Time Employees – Same Department/Same Classification.</u>**
Part-Time, Limited Part-Time Employees in the same department and classification who, due to cancellation, did not work their regularly scheduled hours (for which they were hired) in the pay period, until such Employees have been made whole.

c.) **<u>Cancelled Full-Time Employees – Same Department/ Different Classification.</u>**
Qualified Full-Time Employees in the same department, but different classifications, who, due to cancellation, did not work their regularly scheduled number of hours (for which they were hired) in the pay period, until such Employees have been made whole.

d.) **<u>Cancelled Part-Time, Limited Part-Time Employees – Same Department/Different Classification.</u>**
Qualified Part-Time, Limited Part-Time Employees in the same department, but different classifications, who, due to cancellation, did not work their regularly scheduled number of hours (for which they were hired) in the pay period, until such Employees have been made whole.

19

e.) **Part-Time, Limited Part-Time Employees.**
Part-time, Limited Part-Time Employees in the same classification and department.

f.) **On-Call Employees.**
On-Call Employees in the same classification and department.

g.) **Other Part-Time, Limited Part-Time Employees.**
Other qualified Part-Time, Limited Part-Time Employees in the same department.

h.) **Other On-Call Employees.**
Other qualified On-Call Employees in the same department.

i.) **Outside the Department.**
May offer to qualified Employees outside the department.

j.) **In-House Registry.**
In-House Registry (when implemented).

k.) **Registry.**

2. **Additional Hours in Another Department or Entity.**
The Employer will give consideration to Employees who request to work additional hours in another department or entity. However, in such circumstances, hours worked outside their home department will not count for computation of premium pay except for hours worked in excess of eight (8) hours in one (1) day and hours worked in excess of forty (40) hours worked in one week.

**SECTION 8 – CONVERSION OF ON-CALL AND LIMITED PART-TIME EMPLOYEES**

A. **Effective Date for this Agreement.**
The modifications to the agreement concerning conversion shall be effective on April 1, 2006, with Employee requests for conversion to be submitted no earlier than July 1, 2006.

B. **Period Necessary for Conversion Eligibility.**
An On-Call or Limited Part-Time Employee who works a regular schedule in the department an average of at least forty (40) hours per pay period for six (6) consecutive pay periods will be converted to regular full-time or part-time status (e.g., .5, .6, .7 FTE, etc.) commensurate with the average number of hours worked during the six (6) consecutive pay periods, pursuant to the provisions of this agreement.

20

C. **Employee Must Submit Request for Conversion.**
In order to be considered for conversion, an Employee must submit a request in writing to his/her department manager for a review of the six (6) consecutive pay periods immediately preceding the Employee's written request. Such requests for conversion must be received within thirty (30) calendar days of the end of the last pay period considered in determining eligibility for conversion.

D. **Employer Response to a Request for Conversion.**
Once conversion is requested under this provision, the Employer will respond to the request with 30 days of the receipt of the request.

If the conversion request is denied, the Employer will provide the reason for denial.

Both denials of conversion requests and the Union's belief that the Employer failed to respond to such requests within reasonable time, are appropriate subjects to adjudicate through the contractual grievance procedure. Both parties are committed to the timely processing of grievances in an ongoing effort toward expeditious resolution of this and other matters of dispute.

E. **Actual Days and Shift of Conversion.**
The Employee may be converted to Regular status in the department and shift in which the majority of hours were worked. The converted Employee will be scheduled to work according to his/her new status. His/her schedule and assignment will be based on operational needs. This may result in variable schedules and assignments.

F. **Effective Date of the Conversion.**
An Employee's conversion will be effective the first full pay period following the Employee's submission of the written request.

G. **Ineligible Hours.**
Hours worked 1) in training, 2) in special projects, or 3) in relieving Employees for leaves of absence and/or replacement of an individual's sick leave of two (2) days or more will not be used for conversion purposes.

H. **In-Lieu-of-Benefits Differential.**
An On-Call Employee or Limited Part-Time Employee who is converted to benefited status will continue to receive the in-lieu-of-benefits differential until he/she begins receiving health coverage.

I.  **Labor Management Conversion Meetings.**
Beyond the commitment to the terms above, it is recognized that conversions can pose challenges for both parties. The parties therefore agree that it is on their mutual interest to work together to find ways to minimize the need for conversions.

At the request of either party, meetings will be scheduled at the local facility level, once per calendar quarter, to address any specific problems of On-Call scheduling, any factors that may influence the need for conversions, and explore possible ways of reducing the need for such conversions.

When conversions do become necessary, at the request of either party, the parties will meet at the local facility level to consider assignments in which the converted employees best can be utilized, based on the specific needs of the department and considering seniority.

**SECTION 9 – REGIONAL PROVISIONS OF CATEGORIES OF EMPLOYEES**

A. **NORTHERN CALIFORNIA REGION.**

1.  **Limited Part-Time, Temporary and On-Call Employees.**
In no event will there be any duplication of the differential and accumulation or rights to fringe benefits and tenure adjustments other than those specified in "Section 3, B. Employees Not Eligible for Benefits".

2.  **Rate of Pay of Regular Employee Who Becomes Non-Benefited.**
A Regular Employee who, with no break in service, becomes a Temporary, LPT or On-Call Employee will be paid at the rate he/she was receiving as a Regular Employee plus the appropriate differential.

3.  **Service Date Commencement.**

a.)  **Benefited Status.**
An Employee who is designated a Regular Employee shall have his/her service date for purposes of eligibility and accumulation of fringe benefits established as of the date he/she is determined a Regular Employee.

22

b.) **From Non-Benefited to Benefited Status.**

i.) **Service Date Commences When Designated Regular.**
An Employee once designated as a Temporary, Limited Part-Time or On-Call Employee and later designated as a Regular Employee shall have his/her service date commence for the purpose of eligibility for and accumulation of fringe benefits as of the date he/she is designated a Regular Employee.

ii.) **Service Date and Period of Time Spent in Non-Benefited Status.**
The period during which an Employee is designated as a Temporary, Short-Hour Limited Part-Time or On-Call Employee shall not be included for purposes of determining eligibility for or accumulation of fringe benefits provided under this Agreement or for the amount of such fringe benefits.

B. **SOUTHERN CALIFORNIA REGION.**

1. **Availability of On-Call Employees.**

a.) **Availability Requirement.**
On-Call Employees shall be required to submit at least a minimum number of "available days/shifts" per month in advance, not to exceed eight (8) required days/shifts per month. The "available days/shifts" per month shall not exceed four (4) weekend days/shifts per month. Available days/shifts must also include at least two (2) designated holidays each year. The minimum number of "available days/shifts" per month shall be established as a policy by each department and agreed to by the Union.

b.) **Confirmed Available Days Posted Four Weeks in Advance.**
The schedule reflecting pre-confirmed available days/shifts shall be posted four (4) weeks in advance.

c.) **Lack of Availability.**
On-Call Employees who are not available on days/shifts they have designated when called to work, may be subject to review annually. If the Employee has cancelled more than 50% of their available days/shifts annually, when called to work, the Employee may be subject to termination.

23

2. **On-Call Conversion to Temporary Status.**
An On-Call Employee who is converted to temporary Employee status, shall continue to receive the On-Call premium during such temporary status. Such Employees shall maintain their On-Call status and continue to accrue seniority. If the temporary position the On-Call Employee is working is outside his/her department, in exercising his/her seniority for vacancies within the department to which he/she has temporally transferred, he/she shall be considered a Temporary Employee.

3. **Variable Hour Jobs.**
Variable hour jobs may be posted with variable start/end times within a shift, which shall include the specific range of such start and end times respectively. No Employee shall be placed in a Variable hour job except voluntarily or by bidding on such job.

a.) **Variable Job Review.**
After an Employee has worked for a period of three (3) months in a variable position, a joint (union and management) informal review will be conducted of the scheduled hours worked by the impacted Employee.

b.) **Employee Scheduled Consistent with Job Posting.**
If the review reveals the Employee has been scheduled in a manner consistent with the original job posting, no change in the utilization of the Employee will occur.

c.) **Employee Not Scheduled Consistent with Job Posting.**

i.) **First Review.**
If the review reveals that the Employee has not been scheduled in a manner consistent with the original job posting (i.e., no variable schedule) and there are no mitigating circumstances (such as vacation, LOA or sick leave replacement), the Employee's schedule will be converted to a schedule with a set start and end time.

ii.) **Second Review.**
If the review reveals that the Employee has not been scheduled in a manner consistent with the original job posting, due to mitigating circumstances (such as vacation, LOA or sick leave replacement), then a second review will take place in another three (3) months and, based on the second review, the

24

Employee's schedule will either remain a variable position, due to actually working a variable schedule, or convert to a schedule with a set start and end time, due to the absence of any variable scheduling or mitigating circumstances.

iii.) **Mitigating Circumstances.**
In the second review above, ongoing "mitigating circumstances" may be included as regular hours and will be given significantly less weight.

d.) **Reviews Conducted upon Request.**
At any time, Joint Reviews, of Variable Positions, as outlined above, will be conducted in a timely manner on request of the Union or the Employer.

4. **Base "Plus" Jobs.**
Base plus jobs may be posted indicating base hours and additional hours for which an Employee may be scheduled (e.g. 20+). No Employee shall be placed in a Base Plus job except voluntarily or by bidding on such job.

a.) **Base "Plus" Job Review.**
Three (3) months after an Employee is hired into such a job, a joint (Union and Management) informal review will be conducted to determine the following:

b.) **If No Plus Hours Worked.**
If the Employee, over the three (3) month period, has only worked the base hours and no plus hour schedules and no mitigating circumstances (such as vacation, LOA or sick leave replacement) exists, then the "plus" will be removed from the job and the Employee will assume a set schedule of hours.

c.) **If Plus Hours Average Less than Four (4) Hours.**
If the Employee, over a three month period, works an actual base "plus" schedule in the same department for less than an average of four (4) additional hours, then no change will be made to the Employee's schedule at that time.

d.) **If Plus Hours Average Four (4) or More Hours.**
If the Employee, over a three (3) month period, consistently works a base "plus" schedule, an average of four (4) hours or more over the base in the same department, then an audit will be conducted. If no mitigating circumstances exist (such

25

as vacation, LOA or sick leave replacement), then, the average hours in the department will be posted. Hours may be posted in increments that are practical for operations, by mutual agreement.

e.) **Joint Formal Review.**
If the three (3) month informal review is not conclusive and/or mitigating circumstances exist, a joint formal review will be conducted at six (6) months, and steps (b), (c), or (d), above, will be enacted, except that in (d), above, ongoing "mitigating circumstances" may be included as regular hours and will be given significantly less weight.

f.) **Non-Proliferation of Base "Plus" Jobs.**
If multiple Employees in the department consistently work hours above base, the conglomeration of the hours will be reviewed and may be posted in order to avoid proliferation of Base "Plus" jobs.

g.) **Hours Posted as a Result of Review.**
Hours posted as a result of these reviews may first be claimed by Part-Time Employees to increase regular hours or change status to full-time pursuant to SCAL Appendix A, Side Letter 30, and then pursuant to Article X, Section 7, paragraph 242 of this Agreement.

h.) **Joint Reviews Conducted Upon Request.**
Joint Reviews, as outlined above, of Base "Plus" Positions will be conducted at any time upon request by the Union or Management in a timely manner.

**ARTICLE XI – HOURS OF WORK**

**SECTION 1 – INTENT OF ARTICLE**
This Article is intended to define the normal hours of work and shall not be construed as a guarantee of hours of work per day or per week, or of days of work per week. This Article shall not be construed as any basis for the calculation of overtime.

**SECTION 2 – NORMAL WORK WEEK**

A. **Forty Hours Per Week With Two Consecutive Days Off.**
The Employer will exercise its best efforts subject to the requirements of efficient operations to schedule on the basis of a normal work week of forty (40) hours within the work week period with two (2) consecutive days of rest.

B. **Waiver.**
The provision for two (2) consecutive days off each week may only be waived to achieve every other weekend off scheduling.

C. **Four Hour Minimum Shift.**
The Employer will not schedule or post shifts of fewer than four (4) continuous hours unless mutually agreed by the Employer and the Union. This Agreement is not intended to preclude an Employee from initiating a written request to work such shift.

**SECTION 3 – SCHEDULES**

A. **Starting Times, Quitting Times and Days Off.**
Schedules of starting and quitting times and days off of Employees will be posted by the Employer four (4) weeks in advance in the Southern California Region and fourteen (14) days in advance in the Northern California Region subject to emergency situation changes. Such schedules will be maintained on a weekly basis and will be posted in a location readily accessible to all department Employees.

B. **Emergency Changes in the Schedule.**
When it becomes necessary because of emergency situations to change work schedules, consideration will be given to the desires of the affected Employees. Where agreement cannot be reached, such changes in work schedules will be made in reverse bargaining unit seniority order within the department. The Employer will attempt to notify an Employee of any schedule changes a minimum of twenty-four (24) hours before such change is to occur. Failure to successfully contact the Employee will not result in a penalty to the Employer or Employee.

27

C. **Changes in Employee's Schedule.**

1. An Employee's schedule will be changed only in response to operational requirements. In such event, consideration will be given to the desires of the affected Employees. If there is no mutual agreement, changes will be made in reverse order of bargaining unit seniority within the department among qualified Employees. The Employee will be notified by the Thursday of the preceding week.

**NORTHERN CALIFORNIA REGION Registered Dietitian Schedule Changes.**

2. A Registered Dietitian and his/her supervisor can mutually agree to temporary schedule changes.

**SECTION 4 – WEEKENDS OFF**

A. **Every Other Weekend Off.**
The Employer will exercise its best efforts to provide every other weekend off to all Full-Time and Part-Time Employees in a department desiring such a schedule. The Employer will exercise its best efforts to recruit Full-Time and Part-Time Employees so that this can be accomplished.

B. **More Beneficial Scheduling Practices.**
If an Employee enjoys a more favorable weekend off schedule, he/she shall maintain such schedule except as provided for in paragraph 311 - 312, "Changes in Employee's Schedule".

C. **"Weekend" Defined.**
"Weekend" shall mean Saturday and Sunday except for the night shift in which case, "Weekend" shall mean Friday and Saturday.

D. **SOUTHERN CALIFORNIA REGION Weekend Work Penalty.**
In the event an Employee volunteers or is required to work all or part of any second consecutive weekend and alternating consecutive weekends thereafter, the Employee shall be paid one and one-half ($1\frac{1}{2}$) times his/her regular rate of pay for all hours worked on the weekend.

E. **Non-Applicability of this Section.**
This Section shall not apply to an Employee who has requested to work a regular weekend schedule and shall not apply to an Employee who has a regular schedule which provides for either every Saturday or every Sunday off.

F. **Weekend Work Penalty.**
The foregoing provision on hours of work is not intended to change the interpretation of weekend work penalty in Southern California as defined by various arbitrations.

## SECTION 5 – MANDATORY MEETINGS

When Employees are specifically directed by their supervisor to attend mandatory meetings, time spent in such meetings shall count as time worked.

## SECTION 6 – MEALS

A. **Current Practice.**

According to current practice, the Employer will continue to provide meals for Employees in Nutritional Services. These meals shall be furnished to such Employees without deduction in compensation.

B. **NORTHERN CALIFORNIA REGION Outpatient Registered Dietitians.**

Where applicable, Outpatient Dietitians (covered by this Agreement) also have the option to obtain meals as above.

## SECTION 7 – REST PERIODS AND MEAL PERIODS

A. **Rest Periods.**

Each Employee shall receive a fifteen (15) minute paid rest period during each four (4) hours of work approximately towards the middle of each four (4) hour work segment.

B. **Meal Periods.**

1. **Meal Periods for Employees Scheduled to Work More Than Five (5) Hours.**
Employees scheduled to work more than five (5) hours per day shall be entitled to an uninterrupted meal period of at least thirty (30) minutes.

2. **Meal Periods Near the Middle of the Shift.**
The Employer will make every reasonable effort to schedule the meal periods at or near the middle of the shift, unless mutually agreed otherwise.

29

3.  **Notice to Supervisor.**
The Employee is required to notify his/her supervisor if it appears that he/she will miss a rest or meal period. In the event that the supervisor or designee is not accessible to authorize the rest or meal period, the Employee may use his/her judgment regarding the necessity to work through the rest or meal period.

4.  **Employer's Responsibility for Employee's Rest and Meal Periods.**
The primary responsibility for ensuring that Employees take rest and meal periods shall rest with the Employer.

5.  **SOUTHERN CALIFORNIA REGION Additional Lunch Period.**
Employees working thirteen (13) or more hours in a workday shall receive an additional thirty (30) minute lunch period.

C.  **State and Federal Laws.**
It is the Employer's intent to abide by all State and Federal Laws regarding meal and rest periods, which include only in part the following:

1.  If an Employee is not provided with a meal period, the Employer shall pay the Employee an additional one (1) hour of straight time pay.

2.  If an Employee is not provided one (1) or more rest periods, the Employer shall pay the Employee an additional one (1) hour of straight time pay.

D.  **Relief from All Duty.**
Unless Employees, including Employees who are assigned to respond to cardiac arrest, are relieved of all duty during their meal period, the meal period shall be considered an "on duty" ("on duty" as defined in the Labor Code) meal period and counted as time worked.

## SECTION 8 – UNIFORMS

When Employees are required to wear uniforms or special work clothes, the Employer will provide and launder such apparel; provided that the Employer shall not be required to furnish or launder apparel traditionally worn by Employees in hospitals generally. The term "uniform" is defined as apparel or accessories of a distinctive design, style, color, or quality. If the Employer contemplates a change in uniform policy, it will bargain with the Union.

**SECTION 9 – REPORTING PAY**

A. **NORTHERN CALIFORNIA REGION Reporting Pay.**

1. **Assignment of Work After Reporting.**
An Employee who is scheduled to report for work and who reports to work without receiving prior notice that no work is available shall perform any work to which he/she may be assigned provided the work is related to his/her regular work and he/she is qualified to perform the work.

2. **Pay Rate After Reporting.**
The Employee will be paid at his/her regular rate of pay or appropriate rate of pay for the job he/she is assigned, whichever is higher.

3. **Guarantee of Pay for Shift.**
If the Employer is unable to utilize the Employee, he/she may leave work and will be paid for his/her regular shift, not to exceed eight (8) hours, excluding shift differential.

4. **Exclusions.**

The provisions of this Section will not be applicable if:

a.)    the lack of work is not within the control of the Employer; or

b.)    the Employer makes a reasonable effort to notify the Employee by telephone (or telegram, if no response) not to report for work at least two (2) hours before his/her scheduled time to work; or

c.)    the Employee fails to provide the Employer with his/her current address and telephone number.

B. **SOUTHERN CALIFORNIA REGION Reporting Pay.**

1. **Performing Work as Assigned.**
Employees who are requested to report for work, or who are scheduled to work and are permitted to come to work without receiving prior notice that no work is available shall perform any work to which they may be assigned.

2. **Two Hour Guarantee.**
When the Employer is unable to utilize such Employees and the reason(s) for lack of work is within the control of the Employer, the

31

Employee will be paid for two (2) hours work at the regular rate of pay. In such cases, the authorized supervisor of the Employee involved may allow the Employee to leave work before the two (2) hours have elapsed. The two (2) hours time must be shown on the Employee's time card either by time clock registration or by notation by the supervisor. In either case, the supervisor must sign the time card.

3. **Acts of God.**
The provisions of this Section shall not apply if acts of God or failure of utilities interfere with work being provided, and if the Employer makes a reasonable effort to notify the Employees by telegram not to report for work at least two (2) hours before their scheduled time to work.

4. **Current Contact Information.**
It shall be the responsibility of the Employees to notify the Employer of their current address and telephone number. Failure to do so shall preclude the Employer from the notification requirements.

## SECTION 10 – NORTHERN CALIFORNIA REGION CALL-IN ON SCHEDULED DAY OFF

If an Employee is called to work on what would otherwise have been a regularly scheduled day off and if the Employer fails to give one (1) hour's notice before the start of the required shift, the Employee shall be paid for the hours of work actually performed plus one (1) hour, but is to be paid not less than three (3) hours nor more than eight (8) hours of pay in any one shift unless the Employee works more than eight (8) hours in that shift.

## SECTION 11 – NORTHERN CALIFORNIA REGION PROVISIONS

A. **Rest Period Between Shifts.**

1. **Unbroken Rest Period.**
Regular Employees shall have an unbroken rest period of twelve (12) hours between any eight hour shifts. All hours worked within the 12-hour rest period shall be paid at the rate of time and one-half (1-1/2).

2. **Waiver.**
This provision may be waived upon the written request of the Employee and with the agreement of the supervisor.

32

3. **Premium Pay As Rest Time.**
Time for which any premium pay is paid shall count as rest time for purposes of this paragraph.

4. **Conditions Beyond the Employer's Control.**
This Paragraph is waived if conditions beyond the Employer's control and/or acts of God so require the services of the Employee.

## SECTION 12 – SOUTHERN CALIFORNIA REGION PROVISIONS

A. **Prohibition of Rotating Shift Positions.**
Effective February 5, 2002, there will be no expansion of rotating shifts. No new/additional rotating shifts will be created either by posting, scheduling or changing a current shift.

1. **Rotating Shift Positions Will Not Be Posted.**
As of June 5th 2002, and thereafter, no positions will be posted that include a rotating shift (even if the posting is to replace a vacancy in what was previously or what is currently a position which includes rotating between day, evening and night shift).

2. **Written Request for Waiver.**
This agreement is not intended to preclude an Employee from initiating a written request to work such a shift and with the mutual agreement of management and the Union, such a shift may be scheduled.

## ARTICLE XII – OVERTIME AND ALLOWED TIME

## SECTION 1 – NORTHERN CALIFORNIA REGION PROVISIONS

A. **Intent**
This Article is intended to provide the basis for calculation of and payment for overtime and allowed time and shall not be construed as a guarantee of hours of work per day or per week or days of work per week.

B. **Definition of Terms.**

1. **"Payroll Week"**
"Payroll Week" as used in this Article shall mean and consist of the seven (7) day period beginning at 12:01 a.m., Sunday, or at the shift changing hour nearest that time.

2.   **"Payroll Day"**
"Payroll Day" as used in this Article shall mean and consist of a twenty-four (24) hour period, beginning at the same time each Payroll Day as the Payroll Week begins.

C.   **Overtime Rates.**

1.   **Hours in Excess of Eight (8) and Hours in Excess of Forty (40).**
Employees shall be paid at the rate of time and one-half (1-1/2) the straight-time hourly rate, including shift differential and split shift differential, for all hours of work performed in excess of eight (8) hours in any one work day and/or for all hours worked in excess of forty (40) hours within the work week.

2.   **Hours in Excess of 12.**
Employees shall be paid at the rate of double the straight-time hourly rate including shift differential and split shift differential for all hours worked in excess of twelve (12) consecutive hours in any one workday.

3.   **6th Day of Work.**
Employees assigned to a scheduled work week of twenty (20) hours or more in a period of more than five (5) work days shall be paid at the rate of time and one-half (1-1/2) for all hours of work performed on the sixth (6th) day of work; whether or not such hours of work are in excess of forty (40) hours within the work week.

4.   **7th Day of the Payroll Week.**
Employees shall be paid at the rate of double the straight-time hourly rate, including shift differential and split shift differential, for all hours of work performed on the seventh (7th) consecutive Payroll Day worked within the Payroll Week.

D.   **Paid Leave Used in the Calculation of Overtime.**

1.   **Sick Leave.**
Paid sick leave shall count as time worked for purposes of computing overtime for hours worked later in the same work week.

2.   **Holiday.**
Holidays paid for but not worked shall count as time worked for computing weekly overtime for work performed later in the same work week if the holiday falls on the employee's normally scheduled work day.

34

3. **Vacation.**
In instances where there is a combination of vacation and work on a prescheduled basis, vacation hours shall count as hours worked in determining eligibility for weekly overtime.

4. **Bereavement Leave.**
Pay for such leave shall be calculated in the same manner as that for paid sick leave.

5. **Jury Duty.**
Pay for work which was not performed shall be included in the hours worked for the purposes of calculating daily or weekly overtime.

E. **Non-Duplication of Overtime.**
Payment of overtime rates shall not be duplicated for the same hours worked under any of the terms of this Agreement, and to the extent that hours are compensated for at overtime rates under one provision, they shall not be counted as hours worked in determining overtime under the same or any other provisions.

**SECTION 2 – SOUTHERN CALIFORNIA REGION PROVISIONS**

A. **Purpose.**
Subsections A through I of this Article are intended to provide the basis for calculation of and payment for overtime and allowed time only.

B. **Definition of Terms.**

1. **"Week" Defined.**
"Week," as used in this Article, shall mean and consist of the seven (7) day period beginning at 12:01 a.m., Monday or at the shift changing hour nearest that time. In the event the Employer desires to commence the workweek on Sunday instead of on Monday, the Employer will notify the Union. It is understood that such modifications shall be solely for the purpose of achieving every other weekend off scheduling.

2. **"Day" Defined.**
"Day," as used in this Article, shall mean and consist of the twenty-four (24) hour period beginning at the time the Employee commences work.

3. **"Overtime Rates" Defined.**
"Overtime Rates," as used in this Article, shall mean the rates for the overtime hours worked as provided in Section E of this Article.

4. **"Day Off" Defined.**
A day off for purposes of interrupting consecutive days shall be defined as a lapsed period of thirty (30) consecutive hours or more from the time the Employee completed his/her last worked shift to the start of the next shift worked.

C. **Not Intent of Section to Avoid Payment of Overtime.**
It is not the intent of this section to avoid payment of overtime or premium payments referred to in this Agreement for Employees working more than eight consecutive hours at any time.

D. **Alternative Schedules.**
The foregoing notwithstanding, nothing in this Section will preclude the establishment of Alternative Schedules (e.g. 10 hour shifts/12 hour shifts) at straight time pursuant to those Agreements.

E. **Overtime Rates.**

1. **Hours Worked in Excess of 8 in a Day or 40 Hours in a Week.**
All hours worked in excess of eight (8) in any day, or in excess of forty (40) in one (1) week, shall be paid at the overtime rate of one and one-half (1 1/2) times the straight time hourly rate.

2. **Commencing Work Earlier than in the Preceding Day.**
In the event an Employee's work schedule causes him/her to commence work earlier than in the preceding day, the overtime rate set forth above shall be paid for work in excess of eight (8) hours in the preceding work day only if the Employee commences his/her workday two (2) hours or more earlier than his/her preceding workday, but not if the earlier scheduling is made at the Employee's request.

3. **Hours Worked in Excess of 12.**
All hours worked in excess of twelve (12) hours in one (1) day shall be paid at the rate of two (2) times the straight time hourly rate.

4. **Hours Worked in Excess of 16.**
All hours worked in excess of sixteen (16) in one (1) day shall be paid at the rate of two and one-half (2 1/2) times the straight time hourly rate.

5. **Work Performed on the 6th Consecutive Day.**
All work performed on the sixth (6) consecutive day of work shall be paid for at the overtime rate of one and one-half (1 $^1/_2$) times the straight time hourly rate, except when such schedule results from the request of the Employee.

6. **Work on the 7th Day of Workweek.**
All work performed on the seventh (7th) consecutive day of work within a workweek shall be paid at double time (2).

7. **Employer Will Not Require Work Beyond 6 Days.**
The Employer shall not require Employees to work beyond six (6) consecutive days.

8. **Employer Will Not Request Employees to Waive Rights.**
The Employer shall not request that Employees waive their rights.

9. **Where Overtime is a Chronic Problem.**
In departments where required overtime is identified as a chronic problem, the Employer will review the staffing patterns and will take whatever measures are necessary consistent with patient care and operational needs which may include the recruitment and/or training of adequate staff to minimize the use of required overtime.

10. **Employees Asked to Work on Their Day Off.**
Employees who are asked to work on their day off shall be informed at such time as to whether there will be any further change in their schedule should they accept such work. This provision will not apply to Employees on standby status.

F. **Rotation of Overtime – Mandatory Overtime**

1. **Rotation.**
Overtime shifts, scheduled and unscheduled, will be rotated within departments (Employer designated) and classifications equitably, except as precluded by Article XI, Hours of Work, Section 3, Schedules, paragraph 308.

2. **Employee's Election Not to be on Rotation.**
An Employee may choose not to be on the rotation of overtime shift list and should so notify the supervisor in writing on a specific form agreed to by the parties and supplied by the Employer, which shall be posted.

37

3. **Application to All Classifications.**
Such distribution of overtime or additional hours/shifts shall be applicable to all classifications and shall be done on a facility by facility basis.

4. **Mandatory Overtime Restricted to Emergency Situations.**
Mandatory overtime is intended to be restricted to emergency situations. When an emergency situation arises, the Employer will first seek volunteers to fill the necessary shift. Prior to mandating overtime, the Employer will exhaust all practical alternatives. If there is an emergency, in the interest of patient care and/or operational needs, it is necessary to mandate overtime, assignments will be made by inverse seniority (the least senior Employee).

G. **Call-In.**

1. **Employees Called in Before or After Their Regular Shift.**
When an Employee is called to perform work before or after his/her regularly established shift, he/she shall receive no less than three (3) hours pay at one and one-half (1 1/2) times his/her regular rate.

2. **Employees Called in After Leaving the Premises.**
Call-In shall be defined as a call for a Full-Time Employee to perform work after leaving the premises but before he/she is next scheduled for work. The provision shall not apply to any period of time connected to an Employee's regularly scheduled shift.

H. **Non-Duplication of Premium Payments.**
Overtime or premium payments shall not be duplicated for the same hours worked under any of the terms of this Agreement and, to the extent that hours are compensated for at overtime or premium rates under one provision, they shall not be counted as hours worked in determining overtime or premium payments under the same or any other provisions.

I. **Make-up Time.**
An Employee who is absent for any reason in any workweek may, if he/she wishes to do so, at the sole discretion of the Employer, work on his/her regularly scheduled day off within the workweek, at his/her regular straight time rate of pay. The provisions of this Section shall not be applicable in cases where an Employee received Holiday pay or Sick Leave pay for such absences.

38

**ARTICLE XIII – WAGES**

**SECTION 1 – WAGES**

A. **NORTHERN CALIFORNIA REGION Wages.**

1. **Schedule of Wages.**
The minimum straight-time hourly rates of pay shall be as shown in the salary schedules attached hereto and made a part hereof.

2. **Premium Employees.**
The wage scales set forth are intended to constitute minimum scales only and nothing in this Agreement shall preclude the Employer from paying in excess of such minimum rates at the Employer's discretion. However, no Employee covered by this Agreement shall, as a result of the provisions of this Agreement, suffer a reduction in his/her wage rate so long as he/she continues in the same classification except as results from the application of Article X.

B. **SOUTHERN CALIFORNIA REGION Wages.**

1. **Schedule of Wages.**
The Base and Lead Wage Schedules (Southern California), attached hereto are, by this reference, made a part of this Agreement.

2. **Longevity.**
A longevity wage increase of thirty cents ($0.30) per hour is provided to all Employees after ten (10) years of service. In addition, Employees with fifteen (15) or more years of service shall receive an additional ten cents ($0.10) per hour for a total longevity wage increase of forty cents ($0.40) per hour. Employees with twenty (20) or more years of service shall receive an additional ten cents ($0.10) per hour for a total longevity wage increase of fifty cents ($0.50) per hour, and Employees with twenty-five (25) or more years of service shall receive an additional ten cents ($0.10) per hour for a total longevity wage increase of sixty cents ($0.60) per hour.

39

3. **Lead Wage Rates.**
An Employee currently working in a Lead position or an Employee who bids on and is awarded a Lead position shall be paid at the Lead Wage Rate which shall be five percent (5%) over the base hourly wage rate for the position. Any Lead paid more than a 5% differential shall suffer no reduction in wages or withholding of negotiated increases during the term of the Contract.

4. **No Reduction of Benefits.**

a.)   The Employer cannot unilaterally change explicitly stated benefit provisions contained in the Contract without bargaining with the Union, nor can the Employer bargain to impasse and implement any such benefit changes. The only exception to this would be in the conformity to law provisions contained in Article XXIV, paragraph 1120.

b.)   No Employee covered by this Agreement shall, as a result hereof, suffer a reduction in wages or other benefits, since the wage scales and overtime benefits herein set forth are intended to constitute minimum scales only.

5.   Nothing in this section shall preclude the application of SCAL Appendix A, Side Letter 32 Red Circle rates attached hereto, for the purpose of eliminating such Red Circle rates.

**SECTION 2 – TENURE STEP PROGRESSION**

A.   **Effective Date of Tenure and Across the Board Increases.**
Tenure increases and across the board increases shall become effective at the beginning of the first full payroll period nearest the Employee's date of eligibility for such increase.

B.   **NORTHERN CALIFORNIA REGION Tenure Step Progression Provisions.**

1.   **Tenure Steps for Limited Part-Time, Temporary and On-Call Employees.**
Limited Part-Time, Temporary and On-Call Employees shall be eligible for progression through all tenure steps of their classification in accordance with the following formula: Each one hundred (100) hours of work equals one (1) month's tenure service credit. For example, three hundred (300) hours of work would equal three (3) months' service credit. However, no Employee shall accumulate more than one (1) month's tenure credit in any calendar month.

40

2. **Tenure Step/Experience Credit**

a.) **Schedule Z Classifications.** The following provisions shall apply only to those classifications listed in Schedule Z, Appendix Y, Section 2.

b.) Employees with at least three (3) or more years within the last five (5) years of Regular (twenty (20) hours or more per week) relevant experience than that required by the classification into which the Employee is being hired, will be placed at step two (2) of that classification, provided that the Employee's experience is directly related to the duties of the position as determined by the Employer.

c.) Employees with at least five (5) or more years within the last ten (10) years of Regular (twenty (20) hours or more per week) relevant experience than that required by the classification into which the Employee is being hired, will be placed at step three (3) of that classification, provided that the Employee's experience is directly related to the duties of the position as determined by the Employer.

d.) The relevance of the experience referred to above is determined by the Employer.

3. **Difficult to Recruit Classifications.**
The initial application of the Advanced Hiring Criteria provisions of the LMP Benefits Enhancements Agreement of May 22, 2003, shall apply to the following classifications: Radiologic Technologist, Nuclear Medicine Technologist, MRI Technologist, Diagnostic Ultrasonographer, Histologic Technician, Cytotechnologist, Respiratory Care Practitioner, Cardiovascular Technician, Invasive Cardio Specialist, EEG Technologist and Radiation Therapy Technicians. See NCAL Appendix A for details.

C. **SOUTHERN CALIFORNIA REGION Tenure Step Progression Provisions.**

1. **Tenure Steps for Regular Part-Time and LPT Employees.**
Part-Time and LPT Employees hired after July 31, 1969, shall receive step increases in wages on the basis of hours worked (173.333 hours equivalent to one (1) month of service) rather than calendar months of service. This method of calculation shall also apply to longevity pay.

41

2. **Tenure Steps for On-Call Employees.**
Step increases for On-Call Employees will be prorated on the same basis as Part-Time Employees. On-Call Employees shall receive shift differential and overtime premiums to include holiday premiums for designated holidays worked when applicable.

3. **Tenure Steps for Temporary Employees.**
Temporary Employees shall receive shift differential and overtime premiums when applicable. In addition, step increases will be given to temporary Employees based on hours worked. Temporary Employees will receive holiday premiums as set forth in this Agreement for designated holidays worked.

## SECTION 3 – PAY DAY AND PAY CHECKS

A. **Payday and Payday on Holidays.**
Payday shall be every other Friday. When a payday falls on a holiday, Employees shall be paid on the day immediately preceding the holiday.

B. **Direct Deposit.**
Employees upon written request may direct automatic deposit of their paycheck to a bank or saving institution of their choice provided such bank or institution participates in the National Automatic Clearing House Association. Employees electing automatic deposit shall receive a check stub or equivalent information each pay period indicating all payments made.

C. **Paycheck Shortages.**
Paycheck shortages shall be paid by no later than the end of the next business day upon request of the Employee; otherwise, paycheck shortages shall be paid on the next pay period or per applicable law.

D. **Termination Pay.**
When an Employee is voluntarily or involuntarily separated from employment, the Employee will be paid all monies owed pursuant to this Agreement, state or federal laws.

## SECTION 4 – PERFORMING WORK IN ANOTHER CLASSIFICATION

A. **SOUTHERN CALIFORNIA REGION Provisions.**
When an Employee is required to perform work in a classification other than his/her assigned classification, his/her hourly wage rate shall be determined as follows:

1. **Temporary Work in Another Classification.**

    a.) **In a Higher Paid Classification.**
Employees working on a temporary basis for at least one (1) hour in a higher paid classification shall receive the straight time hourly wage rate for the higher paid classification at the same tenure step rate he/she holds in his/her assigned job classification for all time spent in the higher paid classification.

    b.) **In a Lower Paid Classification.**
Employees working on a temporary basis in a lower paid classification shall continue to receive the straight time hourly wage rate of his/her currently assigned classification.

2. **Permanent Work in Another Classification.**

    a.) **In a Higher Paid Classification.**
An Employee promoted to a higher paid classification shall maintain his/her tenure step and step increase schedule in the new classification.

    b.) **In a Lateral Transfer.**
An Employee transferring on a lateral basis shall maintain his/her tenure step and step increase schedule.

    c.) **In a Lower Paid Classification.**
An Employee permanently demoted to a lower paid classification will retain his/her step increase schedule but will be assigned a rate closest to but below the rate in the former classification.

B. **NORTHERN CALIFORNIA REGION Provisions.**

1. **Promotion to Senior, Lead, Chief or Supervisor.**
An Employee promoted to a senior, lead, chief, or (in the bargaining unit) supervisor shall receive a minimum increase of the next higher step of the wage scale in the new classification which will provide an increase of at least five (5) percent above his/her former rate.

2. **Promotion to a Higher Paid Classification.**
An Employee promoted to a higher paid classification shall be paid the first (1st) step rate of the new classification which is next above his/her former rate and which will provide an increase of at least fifteen cents ($0.15).

3. **Demotion to a Lower Paid Classification.**
An Employee demoted to a lower paid classification will be assigned to that tenure step of the scale of the lower paid classification that is equal to or closest to his/her former rate of pay.

4. **Credit for Time Spent in Former Classification.**
For all promotions and demotions, an Employee shall receive credit for time spent in the tenure step of his/her former classification for future tenure step increases in his/her new position.

5. **Temporary Relief in a Higher Paid Classification.**
An Employee working in a higher paid classification shall be paid for all hours worked (except for relief of breaks and meals) at the step in the higher paid classification which provides a minimum increase of fifteen cents ($0.15).

6. **Working in Two Classifications.**
An Employee who as part of his/her regular pre-determined work schedule performs work in another classification, he/she shall be paid at a rate based on the ratio of time spent in each classification.

7. **Managerial Positions.**
No Employee shall be required to relieve in a non-bargaining unit managerial position.

C. **NORTHERN CALIFORNIA REGION Registered Dietitian Provisions.**

1. **Promotion to a Higher Paid Classification.**
An employee promoted from a classification to the next classification level shall be paid the at the same step rate of the new classification.

2. **Demotion to a Lower Paid Classification.**
An employee who is permanently transferred to a position in a lower grade shall receive the step rate which is equal to or next below his/her former rate.

3. **Credit for Time Spent in Former Classification.**
For all promotions and demotions, an Employee shall receive credit for time spent in the tenure step of his/her former classification for future tenure step increases in his/her new position.

4.    **Temporary Relief in a Higher Paid Classification.**
An employee who, as a part of his/her regular predetermined work schedule, performs work in a higher classification (except for rest period and meal relief) shall be paid at a 5% differential for all hours worked in the higher classification.

**SECTION 5 – FLOAT DIFFERENTIAL**

A.    **NORTHERN CALIFORNIA REGION Float Differential Provisions.**

1.    **Premium.**
It is the intention of the Employer to schedule Employees on regular assignments. If an Employee floats from one assignment to another, as described below, a premium of ten cents ($.10) per hour shall be paid for work performed in the area to which he/she is reassigned, if the assignment exceeds one (1) hour:

    a.)    Employees assigned to a permanent work area that commence a shift and then are reassigned to another work area;

    b.)    Employees whose primary job is as an unassigned relief Employee, including Clinic Employees who relieve within a shift;

    c.)    Employees temporarily reassigned from one facility to another.

2.    **On-Call Employees and Temporary Employees Premium.**
On-Call and Temporary Employees shall qualify for the premium only if they commence a shift and then are reassigned to another work area.

3.    **Professional and Technical Employees Premium.**
Professional and Technical Employees shall qualify for the premium only if they are reassigned from one facility to another.

4.    **Employees to Whom Float Pay is not Applicable Premium.**
The premium shall not apply to 1) Employees working throughout a facility or in several work areas during the usual performance of their duties, 2) Employees receiving pay for relief in a higher paid classification, 3) Employees receiving training, or 4) Employees working in a lower paid classification but who are receiving their regular rate of pay.

45

5.    **Work Area Premium.**
For purposes of the Float premium, the following are examples but not limited to traditional work areas: 1) Maternity which includes delivery, labor, nurseries and postpartum areas; 2) Surgery which includes operating and recovery and 3) Medicine/Medicine Procedure Rooms.

B.    **SOUTHERN CALIFORNIA REGION Float Differential Provisions.**

1.    **Selection of Employees for Floating.**
The Union and the Employer agree that where there is a need for floating to other areas all qualified Employees will be solicited on a voluntary basis first by seniority. Where there is no volunteer, assignment will be made by inverse seniority, where the Employee has the skill and ability to perform the job.

2.    **Floating Between Facilities.**
An Employee who floats between facilities that are two (2) miles or more apart during the work day, shall receive mileage pay and will be paid for reasonable travel time. Additionally, the Employee traveling two (2) miles or more will receive a differential of thirty-cents ($0.30) per hour for all hours worked at the second location. Travel time between facilities will be compensated as regular time. Employees that are assigned within the same campus will not be eligible for the float differential.

**SECTION 6 – STANDBY AND CALL-BACK**

A.    **NORTHERN CALIFORNIA REGION Standby and Call-Back Provisions.**

1.    **Standby Distribution.**

a.)    **Standby Distribution and Lists.**
The Employer will establish and maintain a list of qualified Employees by classification in a department who wish to work on standby. Standby will be distributed by rotation to Employees on the list according to the seniority provisions of this Agreement.

b.)    **No Volunteers.**

i.)    If no one on the list accepts an offer of standby, and if no other qualified Employee volunteers, it will be assigned on a rotational basis by reverse bargaining unit seniority to those on the list.

46

ii.)    If there is no list, Standby will be assigned on a rotational basis by reverse seniority to the qualified Employees in the department.

c.)    **Declining Standby.**
Employees may decline standby if they are not notified on or prior to the preceding shift.

d.)    **Alternate Method of Distribution of Standby.**
Upon mutual agreement between the parties, Employees in a classification in a department may by majority vote determine and implement an alternate method of distributing Standby.

2.    **Pay for Standby and Call Back.**

a.)    **Standby Pay.**
An Employee who is on a pre-determined schedule and who is placed on Standby beyond his/her regularly scheduled work day or work week shall be paid at one-half ($1/2$) his/her straight-time hourly rate including shift and split shift differentials, and on a recognized holiday at three-quarters (3/4) times the Employee's regular base rate.

b.)    **Call Back Pay.**
An Employee on standby duty who is called to work shall be paid at time and one-half ($1\frac{1}{2}$) his/her straight-time hourly rate including shift differential and split shift differential.

c.)    **Three Hour Guarantee.**
An Employee shall be paid at least three (3) hours at time and one-half ($1\frac{1}{2}$) on each occasion he/she is called into work and for such hours shall cease receiving standby pay. Standby periods will be eight (8) hour periods or fractions thereof. The rules regarding the three (3) hour guarantee and shift differential shall be applied to each period separately.

d.)    **Total Hours Paid.**
The total hours paid at time and one-half ($1\frac{1}{2}$) shall not exceed the number of hours for which the Employee was originally scheduled in the standby period.

47

e.) **"Call Back Work" Defined**. "Call Back Work" is defined as a call for an Employee who has left the premises to return to perform work of an indefinite duration but shall not be work performed continuous with his/her daily work schedule.

f.) **Calculation of Overtime.**
Pay under this section for work which was not performed shall not be included in hours worked during the payroll day or payroll week for the purpose of calculating overtime and likewise, shall not be paid for at overtime rates.

B. **SOUTHERN CALIFORNIA REGION Standby and Call-Back Provisions.**

1. **Standby Pay.**
Employees on standby status will be paid one-half ($^1/_2$) their regular hourly rate of pay, up to a maximum of $12.00 for each hour spent on standby status.

2. **Distribution of Standby.**
Standby assignments will be distributed among the Employees in the department. Volunteers may replace Employees who want to give up their assigned standby hours. Volunteers will be accepted in seniority order.

3. **Minimum Hours Guaranteed.**
Actual work time shall begin when the Employee arrives at the Hospital or Medical Center where he/she was called and shall end when the Employee leaves work. In any event, the Employee shall be guaranteed a minimum of two (2) hours work each time he/she is called in.

4. **Pay When Called Back to Work While on Standby.**
An Employee on standby shall receive time and one-half ($1^1/_2$) his/her regular rate of pay when called back to work and double time and one-half when called back to work on a holiday. Such rate shall apply for all hours actually worked or guaranteed. During the time the Employee receives time and one-half ($1^1/_2$) he/she will cease receiving the standby pay.

48

**SECTION 7 – BILINGUAL PAY**

A.   **SOUTHERN CALIFORNIA REGION Bilingual Employee Program.**

1.   **Purpose.**
The goal of the Bilingual Employee Program is to utilize bilingual staff within their scope of practice, to provide quality care for Limited English Proficient (LEP) members, and ensure that KP meets Cultural and Linguistic Appropriate Services (CLAS), and other regulatory standards. In addition to developing our internal bilingual capacity, we continue to require interpreter services to meet the needs of members who are not in contact with bilingual staff. At this time, KP utilizes other resources such as phone interpreters to provide language services that we cannot meet using bilingual staff. In addition to these interpreting resources, it is understood that bilingual staff may be called to provide language assistance in appropriate situations. What follows are specific contractual issues that support this program.

2.   **LMP Process.**
This program will be created and implemented through a joint LMP process in every aspect, with the exception of the development of the full-time healthcare interpreter job description and associated pay rate.

3.   **Full-Time Healthcare Interpreter Position.**

a.)   **Job Description.**
The Union and the Employer agree to develop and implement a new position of a full-time healthcare interpreter. The job description and accompanying wage rate will be jointly agreed to no later than November 15, 2005.

b.)   **Ongoing Review.**
The parties agree to jointly conduct periodic reviews to monitor staffing levels, workload issues, and the effectiveness of the position and the program.

c.)   **Intent.**
The intent of this position is not to replace but enhance the Employee bilingual interpretation function.

49

4.   **Qualified Bilingual Status.**

    a.)   **Level Description.**
There shall be two levels for Qualified Bilingual Status (QBS). Level 1 will be those Employees assessed as proficient in conversational language skills and basic command of a second language as determined by a jointly agreed upon assessment tool. Level 2 will be those Employees assessed at a greater level of fluency including medical terminology language skills as determined by a jointly agreed upon assessment tool. A joint LMP team will determine the appropriate criteria for qualifying for a Level 2 designation, and agree upon appropriate assessment tools.

    b.)   **Differential.**
Employees designated as Level 1 shall receive, or continue to receive, a bilingual differential in the amount of $0.375 per hour and paid on all hours compensated per biweekly pay period. Employees designated as Level 2 shall receive a bilingual differential in the amount of $0.55 per hour and paid on all hours compensated per biweekly pay period.

5.   **Program Implementation.**

    a.)   **Coverage.**
All Employees who do not have a current bilingual assessment on file with their Human Resources office will be required to have their skills assessed by a jointly agreed upon assessment tool.

    b.)   **Assessment Process.**
Beginning January 1, 2006, all Employees covered by this agreement will be given the opportunity to be assessed for proficiency at either the QBS Level 1 or Level 2 designation.

    c.)   **Training/Retraining.**
Employees who do not qualify as Level 1 will be provided educational support designed to enhance their conversational bilingual skills to enable them to successfully pass the assessment. All Employees receiving the existing bilingual differential as of the effective date of the Agreement will maintain the differential during the assessment and training/retraining period, and at least until May 1, 2007.

**d.)** **Loss of Differential.**
Employees who fail to qualify for either Level 1 or Level 2 designation by May 1, 2007, will no longer receive a bilingual differential.

**6.** **Posting Positions as "Bilingual Required."**
The parties agree to use the Northern California objective process as the basis for determining if a job should require bilingual skills. By mutual agreement, the parties may modify the Northern California model. "Bilingual Required" positions will not be posted unless there is joint agreement by the Union and the Employer.

**7.** **Cancellation.**
In the event that this program fails to be implemented or is discontinued for any reason during the term of this Agreement, Side Letter 29 - Bilingual Differential will apply.

**B.** **NORTHERN CALIFORNIA REGION Bilingual Employee Program.** The LMP Bilingual Program is a Northern California Labor Management Partnership initiative. Refer to the LMP Bilingual Program Manual for details.

**1.** **Bilingual Differential.**
There are two distinct levels of Qualified Bilingual Status (QBS) designation:

**a.)** **Level 1.**
The individual speaks well enough to function in a wide range of personal and occupational situations that require only conversational language skills. The differential for QBS Level 1 is $0.25 per hour.

**b.)** **Level 2.**
The individual speaks well enough to function in most personal and/or clinical settings that require a greater level of fluency including medical terminology. The differential for QBS Level II is $0.55 per hour.

**2.** **Bilingual Assignments.**
The Employer and the Union agree that no Employee shall be required to use a second language to translate or interpret. Translating and interpreting may be requested of the Employee by the Employer, but compliance with such request shall be voluntary on the Employee's part.

Acceptance of a posted position is voluntary and thereby waives this provision.

**SECTION 8 – SHIFT PREMIUMS**

A.     **NORTHERN CALIFORNIA REGION Shift Premium Provisions.**

      1.    **Shift Definitions.**

          a.)    An "evening shift" shall be defined as any shift of four (4) hours or more commencing at or after 12:00 noon and terminating after 6:00 p.m.

          b.)    A "night shift" shall be defined as any shift of four (4) hours or more commencing at or after 10:00 p.m. but before 6:00 a.m.

      2.    **Shift Premiums.**
Shift differential amounts are as set forth below and the classifications to which the different shift differentials apply are shown in NCAL Appendix Y, Schedules Y and Z.:

|                         | Evening | Night  |
| ----------------------- | ------- | ------ |
| Schedule Y:             | $1.00   | $1.25  |
| Schedule Y - KPPACC:    | $0.60   | $0.85  |
| Schedule Z:             | $1.45   | $1.95  |
| Registered Dietitians:  | $2.50   | $4.00  |

      3.    **Additional Hours and Overtime.**
Additional hours or overtime, including additional shifts, immediately prior to or following an Employee's regular shift shall be paid the shift differential, if any, applicable to their regular shift that day.

B.     **SOUTHERN CALIFORNIA REGION Shift Premium Provisions.**

      1.    **Shift Definitions.**
There shall be three (3) shifts of work, and the regular starting times are assigned between the hours shown for the respective shifts as follows:

| Day Shift     | (1st Shift) | 6:00 a.m.  | to | 10:00 a.m. |
| ------------- | ----------- | ---------- | -- | ---------- |
| Evening Shift | (2nd Shift) | 2:00 p.m.  | to | 6:00 p.m.  |
| Night Shift   | (3rd Shift) | 10:00 p.m. | To | 1:00 a.m.  |

For Employees not covered by provisions of Article XI, Section 7, Paragraph 329, the appropriate shift differential shall be paid for actual hours worked between 5:00 p.m. and 7:00 a.m. (5:00 p.m. – 11:00 p.m., evenings, 11:00 p.m. – 7:00 a.m., nights).

2. **Shift Premiums.**
A premium of ninety-nine cents ($0.99) per hour shall be paid to all Employees working the evening shift (2nd Shift) and a premium of one dollar and thirty-five cents ($1.35) per hour shall be paid to all Employees working the night shift (3rd Shift). Shift premium shall be included as part of the base pay for purposes of calculating overtime and premium, notwithstanding paragraph 417 of Article XII. Shift premiums will be paid for time worked only.

3. **Mandatory Meetings.**
An Employee who normally receives shift differential will not lose shift differential when attending mandatory meetings.

## SECTION 9 – SPLIT SHIFTS

A. **SOUTHERN CALIFORNIA REGION Split Shifts.**
Effective February 5, 2002, there will be no expansion of split shifts. No new/additional split shifts will be created either by posting, scheduling or changing a current shift. As of June 5, 2002, and thereafter, no positions will be posted to include a split shift (even if the posting is to replace a vacancy in what was previously or what is currently a position which includes a split shift). This Agreement is not intended to preclude an Employee from initiating a written request to work such a shift and with the mutual agreement of the Employer and the Union, such a shift may be scheduled.

B. **NORTHERN CALIFORNIA REGION Split Shifts.**

1. **"Straight Shift".**
A "straight shift" is defined as a regular day's work of eight (8) hours completed within nine (9) consecutive hours with no more than one (1) hour for lunch.

2. **"Split Shift".**
A "split shift" is defined as eight (8) hours completed within a spread in excess of nine (9) consecutive hours without more than one break.

3.   **Premium.**
In addition to their regular rate of pay, Employees performing work on a split shift completed within a spread of not more than eleven (11) hours shall be paid the appropriate premium as set forth in the California State Industrial Welfare Commission Wage Orders. In addition, any split shift work completed beyond a spread of eleven (11) consecutive hours shall be paid for at the rate of time and one half (1-1/2) for all hours worked beyond the eleven (11) hour spread.

4.   **No New Split Shifts.**
There shall be no new split shifts except as requested by the Employee and approved by the Employer and the Union.

## SECTION 10 – NORTHERN CALIFORNIA REGION EMPLOYEES WHO BECOME LICENSED VOCATIONAL NURSES

A.   **Eligibility and Pay.**
Any Employee who delivers patient care as traditionally considered in terms of nursing such as practiced by nursing assistants and medical assistants and who obtains a valid State of California license as a Licensed Vocational Nurse shall be reclassified and paid at the LVN step rate that is closest to but greater than his/her current rate of pay. He/she shall remain at that step until he/she satisfies the criteria established by the Employer with respect to the administration of medication and accepts an LVN vacancy, at which time eligibility for future tenure increases shall commence.

B.   **Ineligibility.**

1.   In no case shall any Employee be eligible for reclassification to LVN if he/she declines to perform those duties that are permitted by State law and by virtue of his/her licensure.

2.   Failure to accept the first available LVN vacancy to which an Employee's seniority rights entitle him/her and which is comparable in status to his/her current position, will result in the Employee being returned to his/her former classification wage rate.

C.   **Orientation and Training.**
The Employer will develop a program in conjunction with procedures established by Work Force Development to provide a preceptor program for Employees who have obtained their license as a Licensed Vocational Nurse.

54

**SECTION 11 – MILEAGE**

Employees required to use their personal automobile for Employer business will be reimbursed according to the Employer's current policy on mileage reimbursement.

**ARTICLE XIV – JOB RECLASSIFICATION PROCESS**

The wage rate for each job class shall be the standard wage rate for all jobs classified in that job class, as set forth in Wage Scales.

A. **Job Reclassification Process for an Individual Employee.**

1. **Process Initiation.**
An Employee may initiate the Job Reclassification Process within the currently listed contract classifications by obtaining a Job Reclassification Form from his/her Steward or Human Resources. The Employee will complete the form and submit it to the local Human Resources Department. Human Resources will review and analyze all pertinent information, make a classification determination or refer it to Compensation for further review and recommendation within thirty (30) calendar days.

2. **Review by Regional Compensation.**
In conjunction with Labor Relations, Regional Compensation will conduct an independent review of the information presented in the context of other positions in the bargaining unit. After its review, Regional Compensation will communicate its recommendation to the local Human Resources Department within thirty (30) calendar days. The local Human Resources Department will notify the appropriate Medical Center Executive, Union and Labor Relations representatives.

3. **Recommendation for Reclassification.**
If reclassification of an Employee is recommended, Human Resources will communicate the recommendation to the manager for approval and implementation. Human Resources or the manager will communicate the decision to the Employee and/or the steward. The effective date of the reclassification will be the date of submission of the Job Reclassification Form but may be retroactive prior to submission date by mutual agreement.

4. **Denial of Recommendation.**
If the recommendation is to deny reclassification of the Employee, Human Resources will communicate the decision to the Manager

55

and Steward who will jointly communicate the decision to the Employee.

5. **Appeal of Denial.**
If the reclassification is denied, the Employee may refer the issue to the appropriate Union designee. The Union designee will review the decision and documentation and determine whether to submit this issue to arbitration.

6. **Decision of Arbitrator.**
The decision of the arbitrator shall be final and binding on both parties and is limited to changes in the classification of a position within the existing wage scale.

B. **Group Reclassification Process.**
Any reclassification with implications for more than one Employee should be immediately directed to Regional Compensation or Labor Relations by the local Human Resources department. The process and timelines for group reclassification are the same as those specified above for the individual reclassification process.

C. **Timeline.**
The Employer and the Union will follow the Reclassification process and agree that it should proceed as expeditiously as possible. However, by mutual agreement of the Union and the Employer, the time limits at any step of the Job Reclassification Process may be extended and this extension must be confirmed in writing within the specified time limits. An Employee can check the status of his/her reclassification request with the local Human Resources department.

**ARTICLE XV – COMPETITIVE WAGE REVIEW & EQUITY ADJUSTMENTS**

During September in each year of this Labor Agreement, excluding the year in which the contract expires, the Employer will meet with representatives of the Union to review specific job classifications, identified by each party, as requiring wage increases over and above the negotiated wage increases for that specific year. Wage data used by the Employer or the Union in identifying such classifications shall be reviewed by the parties prior to the Employer implementing any changes in the previously negotiated wage rates. Nothing herein shall limit or change the parties' rights under the Collective Bargaining Agreement or be used to modify any of the provisions of the Collective Bargaining Agreement. Disputes under this Article shall not be subject to the provisions of "Article XXIII – Grievance and Arbitration Procedures".

56

**ARTICLE XVI – SENIORITY**

**SECTION 1 – DEFINITION OF SENIORITY**

A. **Bargaining Unit.**
"Seniority" for all Employees shall be defined as an Employee's most recent date of hire in a bargaining unit position. Wherever the term "seniority" is used in this Agreement, it shall have this definition. The seniority date of an Employee shall not be adjusted for any reason.

1. **NORTHERN CALIFORNIA REGION Acquired Facilities.**
Employees in classifications covered by this Agreement who were or are employed in a facility at the time it was or will be acquired by the Employer in Northern California will have their seniority recognized for all purposes from their most recent date of hire with their previous Employer. The granting of seniority pursuant to this paragraph shall have no force or effect on benefit eligibility, wage adjustments, or related matters.

2. **Implementation of UHW Seniority.**
Effective January 1, 2007, seniority as defined herein shall apply on a statewide basis. Prior to January 1, 2007, the definitions and applications of seniority in the UHW 2000-2005 Collective Bargaining Agreements in the Northern California Region and Southern California Region respectively shall continue to apply.

B. **Seniority Lists.**
Seniority lists of Employees will be maintained and readily accessible within the department and shall be provided to the Union Representative, his/her designee, steward or concerned Employee upon request.

C. **On-Call Employees.**
On-Call Employees may exercise seniority only among themselves. (Southern California Region Employees see paragraph 609 for exception.)

D. **Seniority Tiebreaker.**

1. **NORTHERN CALIFORNIA REGION Seniority Tiebreaker.**
In the event employees in the Northern California Region have identical seniority dates, the order of tiebreakers will be:

a.)   First to apply.
b.)   First to interview.
c.)   First to start work.

2. **SOUTHERN CALIFORNIA REGION Seniority Tiebreaker.**
In the event employees in the Southern California Region have identical seniority dates, the tiebreaker will be employee number. Specifically, employees hired after the implementation of the My HR System will use their new employee number. Those hired prior to the implementation will utilize the employee number they had prior to the implementation.

## SECTION 2 – PROMOTIONS, TRANSFERS AND SENIORITY

A. **Posting of Vacancies.**
All job vacancies within the bargaining unit shall be posted by the Employer for seven (7) calendar days in a manner and/or in location(s) accessible and visible to all Employees.

B. **Posting Requirements.**

Postings for any vacancy shall include the following information:

1. Minimum qualifications based on the job requirements.

2. Classification, location, scheduled hours (status), shift, department, days off, start and end times, assignment, and wage grade (where applicable).

3. The date of posting.

4. The reason for the vacancy, if the job was vacated due to a promotion.

5. Employer will email to the UHW office or to their designee a list of all job vacancies in the bargaining unit sorted by facility location not later than Friday COB each week. UHW will forward the vacancies to their field staff, contract specialists and/or stewards.

6. **SOUTHERN CALIFORNIA REGION Job Postings.**

a.) On-Call jobs shall be posted by shift (day, evening, or night) pursuant to paragraphs 583 - 589 above with the exception of scheduled hours, number of hours per week and days off.

b.) Nothing herein is intended to restrict the Employer from posting variable shifts and anyone from bidding on a combination of day, evening or night shifts.

C.    **Change in Qualifications.**
In the event a job is posted listing certain qualifications, and no one meets those qualifications, and the Employer is willing to accept an applicant with lesser qualifications, then the job shall be posted again with the lesser qualifications listed.

D.    **Filling Vacancies.**

1.    **Eligibility for Bidding.**

a.)    **NORTHERN CALIFORNIA REGION Eligibility for Bidding.**
Provided an Employee has completed his/her probationary period and has not received formal written discipline in the six (6) months prior to the job posting date (excluding leaves of absence), he/she shall be allowed to submit a bid for a specific posted position.

b.)    **SOUTHERN CALIFORNIA REGION Eligibility for Bidding.**

i.)    Provided an Employee has completed his/her probationary period and merit and ability are approximately equal, seniority shall prevail in the selection process. In order to determine qualifications of the Employee, the Employer has expanded its selection process to include competency testing and skills validation. If an Employee's competency or skills validation is current, he/she will not be required to be tested for an equal position.

ii.)    The Employer agrees to give strong consideration to an Employee's request for transfer even though a Notice of Disciplinary Action is present in the Employee's file.

iii.)    Employee requests for transfer shall be denied regardless of the Employee's seniority to a job vacancy in a department where the Employee is related to the Department Head, Supervisor or Assistant Supervisor.

c.)    **REGIONAL Eligibility for Bidding.**
Employees will be allowed to transfer into open positions in the alternate region even if they may not meet all the minimum position requirements provided they are currently qualified in the same position in their current region.

59

2.  **Waiving Experience Requirements.**
    The Employer agrees to work collaboratively with the Union to waive experience requirements in cases where Employees can show equivalent competency utilizing a mutually agreed upon measurement tool.

3.  **Qualified Applicant.**
    If there is only one (1) qualified applicant within the seven (7) calendar day posting period, the Employer will notify the Employee of his/her acceptance.

4.  **Two or More Applicants.**
    If two (2) or more qualified applicants submit a bid for a vacancy within the seven (7) day posting period, the position will be awarded by seniority in the following order of application, paragraph 606 - 610.

5.  **NORTHERN CALIFORNIA REGION Lead Positions.**
    As an exception to the provisions for the selection of Employees for a position set forth in this Agreement, the Employer shall have discretion in filling a Lead position by selecting from among the three (3) most senior qualified applicants within the department. In the event there are fewer than three (3) applicants, the Employer shall have the option of considering applicants from the facility or region, in that order. The Employer will not consider sources outside the bargaining unit unless there are no qualified internal applicants. The intent is to consider no more than three (3) qualified applicants at any one time.

6. **Order of Application.**

a.) **NORTHERN CALIFORNIA REGION Order of Application.**

    i.)    Regular Employees in the Department
    ii.)    Laid off Regular Employees in the Region
    iii.)    Limited Part-Time Employees in the Department
    iv.)    Laid off Limited Part-Time Employees in the Region
    v.)    Regular Employees in the Facility
    vi.)    Limited Part-time Employees in the Facility
    vii.)    Regular Employees in the Region;
    viii.)    Limited Part-Time Employees in the Region
    ix.)    On-Call and Temporary Employees in the Department
    x.)    On-Call and Temporary Employees in the Facility
    xi.)    On-Call and Temporary Employees in the Region
    xii.)    Regular Employees Statewide
    xiii.)    Limited Part-Time Employees Statewide
    xiv.)    On-Call and Temporary Employees Statewide
    xv.)    SEIU Kaiser Permanente Employees
    xvi.)    External Applicants

b.) **SOUTHERN CALIFORNIA REGION Order of Application.\*\***

    i.)    Regular Employees in the Department
    ii.)    Laid off Regular Employees in the Region
    iii.)    Regular Employees in the Medical Center Area
    iv.)    Regular Employees in the Service Area
    v.)    Regular Employees in the Region
    vi.)    On-Call Employees in the Department
    vii.)    On-Call Employees in the Medical Center Area
    viii.)    On-Call Employees in the Service Area
    ix.)    On-Call Employees in the Region
    x.)    Regular Employees Statewide
    xi.)    On-Call Employees Statewide
    xii.)    Temporary Employees in the Department
    xiii.)    Temporary Employees in the Medical Center Area
    xiv.)    Temporary Employees in the Service Area
    xv.)    Temporary Employees in the Region
    xvi.)    SEIU Kaiser Permanente Employees
    xvii.)    External Applicants

c.) **SOUTHERN CALIFORNIA REGION ONLY:**
\* On-Call Employees with 2000 or more actual worked hours will be considered a part of the Regular Employee group for the purpose of applying seniority for job bidding only. When an On-Call Employee successfully bids into a Regular position, seniority shall be initially credited based on hours actually worked since date of hire.

\*\* In order of application Limited Part-Time employees are included in the "Regular Employee" designation.

E. **Outside Applicants.**
In filling any vacancy, all qualified Employees shall be preferred over outside applicants.

F. **Automatic Bid**
An Employee may place a bid for a vacancy that may arise that would result in a possible transfer, demotion or promotion. This would constitute an automatic bid for an open position:

1. For thirty (30) days in the Northern California Region;

2. For six (6) months in the Southern California Region; following the date of submission of the bid.

G. **Release of Successful Bidders.**
The Employer will in good faith and subject to efficient operations use its best efforts to release successful bidders to their new jobs within fourteen (14) calendar days.

1. **SOUTHERN CALIFORNIA REGION Provisions.**

a.) If an Employee has successfully bid for a position that is a promotion and the Employer fails to release him/her by the fourteenth (14th) calendar day, the Employee will begin receiving the higher rate of pay.

b.) **48 Hour Break When Transferring Between Shifts.**
Employees who are transferring from one shift to another shift, shall receive a minimum of a forty-eight (48) hour break between their last hour of work on the one shift and their first hour of work on the new shift.

62

H. **Denial of Position.**
Each Employee submitting an application for a vacancy will be notified of the reason for the denial of the position within fourteen (14) workdays of the effective date of the awarding of the position. Upon request, the Employee will be informed to whom the position was awarded.

I. **Cancellation of Position.**
When a position is cancelled, written notice shall be sent to the Union stating the reason for the cancellation.

J. **Evaluation Period After Transfer or Promotion.**

1. **60 Day Evaluation Period.**
The evaluation period for Employees transferring or promoting shall be sixty (60) calendar days.

2. **Evaluation Period Extended.**
The evaluation period may be extended up to an additional thirty (30) days only by mutual Agreement between the Employer, the Employee and the Union.

3. **Failure to Qualify after Transfer or Promotion.**
An Employee who transfers or is promoted and fails to qualify for the new position within the evaluation period will be returned to his/her former position without loss of seniority or wage rate. If such position is no longer available, he/she shall be returned to a comparable position without loss of seniority or wage rate.

4. **14 Day Return Rights.**
Within fourteen (14) calendar days of the date of transfer to an equal or lower paid position or promotion to a higher paid position, an Employee may elect to return to his/her former position without loss of seniority or wage rate.

5. **Extensions of Evaluation for Leaves.**
If an Employee is on leave at any time during the evaluation period, time spent on leave will not count towards fulfilling the evaluation period.

6. **Written Progress Report.**
Employees shall be provided with appropriate training and orientation tools and a written progress report prior to the completion of thirty (30) calendar days of the evaluation period.

K.  **NORTHERN CALIFORNIA REGION Six Month Waiting Period.**
An Employee may bid for positions within his/her department without restriction.

If an Employee is awarded a position, he/she may not bid outside his/her new department for a six (6) month period, unless:

1.  The position represents a promotion;

2.  The position provides an increase in hours (status);

3.  The Employee is awarded a position, fails to qualify for the position during the evaluation period, and is returned to his/her former position;

4.  The Employee's hours have been reduced by the Employer; or

5.  The only option for filling the vacancy is an outside applicant.

**SECTION 3 – EMPLOYMENT AND INCOME SECURITY.**

The Union and the Employer have entered into a National Labor-Management Partnership Agreement that, in part, addresses certain commitments on employment and income security. The commitments provided by either the National LMP or local Agreements, when in conflict with the following provisions regarding layoffs, reductions in hours, daily cancellations and mechanization will supersede lesser provisions of this Agreement.

**SECTION 4 – WORK FORCE ADJUSTMENTS AND TRANSITIONS.**

It is the intent of the Employer, in implementing the provisions related to reductions in the workforce, that it will in good faith exercise best efforts to avoid layoffs and, if layoffs are necessary to affect the fewest number of Employees possible or hours. To address restructuring efforts and issues of work force adjustments and transitions, including reduction of hours and layoffs, the parties agree to the following:

A.  **"Permanent/Indefinite Layoff/Reduction in Hours" Defined.**
A permanent/ indefinite layoff is defined as a reduction in force or hours resulting in status change of more than thirty (30) days.

B.  **Notice of Permanent/Indefinite Layoff/Reduction in Hours.**
The Employer will provide the Employee and the Union with no less than sixty (60) days written notice of a decision to permanently or indefinitely layoff or reduce hours of Regular and Limited Part-Time Employees.

C. **Employer's Obligation to Bargain.**
Prior to the implementation of a layoff or reduction in hours, the Employer will meet with the Union to:

1. Identify positions to be eliminated.

2. Verify the seniority of affected Employees.

3. Review the present work schedule and the proposed work schedule.

4. Determine the date(s) of the layoff.

5. Bargain over alternatives to a layoff to minimize its impact.

6. Bargain over the impact of a layoff on Employees.

D. **Alternatives to a Permanent Layoff/Reduction in Hours.**
Bargaining prior to a layoff may include consideration of hiring freezes, early retirement for eligible retirees, leaves of absence, reduction in hours, transfers to other departments or facilities, reduction in utilization of contractual and Temporary Employees or any other alternative(s).

E. **Employee Support and Assistance.**
The Employer will exercise its best efforts to assist laid off workers in securing employment within Kaiser Permanente.

**SECTION 5 – FORCE REDUCTION.**

A. **Seniority.**
In a reduction in force and subsequent recall, the principle of seniority shall govern.

B. **Order of Layoff.**
Once it is determined a permanent layoff as defined in Section 4 – Workforce Adjustments and Transitions, A. Permanent/Indefinite Layoff/Reduction in Hours, will occur in a specific classification in a specific department, the Employer and the Union will meet to assure that the proper order of layoff or reduction in hours occurs. If there are an insufficient number of volunteers to meet the goals of the layoff in an affected department, the least senior Employees by Employee category will be affected in the following order: (1) Temporary, (2) On-Call, (3) Limited Part-Time, (4) Regular Full-Time and Part-Time. The same application will be used as affected Employees use their seniority at the level of the (1) Medical Center Area/ Facility, (2) Service Area (Southern California only), and (3) Region.

C.   **Steps to Be Taken to Determine Placement of Affected Employees.**

1.   **Step One.**
The affected Employee(s) will be offered the ability to elect a voluntary layoff status at any step of the reduction in force process.

2.   **Step Two.**
The affected Employee(s) may apply for and will be given any open position for which they are qualified and for which they meet position requirements within the Region. Employees may exercise this option at anytime during the reduction in force process. All vacancies shall be filled as outlined in the Order of Application contained herein.

3.   **Step Three.**

a.)   The affected Employee(s) will be placed into any vacant position of the same status, shift and classification, provided he/she meets the position requirements in the following order:

i.)   Medical Center Area/Facility/Regional Service Area;

ii.)   Service Area (at the Employee's option) (Southern California Only);

iii.)   Region (at the Employee's option);

iv.)   State (at the Employee's option).

b.)   An affected Full-Time Employee, at his/her option, will be placed in any vacant Part-Time position in the above order, provided he/she meets the position requirements.

c.)   Employees placed in a comparable vacant position within the Medical Center Area/Facility will not have recall rights. If an Employee rejects an open comparable position offered at this step, within the Medical Center Area/Facility, then the Employee will forfeit all displacement rights. Such refusal would result in the Employee being laid off and the forfeiture of recall rights.

d.)   All vacancies shall be filled as outlined in the Order of Application.

66

4. **Step Four.**
Employees who do not qualify for placement in Step 2 or Step 3 above may displace the least senior Employee in his/her current classification, shift and status, provided he/she meets the minimum position requirements in the following order:

a.)    Department

b.)    Medical Center Area/Facility/Regional Service Area;

c.)    Service Area (Southern California Area);

d.)    Region (at the Employee's option);

e.)    State (at the Employee's option).

5. **Revocation of Recall Rights.**
No recall rights will be given to any Employee who rejects displacing another Employee in his/her classification, shift and status in the Department, Area or Service Area.

6. An affected Full-Time Employee, at his/her option and at any time within the step (Step One through Step Four) order, may elect to displace the least senior benefited Part-Time Employee or an Employee on another shift in his/her classification, or return to his/her former classification, provided he/she meets the minimum position requirements.

7. **Step Five.**
Any Employee who cannot displace a least senior Employee in his/her current classification, shift and status in the Department, Medical Center Area/Facility, Service Area, Region or State, or cannot displace the least senior Employee in another status, shift or former classification shall be given the option of being placed in an On-Call position.

8. **Recall.**

a.)    An Employee on layoff status or whose hours or status were changed as a result of a reduction in hours, shall have rights in accordance with this provision for twelve (12) months from the date the Employee was laid off as defined in Section 4 – Workforce Adjustments and Transitions, A. Permanent/ Indefinite Layoff/ Reduction in Hours. Recall will be by seniority and shall be implemented before any outside hiring.

b.) An Employee placed in a position on a different shift, status or former classification in Step 3 or Step 4 shall have rights to return to his/her former shift, status and classification (within the Medical Center Area/Facility), under the recall rights provisions of the "recall" period. If an Employee rejects the open position, then the Employee will be taken off the recall list. This provision shall apply only to Employees displaced after the effective date of this Agreement.

c.) A laid off Employee may refuse a job offer and retain full recall rights if the job is not comparable in status, shift and classification to his/her former position at the time of layoff and not within the Medical Center Area/Facility. Additionally, a laid off Employee who accepts a job that is not comparable shall retain recall rights for the remaining term back to a comparable status, shift, and classification within his/her Medical Center Area/Facility at the time of layoff.

d.) Employees on reduced status due to a layoff from their former position shall be called for available hours in their department by seniority until they have reached the hours they would have worked had they retained their former status.

9. **Application of Reduction in Force Procedure and Alternate Arrangements.**
The parties recognize that reductions in force are extremely serious matters and that even well intentioned procedures may result in unintended applications. Therefore, the parties agree to communicate and meet during any application of the procedure to ensure its correct application to Employees. Nothing contained herein shall prevent the parties from mutually agreeing to alternate arrangements or modifications to the procedures in a specific reduction in force, should the need arise.

10. **Bidding Rights of Laid Off Employees.**
A Regular or Limited Part-Time Employee who has been laid off from a Department or whose status has been changed due to a reduction in force as defined in Section 4 – Workforce Adjustments and Transitions, A. Permanent/Indefinite Layoff/Reduction in Hours, shall retain bidding rights in the Department, Medical Center/Facility, Service Area (Southern California only), and Region for the following periods of time, whichever occurs first:

a.) For twelve (12) months; or

68

b.)     Until the Employee has been placed in a permanent position with the same status (scheduled hours) held prior to the layoff in another Department, or;

c.)     Until the Employee accepts a position for which training is provided under the terms of this Article; or

d.)     Until the Employee has refused recall to a position of the same status (scheduled) in his/her previous department.

11.    **Training for Laid Off Employees.**
The Employer will provide up to one hundred sixty (160) hours of training for Employees who have been identified for layoff, who have applied for a position and who would be awarded the position but for the need of training.

12.    **NORTHERN CALIFORNIA REGION Transition Assistance Program.**
Employees identified for lay off or who volunteer to be laid off shall be eligible for the Transition Assistance Program in accordance with the Letter of Agreement dated February 24, 1994 in Appendix BB.

### SECTION 6 – DAILY CANCELLATIONS

A.    **Order of Cancellations.**
In the event it is necessary for the Employer to cancel an Employee's shift, the Employer will first cancel registry or agency personnel and Employees previously scheduled to work overtime. The Employer will then seek volunteers. If volunteers are not sufficient to meet the need for cancellations, the Employer will cancel Employees by inverse seniority using the following order:

1.    Temporary Employees;

2.    On-Call Employees;

3.    Service Oriented Staffing (S.O.S.), Central Staffing or Float Pool, if applicable;

4.    Employees working additional shifts;

5.    Limited Part-Time Employees;

6.    Regular Full-Time and Regular Part-Time Employees.

B.  **Available Hours for Cancelled Employees.**
As additional hours are available, Employees who have been cancelled will be granted the additional hours by seniority until they are made whole before granting such hours to other Employees.

C.  **Use of Accruals for Daily Cancellations.**
Employees may use any accrued and earned paid time for the day they are cancelled or may choose to take an unpaid shift.

**SECTION 7 – SOUTHERN CALIFORNIA REGION PROVISIONS**

A.  **Bridging Seniority.**
If an Employee terminates or leaves a covered job classification and returns within six (6) months, the time away from the bargaining unit will be adjusted, and his/her previously accrued bargaining unit seniority will be bridged. If an Employee returns to a covered job classification after six (6) months his/her previously accrued bargaining unit seniority will not be bridged.

B.  **On-Call Employees.**

1.  On-Call Employees shall accrue seniority by hours worked for use within the On-Call pool. On-Call Employees shall receive consideration for vacancies within their department at the facility at which they work after Regular Employees within the bargaining unit have received consideration. As an exception see "Order of Application".

2.  **On-Call Reduction in Force.**
In the event of a reduction in force of On-Call positions, bargaining unit seniority, based on hours worked, will apply within the On-Call pool. The number of on-call Employees in the classification(s) in which reductions are needed will be laid off in inverse order using bargaining unit seniority.

**ARTICLE XVII – PAID LEAVES**

**SECTION 1 – HOLIDAYS**

A.   **NORTHERN CALIFORNIA REGION Holiday Provisions. (Registered Dietitians should refer to NCAL Appendix T for applicable list of Recognized Holidays.)**

    1.   **Recognized Holidays.**
For Employees who have completed their probationary period, the following days shall be recognized as Holidays:

New Year's Day (January 1st)
Martin Luther King, Jr.'s Birthday (third Monday in January)
Presidents' Birthday (third Monday in February)
Memorial Day (last Monday in May)
Independence Day (July 4th)
Labor Day (first Monday in September)
Thanksgiving Day (fourth Thursday in November)
Christmas (December 25th)
Employee's Birthday (as an exception, 30-day eligibility required)
One (1) Float Holiday (as an exception, 90-day eligibility required)

    2.   **Birthday Holiday.**

        a.)   **Eligibility.**
An Employee with more than thirty (30) days of continuous employment as a Regular Employee is entitled to his/her birthday as a recognized Holiday.

        b.)   **Holiday and Birthday on the Same Day.**
If an Employee's birthday falls on a recognized Holiday, the Employee's next regularly scheduled workday after that Holiday shall be considered the Employee's birthday.

        c.)   **Premium Pay for Holiday Pay.**
If an Employee is required to work on his/her birthday Holiday, he/she shall be paid for the time worked at the premium rate of time and one-half ($1\frac{1}{2}$), provided he/she has informed his/her supervisor one (1) month in advance of his/her desire for the day off.

71

3.   **Float Holiday.**

a.)   **Eligibility.**
An Employee with more than ninety (90) days of continuous service as a Regular Employee is entitled to one (1) Float Holiday per calendar year.

b.)   **Scheduling of Float Holiday.**
A Float Holiday will be scheduled on a date mutually agreed to by the Employee and the Employer. If Agreement is not reached, one day will be added to the Employee's vacation bank.

c.)   **Request for Float Holiday.**
It is the responsibility of the Employees entitled to a Float Holiday to give thirty (30) days' notice of the day they have elected.

4.   **Pay for Holidays Worked and not Worked.**

a.)   **Holiday not Worked on Regularly Scheduled Day.**
If the Holiday falls on a normally scheduled workday and the Employee is scheduled off because of the Holiday, the pay for the Holiday not worked shall be for the number of hours at the straight-time rate the Employee would have received had he/she worked.

b.)   **Holiday on Day Normally Scheduled Off.**
If the Holiday falls on a day normally scheduled off, the Employee shall receive additional pay equal to one-fifth (1/5th) his/her regular weekly scheduled hours of work or another day off with pay, at the Employee's option.

c.)   **Holiday Worked.**
Regular Employees who work on a Holiday in addition to the premium pay shall receive, at the Employee's option, straight time Holiday Pay equal to the actual hours worked on the Holiday up to eight (8) hours or another day off with pay.

d.)   **Holiday Pay Premium.**
Any Employee, regardless of benefit status, who works on a recognized Holiday, shall be paid at the premium rate of time and one-half ($1^1/_2$).

72

e.) **Holidays while on Unpaid Status.**
Employees on unpaid status are not eligible for the Holiday benefit.

5. **Use of Accumulated Holidays.**
Employees entitled to Holiday pay may elect to receive time off or pay. The Employee may add his/her Holidays to his/her vacation bank or take them within thirty (30) days prior to or following the Holiday. This election must be made in writing prior to the Holiday and, if not received by the Employer, the Employee will be paid the Holiday. Choice of time off will be subject to staffing and seniority.

6. **Holiday Scheduling.**

a.) **Posting of Holiday Schedules.**
Holiday schedules shall be posted at least thirty (30) days and no more than one (1) year prior to the Holiday.

b.) **Volunteers for Holiday Work.**

i.) **Too Many Volunteers.**
The Employer will first seek volunteers by shift for the Holiday work and if there are more volunteers than needed, Holiday assignments will be based on seniority by shift.

ii.) **Not Enough Volunteers.**
If there are not enough volunteers for the Holiday work, the Employer will assign the work by reverse seniority to those qualified Employees on the shift.

c.) **When Shifts Are Eliminated or Combined on a Holiday.**
If shifts are eliminated or combined because of the Holiday, seniority among all Employees in the department shall be used to determine holiday assignments. This holiday scheduling shall be based on operational needs.

d.) **Seniority without Regard to Shift.**
By mutual written agreement of the parties, seniority may be used without regard to shift.

e.) **Limit on Premium Pay.**
Unless approved by the Employer this provision shall not result in premium pay other than premium pay for the worked holiday.

7. **Holidays Observed.**

a.) **Actual Day of the Holiday.**
Holidays will be observed and premium rates will be paid for hours on the actual day of the Holiday, regardless of day of the week.

b.) **Shift on Which the Holiday is Paid.**
Holiday pay will be paid for the shift in which the majority of the hours are worked on the holiday.

c.) **Holidays Falling on Sundays.**
If a Holiday falls on a Sunday and it is the Employee's normally scheduled day off or the Employee works on the Sunday and is entitled to take another day off, he/she may be required by the Employer to take the Holiday off on the following Monday if operations are significantly reduced.

8. **Major Holidays.**

a.) **Granting one (1) of the Major Holidays.**
Regular Employees shall be granted at least one (1) of the following holidays off: Thanksgiving, Christmas, New Year's Day.

b.) **Premium for Working the Three Major Holidays.**
Employees not granted Thanksgiving, Christmas or New Year's Day off shall receive three (3) times their regular rate for working New Year's Day. If the Employee volunteers to work all three major holidays this premium shall be waived.

9. **Definition of Pay.**
"Pay," as referred to in this Article, means base rate plus any shift differential and split shift differential being received by the Employee.

74

B.   **SOUTHERN CALIFORNIA REGION Holiday Provisions.**

1.   **Designated Holidays.**
An Employee shall be eligible for designated paid Holidays. The following days shall be observed as designated paid Holidays:

New Year's Day (January 1st);
Memorial Day (last Monday in May);
Independence Day (July 4th);
Labor Day (first Monday in September);
Thanksgiving Day (fourth Thursday in November);
Christmas Day (December 25th).

a.)   **Religious Holiday.**
In addition, each year, Employees may request and be granted one (1) religious holiday of their choice, using a Life Balance Day or without pay, at the Employee's option.

b.)   **Notice of Holiday Scheduling.**
The Employer shall provide all Employees with a four (4) week notice regarding the scheduling of all designated holidays.

2.   **Major Holidays.**
All Employees shall receive at least one (1) of the following three (3) holidays off unless an individual Employee specifically requests that he/she be allowed to work all of them: New Year's Day, Thanksgiving Day, Christmas Day.

3.   **Holidays Observed.**
All designated holidays will be observed on the actual calendar day, and all conditions and benefits applying to such holiday will be in effect on that day. However, in the event the Employer closes any of its facilities/departments on the Friday preceding a Saturday holiday or on a Monday following a Sunday holiday, then the Friday or Monday will be designated as a holiday for those Employees who do not work either the actual holiday or the designated holiday.

4.   **Holidays Falling on Paydays.**
When a payday falls on any holiday, Employees shall be paid on the day immediately preceding the holiday.

5.   **Seniority in Holiday Scheduling.**
An Employee who is normally scheduled to work on a day on which a designated holiday falls may not be displaced by a more senior Employee or any other Employee. Employees on a unit and shift

75

basis may request assignment or non-assignment to work a designated holiday on the basis of seniority. Should all Employees exercise seniority for non-assignment, the Employer shall assign Employees by inverse seniority (beginning with the least senior Employee to work the designated holiday).

6. **Designated Holiday Premiums.**

a.) No deduction shall be made from the pay of Employees for the observance of the holidays listed above, and compensation for work performed on said holidays shall be at two and one-half (2-$\frac{1}{2}$) times the appropriate regular rate of pay.

b.) Notwithstanding the above, Employees may request to be paid one and one-half (1-$\frac{1}{2}$) times the appropriate regular rate of pay with another day off to be taken within the thirty (30) day period before or after the holiday with pay at straight time. Such request shall be granted.

c.) For Employees working the night shift, the unworked holiday pay and holiday premiums shall apply to the shift in which the majority of hours fall on the actual calendar day of the holiday, except as specified in paragraph 738 of this Article.

d.) An unworked holiday allowance shall be an Employee's normal straight time hourly earnings times eight (8).

e.) Employees shall not receive shift differential for unworked paid holidays.

7. **Designated Holiday on Employee's Day Off.**
If an Employee's day off falls on a Designated Holiday, he/she shall receive an additional day off of his/her choice which shall be granted with full pay within thirty (30) days preceding or thirty (30) days following the Holiday.

8.  **Designated Holiday for Part-Time Employees.**
    Part-Time Employees shall receive Holiday pay benefits based on the number of straight time hours worked in the two (2) pay periods immediately preceding the pay period in which the holiday occurs. The number of hours of Holiday pay received shall equal five percent (5%) of the straight time hours worked in these two (2) pay periods. Notwithstanding the foregoing, Part-Time Employees normally scheduled to work on a Monday shall receive holiday pay for the day not worked equal to their normally scheduled hours for that day.

9.  **Overtime Premium – Designated Holiday Weeks.**
    When a location, facility or individual has regularly scheduled overtime, Employees shall not be laid off to avoid payment of overtime rates during holiday weeks, provided, however, that departure from this Section may be made by mutual agreement of the parties.

## SECTION 2 – SOUTHERN CALIFORNIA REGION LIFE BALANCE DAYS

A.  **Accrual Rate of Life Balance Days.**

1.  **Regular Full-Time Employees.**
    Regular Full-Time Employees shall accrue Life Balance Days at the rate of 3.33 hours per month to a maximum of forty (40) hours at any given time.

2.  **Regular Part-Time Employees.**
    Regular Part-Time Employees will accrue Life Balance Days on a pro-rated basis based on hours paid (up to a maximum of eighty [80] hours per pay period) in the preceding two (2) pay periods.

B.  **Uses of Life Balance Days.**

1.  **Incremental Use.**
    Life Balance Days may be used for any reason without restriction and for less than a full day.

2.  **In Conjunction with Vacation.**
    If an Employee wishes to use Life Balance Days in conjunction with his/her vacation, he/she may do so only after the annual selection process for Vacations has been completed.

3.  **Donation to Another Employee.**
    Life Balance Days may be donated to another Employee.

77

C.    **Requests for Life Balance Days.**
Insofar as possible, Life Balance Days will be granted on the day(s) most desired by the Employee and will be considered for anytime in the calendar year. Preference for granting Life Balance Days will be by seniority.

1.    **Emergency Requests.**
Requests for Life Balance Days shall be granted in an emergency situation.

2.    **Non-Emergency Requests.**
Requests for non-emergency Life Balance Day(s) must be made forty-eight (48) hours in advance (not including days that a department or work area is closed) for the Employee to receive the time off. In the event that a non-emergency request for a Life Balance Day(s) is denied, the next request by the same Employee shall be granted provided the day requested is at least forty-eight (48) hours after the day that was denied.

D.    **Payment of Life Balance Days Upon Termination, Change in Status or Retirement.**
Life Balance Days, accrued but not used, will be paid to the Employee upon termination, retirement, or transfer to an ineligible status.

E.    **Personal Time Off.**
Where circumstances warrant, an Employee may request and may receive personal time off without pay. Such requests shall not be unreasonably denied. In a verifiable emergency, on duty Employees may ask for personal time off which shall be granted on momentary notice. It shall not be a condition to the granting of personal time off that the Employee secure his/her own replacement. Employees may not be denied personal time off because they have accumulated Vacation, Life Balance Days, and Sick Leave.

Approved personal time off or time off requested by the Employer shall not be used against the Employee in any way including but not limited to disciplinary action.

78

**SECTION 3 – VACATION**

A.    **NORTHERN CALIFORNIA REGION Vacation Provisions.**
**(Registered Dietitians should refer to NCAL Appendix V for applicable Paid Time Off Program provisions.)**

1.    **Vacation Accrual Rate.**
All Regular Full-Time Employees with the applicable continuous years of service with the Employer shall accrue vacation hours on a monthly basis in accordance with the following schedule:

| Length of Service | Hours per Month | Days per Month | Days per Year |
|---|---|---|---|
| 1 Year | 6.67 | 0.83 | 10 Days |
| 2 Years to 4 Years | 10.00 | 1.25 | 15 Days |
| 5 Years to 9 Years | 13.33 | 1.67 | 20 Days |
| 10 Years and thereafter | 16.67 | 2.08 | 25 Days |

2.    **Vacation Pay.**

a.)    **Full-time Employees.**
The vacation pay for regular full-time Employees shall be the base rate, including shift differential and split shift differential, for their regular straight-time schedule of work.

b.)    **Part-time Employees.**
The vacation pay for Regular Part-Time Employees shall be the base rate, including shift differential and split shift differential, at the time the vacation is taken, times the average number of straight-time hours worked per week during the vacation accrual year.

c.)    **Minimum Rate of Accrual.**
Vacation shall be accrued based, at a minimum, on an eligible Employee's regular schedule (status). Regular Part-time Employees who work additional hours will accrue additional vacation hours based on their actual hours worked.

3.    **Vacation Availability.**
Employees who become benefited may use accrued vacation after six (6) months of being in a benefited status. An Employee who achieves benefited status after the January period described below may submit requests to use accrued vacation, which shall be granted on a first-come, first-served basis.

a.) **<u>Submission of Vacation Requests.</u>**
Employees will submit to their supervisors in January of each year a list of their first, second, and third choices for vacation dates occurring during the twelve-month period commencing April 1st.

b.) **<u>Amount Available for Use.</u>**
In submitting their requests, Employees may use all their annual accrued vacation or anticipated vacation accrual. Employees who anticipate that they will want to utilize more than their annual accrual will notify their supervisor on or about December 1st.

c.) **<u>Posting of Vacation Schedules.</u>**
On or before March 15th of each calendar year, the supervisor or department head will post the vacation schedule for that year. Employees in a department shall be given preference on the basis of seniority in the choice of vacation periods.

d.)
**<u>Vacation Requests Submitted After the Vacation Schedule is Posted.</u>**
Vacation requests submitted after January will be considered and granted on a first-come, first-served basis. Such requests will be granted or denied within two (2) weeks of their submission.

e.) **<u>Incremental Use of Vacation.</u>**
Employees may split their vacation into increments of no fewer than four (4) hours, subject to the requirements of efficient operations.

4. **<u>Holidays During Vacation.</u>**
If a recognized holiday occurs during the Employee's vacation period, he/she shall be granted an additional day of vacation at his/her regular pay, or an additional day's pay in the amount he/she would have received had he/she not been on vacation, at the option of the Employer.

5. **Vacation Carry Over Not Encouraged.**
Normally vacation accruals should not be carried over from one anniversary year to the next. However, unused vacation may be accumulated up to a maximum of two (2) times their annual accrued vacation in accordance with paragraph 770, Vacation Accrual Rate, above, as follows for Regular Full Time staff:

| Length of Service | Accrual Limit |
|---|---|
| 1 Year | 160 Hours |
| 2 Years to 4 Years | 240 Hours |
| 5 Years to 9 Years | 320 Hours |
| 10 Years and thereafter | 400 Hours |

During the time period described above for submitting vacation requests, Employees whose vacation accumulation has approached or reached the maximum will meet with his/her supervisor to set forth a plan for vacation to be taken or cashed out using the Vacation Cash Out ("VCO") provision described below in the coming year in order to reduce the balance below the maximum accumulation level. If, at any time, the total accumulation reaches 500 hours, additional vacation hours will not be accrued until the vacation balance falls below 500 hours.

6. **Vacation Cash Out ("VCO").**
Employees may cash out vacation time up to one hundred sixty (160) hours per year of their annual accrual as provided in the Kaiser Permanente "Vacation Cash Out" (VCO) benefit provisions. Such election must be made by December of the year preceding the year the cash out will occur. Such election is irrevocable.

7. **Call-Back.**
In the event an Employee is called back to work while on vacation, he/she shall be paid at time and one-half ($1\text{-}\frac{1}{2}$) in addition to his/her vacation pay.

8. **Radiologic Technologist Special Compensation.**
Effective November 4, 1990, Regular employees hired as Radiologic Technologists prior to October 25, 1986, shall receive, once each year, (December 1) a lump sum payment equal to eighty (80) hours straight-time pay. Part-time Regular Radiologic Technologists shall have their lump sum payment prorated. This lump sum payment shall not apply to Radiologic Technologists at the Kaiser Permanente Medical Facility in Fresno. (See NCAL Appendix Q).

81

B.  **SOUTHERN CALIFORNIA REGION Vacation Provisions.**

1.  **Vacation Eligibility Date.**
The vacation eligibility date determines the Employee's accrual rate and is his/her date of hire, unless it is adjusted for unpaid leaves of absence or for the period of time that the Employee worked in an ineligible status. The vacation eligibility date shall mean that period of continuous employment with the Employer, less any absence from employment which exceeds sixty (60) days. Leaves of absence of sixty-one (61) days or more will be deducted in their entirety from the eligibility date. Service Credit shall continue during the entire period of a leave of absence due to industrial illness or injury and Union leave.

2.  **Vacation Accrual Schedule.**
Each full-time Employee shall accrue vacation hours on a monthly basis in accordance with the following schedule:

| Length of Service | Hours per Month | Days per Month | Days per Year |
|---|---|---|---|
| 0-4 Years | 6.67 | 0.83 | 10 Days |
| 5-8 Years | 10.00 | 1.25 | 15 Days |
| 9-10 Years | 13.33 | 1.67 | 20 Days |
| 11 Years or More | 16.67 | 2.08 | 25 Days |

Employees who are regularly scheduled and work more than forty (40) hours per week for at least six (6) consecutive months of an eligibility year shall earn vacation pay based on the more than forty (40) hour workweek including normally paid premiums.

3.  **Vacation for Part-time Employees.**
Part-time Employees shall receive vacation pay for time taken off on a scheduled day based on their normally schedule hours that day. Weeks scheduled off will be paid at forty (40) hours or the average hours worked based on the previous three (3) months worked, at the Employee's option. Part-Time Employees shall accrue vacation hours prorated based on an average of straight time hours paid (maximum of eighty (80) per pay period) in the preceding two (2) pay periods.

4.  **Vacation Pay.**
Vacation pay shall be at the base hourly wage rate the Employee is receiving on the date the time is taken off. Employees shall not receive their shift differential with vacation pay. Vacation shall not be considered as time worked for the purposes of calculating overtime.

82

5.    **Vacation Accumulation and Donation.**
Employees may accumulate up to a maximum of twice their annual accrual. Employees may donate vacation hours to fellow benefited Employees.

6.    **Designated Holiday During Vacation.**
If a paid designated holiday, as set forth in this Section, occurs during an Employee's vacation, he/she shall have three options: 1) forty (40) hours vacation pay along with eight (8) hours holiday not worked pay (prorated for Part-Time); 2) thirty-two (32) hours vacation pay along with eight (8) hours holiday not worked pay (prorated for Part-Time); 3) forty (40) hours vacation pay along with an additional day off with pay thirty (30) days before or after said designated holiday. The above options shall be applied to vacation periods which are more or less than forty (40) hours. Said options will be requested at the time of vacation selection pursuant to this Article or at the time of the vacation request.

7.    **"Call Back" From Vacation.**
Employees called back from vacation to work for a period of four (4) days or less shall be paid at the rate of one and one-half ($1^1/_2$) times the appropriate rate of pay for all hours worked. If Employees are called back from vacation for a period of five (5) days or more, the vacation shall be rescheduled and the work performed shall be at the straight time regular rate of pay.

8.    **Scheduling Vacation.**

a.)    **Period for Requests and Posting.**
Employees shall be solicited prior to March first (1st) of the year in order to determine their preferences for vacation. Prior to April first (1st), the Employer shall advise all Employees as to when their vacation is scheduled and shall post the full twelve (12) month vacation schedule in a location accessible to all Employees.

b.) **Vacation Periods.**
Vacation will, insofar as possible, be granted at times most desired by Employees (longer service Employees being given preference as to choice based on seniority). Vacation requests in any department will be considered at any time of the year. The taking of vacation during Christmas and New Year's shall not be unreasonably denied. The final right to allot vacation periods and the right to change such allotments are reserved to the Employer in order to ensure the orderly operation of the facility.

c.) **Splitting Vacations.**
For those Employees choosing to split their vacation into three (3) or more increments, seniority will apply only to the first (1st) and second (2nd) choice of vacation increments in each anniversary year. All vacation request forms shall allow the Employee to indicate which requested vacation period is his/her or her first (1st) choice, which is his/her second (2nd) choice, and which is his/her the third (3rd) choice.

d.) **Notice of Approval or Denial.**
The Employer shall notify an Employee in writing of approval or denial of vacation requests submitted on or after April first (1st) within four (4) weeks after receipt of said request.

e.) **Pay if Employee's Vacation is Changed.**
Should it be necessary to change an Employee's scheduled vacation, the Employee may opt to receive his/her vacation pay at the time his/her vacation was originally scheduled. Such pay shall be considered as an advance of the monies due the Employee at the time he/she subsequently takes his/her vacation.

f.) **Vacation for Employees who Transfer.**
Transferring Employees will be required to select vacation from open dates, at their new department/location, not previously filled by scheduled vacation or approved leaves.

g.) **Requests of Fewer than Five (5) Days.**
Requests for vacation in increments of less than five (5) days may be exercised at any time. The Employee may request and receive an available existing date(s) to use paid vacation hours subject to staffing needs and efficiency of operations.

84

h.) **Personal Time and Vacation.**
An Employee may request and receive personal time off in conjunction with his/her regularly scheduled vacation.

i.) **Scheduling of Vacation With Days Off.**
The Employer will schedule, when possible, the Employee's days off in such a way that they are attached to the Employee's vacation period.

9. **Advance Vacation Paycheck.**
Two (2) weeks is the minimum advance notice required in order to ensure that an Employee will receive his/her vacation paycheck prior to going on vacation.

10. **Minimum Vacation Period.**
The total amount of vacation earned, according to the applicable provisions of this Section, may be taken in one (1) consecutive period. Vacation periods may be split at the request of the Employee. An Employee may request that he/she be allowed to take vacation in increments of less than five (5) workdays. Vacations may start on any day of the week. The final right to grant such request is reserved to the Employer subject to the operational needs of the facility and such requests shall not be unreasonably denied.

11. **Cash Out – Irrevocable Election.**
Employees may elect to cash out vacation time up to one hundred sixty (160) hours per year of their annual accrual. Such election must be made during the annual open enrollment period of the year preceding the year the cash-out will occur.

**SECTION 4 – SICK LEAVE.**

A.   **NORTHERN CALIFORNIA REGION Sick Leave Provisions. (Registered Dietitians should refer to NCAL Appendix V for applicable Paid Time Off Program provisions.)**

1.   **Accumulation.**

a.) **Rate of Accrual.**
Each Regular Employee shall accumulate one (1) day's sick leave with pay for each calendar month of employment. After completion of the fourth (4th) year of employment each Regular Employee shall accumulate one and one-fourth ($1\frac{1}{4}$) days of sick leave with pay for each calendar month of employment. An Employee shall not be entitled to sick leave

85

with pay unless he/she has acquired three (3) months' continuous service credit and in no case shall sick leave be retroactive to any absence due to sickness during the first three (3) months of service credit.

b.) **Pro-Rated Accrual for Part-Time Employees.**
Regular Employees working less than forty (40) hours per week shall accumulate sick leave on the basis of the ratio of his/her regularly scheduled hours of work per week to forty (40) hours per week.

c.) **Pension Credit.**
An Employee who has accrued 250 hours of sick leave at the time of retirement shall have all accrued sick leave hours applied to his/her credited service.

2. **Pay.**
Pay for sick leave shall be that straight-time pay which the Employee would have received had he/she worked his/her regular schedule that day, including any shift differential being received by the Employee concerned.

3. **Applicability.**

a.) **Only for Days Employee was Scheduled.**
Sick leave shall be applicable only if the Employee is ill on days he/she is regularly scheduled to work. If an Employee claims sick leave, and, if the Employer has reasonable doubt of the validity of the disability, the Employer may require reasonable proof of physical disability sufficient to justify the Employee's absence from work for the period claimed.

b.) **Hospitalization While on Vacation.**
An Employee hospitalized while on vacation is eligible to convert vacation time to unused sick leave for the period of hospitalization provided reasonable proof of the hospitalization is provided. Conversion of vacation time to sick leave time will apply only to those days the Employee was pre-scheduled for vacation.

c.) **Disabling Injury or Illness.**
An Employee who suffers a disabling illness or injury of at least five (5) consecutive days duration while on prescheduled vacation leave, may convert 50% of the verified portion of illness to unused sick leave. Such conversion shall be limited to blocks of pre-scheduled

86

vacation of one or more weeks. The Employer shall require reasonable proof of the disabling illness or injury, obtained at the time of the disabling event.

**d.)** **Medical, Dental, or Mental Health Appointments.**
Upon completion of the probationary period, paid sick leave shall also apply for hours directly associated with medical, dental, or mental health appointments. For those Employees whose appointments are away from the facility where they work the appointment will be scheduled so that at least a part of the scheduled appointment falls in the first or last hour of each paid period of scheduled work. The Employee will give written notice of at least twenty-four (24) hours and supply verification that the appointment was kept.

**e.)** **Inpatient/Outpatient Mental Health Treatment.**
Sick leave shall be applicable not only as described elsewhere in this Article, but also for mental health treatment as an in-patient and/or outpatient in an accredited institution.

**4.** **Holiday During Sick Leave.**
If an Employee is absent on paid sick leave and a holiday occurs during such absence, if he/she is eligible for holiday pay, such pay shall be charged to the holiday and not against sick leave credits.

**5.** **Integration with Disability and Workers' Compensation.**

**a.)** **State Disability.**
If an Employee is eligible for basic UCD (Disability) benefits, Employer-paid sick leave shall be reduced by the amount of the UCD benefits the Employee is eligible to receive. Payments received in the form of basic UCD benefits shall not be charged against the Employee's accumulated sick leave.

**b.)** **Workers' Compensation.**
If an Employee is eligible for Workers' Compensation Insurance payments, the same method of integration with Employer paid sick leave shall apply. Employees who receive full sick leave and are subsequently reimbursed by Workers' Compensation or State Disability Insurance benefits will have their pay adjusted by the amount of overpayment and their sick leave recredited proportionately.

87

6. **Return From Sick Leave.**
Employees returning from paid sick leave shall be returned to their jobs, and any Employee sent home after such return on the grounds that his/her position has been filled shall be paid his/her regular pay for the time lost; provided, however, for absence of one (1) work week or less, Employees shall furnish notice of their readiness to return to work by 2:00 p.m. of the work day prior to their return and for absences of more than one (1) work week they shall furnish forty-eight (48) hours' notice of their readiness to return to work. The Employee must also, if requested, supply certification by a physician on the staff of the Employer of their physical fitness to perform the work required. Delays occasioned by the Employer's failure to provide such examination shall extend the period of eligibility for sick leave.

7. **Employee Requests for Data.**
Data concerning an Employee's sick leave accrual will be supplied by his/her supervisor upon request.

B. **SOUTHERN CALIFORNIA REGION Sick Leave Provisions.**

1. **Paid Sick Leave.**

a.) **Rate of Accrual.**
Each Full-Time Employee shall be entitled to receive fifteen (15) sick days with pay per year accumulated monthly at the rate of ten (10) hours per month. Payment of Sick Leave benefits shall commence with the first day of any illness, hospitalization, injury or medical appointments.

b.) **General Sick Leave Provisions.**
There shall be no limit on sick leave accumulation. Paid sick leave shall not be considered an interruption of continuous service. Sick leave shall not be considered as time worked for purposes of computing overtime. Sick leave pay shall not include an Employee's regular shift differential. Certification by a physician or visiting nurse duly authorized by the Employer may be required whenever it appears to be justified.

c.) **<u>Pregnancy.</u>**

    i.)    The Employer agrees to treat absences due to the disability of Employees with pregnancy, childbirth or related medical conditions in the same manner as absences resulting from other temporary medical disabilities.

    ii.)    If, at the commencement of, or during, the leave related to pregnancy, the Employee submits a physician's verification of disability, paid sick leave will commence. All fringe benefits will continue during paid sick leave as if the Employee were actively at work. Sick leave pay will continue until exhausted, or the Employee is no longer disabled, whichever occurs first. The Employee may then apply for an unpaid leave.

d.)    **<u>Medical and Dental Appointments.</u>**

    i.)    Accrued sick leave may be used for routine personal medical appointments provided that the Employee gives his/her supervisor at least ten (10) days advance notice of the appointment. If, however, the facility cancels or requests a change in the Employee's appointment or an emergency occurs, the ten (10) days notice requirement shall be waived. Additionally, accrued sick leave may be used for emergency dental and emergency optical appointments. The ten (10) days notice requirement may also be waived in any instance where there is mutual consent of the Employee and the supervisor.

    ii.)    The Employer agrees to expedite doctor's appointments for Employees who become ill while on duty. In addition, the Employer agrees to expedite optical appointments for laboratory/cytology Employees routinely required to use a microscope.

    iii.)    When Employees are directed by their supervisor to see a physician while at work, they shall be paid at their regular rate of pay for the time it takes to fulfill such request provided the attending physician determines the Employee may return to work. However, if the physician determines the Employee is unable to return to work said time will be deducted

89

from the Employee's sick leave account. In either case Employees should clock out when leaving the work area. This paragraph shall not apply where an Employee knows in advance of arriving at work that he/she will be required to provide a physician's certification of illness or return to work authorization.

e.) **Accident or Hospitalization or Illness While on Vacation.**
If an Employee suffers a disabling accident or hospitalization while on vacation the Employee may convert the vacation time to sick leave provided the Employee has accrued sick leave.　　The Employee must submit documentation substantiating that such disability precludes an Employee from performing his/her occupation. The Employee shall retain vacation time for days spent so disabled; such vacation time shall be rescheduled by mutual Agreement. Any illness certified by a physician during an Employee's vacation shall entitle the Employee to convert from vacation to sick leave.

f.) **No Discipline.**

i.) **During Hospitalization.**
The Employer will not discipline an Employee during a period of hospitalization.

ii.) **Good Attendance Records.**
It is understood that Employees with good attendance records or accrued sick leave shall not be disciplined for utilizing their accrued sick leave for bona fide validated illness.

g.) **Notice of Duration of Sick Leave.**
Employees shall advise the Employer of the duration of their intended absences due to illness and shall provide the Employer with reasonable notice of any changes in this duration. In the event the Employee fails to so advise the Employer, it is understood the Employer will check with the Employee so as to know staffing requirements in the workplace. However, the Employer will not contact the Employee for purposes of informing the Employee of his/her utilization of such leave.

2. **Paid Sick leave for Part Time Employees.**
Part-Time Employees shall accumulate Sick Leave based on monthly compensated hours, not to exceed ten (10) hours of sick leave per month. Payment of Sick Leave benefits shall commence with the first day of any illness.

A Part Time Employee who converts from Full Time status will have all accrued Sick Leave placed in the Employee's Sick Leave account.

3. **Sick Leave Hours Converted to Credited Service With Retirement Plan.**
An Employee who retires or terminates employment with a vested status in the Pension Plan, and who has a sick leave account balance of two hundred fifty (250) or more hours, will have all of his/her sick leave account balance converted to Credited Service for pension plan benefit calculation purposes. This conversion increases the pension monetary value; it does not impact the Employee's eligibility to retire.

4. **Federal Family and Medical Leave Act/California Family Rights Act.**
The Employer will comply with the provisions of the California Family Rights Act, as amended, and with the provisions of the Federal Family and Medical Leave Act of 1993, as amended.

5. **Use of Paid Sick Time for Family Illness.**
The Employee may use up to one-half (1/2) of his/her annually accrued Sick Leave for the purpose of providing care to his/her sick spouse, children, significant other or dependents.

6. **Holiday During Sick Leave.**
If a designated holiday occurs during a period of Vacation or Sick leave, the Employee shall have the option to receive sick pay for that day plus the unworked holiday pay, or the option to receive sick pay and take the holiday within sixty (60) days after his/her return from sick leave, or the option to be paid holiday pay and such day shall not be charged to Sick Leave credits.

7. **Integration of Compensation Benefits and Sick Leave.**

a.) Employees who are eligible for basic State Disability Insurance (SDI) benefits shall have their paid Sick Leave reduced by the amount of the SDI benefit the Employee is eligible to receive, so that combined SDI pay and Sick Leave pay total normal straight time salary. The reduced amount of

91

Sick Leave payment shall be charged against the Employee's Sick Leave Account. Employees who are eligible for Workers' Compensation Insurance (WCI) payments will have the same method of integration with Employer-paid Sick Leave. Employees may elect to waive integrated Sick Leave benefits with Workers' Compensation Insurance payments, provided said election is made within seven (7) calendar days of the inception of the absence, and provided further that said election shall be irrevocable for the duration of said absence. Should the Employee fail to elect non-integration within the seven (7) calendar day period, the option of non-integration will not be available.

b.) It is the Employee's responsibility to promptly file claims for any compensation benefits for which he/she may be eligible and to report the amount of such benefits to the Human Resources Office.

c.) In the payment to Employees on Sick Leave, Disability or Workers' Compensation, the Employer will deduct taxes in accordance with Federal and State laws.

8. **Notice of Intended Absence.**
Employees who are required to be absent from work for any reason will provide their immediate supervisor or designated representative with reasonable notice of such intended absence, and the reasons therefore.

## SECTION 5 – EDUCATION

A. **Education Leave.**
**(Registered Dietitians should refer to NCAL Appendix U for benefits in addition to those provided below.)**

1. **Eligibility, Accrual Rate and Maximum Accumulation.**
After the completion of one (1) year of service, regular Full Time Employees shall begin earning paid education leave at the rate of forty (40) hours per year and Part-Time Employees will accrue education leave on a pro-rated basis.
a.) **NORTHERN CALIFORNIA REGION Accumulation.**
Education leave may be cumulative to a maximum of one hundred sixty (160) hours in Northern California.

b.) **SOUTHERN CALFIORNIA REGION Accumulation.**
Education leave may be cumulative to a maximum of forty-eight (48) hours.

2. **Programs Eligible for Paid Education Leave.**
Education programs, including home study programs, eligible for paid education leave include those sponsored by an educational institution, government agency, hospital, union or professional association and are subject to the following requirements:

a.) **Related to Current Job.**
The courses, seminars, symposia are related to the Employee's current job or job field or

b.) **Transfer or Promotion Opportunities.**
The courses, seminars, symposia are related to jobs to which the Employee can expect to transfer or promote or, if mutually agreed, such courses can be related to another job field or

c.) **Degrees in Health Care.**
The courses lead to a degree in the health care field or, if mutually agreed, other job field or

d.) **Licensure or Re-licensure.**
The courses, seminars, symposia are related to the Employee's current job, in the case of an Employee seeking licensure or re-licensure.

3. **Scheduling of Education Leave.**
Because of the high priority and value the Employer and the Union have given to the education of Employees, the Employer will exercise every effort to grant requests for education leave.

a.) **Education Leave Scheduled Independently of Vacation Scheduling.**
The scheduling of education leave shall be independent of and not related to the scheduling of vacations that may occur in a department.

b.) **Reply to Requests for Education Leave.**
Requests for leave shall be made in writing and shall include the dates, hours, and the subject of the course. Within two (2) weeks of the Employee's request for education leave, the Employer will notify the Employee in writing of the granting or denial of the request.

93

**c.)** **Use of Education Leave on Days Off.**
An Employee, on an annual basis, may use up to forty (40) hours of paid education leave, prorated for part-time Employees, to participate in education programs on his/her days off.

**d.)** **Incremental Use of Education Leave.**
Paid education leave may be taken in full days (not to exceed the Employee's regularly scheduled shift) or in hourly increments.

**i.)** If four (4) or more hours of an education program fall within an Employee's normally scheduled shift, the Employee will be excused from his/her shift assignment.

**ii.)** If fewer than four (4) hours of education leave fall within an Employee's normally scheduled shift, the Employer shall have the option of excusing the Employee from his/her shift assignment or scheduling the Employee to work the remainder of his/her shift.

**e.)** **Night Shift Employees.**
The Employer will make appropriate scheduling arrangements so that night shift Employees can take time off to attend courses held during the day.

**4.** **Payment for Education Leave.**
The education course for which the Employee is requesting paid leave must meet the following criteria:

**a.)** The course must be approved prior to the Employee's beginning the course.

**b.)** The course announcement must accompany the Employee's request for education leave.

**c.)** The Employee must show proof of successful completion of the course.

**d.)** The course will not be used for the purposes of overtime calculation.

5. **Use of Tuition Reimbursement Concurrently with Education Leave.**
Employees may use tuition reimbursement, to which they might otherwise be entitled, in conjunction with Education leave.

B. **In-Service Education.**

1. When an In-Service Education Program is provided by the Employer for Employees in a particular classification, the Employer will use its best efforts to ensure that the training sessions are available to all Employees in such classification. Such best efforts shall include offering the in-service education on each shift or another mutually acceptable alternative.

2. Other interested Employees may attend such programs when possible.

3. When an In-Service Education Program provided by the Employer qualifies for accreditation by the State for purposes of continuing education for re-licensure or recertification, the Employer will seek such accreditation, where CEUs are required by the job classification or required by the Employer.

C. **Education and Training.**
The Union and the Employer agree that offering and promoting educational and training opportunities can prove to be a benefit to both the Employee and the Employer. There is also agreement that the availability of appropriate training which enhances career mobility and provides avenues for Employee growth and development is desirable for both parties. The Employer shall make every reasonable effort to meet personnel needs by way of internal promotion and career development, and shall consider waiving work experience requirements for individuals who complete career development programs.

**SECTION 6 – JURY DUTY AND SUBPOENAS.**

A. **Pay.**
An Employee required to report for jury service or subpoenaed to appear as a witness in a judicial procedure arising out of his/her employment will be excused from work on such days and shall be paid for such time at his/her regular rate of pay including applicable premiums/differentials.

B. **Adjustment of Schedule.**
When an Employee is called for such service, his/her schedule shall be adjusted accordingly, for scheduling purposes only, with no loss of pay, unless the Employee requests to maintain his/her current schedule.

C.  **Evidence of Attendance.**
The Employee must present his/her supervisor with a copy of the jury summons and evidence of attendance.

D.  **Return to Work.**
On any day of jury service in which an Employee is excused entirely or in sufficient time to permit the Employee to return to work for a minimum of one-half (1/2) his/her scheduled workday, he/she shall be required to do so.

**SECTION 7 – BEREAVEMENT LEAVE.**

A.  **Benefit and Travel.**
When a death occurs in the immediate family of an Employee, he/she shall be entitled to time off of up to three (3) days with pay for deaths in the area and two (2) additional days with pay for travel of three hundred (300) miles or more for a funeral or memorial service. Additional time off will not be unreasonably denied. An Employee may use paid time off for such purposes.

B.  **Immediate Family.**
Immediate family is defined as:

Spouse, Domestic Partner
Parent, Step Parent, Parent In-Law, Step Parent In-Law, In loco Parentis
Child, Step Child, Legal Ward, Foster Child, Adopted Child
Daughter, Step Daughter, Daughter In-Law, Step Daughter In-Law
Son, Step Son, Son In-Law, Step Son In-Law
Sister, Step Sister, Sister In-Law, Step Sister In-Law
Brother, Step Brother, Brother In-Law, Step Brother In-Law
Grandparent, Step Grandparent
Grandchildren, Step Grandchildren
Relative living in the same household

C.  **Conversion from Paid Time Off in Event of Bereavement.**
If an Employee is on paid time off and a death occurs in the immediate family, the Employee may convert the paid time off to Bereavement Leave.

D.  **Services for Others.**
The Employer will not unreasonably deny the Employee time off to attend or arrange for the funeral or memorial service of a person who is close to him/her. The Employee may take time off without pay or, at the Employee's request, use earned or accrued paid time off for such purposes.

96

E.    **Responsible Use of Benefit.**
The parties agree that this benefit will be used responsibly.

F.    **Rate of Pay.**
Pay for bereavement leave shall be at the Employee's regular straight-time rate of pay, including applicable shift premium/differential.

**ARTICLE XVIII – LEAVES OF ABSENCE**

A.    **Eligibility for a Leave and Notice of Return.**
Employees shall be entitled to a leave of absence for illness, injury, or pregnancy, critical or chronic illness or death in the Employee's immediate family. Each Employee requesting a leave of absence shall be provided with a written explanation of his or her rights and responsibilities. Two (2) weeks written notification of a return from a leave of absence must be given to the Employer. Employees also may be entitled to leaves based on applicable laws or Employer policies.

B.    **Six (6) Month Eligibility.**
Leaves of absence without pay may be granted to Full Time, Part-Time, Limited Part-Time and On-Call Employees. An Employee must have at least six (6) calendar months of service in order to be considered eligible for a leave of absence without pay. However, in the case of disabilities related to pregnancy, the six (6) month eligibility requirement is waived for the purposes of the Medical Leave of Absence.

C.    **Extensions to Leaves.**
Extensions to leaves may be granted for justifiable reasons.

D.    **Requests for Leaves of Absence; Response.**
All leaves of absence shall be requested in writing on a form provided by the Employer. The Employer will respond in writing no later than seven (7) workdays.

E.    **Personal Leave of Absence.**
Leaves of absence for compelling or personal situations may be granted to Employees at the discretion of the department manager and will not be unreasonably denied without adequate cause. A leave of absence without pay up to sixty (60) days with Management's approval may be granted to Employees for personal reasons. Personal Leave of Absence for situations covered by statutory Family Leave will not be considered until such Family Leave has been exhausted.

F. **Federal Family and Medical Leave Act/California Family Rights Act.**
The Employer will comply with the provisions of the California Family Rights Act, as amended, and with the provisions of the Federal Family and Medical Leave Act, as amended. FMLA shall be recorded in accordance with the twelve (12) month rolling period.

G. **Benefits While on Personal or Family and Medical Leaves.**
Premiums for continued Health Plan Coverage (including vision benefits, Mental Health Coverage and prescription drug), Dental Plan and Group Life Insurance Coverage during an authorized Personal Leave of Absence will be paid by the Employer for a period not to exceed thirty (30) days, provided that three (3) calendar months elapse between incidents of application. Coverage beyond thirty (30) days shall be paid by the Employee if continued coverage is desired. Premiums for continued Health Plan Coverage, Dental Plan Coverage and Group Life Insurance Coverage will be paid by the Employer during the entire period of an authorized Family Leave.

H. **Medical Leave of Absence.**
Upon the exhaustion of accrued Sick Leave, leaves of absence without pay for non-industrial disabilities, including conditions related to pregnancy, shall be granted subject to the limitations of this Section, provided the Employee furnishes a physician's/designee's certification setting forth the necessity for such a leave and the anticipated duration of the disability. Recertification will be required at the expiration of each previous certification for continued eligibility.

1. **NORTHERN CALIFORNIA REGION Duration of Medical Leaves.**
Employees shall be granted a Medical Leave of Absence up to six (6) months.

2. **SOUTHERN CALIFORNIA REGION Duration of Medical Leaves.**
Employees with fewer than three (3) years of service shall be granted a Medical Leave of Absence up to one hundred twenty (120) days. Employees with three (3) years or more of service shall be granted a Medical Leave of Absence up to three hundred sixty (360) days.

a.) If an Employee takes a medical leave of absence, returns to work and returns to a medical leave of absence status within ninety (90) days, the leave is treated as one continuous leave subject to the maximum limit.

98

b.)    If an Employee takes a medical leave of absence, returns to work for a period of at least ninety (90) days, then returns to medical leave of absence status, the leave is treated as a new leave of absence subject to the maximum limit.

I.    **Benefits While on Medical Leave.**
Health Plan Coverage (including vision benefits, Mental Health Coverage and prescription drug), Dental Plan and Group Life Insurance Coverage will be continued at the Employer's expense as follows:

1.    **NORTHERN CALIFORNIA REGION Duration of Benefits.**
During the first thirty (30) days of approved Medical Leave of Absence.

2.    **SOUTHERN CALIFORNIA REGION Duration of Benefits.**
During the entire period of an approved Medical Leave of Absence provided three (3) calendar months have elapsed between incidents of application.

J.    **Workers' Compensation.**

1.    **Request and Physician Certification.**
Employees will be provided an Occupational Injury or Illness Leave of Absence. Employees filing for an Occupational Injury or Illness Leave of Absence must complete a leave of absence request form and must also furnish a physician's certification setting forth the necessity for such a leave and the anticipated duration of the leave. Physician recertification will be required at the expiration of each previous certification for continued eligibility.

2.    **Return without Medical Restrictions.**
The Employer will place Employees released to return to work from an Occupational injury or illness without medical restrictions, in their former position at their regular rate of pay as soon as reasonable, not to exceed seven (7) days.

3.    **Return with Medical Restrictions.**
The Employer will place Employees released to return to work from an Occupational injury or illness on a temporarily restricted basis, in their former job, provided the Employee can perform the essential functions of the job with or without reasonable accommodations.

4.    **Return with Permanent Restrictions.**
The Employer will place Employees released to return to work from an Occupational injury or illness on a permanently restricted basis, in their former job (if it is available) or a comparable job (which may

99

not be in their former department, shift or classification), provided the Employee is physically capable of performing the essential functions of the job with or without reasonable accommodations. The Employer will initiate the interactive process as required by State and Federal laws. If the Employee is unable to perform his/her former job, that Employee has the opportunity to bid on any job vacancy that he/she is physically capable of and qualified to perform per his/her medical restrictions and limitations.

5. **Term of Leave.**
Employees will be provided an Occupational Injury or Illness Leave of Absence for up to a maximum of two (2) years. An Employee who exhausts the two (2) year Occupational Injury or Illness Leave of Absence and has not returned to work may be terminated, if not otherwise precluded by applicable laws. An Employee may be terminated prior to the end of the leave if such termination is not otherwise precluded by applicable laws.

a.) If an Employee takes an Occupational Injury or Illness Leave of Absence, returns to work and returns to a medical leave of absence status within ninety (90) days, the leave is treated as one continuous leave subject to the maximum limit.

b.) If an Employee takes an Occupational Injury or Illness Leave of Absence, returns to work for a period of at least ninety (90) days, then returns to medical leave of absence status, the leave is treated as a new leave of absence subject to the maximum limit.

c.) **NORTHERN CALIFORNIA REGION Retention of Seniority.**
An Employee eligible for twelve (12) months' industrial leave of absence who has been terminated due to his/her inability to return to work shall retain seniority as of that date for a period of an additional one (1) year. Such seniority may be utilized during the one (1) year period only for the purpose of bidding on vacancies for which he/she is qualified.

6. **Return to Work Authorization.**
Upon release from the attending physician for occupational injury or illness the Employer may request that the Employee provide a return-to-work authorization containing the name of physician, signature, clarification of disability specifying the work restrictions, sufficiently to allow the Employer to make appropriate determination of jobs the Employee can perform, if any, and date released to return to work.

100

Nothing herein shall prohibit the Employer and the Union from mutually agreeing to "reasonable accommodations" for injured or disabled Employees.

7. **Benefits While on Occupational Injury or Illness Leave.**
Employees on Occupational Injury or Illness Leave of Absences are eligible for Health Plan Coverage, life insurance, and (Southern California Region only) dental benefits for the time they are on leave.

Effective with workers' compensation leaves of absence commencing on or after October 1, 2000, as provided for under the National Agreement, up to 1,000 hours of workers compensation leave(s) may be used toward determining years of service for purposes of meeting the minimum eligibility requirements for retirement or post-retirement benefits.

**SOUTHERN CALIFORNIA REGION ONLY**
Effective January 1, 1981, relative to the pension plan, for absences due to industrial injury, "service credit" shall apply toward vesting and eligibility for pension benefits.

8. **NORTHERN CALIFORNIA REGION Return to Work from Non-Occupational Injury Leave.**

a.) **Reinstatement.**
When an Employee returns to duty from an authorized leave of absence he/she shall be reinstated in the same classification, position, unit, shift and number of hours in which he/she was employed before his/her absence; but if operational conditions have changed so that it is not reasonable to so reinstate him/her, the Employer will reinstate him/her in a classification that is as nearly comparable to his/her original classification as is reasonable under the circumstances. Prior notice of two (2) weeks of intent to return from a leave of absence must be given by the Employee to the Employee's supervisor as a condition of reinstatement to any position.

b.) **Return to Another Job/Department.**
In the event the Employee has returned to a job in a department other than that from which he/she was granted his/her leave of absence, he/she shall retain his/her seniority for the purposes of bidding on vacancies in his/her prior department for a period of six (6) months or until he/she has

declined a position in his/her prior department and classification, whichever occurs first.

c.) **Advising Replacement Employees.**
All persons hired to replace Employees who are on a leave of absence shall be so advised and shall be informed of the approximate date the Regular Employee is expected to return from leave.

K. **Minimum Benefits While on Unpaid Leave.**
Employees on a Personal, Family, Occupational and Medical Leave of Absence are eligible to accrue Vacation, Life Balance Days (if applicable), and Sick Leave for one (1) month.

L. **Veteran Employment Rights and Reserve Encampment.**

1. The Employer shall grant to each Employee who applies for reinstatement, after conclusion of his/her military service, such reinstatement rights as he/she shall be entitled to under the existing statutes. It is understood that the Employee must make application for reinstatement within the time limits specified under the law. All Employees will be afforded the opportunity to take a Military Leave of Absence in accordance with the Employer's current policy. The Employer will comply with the provisions of Uniformed Services Employment and Reemployment Rights Act (USERRA), as amended.

2. The Employer agrees that Employees on extended military duty will continue to accrue Vacation, Life Balance Days (if applicable), Sick Leave, and other benefits in accordance with applicable Federal statutes.

3. In those cases where Employees are in reserve status and serve an annual two-week commitment, Employees may request and receive Vacation and Life Balance Days (if applicable) for the period of absence, if otherwise eligible. In no case will Employees receive pay, other than Vacation and/or Life Balance Days (if applicable), for military absence.

M. **Replacements During Leave.**
All persons hired to replace Employees who are on a leave of absence shall be so advised and shall be informed of the approximate date the Employee is expected to return from leave. Such Employees shall retain their temporary status as defined for the duration of such individual leave.

**ARTICLE XIX – BENEFITS**

**SECTION 1 – INSURANCE BENEFITS.**

A.     **NORTHERN CALIFORNIA REGION Insurance Benefits.**

**(Registered Dietitians should refer to NCAL Appendix R for applicable Benefits by Design provisions.)**

1.     **Health Insurance.**

a.)     **Description of Health Coverage.**
The Employer shall provide Regular Employees and their eligible dependents the following benefits:

Kaiser Foundation "SS" Health Plan
Office Visits ($5.00 co-pay)
Hospital-Surgical-Medical Benefits
Psychiatric Plan ($5.00 co-pay/20 reimbursed visits)
Pre-Paid Maternity
Durable Medical Equipment Coverage
Optical Plan
Drug Program "N" Benefit ($5.00 co-pay)

b.)     **Alternate Medical Plan.**
As another option to the health coverage described, the Employer shall offer the alternate medical plan and the Drug Program Benefit ($5.00 co-pay) to eligible Employees/Retirees and their eligible dependents.

c.)     **Eligible Dependents.**
Eligible dependents are defined as follows:

i.)     Spouse or Eligible Domestic Partner

ii.)     Unmarried Children Up to Age Twenty-Five (25)

iii.)     Special Dependent Children (mentally and/or physically handicapped) regardless of age, provided such disability or handicap occurred prior to the dependent's twenty-fifth (25th) birthday. Annual certification may be required.

d.)     **Ineligible Dependents.**
An Employee's dependents who receive Kaiser Foundation Health Plan coverage with benefits at least equal to the

103

above through another source will be ineligible for Employer-paid dependent coverage.

e.) **Maintenance of Benefits.**
The Employer agrees to pay any additional premium payments required to maintain the benefits described above.

f.) **Effective Date of Coverage and Termination.**
Hospital-medical-surgical and drug coverage for Employees and dependents shall become effective the first (1st) day of the month following the date the Employee becomes a Regular Employee. Health Plan coverage terminates at the end of the month in which the Employee terminates, at the end of the month upon transfer to an ineligible status, or in accordance with leaves of absence policies.

g.) **Change of Plans.**
An Employee may change from one plan to another by submitting notice in writing to Human Resources at least thirty (30) days prior to any January 1.

h.) **Retiree Coverage at Age Sixty-five (65).**
Kaiser Permanente shall provide the Senior Advantage retiree medical plan (the health plan described above minus optical benefits) to Employees who retire with at least fifteen (15) years of service under the Retirement Plan and are age sixty-five (65) or older.

i.) **Retiree Coverage Integrated with Medicare.**
Kaiser Permanente shall provide the Senior Advantage Plan or the alternate medical plan coverage integrated with Medicare to Employees who retire with at least fifteen (15) years of service under the Retirement Plan and who retire under the normal, disability and postponed provisions of the pension plan and who are eligible for and participating in Parts A and B of Medicare. Employees retiring under the early or disability provisions of the pension plan shall become eligible for the Kaiser Foundation Health Plan Senior Advantage coverage (or the dual choice option, if accepted by the Administrator) upon becoming eligible for and participating in Parts A and B of Medicare. Early and disability retirees are not required to maintain Kaiser coverage during the period from early retirement to age sixty-five (65) in order to qualify for coverage at age sixty-five.

104

j.) **Retiree Coverage Eligible Dependent's Obligation.**
Dependents of retirees who are not yet Medicare-eligible must enroll in Kaiser Permanente's Senior Advantage Plan as soon as they become eligible in order to maintain health plan coverage. A retiree's spouse/domestic partner must enroll in Parts A and B of Medicare upon eligibility. Retirees and their dependents are required to enroll in the Senior Advantage Plan upon becoming Medicare-eligible.

k.) **Retiree KP Provider Requirement.**
Retirees covered by Senior Advantage must receive all medical care at Kaiser Permanente facilities in order to receive benefits.

l.) **Retirees Who Move Outside the KP Service Area.**
If individuals covered under this plan move outside the Kaiser Permanente service area, and do not elect the alternate medical plan, Kaiser Permanente will offer its Out-of-Area Group plan. However, such Medicare-eligible retirees and their dependents will be required to pay that amount of the Out-of-Area retiree group rate which is in excess of the Health Plan retiree group rate in effect on January 1 of each year.

m.) **Employees Hired before October 26, 1986.**
Employees hired before October 26, 1986, with fifteen (15) years of service under the Retirement Plan, shall receive optical benefits in addition to the Senior Advantage Plan.

n.) **Employees Retired before January 1, 2003.**
See Side Letter in NCAL Appendix O.

2. **Life Insurance.**
Regular Employees shall receive five thousand ($5,000) Group Life Insurance and five thousand ($5,000) Accidental Death and Dismemberment coverage paid by the Employer. Coverage shall begin the first day of the calendar month following the date the Employee becomes Regular.

3. **Dental Insurance.**

a.) **Basic Coverage.**
An Employer-paid Dental Program will be provided to all Regular Employees, their spouses/domestic partners, and their eligible dependent children up to age twenty-five (25) provided such Employees have been continuously employed

105

as Regular Employees for six (6) or more continuous months. The basic dental plan shall be for covered services at the rate of ninety percent (90%) of usual, reasonable and customary fees, except for fifty percent (50%) reimbursement for bridges and dentures.

b.) **Claims Disputes.**
The Employer will provide a central area for resolving difficulties in processing claims and the Union may designate a representative to assist in the expediting of these problems with the dental insurance carrier.

c.) **Orthodontia Coverage.**
Orthodontia coverage for dependent children to age eighteen (18) at fifty percent (50%) of usual, reasonable and customary charges for corrective procedures only to one thousand ($1,000) lifetime maximum, will be provided at the Employer's expense.

d.) **Coordination of Benefits.**
If Employees and eligible dependents entitled to dental benefits under this Agreement are also entitled to dental benefits under another group plan, benefits from this plan will be coordinated with the benefits from any other group plans so that up to one hundred percent (100%) of the allowable expenses incurred during a benefit year will be paid jointly by the plans. An allowable expense is any necessary, reasonable and customary item of dental expense covered in full or in part under any one of the group plans involved. This plan will always pay either its regular benefits in full or a reduced amount which when added to the benefits payable by other group plans, will equal one hundred percent (100%) of allowable expenses during each benefit year. Also in cases where an Employee is entitled to Dental Benefits under this Agreement in his/her own right and also as a dependent of another Employee in this same plan, such coordination of benefits shall be applicable.

4. **Limited Part-Time Employee Coverage and 75 Percent Obligation.**
A Limited Part-Time Employee whose regular predetermined work schedule is at least eight (8) hours per week may purchase at his/her own expense through payroll deduction the same Kaiser Foundation Health Plan coverage available to Regular Employees under this Agreement provided that a minimum of seventy-five percent (75%) of all eligible Limited Part-Time Employees in the

106

Region elect to purchase and continue to purchase such Health Plan coverage. Coverage will be offered on the Health Plan's three-rate structure. At any time participation falls below seventy-five percent (75%) of the group of eligible Employees such coverage shall be discontinued. There shall be an annual enrollment period during which these eligible Limited Part-time Employees may elect to purchase the coverage.

5. **Complete Details on Benefits.**
This Agreement contains only a summary of benefit plans. Complete details concerning these benefits are contained in the appropriate provider contracts, plan documents or summary plan descriptions which are provided to the Union. Summary plan descriptions shall be provided by the Employer to Employees upon request.

(Also refer to the National Agreement for additional information regarding insurance.)

B. **SOUTHERN CALIFORNIA REGION Insurance Benefits.**

1. **Health Plan Coverage.**

a.) **Employee and Dependents Coverage.**
An Employee who is regularly scheduled to work twenty (20) hours or more per week and eligible dependents and/or eligible domestic partner will be eligible for Employer-paid Kaiser Foundation Health Plan Coverage. Health Plan Coverage for eligible Employees and their dependents and/or domestic partner will become effective the first (1st) day of the calendar month following date of hire. Eligible dependents will include spouse or eligible domestic partner and unmarried children up to age twenty-five (25) effective January 1, 2001, and special dependent children (mentally and/or physically handicapped) regardless of age provided such disability or handicap occurred prior to the "special" dependent child turning age twenty-five (25). Annual certification of handicap, retardation and dependency may be required by Kaiser Foundation Health Plan.

Health Plan Coverage includes a prescription drug program, a durable medical equipment benefit, a vision care program, a post-surgical breast prosthesis for mastectomies, an alcoholism and drug dependency benefit, a Coordination of Benefits (COB) provision and Mental Health Coverage. Effective August 1, 1996, there will be a five dollar ($5.00)

107

co-payment for each doctor's office visit and each prescription. Effective January 1, 2001, office visits for Mental Health will have a five dollar ($5.00) co-payment per visit after twenty (20) visits in a calendar year. Effective January 1, 2002, all office visits for Mental Health will have a five dollar ($5.00) co-payment; however, Employees will be reimbursed for the first twenty (20) visits in a calendar year. The application of co-payments to medical services is governed by the applicable service agreements.

Health Plan Coverage terminates at the end of the month in which the Employee terminates or at the end of the month upon transfer to an ineligible status, or in accordance with the leaves of absence policies contained in Article XVIII.

b.) **<u>Health Plan Coverage for Retirees.</u>**
Employees who retire under the early retirement provision of the Kaiser Permanente Southern California Employees Pension Plan (have a minimum of fifteen [15] years of service and are at least age fifty five [55]) will receive Employer-paid Health Plan Coverage at age sixty-five (65). However, effective January 1, 2002, early retirees who have completed ten (10) years of service preceding January 1, 1990, will be eligible for Employer-paid Health Plan Coverage at their early retirement date. Employer-paid coverage which includes a prescription drug program, shall be provided only to the Employee who elects a normal retirement or the early retiree who reaches age sixty-five (65). For Employees hired after April 1, 1984, Employer-paid coverage coordinated with Medicare shall be provided for normal or postponed retirement provided the Employee has fifteen (15) or more years of service. In the event of disability retirement, the Employee shall receive Employer-paid coverage upon retirement. Employees who retire and/or become eligible for Kaiser Foundation Health Plan Coverage on or after August 1, 1996, will have a five dollar ($5.00) co-payment for each doctor's office visit and each prescription. Effective January 1, 2001, office visits for Mental Health will have a five dollar ($5.00) co-payment per visit after twenty (20) visits in a calendar year. Effective January 1, 2002, all office visits for Mental Health will have a five dollar ($5.00) co-payment; however, Employees will be reimbursed for the first twenty (20) visits in a calendar year.

The Employer shall provide Employer-paid Coverage to the spouse or eligible domestic partner of the retiree who meets

108

the eligibility requirements as set forth in paragraph 971. Upon the death of the retiree, Health Plan Coverage shall continue for the spouse or eligible domestic partner until remarriage/recommitment or death.

973 The retiree and spouse or eligible domestic partner must enroll in Part B of Medicare when first eligible. The Employer shall reimburse the cost of Medicare on a periodic basis for all Employees who retired prior to April 1, 1989. Spouses or eligible domestic partners are eligible for Medicare reimbursement.

974 The Employer will provide Employer-paid Coverage for eligible dependent children until limiting age and eligible "special dependent" children of the retiree who meet the eligibility requirements set for in paragraph 971 for the lifetime of the covered retiree.

975 The Employer will make available an alternative health plan to all eligible retirees and eligible dependents who reside outside of the Southern California Health Plan service area. For retirees who are eligible for Employer-paid Retiree Health Plan and who move to another Kaiser Permanente Region, the retiree will be required to participate in the out-of-region plan. The retiree, spouse or domestic partner, will be required to assign Medicare, when applicable. For retirees who are eligible for Employer-paid Retiree Health Plan and who move to an area not served by Kaiser Permanente, an out-of-area plan is available. The retiree also has the option of maintaining their Southern California Kaiser Permanente Retiree Health Plan. Retirees who reestablish residence within the service area must withdraw from the alternative health plan upon return to the available Kaiser Foundation Health Plan Coverage. Withdrawal will be effective the end of the month following within sixty (60) day after written notification of return to the Southern California Health Plan service area. Premiums for the alternative health plan will not exceed the premiums for Kaiser Foundation Health Plan Coverage.

976 c.) **Health Plan Coverage Coordinated with Medicare (Eligibility On or After April 1, 1990).**
Effective April 1, 1990, the Employer will provide Kaiser Foundation Health Plan coverage coordinated with Medicare to all eligible retirees and/or spouses or eligible domestic partner who become eligible for Medicare on or after April 1,

109

1990 at the time of Normal or Postponed retirement or when first eligible after Early or Disability retirement. Should the retiree and/or spouse or eligible domestic partner elect non-enrollment or to disenroll in the current Medicare coordinated Health Plan coverage program, the retiree must pay the difference between the Employer's cost for the Medicare coordinated program and the non-Medicare coordinated coverage premiums.

d.) **Health Plan Coverage Coordinated with Medicare (Eligibility Prior to April 1, 1990).**
Employer will offer Employer-paid Kaiser Foundation Health Plan coverage coordinated with Medicare to all retirees (and spouses) who become eligible for Medicare prior to April 1, 1990. Retirees who elect not to enroll in this current program will continue to receive Employer-paid Health Plan coverage, with no change in benefits. Following enrollment in the current Medicare coordinated program, if said retiree residing in the Southern California service area elects to disenroll, the retiree will receive non-Medicare coordinated Coverage and must pay the difference between the Employer's cost for the current Medicare coordinated program and non-Medicare coordinated coverage premiums.

e.) **Health Plan Coverage for Parents.**
The Employer acknowledges that parents of its Employees may purchase Kaiser Foundation Health Plan "Individual" Coverage subject to the restrictions of that plan. Alternative coverage is provided for in the National Agreement.

f.) **Health Plan Changes.**
The Employer agrees that if any changes in the Kaiser Foundation Health Plan Coverage benefits were proposed, a letter outlining these changes would be given to the Union. This letter would be a letter of information only and would not connote that any negotiations or mutual agreement would be required before these changes were made effective.

g.) **Coverage During Hospitalization for Terminated Employees.**
The Employer agrees that Employees with six (6) months or more service credit who were hospitalized due to serious injury or illness and who were terminated during that period of hospitalization would continue to have coverage provided during that specific period of hospitalization.

110

2.    **Dental Plan.**
Employees regularly scheduled to work twenty (20) hours or more per workweek and their eligible dependents and/or eligible domestic partner will be eligible for dental coverage. Eligible Employees and their dependents will have Employer-paid Dental Plan Coverage become effective on the first day of the calendar month following an Employee's completion of six (6) months of eligible employment. Eligible dependents will include spouse or eligible domestic partner and unmarried children up to the limiting age of twenty-five (25) and "special" dependent children (mentally and/or physically handicapped) regardless of age provided such disability or handicap occurred prior to the "special" dependent child turning age twenty-five (25). Annual certification of handicap, retardation and dependency may be required.

The Employer agrees to maintain the level of benefits at seventy percent (70%) of usual, reasonable and customary rates for basic services, and effective April 1, 1997, at fifty percent (50%) for major services. An orthodontia program shall be included in the dental plan. The plan will be maintained on the basis of fifty percent (50%) co-payment of the dentist's regular and customary fee for orthodontia services to eligible dependent children who initiate such services prior to their eighteenth (18) birthday. The maximum plan obligation for such services is one thousand dollars ($1,000) per person.

An eligible Employee (as established in paragraph 981) shall receive a diagnostic and preventative benefit which will pay one hundred percent (100%) of usual, customary and reasonable charges for the following procedures:

a.)    Prophylaxis (twice every calendar year).
b.)    Fluoride treatment
c.)    Examinations
d.)    Full-mouth x-rays (once every 3 years).
e.)    Bite-wing x-rays (twice every calendar year)
f.)    Space maintainers (for patients under 18 years of age).

Effective June 19, 1996, eligible new hire Employees are required to select a prepaid Dental Plan during their first three (3) of continuous employment. In subsequent open enrollment periods, they may elect to participate in the Delta Dental Plan.

3. **<u>Life Insurance.</u>**
For Employees scheduled thirty-two (32) or more hours per week, the Employer-paid life insurance benefit will be $6,000 (includes a $6,000 Accidental Death and Dismemberment benefit and $6,000 Total and Permanent Disability benefit). Coverage will be effective on the latter of the sixty-first (61st) day of continuous employment after date of hire or the date when first eligible for coverage. In order for the coverage to be effective, the Employee must be actively at work on the sixty-first (61st) day of employment, or the date when first eligible for coverage. If the Employee is not at work on the sixty-first (61st) day of employment, or the date when first eligible for coverage, coverage is deferred until he or she returns to active employment. In addition, the Employer offers the following optional life insurance programs for Employees scheduled to work thirty-two (32) or more hours per week:

| Program | Optional Life | Accidental Death and Dismemberment |
|---|---|---|
| Program 1 | $10,000 | $10,000 |
| Program 2 | $20,000 | $10,000 |
| Program 3 | $30,000 | $10,000 |
| Program 4 | $40,000 | $10,000 |

The Employee must elect to purchase the optional life insurance within thirty-one (31) days of the latter of the date of hire, or the date when first eligible for coverage. Coverage will be effective on the latter of the sixty-first (61st) day of continuous employment after date of hire, or the date when first eligible for coverage. If the Employee is not at work on the sixty-first (61st) day of employment, or the date when first eligible for coverage, coverage is deferred until he or she returns to active employment. Employees who wish to elect coverage at a future date must provide proof of insurability in order to purchase optional life insurance coverage.

If an Employee becomes totally and permanently disabled while covered under the life insurance plan, life insurance in force at the time of the commencement of the total and permanent disability shall be paid out in monthly installments in accordance with the provisions of the plan. Life insurance will continue during the period of total and permanent disability in accordance with the provisions of the plan.

The Employer shall grant Employees eligible for life insurance coverage pursuant to paragraph 985 above and who retire under the Early, Normal or Postponed terms of the Kaiser Permanente Southern California Employees Pension Plan two thousand dollars ($2,000) life insurance coverage.

4. **Survivor Benefit/Coverage.**
Effective April 1, 1994, each full-time Employee will be provided with a Survivor Benefit equal to one (1) month's base salary. This benefit is payable to a designated beneficiary during the period immediately following the death of the Employee. Regularly scheduled part-time Employees will be provided a prorated benefit.

In the event an Employee, who has fifteen (15) years of service, and who has met the eligibility requirements for Early, Normal or Postponed retirement dies while actively employed, Kaiser Foundation Health Plan Coverage will be provided to the spouse or eligible domestic partner when said deceased Employee would have been eligible for Coverage, provided the spouse or eligible domestic partner has not remarried/recommitted, and will continue until remarriage/recommitment or death. Coverage will continue for eligible dependent children until they reach limiting age. Upon the death of the Employee, a "Special Dependent Child" who is beyond limiting age will be given the option to convert to direct pay and COBRA continued Coverage.

The preceding fifteen (15) year service requirement shall apply to Employees hired on or after April 1, 1984 who die while actively employed after reaching their Normal or Postponed retirement date. Employees who were hired before April 1, 1984 and die while actively employed after reaching their Normal or Postponed retirement date are not subject to the fifteen (15) year service requirement.

Survivor coverage for Employees who die while actively employed on or after their Early retirement date will commence when the deceased Employee would have been eligible for Health Plan Coverage pursuant to paragraph 972.

5. **Exclusions and Limitations.**
Coverage, limitations and exclusions of the foregoing Health Plan, Dental Plan, Life Insurance Plan, Pension Plan and Disability Plan are established by the Employer's agreements with the applicable insurance plans, health and dental plans, and the Pension Plan.

113

6.   **National Agreement Provisions.**
The National Agreement should be consulted concerning additional or alternative benefits or benefit levels.

**SECTION 2 – PENSION**

A.   **NORTHERN CALIFORNIA REGION Pension Plan.**
**(Registered Dietitians should refer to NCAL Appendix W for applicable pension provisions.)**

1.   **KP Defined Benefit Pension.**
All Regular Employees are eligible to participate in the Kaiser Permanente Employees Pension Plan after twelve (12) months of service. Major benefit provisions of the Plan are described below. A full description of the Plan is contained in a separate summary distributed to all Employees upon request. The National Agreement contains additional information regarding pensions.

2.   **Vesting and Years of Service Defined.**
Any calendar year in which an Employee receives pay for one thousand (1,000) or more hours of employment with the Kaiser Permanente Medical Care Program is a year of service. Years of service determine eligibility for the Normal Pension, Early Pension, Disability Pension and Deferred Vested Pension. An Employee is vested after five (5) years of service.

3.   **Benefit Amount and Years of Credited Service Defined.**

a.)   **Full Credited Service for Years Spent as Full-Time Employees.**
Years of Credited Service determine the pension benefit amount. Any calendar year in which an Employee receives pay for one thousand eight hundred (1,800) or more hours of employment with the Medical Care Program is a year of Credited Service.

b.)   **Partial Credited Service for Years Spent as a Part Time, Limited Part-Time, Temporary, and On Call Employee** In any calendar year in which an Employee is paid for less than one thousand eight hundred (1,800) hours, but more than one thousand (1,000) hours, he/she shall receive partial Credited Service.

114

4. **Normal Retirement.**
A vested Employee is entitled to a Normal Monthly Pension if he/she retires on his/her sixty-fifth (65th) birthday. The Normal Pension for Employees upon retirement is computed as follows:

a.) For each year of Credited Service, the Employee shall receive 1.45 percent of his/her average monthly base wages of the highest sixty (60) consecutive months within his/her last one hundred twenty (120) months of employment.

b.) The month immediately before a month(s) in which the Employee had no compensated hours of employment and the month immediately after such a period are considered to be consecutive months of employment.

c.) If an Employee's highest sixty (60) consecutive months were worked in a Limited Part-Time, On Call or Temporary status, his/her average monthly base wages shall be calculated by his/her base rate without the pay in lieu of benefits premium.

5. **Postponed Retirement.**
An Employee is entitled to a Postponed Pension if he/she retires after his/her sixty-fifth (65th) birthday. The Postponed Pension is computed in the same manner as a Normal Pension.

6. **Early Retirement.**
An Employee is entitled to an Early Pension if he/she retires after his/her fifty-fifth (55th) birthday and has ten (10) or more years of service. The Early Pension is computed in the same manner as a Normal Pension but shall receive a reduced benefit for starting payments prior to age sixty-five (65).

7. **Disability Retirement.**
An Employee is entitled to a Disability Pension if he/she is eligible for and receives disability income benefits under Title II of the Social Security Act when he/she retires and has ten (10) or more years of service. Eligibility for a Disability Pension is subject to periodic review by the Administrative Committee of the Plan. The Disability Pension is computed in the same manner as a Normal Pension, but does not receive a reduced benefit for starting payments prior to age sixty-five (65).

8.    **Deferred Vested Pension.**

a.)    An Employee is entitled to a Deferred Vested Pension if his/her employment terminates and he/she has completed five (5) or more years of service. If such Employee dies prior to receiving benefits and is survived by a spouse, the spouse will receive a monthly benefit equal to the amount that would have been payable if the Employee had retired the day before his/her death and elected the joint and survivor method of payment with a fifty percent (50%) continuation to the survivor. The Deferred Vested Pension is computed in the same manner as a Normal Pension. Payments commence at age sixty-five (65), subject to filing a retirement application.

b.)    An Employee hired before January 1, 1976 is entitled to a Deferred Vested Pension if, at termination, his/her age and service totals sixty-five (65) years or more.

9.    **Survivor Annuity.**
An Employee who has attained five (5) or more years of service is entitled to survivor annuity coverage. If such an Employee dies prior to retirement, and is survived by a spouse, the spouse will receive a monthly benefit equal to the amount that would have been payable if the Employee had retired the day before his/her death and elected the joint and survivor method of payment with a fifty percent (50%) continuation to the survivor.

10.    **Payment.**
Pensions are paid monthly under a method of payment elected by the Employee. The Employee may elect a life annuity, a joint and survivor annuity, a guaranteed years of payment annuity, an annuity which together with Social Security provides level payments before and after Social Security begins, or a single sum. If the method of payment is other than a life annuity, the amount of the payment will be actuarially adjusted.

11.    **Reinstatement of Benefits.**
If an Employee terminates employment and is re-employed, all prior service and Credited Service is reinstated upon re-employment.

12.    **Voluntary Employee Contributions.**
An Employee who is eligible to participate in the Plan may provide for a supplementary retirement income financed by voluntary Employee contributions.

116

13. **Cost.**
The cost of the Plan will be paid entirely by the Employer whose contributions are deposited in trusts created by the Employer.

14. **Administration.**
The Plan is administered by a pension committee appointed by the Employer. Contributions to the Plan are held in trust funds established by the Employer.

15. **Statement of Benefits.**
Upon request an Employee shall receive an accounting of his/her current pension status.

16. **Salary Deferral Retirement Plan.**
All Employees shall be eligible for the Kaiser Permanente Salary Deferral Retirement Plan (KPSDR), which allows tax-deferred contributions to a 401(k) type retirement plan.

17. **Additional Defined Benefit Pensions.**
In addition, each year of employment with a member hospital of the Federation of Bay Area Hospital Retirement Plans and any member of the Affiliated Hospitals of San Francisco is a year of service if an Employee had one thousand (1,000) or more hours of employment in such year and if the period between termination or commencement of employment with the Kaiser Permanente Medical Care Program and termination or commencement of employment with such member hospital does not exceed ninety (90) days. Any pension payable under this Plan will be reduced by the amount of any pension payable under any other plan maintained by, or to which contributions are made by the Employer to the extent that such benefits are attributable to the same period of service.

B. **SOUTHERN CALFIORNIA REGION Pension Plan.**

1. **KP Defined Pension Benefit.**
Each Employee becomes a participant of the Kaiser Permanente Southern California Employees Pension Plan on date of hire. It was agreed that effective November 1, 1978, the Employer shall improve the benefits to those Employees who retire under the Kaiser Permanente Southern California Employees Pension Plan subsequent to that date as follows:

117

a.) Effective April 1, 1982, Employees who retire beyond age sixty-five (65) will have their earned pension benefits computed based upon their benefit level in effect at age of retirement and credited service attained at retirement.

b.) Substitute a "Final Average Pay" Plan for the "Career Average" Plan for Employees retiring after November 1, 1978.

i.) Final Average Pay is the monthly average of an Employee's base wages over the highest sixty (60) consecutive months of compensation in the last one hundred twenty (120) months of employment.

ii.) Normal monthly retirement income shall be 1.4% of final average pay multiplied by years and months of credited service with no integration with Social Security.

iii.) Any calendar year in which an Employee receives pay for 1,000 or more hours is a year of service which is used to determine eligibility for vesting and an employee's eligibility for early, normal, postponed or disability retirement, or for Deferred Vested Pension benefits. In years when the Employee attains fewer than 1,000 compensated hours, prorated service will be given.

iv.) Each calendar year in which an Employee receives pay for 2,000 hours or more is a full year of credited service which is used to determine benefits. Partial years of credited service are counted for calendar years in which an Employee receives pay for less than 2,000 hours.

c.) If benefits accrued prior to October 31, 1978, under the present career average plan exceed benefits as calculated under the final average plan for the same period, retirement income shall be the sum of benefits as calculated under the present plan up to October 31, and benefits calculated under the final average plan for service on or after November 1, 1978.

d.) Effective April 1, 1985, the monthly pension benefit will be increased by twenty-five dollar ($25) per month for all retirees who have retired prior to April 1, 1985.

118

e.)   Effective April 1, 1990, Employees who retired prior to 1982 will receive an additional fifty dollars ($50) per month to their pension.

f.)   Effective April 1, 1994, Employees who retired prior to April 1, 1990 will receive an additional fifty dollars ($50) per month to their pension.

Effective April 1, 1983, for Employees who remain in employment after they become eligible for early or normal retirement, the Employer will provide a special death benefit for their spouse. If the Employee were to die before actual retirement, the spouse of the deceased Employee will receive a pension benefit calculated as if the Employee had retired on the day before his/her death and had elected a Joint and Survivor annuity with a fifty percent (50%) continuation for the survivor.

Effective January 1, 1988, the Employer will provide a qualified pre-retirement survivor annuity to active Employees vested in the Kaiser Permanente Southern California Employees Pension Plan at no cost to the Employee. This benefit provides an annuity to the spouse of an Employee who dies prior to retirement. The spouse will receive a benefit calculated as if the Employee retired the day before death and elected a joint and survivor annuity with a fifty percent (50%) continuation to the survivor.

Effective January 1, 1999, pension plan survivor benefits will be payable to an eligible domestic partner. This benefit provides an annuity to the surviving eligible domestic partner of an active Employee who dies and is vested in the pension plan. This surviving eligible domestic partner will receive a benefit calculated as if the Employee retired the day before death and elected a Joint and Survivor Annuity with a fifty percent (50%) continuation to the survivor. Effective January 1, 2002, this benefit will be payable immediately and must commence by the December 31st following the calendar year in which the Employee died.

Effective January 1, 2001, if a vested Employee dies and does not have a surviving spouse or surviving eligible domestic partner, monthly survivor benefits will be payable to an eligible non-spouse survivor qualified dependent for a period of ten (10) years.

119

2. **Tax Deferred Retirement Savings Plan.**
The Employer will establish voluntary tax deferred retirement savings plans authorized by the Internal Revenue Code. The plans are established by Kaiser Foundation Health Plan, Inc. and the future of the plans and their provisions will be determined by Kaiser Foundation Health Plan, Inc.

3. **Exclusions and Limitations.**
Coverage, limitations and exclusions of the foregoing Health Plan, Dental Plan, Life Insurance Plan, Pension Plan and Disability Plan are established by the Employer's agreements with the applicable insurance plans, health and dental plans, and the Pension Plan.

Benefit administration for domestic partners will be in accordance with the Employer's policies and guidelines regarding domestic partners.

4. **National Agreement Provisions.**
The National Agreement should be consulted concerning additional or alternative benefits or benefit levels to those indicated within this Article.

**SECTION 3 – PENSION SERVICE WHILE ON WORKERS' COMPENSATION LEAVE OF ABSENCE**

Employees receive pension service for time spent (up to one thousand [1,000] hours) on a Workers' Compensation leave of absence. The Workers' Compensation leave of absence hours will count for pension service as well as towards meeting the eligibility requirement for post-retirement benefits such as company-paid retiree health plan and life insurance. The number of Workers' Compensation leave of absence hours eligible to be counted toward pension service will be based on the Employee's scheduled work hours at the commencement of the Employee's Workers' Compensation leave. A maximum of one thousand (1,000) Workers' Compensation leave of absence hours may be used throughout the career of the Employee with Kaiser Permanente.

**SECTION 4 – INCOME PROTECTION**

A.   **Eligibility.**
Benefit eligible Employees scheduled to work twenty (20) or more hours per week will be provided with an Income Protection Plan.

120

B.   **Minimum Benefit.**

1.   **NORTHERN CALIFORNIA REGION.**
The benefit will be equal to either fifty percent (50%) of the Employee's base wages, sixty percent (60%) if integrated with a statutory plan (e.g. State Disability Insurance, Workers' Compensation, etc.) or one hundred (100%) if the Employee is on an approved rehabilitation program.

2.   **SOUTHERN CALIFORNIA REGION.**
The benefit will be equal to either fifty percent (50%) of the Employee's base wages, sixty percent (60%) if integrated with a statutory plan (e.g. State Disability Insurance, Workers' Compensation, etc.) or seventy percent (70%) if the Employee is on an approved rehabilitation program.

If the Employee is part-time, the benefits will be prorated according to the Employee's scheduled hours. The minimum integrated benefit for full time Employees (prorated for part-time employees) provided by the program during the first (1st) year of disability will be one thousand dollars ($1,000.00) per month.

C.   **Benefit for Employees with Fewer than Two (2) Years of Service.**
Employees with fewer than two (2) years of service will receive the benefit commencing upon the exhaustion of his/her Sick Leave or eligibility for State Disability Insurance (i.e. the first [1st] day of hospitalization or eighth [8th] day of illness/injury), whichever occurs later, and will continue to receive the benefit for up to one (1) year from the date of disability with continued medical certification.

D.   **Benefit for Employees with Two (2) or More Years of Service.**

1.   **NORTHERN CALIFORNIA REGION.**
Employees with two (2) or more years of service will receive the benefit commencing three (3) months from the date of disability and will continue to receive the benefit for up to five (5) years from the date of disability with continued medical certification.

2.   **SOUTHERN CALIFORNIA REGION.**
Employees with two (2) or more years of service will receive the benefit commencing upon the exhaustion of Sick Leave or three (3) months from the date of disability, whichever occurs later, and will continue to receive the benefit for up to five (5) years from the date of disability with continued medical certification.

E. **Other Applicable Provisions of the Benefit.**
Benefits due to psychologically related disabilities and alcohol/drug abuse are limited to a maximum of three (3) years from the date of disability. The Duration of Benefits Schedule will apply to Employees who are sixty (60) years old or older who become disabled while eligible for this program.

**ARTICLE XX – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS**

**SECTION 1 – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS**

A. **Union Staff Representatives.**

1. **Access At Any Operational Time.**
A duly authorized Union Staff Representative shall have access to the facility at any operational time for the purpose of observing working conditions, monitoring compliance with this Agreement or following-up on inquiries and concerns of bargaining unit Employees.

2. **Additional Right of Access.**
It is understood by the parties that Union Staff Representatives have legal obligations as Employee representatives and, as such, have access rights beyond those of the public and other non-Employees.

3. **Obligations of Union Staff Representatives.**
Union Staff Representatives will abide by patient confidentiality, infection control, and other Employer policies applicable to Employees when using their access rights.

4. **Union Representative Badge.**
When entering any of the Employer's facilities, Union Staff Representatives will wear their Union Representative badge issued by the Employer or the Union.

5. **Conferring With Employees.**
Union Staff Representatives may confer with an Employee and/or his/her supervisor or an Employer representative on Employer time in connection with a complaint or problem concerning the Employee, but such conference should not interfere with the work of the Employee or the delivery of patient care.

122

B.    **Union Shop Stewards.**

    1.    **Notice of Names of Authorized Stewards.**
Periodically, the Union will notify the Employer in writing the names of the duly authorized Union Shop Stewards.

    2.    **No Discrimination.**
The Employer agrees that there will be no discrimination against the Shop Steward because of Union activity.

    3.    **Leaving Work Area to Conduct Union Business.**
Shop Stewards will obtain permission from their immediate supervisor before leaving their work area to conduct Union business. Stewards shall not lose pay because of their participation in activities related to grievances, investigations or disciplinary meetings.

## SECTION 2 – CONTRACT SPECIALIST

A.    **Implementation of Position.**
In conformance with the criteria, procedures and timelines established by the National Agreement, the Employer will implement the Contract Specialist position.

B.    **Appointment by Union.**
Contract Specialists are appointed and directed by the Union's Director of the Kaiser Division. The Employer may provide input in the selection process but the decision as to who is appointed will rest with the Union's Director of the Kaiser Division.

C.    **Role of Contract Specialist.**
Primarily, the role of the Contract Specialist is to assist stewards in the administration of the Collective Bargaining Agreement at the direction of the Union, including but not limited to processing grievances, training stewards, attending investigatory meetings etc., thus assisting stewards to participate more fully in Labor/Management Partnership activities. The position of Contract Specialist is not intended to replace the role of the stewards.

D.    **Pay and Term of Service.**
The Contract Specialist is paid by the Employer at straight time for lost time at his/her current rate of pay and continues to be eligible for all benefits and wage increases, but will not receive overtime for work related to Union activities. In order to provide as many stewards the opportunity to participate in this program during the term of the current Collective Bargaining Agreement, a Contract Specialist's term will be twelve (12) months.

123

## SECTION 3 – BULLETIN BOARDS

The Employer will provide adequate space at each facility for posting Union communications. In the event the Union demonstrates the need for a glass-enclosed, locked bulletin board, such shall be provided for the Union's use.

## SECTION 4 – UNION LEAVE

A.  **Unpaid Leave.**
An Employee who becomes a paid staff member of the Union or works for the Union on paid lost time may request and receive an unpaid leave of absence for up to one (1) year for Union business. Upon completion of the leave of absence, the Employee will be returned to his/her former job. The Employer will provide backfill for the duration of the leave.

B.  **Notice.**
A one (1) month notice, whenever possible, will be given in order to secure a leave and two (2) weeks' notice to return from a Union leave.

C.  **Benefits While on Union Leave.**
All Employer-paid benefits, including Performance Sharing Program (PSP), and paid time off accruals will be continued during a Union Leave of Absence. During such leave the Employee will continue to accrue seniority.

## ARTICLE XXI – DISCIPLINE AND DISCHARGE

## SECTION 1 – GENERAL PRINCIPLES

A.  **Just Cause.**
No Employee shall be disciplined or discharged without just cause. Any Employee who is discharged shall be informed in writing at the time of the discharge of the reason(s) for the discharge.

B.  **Request for Representation.**
Supervisors shall ask Employees if they wish the presence of a Union Steward and/or Union Representative in any meeting or investigation that may result in discipline. The selection of a Union Representative shall not unduly delay the proceeding.

**C.  Progressive Discipline.**
It is the Employer's intent normally to make use of progressive discipline in accordance with established practices and policy.

**D.  Furnishing of Documentation.**
In the event the Employer disciplines or discharges an Employee, the Employer will, at the request of the Employee and/or Union, furnish copies of necessary and/or relevant documents or written statements used by the Employer as a basis for the disciplinary action.

**E.  Right to Respond.**
Employees shall have the right to respond in writing to any written disciplinary notices and documentation of Employee counseling sessions, and shall have that response attached to the relevant material.

**F.  Expiration of Discipline.**
Written disciplinary notices and documentation of Employee counseling sessions shall be invalid after a period of one (1) year from the date of issuance except when there are other materials of the same or related nature. It is understood that while the Employer may retain expired documents to satisfy legal and regulatory requirements, such documents will not be used to justify further disciplinary action.

## SECTION 2 – PERFORMANCE EVALUATIONS

**A.  Nature and Purpose of Evaluations.**
Performance evaluations shall be based on objective and observable behaviors or activities as outlined in job descriptions. Performance evaluations are to be used as a teaching tool, provide an opportunity for feedback, recognition, and identification of mutual areas of interest.

**B.  Evaluations Not Discipline.**
Performance evaluations are not intended to be used as a means of discipline; therefore, the contents of such evaluations will not serve as a basis to deny transfer rights or promotions. Employees shall be provided performance evaluations annually and be given a written copy of the performance evaluation document. Employees shall sign and date such material only as proof of receipt.

**C.  Employee Comments.**
Employees shall be given an opportunity to read and attach written comments to performance evaluations prior to placement in the Employee's personnel file.

**D.  Not Grievable.**
Performance evaluations shall not be grievable.

## ARTICLE XXII – DISPUTES

A.   **Work Stoppages.**
The Employer and the Union realize that the Employer's facilities are different in their operations from industries because of services rendered to the community and for humanitarian reasons, and agree that there shall be no lockouts on the part of the Employer, nor suspension of work on the part of the Employees, it being one of the purposes of this Agreement to guarantee that there will be no strikes, lockouts or work stoppages.

B.   **All Disputes Under Scope of Agreement Settled in Grievance Procedure.**
All disputes in other matters of controversy coming within the scope of this Agreement will be settled by the procedure hereinafter provided.

## ARTICLE XXIII – GRIEVANCE AND ARBITRATION PROCEDURE

### SECTION 1 – GENERAL PRINCIPLES

A.   **Basic Means of Settling Grievances.**
The parties agree to the following to support the joint goal of resolving grievances within ninety (90) days:

The following procedure shall be applied and relied upon by both parties as the basic means of seeking adjustment of and settling grievances. "Grievance", as referred to in this Article, includes every dispute concerning interpretation and application of this Agreement and/or any dispute concerning wages, hours, or working conditions. All such disputes shall be subject to the grievance procedure.

B.   **Time Limits.**

1.   Except for grievances alleging errors in wages, benefits errors, or discharge, each grievance arising under this Agreement shall be presented to the appropriate party within thirty (30) calendar days after the grievant had knowledge of the event or should have had knowledge of the event. All discharge grievances shall be referred immediately to Step One of this procedure within ten (10) calendar days from the date of the discharge. Any grievance not timely filed is deemed waived by the aggrieved party.

126

2.    Both parties agree that the grievance and arbitration procedure should proceed as expeditiously as possible; however, by mutual agreement between the Union and the Employer, the time limits of any step of the grievance procedure may be extended and this extension must be confirmed in writing within the specified time limits. Both parties agree, however, to make their best effort to abide by the time limits outlined in this Agreement. In the event the Union fails to appeal a grievance in a timely manner, the Union may request an extension and the Employer shall grant such extension. If the Employer fails to respond to the grievance within the time limits specified, the grievance may be appealed to the next step of the grievance procedure by the Union.

C.    **Mandatory Meetings.**
There shall be a mandatory meeting at each step of the grievance procedure unless waived by mutual Agreement of the parties. Employees participating in such meetings shall not suffer any reduction in pay due to their participation.

D.    **Written Grievance Documents.**
All grievances, grievance appeals, grievance responses, requests for extensions of time limits and agreements to extend time limits will be given in writing.

E.    **Non Precedent-Setting Settlements.**
Grievance settlements or resolutions reached at Step One or Two of the grievance procedure shall not be precedent-setting for any purpose and shall not be used to interpret the language or associated practices of the Agreement.

F.    **Good Faith Efforts to Resolve Issues.**
The goal of the parties is to achieve early and prompt resolution of issues and disputes through informal and formal interest-based discussions between the steward, Employee(s) and the direct supervisor or department head in Step One and Step Two. The use of the procedures contained in this Article should not preclude, or be used by any party to avoid, active good faith efforts to achieve dispute or issue resolution.

G.    **Union Staff Representatives.**
Union staff representatives may participate at any level of the grievance procedure.

H.  **Necessary and/or Relevant Information.**
The parties agree and understand that the free exchange of necessary and/or relevant information is essential to their mutual understanding and satisfactory resolution of issues and disputes. Accordingly, the parties agree to respond adequately, in a timely, good faith manner to requests for information, and to promptly address and resolve any disputes relating to the provision of requested information.

I.  **Joint Training.**
The parties agree to implement a join training program on the grievance process, grievance assessment, grievance resolution and contract interpretation. The purpose of such training is to encourage grievance resolution at the lowest level possible. The parties will meet within 60 days to confirm details of such training to include but not limited to program design, process and implementation.

## SECTION 2 – STEPS OF THE GRIEVANCE AND ARBITRATION PROCEDURE

A.  **Step One.**

1.  Step One of the grievance procedure is an informal process. The parties recognize that most issues or disputes can and should be resolved informally at the closest possible level to the unit/department in which they occur.

2.  The Grievance procedure shall be initiated at Step One by the submittal of a grievance form from the union to facility human resources and copied to the involved supervisor. Grievances regarding discharge must be initiated at Step One within ten (10) calendar days after the action. In addition, grievances involving workload and suspension should be introduced directly to Step One of the grievance and arbitration procedure. Within ten (10) calendar days after submission of the issues, a meeting shall be held. The parties are encouraged to continue to work collaboratively on the issue until either party feels that further work at this step will not resolve the issue. Once resolution is reached, or the decision is made that joint resolution is not possible, the employer shall respond to the grievant(s) and the Union Steward within ten (10) calendar days. Participants in Step One discussions should include the Employee(s), the designated manager and/ or the facility human resources representative, and the Union Steward and/or a Union Representative.

128

B.    **Step Two.**
All issues that are not resolved at Step One may be appealed to Step Two within ten (10) calendar days. An appeal to Step Two shall be submitted in writing as a formal grievance after either party feels the issue(s) cannot be resolved at Step One in a timely manner. The parties shall attempt to resolve the grievance within ten (10) calendar days after the appeal is received. If the parties are unable to resolve the grievance within these time limits, a grievance response shall be given within ten (10) calendar days thereafter. Participants in Step Two should include the Employee(s), the Union Representative, the Employer Designees, and the Regional Labor Relations representative. The parties agree that there will be scheduled monthly dates for Step Two hearings (regional level) for each facility. The parties will meet within sixty (60) days to confirm dates for each facility.

C.    **Step Three – Arbitration.**
In the event the grievance remains unresolved, the grieving party may appeal the grievance to arbitration. Written notice of such appeal must be received by the Director of Labor Relations or designee within ten (10) calendar days after receipt of the Step Two response. No grievance shall be appealed to arbitration without first being processed through the appropriate steps of the Grievance and Arbitration Procedure except by mutual agreement.

1.    **Selection of Arbitrator.**
An impartial arbitrator shall be selected by mutual agreement of the parties. In the event mutual agreement is not reached, the party appealing the grievance to arbitration shall request a panel of arbitrators from the Federal Mediation and Conciliation Service. Upon receipt of said panel, the parties will select an arbitrator by alternately striking names.

2.    **Authority of Arbitrator.**
The arbitrator shall be prohibited from adding to, modifying or subtracting from, the terms of this Agreement or any supplemental written agreement of the parties. Further, it shall not be within the jurisdiction of the arbitrator to change any existing wage rate or establish a new wage rate.          However, grievances involving reclassification and upgrade are within the scope of the grievance procedure and are within the jurisdiction and powers of the arbitrator; the decision of the arbitrator, however, is limited to changes in the classification of a position within the existing wage schedule. The award of the arbitrator shall be final and binding on both parties.

3.    **Cost of Arbitration.**
Each party shall pay one-half (1/2) the cost of the arbitration proceedings which include but are not limited to the cost of the arbitrator, court reporter and transcript for the arbitrator, if mutually agreed to as necessary, conference room costs and other related costs, and each party shall be responsible for the cost of its own representatives and witnesses.

4.    **Expedited Arbitration.**
The guidelines for expedited arbitration will be confirmed June 1, 2013.

5.    **Arbitration Dates.**
Effective July 2013, the parties agree that an additional arbitration day will be scheduled for a total of two dates per month, as needed. The cases may be conducted as standard panel arbitrations, expedited arbitrations, or a combination of the two forums. The parties will determine the cases to be heard and which forum shall be used.

6.    **Grievance and Arbitration Evaluation.**
The parties will meet on an ongoing basis to assess the success of the process described above and make any modifications that may be needed. These meetings will occur at least after 6 months, and at least after 9 months, and one year from this agreement. During the final discussion, the parties will discuss and determine to modify, end, extend, or further expand the process.

**SECTION 3 – GRIEVANCES ASSOCIATED WITH THE MASTER AGREEMENT**

The parties agree that they will use their best efforts to identify any grievance that may involve interpretation or application of the Master Agreement, or practices relating to the provisions of the Master Agreement, before such a grievance is appealed to arbitration, and this shall be noted in either the Step 2 response or the appeal to arbitration. If such a grievance is resolved at Step 2, it shall be resolved at the local bargaining unit level on either a non precedent-setting basis or as a precedent applicable to that bargaining unit only, unless otherwise agreed to by all parties to the Master Agreement. The parties will identify three (3) permanent arbitrators who shall be the only arbitrators who may be selected to hear grievances involving the Master Agreement. At the time an arbitrator is selected to hear a specific case, the parties will inform the arbitrator whether they wish the arbitrator to issue a precedent-setting decision, a non-precedent-setting decision, or to decide whether a decision will be precedent-setting as one of the issues in the case.

130

**ARTICLE XXIV – GENERAL PROVISIONS**

**SECTION 1 – CONFORMITY TO LAW.**
If any provision of this Agreement is found to be in conflict with State or Federal law, the remaining provisions of the Agreement shall remain in full force and effect. In the event any provision(s) are declared to be in conflict with any law, both parties shall meet immediately for the purpose of renegotiating only the provision(s) so invalidated.

**SECTION 2 – CONSCIENTIOUS OBJECTION.**
The Employer and the Union recognize the rights of individuals to refuse to participate directly in therapeutic abortion procedures. Employees who wish to exercise those rights shall submit their written request to the Employer. The Employer shall honor such requests by making reasonable accommodation, except in an emergency situation, where the immediate nature of the patient's needs and rights shall take precedence over exercise of the Employee's rights.

**SECTION 3 – CONFIDENTIALITY OF RECORDS AND PROTECTED HEALTH INFORMATION.**
In accordance with the Employer's compliance policies, indiscriminate or unauthorized review, use or disclosure of protected health information regarding any patient or Employee is expressly prohibited. Reviewing, discussing, photocopying or disclosing patient information, medical or otherwise, is expressly prohibited, except where required in the regular course of business and where proper authorization has been obtained.

**SECTION 4 – SOUTHERN CALIFORNIA REGION COMMUNITY DISASTER.**
Because of the nature of our medical care organization, it is recognized that a major Community Disaster could require the services of our organization and facilities far beyond those normally provided. In the event of such a disaster, and in recognition of our obligation to the community, Article V – Hours of Work and Article VI – Overtime, Standby, Reporting, Mileage Allowance Pay and Bilingual differential (as set forth in the 2000 Collective Bargaining Agreement), will be inapplicable during the period of such unusual demands caused by this disaster, provided that the facilities of the organization are made available to nonmembers as well as members of the Kaiser Foundation health plan. It is further provided that Article V – Hours of Work and Article VI – Overtime, Standby, Reporting, Mileage Allowance Pay and Bilingual differential (as set forth in the 2000 Collective Bargaining Agreement), will also be inapplicable during bona fide disaster program drills, excluding educational programs.

## **ARTICLE XXV – DURATION OF AGREEMENT**

Except as otherwise specifically provided, this Agreement shall be effective as of <u>October 1, 2019</u>, and shall continue in effect through <u>September 30, 2023</u>, the month, day, and year as specified in the National Agreement, Section 3: Scope of The Agreement, D. <u>Duration, Renewal and Reopening</u> and shall be automatically renewed from year to year thereafter, unless amended, modified, changed or terminated.

Either party wishing to change or terminate this Agreement must serve written notice of a desire to amend to the other party at least 90 days prior to the expiration date. Notice of desire to change or terminate given by one party shall render unnecessary a similar notice by the other party.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day herein above written.

**NORTHERN CALIFORNIA REGION**
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
The Permanente Medical Group, Inc.

Carrie Owen Plietz
Regional President- Northern California
Kaiser Foundation Hospitals and Health Plan

Debra L. Catsavas
Senior Vice President Human Resources
Kaiser Foundation Hospitals and Health Plan

Darin Tankersley
Chief of Medical Center Administration and Operations
The Permanente Medical Group

Albert Mossman
Executive Director, Labor Relations
Northern California

David Frizzell
Director, Labor Relations
Northern California

Tom Beardsley
Senior Labor Relations Consultant
Northern California

## SOUTHERN CALIFORNIA REGION
Kaiser Foundation Health Plan, Inc.
Kaiser Foundation Hospitals
Southern California Permanente Medical Group

Julie Miller-Phipps
Regional President – Southern California
Kaiser foundation Hospitals and Health Plans

Frank Hurtarte
Senior Vice President, Human Resources
Kaiser Foundation Hospitals and Health Plan

Annie Russell
Chief Operating Officer
Southern California Permanente Medical Group

Richard D. Rosas
Senior Director, Labor Relations
Southern California

Mary Anne Madruga
Assistant Director, Labor Relations
Southern California

Reginia O'Leary
Sr. Human Resources Business Partner
Southern California

134

## UNITED HEALTHCARE WORKERS-WEST
Service Employees International Union

DAVE REGAN
President

STAN LYLES
Vice-President

VICKI JACKSON
Division Director

SONYA ALLEN-SMITH, 1950 Franklin

BRENDA PARKER, Antelope Valley

WALLACE JOHNSON, Antelope Valley

CAROLINA GALAZRA-RABI, Antioch

JENNY DANG, Baldwin Park

JUAN ZAVALA, Baldwin Park

LANAI PEATRY, Baldwin Park

JAMES BELL, Downey

ARLETTA THOMAS, Downey

PATRICK CLONEY, Fresno

JOHANNA GUZMAN, LA Regional Svcs & Admin

ADRIANA BARRAGAN, LA Regional Svcs & Admin

VIRETTA WILSON, LAMC Clinics

ROSIE CARRANZA, Livermore Clinic

OSCAR FUENTES, Martinez

JENNIFER KEY, Medical Social Workers

RONIKA WINCHESTER, Modesto

TERI WILLIAM, Modesto

RENNE HILL, Orange County North

DENISE ELLIS, Orange County North

RAFAEL SANCHEZ JR., Panorama City

CORINA ROMERO, Panorama City

ELIZABETH SERAFIN, Panorama City

TERRY MANNING, Redwood City

ELIZABETH GRIGSBY, Roseville

DIANE NEWTON-LAIR, Sacramento

EASA LEWIS, San Francisco

ETHAN RUSKIN, San Jose

LISA WALKER, San Leandro

LISA NELSON, San Rafael

ANTONIO AVILA, Santa Clara

URSULA NIETO, Santa Rosa

YVETTE HURSTON, Woodland Hills

CLAUDIA MENJIVAR, Woodland Hills

MARY CORSON-BILLYZONE, Staff

135

RICHARD PRASAD, South Bay          JONATHAN EVERHART, Staff

NAKIA BOONE, South Bay             MANUEL DE LEON, Staff

SAVANNDA BLAYLOCK, Tracy

LORI PIMENTEL, Vacaville

ANN LAROCCO, Vallejo

CAMILLE BURRELL, Vallejo Call Center

BERNARD MCCOY, Walnut Creek

VERNA HAMPTOM, West LA

DANIEL ROMO, Woodland Hills

# NORTHERN CALIFORNIA REGION WAGE RATES:

**SEIU - United Healthcare Worker**

**Effective October 11, 2020**

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 034484 | 3D IMAGING ANALYST | 49.9592 | 51.4615 | 53.0087 | 54.6022 | 56.2435 | 57.9344 | 59.6757 | | | | |
| 034404 | ALLERGY CENTRAL LAB ASST SUP | 33.9805 | 34.8550 | 35.7515 | 36.4427 | 37.4323 | 38.3938 | | | | | |
| 034402 | ALLERGY TECHNICIAN | 30.8114 | 31.6043 | 32.4171 | 33.0440 | 33.9416 | 34.8137 | | | | | |
| 034403 | ALLERGY TECHNICIAN SR | 32.3579 | 33.1901 | 34.0434 | 34.7022 | 35.6440 | 36.5599 | | | | | |
| 057816 | AMBULATORY CODER | 35.9045 | 36.9848 | 38.0978 | 39.2443 | 40.4250 | 41.6410 | | | | | |
| 030704 | AMERICAN SIGN LANGUAGE INTERPRETER | 57.8320 | 59.2807 | 60.7294 | 62.1782 | 63.6266 | 65.0753 | 66.5240 | | | | |
| 030422 | ANESTHESIA SUPPLY AIDE | 27.9584 | 28.6776 | 29.4159 | 30.0936 | 30.7965 | 31.4238 | | | | | |
| 030423 | ANESTHESIA SUPPLY AIDE SR | 29.3618 | 30.1171 | 30.8925 | 31.6040 | 32.3421 | 33.0005 | | | | | |
| 030772 | ANESTHESIA TECHNICAL AST | 35.5924 | 36.5085 | 37.4466 | 38.3773 | 39.3978 | 40.3276 | | | | | |
| 030773 | ANESTHESIA TECHNICAL AST SR | 37.3777 | 38.3390 | 39.3245 | 40.3016 | 41.3735 | 42.3497 | | | | | |
| 021002 | ASSOC STAFF ASST | 25.6694 | | | | | | | | | | |
| 030736 | ATHLETIC TRAINER CERTIFIED | 36.7402 | 37.6853 | 38.6303 | 39.4049 | 40.1955 | 41.0018 | | | | | |
| 034425 | BONE DENSITOMETRY TECH | 32.4477 | 33.2821 | 34.1376 | 35.1299 | 36.5575 | 37.6115 | | | | | |
| 034426 | BONE DENSITOMETRY TECH SR | 34.0757 | 34.9521 | 35.8505 | 36.8919 | 38.4398 | 39.7825 | | | | | |
| 030307 | CARDIAC DEVICE TECHNICIAN | 34.9162 | 35.7516 | 36.6078 | 37.5988 | 39.0256 | 40.0797 | | | | | |
| 030308 | CARDIAC DEVICE TECHNICIAN SR | 36.6683 | 37.5444 | 38.4435 | 39.4844 | 40.9831 | 42.2499 | | | | | |
| 035404 | CARDIOVASCULAR ANESTHESIA TECH | 41.8258 | 42.9013 | 44.0046 | 45.5265 | 47.8083 | 50.0895 | | | | | |
| 035405 | CARDIOVASCULAR ANESTHESIA TECH SR | 43.9173 | 45.0463 | 46.2048 | 47.8030 | 50.1987 | 52.5940 | | | | | |
| 035402 | CARDIOVASCULAR TECH | 48.5432 | 50.0035 | 51.5068 | 52.9277 | 54.4383 | 55.9750 | | | | | |
| 035403 | CARDIOVASCULAR TECH SR | 57.1718 | 58.8907 | 60.6609 | 62.1793 | 63.7377 | 65.3334 | | | | | |
| 090833 | CARE PARTNER | 28.2268 | 28.9528 | 29.6985 | 30.3827 | 31.0925 | 31.7255 | | | | | |
| 090936 | CARE PARTNER LVN | | | 41.5412 | | | | | | | | |
| 090936 | CARE PARTNER LVN | 39.4582 | | | | | | | | | | |
| 050388 | CASHIER RECPNST SCHED IMAGING | 28.1649 | 28.8896 | 29.6341 | 30.1867 | 30.9895 | 31.7922 | | | | | |
| 051264 | CHRONIC COND MGMT PROGRAM ASSISTANT | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 090311 | CENTRAL SUPPLY TECHNICIAN | 27.9584 | 28.6776 | 29.4159 | 30.0936 | 30.7965 | 31.4238 | | | | | |
| 030701 | CERTIFIED HEALTHCARE INTERPRETER | 31.4231 | 32.1569 | 32.9238 | 33.7076 | 34.5083 | 35.3255 | 36.1759 | | | | |
| 030705 | CERTIFIED HEALTH CARE INTERPRETER LEAD | 32.9999 | 33.7703 | 34.5757 | 35.3988 | 36.2393 | 37.0972 | 37.9903 | | | | |
| 030702 | CERTIFIED INTERPRETER/ MULTI-LINGUAL | 32.3402 | 33.0741 | 33.8412 | 34.6250 | 35.4253 | 36.2424 | 37.0930 | | | | |
| 030703 | CERTIFIED INTERPRETER/TRANSLATOR | 33.0741 | 33.8577 | 34.6584 | 35.4919 | 36.3257 | 37.1929 | 38.0937 | | | | |
| 051230 | CLAIMS ADJUD REWORK & RESOLUTN | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 051228 | CLAIMS ADJUDICATOR I | 29.3030 | 30.0577 | 30.8316 | 31.4835 | 32.3872 | 33.2896 | | | | | |
| 051229 | CLAIMS ADJUDICATOR II | 30.6376 | 31.4261 | 32.2341 | 32.9870 | 34.0158 | 35.0448 | | | | | |
| Grade 1 | CLERICAL GRADE 1 | 25.9262 | 26.5942 | 27.2787 | 27.7057 | 28.2835 | 28.8597 | | | | | |
| Grade 2 | CLERICAL GRADE 2 | 27.0214 | 27.7175 | 28.4308 | 28.9084 | 29.5859 | 30.2636 | | | | | |
| Grade 2 SR/LEAD | CLERICAL GRADE 2 - SENIOR/LEAD | 27.2286 | 27.9295 | 28.6484 | 29.0960 | 29.7030 | 30.3084 | | | | | |
| Grade 3 | CLERICAL GRADE 3 | 27.5930 | 28.3039 | 29.0324 | 29.6341 | 30.2885 | 31.0285 | | | | | |
| Grade 3 SR/LEAD | CLERICAL GRADE 3 - SENIOR/LEAD | 28.3780 | 29.1086 | 29.8582 | 30.3595 | 31.0708 | 31.7826 | | | | | |
| Grade 4 | CLERICAL GRADE 4 | 28.1649 | 28.8896 | 29.6341 | 30.1867 | 30.9895 | 31.7922 | | | | | |
| Grade 4 SR/LEAD | CLERICAL GRADE 4 - SENIOR/LEAD | 28.9779 | 29.7243 | 30.4891 | 31.1211 | 31.8085 | 32.5852 | | | | | |
| Grade 5 | CLERICAL GRADE 5 | 29.3030 | 30.0577 | 30.8316 | 31.4835 | 32.3872 | 33.2896 | | | | | |

137

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 2 / Step 4 | Step 3 / Step 5 | Step 4 / Step 6 | Step 5 / Step 7 | Step 6 / Step 8 | Step 7 / Step 9 | Step 8 / Step 10 | Step 9 / Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade 5 SR/LEAD | CLERICAL GRADE 5 - SENIOR/LEAD | 29.5787 | 30.3394 | 31.1211 | 31.7019 | 32.5447 | 33.3875 | | | | | |
| Grade 6 | CLERICAL GRADE 6 | 30.6376 | 31.4261 | 32.2341 | 32.9870 | 34.0158 | 35.0448 | | | | | |
| Grade 6 SR/LEAD | CLERICAL GRADE 6 - SENIOR/LEAD | 30.7738 | 31.5659 | 32.3789 | 33.0631 | 34.0158 | 35.0448 | | | | | |
| Grade 7 | CLERICAL GRADE 7 | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| Grade 7 SR/LEAD | CLERICAL GRADE 7 - SENIOR/LEAD | 32.1751 | 33.0032 | 33.8517 | 34.6419 | 35.7226 | 36.8615 | | | | | |
| 051253 | CLINICAL DATA SPECIALIST | 32.4463 | 33.2686 | 34.1118 | 35.0375 | 36.3595 | 37.6808 | | | | | |
| 030794 | CLINICAL HEALTH EDUCATOR I | 38.8009 | 39.7736 | 40.7705 | 41.7925 | 42.8402 | 43.9141 | 45.0148 | | | | |
| 030795 | CLINICAL HEALTH EDUCATOR II | 41.1355 | 42.1666 | 43.2235 | 44.3070 | 45.4175 | 46.5556 | 47.7225 | | | | |
| 030796 | CLINICAL HEALTH EDUCATOR LEAD I | 40.7463 | 41.7678 | 42.8147 | 43.8881 | 44.9880 | 46.1157 | 47.2709 | | | | |
| 030797 | CLINICAL HEALTH EDUCATOR LEAD II | 43.1977 | 44.2805 | 45.3901 | 46.5280 | 47.6940 | 48.8892 | 50.1140 | | | | |
| 053102 | COMMUNICATION OPERATOR | 27.5409 | 28.2498 | 28.9770 | 29.4643 | 30.1546 | 30.5887 | 31.6372 | | | | |
| 053193 | COMMUNICATION OPERATOR SR | 28.9234 | 29.6681 | 30.4310 | 30.9426 | 31.6681 | 32.1237 | 33.2247 | | | | |
| 024741 | CYTOGENETIC TECHNOLOGIST I | 56.8260 | 58.3236 | 59.8226 | 60.6154 | 62.7511 | 64.8425 | 67.4407 | | | | |
| 024742 | CYTOGENETIC TECHNOLOGIST II | 58.7086 | 60.2566 | 61.8044 | 62.9948 | 65.0858 | 67.3978 | 70.0978 | | | | |
| 024743 | CYTOGENETIC TECHNOLOGIST III | 60.7170 | 62.3183 | 63.9191 | 65.3272 | 67.7277 | 70.0841 | 72.8920 | | | | |
| 024744 | CYTOGENETIC TECHNOLOGIST SR | 63.7584 | 65.4396 | 67.1208 | 68.5991 | 71.1194 | 73.5940 | 76.5423 | | | | |
| 024740 | CYTOGENETIC TECHNOLOGIST TRAINEE | 44.2765 | 46.1450 | | | | | | | | | |
| 024705 | CYTO-HISTO TECHNOLOGIST SUP | 66.2207 | 67.9657 | 69.7099 | 72.6397 | 75.0394 | 76.4477 | 79.5100 | | | | |
| 024704 | CYTOTECHNOLOGIST CHIEF | 65.5066 | 67.2339 | 68.9604 | 70.4386 | 72.9002 | 75.4370 | 78.4589 | | | | |
| 024701 | CYTOTECHNOLOGIST I | 56.8260 | 58.3236 | 59.8226 | 60.6154 | 62.7511 | 64.8425 | 67.4407 | | | | |
| 024702 | CYTOTECHNOLOGIST II | 58.7086 | 60.2566 | 61.8044 | 62.9948 | 65.0858 | 67.3978 | 70.0978 | | | | |
| 024703 | CYTOTECHNOLOGIST III | 60.7170 | 62.3183 | 63.9191 | 65.3272 | 67.7277 | 70.0841 | 72.8920 | | | | |
| 024707 | CYTOTECHNOLOGIST III QC | 62.3820 | 64.0269 | 65.6708 | 67.0791 | 69.4234 | 71.8393 | 74.7175 | | | | |
| 030442 | DEDICATED LAB SONOGRAPHER I | 60.7813 | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.7721 | | |
| 030449 | DEDICATED LAB SONOGRAPHER I SUPV | 66.8781 | 68.8800 | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 85.5644 | | |
| 030443 | DEDICATED LAB SONOGRAPHER II | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.0326 | 80.1169 | | |
| 030450 | DEDICATED LAB SONOGRAPHER II SUPV | 68.8800 | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 84.7525 | 88.1437 | | |
| 090701 | DENTAL ASSISTANT REGISTERED | 30.2182 | 30.9959 | 31.7936 | 32.5239 | 33.2542 | 33.8479 | | | | | |
| 051482 | DEPARTMENT SECRETARY | 30.2988 | 31.0789 | 31.8787 | 32.4733 | 33.3366 | 34.2003 | | | | | |
| 051004 | DIETETIC TECH ELIGIBLE | 33.7987 | | | | | | | | | | |
| 051002 | DIETETIC TECH REG | 35.5835 | 36.5936 | 37.6216 | 38.6684 | 39.7863 | 40.8865 | 42.0408 | | | | |
| 051017 | DIETITIAN ELIGIBLE | 44.7996 | | | | | | | | | | |
| 051010 | DIETITIAN I REGISTERED | 47.1633 | 48.7328 | 50.2838 | 51.8531 | 53.4044 | 54.9734 | 56.5245 | | | | |
| 051015 | DIETITIAN I REGISTERED LEAD | 49.5271 | 51.1749 | 52.8035 | 54.4510 | 56.0800 | 57.7276 | 59.3564 | | | | |
| 051011 | DIETITIAN II REGISTERED | 49.7426 | 51.3838 | 53.0436 | 54.6849 | 56.3262 | 57.9855 | 59.6267 | | | | |
| 051012 | DIETITIAN II REGISTERED LEAD | 52.2495 | 53.9815 | 55.6949 | 57.4263 | 59.1578 | 60.8714 | 62.6030 | | | | |
| 051013 | DIETITIAN III REGISTERED | 52.2495 | 53.9815 | 55.6949 | 57.4263 | 59.1578 | 60.8714 | 62.6030 | | | | |
| 051014 | DIETITIAN III REGISTERED LEAD | 54.8679 | 56.6862 | 58.4853 | 60.3031 | 62.1216 | 63.9208 | 65.7388 | | | | |
| 057818 | ED CODER | 37.8002 | 38.9377 | 40.1091 | 41.3159 | 42.5587 | 43.8387 | | | | | |
| 034432 | EEG TECHNOLOGIST I | 37.0910 | 38.0451 | 39.0234 | 40.0814 | 41.9859 | 43.6784 | 45.6489 | | | | |
| 034433 | EEG TECHNOLOGIST II | 39.3035 | 40.3140 | 41.3509 | 42.4079 | 44.5235 | 46.6385 | 48.7425 | | | | |

SEIU - United Healthcare Worker   Effective October 2020

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | | | | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A - Applicable to UHW Employees hired on or before 10/25/86** | | | | | | | | | | | | |
| **B1 - Applicable to UHW employees hired on or after 10/26/86** | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| **Job Code** | **Job Title** | | | | | | | | | | | |
| 034422 | EKG TECHNICIAN | 32.4477 | 33.2821 | 34.1376 | 35.1299 | 36.5575 | 37.6115 | | | | | |
| 034423 | EKG TECHNICIAN SR | 34.0757 | 34.9521 | 35.8505 | 36.8919 | 38.4398 | 39.7825 | | | | | |
| 030314 | EMERGENCY DEPT TECHNICIAN I | 28.4574 | 29.1902 | 29.9414 | 30.6290 | 31.3169 | 31.8764 | | | | | |
| 030324 | EMERGENCY DEPT TECHNICIAN II | 33.6809 | 34.5470 | 35.4361 | 36.3170 | 37.2825 | 38.1633 | | | | | |
| 090935 | EMERGENCY DEPT TECHNICIAN LVN | | | 41.5412 | | | | | | | | |
| 090935 | EMERGENCY DEPT TECHNICIAN LVN | 39.4582 | | | | | | | | | | |
| 034681 | ESTHETICIAN | 38.7373 | 39.8251 | 40.9433 | 42.0929 | 43.2745 | 44.4894 | | | | | |
| 057811 | EVALUATION & MANAGEMENT CODER | 33.4048 | 34.2645 | 35.1456 | 35.9657 | 37.0875 | 38.2088 | | | | | |
| 057817 | E&M/SPECIALTY CODER | 37.8002 | 38.9377 | 40.1091 | 41.3159 | 42.5587 | 43.8387 | | | | | |
| 090842 | GARAGE/PARKING ATTENDANT | 27.0214 | 27.7175 | 28.4308 | 28.9084 | 29.5859 | 30.2636 | | | | | |
| 084102 | GARDENER | 29.9054 | 30.6754 | 31.4638 | 32.2307 | 32.9980 | 0.0000 | | | | | |
| 084103 | GARDENER SR | 32.2453 | 33.0746 | 33.9255 | 34.6994 | 35.4672 | 0.0000 | | | | | |
| 034007 | HEALTH ED ASST | 28.2447 | 28.9705 | 29.7151 | 30.3094 | 31.1218 | 31.9433 | | | | | |
| 030785 | HEALTH EDUCATOR I | 38.8009 | 39.7736 | 40.7705 | 41.7925 | 42.8402 | 43.9141 | 45.0148 | | | | |
| 030786 | HEALTH EDUCATOR II | 41.1355 | 42.1666 | 43.2235 | 44.3070 | 45.4175 | 46.5556 | 47.7225 | | | | |
| 030787 | HEALTH EDUCATOR LEAD I | 40.7463 | 41.7678 | 42.8147 | 43.8881 | 44.9880 | 46.1157 | 47.2709 | | | | |
| 030788 | HEALTH EDUCATOR LEAD II | 43.1977 | 44.2805 | 45.3901 | 46.5280 | 47.6940 | 48.8892 | 50.1140 | | | | |
| 057810 | HEALTH INFO CODER TRAINEE | 33.4048 | | | | | | | | | | |
| 057812 | HEALTH INFORMATION CODER I | 40.6100 | 42.4814 | 44.5654 | 47.2659 | 49.6261 | 52.0931 | | | | | |
| 057813 | HEALTH INFORMATION CODER II | 45.1394 | 47.2019 | 49.5200 | 52.5185 | 55.1340 | 57.8979 | 60.8057 | | | | |
| 057814 | HEALTH INFORMATION CODER III | 48.5203 | 50.7536 | 53.2410 | 56.4736 | 59.2804 | 62.2573 | 65.3836 | | | | |
| 089646 | HEALTH PLAN REP | 28.9715 | 29.5508 | 30.3428 | 31.1439 | 31.9225 | 32.7205 | | | | | |
| 090937 | HOME HEALTH AIDE LVN | | | 41.5412 | | | | | | | | |
| 090937 | HOME HEALTH AIDE LVN | 39.4582 | | | | | | | | | | |
| 034452 | HISTOLOGIC TECHNICIAN I | 43.3499 | 44.4930 | 45.6368 | 46.5713 | 47.3086 | 47.9309 | 49.8527 | | | | |
| 034453 | HISTOLOGIC TECHNICIAN II | 46.9172 | 48.1549 | 49.3924 | 50.6762 | 51.5305 | 52.1145 | 54.2035 | | | | |
| 034462 | HISTOLOGIC TECHNICIAN SUPV | 51.9252 | 53.2949 | 54.6644 | 56.0267 | 57.1158 | 57.9331 | 60.2550 | | | | |
| 034450 | HISTOLOGIC TECHNICIAN TRAINEE | 36.2642 | 37.2201 | 38.1778 | 38.8180 | 39.7269 | 40.6359 | 42.2657 | | | | |
| 090302 | HOME HEALTH AIDE | 28.3689 | 29.0995 | 29.8488 | 30.5258 | 31.2291 | 31.8565 | | | | | |
| 057819 | HOSPITAL OUTPATIENT CODER | 40.6100 | 42.4814 | 44.5654 | 47.2659 | 49.6261 | 52.0931 | | | | | |
| 092312 | HOUSEKEEPING AIDE | 27.2044 | 27.9047 | 28.6228 | 29.3759 | 30.1286 | 0.0000 | | | | | |
| 092314 | HOUSEKEEPING HEAD AIDE | 28.5703 | 29.3057 | 30.0595 | 30.8499 | 31.6405 | 0.0000 | | | | | |
| 090708 | IMAGING ASSISTANT | 27.5930 | 28.3039 | 29.0324 | 29.6341 | 30.2885 | 31.0285 | | | | | |
| 090714 | IMAGING ASSISTANT SR | 28.9727 | 29.7191 | 30.4840 | 31.1159 | 31.8029 | 32.5799 | | | | | |
| 090707 | IMAGING TECH AIDE | 28.4574 | 29.1902 | 29.9414 | 30.6290 | 31.3169 | 31.8764 | | | | | |
| 090941 | IMAGING TECHNICIAN AIDE-LVN | | | 41.5412 | | | | | | | | |
| 090941 | IMAGING TECHNICIAN AIDE-LVN | 39.4582 | | | | | | | | | | |
| 057820 | INPATIENT CODER | 45.1394 | 47.2019 | 49.5200 | 52.5185 | 55.1340 | 57.8979 | 60.8057 | | | | |
| 038102 | INVASIVE CARDIOVASCULAR SPECIALIST | 58.4535 | 60.2103 | 62.0201 | 63.8840 | 65.8039 | 67.7813 | 69.8183 | 71.9162 | 74.0772 | | |
| 090917 | KPPACC ACTIVITY ASSISTANT | 25.9262 | 26.5942 | 27.2787 | 28.2835 | 30.0832 | 31.7779 | | | | | |
| 090901 | KPPACC BUSINESS OFFICE CLERK | 23.4207 | 24.0241 | 24.6428 | 25.1642 | 25.8875 | 26.6094 | | | | | |

139

SEIU - United Healthcare Worker — Effective October 2020

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 2 / Step 4 | Step 3 / Step 5 | Step 4 / Step 6 | Step 5 / Step 7 | Step 6 / Step 8 | Step 7 / Step 9 | Step 8 / Step 10 | Step 9 / Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 090908 | KPPACC CERTIFIED NURSING ASSISTANT | 21.9295 | 22.8112 | 23.7114 | 24.6683 | 25.6625 | 26.5253 | | | | | |
| 090939 | KPPACC CERTIFIED NURSING ASSISTANT -LVN | 39.4582 | | | | | | | | | | |
| 090915 | KPPACC CERTIFIED OCCUP THERP ASST 2 | 39.6847 | 40.7057 | 41.7522 | 42.7656 | 43.8756 | 44.8883 | | | | | |
| 090905 | KPPACC EVS AIDE | 18.6096 | 19.3598 | 20.1473 | 20.9542 | 21.7982 | 22.6798 | | | | | |
| 090922 | KPPACC LABORATORY ASST. II | 30.2533 | 31.0320 | 31.8308 | 32.4249 | 33.2862 | 34.1491 | | | | | |
| 090906 | KPPACC LEAD EVS AIDE | 19.5286 | 20.3162 | 21.1602 | 22.0045 | 22.8863 | 23.8055 | | | | | |
| 090911 | KPPACC LICENSED VOCATIONAL NURSE | 39.4582 | 40.4999 | 41.5412 | 42.5525 | 43.5352 | 44.5163 | 45.4987 | | | | |
| 090923 | KPPACC NUTRITION CLERK | 19.4141 | 20.1954 | 21.0077 | 21.8527 | 22.7311 | 23.6446 | | | | | |
| 090924 | KPPACC NUTRITION CLERK SR | 20.3908 | 21.2106 | 22.0635 | 22.9506 | 23.8732 | 24.8325 | | | | | |
| 090904 | KPPACC NUTRITIONAL AIDE | 19.1721 | 19.9433 | 20.7453 | 21.5797 | 22.4474 | 23.3496 | | | | | |
| 090916 | KPPACC PHYSICAL THERP ASST II | 39.6847 | 40.7057 | 41.7522 | 42.7656 | 43.8756 | 44.8883 | | | | | |
| 090910 | KPPACC RECEPTIONIST | 23.3927 | 23.9955 | 24.6134 | 25.0275 | 25.6143 | 25.9834 | | | | | |
| 090909 | KPPACC RECORDS CLERK | 24.4860 | 25.1185 | 25.7655 | 26.3674 | 27.1897 | 28.0247 | | | | | |
| 090913 | KPPACC REHAB AIDE | 21.9295 | 22.8112 | 23.7114 | 24.6683 | 25.6625 | 26.5253 | | | | | |
| 090918 | KPPACC RESP CARE PRACTITIONER I | 46.4003 | 47.6246 | 48.8484 | 49.7990 | 50.9881 | 52.1765 | | | | | |
| 090920 | KPPACC RESP CARE PRACTITIONER II | 48.8849 | 50.1740 | 51.4632 | 52.6505 | 54.5528 | 56.9293 | 59.3064 | | | | |
| 090914 | KPPACC RESTORATIVE NURSE ASSISTANT | 23.8055 | 24.7620 | 25.6052 | 26.7918 | 27.8676 | 28.9871 | | | | | |
| 090931 | KPPACC SOC WORKER/DISCHARGE PLANNER | 39.4582 | 40.4999 | 41.5412 | 42.5525 | 43.5352 | 44.5163 | 45.4987 | | | | |
| 090912 | KPPACC STAFFING ASSISTANT | 30.6376 | 31.4261 | 32.2341 | 32.9870 | 34.0158 | 35.0448 | | | | | |
| 090903 | KPPACC STOREKEEPER II | 22.7676 | 23.3544 | 23.9560 | 24.5659 | 25.4062 | 26.0439 | | | | | |
| 090907 | KPPACC UNIT ASSISTANT | 21.9295 | 22.8112 | 23.7114 | 24.6683 | 25.6625 | 26.5253 | | | | | |
| 090771 | LABORATORY ASSISTANT I | 29.1674 | 30.5186 | 31.3050 | 31.8307 | 32.5761 | 33.3220 | | | | | |
| 090772 | LABORATORY ASSISTANT II | 31.1638 | 31.9663 | 32.7890 | 33.4010 | 34.2881 | 35.1769 | | | | | |
| 090773 | LABORATORY ASSISTANT III | 32.1301 | 32.9324 | 33.7551 | 34.3673 | 35.2538 | 36.1427 | | | | | |
| 090774 | LABORATORY ASSISTANT SR | 33.7421 | 34.5846 | 35.4483 | 36.0916 | 37.0222 | 37.9555 | | | | | |
| 034447 | LEAD NUCLEAR MED TECH II-PET/CT | 89.3615 | 92.0689 | | | | | | | | | |
| 051234 | LEAD CLAIMS ADJUSTER | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 057821 | LEAD CODER | 48.5203 | 50.7536 | 53.2410 | 56.4736 | 59.2804 | 62.2573 | 65.3836 | | | | |
| 038103 | LEAD INAVASIVE CARDIO SPEC | 61.3817 | 63.2267 | 65.1267 | 67.0838 | 69.0996 | 71.1759 | 73.3148 | 75.5176 | 77.7864 | | |
| 032844 | LICENSED VOC NURSE IV CERT | 41.4368 | 42.5307 | 43.6235 | 44.6858 | 45.7173 | 46.7478 | 47.7794 | | | | |
| 032845 | LICENSED VOC NURSE IV CERT SR | 42.6829 | 43.8100 | 44.9355 | 46.0296 | 47.0925 | 48.1538 | 49.2159 | | | | |
| 032841 | LICENSED VOC NURSE NEW GRAD | 39.4582 | | | | | | | | | | |
| 032842 | LICENSED VOCATIONAL NURSE | 39.4582 | 40.4999 | 41.5412 | 42.5525 | 43.5352 | 44.5163 | 45.4987 | | | | |
| 032843 | LICENSED VOCATIONAL NURSE SR | 41.4368 | 42.5307 | 43.6235 | 44.6858 | 45.7173 | 46.7478 | 47.7794 | | | | |
| 090704 | LITHOTRIPSY TECHNICIAN | 30.8697 | 31.6641 | 32.4786 | 33.2249 | 33.9708 | 34.5775 | | | | | |
| 034545 | LVC LASER TECHNICIAN | 41.5047 | 42.5719 | 43.6656 | 45.9696 | 48.2747 | 50.5787 | 52.8829 | | | | |
| 090702 | MEDICAL ASSISTANT | 28.4574 | 29.1902 | 29.9414 | 30.6290 | 31.3169 | 31.8764 | | | | | |
| 090703 | MEDICAL ASSISTANT SR | 29.8859 | 30.6555 | 31.4439 | 32.1662 | 32.8882 | 33.4758 | | | | | |
| 090932 | MEDICAL ASST LVN | | | 41.5412 | | | | | | | | |
| 090932 | MEDICAL ASST LVN | 39.4582 | | | | | | | | | | |
| 051352 | MEDICAL SECRETARY | 35.9788 | 36.9281 | 37.8778 | 39.0109 | 40.2371 | 41.4607 | | | | | |

140

SEIU - United Healthcare Worker    Effective October 2020

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | | | | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | | | | | | | | | |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| Job Code | Job Title | | | | | | | | | | | |
| 051353 | MEDICAL SECRETARY SR | 37.7826 | 38.7799 | 39.7776 | 40.9678 | 42.2548 | 43.5389 | | | | | |
| 089641 | MEMBER ENGAGEMENT SPECIALIST | 31.5875 | 32.3993 | 33.2319 | 33.8966 | 34.8049 | 35.7239 | | | | | |
| 089640 | MEMBER OUTREACH SPECIALIST | 28.1096 | 28.8287 | 29.5669 | 30.1393 | 30.8824 | 31.6601 | | | | | |
| 090840 | MENTAL HEALTH WORKER | 31.4335 | 32.2636 | 33.0934 | 33.9105 | 34.7273 | 35.5165 | | | | | |
| 090940 | MENTAL HEALTH WORKER LVN | | | 41.5412 | | | | | | | | |
| 090940 | MENTAL HEALTH WORKER LVN | 39.4582 | | | | | | | | | | |
| 072112 | MESSENGER DRIVER | 27.4426 | 28.1489 | 28.8734 | 29.3759 | 29.7521 | | | | | | |
| 072113 | MESSENGER DRIVER SR | 29.0758 | 29.8244 | 30.5919 | 31.0935 | 31.4699 | | | | | | |
| 034464 | MOHS HISTOTECH TECH I | 45.5175 | 46.7177 | 47.9186 | 48.9000 | 49.6741 | 50.3276 | 52.3454 | | | | |
| 034465 | MOHS HISTOTECH TECH II | 49.2633 | 50.5626 | 51.8619 | 53.2101 | 54.1069 | 54.7203 | 56.9136 | | | | |
| 034466 | MOHS HISTOTECH TECH SUPV | 54.5215 | 55.9596 | 57.3976 | 58.8280 | 59.9715 | 60.8297 | 63.2678 | | | | |
| 034463 | MOHS HISTOTECH TECH TRAINEE | 38.0773 | 39.0810 | 40.0867 | 40.7590 | 41.7134 | 42.6678 | 44.3790 | | | | |
| 024745 | MOLECULAR TECHNOLOGIST I | 56.8260 | 58.3236 | 59.8226 | 60.6154 | 62.7511 | 64.8425 | 67.4407 | | | | |
| 024725 | MOLECULAR TECHNOLOGIST II | 58.7086 | 60.2566 | 61.8044 | 62.9948 | 65.0858 | 67.3978 | 70.0978 | | | | |
| 024726 | MOLECULAR TECHNOLOGIST III | 60.7170 | 62.3183 | 63.9191 | 65.3272 | 67.7277 | 70.0841 | 72.8920 | | | | |
| 024727 | MOLECULAR TECHNOLOGIST SR | 63.7584 | 65.4396 | 67.1208 | 68.5991 | 71.1194 | 73.5940 | 76.5423 | | | | |
| 024728 | MOLECULAR TECHNOLOGIST TRAINEE | 44.2765 | 46.1450 | | | | | | | | | |
| 051514 | MONITOR TECHNICIAN | 29.8307 | 30.5819 | 31.3525 | 31.9960 | 32.6763 | 33.4708 | 0.0000 | | | | |
| 024751 | MRI TECHNOLOGIST I | 57.1946 | 58.3420 | 59.5105 | 60.7035 | 61.8834 | 0.0000 | 0.0000 | | | | |
| 024752 | MRI TECHNOLOGIST II | 61.1478 | 62.3729 | 63.6223 | 64.8967 | 66.1970 | 67.7813 | 70.2291 | | | | |
| 024766 | MRI TECHNOLOGIST III | 72.6355 | 74.8179 | | | | | | | | | |
| 024753 | MRI TECHNOLOGIST LEAD | 65.0994 | 66.4036 | 67.7339 | 69.0910 | 70.4751 | 71.8869 | 74.7665 | 76.2728 | 78.5645 | | |
| 051185 | MSCC TELESERVICE REPRESENTIVE | 28.4148 | 29.1465 | 29.8967 | 30.5161 | 31.1904 | 31.9519 | | | | | |
| 030451 | NEURODIAGNOSTIC TECH I | 60.7813 | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | | | | |
| 030452 | NEURODIAGNOSTIC TECH II | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | | | | |
| 030454 | NEUROPHYS MONITORING SPEC | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | | | | |
| 034446 | NUCLEAR MED TECH II PET-CT | 85.1006 | 87.6791 | | | | | | | | | |
| 034442 | NUCLEAR MEDICINE TECH I | 63.8456 | 65.5287 | 67.2118 | 68.9795 | 70.7472 | 72.5147 | 74.2826 | | | | |
| 034443 | NUCLEAR MEDICINE TECH II | 67.7716 | 69.5577 | 71.3428 | 73.5048 | 75.7636 | 77.9264 | 81.0481 | | | | |
| 034444 | NUCLEAR MEDICINE TECH SUPV | 71.1654 | 73.0409 | 74.9157 | 77.1860 | 79.5576 | 81.8285 | 85.1060 | | | | |
| 090832 | NURSE ASSISTANT | 28.2268 | 28.9528 | 29.6985 | 30.3827 | 31.0925 | 31.7255 | | | | | |
| 090834 | NURSE ASSISTANT SR | 29.6440 | 30.4063 | 31.1890 | 31.9078 | 32.6530 | 33.3173 | | | | | |
| 090933 | NURSE ASST LVN | | | 41.5412 | | | | | | | | |
| 090933 | NURSE ASST LVN | 39.4582 | | | | | | | | | | |
| 090836 | NURSING WORK-STUDY INTERN | 28.2268 | 28.9528 | 29.6985 | 30.3827 | 31.0925 | 31.7255 | | | | | |
| 091822 | NUTRITION AIDE | 26.8931 | 27.5861 | 28.2969 | 29.3685 | 30.0832 | 0.0000 | | | | | |
| 051001 | NUTRITION ASSISTANT | 33.5452 | 34.5193 | 35.4936 | 36.4673 | 37.5317 | 38.5598 | 39.6602 | | | | |
| 051262 | NUTRITION CLERK | 27.2337 | 27.9351 | 28.6539 | 29.7258 | 30.4402 | 0.0000 | | | | | |
| 051263 | NUTRITION CLERK SR | 28.6007 | 29.3374 | 30.0919 | 31.2178 | 31.9679 | 0.0000 | | | | | |
| 091823 | NUTRITION PARTNER | 27.2337 | 27.9351 | 28.6539 | 29.7258 | 30.4402 | 0.0000 | | | | | |
| 091826 | NUTRITION PARTNER LEAD | 28.5954 | 29.3319 | 30.0864 | 31.2118 | 31.9620 | 0.0000 | | | | | |

141

SEIU - United Healthcare Worker   Effective October 2020

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 4 (Step 2) | Step 5 (Step 3) | Step 6 (Step 4) | Step 7 (Step 5) | Step 8 (Step 6) | Step 9 (Step 7) | Step 10 (Step 8) | Step 11 (Step 9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 034492 | OB TECHNICIAN | 29.7387 | 30.5040 | 31.2887 | 32.0663 | 32.9199 | 33.6976 | | | | | |
| 034493 | OB TECHNICIAN SR | 31.2315 | 32.0348 | 32.8584 | 33.6755 | 34.5717 | 35.3880 | | | | | |
| 090944 | OB TECHNICIAN-LVN | 39.4582 | 41.5412 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | | | |
| 090945 | OCC HLTH TECHNICIAN CERT LVN | 39.4582 | 41.5412 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | | | | | |
| 090705 | OCCUP HEALTH TECH CERT | 28.9959 | 29.7429 | 30.5082 | 31.2094 | 31.9095 | 32.4799 | | | | | |
| 090706 | OCCUP HEALTH TECH SR CERT | 30.4518 | 31.2358 | 32.0392 | 32.7752 | 33.5107 | 34.1099 | | | | | |
| 030742 | OCCUPATIONAL THERP ASST I CERT | 34.4913 | 35.3783 | 36.2885 | 37.1699 | 38.1350 | 39.0151 | | | | | |
| 030743 | OCCUPATIONAL THERP ASST II CERT | 39.6847 | 40.7057 | 41.7522 | 42.7656 | 43.8756 | 44.8883 | | | | | |
| 034542 | OPHTHALMIC PHOTOGRAPHER | 37.0191 | 37.9712 | 38.9480 | 39.8666 | 42.9298 | 45.9941 | | | | | |
| 034543 | OPHTHALMIC TECHNICIAN | 39.5218 | 40.5392 | 41.5817 | 43.7755 | 45.9703 | 48.1647 | 50.3593 | | | | |
| 034544 | OPHTHALMIC TECHNICIAN II CERT | 41.5047 | 42.5719 | 43.6656 | 45.9696 | 48.2747 | 50.5787 | 52.8829 | | | | |
| 030310 | OR EQUIPMENT TECH | 33.6809 | 34.5470 | 35.4361 | 36.3170 | 37.2825 | 38.1633 | | | | | |
| 030331 | ORTHOPEDIC TECHNICIAN I | 33.6809 | 34.5470 | 35.4361 | 36.3170 | 37.2825 | 38.1633 | | | | | |
| 030332 | ORTHOPEDIC TECHNICIAN II | 34.3568 | 35.2402 | 36.1465 | 37.0450 | 38.0303 | 38.9283 | | | | | |
| 030333 | ORTHOPEDIC TECHNICIAN SR | 36.0801 | 37.0078 | 37.9595 | 38.9030 | 39.9377 | 40.8806 | 41.9053 | | | | |
| 057815 | OUTPATIENT/AMBULATORY CODER | 37.8002 | 38.9377 | 40.1091 | 41.3159 | 42.5587 | 43.8387 | | | | | |
| 030304 | PACEMAKER TECHNICIAN | 34.9162 | 35.7516 | 36.6078 | 37.5988 | 39.0256 | 40.0797 | | | | | |
| 030305 | PACEMAKER TECHNICIAN SR | 36.6683 | 37.5444 | 38.4435 | 39.4844 | 40.9831 | 42.2499 | | | | | |
| 030724 | PATHOLOGY TECH ASST I AA | 33.5685 | 34.4321 | 35.3176 | 36.1955 | 37.1581 | 38.0351 | 39.5608 | | | | |
| 030725 | PATHOLOGY TECH ASST SR AA | 35.2525 | 36.1590 | 37.0889 | 38.0105 | 39.0218 | 39.9426 | 41.5451 | | | | |
| 030722 | PATHOLOGY TECHNICAL ASST HS | 33.5685 | 34.4321 | 35.3176 | 36.1955 | 37.1581 | 38.0351 | 39.5608 | | | | |
| 030723 | PATHOLOGY TECHNICAL ASST SR HS | 35.2525 | 36.1590 | 37.0889 | 38.0105 | 39.0218 | 39.9426 | 41.5451 | | | | |
| 090835 | PATIENT CARE TECHNICIAN | 29.9041 | 30.6734 | 31.4634 | 32.1220 | 32.8193 | 33.6331 | | | | | |
| 090934 | PATIENT CARE TECHNICIAN LVN | | | 41.5412 | | | | | | | | |
| 090934 | PATIENT CARE TECHNICIAN LVN | 39.4582 | | | | | | | | | | |
| 051584 | PATIENT FINANCIAL ADVISOR | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 030373 | PATIENT MOBILITY TECH I | 28.8004 | 29.5412 | 30.3017 | 30.9999 | 31.7238 | 32.3700 | | | | | |
| 030374 | PATIENT MOBILITY TECH II | 29.9041 | 30.6734 | 31.4634 | 32.1220 | 32.8193 | 33.6331 | | | | | |
| 030372 | PATIENT TRANSPORTATION AIDE | 26.5433 | 27.2261 | 27.9273 | 28.3537 | 28.9317 | 29.5084 | | | | | |
| 033400 | PHARMACY INTERN | 31.7399 | 32.5564 | 33.3948 | 34.0178 | 34.9215 | 35.8265 | | | | | |
| 058126 | PHARMACY MARKETING ASST | 30.9485 | 31.7445 | 32.5613 | 33.1605 | 34.0285 | 35.5713 | | | | | |
| 034654 | PHARMACY TECH INPATIENT LEAD | 33.8190 | 34.6890 | 35.5818 | 36.2356 | 37.1848 | 39.6053 | | | | | |
| 034655 | PHARMACY TECH OUTPATIENT LEAD | 32.5010 | 33.3372 | 34.1949 | 34.8236 | 35.7360 | 37.3554 | | | | | |
| 034652 | PHARMACY TECHNICIAN INPATIENT | 32.2033 | 33.0315 | 33.8817 | 34.5046 | 35.4087 | 37.7141 | | | | | |
| 034653 | PHARMACY TECHNICIAN OUTPATIENT | 30.9485 | 31.7445 | 32.5613 | 33.1605 | 34.0285 | 35.5713 | | | | | |
| 030302 | PHYSICAL THERAPY AIDE | 27.9778 | 28.6981 | 29.4370 | 29.9282 | 30.6253 | 31.3233 | | | | | |
| 030303 | PHYSICAL THERAPY AIDE SR | 29.3823 | 30.1388 | 30.9142 | 31.4303 | 32.1626 | 32.8990 | | | | | |
| 030732 | PHYSICAL THERAPY ASST I | 37.4323 | 38.3948 | 39.3826 | 40.3388 | 41.3857 | 42.3411 | | | | | |
| 030733 | PHYSICAL THERAPY ASST II | 39.6847 | 40.7057 | 41.7522 | 42.7656 | 43.8756 | 44.8883 | | | | | |
| 057804 | PROFESSIONAL SVCS CODER I | 35.9045 | 36.9848 | 38.0978 | 39.2443 | 40.4250 | 41.6410 | | | | | |
| 057805 | PROFESSIONAL SVCS CODER II | 37.8002 | 38.9377 | 40.1091 | 41.3159 | 42.5587 | 43.8387 | | | | | |

142

SEIU - United Healthcare Worker   Effective October 2020

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 2 / Step 4 | Step 3 / Step 5 | Step 4 / Step 6 | Step 5 / Step 7 | Step 6 / Step 8 | Step 7 / Step 9 | Step 8 / Step 10 | Step 9 / Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 057806 | PROFESSIONAL SVCS CODER III | 39.7954 | 40.9926 | 42.2258 | 43.4961 | 44.8044 | 46.1517 | | | | | |
| 030322 | PSYCHIATRIC TECHNICIAN | 36.3528 | 37.3124 | 38.2717 | 39.2041 | 40.1096 | 41.0139 | 41.9194 | | | | |
| 030323 | PSYCHIATRIC TECHNICIAN SR | 38.1760 | 39.1840 | 40.1908 | 41.1698 | 42.1202 | 43.0703 | 44.0211 | | | | |
| 034678 | RADIATION ONCOLOGY TECH | 34.3568 | 35.2402 | 36.1465 | 37.0450 | 38.0303 | 38.9283 | | | | | |
| 034475 | RADIATION THERAPIST | 67.2452 | 69.2263 | 71.1855 | 73.4884 | 76.9578 | 80.6530 | 83.8993 | | | | |
| 034476 | RADIATION THERAPIST LEAD | 70.6132 | 72.6932 | 74.7505 | 77.1683 | 80.8112 | 84.6911 | 88.0996 | | | | |
| 034801 | RADIOLOGIC TECH I | 49.9592 | | | | | | | | | | |
| 034802 | RADIOLOGIC TECH II | 52.4627 | 54.0401 | 55.6648 | 57.3378 | 59.0613 | 60.8367 | 62.6652 | 64.5485 | 66.4883 | | |
| 034803 | RADIOLOGIC TECH III | 54.0401 | 55.6648 | 57.3378 | 59.0613 | 60.8367 | 62.6652 | 64.5485 | 66.4883 | 68.4862 | | |
| 034804 | RADIOLOGIC TECH IV | 56.7477 | 58.4535 | 60.2103 | 62.0201 | 63.8840 | 65.8039 | 67.7813 | 69.8183 | 71.9162 | | |
| 034806 | RADIOLOGIC TECH LEAD | 61.3817 | 63.2267 | 65.1267 | 67.0838 | 69.0996 | 71.1759 | 73.3148 | 75.5176 | 77.7864 | | |
| 034805 | RADIOLOGIC TECH V | 58.4535 | 60.2103 | 62.0201 | 63.8840 | 65.8039 | 67.7813 | 69.8183 | 71.9162 | 74.0772 | | |
| 090775 | REGL LAB SUPPORT SPECIALIST | 31.1638 | 31.9663 | 32.7890 | 33.4010 | 34.2881 | 35.1769 | | | | | |
| 034620 | RESP CARE PERMITTEE | 41.7491 | | | | | | | | | | |
| 034625 | RESP CARE PRACTITIONER I | 46.4003 | 47.6246 | 48.8484 | 49.7990 | 50.9881 | 52.1765 | | | | | |
| 034621 | RESP CARE PRACTITIONER I REG | 48.7259 | 50.0111 | 51.2958 | 52.2953 | 53.5428 | 54.7884 | | | | | |
| 034626 | RESP CARE PRACTITIONER II | 48.8849 | 50.1740 | 51.4632 | 52.6505 | 54.5528 | 56.9293 | 59.3064 | | | | |
| 034622 | RESP CARE PRACTITIONER II REG | 51.3350 | 52.6876 | 54.0421 | 55.2890 | 57.2859 | 59.7823 | 62.2774 | | | | |
| 034627 | RESP CARE PRACTITIONER SUPV | 53.9070 | 55.3275 | 56.7501 | 58.0595 | 60.1563 | 62.7769 | 65.3970 | | | | |
| 030432 | RESPIRATORY SUPPLY AIDE | 29.3015 | 30.0550 | 30.8289 | 31.5385 | 32.2755 | 32.9325 | | | | | |
| 030433 | RESPIRATORY SUPPLY AIDE SR | 30.7720 | 31.5629 | 32.3757 | 33.1217 | 33.8949 | 34.5850 | | | | | |
| 089650 | SALES REP-TELESALES | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 051154 | SCHEDULE MAINTENANCE CLERK | 30.6376 | 31.4261 | 32.2341 | 32.9870 | 34.0158 | 35.0448 | | | | | |
| 051156 | SCHEDULE MAINTENANCE CLERK, SR | 32.1751 | 33.0032 | 33.8517 | 34.6419 | 35.7226 | 36.8615 | | | | | |
| 034628 | SLEEP TECHNOLOGIST I | 33.3000 | 34.1554 | 35.0341 | 35.8416 | 36.6780 | 37.4248 | | | | | |
| 034629 | SLEEP TECHNOLOGIST II | 39.5218 | 40.5392 | 41.5817 | 43.7755 | 45.9703 | 48.1647 | 50.3593 | | | | |
| 034630 | SLEEP TECHNOLOGIST LEAD | 41.5035 | 42.5718 | 43.6663 | 45.9698 | 48.2743 | 50.5786 | 52.8830 | | | | |
| 030437 | SONOGRAPHER I | 59.0141 | 60.7813 | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 75.5177 | | |
| 030444 | SONOGRAPHER I SUPV | 64.9296 | 66.8781 | 68.8800 | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 83.0751 | | |
| 030438 | SONOGRAPHER II | 60.7813 | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.7721 | | |
| 030445 | SONOGRAPHER II SUPV | 66.8781 | 68.8800 | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 85.5644 | | |
| 030439 | SONOGRAPHER III | 62.6030 | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.0326 | 80.1169 | | |
| 030446 | SONOGRAPHER III SUPV | 68.8800 | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 84.7525 | 88.1437 | | |
| 030440 | SONOGRAPHER IV | 64.4971 | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.0326 | 79.3417 | 82.5161 | | |
| 030447 | SONOGRAPHER IV SUPV | 70.9540 | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 84.7525 | 87.2959 | 90.7950 | | |
| 030436 | SONOGRAPHER TECHNICIAN | 55.6588 | 57.3364 | 59.0679 | 60.8356 | 62.6573 | 64.5510 | 66.4810 | 68.4833 | 70.5393 | 72.6676 | 74.8505 |
| 030435 | SONOGRAPHER TRAINEE | 50.5904 | | | | | | | | | | |
| 030441 | SONOGRAPHER V | 66.4269 | 68.4289 | 70.4852 | 72.5955 | 74.7779 | 77.0326 | 79.3417 | 81.7224 | 85.0051 | | |
| 030448 | SONOGRAPHER V SUPV | 73.0825 | 75.2833 | 77.5377 | 79.8825 | 82.2814 | 84.7525 | 87.2959 | 89.9114 | 93.5183 | | |
| 050389 | SR CASHIER REPNST SCHED IMAGING | 29.5787 | 30.3394 | 31.1211 | 31.7019 | 32.5447 | 33.3875 | | | | | |
| 089647 | SR HEALTH PLAN REP | 31.5875 | 32.3993 | 33.2319 | 33.8966 | 34.8049 | 35.7239 | | | | | |

143

**SEIU - United Healthcare Worker**   Effective October 2020

KAISER PERMANENTE

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| Job Code | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 090709 | SR IMAGING TECH AIDE | 29.8859 | 30.6555 | 31.4439 | 32.1662 | 32.8882 | 33.4758 | | | | | |
| 090946 | SR MEDICAL ASST/LVN | 39.4582 | | 41.5412 | | | | | | | | |
| 089655 | SR MEMBER OUTREACH SPECIALIST | 29.0214 | 29.7640 | 30.5259 | 31.1381 | 32.0015 | 32.8641 | | | | | |
| 021005 | SR STAFF ASSISTANT | 31.9587 | 32.7810 | 33.6241 | 34.4521 | 35.6575 | 36.8615 | | | | | |
| 021003 | STAFF ASSISTANT | 30.2988 | 31.0789 | 31.8787 | 32.4733 | 33.3366 | 34.2003 | | | | | |
| 090312 | STERILE PROCESSING TECH I | 30.4847 | 31.2685 | 32.0735 | 32.8127 | 33.5780 | 34.2618 | | | | | |
| 090313 | STERILE PROCESSING TECH II CERTIFIED | 31.7088 | 32.5239 | 33.3605 | 34.1295 | 34.9257 | 35.6378 | | | | | |
| 090314 | STERILE PROCESSING TECH SR CERTIFIED | 33.3000 | 34.1554 | 35.0341 | 35.8416 | 36.6780 | 37.4248 | | | | | |
| 054002 | STOREKEEPER | 27.5145 | 28.2227 | 28.9493 | 29.7009 | 30.4545 | | | | | | |
| 094013 | STOREKEEPER CHIEF | 30.8432 | 31.6371 | 32.4508 | 33.3327 | 34.1004 | | | | | | |
| 094011 | STOREKEEPER I | 28.0357 | 28.7573 | 29.4979 | 30.2635 | 31.0308 | | | | | | |
| 094012 | STOREKEEPER II | 28.4876 | 29.2213 | 29.9729 | 30.7352 | 31.7860 | | | | | | |
| 090315 | SUPPLY CHAIN TECHNICIAN | 30.4847 | 31.2685 | 32.0735 | 32.8127 | 33.5780 | 34.2618 | | | | | |
| 057874 | SUPPORT SERVICES REP | 30.6376 | 31.4261 | 32.2341 | 32.9870 | 34.0158 | 35.0448 | | | | | |
| 057875 | SUPPORT SERVICES REP, SR | 32.1751 | 33.0027 | 33.8517 | 34.6417 | 35.7226 | 36.8025 | | | | | |
| 030712 | SURGICAL ASSISTANT | 42.8547 | 43.9564 | 45.0857 | 46.2569 | 47.6487 | 49.2595 | 51.2343 | | | | |
| 030714 | SURGICAL ASSISTANT CERT SR | 46.1306 | 47.3162 | 48.5326 | 49.7926 | 51.2903 | 53.0240 | 55.1492 | | | | |
| 030711 | SURGICAL ASSISTANT CERTIFIED | 43.9286 | 45.0577 | 46.2162 | 47.4161 | 48.8429 | 50.4934 | 52.5176 | | | | |
| 030713 | SURGICAL ASSISTANT SR | 45.0030 | 46.1593 | 47.3461 | 48.5753 | 50.0367 | 51.7285 | 53.8019 | | | | |
| 030312 | SURGICAL TECHNICIAN | 39.9433 | 40.9706 | 42.0233 | 43.0676 | 44.2125 | 45.2561 | 47.0708 | | | | |
| 030313 | SURGICAL TECHNICIAN SR | 41.9457 | 43.0243 | 44.1304 | 45.2265 | 46.4286 | 47.5242 | 49.4300 | | | | |
| 030309 | SURGICAL TECHNICIAN TRAINEE | 38.7414 | | | | | | | | | | |
| 089656 | TEAM LEAD MS & F | 39.3296 | 40.3404 | 41.3773 | 42.2048 | 43.3357 | 44.4799 | | | | | |
| 051183 | TELESERVICE REPRESENTIVE AACC | 28.4148 | 29.1465 | 29.8967 | 30.5161 | 31.1904 | 31.9519 | | | | | |
| 072102 | TRUCK DRIVER | 40.8187 | 41.8680 | 42.9442 | 43.8138 | 44.6847 | 45.6356 | | | | | |
| 072104 | TRUCK DRIVER FOREMAN | 43.0237 | 44.1302 | 45.2642 | 46.1342 | 47.0017 | 47.9525 | | | | | |
| 051512 | UNIT ASSISTANT | 29.0300 | 29.7770 | 30.5437 | 31.1831 | 31.8600 | 32.6500 | | | | | |
| 051513 | UNIT ASSISTANT SR | 30.4871 | 31.2716 | 32.0769 | 32.7478 | 33.4584 | 34.2883 | | | | | |
| 030201 | VISION SERVICES ASST I | 28.4574 | 29.1902 | 29.9414 | 30.6290 | 31.3169 | 31.8764 | | | | | |
| 090942 | VISION SERVICES ASST I - LVN | 39.4582 | | | | | | | | | | |
| 030202 | VISION SERVICES ASST II | 30.8764 | 31.6712 | 32.4861 | 33.2321 | 33.9782 | 34.5851 | | | | | |
| 090943 | VISION SERVICES ASST II - LVN | 39.4582 | | | | | | | | | | |
| 030200 | VISION SERVICES ASST SR | 32.4198 | 33.2534 | 34.1085 | 34.8928 | 35.6757 | 36.3132 | | | | | |
| 084002 | WAREHOUSE PERSON | 35.3055 | 36.2135 | 37.1450 | 38.0143 | 38.8846 | 39.8359 | | | | | |
| 074004 | WAREHOUSE PERSON LEAD | 37.0766 | 38.0292 | 39.0074 | 39.9206 | 40.8349 | 41.8332 | | | | | |
| 057643 | WORKFLOW QUAL COORD-AACC | 30.1291 | 30.9049 | 31.7000 | 32.3568 | 33.0713 | 33.8791 | | | | | |
| 084112 | YARDKEEPER | 27.2286 | 27.9286 | 28.6476 | 29.4008 | 30.1530 | | | | | | |

*SR/LEAD Grades   Refer to the Promotion to Senior, Lead, Chief or Supervisor language in the SEIU-UHW Collective Bargaining Agreement on page 42

An Employee promoted to a senior, lead, chief or (in the bargaining unit) supervisor shall receive a minimum increase of the next higher step of the wage scale in the new classification which will provide an increase of at least five (5) percent above his/her former rate.

144

**SEIU - United Healthcare Workers**  •  **Effective October 2020**

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

|  |  |  |  | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JobCode** | **Job Title** | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| 034484 | 3D IMAGING ANALYST | 51.4580 | 53.0053 | 54.599 | 56.2403 | 57.9308 | 59.6724 | 61.4660 | | | | |
| 059132 | ACCOUNT REP | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 051142 | ADMITTING CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051141 | ADMITTING CLERK SR | 30.4661 | 31.2496 | 32.0547 | 32.6530 | 33.5210 | 34.3891 | | | | | |
| 050304 | ADMITTING REP | 30.1821 | 30.9594 | 31.7565 | 32.428 | 33.3588 | 34.2883 | | | | | |
| 051143 | ADMITTING REP SR | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 057901 | ADMITTING REP V WK | 33.2003 | 34.0553 | 34.9320 | 35.6708 | 36.6947 | 37.7172 | | | | | |
| 034404 | ALLERGY CENTRAL LAB ASST SUPV | 34.9999 | 35.9007 | 36.8240 | 37.5360 | 38.5553 | 39.5456 | | | | | |
| 034402 | ALLERGY TECHNICIAN | 31.7357 | 32.5524 | 33.3896 | 34.0353 | 34.9598 | 35.8581 | | | | | |
| 034403 | ALLERGY TECHNICIAN SR | 33.3286 | 34.1858 | 35.0647 | 35.7433 | 36.7133 | 37.6567 | | | | | |
| 051144 | AMBULANCE SERVICES CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 057816 | AMBULATORY CODER | 36.9816 | 38.0943 | 39.2407 | 40.4216 | 41.6378 | 42.8902 | | | | | |
| 030422 | ANESTHESIA SUPPLY AIDE | 28.7972 | 29.5379 | 30.2984 | 30.9964 | 31.7204 | 32.3665 | | | | | |
| 030423 | ANESTHESIA SUPPLY AIDE SR | 30.2427 | 31.0206 | 31.8193 | 32.5521 | 33.3124 | 33.9905 | | | | | |
| 030773 | ANESTHESIA TECHNICAL ASST SR | 38.4990 | 39.4892 | 40.5042 | 41.5106 | 42.6147 | 43.6202 | | | | | |
| 057980 | ANESTHESIA TECHNICAL ASST WK | 40.3259 | 41.3640 | 42.4269 | 43.4813 | 44.6377 | 45.6909 | | | | | |
| 051152 | APPOINTMENTS CLERK | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 050306 | APPOINTMENTS CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051153 | APPOINTMENTS CLERK SR | 29.8472 | 30.6160 | 31.4038 | 32.0547 | 32.7628 | 33.5628 | | | | | |
| 030704 | ASL INTERPRETER | 59.5670 | 61.0591 | 62.5513 | 64.0435 | 65.5354 | 67.0276 | 68.5197 | | | | |
| 021002 | ASSOC STAFF ASST | 26.4395 | | | | | | | | | | |
| 030736 | ATHLETIC TRAINER CERTIFIED | 37.8424 | 38.8159 | 39.7892 | 40.5870 | 41.4014 | 42.2319 | | | | | |
| 034425 | BONE DENSITOMETRY TECHNICIAN | 33.4211 | 34.2806 | 35.1617 | 36.1838 | 37.6542 | 38.7398 | | | | | |
| 034426 | BONE DENSITOMETRY TECH SR | 35.098 | 36.0007 | 36.9260 | 37.9987 | 39.5930 | 40.9760 | | | | | |
| 050343 | BUS OFFICE CLERK CLINIC G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 050344 | BUS OFFICE CLERK CLINIC G5 | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 057392 | BUSINESS OFFICE CLERK CLINIC | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051223 | BUSINESS OFFICE CLERK SR | 33.1404 | 33.9933 | 34.8673 | 35.6812 | 36.7943 | 37.9673 | | | | | |
| 050319 | BUSINESS OFFICE FLOAT CLERK G6 | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 051583 | BUSINESS REP | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 030307 | CARDIAC DEVICE TECHNICIAN | 35.9637 | 36.8241 | 37.7060 | 38.7268 | 40.1964 | 41.2821 | | | | | |
| 030308 | CARDIAC DEVICE TECHNICIAN SR | 37.7683 | 38.6707 | 39.5968 | 40.6689 | 42.2126 | 43.5174 | | | | | |
| 035404 | CARDIOVASCULAR ANESTHESIA TECH | 43.0806 | 44.1883 | 45.3247 | 46.8923 | 49.2425 | 51.5922 | | | | | |
| 035405 | CARDIOVASCULAR ANESTHESIA TECH SR | 45.2348 | 46.3977 | 47.5909 | 49.2371 | 51.7047 | 54.1718 | | | | | |
| 035402 | CARDIOVASCULAR TECHNICIAN | 49.9995 | 51.5036 | 53.0520 | 54.5155 | 56.0714 | 57.6543 | | | | | |
| 035403 | CARDIOVASCULAR TECHNICIAN SR | 58.887 | 60.6574 | 62.4807 | 64.0447 | 65.6498 | 67.2934 | | | | | |
| 090833 | CARE PARTNER | 29.0736 | 29.8214 | 30.5895 | 31.2942 | 32.0253 | 32.6773 | | | | | |
| 090936 | CARE PARTNER LVN | 40.6419 | | | | | | | | | | |
| 057975 | CARE PARTNER WK | 31.9812 | 32.8035 | 33.6483 | 34.4235 | 35.2280 | 35.9451 | | | | | |
| 051162 | CASH BATCH CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | | | | | |

145

**SEIU - United Healthcare Workers**  Effective October 2020

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

KAISER PERMANENTE

A - Applicable to UHW Employees hired on or before 10/25/86 → (Steps 1–9)
B1 - Applicable to UHW employees hired on or after 10/26/86 (Steps 1–11)

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 |
|---|---|---|---|---|---|---|---|---|
| 057272 | CASH CHARGE BATCH CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | |
| 050389 | CASHIER RCPNST SCHD IMAGING SR | 30.4661 | 31.2496 | 32.0547 | 32.653 | 33.5210 | 34.3891 | |
| 050388 | CASHIER RCPNST SCHED IMAGING | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | |
| 051502 | CASHIER RECEPTIONIST | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | |
| 057902 | CASHIER RECEPTIONIST G3 WK | 31.2628 | 32.0682 | 32.8938 | 33.5754 | 34.3167 | 35.1553 | |
| 050326 | CASHIER RECEPTIONIST G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | |
| 051503 | CASHIER RECEPTIONIST SR | 29.8472 | 30.6160 | 31.4038 | 32.0547 | 32.7628 | 33.5628 | |
| 057982 | CASHIER RECP SCHDLR IMG WKEND | 31.9110 | 32.7320 | 33.5754 | 34.2016 | 35.1111 | 36.0204 | |
| 057192 | CENTRAL APPOINTMENTS CLERK | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.19720 | 31.9594 | |
| 090311 | CENTRAL SUPPLY TECHNICIAN | 28.7972 | 29.5379 | 30.2984 | 30.9964 | 31.7204 | 32.3665 | |
| 030701 | CERT HEALTHCARE INTERPRETER | 32.3658 | 33.1216 | 33.9115 | 34.7188 | 35.5435 | 36.3853 | 37.2612 |
| 030705 | CERT HEALTHCARE INTPR LEAD | 33.9899 | 34.7834 | 35.6130 | 36.4608 | 37.3265 | 38.2101 | 39.1300 |
| 030703 | CERT INTERPRETER TRANSLATOR | 34.0663 | 34.8734 | 35.6982 | 36.5567 | 37.4155 | 38.3087 | 39.2365 |
| 030702 | CERT MULTILINGUAL INTERPRETER | 33.3104 | 34.0663 | 34.8564 | 35.6638 | 36.4881 | 37.3297 | 38.2058 |
| 051622 | CHART ROOM TROUBLER CLERK | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | |
| 051264 | CHRONIC COND MGMT PROG ASST | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | |
| 051231 | CLAIMS ADJ & RWK RESOLUTN LEAD | 34.5633 | 35.4527 | 36.3645 | 37.2599 | 38.5636 | 39.8657 | |
| 051230 | CLAIMS ADJUD REWORK & RESOLUTN | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | |
| 051228 | CLAIMS ADJUDICATOR I | 30.1821 | 30.9594 | 31.7565 | 32.428 | 33.3588 | 34.2883 | |
| 051229 | CLAIMS ADJUDICATOR II | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | |
| 051234 | CLAIMS ADJUSTER LEAD | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | |
| 050352 | CLERK G1 | 26.7040 | 27.3920 | 28.0971 | 28.5369 | 29.1320 | 29.7255 | |
| 050353 | CLERK G2 | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | |
| 057903 | CLERK G2 WK | 30.6153 | 31.4039 | 32.2122 | 32.7532 | 33.5209 | 34.2886 | |
| 050354 | CLERK G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | |
| 050358 | CLERK G3 SR | 29.2293 | 29.9819 | 30.7539 | 31.2703 | 32.0029 | 32.7361 | |
| 057905 | CLERK G3 WK | 31.2628 | 32.0682 | 32.8938 | 33.5754 | 34.3167 | 35.1553 | |
| 051232 | CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | |
| 050359 | CLERK G4 SR | 29.8472 | 30.6160 | 31.4038 | 32.0547 | 32.7628 | 33.5628 | |
| 050355 | CLERK G5 | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | |
| 050356 | CLERK G6 | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | |
| 050360 | CLERK G6 SR | 31.697 | 32.5129 | 33.3503 | 34.0550 | 35.0363 | 36.0961 | |
| 050361 | CLERK G7 SR | 33.1404 | 33.9933 | 34.8673 | 35.6812 | 36.7943 | 37.9673 | |
| 051233 | CLERK SR | 30.4661 | 31.2496 | 32.0547 | 32.6530 | 33.5210 | 34.3891 | |
| 051242 | CLERK TYPIST | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | |
| 050314 | CLERK TYPIST G2 | 27.832 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | |
| 050315 | CLERK TYPIST G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | |
| 051253 | CLINICAL DATA SPECIALIST | 33.4197 | 34.2667 | 35.1352 | 36.0886 | 37.4503 | 38.8112 | |
| 030794 | CLINICAL HEALTH EDUCATOR I | 39.9649 | 40.9668 | 41.9936 | 43.0463 | 44.1254 | 45.2315 | 46.3652 |
| 030796 | CLIN HEALTH EDUCATION I LEAD | 41.9687 | 43.0208 | 44.0991 | 45.2047 | 46.3376 | 47.4992 | 48.6890 |

146

**SEIU - United Healthcare Workers** — Effective October 2020

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030795 | CLINICAL HEALTH EDUCATOR II | 42.3696 | 43.4316 | 44.5202 | 45.6362 | 46.7800 | 47.9523 | 49.1542 | | | | |
| 030797 | CLIN HEALTH EDUCATION II LEAD | 44.4936 | 45.6089 | 46.7518 | 47.9238 | 49.1248 | 50.3559 | 51.6174 | | | | |
| 053102 | COMMUNICATION OPERATOR | 28.3671 | 29.0973 | 29.8463 | 30.3482 | 31.0592 | 31.5064 | 32.5863 | | | | |
| 053193 | COMMUNICATION OPERATOR SR | 29.7911 | 30.5581 | 31.3439 | 31.8709 | 32.6181 | 33.0874 | 34.2214 | | | | |
| 057960 | COMMUNICATION OPERATOR WK | 31.2037 | 32.0070 | 32.8310 | 33.383 | 34.1651 | 34.6568 | 35.8449 | | | | |
| 050506 | CONTINUUM SERVICES CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 024741 | CYTOGENETIC TECHNOLOGIST I | 58.5308 | 60.0733 | 61.6173 | 62.4339 | 64.6336 | 66.7878 | 69.4639 | | | | |
| 024742 | CYTOGENETIC TECHNOLOGIST II | 60.4699 | 62.0643 | 63.6585 | 64.8846 | 67.0384 | 69.4197 | 72.2007 | | | | |
| 024743 | CYTOGENETIC TECHNOLOGIST III | 62.5385 | 64.1878 | 65.8367 | 67.2870 | 69.7595 | 72.1866 | 75.0788 | | | | |
| 024744 | CYTOGENETIC TECHNOLOGIST SR | 65.6712 | 67.4028 | 69.1344 | 70.6571 | 73.2530 | 75.8018 | 78.8386 | | | | |
| 024740 | CYTOGENETIC TECHNOLOGIST TRNEE | 45.6048 | 47.5294 | | | | | | | | | |
| 024704 | CYTOTECHNOLOGIST CHIEF | 67.4718 | 69.2509 | 71.0292 | 72.5518 | 75.0872 | 77.7001 | 80.8127 | | | | |
| 024701 | CYTOTECHNOLOGIST I | 58.5308 | 60.0733 | 61.6173 | 62.4339 | 64.6336 | 66.7878 | 69.4639 | | | | |
| 024702 | CYTOTECHNOLOGIST II | 60.4699 | 62.0643 | 63.6585 | 64.8846 | 67.0384 | 69.4197 | 72.2007 | | | | |
| 024703 | CYTOTECHNOLOGIST III | 62.5385 | 64.1878 | 65.8367 | 67.2870 | 69.7595 | 72.1866 | 75.0788 | | | | |
| 024707 | CYTOTECHNOLOGIST III QC | 64.2535 | 65.9477 | 67.6409 | 69.0915 | 71.5061 | 73.9945 | 76.9590 | | | | |
| 057482 | DATA CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 030442 | DEDICATED SPECLTY SONOGRAPHER I | 62.6047 | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 80.1053 | | |
| 030449 | DEDICATED SPECLTY SONOGRPHER I LD | 68.8844 | 70.9464 | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.279 | 84.7498 | 88.1313 | | |
| 030443 | DEDICATED SPECLTY SONOGRAPHER II | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 79.3436 | 82.5204 | | |
| 030450 | DEDICATED SPECLTY SONOGRPHER II LD | 70.9464 | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.2790 | 84.7498 | 87.2951 | 90.7880 | | |
| 090701 | DENTAL ASST REGISTERED | 31.1247 | 31.9258 | 32.7474 | 33.4996 | 34.2518 | 34.8633 | | | | | |
| 090700 | DENTAL ASST REGISTERED SR | 32.6810 | 33.5221 | 34.3848 | 35.1746 | 35.9644 | 36.6065 | | | | | |
| 057172 | DEPARTMENTAL CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 050380 | DEPARTMENTAL CLERK G2 | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 050381 | DEPARTMENTAL CLERK G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 057962 | DEPARTMENTAL CLERK G4 WK | 31.9110 | 32.7320 | 33.5754 | 34.2016 | 35.1111 | 36.0204 | | | | | |
| 050382 | DEPARTMENTAL CLERK G5 | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 051562 | DEPOSIT CASHIER | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 051482 | DEPT SECRETARY | 31.2078 | 32.0113 | 32.8351 | 33.4475 | 34.3367 | 35.2263 | | | | | |
| 051004 | DIETETIC TECHNICIAN ELIGIBLE | 34.8127 | | | | | | | | | | |
| 051002 | DIETETIC TECHNICIAN REG | 36.6510 | 37.6914 | 38.7502 | 39.8285 | 40.9799 | 42.1131 | 43.302 | | | | |
| 051017 | DIETITIAN ELIGIBLE | 46.1436 | | | | | | | | | | |
| 051315 | DIGITAL IMAGING LIBRARIAN | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 051316 | DIGITAL IMAGING LIBRARIAN LEAD | 29.8472 | 30.6160 | 31.4038 | 32.0547 | 32.7628 | 33.5628 | | | | | |
| 051317 | DIGITAL IMAGING LIBRARIAN WK | 31.2628 | 32.0682 | 32.8938 | 33.5754 | 34.3167 | 35.1553 | | | | | |
| 051145 | DME CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 051148 | DME COORD | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 057817 | E&M/SPECIALTY CODER | 38.9342 | 40.1058 | 41.3124 | 42.5554 | 43.8355 | 45.1539 | | | | | |
| 051662 | ED CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |

**SEIU - United Healthcare Workers** — **Effective October 1, 2020**

**KAISER PERMANENTE**

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| 051663 | ED CLERK SR | 30.4661 | 31.2496 | 32.0547 | 32.653 | 33.5210 | 34.3891 | | | | | |
| 057974 | ED CLERK SR WK | 33.5129 | 34.3745 | 35.2603 | 35.9182 | 36.8732 | 37.8280 | | | | | |
| 057818 | ED CODER | 38.9342 | 40.1058 | 41.3124 | 42.5554 | 43.8355 | 45.1539 | | | | | |
| 034432 | EEG TECHNOLOGIST I | 38.2037 | 39.1865 | 40.1941 | 41.2838 | 43.2455 | 44.9888 | 47.0184 | | | | |
| 034433 | EEG TECHNOLOGIST II | 40.4826 | 41.5234 | 42.5914 | 43.6801 | 45.8592 | 48.0377 | 50.2048 | | | | |
| 034434 | EEG TECHNOLOGIST II WKEND | 44.5308 | 45.6758 | 46.8505 | 48.0482 | 50.4452 | 52.8414 | 55.2254 | | | | |
| 034422 | EKG TECHNICIAN | 33.4211 | 34.2806 | 35.1617 | 36.1838 | 37.6542 | 38.7398 | | | | | |
| 034423 | EKG TECHNICIAN SR | 35.0980 | 36.0007 | 36.9260 | 37.9987 | 39.5930 | 40.9760 | | | | | |
| 057915 | EKG TECHNICIAN WK | 36.7632 | 37.7087 | 38.6779 | 39.8020 | 41.4197 | 42.6137 | | | | | |
| 057143 | ELIGIBILITY SPECIALIST | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | | | | | |
| 030314 | EMERGENCY DEPT TECHNICIAN I | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 030324 | EMERGENCY DEPT TECHNICIAN II | 34.6913 | 35.5834 | 36.4992 | 37.4065 | 38.4010 | 39.3082 | | | | | |
| 090935 | EMERGENCY DEPT TECHNICIAN LVN | 40.6419 | | | | | | | | | | |
| 034681 | ESTHETICIAN | 39.8994 | 41.0199 | 42.1716 | 43.3557 | 44.5727 | 45.8241 | | | | | |
| 057811 | EVALUATION & MANAGEMENT CODER | 34.4069 | 35.2924 | 36.2000 | 37.0447 | 38.2001 | 39.3551 | | | | | |
| 051312 | FILE CLERK | 26.7040 | 27.3920 | 28.0971 | 28.5369 | 29.1320 | 29.7255 | | | | | |
| 057906 | FILE CLERK G1 WK | 29.3747 | 30.1315 | 30.9067 | 31.3905 | 32.0453 | 32.6980 | | | | | |
| 050362 | FILE CLERK G2 | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 050363 | FILE CLERK G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 050364 | FILE CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051313 | FILE CLERK SR | 29.2293 | 29.9819 | 30.7539 | 31.2703 | 32.0029 | 32.7361 | | | | | |
| 090842 | GARAGE PARKING ATTENDANT | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 084102 | GARDENER | 30.8026 | 31.5957 | 32.4077 | 33.1976 | 33.9879 | | | | | | |
| 084103 | GARDENER SR | 33.2127 | 34.0668 | 34.9433 | 35.7404 | 36.5312 | | | | | | |
| 034007 | HEALTH ED ASST | 29.0920 | 29.8396 | 30.6066 | 31.2187 | 32.0555 | 32.9016 | | | | | |
| 055051 | HEALTH EDUCATION CLERK | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 030785 | HEALTH EDUCATOR I | 39.9649 | 40.9668 | 41.9936 | 43.0463 | 44.1254 | 45.2315 | 46.3652 | | | | |
| 030787 | HEALTH EDUCATOR I LEAD | 41.9687 | 43.0208 | 44.0991 | 45.2047 | 46.3376 | 47.4992 | 48.6890 | | | | |
| 030786 | HEALTH EDUCATOR II | 42.3696 | 43.4316 | 44.5202 | 45.6362 | 46.7800 | 47.9523 | 49.1542 | | | | |
| 030788 | HEALTH EDUCATOR II LEAD | 44.4936 | 45.6089 | 46.7518 | 47.9238 | 49.1248 | 50.3559 | 51.6174 | | | | |
| 057812 | HEALTH INFORMATION CODER I | 41.8283 | 43.7558 | 45.9024 | 48.6839 | 51.1149 | 53.6559 | | | | | |
| 057813 | HEALTH INFORMATION CODER II | 46.4936 | 48.6180 | 51.0056 | 54.0941 | 56.7880 | 59.6348 | 62.6299 | | | | |
| 057814 | HEALTH INFORMATION CODER III | 49.9759 | 52.2762 | 54.8382 | 58.1678 | 61.0588 | 64.1250 | 67.3451 | | | | |
| 057810 | HEALTH INFORMATION CODER TRN | 34.4069 | | | | | | | | | | |
| 089646 | HEALTH PLAN REP | 29.8406 | 30.4373 | 31.2531 | 32.0782 | 32.8802 | 33.7021 | | | | | |
| 089647 | HEALTH PLAN REP SR | 32.5351 | 33.3713 | 34.2289 | 34.9135 | 35.8490 | 36.7956 | | | | | |
| 090302 | HH AIDE | 29.2200 | 29.9725 | 30.7443 | 31.4416 | 32.1660 | 32.8122 | | | | | |
| 090937 | HH AIDE LVN | 40.6419 | | | | | | | | | | |
| 051492 | HH CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | | | | | |
| 057911 | HH CLERK G4 WK | 31.9110 | 32.7320 | 33.5754 | 34.2016 | 35.1111 | 36.0204 | | | | | |

148

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 057815 | HIM OUTPATIENT/AMBL CODER | 38.9342 | 40.1058 | 41.3124 | 42.5554 | 43.8355 | 45.1539 | | | | | |
| 051301 | HIM REP I | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 051302 | HIM REP II | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 051303 | HIM SPECIALIST | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 051304 | HIM SPECIALIST LEAD | 33.1404 | 33.9933 | 34.8673 | 35.6812 | 36.7943 | 37.9673 | | | | | |
| 051308 | HIM SPECIALIST WK | 34.7123 | 35.6058 | 36.5212 | 37.3744 | 38.5398 | 39.7059 | | | | | |
| 034452 | HISTOLOGIC TECHNICIAN I | 44.6504 | 45.8278 | 47.0059 | 47.9684 | 48.7279 | 49.3688 | 51.3483 | | | | |
| 034453 | HISTOLOGIC TECHNICIAN II | 48.3247 | 49.5995 | 50.8742 | 52.1965 | 53.0764 | 53.6779 | 55.8296 | | | | |
| 034462 | HISTOLOGIC TECHNICIAN SUPV | 53.483 | 54.8937 | 56.3043 | 57.7075 | 58.8293 | 59.6711 | 62.0627 | | | | |
| 034450 | HISTOLOGIC TECHNICIAN TRAINEE | 37.3521 | 38.3367 | 39.3231 | 39.9825 | 40.9187 | 41.8550 | 43.5337 | | | | |
| 057819 | HOSPITAL OUTPATIENT CODER | 41.8283 | 43.7558 | 45.9024 | 48.6839 | 51.1149 | 53.6559 | | | | | |
| 092312 | HOUSEKEEPING AIDE | 28.0205 | 28.7418 | 29.4815 | 30.2572 | 31.0325 | | | | | | |
| 057917 | HOUSEKEEPING AIDE HEAD WK | 32.3702 | 33.2034 | 34.0575 | 34.9529 | 35.8486 | | | | | | |
| 057916 | HOUSEKEEPING AIDE WK | 30.8225 | 31.6161 | 32.4294 | 33.2829 | 34.1358 | | | | | | |
| 092314 | HOUSEKEEPING HEAD AIDE | 29.4274 | 30.1849 | 30.9613 | 31.7754 | 32.5897 | | | | | | |
| 090708 | IMAGING ASSISTANT | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 090714 | IMAGING ASSISTANT SR | 29.8419 | 30.6107 | 31.3985 | 32.0494 | 32.7570 | 33.5573 | | | | | |
| 090938 | IMAGING ASST WK | 31.2628 | 32.0682 | 32.8938 | 33.5754 | 34.3167 | 35.1553 | | | | | |
| 090707 | IMAGING TECHNICIAN AIDE | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 090709 | IMAGING TECHNICIAN AIDE SR | 30.7825 | 31.5752 | 32.3872 | 33.1312 | 33.8748 | 34.4801 | | | | | |
| 090710 | IMAGING TECHNICIAN AIDE WK | 32.2423 | 33.0725 | 33.9235 | 34.7027 | 35.4821 | 36.1160 | | | | | |
| 090941 | IMAGING TECHNICIAN AIDE-LVN | 40.6419 | | | | | | | | | | |
| 090948 | IMAGING TECHNICIAN AIDE-LVN-WK | 44.7061 | | | | | | | | | | |
| 038103 | INAVASIVE CARDIO SPEC LEAD | 63.2232 | 65.1235 | 67.0805 | 69.0963 | 71.1726 | 73.3112 | 75.5142 | 77.7831 | 80.1200 | | |
| 051582 | INDUSTRIAL REPORT BILLING | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 057820 | INPATIENT CODER | 46.4936 | 48.6180 | 51.0056 | 54.0941 | 56.7880 | 59.6348 | 62.6299 | | | | |
| 057522 | INTAKE CLAIMS CASHIER | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 050345 | INTAKE CLAIMS CASHIER G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 038102 | INVASIVE CARDIOVASCULAR SPEC | 60.2071 | 62.0166 | 63.8807 | 65.8005 | 67.7780 | 69.8147 | 71.9128 | 74.0737 | 76.2995 | | |
| 057132 | INVENTORY CONTROL CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 050378 | INVENTORY CONTROL CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 090917 | KPPAAC ACTIVITY ASST | 26.7040 | 27.3920 | 28.0971 | 29.1320 | 30.9857 | 32.7312 | | | | | |
| 090901 | KPPAAC BUSINESS OFFICE CLERK | 24.1233 | 24.7448 | 25.3821 | 25.9191 | 26.6641 | 27.4077 | | | | | |
| 090939 | KPPAAC CERT NURSING ASST LVN | 40.6419 | | | | | | | | | | |
| 090908 | KPPAAC CERTIFIED NURSING ASST | 22.5874 | 23.4955 | 24.4227 | 25.4083 | 26.4324 | 27.3211 | | | | | |
| 090905 | KPPAAC ENVIRONMENTAL SVCS AIDE | 19.1679 | 19.9406 | 20.7517 | 21.5828 | 22.4521 | 23.3602 | | | | | |
| 090926 | KPPAAC EVS AID- WK | 21.0847 | 21.9347 | 22.8269 | 23.7411 | 24.6973 | 25.6962 | | | | | |
| 090906 | KPPAAC LEAD EVS | 20.1145 | 20.9257 | 21.795 | 22.6646 | 23.5729 | 24.5197 | | | | | |
| 090911 | KPPAAC LICENSED VOC NURSE | 40.6419 | 41.7149 | 42.7874 | 43.8291 | 44.8413 | 45.8518 | 46.8637 | | | | |
| 090923 | KPPAAC NUTRITION CLERK | 19.9965 | 20.8013 | 21.6379 | 22.5083 | 23.4130 | 24.3539 | | | | | |

149

**SEIU - United Healthcare Workers**  
**Effective October 1, 2020**  
**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

KAISER PERMANENTE

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| 090904 | KPPAAC NUTRITIONAL AIDE | 19.7473 | 20.5416 | 21.3677 | 22.2271 | 23.1208 | 24.0501 | | | | | |
| 090910 | KPPAAC RECEPTIONIST | 24.0945 | 24.7154 | 25.3518 | 25.7783 | 26.3827 | 26.7629 | | | | | |
| 090909 | KPPAAC RECORDS CLERK | 25.2206 | 25.8721 | 26.5385 | 27.1584 | 28.0054 | 28.8654 | | | | | |
| 090913 | KPPAAC REHABILITATION AIDE | 22.5874 | 23.4955 | 24.4227 | 25.4083 | 26.4324 | 27.3211 | | | | | |
| 090918 | KPPAAC RESPIRATORY CARE PRCT I | 47.7923 | 49.0533 | 50.3139 | 51.2930 | 52.5177 | 53.7418 | | | | | |
| 090920 | KPPAAC RESP CARE PRCT II | 50.3514 | 51.6792 | 53.0071 | 54.2300 | 56.1894 | 58.6372 | 61.0856 | | | | |
| 090914 | KPPAAC RESTORATIVE NURSE ASST | 24.5197 | 25.5049 | 26.3734 | 27.5956 | 28.7036 | 29.8567 | | | | | |
| 090931 | KPPAAC SOC WORKER DISCH PLNR | 40.6419 | 41.7149 | 42.7874 | 43.8291 | 44.8413 | 45.8518 | 46.8637 | | | | |
| 090924 | KPPAAC SR NUTRITION CLERK | 21.0025 | 21.8469 | 22.7254 | 23.6391 | 24.5894 | 25.5775 | | | | | |
| 090912 | KPPAAC STAFFING ASST | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 090903 | KPPAAC STOREKEEPER II | 23.4506 | 24.0550 | 24.6747 | 25.3029 | 26.1684 | 26.8252 | | | | | |
| 090907 | KPPAAC UNIT ASST | 22.5874 | 23.4955 | 24.4227 | 25.4083 | 26.4324 | 27.3211 | | | | | |
| 090915 | KPPACC CERT OCCUP THERP ASST 2 | 40.8752 | 41.9269 | 43.0048 | 44.0486 | 45.1919 | 46.2349 | | | | | |
| 090922 | KPPACC LABORATORY ASST. II | 31.1609 | 31.9630 | 32.7857 | 33.3976 | 34.2848 | 35.1736 | | | | | |
| 090916 | KPPACC PHYSICAL THRPY ASST II | 40.8752 | 41.9269 | 43.0048 | 44.0486 | 45.1919 | 46.2349 | | | | | |
| 090771 | LABORATORY ASST I | 30.0424 | 31.4342 | 32.2442 | 32.7856 | 33.5534 | 34.3217 | | | | | |
| 090772 | LABORATORY ASST II | 32.0987 | 32.9253 | 33.7727 | 34.4030 | 35.3167 | 36.2322 | | | | | |
| 057918 | LABORATORY ASST II WK | 35.3086 | 36.2178 | 37.1499 | 37.8434 | 38.8486 | 39.8554 | | | | | |
| 090773 | LABORATORY ASST III | 33.0940 | 33.9204 | 34.7678 | 35.3983 | 36.3114 | 37.2270 | | | | | |
| 057919 | LABORATORY ASST III WK | 36.4034 | 37.3124 | 38.2446 | 38.9382 | 39.9426 | 40.9497 | | | | | |
| 090774 | LABORATORY ASST SR | 34.7544 | 35.6221 | 36.5117 | 37.1743 | 38.1329 | 39.0942 | | | | | |
| 034545 | LASER VISION CORCTN LASER TECH | 42.7498 | 43.8491 | 44.9756 | 47.3487 | 49.7229 | 52.0961 | 54.4694 | | | | |
| 057821 | LEAD CODER | 49.9759 | 52.2762 | 54.8382 | 58.1678 | 61.0588 | 64.1250 | 67.3451 | | | | |
| 052612 | LIBRARY ASST | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 032844 | LICENSED VOC NURSE I.V. CERT | 42.6799 | 43.8066 | 44.9322 | 46.0264 | 47.0888 | 48.1502 | 49.2128 | | | | |
| 032845 | LICENSED VOC NURSE I.V.CERT SR | 43.9634 | 45.1243 | 46.2836 | 47.4105 | 48.5053 | 49.5984 | 50.6924 | | | | |
| 032841 | LICENSED VOC NURSE NEW GRAD | | | | | | | | | | | |
| 032842 | LICENSED VOCATIONAL NURSE | 40.6419 | 41.7149 | 42.7874 | 43.8291 | 44.8413 | 45.8518 | 46.8637 | | | | |
| 032843 | LICENSED VOCATIONAL NURSE SR | 42.6799 | 43.8066 | 44.9322 | 46.0264 | 47.0888 | 48.1502 | 49.2128 | | | | |
| 057965 | LICENSED VOCATIONAL NURSE WK | 44.7062 | 45.8864 | 47.0663 | 48.2119 | 49.3254 | 50.4370 | 51.5500 | | | | |
| 051342 | MAIL CLERK | 26.7040 | 27.3920 | 28.0971 | 28.5369 | 29.1320 | 29.7255 | | | | | |
| 050320 | MAIL CLERK G2 | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 090702 | MEDICAL ASST | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 090702 | MEDICAL ASST- EXP EXP WAIVER | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 090715 | MEDICAL ASST DESKTOP MEDICINE | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 090932 | MEDICAL ASST LVN | 40.6419 | | | | | | | | | | |
| 090946 | MEDICAL ASST LVN SR | 40.6419 | | | | | | | | | | |
| 090703 | MEDICAL ASST SR | 30.7825 | 31.5752 | 32.3872 | 33.1312 | 33.8748 | 34.4801 | | | | | |
| 057925 | MEDICAL ASST WK | 32.2423 | 33.0725 | 33.9235 | 34.7027 | 35.4821 | 36.1160 | | | | | |
| 090947 | MEDICAL ASST WK SR | 33.8606 | 34.7327 | 35.6259 | 36.4443 | 37.2623 | 37.9281 | | | | | |

150

**SEIU - United Healthcare Workers** — Effective October 11, 2020

**Kaiser Permanente**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050384 | MEDICAL LEGAL CLERK G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 051306 | MEDICAL RECORD INDEXER | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 057977 | MEDICAL RECORD INDEXER WK | 31.9110 | 32.7320 | 33.5754 | 34.2016 | 35.1111 | 36.0204 | | | | | |
| 057979 | MEDICAL RECORD QA SPEC WK | 33.2003 | 34.0553 | 34.9320 | 35.6708 | 36.6947 | 37.7172 | | | | | |
| 051307 | MEDICAL RECORD QA SPECIALIST | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 051305 | MEDICAL RECORD SCANNER | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 050502 | MEDICAL RECORDS ANALYST | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051362 | MEDICAL RECORDS CLERK | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 057908 | MEDICAL RECORDS CLERK G2 WK | 30.6153 | 31.4039 | 32.2122 | 32.7532 | 33.5209 | 34.2886 | | | | | |
| 057904 | MEDICAL RECORDS CLERK G3 WK | 31.2628 | 32.0682 | 32.8938 | 33.5754 | 34.3167 | 35.1553 | | | | | |
| 050369 | MEDICAL RECORDS CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051363 | MEDICAL RECORDS CLERK SR | 30.4661 | 31.2496 | 32.0547 | 32.6530 | 33.5210 | 34.3891 | | | | | |
| 051532 | MEDICAL RECORDS TECHNICIAN | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 051352 | MEDICAL SECRETARY | 37.0582 | 38.0359 | 39.0141 | 40.1812 | 41.4442 | 42.7045 | | | | | |
| 051353 | MEDICAL SECRETARY SR | 38.9161 | 39.9433 | 40.9709 | 42.1968 | 43.5224 | 44.8451 | | | | | |
| 051652 | MEDICARE BILLER | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 089641 | MEMBER ENGAGEMENT SPECIALIST | 32.5351 | 33.3713 | 34.2289 | 34.9135 | 35.849 | 36.7956 | | | | | |
| 089640 | MEMBER OUTREACH SPECIALIST | 28.9529 | 29.6936 | 30.4539 | 31.0435 | 31.8089 | 32.6099 | | | | | |
| 089655 | MEMBER OUTREACH SPECIALIST SR | 29.8920 | 30.6569 | 31.4417 | 32.0722 | 32.9615 | 33.8500 | | | | | |
| 090840 | MENTAL HEALTH WORKER | 32.3765 | 33.2315 | 34.0862 | 34.9278 | 35.7691 | 36.5820 | | | | | |
| 090940 | MENTAL HEALTH WORKER LVN | 40.6419 | | | | | | | | | | |
| 072112 | MESSENGER DRIVER | 28.2659 | 28.9934 | 29.7396 | 30.2572 | 30.6447 | | | | | | |
| 072113 | MESSENGER DRIVER SR | 29.9481 | 30.7191 | 31.5097 | 32.0263 | 32.4140 | | | | | | |
| 057927 | MESSENGER DRIVER WK | 31.0925 | 31.8926 | 32.7134 | 33.2829 | 33.7091 | | | | | | |
| 034464 | MOHS HISTOTECH TECH I | 46.8830 | 48.1192 | 49.3562 | 50.3670 | 51.1643 | 51.8374 | 53.9158 | | | | |
| 034465 | MOHS HISTOTECH TECH II | 50.7412 | 52.0795 | 53.4178 | 54.8064 | 55.7301 | 56.3619 | 58.621 | | | | |
| 034466 | MOHS HISTOTECH TECH SUPV | 56.1571 | 57.6384 | 59.1195 | 60.5928 | 61.7706 | 62.6546 | 65.1658 | | | | |
| 034463 | MOHS HISTOTECH TECH TRAINEE | 39.2196 | 40.2534 | 41.2893 | 41.9818 | 42.9648 | 43.9478 | 45.7104 | | | | |
| 024745 | MOLECULAR TECHNOLOGIST I | 58.5308 | 60.0733 | 61.6173 | 62.4339 | 64.6336 | 66.7878 | 69.4639 | | | | |
| 024725 | MOLECULAR TECHNOLOGIST II | 60.4699 | 62.0643 | 63.6585 | 64.8846 | 67.0384 | 69.4197 | 72.2007 | | | | |
| 024726 | MOLECULAR TECHNOLOGIST III | 62.5385 | 64.1878 | 65.8367 | 67.2870 | 69.7595 | 72.1866 | 75.0788 | | | | |
| 024727 | MOLECULAR TECHNOLOGIST SR | 65.6712 | 67.4028 | 69.1344 | 70.6571 | 73.2530 | 75.8018 | 78.8386 | | | | |
| 024728 | MOLECULAR TECHNOLOGIST TRAINEE | 45.6048 | 47.5294 | | | | | | | | | |
| 051514 | MONITOR TECHNICIAN | 30.7256 | 31.4994 | 32.2931 | 32.9559 | 33.6566 | 34.4749 | | | | | |
| 024751 | MRI TECHNOLOGIST I | 58.9104 | 60.0923 | 61.2958 | 62.5246 | 63.7399 | | | | | | |
| 024752 | MRI TECHNOLOGIST II | 62.9822 | 64.2441 | 65.5310 | 66.8436 | 68.1829 | 69.8147 | 72.336 | | | | |
| 024756 | MRI TECHNOLOGIST II WK | 69.2805 | 70.6687 | 72.0841 | 73.5281 | 75.0011 | 76.7963 | 79.5697 | | | | |
| 024766 | MRI TECHNOLOGIST III | 74.8146 | 77.0624 | | | | | | | | | |
| 024767 | MRI TECHNOLOGIST III WK | 82.296 | 84.7688 | | | | | | | | | |
| 024753 | MRI TECHNOLOGIST LEAD | 67.0524 | 68.3957 | 69.7659 | 71.1637 | 72.5894 | 74.0435 | 77.0095 | 78.5610 | 80.9214 | | |

151

SEIU - United Healthcare Workers   Effective October 2020

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 (A) / Step 1 (B1) | Step 2 (A) / Step 2 (B1) | Step 1 / Step 3 | Step 2 / Step 4 | Step 3 / Step 5 | Step 4 / Step 6 | Step 5 / Step 7 | Step 6 / Step 8 | Step 7 / Step 9 | Step 8 / Step 10 | Step 9 / Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 051185 | MSCC TELESERVICE REP | 29.2672 | 30.0209 | 30.7936 | 31.4316 | 32.1261 | 32.9105 | | | | | |
| 030451 | NEURODIAGNOSTIC TECHNICIAN I | 62.6047 | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | | | | |
| 030452 | NEURODIAGNOSTIC TECHNICIAN II | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | | | | |
| 030454 | NEUROPHYS MONITORING SPEC | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | | | | |
| 034446 | NUCLEAR MED TECH II PET-CT | 87.6536 | 90.3095 | | | | | | | | | |
| 034447 | NUCLEAR MED TECH II-PET/CT LD | 92.0423 | 94.8310 | | | | | | | | | |
| 034445 | NUCLEAR MEDICINE TECH I WK | 72.3372 | 74.2440 | 76.1511 | 78.1538 | 80.1566 | 82.1591 | 84.1620 | | | | |
| 034443 | NUCLEAR MEDICINE TECH II | 69.8047 | 71.6444 | 73.4831 | 75.7099 | 78.0365 | 80.2642 | 83.4795 | | | | |
| 034448 | NUCLEAR MEDICINE TECH II WK | 76.7853 | 78.8088 | 80.8315 | 83.2810 | 85.8403 | 88.2907 | 91.8275 | | | | |
| 034444 | NUCLEAR MEDICINE TECH SUPV | 73.3004 | 75.2321 | 77.16320 | 79.5016 | 81.9443 | 84.2834 | 87.6592 | | | | |
| 034442 | NUCLEAR MEDICINE TECHNICIAN I | 65.7610 | 67.4946 | 69.2282 | 71.0489 | 72.8696 | 74.6901 | 76.5111 | | | | |
| 090832 | NURSE ASST | 29.0736 | 29.8214 | 30.5895 | 31.2942 | 32.0253 | 32.6773 | | | | | |
| 090933 | NURSE ASST LVN | 40.6419 | | | | | | | | | | |
| 090834 | NURSE ASST SR | 30.5333 | 31.3185 | 32.1247 | 32.8650 | 33.6326 | 34.3168 | | | | | |
| 057990 | NURSE ASST WK | 31.9812 | 32.8035 | 33.6483 | 34.4235 | 35.2280 | 35.9451 | | | | | |
| 090836 | NURSING WORK STUDY INTERN | 29.0736 | 29.8214 | 30.5895 | 31.2942 | 32.0253 | 32.6773 | | | | | |
| 091822 | NUTRITION AIDE | 27.6999 | 28.4137 | 29.1458 | 30.2496 | 30.9857 | | | | | | |
| 091824 | NUTRITION AIDE WK | 30.4698 | 31.2549 | 32.0604 | 33.2745 | 34.0845 | | | | | | |
| 051001 | NUTRITION ASST | 34.5516 | 35.5549 | 36.5584 | 37.5613 | 38.6577 | 39.7166 | 40.8500 | | | | |
| 051262 | NUTRITION CLERK | 28.0507 | 28.7732 | 29.5135 | 30.6176 | 31.3534 | | | | | | |
| 051263 | NUTRITION CLERK SR | 29.4587 | 30.2175 | 30.9947 | 32.1543 | 32.9269 | | | | | | |
| 057928 | NUTRITION CLERK WK | 30.8558 | 31.6505 | 32.4649 | 33.6792 | 34.4887 | | | | | | |
| 091823 | NUTRITION PARTNER | 28.0507 | 28.7732 | 29.5135 | 30.6176 | 31.3534 | | | | | | |
| 091826 | NUTRITION PARTNER LEAD | 29.4533 | 30.2119 | 30.9890 | 32.1482 | 32.9209 | | | | | | |
| 091825 | NUTRITION PARTNER WK | 30.8558 | 31.6505 | 32.4649 | 33.6792 | 34.4887 | | | | | | |
| 034492 | OB TECHNICIAN | 30.6309 | 31.4191 | 32.2274 | 33.0283 | 33.9075 | 34.7085 | | | | | |
| 034493 | OB TECHNICIAN SR | 32.1684 | 32.9958 | 33.8442 | 34.6858 | 35.6089 | 36.4496 | | | | | |
| 034495 | OB TECHNICIAN WK | 33.6940 | 34.5610 | 35.4501 | 36.3311 | 37.2983 | 38.1793 | | | | | |
| 090944 | OB TECHNICIAN-LVN | 40.6419 | | | | | | | | | | |
| 090945 | OCC HLTH TECHNICIAN CERT LVN | 40.6419 | | | | | | | | | | |
| 090705 | OCC HLTH TECHNICIAN CERTIFIED | 29.8658 | 30.6352 | 31.4234 | 32.1457 | 32.8668 | 33.4543 | | | | | |
| 090706 | OCC HLTH TECHNICIAN CERT SR | 31.3654 | 32.1729 | 33.0004 | 33.7585 | 34.5160 | 35.1332 | | | | | |
| 030742 | OCC THERAPY ASST I CERTIFIED | 35.5260 | 36.4396 | 37.3772 | 38.2850 | 39.2791 | 40.1856 | | | | | |
| 030743 | OCC THERAPY ASST II CERTIFIED | 40.8752 | 41.9269 | 43.0048 | 44.0486 | 45.1919 | 46.2349 | | | | | |
| 051522 | OCCUPATIONAL MEDICINE SECY | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 034542 | OPHTHALMIC PHOTOGRAPHER | 38.1297 | 39.1103 | 40.1164 | 41.0626 | 44.2177 | 47.3739 | | | | | |
| 034543 | OPHTHALMIC TECHNICIAN | 40.7075 | 41.7554 | 42.8292 | 45.0888 | 47.3494 | 49.6096 | 51.8701 | | | | |
| 034544 | OPHTHALMIC TECHNICIAN II CERT | 42.7498 | 43.8491 | 44.9756 | 47.3487 | 49.7229 | 52.0961 | 54.4694 | | | | |
| 063302 | OPTICAL BENCHMAN | 32.5491 | | 38.2926 | | | | | | | | |
| 033352 | CONTACT LENS FITTER | 40.2387 | | 41.4458 | | | | | | | | |

152

**SEIU - United Healthcare Workers** — **Effective October 11, 2020**
KAISER PERMANENTE

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 033358 | CONTACT LENS FITTER APPRRENTICE | 28.1902 | 29.0787 | 30.2364 | 31.7443 | | | | | | | |
| 033371 | CONTACT LENS FITTER ASSISTANT | 27.3283 | 29.0787 | 29.8061 | | | | | | | | |
| 030306 | OPTICAL EQUIPMENT MAINTENANCE TECH | 34.8278 | | 40.9738 | | | | | | | | |
| 054022 | OPTICAL LAB APPRENTICE | 21.1573 | 22.7840 | 24.4116 | 26.0388 | 27.6663 | 29.2946 | 30.9216 | | | | |
| 063364 | OPTICAL LAB FOREPERSON LEAD | 35.8039 | | 42.1224 | | | | | | | | |
| 063372 | OPTICAL SALES ASSISTANT | 21.1573 | | | | | | | | | | |
| 033312 | OPTICAL SALES DISPENSER | 32.5491 | | 38.2926 | | | | | | | | |
| 063350 | OPTICAL SALES DISPENSER APPRENTICE | 21.1573 | 22.7840 | 24.4116 | 26.0388 | 27.6663 | 29.2946 | 30.9216 | | | | |
| 033323 | OPTICAL SALES LEAD DISPENSER | 35.8039 | | 42.1224 | | | | | | | | |
| 054024 | PRESCRIPTION STOCK CLERK | 32.5491 | | 38.2926 | | | | | | | | |
| 054023 | SENIOR PRESCRIPTION STOCK CLERK | 35.8039 | | 42.1224 | | | | | | | | |
| 063312 | OPTICAL SURFACE GRINDER | 32.5491 | | 38.2926 | | | | | | | | |
| 063371 | OPTICAL UTILITY WORKER | 21.1573 | | | | | | | | | | |
| 030310 | OR EQUIPMENT TECHNICIAN | 34.6913 | 35.5834 | 36.4992 | 37.4065 | 38.4010 | 39.3082 | | | | | |
| 057122 | OR SCHEDULING CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 050376 | OR SCHEDULING CLERK G6 | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 050391 | OR SCHEDULING CLERK G6 WK | 34.7123 | 35.6058 | 36.5212 | 37.3744 | 38.5398 | 39.7059 | | | | | |
| 030331 | ORTHOPEDIC TECHNICIAN I | 34.6913 | 35.5834 | 36.4992 | 37.4065 | 38.4010 | 39.3082 | | | | | |
| 030332 | ORTHOPEDIC TECHNICIAN II | 35.3875 | 36.2974 | 37.2309 | 38.1564 | 39.1712 | 40.0961 | | | | | |
| 030333 | ORTHOPEDIC TECHNICIAN SR | 37.1625 | 38.1180 | 39.0983 | 40.0701 | 41.1358 | 42.1070 | 43.1625 | | | | |
| 030725 | PATHOLOGY TECHNICAL ASST AA SR | 36.3101 | 37.2438 | 38.2016 | 39.1508 | 40.1925 | 41.1409 | 42.7915 | | | | |
| 030722 | PATHOLOGY TECHNICAL ASST HS | 34.5756 | 35.4651 | 36.3771 | 37.2814 | 38.2728 | 39.1762 | 40.7476 | | | | |
| 030723 | PATHOLOGY TECHNICAL ASST HS SR | 36.3101 | 37.2438 | 38.2016 | 39.1508 | 40.1925 | 41.1409 | 42.7915 | | | | |
| 030724 | PATHOLOGY TECHNICIAN ASST AA | 34.5756 | 35.4651 | 36.3771 | 37.2814 | 38.2728 | 39.1762 | 40.7476 | | | | |
| 090835 | PATIENT CARE TECHNICIAN | 30.8012 | 31.5936 | 32.4073 | 33.0857 | 33.8039 | 34.6421 | | | | | |
| 090934 | PATIENT CARE TECHNICIAN LVN | 40.6419 | | | | | | | | | | |
| 090837 | PATIENT CARE TECHNICIAN WK | 33.8813 | 34.7529 | 35.6481 | 36.3942 | 37.1842 | 38.1064 | | | | | |
| 051584 | PATIENT FINANCIAL ADVISOR | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | | | | | |
| 057922 | PATIENT MOBILITY TECH I WK | 32.6309 | 33.4703 | 34.3319 | 35.1229 | 35.9430 | 36.6753 | | | | | |
| 057923 | PATIENT MOBILITY TECH II WK | 33.8815 | 34.7529 | 35.6479 | 36.3944 | 37.1842 | 38.1063 | | | | | |
| 030373 | PATIENT MOBILITY TECHNICIAN I | 29.6644 | 30.4274 | 31.2108 | 31.9299 | 32.6755 | 33.3411 | | | | | |
| 030374 | PATIENT MOBILITY TECHNICIAN II | 30.8012 | 31.5936 | 32.4073 | 33.0857 | 33.8039 | 34.6421 | | | | | |
| 030372 | PATIENT TRANSPORTATION AIDE | 27.3396 | 28.0429 | 28.7651 | 29.2043 | 29.7997 | 30.3937 | | | | | |
| 057930 | PATIENT TRANSPORTATION AIDE WK | 30.0735 | 30.8474 | 31.6418 | 32.1248 | 32.7795 | 33.4331 | | | | | |
| 057262 | PHARMACY CASHIER | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 051392 | PHARMACY CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 050372 | PHARMACY CLERK G3 | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 057909 | PHARMACY CLERK G4 WK | 31.9110 | 32.7320 | 33.5754 | 34.2016 | 35.1111 | 36.0204 | | | | | |
| 051393 | PHARMACY CLERK SR | 30.4661 | 31.2496 | 32.0547 | 32.6530 | 33.5210 | 34.3891 | | | | | |
| 033400 | PHARMACY INTERN | 32.6921 | 33.5331 | 34.3966 | 35.0383 | 35.9691 | 36.9013 | | | | | |

153

**SEIU - United Healthcare Workers**  
**KAISER PERMANENTE**  
**Effective October 2020**  
**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

**A - Applicable to UHW Employees hired on or before 10/25/86**  
**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 058126 | PHARMACY MARKETING ASST | 31.877 | 32.6968 | 33.5381 | 34.1553 | 35.0494 | 36.6384 | | | | | |
| 057929 | PHARMACY TECHNICIAN INP WK | 36.4863 | 37.4247 | 38.3881 | 39.0937 | 40.1182 | 42.7299 | | | | | |
| 034652 | PHARMACY TECHNICIAN INPATIENT | 33.1694 | 34.0224 | 34.8982 | 35.5397 | 36.4710 | 38.8455 | | | | | |
| 034654 | PHARMACY TECHNICIAN LEAD INP | 34.8336 | 35.7297 | 36.6493 | 37.3227 | 38.3003 | 40.7935 | | | | | |
| 034655 | PHARMACY TECHNICIAN LEAD OP | 33.4760 | 34.3373 | 35.2207 | 35.8683 | 36.8081 | 38.4761 | | | | | |
| 034653 | PHARMACY TECHNICIAN OP | 31.877 | 32.6968 | 33.5381 | 34.1553 | 35.0494 | 36.6384 | | | | | |
| 057970 | PHARMACY TECHNICIAN OP WK | 35.0647 | 35.9664 | 36.8917 | 37.5708 | 38.5541 | 40.3023 | | | | | |
| 030302 | PHYSICAL THERAPY AIDE | 28.8171 | 29.5590 | 30.3201 | 30.8260 | 31.5441 | 32.2630 | | | | | |
| 030303 | PHYSICAL THERAPY AIDE SR | 30.2638 | 31.0430 | 31.8416 | 32.3732 | 33.1275 | 33.8860 | | | | | |
| 030732 | PHYSICAL THERAPY ASST I | 38.5553 | 39.5466 | 40.5641 | 41.5490 | 42.6273 | 43.6113 | | | | | |
| 030733 | PHYSICAL THERAPY ASST II | 40.8752 | 41.9269 | 43.0048 | 44.0486 | 45.1919 | 46.2349 | | | | | |
| 057931 | PHYSICAL THERAPY ASST II WK | 44.9628 | 46.1196 | 47.3051 | 48.4536 | 49.7111 | 50.8585 | | | | | |
| 057582 | PHYSICIAN'S SCHEDULE CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 034628 | POLYSOM TRAINEE/SLEEP TECH I | 34.2990 | 35.1801 | 36.0851 | 36.9168 | 37.7783 | 38.5475 | | | | | |
| 034630 | POLYSOMNOGRAPHIC TECH LEAD | 42.7486 | 43.849 | 44.9763 | 47.3489 | 49.7225 | 52.096 | 54.4695 | | | | |
| 034629 | POLYSOMNOGRAPHIC TECHNOLOGIST | 40.7075 | 41.7554 | 42.8292 | 45.0888 | 47.3494 | 49.6096 | 51.8701 | | | | |
| 057804 | PROFESSIONAL SVCS CODER I | 36.9816 | 38.0943 | 39.2407 | 40.4216 | 41.6378 | 42.8902 | | | | | |
| 057805 | PROFESSIONAL SVCS CODER II | 38.9342 | 40.1058 | 41.3124 | 42.5554 | 43.8355 | 45.1539 | | | | | |
| 057806 | PROFESSIONAL SVCS CODER III | 40.9893 | 42.2224 | 43.4926 | 44.8010 | 46.1485 | 47.5363 | | | | | |
| 030322 | PSYCHIATRIC TECHNICIAN | 37.4434 | 38.4318 | 39.4199 | 40.3802 | 41.3129 | 42.2443 | 43.1770 | | | | |
| 030323 | PSYCHIATRIC TECHNICIAN SR | 39.3213 | 40.3595 | 41.3965 | 42.4049 | 43.3838 | 44.3624 | 45.3417 | | | | |
| 034678 | RADIATION ONCOLOGY AIDE | 35.3875 | 36.2974 | 37.2309 | 38.1564 | 39.1712 | 40.0961 | | | | | |
| 034475 | RADIATION THERAPIST | 69.2626 | 71.3031 | 73.3211 | 75.6931 | 79.2665 | 83.0726 | 86.4163 | | | | |
| 034476 | RADIATION THERAPIST LEAD | 72.7316 | 74.8740 | 76.9930 | 79.4833 | 83.2355 | 87.2318 | 90.7426 | | | | |
| 034801 | RADIOLOGIC TECHNOLOGIST I | 51.4580 | | | | | | | | | | |
| 034811 | RADIOLOGIC TECHNOLOGIST I WK | 56.6038 | | | | | | | | | | |
| 034802 | RADIOLOGIC TECHNOLOGIST II | 54.0366 | 55.6613 | 57.3347 | 59.0579 | 60.8331 | 62.6618 | 64.5452 | 66.485 | 68.4829 | | |
| 034812 | RADIOLOGIC TECHNOLOGIST II WK | 59.4403 | 61.2274 | 63.0681 | 64.9637 | 66.9165 | 68.9280 | 70.9997 | 73.1334 | 75.3313 | | |
| 034803 | RADIOLOGIC TECHNOLOGIST III | 55.6613 | 57.3347 | 59.0579 | 60.8331 | 62.6618 | 64.5452 | 66.4850 | 68.4829 | 70.5408 | | |
| 034813 | RADIOLOGIC TECHNOLOGIST III WK | 61.2274 | 63.0681 | 64.9637 | 66.9165 | 68.9280 | 70.9997 | 73.1334 | 75.3313 | 77.5949 | | |
| 034804 | RADIOLOGIC TECHNOLOGIST IV | 58.4501 | 60.2071 | 62.0166 | 63.8807 | 65.8005 | 67.7780 | 69.8147 | 71.9128 | 74.0737 | | |
| 034806 | RADIOLOGIC TECHNOLOGIST LEAD | 63.2232 | 65.1235 | 67.0805 | 69.0963 | 71.1726 | 73.3112 | 75.5142 | 77.7831 | 80.1200 | | |
| 034805 | RADIOLOGIC TECHNOLOGIST V | 60.2071 | 62.0166 | 63.8807 | 65.8005 | 67.7780 | 69.8147 | 71.9128 | 74.0737 | 76.2995 | | |
| 034815 | RADIOLOGIC TECHNOLOGIST V WK | 66.2279 | 68.2183 | 70.2688 | 72.3807 | 74.5559 | 76.7963 | 79.1041 | 81.4811 | 83.9294 | | |
| 034816 | RADIOLOGIC TECHNOLOGIST WK LD | 69.5455 | 71.6358 | 73.7887 | 76.0060 | 78.2899 | 80.6423 | 83.0656 | 85.5615 | 88.1323 | | |
| 034814 | RADIOLOGIC TECHOLOGIST IV WK | 64.2954 | 66.2279 | 68.2183 | 70.2688 | 72.3807 | 74.5559 | 76.7963 | 79.1041 | 81.4811 | | |
| 051202 | RECEPTION CLERK | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |
| 050309 | RECEPTION CLERK G2 | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 050310 | RECEPTION CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 051432 | RECEPTIONIST CLINIC | 28.4208 | 29.1530 | 29.9034 | 30.5231 | 31.1972 | 31.9594 | | | | | |

154

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| **JobCode** | **Job Title** | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| 051433 | RECEPTIONIST CLINIC SR | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | |
| 051010 | REGISTERED DIETITIAN I | 48.5782 | 50.1948 | 51.7923 | 53.4087 | 55.0065 | 56.6226 | 58.2202 | | |
| 051015 | REGISTERED DIETITIAN I LEAD | 51.0129 | 52.7101 | 54.3876 | 56.0845 | 57.7624 | 59.4594 | 61.1371 | | |
| 051011 | REGISTERED DIETITIAN II | 51.2349 | 52.9253 | 54.6349 | 56.3254 | 58.0160 | 59.7251 | 61.4155 | | |
| 051012 | REGISTERED DIETITIAN II LEAD | 53.8170 | 55.6009 | 57.3657 | 59.1491 | 60.9325 | 62.6975 | 64.4811 | | |
| 051013 | REGISTERED DIETITIAN III | 53.8170 | 55.6009 | 57.3657 | 59.1491 | 60.9325 | 62.6975 | 64.4811 | | |
| 051014 | REGISTERED DIETITIAN III LEAD | 56.5139 | 58.3868 | 60.2399 | 62.1122 | 63.9852 | 65.8384 | 67.7110 | | |
| 090775 | REGL LAB SUPPORT SPECIALIST | 32.0987 | 32.9253 | 33.7727 | 34.4030 | 35.3167 | 36.2322 | | | |
| 050802 | REL OF MED INFORMATION SPEC SR | 31.6970 | 32.5129 | 33.3503 | 34.0550 | 35.0363 | 36.0961 | | | |
| 050801 | RELEASE OF MED INFO SPEC II | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | |
| 050800 | RELEASE OF MEDICAL INFO SPEC I | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | |
| 034620 | RESPIRATORY CARE PERMITTEE | 43.0016 | | | | | | | | |
| 034625 | RESPIRATORY CARE PRCT I | 47.7923 | 49.0533 | 50.3139 | 51.2930 | 52.5177 | 53.7418 | | | |
| 034621 | RESPIRATORY CARE PRCT I REG | 50.1877 | 51.5114 | 52.8347 | 53.8642 | 55.1491 | 56.4321 | | | |
| 057939 | RESPIRATORY CARE PRCT I REG WK | 55.2062 | 56.6626 | 58.1181 | 59.2506 | 60.6641 | 62.0753 | | | |
| 057938 | RESPIRATORY CARE PRCT I WK | 52.5715 | 53.9586 | 55.3453 | 56.4222 | 57.7696 | 59.1159 | | | |
| 034626 | RESPIRATORY CARE PRCT II | 50.3514 | 51.6792 | 53.0071 | 54.2300 | 56.1894 | 58.6372 | 61.0856 | | |
| 034622 | RESPIRATORY CARE PRCT II REG | 52.8751 | 54.2682 | 55.6634 | 56.9477 | 59.0045 | 61.5758 | 64.1457 | | |
| 057940 | RESPIRATORY CARE PRCT II WK | 55.3865 | 56.8471 | 58.3079 | 59.6532 | 61.8084 | 64.5011 | 67.1940 | | |
| 034627 | RESPIRATORY CARE PRCT SUPV | 55.5242 | 56.9873 | 58.4526 | 59.8013 | 61.961 | 64.6602 | 67.3589 | | |
| 057942 | RESPIRATORY CARE PRCT SUPV WK | 61.0766 | 62.6860 | 64.2978 | 65.7814 | 68.1571 | 71.1261 | 74.0947 | | |
| 030432 | RESPIRATORY SUPPLY AIDE | 30.1805 | 30.9567 | 31.7538 | 32.4847 | 33.2438 | 33.9205 | | | |
| 030433 | RESPIRATORY SUPPLY AIDE SR | 31.6952 | 32.5098 | 33.3470 | 34.1154 | 34.9117 | 35.6226 | | | |
| 057944 | RESPIRATORY SUPPLY AIDE-WK | 33.1987 | 34.0523 | 34.9292 | 35.7332 | 36.5682 | 37.3125 | | | |
| 089650 | SALES REP-TELESALES | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | | | |
| 051154 | SCHEDULE MAINTENANCE CLERK | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | |
| 051156 | SCHEDULE MAINTENANCE CLERK SR | 33.1404 | 33.9933 | 34.8673 | 35.6812 | 36.7943 | 37.9673 | | | |
| 057967 | SCHEDULE MAINTENANCE CLERK WK | 34.7123 | 35.6058 | 36.5212 | 37.3744 | 38.5398 | 39.7059 | | | |
| 051442 | SECRETARY | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | |
| 051443 | SECRETARY SR | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | |
| 051146 | SNF CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | |
| 057625 | SNF DATABASE SPECIALIST | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | |
| 030437 | SONOGRAPHER I | 60.7845 | 62.6047 | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.7832 |
| 030444 | SONOGRAPHER I LEAD | 66.8775 | 68.8844 | 70.9464 | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.279 | 85.5674 |
| 030438 | SONOGRAPHER II | 62.6047 | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 80.1053 |
| 030445 | SONOGRAPHER II LEAD | 68.8844 | 70.9464 | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.2790 | 84.7498 | 88.1313 |
| 030855 | SONOGRAPHER II WK | 68.8653 | 70.9291 | 73.0752 | 75.2616 | 77.5301 | 79.8598 | 82.2507 | 84.7233 | 88.1159 |
| 030439 | SONOGRAPHER III | 64.4811 | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 79.3436 | 82.5204 |
| 030446 | SONOGRAPHER III LEAD | 70.9464 | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.2790 | 84.7498 | 87.2951 | 90.788 |
| 057978 | SONOGRAPHER III WK | 70.9291 | 73.0752 | 75.2616 | 77.5301 | 79.8598 | 82.2507 | 84.7233 | 87.2780 | 90.7725 |

155

SEIU - United Healthcare Workers — Effective October 2020

**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030440 | SONOGRAPHER IV | 66.4320 | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 79.3436 | 81.7220 | 84.9916 | | |
| 030447 | SONOGRAPHER IV LEAD | 73.0826 | 75.2750 | 77.5418 | 79.8638 | 82.2790 | 84.7498 | 87.2951 | 89.9148 | 93.5189 | | |
| 057981 | SONOGRAPHER IV WK | 73.0751 | 75.2617 | 77.5300 | 79.8598 | 82.2507 | 84.7233 | 87.2780 | 89.8943 | 93.4907 | | |
| 030436 | SONOGRAPHER TECHNICIAN | 57.3286 | 59.0565 | 60.8399 | 62.6607 | 64.5370 | 66.4875 | 68.4754 | 70.5378 | 72.6555 | 74.8476 | 77.096 |
| 030435 | SONOGRAPHER TRAINEE | 52.1081 | | | | | | | | | | |
| 030441 | SONOGRAPHER V | 68.4197 | 70.4818 | 72.5998 | 74.7734 | 77.0212 | 79.3436 | 81.722 | 84.1741 | 87.5553 | | |
| 030448 | SONOGRAPHER V LEAD | 75.2750 | 77.5418 | 79.8638 | 82.279 | 84.7498 | 87.2951 | 89.9148 | 92.6087 | 96.3238 | | |
| 057983 | SONOGRAPHER V WK | 75.2616 | 77.5300 | 79.8597 | 82.2508 | 84.7234 | 87.2779 | 89.8942 | 92.5914 | 96.3108 | | |
| 021003 | STAFF ASSISTANT | 31.2078 | 32.0113 | 32.8351 | 33.4475 | 34.3367 | 35.2263 | | | | | |
| 021005 | STAFF ASSISTANT SR | 32.9175 | 33.7644 | 34.6328 | 35.4857 | 36.7272 | 37.9673 | | | | | |
| 021006 | STAFF ASSISTANT WKEND | 34.3285 | 35.2124 | 36.1186 | 36.7923 | 37.7704 | 38.7489 | | | | | |
| 057872 | STAFFING CLERK | 30.1821 | 30.9594 | 31.7565 | 32.4280 | 33.3588 | 34.2883 | | | | | |
| 090314 | STERILE PROC TECH CERT SR | 34.2990 | 35.1801 | 36.0851 | 36.9168 | 37.7783 | 38.5475 | | | | | |
| 090313 | STERILE PROC TECH II CERT | 32.6601 | 33.4996 | 34.3613 | 35.1534 | 35.9735 | 36.7069 | | | | | |
| 057946 | STERILE PROC TECH II CERT WK | 35.9259 | 36.8495 | 37.7973 | 38.6688 | 39.5708 | 40.3775 | | | | | |
| 090312 | STERILE PROCESSING TECH I | 31.3992 | 32.2066 | 33.0357 | 33.7971 | 34.5853 | 35.2897 | | | | | |
| 057945 | STERILE PROCESSING TECH I WK | 34.5392 | 35.4274 | 36.3393 | 37.1767 | 38.0440 | 38.8184 | | | | | |
| 054002 | STOREKEEPER | 28.3399 | 29.0694 | 29.8178 | 30.5919 | 31.3681 | | | | | | |
| 094013 | STOREKEEPER CHIEF | 31.7685 | 32.5862 | 33.4243 | 34.3327 | 35.1234 | | | | | | |
| 094011 | STOREKEEPER I | 28.8768 | 29.6200 | 30.3828 | 31.1714 | 31.9617 | | | | | | |
| 057950 | STOREKEEPER I WK | 31.7644 | 32.5821 | 33.4213 | 34.2885 | 35.1578 | | | | | | |
| 094012 | STOREKEEPER II | 29.3422 | 30.0979 | 30.8721 | 31.6573 | 32.7396 | | | | | | |
| 057951 | STOREKEEPER II WK | 32.2765 | 33.1076 | 33.9594 | 34.8229 | 36.0135 | | | | | | |
| 050341 | SUBPOENA CLERK G4 | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.746 | | | | | |
| 090315 | SUPPLY CHAIN TECHNICIAN | 31.3992 | 32.2066 | 33.0357 | 33.7971 | 34.5853 | 35.2897 | | | | | |
| 057874 | SUPPORT SERVICES REP | 31.5567 | 32.3689 | 33.2011 | 33.9766 | 35.0363 | 36.0961 | | | | | |
| 057875 | SUPPORT SERVICES REP SR | 33.1404 | 33.9928 | 34.8673 | 35.6810 | 36.7943 | 37.9066 | | | | | |
| 057958 | SUPPORT SERVICES REP WK | 34.7123 | 35.6058 | 36.5212 | 37.3744 | 38.5398 | 39.7059 | | | | | |
| 024705 | SUPV CYTO HISTO TECHNOLOGIST | 68.2073 | 70.0047 | 71.8012 | 74.8189 | 77.2906 | 78.7411 | 81.8953 | | | | |
| 057662 | SURGERY APPOINTMENT CLERK | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 057663 | SURGERY APPOINTMENT CLERK SR | 30.4661 | 31.2496 | 32.05470 | 32.6530 | 33.5210 | 34.3891 | | | | | |
| 030712 | SURGICAL ASST | 44.1403 | 45.2751 | 46.4383 | 47.6446 | 49.0782 | 50.7373 | 52.7713 | | | | |
| 030711 | SURGICAL ASST CERTIFIED | 45.2465 | 46.4094 | 47.6027 | 48.8386 | 50.3082 | 52.0082 | 54.0931 | | | | |
| 030714 | SURGICAL ASST CERTIFIED SR | 47.5145 | 48.7357 | 49.9886 | 51.2864 | 52.8290 | 54.6147 | 56.8037 | | | | |
| 030713 | SURGICAL ASST SR | 46.3531 | 47.5441 | 48.7665 | 50.0326 | 51.5378 | 53.2804 | 55.4160 | | | | |
| 051161 | SURGICAL PREADMIT SECRETARY | 29.0098 | 29.7563 | 30.5231 | 31.0923 | 31.9192 | 32.7460 | | | | | |
| 030312 | SURGICAL TECHNICIAN | 41.1416 | 42.1997 | 43.2840 | 44.3596 | 45.5389 | 46.6138 | 48.4829 | | | | |
| 030313 | SURGICAL TECHNICIAN SR | 43.2041 | 44.3150 | 45.4543 | 46.5833 | 47.8215 | 48.9499 | 50.9129 | | | | |
| 030309 | SURGICAL TECHNICIAN TRAINEE | 39.9036 | | | | | | | | | | |
| 057954 | SURGICAL TECHNICIAN TRN WK | 43.8941 | | | | | | | | | | |

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---------|-----------|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|---------|
| 057955 | SURGICAL TECHNICIAN WK | 45.2558 | 46.4197 | 47.6126 | 48.7954 | 50.0930 | 51.2754 | 53.3311 | | | | |
| 057956 | SURGICAL TECHNICIAN WK SR | 47.5246 | 48.7465 | 49.9997 | 51.2417 | 52.6036 | 53.8449 | 56.0043 | | | | |
| 089656 | TEAM LEAD MS & F | 40.5095 | 41.5506 | 42.6186 | 43.4709 | 44.6358 | 45.8143 | | | | | |
| 051183 | TELESERVICE REP | 29.2672 | 30.0209 | 30.7936 | 31.4316 | 32.1261 | 32.9105 | | | | | |
| 051186 | TELESERVICE REP DESKTOP MED | 29.2672 | 30.0209 | 30.7936 | 31.4316 | 32.1261 | 32.9105 | | | | | |
| 051184 | TELESERVICE REP WK | 32.1942 | 33.0229 | 33.8729 | 34.5748 | 35.3386 | 36.2015 | | | | | |
| 051481 | TRANSCRIPTION CLERK | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 057910 | TRANSCRIPTION CLERK II WK | 30.6153 | 31.4039 | 32.2122 | 32.7532 | 33.5209 | 34.2886 | | | | | |
| 072102 | TRUCK DRIVER | 42.0433 | 43.1240 | 44.2325 | 45.1282 | 46.0252 | 47.0047 | | | | | |
| 072104 | TRUCK DRIVER FORMAN | 44.3144 | 45.4541 | 46.6221 | 47.5182 | 48.4118 | 49.3911 | | | | | |
| 051512 | UNIT ASST | 29.9009 | 30.6703 | 31.4600 | 32.1186 | 32.8158 | 33.6295 | | | | | |
| 051513 | UNIT ASST SR | 31.4017 | 32.2097 | 33.0392 | 33.7302 | 34.4622 | 35.3169 | | | | | |
| 057913 | UNIT ASST WK | 32.8912 | 33.7373 | 34.6061 | 35.3305 | 36.0974 | 36.9923 | | | | | |
| 030201 | VISION SERVICES ASST I | 29.3111 | 30.0659 | 30.8396 | 31.5479 | 32.2564 | 32.8327 | | | | | |
| 090942 | VISION SERVICES ASST I LVN | 40.6419 | | | | | | | | | | |
| 030202 | VISION SERVICES ASST II | 31.8027 | 32.6213 | 33.4607 | 34.2291 | 34.9975 | 35.6227 | | | | | |
| 090943 | VISION SERVICES ASST II LVN | 40.6419 | | | | | | | | | | |
| 057492 | VITAL STATISTICS CLERK | 27.8320 | 28.5490 | 29.2837 | 29.7757 | 30.4735 | 31.1715 | | | | | |
| 084002 | WAREHOUSE PERSON | 36.3647 | 37.2999 | 38.2594 | 39.1547 | 40.0511 | 41.0310 | | | | | |
| 074004 | WAREHOUSE PERSON LEAD | 38.1889 | 39.1701 | 40.1776 | 41.1182 | 42.0599 | 43.0882 | | | | | |
| 057643 | WORKFLOW QUALITY COORD AACC | 31.0330 | 31.8320 | 32.6510 | 33.3275 | 34.0634 | 34.8955 | | | | | |
| 084112 | YARDKEEPER | 28.0455 | 28.7665 | 29.5070 | 30.2828 | 31.0576 | | | | | | |

*SR/LEAD Grades Refer to the Promotion to Senior, Lead, Chief or Supervisor language in the SEIU-UHW Collective Bargaining Agreement on page 42

An Employee promoted to a senior, lead, chief or (in the bargaining unit) supervisor shall receive a minimum increase of the next higher step of the wage scale in the new classification which will provide an increase of at least five (5) percent above his/her former rate.

157



SEIU - United Healthcare Workers Effective October 1, 2021

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| JobCode | Job Title | | | | | | | | | | | |
| 034484 | 3D IMAGING ANALYST | 53.0017 | 54.5955 | 56.237 | 57.9275 | 59.6687 | 61.4626 | 63.3100 | | | | |
| 059132 | ACCOUNT REP | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 051142 | ADMITTING CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051141 | ADMITTING CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | |
| 050304 | ADMITTING REP | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051143 | ADMITTING REP SR | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 057901 | ADMITTING REP V WK | 34.1963 | 35.0770 | 35.9800 | 36.7409 | 37.7955 | 38.8487 | | | | | |
| 034404 | ALLERGY CENTRAL LAB ASST SUPV | 36.0499 | 36.9777 | 37.9287 | 38.6621 | 39.7120 | 40.7320 | | | | | |
| 034402 | ALLERGY TECHNICIAN | 32.6878 | 33.5290 | 34.3913 | 35.0564 | 36.0086 | 36.9338 | | | | | |
| 034403 | ALLERGY TECHNICIAN SR | 34.3285 | 35.2114 | 36.1166 | 36.8156 | 37.8147 | 38.7864 | | | | | |
| 051144 | AMBULANCE SERVICES CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 057816 | AMBULATORY CODER | 38.0910 | 39.2371 | 40.4179 | 41.6342 | 42.8869 | 44.1769 | | | | | |
| 030422 | ANESTHESIA SUPPLY AIDE | 29.6611 | 30.4240 | 31.2074 | 31.9263 | 32.6720 | 33.3375 | | | | | |
| 030423 | ANESTHESIA SUPPLY AIDE SR | 31.1500 | 31.9512 | 32.7739 | 33.5287 | 34.3118 | 35.0102 | | | | | |
| 030773 | ANESTHESIA TECHNICAL ASST SR | 39.6540 | 40.6739 | 41.7193 | 42.7559 | 43.8931 | 44.9288 | | | | | |
| 057980 | ANESTHESIA TECHNICAL ASST WK | 41.5357 | 42.6049 | 43.6997 | 44.7857 | 45.9768 | 47.0616 | | | | | |
| 051152 | APPOINTMENTS CLERK | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 050306 | APPOINTMENTS CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051153 | APPOINTMENTS CLERK SR | 30.7426 | 31.5345 | 32.3459 | 33.0163 | 33.7457 | 34.5697 | | | | | |
| 030704 | ASL INTERPRETER | 61.3540 | 62.8909 | 64.4278 | 65.9648 | 67.5015 | 69.0384 | 70.5753 | | | | |
| 021002 | ASSOC STAFF ASST | 27.2327 | | | | | | | | | | |
| 030736 | ATHLETIC TRAINER CERTIFIED | 38.9777 | 39.9804 | 40.9829 | 41.8046 | 42.6434 | 43.4989 | | | | | |
| 034425 | BONE DENSITOMETRY TECHNICIAN | 34.4237 | 35.3090 | 36.2166 | 37.2693 | 38.7838 | 39.9020 | | | | | |
| 034426 | BONE DENSITOMETRY TECH SR | 36.1509 | 37.0807 | 38.0338 | 39.1387 | 40.7808 | 42.2053 | | | | | |
| 050343 | BUS OFFICE CLERK CLINIC G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 050344 | BUS OFFICE CLERK CLINIC G5 | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 057392 | BUSINESS OFFICE CLERK CLINIC | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051223 | BUSINESS OFFICE CLERK SR | 34.1346 | 35.0131 | 35.9133 | 36.7516 | 37.8981 | 39.1063 | | | | | |
| 050319 | BUSINESS OFFICE FLOAT CLERK G6 | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 051583 | BUSINESS REP | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 030307 | CARDIAC DEVICE TECHNICIAN | 37.0426 | 37.9288 | 38.8372 | 39.8886 | 41.4023 | 42.5206 | | | | | |
| 030308 | CARDIAC DEVICE TECHNICIAN SR | 38.9013 | 39.8308 | 40.7847 | 41.8890 | 43.4790 | 44.8229 | | | | | |
| 035404 | CARDIOVASCULAR ANESTHESIA TECH | 44.3730 | 45.5139 | 46.6844 | 48.2991 | 50.7198 | 53.1400 | | | | | |
| 035405 | CARDIOVASCULAR ANESTHESIA TECH SR | 46.5918 | 47.7896 | 49.0186 | 50.7142 | 53.2558 | 55.7970 | | | | | |
| 035402 | CARDIOVASCULAR TECHNICIAN | 51.4995 | 53.0487 | 54.6436 | 56.1510 | 57.7535 | 59.3839 | | | | | |
| 035403 | CARDIOVASCULAR TECHNICIAN SR | 60.6536 | 62.4771 | 64.3551 | 65.9660 | 67.6193 | 69.3122 | | | | | |
| 090833 | CARE PARTNER | 29.9458 | 30.7160 | 31.5072 | 32.2330 | 32.9861 | 33.6576 | | | | | |
| 090936 | CARE PARTNER LVN | 41.8612 | | | | | | | | | | |
| 057975 | CARE PARTNER WK | 32.9406 | 33.7876 | 34.6577 | 35.4562 | 36.2848 | 37.0235 | | | | | |
| 051162 | CASH BATCH CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 057272 | CASH CHARGE BATCH CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |



B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | | | | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | | | | | | | | | | | | |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | | | |
| JobCode | Job Title | | | | | | | | | | | | | | |
| 050389 | CASHIER RCPNST SCHD IMAGING SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | | | | |
| 050388 | CASHIER RCPNST SCHED IMAGING | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | | | | |
| 051502 | CASHIER RECEPTIONIST | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | | | | |
| 057902 | CASHIER RECEPTIONIST G3 WK | 32.2007 | 33.0302 | 33.8806 | 34.5827 | 35.3462 | 36.2100 | | | | | | | | |
| 050326 | CASHIER RECEPTIONIST G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | | | | |
| 051503 | CASHIER RECEPTIONIST SR | 30.7426 | 31.5345 | 32.3459 | 33.0163 | 33.7457 | 34.5697 | | | | | | | | |
| 057982 | CASHIER RECP SCHDLR IMG WKEND | 32.8683 | 33.7140 | 34.5827 | 35.2276 | 36.1644 | 37.1010 | | | | | | | | |
| 057192 | CENTRAL APPOINTMENTS CLERK | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | | | | |
| 090311 | CENTRAL SUPPLY TECHNICIAN | 29.6611 | 30.4240 | 31.2074 | 31.9263 | 32.6720 | 33.3375 | | | | | | | | |
| 030701 | CERT HEALTHCARE INTERPRETER | 33.3368 | 34.1152 | 34.9288 | 35.7604 | 36.6098 | 37.4769 | 38.3790 | | | | | | | |
| 030705 | CERT HEALTHCARE INTPR LEAD | 35.0096 | 35.8269 | 36.6814 | 37.5546 | 38.4463 | 39.3564 | 40.3039 | | | | | | | |
| 030703 | CERT INTERPRETER TRANSLATOR | 35.0883 | 35.9196 | 36.7691 | 37.6534 | 38.5380 | 39.4580 | 40.4136 | | | | | | | |
| 030702 | CERT MULTILINGUAL INTERPRETER | 34.3097 | 35.0883 | 35.9021 | 36.7337 | 37.5827 | 38.4496 | 39.3520 | | | | | | | |
| 051622 | CHART ROOM TROUBLER CLERK | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | | | | |
| 051264 | CHRONIC COND MGMT PROG ASST | 33.9050 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | | | | |
| 051231 | CLAIMS ADJ & RWK RESOLUTN LEAD | 35.6002 | 36.5163 | 37.4554 | 38.3777 | 39.7205 | 41.0617 | | | | | | | | |
| 051230 | CLAIMS ADJUD REWORK & RESOLUTN | 33.9050 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | | | | |
| 051228 | CLAIMS ADJUDICATOR I | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | | | | |
| 051229 | CLAIMS ADJUDICATOR II | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | | | | |
| 051234 | CLAIMS ADJUSTER LEAD | 33.9050 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | | | | |
| 050352 | CLERK G1 | 27.5051 | 28.2138 | 28.9400 | 29.3930 | 30.0060 | 30.6173 | | | | | | | | |
| 050353 | CLERK G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | | | | |
| 057903 | CLERK G2 WK | 31.5338 | 32.3460 | 33.1786 | 33.7358 | 34.5265 | 35.3173 | | | | | | | | |
| 050354 | CLERK G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | | | | |
| 050358 | CLERK G3 SR | 30.1062 | 30.8814 | 31.6765 | 32.2084 | 32.9630 | 33.7182 | | | | | | | | |
| 057905 | CLERK G3 WK | 32.2007 | 33.0302 | 33.8806 | 34.5827 | 35.3462 | 36.2100 | | | | | | | | |
| 051232 | CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | | | | |
| 050359 | CLERK G4 SR | 30.7426 | 31.5345 | 32.3459 | 33.0163 | 33.7457 | 34.5697 | | | | | | | | |
| 050355 | CLERK G5 | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | | | | |
| 050356 | CLERK G6 | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | | | | |
| 050360 | CLERK G6 SR | 32.6479 | 33.4883 | 34.3508 | 35.0767 | 36.0874 | 37.1790 | | | | | | | | |
| 050361 | CLERK G7 SR | 34.1346 | 35.0131 | 35.9133 | 36.7516 | 37.8981 | 39.1063 | | | | | | | | |
| 051233 | CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | | | | |
| 051242 | CLERK TYPIST | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | | | | |
| 050314 | CLERK TYPIST G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | | | | |
| 050315 | CLERK TYPIST G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | | | | |
| 051253 | CLINICAL DATA SPECIALIST | 34.4223 | 35.2947 | 36.1893 | 37.1713 | 38.5738 | 39.9755 | | | | | | | | |
| 030794 | CLINICAL HEALTH EDUCATOR I | 41.1638 | 42.1958 | 43.2534 | 44.3377 | 45.4492 | 46.5884 | 47.7562 | | | | | | | |
| 030796 | CLIN HEALTH EDUCATION I LEAD | 43.2278 | 44.3114 | 45.4221 | 46.5608 | 47.7277 | 48.9242 | 50.1497 | | | | | | | |
| 030795 | CLINICAL HEALTH EDUCATOR II | 43.6407 | 44.7345 | 45.8558 | 47.0053 | 48.1834 | 49.3909 | 50.6288 | | | | | | | |
| 030797 | CLIN HEALTH EDUCATION II LEAD | 45.8284 | 46.9772 | 48.1544 | 49.3615 | 50.5985 | 51.8666 | 53.1659 | | | | | | | |

159

SEIU - United Healthcare Workers — Effective October 1, 2021

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | A: Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | B1: Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| **JobCode** | **Job Title** | | | | | | | | | | | |
| 053102 | COMMUNICATION OPERATOR | 29.2181 | 29.9702 | 30.7417 | 31.2586 | 31.9910 | 32.4516 | 33.5639 | | | | |
| 053193 | COMMUNICATION OPERATOR SR | 30.6848 | 31.4748 | 32.2842 | 32.8270 | 33.5966 | 34.0800 | 35.248 | | | | |
| 057960 | COMMUNICATION OPERATOR WK | 32.1398 | 32.9672 | 33.8159 | 34.3845 | 35.1901 | 35.6965 | 36.9202 | | | | |
| 050506 | CONTINUUM SERVICES CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 024741 | CYTOGENETIC TECHNOLOGIST I | 60.2867 | 61.8755 | 63.4658 | 64.3069 | 66.5726 | 68.7914 | 71.5478 | | | | |
| 024742 | CYTOGENETIC TECHNOLOGIST II | 62.2840 | 63.9262 | 65.5683 | 66.8311 | 69.0496 | 71.5023 | 74.3667 | | | | |
| 024743 | CYTOGENETIC TECHNOLOGIST III | 64.4147 | 66.1134 | 67.8118 | 69.3056 | 71.8523 | 74.3522 | 77.3312 | | | | |
| 024744 | CYTOGENETIC TECHNOLOGIST SR | 67.6413 | 69.4249 | 71.2084 | 72.7768 | 75.4506 | 78.0759 | 81.2038 | | | | |
| 024740 | CYTOGENETIC TECHNOLOGIST TRNEE | 46.9729 | 48.9553 | | | | | | | | | |
| 024704 | CYTOTECHNOLOGIST CHIEF | 69.4960 | 71.3284 | 73.1601 | 74.7284 | 77.3398 | 80.0311 | 83.2371 | | | | |
| 024701 | CYTOTECHNOLOGIST I | 60.2867 | 61.8755 | 63.4658 | 64.3069 | 66.5726 | 68.7914 | 71.5478 | | | | |
| 024702 | CYTOTECHNOLOGIST II | 62.2840 | 63.9262 | 65.5683 | 66.8311 | 69.0496 | 71.5023 | 74.3667 | | | | |
| 024703 | CYTOTECHNOLOGIST III | 64.4147 | 66.1134 | 67.8118 | 69.3056 | 71.8523 | 74.3522 | 77.3312 | | | | |
| 024707 | CYTOTECHNOLOGIST III QC | 66.1811 | 67.9261 | 69.6701 | 71.1642 | 73.6513 | 76.2143 | 79.2678 | | | | |
| 057482 | DATA CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 030442 | DEDICATED SPECLTY SONOGRAPHER I | 64.4828 | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 82.5085 | | |
| 030449 | DEDICATED SPECLTY SONOGRPHER I LD | 70.9509 | 73.0748 | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 90.7752 | | |
| 030443 | DEDICATED SPECLTY SONOGRAPHER II | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 81.7239 | 84.996 | | |
| 030450 | DEDICATED SPECLTY SONOGRPHER II LD | 73.0748 | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 89.914 | 93.5116 | | |
| 090701 | DENTAL ASST REGISTERED | 32.0584 | 32.8836 | 33.7298 | 34.5046 | 35.2794 | 35.9092 | | | | | |
| 090700 | DENTAL ASST REGISTERED SR | 33.6614 | 34.5278 | 35.4163 | 36.2298 | 37.0433 | 37.7047 | | | | | |
| 057172 | DEPARTMENTAL CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 050380 | DEPARTMENTAL CLERK G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 050381 | DEPARTMENTAL CLERK G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 057962 | DEPARTMENTAL CLERK G4 WK | 32.8683 | 33.7140 | 34.5827 | 35.2276 | 36.1644 | 37.1010 | | | | | |
| 050382 | DEPARTMENTAL CLERK G5 | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051562 | DEPOSIT CASHIER | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051482 | DEPT SECRETARY | 32.1440 | 32.9716 | 33.8202 | 34.4509 | 35.3668 | 36.2831 | | | | | |
| 051004 | DIETETIC TECHNICIAN ELIGIBLE | 35.8571 | | | | | | | | | | |
| 051002 | DIETETIC TECHNICIAN REG | 37.7505 | 38.8221 | 39.9127 | 41.0234 | 42.2093 | 43.3765 | 44.6011 | | | | |
| 051017 | DIETITIAN ELIGIBLE | 47.5279 | | | | | | | | | | |
| 051315 | DIGITAL IMAGING LIBRARIAN | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051316 | DIGITAL IMAGING LIBRARIAN LEAD | 30.7426 | 31.5345 | 32.3459 | 33.0163 | 33.7457 | 34.5697 | | | | | |
| 051317 | DIGITAL IMAGING LIBRARIAN WK | 32.2007 | 33.0302 | 33.8806 | 34.5827 | 35.3462 | 36.2100 | | | | | |
| 051145 | DME CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051148 | DME COORD | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 057817 | E&M/SPECIALTY CODER | 40.1022 | 41.3090 | 42.5518 | 43.8321 | 45.1506 | 46.5085 | | | | | |
| 051662 | ED CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051663 | ED CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | |
| 057974 | ED CLERK SR WK | 34.5183 | 35.4057 | 36.3181 | 36.9957 | 37.9794 | 38.9628 | | | | | |
| 057818 | ED CODER | 40.1022 | 41.3090 | 42.5518 | 43.8321 | 45.1506 | 46.5085 | | | | | |

 KAISER PERMANENTE

160

SEIU - United Healthcare Workers — Effective 1 October 2021

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

KAISER PERMANENTE

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 034432 | EEG TECHNOLOGIST I | 39.3498 | 40.3621 | 41.3999 | 42.5223 | 44.5429 | 46.3385 | 48.4290 | | | | |
| 034433 | EEG TECHNOLOGIST II | 41.6971 | 42.7691 | 43.8691 | 44.9905 | 47.2350 | 49.4788 | 51.7109 | | | | |
| 034434 | EEG TECHNOLOGIST II WKEND | 45.8667 | 47.0461 | 48.2560 | 49.4896 | 51.9586 | 54.4266 | 56.8822 | | | | |
| 034422 | EKG TECHNICIAN | 34.4237 | 35.3090 | 36.2166 | 37.2693 | 38.7838 | 39.9020 | | | | | |
| 034423 | EKG TECHNICIAN SR | 36.1509 | 37.0807 | 38.0338 | 39.1387 | 40.7808 | 42.2053 | | | | | |
| 057915 | EKG TECHNICIAN WK | 37.8661 | 38.8400 | 39.8382 | 40.9961 | 42.6623 | 43.8921 | | | | | |
| 057143 | ELIGIBILITY SPECIALIST | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 030314 | EMERGENCY DEPT TECHNICIAN I | 30.1904 | 30.9679 | 31.7648 | 32.4943 | 33.2241 | 33.8177 | | | | | |
| 030324 | EMERGENCY DEPT TECHNICIAN II | 35.7320 | 36.6509 | 37.5942 | 38.5287 | 39.553 | 40.4874 | | | | | |
| 090935 | EMERGENCY DEPT TECHNICIAN LVN | 41.8612 | | | | | | | | | | |
| 034681 | ESTHETICIAN | 41.0964 | 42.2505 | 43.4367 | 44.6564 | 45.9099 | 47.1988 | | | | | |
| 057811 | EVALUATION & MANAGEMENT CODER | 35.4391 | 36.3512 | 37.2860 | 38.1560 | 39.3461 | 40.5358 | | | | | |
| 051312 | FILE CLERK | 27.5051 | 28.2138 | 28.9400 | 29.3930 | 30.0060 | 30.6173 | | | | | |
| 057906 | FILE CLERK G1 WK | 30.2559 | 31.0354 | 31.8339 | 32.3322 | 33.0067 | 33.6789 | | | | | |
| 050362 | FILE CLERK G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 050363 | FILE CLERK G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 050364 | FILE CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051313 | FILE CLERK SR | 30.1062 | 30.8814 | 31.6765 | 32.2084 | 32.963 | 33.7182 | | | | | |
| 090842 | GARAGE PARKING ATTENDANT | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 084102 | GARDENER | 31.7267 | 32.5436 | 33.3799 | 34.1935 | 35.0075 | | | | | | |
| 084103 | GARDENER SR | 34.2091 | 35.0888 | 35.9916 | 36.8126 | 37.6271 | | | | | | |
| 034007 | HEALTH ED ASST | 29.9648 | 30.7348 | 31.5248 | 32.1553 | 33.0172 | 33.8886 | | | | | |
| 055051 | HEALTH EDUCATION CLERK | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 030785 | HEALTH EDUCATOR I | 41.1638 | 42.1958 | 43.2534 | 44.3377 | 45.4492 | 46.5884 | 47.7562 | | | | |
| 030787 | HEALTH EDUCATOR I LEAD | 43.2278 | 44.3114 | 45.4221 | 46.5608 | 47.7277 | 48.9242 | 50.1497 | | | | |
| 030786 | HEALTH EDUCATOR II | 43.6407 | 44.7345 | 45.8558 | 47.0053 | 48.1834 | 49.3909 | 50.6288 | | | | |
| 030788 | HEALTH EDUCATOR II LEAD | 45.8284 | 46.9772 | 48.1544 | 49.3615 | 50.5985 | 51.8666 | 53.1659 | | | | |
| 057812 | HEALTH INFORMATION CODER I | 43.0831 | 45.0685 | 47.2795 | 50.1444 | 52.6483 | 55.2656 | | | | | |
| 057813 | HEALTH INFORMATION CODER II | 47.8884 | 50.0765 | 52.5358 | 55.7169 | 58.4916 | 61.4238 | 64.5088 | | | | |
| 057814 | HEALTH INFORMATION CODER III | 51.4752 | 53.8445 | 56.4833 | 59.9128 | 62.8906 | 66.0488 | 69.3655 | | | | |
| 057810 | HEALTH INFORMATION CODER TRN | 35.4391 | | | | | | | | | | |
| 089646 | HEALTH PLAN REP | 30.7358 | 31.3504 | 32.1907 | 33.0405 | 33.8666 | 34.7132 | | | | | |
| 089647 | HEALTH PLAN REP SR | 33.5112 | 34.3724 | 35.2558 | 35.9609 | 36.9245 | 37.8995 | | | | | |
| 090302 | HH AIDE | 30.0966 | 30.8717 | 31.6666 | 32.3848 | 33.1310 | 33.7966 | | | | | |
| 090937 | HH AIDE LVN | 41.8612 | | | | | | | | | | |
| 051492 | HH CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 057911 | HH CLERK G4 WK | 32.8683 | 33.7140 | 34.5827 | 35.2276 | 36.1644 | 37.1010 | | | | | |
| 057815 | HIM OUTPATIENT/AMBL CODER | 40.1022 | 41.3090 | 42.5518 | 43.8321 | 45.1506 | 46.5085 | | | | | |
| 051301 | HIM REP I | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 051302 | HIM REP II | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051303 | HIM SPECIALIST | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |

161

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | | | | | | | |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| JobCode | Job Title | | | | | | | | | | | |
| 051304 | HIM SPECIALIST LEAD | 34.1346 | 35.0131 | 35.9133 | 36.7516 | 37.8981 | 39.1063 | | | | | |
| 051308 | HIM SPECIALIST WK | 35.7537 | 36.6740 | 37.6168 | 38.4956 | 39.6960 | 40.8971 | | | | | |
| 034452 | HISTOLOGIC TECHNICIAN I | 45.9899 | 47.2026 | 48.4161 | 49.4075 | 50.1897 | 50.8499 | 52.8887 | | | | |
| 034453 | HISTOLOGIC TECHNICIAN II | 49.7744 | 51.0875 | 52.4004 | 53.7624 | 54.6687 | 55.2882 | 57.5045 | | | | |
| 034462 | HISTOLOGIC TECHNICIAN SUPV | 55.0875 | 56.5405 | 57.9934 | 59.4387 | 60.5942 | 61.4612 | 63.9246 | | | | |
| 034450 | HISTOLOGIC TECHNICIAN TRAINEE | 38.4727 | 39.4868 | 40.5028 | 41.1820 | 42.1463 | 43.1107 | 44.8397 | | | | |
| 057819 | HOSPITAL OUTPATIENT CODER | 43.0831 | 45.0685 | 47.2795 | 50.1444 | 52.6483 | 55.2656 | | | | | |
| 092312 | HOUSEKEEPING AIDE | 28.8611 | 29.6041 | 30.3659 | 31.1649 | 31.9635 | | | | | | |
| 057917 | HOUSEKEEPING AIDE HEAD WK | 33.3413 | 34.1995 | 35.0792 | 36.0015 | 36.9241 | | | | | | |
| 057916 | HOUSEKEEPING AIDE WK | 31.7472 | 32.5646 | 33.4023 | 34.2814 | 35.1599 | | | | | | |
| 092314 | HOUSEKEEPING HEAD AIDE | 30.3102 | 31.0904 | 31.8901 | 32.7287 | 33.5674 | | | | | | |
| 090708 | IMAGING ASSISTANT | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 090714 | IMAGING ASSISTANT SR | 30.7372 | 31.5290 | 32.3405 | 33.0109 | 33.7397 | 34.5640 | | | | | |
| 090938 | IMAGING ASST WK | 32.2007 | 33.0302 | 33.8806 | 34.5827 | 35.3462 | 36.2100 | | | | | |
| 090707 | IMAGING TECHNICIAN AIDE | 30.1904 | 30.9679 | 31.7648 | 32.4943 | 33.2241 | 33.8177 | | | | | |
| 090709 | IMAGING TECHNICIAN AIDE SR | 31.7060 | 32.5225 | 33.3588 | 34.1251 | 34.8910 | 35.5145 | | | | | |
| 090710 | IMAGING TECHNICIAN AIDE WK | 33.2096 | 34.0647 | 34.9412 | 35.7438 | 36.5466 | 37.1995 | | | | | |
| 090941 | IMAGING TECHNICIAN AIDE-LVN | 41.8612 | | | | | | | | | | |
| 090948 | IMAGING TECHNICIAN AIDE-LVN-WK | 46.0473 | | | | | | | | | | |
| 038103 | INAVASIVE CARDIO SPEC LEAD | 65.1199 | 67.0772 | 69.0929 | 71.1692 | 73.3078 | 75.5105 | 77.7796 | | | | |
| 051582 | INDUSTRIAL REPORT BILLING | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 057820 | INPATIENT CODER | 47.8884 | 50.0765 | 52.5358 | 55.7169 | 58.4916 | 61.4238 | 64.5088 | | | | |
| 057522 | INTAKE CLAIMS CASHIER | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 050345 | INTAKE CLAIMS CASHIER G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 038102 | INVASIVE CARDIOVASCULAR SPEC | 62.0133 | 63.8771 | 65.7971 | 67.7745 | 69.8113 | 71.9091 | 74.0702 | | | | |
| 057132 | INVENTORY CONTROL CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 050378 | INVENTORY CONTROL CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 090917 | KPPAAC ACTIVITY ASST | 27.5051 | 28.2138 | 28.9400 | 30.0060 | 31.9153 | 33.7131 | | | | | |
| 090901 | KPPAAC BUSINESS OFFICE CLERK | 24.8470 | 25.4871 | 26.1436 | 26.6967 | 27.4640 | 28.2299 | | | | | |
| 090939 | KPPAAC CERT NURSING ASST LVN | 41.8612 | | | | | | | | | | |
| 090908 | KPPAAC CERTIFIED NURSING ASST | 23.2650 | 24.2004 | 25.1554 | 26.1705 | 27.2254 | 28.1407 | | | | | |
| 090905 | KPPAAC ENVIRONMENTAL SVCS AIDE | 19.7429 | 20.5388 | 21.3743 | 22.2303 | 23.1257 | 24.0610 | | | | | |
| 090926 | KPPAAC EVS AID- WK | 21.7172 | 22.5927 | 23.5117 | 24.4533 | 25.4382 | 26.4671 | | | | | |
| 090906 | KPPAAC LEAD EVS | 20.7179 | 21.5535 | 22.4489 | 23.3445 | 24.2801 | 25.2553 | | | | | |
| 090911 | KPPAAC LICENSED VOC NURSE | 41.8612 | 42.9663 | 44.0710 | 45.1440 | 46.1865 | 47.2274 | 48.2696 | | | | |
| 090923 | KPPAAC NUTRITION CLERK | 20.5964 | 21.4253 | 22.2870 | 23.1835 | 24.1154 | 25.0845 | | | | | |
| 090904 | KPPAAC NUTRITIONAL AIDE | 20.3397 | 21.1578 | 22.0087 | 22.8939 | 23.8144 | 24.7716 | | | | | |
| 090910 | KPPAAC RECEPTIONIST | 24.8173 | 25.4569 | 26.1124 | 26.5516 | 27.1742 | 27.5658 | | | | | |
| 090909 | KPPAAC RECORDS CLERK | 25.9772 | 26.6483 | 27.3347 | 27.9732 | 28.8456 | 29.7314 | | | | | |
| 090913 | KPPAAC REHABILITATION AIDE | 23.2650 | 24.2004 | 25.1554 | 26.1705 | 27.2254 | 28.1407 | | | | | |
| 090918 | KPPAAC RESPIRATORY CARE PRCT I | 49.2261 | 50.5249 | 51.8233 | 52.8318 | 54.0932 | 55.3541 | | | | | |

SEIU - United Healthcare Workers — Effective October 1, 2021

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | | | | | | | | | | | |
| **JobCode** | **Job Title** | | | | | | | | | | | |
| 090920 | KPPAAC RESP CARE PRCT II | 51.8619 | 53.2296 | 54.5973 | 55.8569 | 57.8751 | 60.3963 | 62.9182 | | | | |
| 090914 | KPPAAC RESTORATIVE NURSE ASST | 25.2553 | 26.2700 | 27.1646 | 28.4235 | 29.5647 | 30.7524 | | | | | |
| 090931 | KPPAAC SOC WORKER DISCH PLNR | 41.8612 | 42.9663 | 44.0710 | 45.1440 | 46.1865 | 47.2274 | 48.2696 | | | | |
| 090924 | KPPAAC SR NUTRITION CLERK | 21.6326 | 22.5023 | 23.4072 | 24.3483 | 25.3271 | 26.3448 | | | | | |
| 090912 | KPPAAC STAFFING ASST | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 090903 | KPPAAC STOREKEEPER II | 24.1541 | 24.7767 | 25.4149 | 26.0620 | 26.9535 | 27.6300 | | | | | |
| 090907 | KPPAAC UNIT ASST | 23.2650 | 24.2004 | 25.1554 | 26.1705 | 27.2254 | 28.1407 | | | | | |
| 090915 | KPPACC CERT OCCUP THERP ASST 2 | 42.1015 | 43.1847 | 44.2949 | 45.3701 | 46.5477 | 47.6219 | | | | | |
| 090922 | KPPACC LABORATORY ASST. II | 32.0957 | 32.9219 | 33.7693 | 34.3995 | 35.3133 | 36.2288 | | | | | |
| 090916 | KPPACC PHYSICAL THRPY ASST II | 42.1015 | 43.1847 | 44.2949 | 45.3701 | 46.5477 | 47.6219 | | | | | |
| 090771 | LABORATORY ASST I | 30.9437 | 32.3772 | 33.2115 | 33.7692 | 34.5600 | 35.3514 | | | | | |
| 090772 | LABORATORY ASST II | 33.0617 | 33.9131 | 34.7859 | 35.4351 | 36.3762 | 37.3192 | | | | | |
| 057918 | LABORATORY ASST II WK | 36.3679 | 37.3043 | 38.2644 | 38.9787 | 40.0141 | 41.0511 | | | | | |
| 090773 | LABORATORY ASST III | 34.0868 | 34.9380 | 35.8108 | 36.4602 | 37.4007 | 38.3438 | | | | | |
| 057919 | LABORATORY ASST III WK | 37.4955 | 38.4318 | 39.3919 | 40.1063 | 41.1409 | 42.1782 | | | | | |
| 090774 | LABORATORY ASST SR | 35.7970 | 36.6908 | 37.6071 | 38.2895 | 39.2769 | 40.2670 | | | | | |
| 034545 | LASER VISION CORCTN LASER TECH | 44.0323 | 45.1646 | 46.3249 | 48.7692 | 51.2146 | 53.6590 | 56.1035 | | | | |
| 057821 | LEAD CODER | 51.4752 | 53.8445 | 56.4833 | 59.9128 | 62.8906 | 66.0488 | 69.3655 | | | | |
| 052612 | LIBRARY ASST | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 032844 | LICENSED VOC NURSE I.V. CERT | 43.9603 | 45.1208 | 46.2802 | 47.4072 | 48.5015 | 49.5947 | 50.6892 | | | | |
| 032845 | LICENSED VOC NURSE I.V.CERT SR | 45.2823 | 46.4780 | 47.6721 | 48.8328 | 49.9605 | 51.0864 | 52.2132 | | | | |
| 032841 | LICENSED VOC NURSE NEW GRAD | | | | | | | | | | | |
| 032842 | LICENSED VOCATIONAL NURSE | 41.8612 | 42.9663 | 44.0710 | 45.1440 | 46.1865 | 47.2274 | 48.2696 | | | | |
| 032843 | LICENSED VOCATIONAL NURSE SR | 43.9603 | 45.1208 | 46.2802 | 47.4072 | 48.5015 | 49.5947 | 50.6892 | | | | |
| 057965 | LICENSED VOCATIONAL NURSE WK | 46.0474 | 47.2630 | 48.4783 | 49.6583 | 50.8052 | 51.9501 | 53.0965 | | | | |
| 051342 | MAIL CLERK | 27.5051 | 28.2138 | 28.9400 | 29.3930 | 30.0060 | 30.6173 | | | | | |
| 050320 | MAIL CLERK G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 090702 | MEDICAL ASST | 30.1904 | 30.9679 | 31.7648 | 32.4943 | 33.2241 | 33.8177 | | | | | |
| 090715 | MEDICAL ASST DESKTOP MEDICINE | 30.1904 | 30.9679 | 31.7648 | 32.4943 | 33.2241 | 33.8177 | | | | | |
| 090932 | MEDICAL ASST LVN | 41.8612 | | | | | | | | | | |
| 090946 | MEDICAL ASST LVN SR | 41.8612 | | | | | | | | | | |
| 090703 | MEDICAL ASST SR | 31.7060 | 32.5225 | 33.3588 | 34.1251 | 34.891 | 35.5145 | | | | | |
| 057925 | MEDICAL ASST WK | 33.2096 | 34.0647 | 34.9412 | 35.7438 | 36.5466 | 37.1995 | | | | | |
| 090947 | MEDICAL ASST WK SR | 34.8764 | 35.7747 | 36.6947 | 37.5376 | 38.3802 | 39.0659 | | | | | |
| 050384 | MEDICAL LEGAL CLERK G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051306 | MEDICAL RECORD INDEXER | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 057977 | MEDICAL RECORD INDEXER WK | 32.8683 | 33.7140 | 34.5827 | 35.2276 | 36.1644 | 37.1010 | | | | | |
| 057979 | MEDICAL RECORD QA SPEC WK | 34.1963 | 35.0770 | 35.9800 | 36.7409 | 37.7955 | 38.8487 | | | | | |
| 051307 | MEDICAL RECORD QA SPECIALIST | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051305 | MEDICAL RECORD SCANNER | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 050502 | MEDICAL RECORDS ANALYST | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |

163

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | | | | | | | | | |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| JobCode | Job Title | | | | | | | | | | | |
| 051362 | MEDICAL RECORDS CLERK | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 057908 | MEDICAL RECORDS CLERK G2 WK | 31.5338 | 32.3460 | 33.1786 | 33.7358 | 34.5265 | 35.3173 | | | | | |
| 057904 | MEDICAL RECORDS CLERK G3 WK | 32.2007 | 33.0302 | 33.8806 | 34.5827 | 35.3462 | 36.2100 | | | | | |
| 050369 | MEDICAL RECORDS CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051363 | MEDICAL RECORDS CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | |
| 051532 | MEDICAL RECORDS TECHNICIAN | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051352 | MEDICAL SECRETARY | 38.1699 | 39.1770 | 40.1845 | 41.3866 | 42.6875 | 43.9856 | | | | | |
| 051353 | MEDICAL SECRETARY SR | 40.0836 | 41.1416 | 42.2000 | 43.4627 | 44.8281 | 46.1905 | | | | | |
| 051652 | MEDICARE BILLER | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 089641 | MEMBER ENGAGEMENT SPECIALIST | 33.5112 | 34.3724 | 35.2558 | 35.9609 | 36.9245 | 37.8995 | | | | | |
| 089640 | MEMBER OUTREACH SPECIALIST | 29.8215 | 30.5844 | 31.3675 | 31.9748 | 32.7632 | 33.5882 | | | | | |
| 089655 | MEMBER OUTREACH SPECIALIST SR | 30.7888 | 31.5766 | 32.3850 | 33.0344 | 33.9503 | 34.8655 | | | | | |
| 090840 | MENTAL HEALTH WORKER | 33.3478 | 34.2284 | 35.1088 | 35.9756 | 36.8422 | 37.6795 | | | | | |
| 090940 | MENTAL HEALTH WORKER LVN | 41.8612 | | | | | | | | | | |
| 072112 | MESSENGER DRIVER | 29.1139 | 29.8632 | 30.6318 | 31.1649 | 31.5640 | | | | | | |
| 072113 | MESSENGER DRIVER SR | 30.8465 | 31.6407 | 32.4550 | 32.9871 | 33.3864 | | | | | | |
| 057927 | MESSENGER DRIVER WK | 32.0253 | 32.8494 | 33.6948 | 34.2814 | 34.7204 | | | | | | |
| 034464 | MOHS HISTOTECH TECH I | 48.2895 | 49.5628 | 50.8369 | 51.8780 | 52.6992 | 53.3925 | 55.5333 | | | | |
| 034465 | MOHS HISTOTECH TECH II | 52.2634 | 53.6419 | 55.0203 | 56.4506 | 57.4020 | 58.0528 | 60.3796 | | | | |
| 034466 | MOHS HISTOTECH TECH SUPV | 57.8418 | 59.3676 | 60.8931 | 62.4106 | 63.6237 | 64.5342 | 67.1208 | | | | |
| 034463 | MOHS HISTOTECH TECH TRAINEE | 40.3962 | 41.4610 | 42.5280 | 43.2413 | 44.2537 | 45.2662 | 47.0817 | | | | |
| 024745 | MOLECULAR TECHNOLOGIST I | 60.2867 | 61.8755 | 63.4658 | 64.3069 | 66.5726 | 68.7914 | 71.5478 | | | | |
| 024725 | MOLECULAR TECHNOLOGIST II | 62.2840 | 63.9262 | 65.5683 | 66.8311 | 69.0496 | 71.5023 | 74.3667 | | | | |
| 024726 | MOLECULAR TECHNOLOGIST III | 64.4147 | 66.1134 | 67.8118 | 69.3056 | 71.8523 | 74.3522 | 77.3312 | | | | |
| 024727 | MOLECULAR TECHNOLOGIST SR | 67.6413 | 69.4249 | 71.2084 | 72.7768 | 75.4506 | 78.0759 | 81.2038 | | | | |
| 024728 | MOLECULAR TECHNOLOGIST TRAINEE | 46.9729 | 48.9553 | | | | | | | | | |
| 051514 | MONITOR TECHNICIAN | 31.6474 | 32.4444 | 33.2619 | 33.9446 | 34.6663 | 35.5091 | | | | | |
| 024751 | MRI TECHNOLOGIST I | 60.6777 | 61.8951 | 63.1347 | 64.4003 | 65.6521 | | | | | | |
| 024752 | MRI TECHNOLOGIST II | 64.8717 | 66.1714 | 67.4969 | 68.8489 | 70.2284 | 71.9091 | 74.5061 | | | | |
| 024756 | MRI TECHNOLOGIST II WK | 71.3589 | 72.7888 | 74.2466 | 75.7339 | 77.2511 | 79.1002 | 81.9568 | | | | |
| 024766 | MRI TECHNOLOGIST III | 77.0590 | 79.3743 | | | | | | | | | |
| 024767 | MRI TECHNOLOGIST III WK | 84.7649 | 87.3119 | | | | | | | | | |
| 024753 | MRI TECHNOLOGIST LEAD | 69.0640 | 70.4476 | 71.8589 | 73.2986 | 74.7671 | 76.2648 | 79.3198 | 80.9178 | 83.3490 | | |
| 051185 | MSCC TELESERVICE REP | 30.1452 | 30.9215 | 31.7174 | 32.3745 | 33.0899 | 33.8978 | | | | | |
| 030451 | NEURODIAGNOSTIC TECHNICIAN I | 64.4828 | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | | | | |
| 030452 | NEURODIAGNOSTIC TECHNICIAN II | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | | | | |
| 030454 | NEUROPHYS MONITORING SPEC | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | | | | |
| 034446 | NUCLEAR MED TECH II PET-CT | 90.2832 | 93.0188 | | | | | | | | | |
| 034447 | NUCLEAR MED TECH II-PET/CT LD | 94.8036 | 97.6759 | | | | | | | | | |
| 034445 | NUCLEAR MEDICINE TECH I WK | 74.5073 | 76.4713 | 78.4356 | 80.4984 | 82.5613 | 84.6239 | 86.6869 | | | | |
| 034443 | NUCLEAR MEDICINE TECH II | 71.8988 | 73.7937 | 75.6876 | 77.9812 | 80.3776 | 82.6721 | 85.9839 | | | | |

164

SEIU - United Healthcare Workers Effective October 1, 2021
Case 3:22-cv-05113-VC Document 1 Filed 09/08/22 Page 185 of 549
B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A - Applicable to UHW Employees hired on or before 10/25/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | | | | | | | | | | |
| JobCode | Job Title | | | | | | | | | | |
| 034448 | NUCLEAR MEDICINE TECH II WK | 79.0889 | 81.1731 | 83.2564 | 85.7794 | 88.4155 | 90.9394 | 94.5823 | | | |
| 034444 | NUCLEAR MEDICINE TECH SUPV | 75.4994 | 77.4891 | 79.4781 | 81.8866 | 84.4026 | 86.8119 | 90.2890 | | | |
| 034442 | NUCLEAR MEDICINE TECHNICIAN I | 67.7338 | 69.5194 | 71.3050 | 73.1804 | 75.0557 | 76.9308 | 78.8064 | | | |
| 090832 | NURSE ASST | 29.9458 | 30.7160 | 31.5072 | 32.2330 | 32.9861 | 33.6576 | | | | |
| 090933 | NURSE ASST LVN | 41.8612 | | | | | | | | | |
| 090834 | NURSE ASST SR | 31.4493 | 32.2581 | 33.0884 | 33.8510 | 34.6416 | 35.3463 | | | | |
| 057990 | NURSE ASST WK | 32.9406 | 33.7876 | 34.6577 | 35.4562 | 36.2848 | 37.0235 | | | | |
| 090836 | NURSING WORK STUDY INTERN | 29.9458 | 30.7160 | 31.5072 | 32.2330 | 32.9861 | 33.6576 | | | | |
| 091822 | NUTRITION AIDE | 28.5309 | 29.2661 | 30.0202 | 31.1571 | 31.9153 | | | | | |
| 091824 | NUTRITION AIDE WK | 31.3839 | 32.1925 | 33.0222 | 34.2727 | 35.1070 | | | | | |
| 051001 | NUTRITION ASST | 35.5881 | 36.6215 | 37.6552 | 38.6881 | 39.8174 | 40.9081 | 42.0755 | | | |
| 051262 | NUTRITION CLERK | 28.8922 | 29.6364 | 30.3989 | 31.5361 | 32.2940 | | | | | |
| 051263 | NUTRITION CLERK SR | 30.3425 | 31.1240 | 31.9245 | 33.1189 | 33.9147 | | | | | |
| 057928 | NUTRITION CLERK WK | 31.7815 | 32.6000 | 33.4388 | 34.6896 | 35.5234 | | | | | |
| 091823 | NUTRITION PARTNER | 28.8922 | 29.6364 | 30.3989 | 31.5361 | 32.2940 | | | | | |
| 091826 | NUTRITION PARTNER LEAD | 30.3369 | 31.1183 | 31.9187 | 33.1126 | 33.9085 | | | | | |
| 091825 | NUTRITION PARTNER WK | 31.7815 | 32.6000 | 33.4388 | 34.6896 | 35.5234 | | | | | |
| 034492 | OB TECHNICIAN | 31.5498 | 32.3617 | 33.1942 | 34.0191 | 34.9247 | 35.7498 | | | | |
| 034493 | OB TECHNICIAN SR | 33.1335 | 33.9857 | 34.8595 | 35.7264 | 36.6772 | 37.5431 | | | | |
| 034495 | OB TECHNICIAN WK | 34.7048 | 35.5978 | 36.5136 | 37.4210 | 38.4172 | 39.3247 | | | | |
| 090944 | OB TECHNICIAN-LVN | 41.8612 | | | | | | | | | |
| 090945 | OCC HLTH TECHNICIAN CERT LVN | 41.8612 | | | | | | | | | |
| 090705 | OCC HLTH TECHNICIAN CERTIFIED | 30.7618 | 31.5543 | 32.3661 | 33.1101 | 33.8528 | 34.4579 | | | | |
| 090706 | OCC HLTH TECHNICIAN CERT SR | 32.3064 | 33.1381 | 33.9904 | 34.7713 | 35.5515 | 36.1872 | | | | |
| 030742 | OCC THERAPY ASST I CERTIFIED | 36.5918 | 37.5328 | 38.4985 | 39.4336 | 40.4575 | 41.3912 | | | | |
| 030743 | OCC THERAPY ASST II CERTIFIED | 42.1015 | 43.1847 | 44.2949 | 45.3701 | 46.5477 | 47.6219 | | | | |
| 051522 | OCCUPATIONAL MEDICINE SECY | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | |
| 034542 | OPHTHALMIC PHOTOGRAPHER | 39.2736 | 40.2836 | 41.3199 | 42.2945 | 45.5442 | 48.7951 | | | | |
| 034543 | OPHTHALMIC TECHNICIAN | 41.9287 | 43.0081 | 44.1141 | 46.4415 | 48.7699 | 51.0979 | 53.4262 | | | |
| 034544 | OPHTHALMIC TECHNICIAN II CERT | 44.0323 | 45.1646 | 46.3249 | 48.7692 | 51.2146 | 53.6590 | 56.1035 | | | |
| 063302 | OPTICAL BENCHMAN | 33.5256 | | 39.4414 | | | | | | | |
| 033352 | CONTACT LENS FITTER | 41.4459 | | 42.6892 | | | | | | | |
| 033358 | CONTACT LENS FITTER APPRRENTICE | 29.0359 | 29.9511 | 31.1435 | 32.6966 | | | | | | |
| 033371 | CONTACT LENS FITTER ASSISTANT | 28.1481 | 29.9511 | 30.7003 | | | | | | | |
| 030306 | OPTICAL EQUIPMENT MAINTENANCE TECH | 35.8726 | 0 | 42.2030 | | | | | | | |
| 054022 | OPTICAL LAB APPRENTICE | 21.7920 | 23.4675 | 25.1439 | 26.8200 | 28.4963 | 30.1734 | 31.8492 | | | |
| 063364 | OPTICAL LAB FOREPERSON LEAD | 36.8780 | | 43.3861 | | | | | | | |
| 063372 | OPTICAL SALES ASSISTANT | 21.7920 | | | | | | | | | |
| 033312 | OPTICAL SALES DISPENSER | 33.5256 | | 39.4414 | | | | | | | |
| 063350 | OPTICAL SALES DISPENSER APPRENTICE | 21.7920 | 23.4675 | 25.1439 | 26.8200 | 28.4963 | 30.1734 | 31.8492 | | | |
| 033323 | OPTICAL SALES LEAD DISPENSER | 36.8780 | | 43.3861 | | | | | | | |

165

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 054024 | PRESCRIPTION STOCK CLERK | 33.5256 | | 39.4414 | | | | | | | | |
| 054023 | SENIOR PRESCRIPTION STOCK CLERK | 36.8780 | | 43.3861 | | | | | | | | |
| 063312 | OPTICAL SURFACE GRINDER | 33.5256 | | 39.4414 | | | | | | | | |
| 063371 | OPTICAL UTILITY WORKER | 21.7920 | | | | | | | | | | |
| 030310 | OR EQUIPMENT TECHNICIAN | 35.7320 | 36.6509 | 37.5942 | 38.5287 | 39.5530 | 40.4874 | | | | | |
| 057122 | OR SCHEDULING CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 050376 | OR SCHEDULING CLERK G6 | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 050391 | OR SCHEDULING CLERK G6 WK | 35.7537 | 36.6740 | 37.6168 | 38.4956 | 39.6960 | 40.8971 | | | | | |
| 030331 | ORTHOPEDIC TECHNICIAN I | 35.7320 | 36.6509 | 37.5942 | 38.5287 | 39.5530 | 40.4874 | | | | | |
| 030332 | ORTHOPEDIC TECHNICIAN II | 36.4491 | 37.3863 | 38.3478 | 39.3011 | 40.3463 | 41.2990 | | | | | |
| 030333 | ORTHOPEDIC TECHNICIAN SR | 38.2774 | 39.2615 | 40.2712 | 41.2722 | 42.3699 | 43.3702 | 44.4574 | | | | |
| 030725 | PATHOLOGY TECHNICAL ASST AA SR | 37.3994 | 38.3611 | 39.3476 | 40.3253 | 41.3983 | 42.3751 | 44.0752 | | | | |
| 030722 | PATHOLOGY TECHNICAL ASST HS | 35.6129 | 36.5291 | 37.4684 | 38.3998 | 39.4210 | 40.3515 | 41.9700 | | | | |
| 030723 | PATHOLOGY TECHNICAL ASST HS SR | 37.3994 | 38.3611 | 39.3476 | 40.3253 | 41.3983 | 42.3751 | 44.0752 | | | | |
| 030724 | PATHOLOGY TECHNICIAN ASST AA | 35.6129 | 36.5291 | 37.4684 | 38.3998 | 39.4210 | 40.3515 | 41.9700 | | | | |
| 090835 | PATIENT CARE TECHNICIAN | 31.7252 | 32.5414 | 33.3795 | 34.0783 | 34.8180 | 35.6814 | | | | | |
| 090934 | PATIENT CARE TECHNICIAN LVN | 41.8612 | | | | | | | | | | |
| 090837 | PATIENT CARE TECHNICIAN WK | 34.8977 | | | | | | | | | | |
| 051584 | PATIENT FINANCIAL ADVISOR | 33.905 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | |
| 057922 | PATIENT MOBILITY TECH I WK | 33.6098 | 34.4744 | 35.3619 | 36.1766 | 37.0213 | 37.7756 | | | | | |
| 057923 | PATIENT MOBILITY TECH II WK | 34.8979 | 35.7955 | 36.7173 | 37.4862 | 38.2997 | 39.2495 | | | | | |
| 030373 | PATIENT MOBILITY TECHNICIAN I | 30.5543 | 31.3402 | 32.1471 | 32.8878 | 33.6558 | 34.3413 | | | | | |
| 030374 | PATIENT MOBILITY TECHNICIAN II | 31.7252 | 32.5414 | 33.3795 | 34.0783 | 34.8180 | 35.6814 | | | | | |
| 030372 | PATIENT TRANSPORTATION AIDE | 28.1598 | 28.8842 | 29.6281 | 30.0804 | 30.6937 | 31.3055 | | | | | |
| 057930 | PATIENT TRANSPORTATION AIDE WK | 30.9757 | 31.7728 | 32.5911 | 33.0885 | 33.7629 | 34.4361 | | | | | |
| 057262 | PHARMACY CASHIER | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051392 | PHARMACY CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 050372 | PHARMACY CLERK G3 | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 057909 | PHARMACY CLERK G4 WK | 32.8683 | 33.7140 | 34.5827 | 35.2276 | 36.1644 | 37.1010 | | | | | |
| 051393 | PHARMACY CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | |
| 033400 | PHARMACY INTERN | 33.6729 | 34.5391 | 35.4285 | 36.0894 | 37.0482 | 38.0083 | | | | | |
| 058126 | PHARMACY MARKETING ASST | 32.8333 | 33.6777 | 34.5442 | 35.1800 | 36.1009 | 37.7376 | | | | | |
| 057929 | PHARMACY TECHNICIAN INP WK | 37.5809 | 38.5474 | 39.5397 | 40.2665 | 41.3217 | 44.0118 | | | | | |
| 034652 | PHARMACY TECHNICIAN INPATIENT | 34.1645 | 35.0431 | 35.9451 | 36.6059 | 37.5651 | 40.0109 | | | | | |
| 034654 | PHARMACY TECHNICIAN LEAD INP | 35.8786 | 36.8016 | 37.7488 | 38.4424 | 39.4493 | 42.0173 | | | | | |
| 034655 | PHARMACY TECHNICIAN LEAD OP | 34.4803 | 35.3674 | 36.2773 | 36.9443 | 37.9123 | 39.6304 | | | | | |
| 034653 | PHARMACY TECHNICIAN OP | 32.8333 | 33.6777 | 34.5442 | 35.1800 | 36.1009 | 37.7376 | | | | | |
| 057970 | PHARMACY TECHNICIAN OP WK | 36.1166 | 37.0454 | 37.9985 | 38.6979 | 39.7107 | 41.5114 | | | | | |
| 030302 | PHYSICAL THERAPY AIDE | 29.6816 | 30.4458 | 31.2297 | 31.7508 | 32.4904 | 33.2309 | | | | | |
| 030303 | PHYSICAL THERAPY AIDE SR | 31.1717 | 31.9743 | 32.7968 | 33.3444 | 34.1213 | 34.9026 | | | | | |
| 030732 | PHYSICAL THERAPY ASST I | 39.7120 | 40.7330 | 41.7810 | 42.7955 | 43.9061 | 44.9196 | | | | | |

166



B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| A - Applicable to UHW Employees hired on or before 10/25/86 | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| JobCode | Job Title | | | | | | | | | | | |
| 030733 | PHYSICAL THERAPY ASST II | 42.1015 | 43.1847 | 44.2949 | 45.3701 | 46.5477 | 47.6219 | | | | | |
| 057931 | PHYSICAL THERAPY ASST II WK | 46.3117 | 47.5032 | 48.7243 | 49.9072 | 51.2024 | 52.3843 | | | | | |
| 057582 | PHYSICIAN'S SCHEDULE CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 034628 | POLYSOM TRAINEE/SLEEP TECH I | 35.3280 | 36.2355 | 37.1677 | 38.0243 | 38.9116 | 39.7039 | | | | | |
| 034630 | POLYSOMNOGRAPHIC TECH LEAD | 44.0311 | 45.1645 | 46.3256 | 48.7694 | 51.2142 | 53.6589 | 56.1036 | | | | |
| 034629 | POLYSOMNOGRAPHIC TECHNOLOGIST | 41.9287 | 43.0081 | 44.1141 | 46.4415 | 48.7699 | 51.0979 | 53.4262 | | | | |
| 057804 | PROFESSIONAL SVCS CODER I | 38.0910 | 39.2371 | 40.4179 | 41.6342 | 42.8869 | 44.1769 | | | | | |
| 057805 | PROFESSIONAL SVCS CODER II | 40.1022 | 41.3090 | 42.5518 | 43.8321 | 45.1506 | 46.5085 | | | | | |
| 057806 | PROFESSIONAL SVCS CODER III | 42.2190 | 43.4891 | 44.7974 | 46.1450 | 47.5330 | 48.9624 | | | | | |
| 030322 | PSYCHIATRIC TECHNICIAN | 38.5667 | 39.5848 | 40.6025 | 41.5916 | 42.5523 | 43.5116 | 44.4723 | | | | |
| 030323 | PSYCHIATRIC TECHNICIAN SR | 40.5009 | 41.5703 | 42.6384 | 43.6770 | 44.6853 | 45.6933 | 46.7020 | | | | |
| 034678 | RADIATION ONCOLOGY AIDE | 36.4491 | 37.3863 | 38.3478 | 39.3011 | 40.3463 | 41.2990 | | | | | |
| 034475 | RADIATION THERAPIST | 71.3405 | 73.4422 | 75.5207 | 77.9639 | 81.6445 | 85.5648 | 89.0088 | | | | |
| 034476 | RADIATION THERAPIST LEAD | 74.9135 | 77.1202 | 79.3028 | 81.8678 | 85.7326 | 89.8488 | 93.4649 | | | | |
| 034801 | RADIOLOGIC TECHNOLOGIST I | 53.0017 | | | | | | | | | | |
| 034811 | RADIOLOGIC TECHNOLOGIST I WK | 58.3019 | | | | | | | | | | |
| 034802 | RADIOLOGIC TECHNOLOGIST II | 55.6577 | 57.3311 | 59.0547 | 60.8296 | 62.6581 | 64.5417 | 66.4816 | 68.4796 | 70.5374 | | |
| 034812 | RADIOLOGIC TECHNOLOGIST II WK | 61.2235 | 63.0642 | 64.9601 | 66.9126 | 68.924 | 70.9958 | 73.1297 | 75.3274 | 77.5912 | | |
| 034803 | RADIOLOGIC TECHNOLOGIST III | 57.3311 | 59.0547 | 60.8296 | 62.6581 | 64.5417 | 66.4816 | 68.4796 | 70.5374 | 72.6570 | | |
| 034813 | RADIOLOGIC TECHNOLOGIST III WK | 63.0642 | 64.9601 | 66.9126 | 68.9240 | 70.9958 | 73.1297 | 75.3274 | 77.5912 | 79.9227 | | |
| 034804 | RADIOLOGIC TECHNOLOGIST IV | 60.2036 | 62.0133 | 63.8771 | 65.7971 | 67.7745 | 69.8113 | 71.9091 | 74.0702 | 76.2959 | | |
| 034806 | RADIOLOGIC TECHNOLOGIST LEAD | 65.1199 | 67.0772 | 69.0929 | 71.1692 | 73.3078 | 75.5105 | 77.7796 | 80.1166 | 82.5236 | | |
| 034805 | RADIOLOGIC TECHNOLOGIST V | 62.0133 | 63.8771 | 65.7971 | 67.7745 | 69.8113 | 71.9091 | 74.0702 | 76.2959 | 78.5885 | | |
| 034815 | RADIOLOGIC TECHNOLOGIST V WK | 68.2147 | 70.2648 | 72.3769 | 74.5521 | 76.7926 | 79.1002 | 81.4772 | 83.9255 | 86.4473 | | |
| 034816 | RADIOLOGIC TECHNOLOGIST WK LD | 71.6319 | 73.7849 | 76.0024 | 78.2862 | 80.6386 | 83.0616 | 85.5576 | 88.1283 | 90.7763 | | |
| 034814 | RADIOLOGIC TECHOLOGIST IV WK | 66.2243 | 68.2147 | 70.2648 | 72.3769 | 74.5521 | 76.7926 | 79.1002 | 81.4772 | 83.9255 | | |
| 051202 | RECEPTION CLERK | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 050309 | RECEPTION CLERK G2 | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 050310 | RECEPTION CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051432 | RECEPTIONIST CLINIC | 29.2734 | 30.0276 | 30.8005 | 31.4388 | 32.1331 | 32.9182 | | | | | |
| 051433 | RECEPTIONIST CLINIC SR | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 051010 | REGISTERED DIETITIAN I | 50.0355 | 51.7006 | 53.3461 | 55.0110 | 56.6567 | 58.3213 | 59.9668 | | | | |
| 051015 | REGISTERED DIETITIAN I LEAD | 52.5433 | 54.2914 | 56.0192 | 57.7670 | 59.4953 | 61.2432 | 62.9712 | | | | |
| 051011 | REGISTERED DIETITIAN II | 52.7719 | 54.5131 | 56.2739 | 58.0152 | 59.7565 | 61.5169 | 63.2580 | | | | |
| 051012 | REGISTERED DIETITIAN II LEAD | 55.4315 | 57.2689 | 59.0867 | 60.9236 | 62.7605 | 64.5784 | 66.4155 | | | | |
| 051013 | REGISTERED DIETITIAN III | 55.4315 | 57.2689 | 59.0867 | 60.9236 | 62.7605 | 64.5784 | 66.4155 | | | | |
| 051014 | REGISTERED DIETITIAN III LEAD | 58.2093 | 60.1384 | 62.0471 | 63.9756 | 65.9048 | 67.8136 | 69.7423 | | | | |
| 090775 | REGL LAB SUPPORT SPECIALIST | 33.0617 | 33.9131 | 34.7859 | 35.4351 | 36.3762 | 37.3192 | | | | | |
| 050802 | REL OF MED INFORMATION SPEC SR | 32.6479 | 33.4883 | 34.3508 | 35.0767 | 36.0874 | 37.1790 | | | | | |
| 050801 | RELEASE OF MED INFO SPEC II | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 050800 | RELEASE OF MEDICAL INFO SPEC I | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |



SEIU - United Healthcare Workers   Effective October 1, 2021

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 034620 | RESPIRATORY CARE PERMITTEE | 44.2916 | | | | | | | | | | |
| 034625 | RESPIRATORY CARE PRCT I | 49.2261 | 50.5249 | 51.8233 | 52.8318 | 54.0932 | 55.3541 | | | | | |
| 034621 | RESPIRATORY CARE PRCT I REG | 51.6933 | 53.0567 | 54.4197 | 55.4801 | 56.8036 | 58.1251 | | | | | |
| 057939 | RESPIRATORY CARE PRCT I REG WK | 56.8624 | 58.3625 | 59.8616 | 61.0281 | 62.4840 | 63.9376 | | | | | |
| 057938 | RESPIRATORY CARE PRCT I WK | 54.1486 | 55.5774 | 57.0057 | 58.1149 | 59.5027 | 60.8894 | | | | | |
| 034626 | RESPIRATORY CARE PRCT II | 51.8619 | 53.2296 | 54.5973 | 55.8569 | 57.8751 | 60.3963 | 62.9182 | | | | |
| 034622 | RESPIRATORY CARE PRCT II REG | 54.4614 | 55.8962 | 57.3333 | 58.6561 | 60.7746 | 63.4231 | 66.0701 | | | | |
| 057940 | RESPIRATORY CARE PRCT II WK | 57.0481 | 58.5525 | 60.0571 | 61.4428 | 63.6627 | 66.4361 | 69.2098 | | | | |
| 034627 | RESPIRATORY CARE PRCT SUPV | 57.1899 | 58.6969 | 60.2062 | 61.5953 | 63.8198 | 66.6000 | 69.3797 | | | | |
| 057942 | RESPIRATORY CARE PRCT SUPV WK | 62.9089 | 64.5666 | 66.2267 | 67.7548 | 70.2018 | 73.2599 | 76.3175 | | | | |
| 030432 | RESPIRATORY SUPPLY AIDE | 31.0859 | 31.8854 | 32.7064 | 33.4592 | 34.2411 | 34.9381 | | | | | |
| 030433 | RESPIRATORY SUPPLY AIDE SR | 32.6461 | 33.4851 | 34.3474 | 35.1389 | 35.9591 | 36.6913 | | | | | |
| 057944 | RESPIRATORY SUPPLY AIDE-WK | 34.1947 | 35.0739 | 35.9771 | 36.8052 | 37.6652 | 38.4319 | | | | | |
| 089650 | SALES REP-TELESALES | 33.9050 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | |
| 051154 | SCHEDULE MAINTENANCE CLERK | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 051156 | SCHEDULE MAINTENANCE CLERK SR | 34.1346 | 35.0131 | 35.9133 | 36.7516 | 37.8981 | 39.1063 | | | | | |
| 057967 | SCHEDULE MAINTENANCE CLERK WK | 35.7537 | 36.6740 | 37.6168 | 38.4956 | 39.6960 | 40.8971 | | | | | |
| 051442 | SECRETARY | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 051443 | SECRETARY SR | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 051146 | SNF CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |
| 057625 | SNF DATABASE SPECIALIST | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 030437 | SONOGRAPHER I | 62.6080 | 64.4828 | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 80.1167 | | |
| 030444 | SONOGRAPHER I LEAD | 68.8838 | 70.9509 | 73.0748 | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 88.1344 | | |
| 030438 | SONOGRAPHER II | 64.4828 | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 82.5085 | | |
| 030445 | SONOGRAPHER II LEAD | 70.9509 | 73.0748 | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 90.7752 | | |
| 030855 | SONOGRAPHER II WK | 70.9313 | 73.0570 | 75.2675 | 77.5194 | 79.856 | 82.2556 | 84.7182 | 87.265 | 90.7594 | | |
| 030439 | SONOGRAPHER III | 66.4155 | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 81.7239 | 84.9960 | | |
| 030446 | SONOGRAPHER III LEAD | 73.0748 | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 89.9140 | 93.5116 | | |
| 057978 | SONOGRAPHER III WK | 73.0570 | 75.2675 | 77.5194 | 79.8560 | 82.2556 | 84.7182 | 87.2650 | 89.8963 | 93.4957 | | |
| 030440 | SONOGRAPHER IV | 68.4250 | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 81.7239 | 84.1737 | 87.5413 | | |
| 030447 | SONOGRAPHER IV LEAD | 75.2751 | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 89.9140 | 92.6122 | 96.3245 | | |
| 057981 | SONOGRAPHER IV WK | 75.2674 | 77.5196 | 79.8559 | 82.2556 | 84.7182 | 87.2650 | 89.8963 | 92.5911 | 96.2954 | | |
| 030436 | SONOGRAPHER TECHNICIAN | 59.0485 | 60.8282 | 62.6651 | 64.5405 | 66.4731 | 68.4821 | 70.5297 | 72.6539 | 74.8352 | 77.0930 | 79.4089 |
| 030435 | SONOGRAPHER TRAINEE | 53.6713 | | | | | | | | | | |
| 030441 | SONOGRAPHER V | 70.4723 | 72.5963 | 74.7778 | 77.0166 | 79.3318 | 81.7239 | 84.1737 | 86.6993 | 90.1820 | | |
| 030448 | SONOGRAPHER V LEAD | 77.5333 | 79.8681 | 82.2597 | 84.7474 | 87.2923 | 89.9140 | 92.6122 | 95.3870 | 99.2135 | | |
| 057983 | SONOGRAPHER V WK | 77.5194 | 79.8559 | 82.2555 | 84.7183 | 87.2651 | 89.8962 | 92.5910 | 95.3691 | 99.2001 | | |
| 021003 | STAFF ASSISTANT | 32.1440 | 32.9716 | 33.8202 | 34.4509 | 35.3668 | 36.2831 | | | | | |
| 021005 | STAFF ASSISTANT SR | 33.9050 | 34.7773 | 35.6718 | 36.5503 | 37.8290 | 39.1063 | | | | | |
| 021006 | STAFF ASSISTANT WKEND | 35.3584 | 36.2688 | 37.2022 | 37.8961 | 38.9035 | 39.9114 | | | | | |
| 057872 | STAFFING CLERK | 31.0876 | 31.8882 | 32.7092 | 33.4008 | 34.3596 | 35.3169 | | | | | |

168

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

A - Applicable to UHW Employees hired on or before 10/25/86
B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 090314 | STERILE PROC TECH CERT SR | 35.3280 | 36.2355 | 37.1677 | 38.0243 | 38.9116 | 39.7039 | | | | | |
| 090313 | STERILE PROC TECH II CERT | 33.6399 | 34.5046 | 35.3921 | 36.2080 | 37.0527 | 37.8081 | | | | | |
| 057946 | STERILE PROC TECH II CERT WK | 37.0037 | 37.9550 | 38.9312 | 39.8289 | 40.7579 | 41.5888 | | | | | |
| 090312 | STERILE PROCESSING TECH I | 32.3412 | 33.1728 | 34.0268 | 34.8110 | 35.6229 | 36.3484 | | | | | |
| 057945 | STERILE PROCESSING TECH I WK | 35.5754 | 36.4902 | 37.4295 | 38.292 | 39.1853 | 39.9830 | | | | | |
| 054002 | STOREKEEPER | 29.1901 | 29.9415 | 30.7123 | 31.5097 | 32.3091 | 0.0000 | | | | | |
| 094013 | STOREKEEPER CHIEF | 32.7216 | 33.5638 | 34.4270 | 35.3627 | 36.1771 | 0.0000 | | | | | |
| 094011 | STOREKEEPER I | 29.7431 | 30.5086 | 31.2943 | 32.1065 | 32.9206 | 0.0000 | | | | | |
| 057950 | STOREKEEPER I WK | 32.7173 | 33.5596 | 34.4239 | 35.3172 | 36.2125 | 0.0000 | | | | | |
| 094012 | STOREKEEPER II | 30.2225 | 31.0008 | 31.7983 | 32.6070 | 33.7218 | 0.0000 | | | | | |
| 057951 | STOREKEEPER II WK | 33.2448 | 34.1008 | 34.9782 | 35.8676 | 37.0939 | 0.0000 | | | | | |
| 050341 | SUBPOENA CLERK G4 | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 090315 | SUPPLY CHAIN TECHNICIAN | 32.3412 | 33.1728 | 34.0268 | 34.811 | 35.6229 | 36.3484 | | | | | |
| 057874 | SUPPORT SERVICES REP | 32.5034 | 33.3400 | 34.1971 | 34.9959 | 36.0874 | 37.1790 | | | | | |
| 057875 | SUPPORT SERVICES REP SR | 34.1346 | 35.0126 | 35.9133 | 36.7514 | 37.8981 | 39.0438 | | | | | |
| 057958 | SUPPORT SERVICES REP WK | 35.7537 | 36.6740 | 37.6168 | 38.4956 | 39.6960 | 40.8971 | | | | | |
| 024705 | SUPV CYTO HISTO TECHNOLOGIST | 70.2535 | 72.1048 | 73.9552 | 77.0635 | 79.6093 | 81.1033 | 84.3522 | | | | |
| 057662 | SURGERY APPOINTMENT CLERK | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 057663 | SURGERY APPOINTMENT CLERK SR | 31.3801 | 32.1871 | 33.0163 | 33.6326 | 34.5266 | 35.4208 | | | | | |
| 030712 | SURGICAL ASST | 45.4645 | 46.6334 | 47.8314 | 49.0739 | 50.5505 | 52.2594 | 54.3544 | | | | |
| 030711 | SURGICAL ASST CERTIFIED | 46.6039 | 47.8017 | 49.0308 | 50.3038 | 51.8174 | 53.5684 | 55.7159 | | | | |
| 030714 | SURGICAL ASST CERTIFIED SR | 48.9399 | 50.1978 | 51.4883 | 52.8250 | 54.4139 | 56.2531 | 58.5078 | | | | |
| 030713 | SURGICAL ASST SR | 47.7437 | 48.9704 | 50.2295 | 51.5336 | 53.0839 | 54.8788 | 57.0785 | | | | |
| 051161 | SURGICAL PREADMIT SECRETARY | 29.8801 | 30.6490 | 31.4388 | 32.0251 | 32.8768 | 33.7284 | | | | | |
| 030312 | SURGICAL TECHNICIAN | 42.3758 | 43.4657 | 44.5825 | 45.6904 | 46.9051 | 48.0122 | 49.9374 | | | | |
| 030313 | SURGICAL TECHNICIAN SR | 44.5002 | 45.6445 | 46.8179 | 47.9808 | 49.2561 | 50.4184 | 52.4403 | | | | |
| 030309 | SURGICAL TECHNICIAN TRAINEE | 41.1007 | | | | | | | | | | |
| 057954 | SURGICAL TECHNICIAN TRN WK | 45.2109 | | | | | | | | | | |
| 057955 | SURGICAL TECHNICIAN WK | 46.6135 | 47.8123 | 49.0410 | 50.2593 | 51.5958 | 52.8137 | 54.9310 | | | | |
| 057956 | SURGICAL TECHNICIAN WK SR | 48.9503 | 50.2089 | 51.4997 | 52.7790 | 54.1817 | 55.4602 | 57.6844 | | | | |
| 089656 | TEAM LEAD MS & F | 41.7248 | 42.7971 | 43.8972 | 44.775 | 45.9749 | 47.1887 | | | | | |
| 051183 | TELESERVICE REP | 30.1452 | 30.9215 | 31.7174 | 32.3745 | 33.0899 | 33.8978 | | | | | |
| 051186 | TELESERVICE REP DESKTOP MED | 30.1452 | 30.9215 | 31.7174 | 32.3745 | 33.0899 | 33.8978 | | | | | |
| 051184 | TELESERVICE REP WK | 33.1600 | 34.0136 | 34.8891 | 35.6120 | 36.3988 | 37.2875 | | | | | |
| 051481 | TRANSCRIPTION CLERK | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 057910 | TRANSCRIPTION CLERK II WK | 31.5338 | 32.3460 | 33.1786 | 33.7358 | 34.5265 | 35.3173 | | | | | |
| 072102 | TRUCK DRIVER | 43.3046 | 44.4177 | 45.5595 | 46.4820 | 47.4060 | 48.4148 | | | | | |
| 072104 | TRUCK DRIVER FORMAN | 45.6438 | 46.8177 | 48.0208 | 48.9437 | 49.8642 | 50.8728 | | | | | |
| 051512 | UNIT ASST | 30.7979 | 31.5904 | 32.4038 | 33.0822 | 33.8003 | 34.6384 | | | | | |
| 051513 | UNIT ASST SR | 32.3438 | 33.1760 | 34.0304 | 34.7421 | 35.4961 | 36.3764 | | | | | |
| 057913 | UNIT ASST WK | 33.8779 | 34.7494 | 35.6443 | 36.3904 | 37.1803 | 38.1021 | | | | | |

169

SEIU - United Healthcare Workers        Effective October 10, 2021

B1 rates are effective for both Bay Area and Sacramento ! Fresno Employees

A - Applicable to UHW Employees hired on or before 10!25!86

B1 - Applicable to UHW employees hired on or after 10!26!86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030201 | VISION SERVICES ASST I | 30.1904 | 30.9679 | 31.7648 | 32.4943 | 33.2241 | 33.8177 | | | | | |
| 090942 | VISION SERVICES ASST I LVN | 41.8612 | | | | | | | | | | |
| 030202 | VISION SERVICES ASST II | 32.7568 | 33.5999 | 34.4645 | 35.2560 | 36.0474 | 36.6914 | | | | | |
| 090943 | VISION SERVICES ASST II LVN | 41.8612 | | | | | | | | | | |
| 057492 | VITAL STATISTICS CLERK | 28.6670 | 29.4055 | 30.1622 | 30.6690 | 31.3877 | 32.1066 | | | | | |
| 084002 | WAREHOUSE PERSON | 37.4556 | 38.4189 | 39.4072 | 40.3293 | 41.2526 | 42.2619 | | | | | |
| 074004 | WAREHOUSE PERSON LEAD | 39.3346 | 40.3452 | 41.3829 | 42.3517 | 43.3217 | 44.3808 | | | | | |
| 057643 | WORKFLOW QUALITY COORD AACC | 31.9640 | 32.7870 | 33.6305 | 34.3273 | 35.0853 | 35.9424 | | | | | |
| 084112 | YARDKEEPER | 28.8869 | 29.6295 | 30.3922 | 31.1913 | 31.9893 | | | | | | |

*SR/LEAD Grades Refer to the Promotion to Senior, Lead, Chief or Supervisor language in the SEIU-UHW Collective Bargaining Agreement on page 42

An Employee promoted to a senior, lead, chief or (in the bargaining unit) supervisor shall receive a minimum increase of the next higher step of the wage scale in the new classification which will provide an increase of at least five (5) percent above his/her former rate.

170



**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 034484 | 3D IMAGING ANALYST | 54.5918 | 56.2334 | 57.9241 | 59.6653 | 61.4588 | 63.3065 | 65.2093 | | | | |
| 059132 | ACCOUNT REP | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 051142 | ADMITTING CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051141 | ADMITTING CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 050304 | ADMITTING REP | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051143 | ADMITTING REP SR | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 057901 | ADMITTING REP V WK | 35.2222 | 36.1293 | 37.0594 | 37.8431 | 38.9294 | 40.0142 | | | | | |
| 034404 | ALLERGY CENTRAL LAB ASST SUPV | 37.1314 | 38.0870 | 39.0666 | 39.8220 | 40.9034 | 41.9540 | | | | | |
| 034402 | ALLERGY TECHNICIAN | 33.6684 | 34.5349 | 35.4230 | 36.1081 | 37.0889 | 38.0418 | | | | | |
| 034403 | ALLERGY TECHNICIAN SR | 35.3584 | 36.2677 | 37.2001 | 37.9201 | 38.9491 | 39.9500 | | | | | |
| 051144 | AMBULANCE SERVICES CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 057816 | AMBULATORY CODER | 39.2337 | 40.4142 | 41.6304 | 42.8832 | 44.1735 | 45.5022 | | | | | |
| 030422 | ANESTHESIA SUPPLY AIDE | 30.5509 | 31.3367 | 32.1436 | 32.8841 | 33.6522 | 34.3376 | | | | | |
| 030423 | ANESTHESIA SUPPLY AIDE SR | 32.0845 | 32.9097 | 33.7571 | 34.5346 | 35.3412 | 36.0605 | | | | | |
| 030773 | ANESTHESIA TECHNICAL ASST SR | 40.8436 | 41.8941 | 42.9709 | 44.0386 | 45.2099 | 46.2767 | | | | | |
| 057980 | ANESTHESIA TECHNICAL ASST WK | 42.7818 | 43.8830 | 45.0107 | 46.1293 | 47.3561 | 48.4734 | | | | | |
| 051152 | APPOINTMENTS CLERK | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050306 | APPOINTMENTS CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051153 | APPOINTMENTS CLERK SR | 31.6649 | 32.4805 | 33.3163 | 34.0068 | 34.7581 | 35.6068 | | | | | |
| 030704 | ASL INTERPRETER | 63.1946 | 64.7776 | 66.3606 | 67.9437 | 69.5265 | 71.1096 | 72.6926 | | | | |
| 021002 | ASSOC STAFF ASST | 28.0497 | | | | | | | | | | |
| 030736 | ATHLETIC TRAINER CERTIFIED | 40.1470 | 41.1798 | 42.2124 | 43.0587 | 43.9227 | 44.8039 | | | | | |
| 034425 | BONE DENSITOMETRY TECHNICIAN | 35.4564 | 36.3683 | 37.3031 | 38.3874 | 39.9473 | 41.0991 | | | | | |
| 034426 | BONE DENSITOMETRY TECH SR | 37.2354 | 38.1931 | 39.1748 | 40.3129 | 42.0042 | 43.4715 | | | | | |
| 050343 | BUS OFFICE CLERK CLINIC G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050344 | BUS OFFICE CLERK CLINIC G5 | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 057392 | BUSINESS OFFICE CLERK CLINIC | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051223 | BUSINESS OFFICE CLERK SR | 35.1586 | 36.0635 | 36.9907 | 37.8541 | 39.0350 | 40.2795 | | | | | |
| 050319 | BUSINESS OFFICE FLOAT CLERK G6 | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 051583 | BUSINESS REP | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 030307 | CARDIAC DEVICE TECHNICIAN | 38.1539 | 39.0667 | 40.0023 | 41.0853 | 42.6444 | 43.7962 | | | | | |
| 030308 | CARDIAC DEVICE TECHNICIAN SR | 40.0683 | 41.0257 | 42.0082 | 43.1457 | 44.7834 | 46.1676 | | | | | |
| 035404 | CARDIOVASCULAR ANESTHESIA TECH | 45.7042 | 46.8793 | 48.0849 | 49.7481 | 52.2414 | 54.7342 | | | | | |
| 035405 | CARDIOVASCULAR ANESTHESIA TECH SR | 47.9896 | 49.2233 | 50.4892 | 52.2356 | 54.8535 | 57.4709 | | | | | |
| 035402 | CARDIOVASCULAR TECHNICIAN | 53.0445 | 54.6402 | 56.2829 | 57.8355 | 59.4861 | 61.1654 | | | | | |
| 035403 | CARDIOVASCULAR TECHNICIAN SR | 62.4732 | 64.3514 | 66.2858 | 67.9450 | 69.6479 | 71.3916 | | | | | |
| 090833 | CARE PARTNER | 30.8442 | 31.6375 | 32.4524 | 33.2000 | 33.9757 | 34.6673 | | | | | |
| 090936 | CARE PARTNER LVN | 43.1170 | | | | | | | | | | |
| 057975 | CARE PARTNER WK | 33.9288 | 34.8012 | 35.6974 | 36.5199 | 37.3733 | 38.1342 | | | | | |
| 051162 | CASH BATCH CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 057272 | CASH CHARGE BATCH CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 050389 | CASHIER RCPNST SCHD IMAGING SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 050388 | CASHIER RCPNST SCHED IMAGING | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |

171



**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **JobCode** | **Job Title** | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| 051502 | CASHIER RECEPTIONIST | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 057902 | CASHIER RECEPTIONIST G3 WK | 33.1667 | 34.0211 | 34.8970 | 35.6202 | 36.4066 | 37.2963 | | | | | |
| 050326 | CASHIER RECEPTIONIST G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051503 | CASHIER RECEPTIONIST SR | 31.6649 | 32.4805 | 33.3163 | 34.0068 | 34.7581 | 35.6068 | | | | | |
| 057982 | CASHIER RECP SCHDLR IMG WKEND | 33.8543 | 34.7254 | 35.6202 | 36.2844 | 37.2493 | 38.2140 | | | | | |
| 057192 | CENTRAL APPOINTMENTS CLERK | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 090311 | CENTRAL SUPPLY TECHNICIAN | 30.5509 | 31.3367 | 32.1436 | 32.8841 | 33.6522 | 34.3376 | | | | | |
| 030701 | CERT HEALTHCARE INTERPRETER | 34.3369 | 35.1387 | 35.9767 | 36.8332 | 37.7081 | 38.6012 | 39.5304 | | | | |
| 030705 | CERT HEALTHCARE INTPR LEAD | 36.0599 | 36.9017 | 37.7818 | 38.6812 | 39.5997 | 40.5371 | 41.5130 | | | | |
| 030703 | CERT INTERPRETER TRANSLATOR | 36.1409 | 36.9972 | 37.8722 | 38.7830 | 39.6941 | 40.6417 | 41.6260 | | | | |
| 030702 | CERT MULTILINGUAL INTERPRETER | 35.3390 | 36.1409 | 36.9792 | 37.8357 | 38.7102 | 39.6031 | 40.5326 | | | | |
| 051622 | CHART ROOM TROUBLER CLERK | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 051264 | CHRONIC COND MGMT PROG ASST | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | | |
| 051231 | CLAIMS ADJ & RWK RESOLUTN LEAD | 36.6682 | 37.6118 | 38.5791 | 39.5290 | 40.9121 | 42.2936 | | | | | |
| 051230 | CLAIMS ADJUD REWORK & RESOLUTN | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | | |
| 051228 | CLAIMS ADJUDICATOR I | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051229 | CLAIMS ADJUDICATOR II | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 051234 | CLAIMS ADJUSTER LEAD | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | | |
| 050352 | CLERK G1 | 28.3303 | 29.0602 | 29.8082 | 30.2748 | 30.9062 | 31.5358 | | | | | |
| 050353 | CLERK G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 057903 | CLERK G2 WK | 32.4798 | 33.3164 | 34.1740 | 34.7479 | 35.5623 | 36.3768 | | | | | |
| 050354 | CLERK G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050358 | CLERK G3 SR | 31.0094 | 31.8078 | 32.6268 | 33.1747 | 33.9519 | 34.7297 | | | | | |
| 057905 | CLERK G3 WK | 33.1667 | 34.0211 | 34.8970 | 35.6202 | 36.4066 | 37.2963 | | | | | |
| 051232 | CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 050359 | CLERK G4 SR | 31.6649 | 32.4805 | 33.3163 | 34.0068 | 34.7581 | 35.6068 | | | | | |
| 050355 | CLERK G5 | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 050356 | CLERK G6 | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 050360 | CLERK G6 SR | 33.6273 | 34.4929 | 35.3813 | 36.1290 | 37.1700 | 38.2944 | | | | | |
| 050361 | CLERK G7 SR | 35.1586 | 36.0635 | 36.9907 | 37.8541 | 39.0350 | 40.2795 | | | | | |
| 051233 | CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 051242 | CLERK TYPIST | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050314 | CLERK TYPIST G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 050315 | CLERK TYPIST G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051253 | CLINICAL DATA SPECIALIST | 35.4550 | 36.3535 | 37.2750 | 38.2864 | 39.7310 | 41.1748 | | | | | |
| 030794 | CLINICAL HEALTH EDUCATOR I | 42.3987 | 43.4617 | 44.5510 | 45.6678 | 46.8127 | 47.9861 | 49.1889 | | | | |
| 030796 | CLIN HEALTH EDUCATION I LEAD | 44.5246 | 45.6407 | 46.7848 | 47.9576 | 49.1595 | 50.3919 | 51.6542 | | | | |
| 030795 | CLINICAL HEALTH EDUCATOR II | 44.9499 | 46.0765 | 47.2315 | 48.4155 | 49.6289 | 50.8726 | 52.1477 | | | | |
| 030797 | CLIN HEALTH EDUCATION II LEAD | 47.2033 | 48.3865 | 49.5990 | 50.8423 | 52.1165 | 53.4226 | 54.7609 | | | | |
| 053102 | COMMUNICATION OPERATOR | 30.0946 | 30.8693 | 31.6640 | 32.1964 | 32.9507 | 33.4251 | 34.5708 | | | | |
| 053193 | COMMUNICATION OPERATOR SR | 31.6053 | 32.4190 | 33.2527 | 33.8118 | 34.6045 | 35.1024 | 36.3054 | | | | |
| 057960 | COMMUNICATION OPERATOR WK | 33.1040 | 33.9562 | 34.8304 | 35.4160 | 36.2458 | 36.7674 | 38.0278 | | | | |
| 050506 | CONTINUUM SERVICES CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |

172



B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A - Applicable to UHW Employees hired on or before 10/25/86** | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| **B1 - Applicable to UHW employees hired on or after 10/26/86** | | | | | | | | | | | | |
| **JobCode** | **Job Title** | | | | | | | | | | | |
| 024741 | CYTOGENETIC TECHNOLOGIST I | 62.0953 | 63.7318 | 65.3698 | 66.2361 | 68.5698 | 70.8551 | 73.6942 | | | | |
| 024742 | CYTOGENETIC TECHNOLOGIST II | 64.1525 | 65.8440 | 67.5353 | 68.8360 | 71.1211 | 73.6474 | 76.5977 | | | | |
| 024743 | CYTOGENETIC TECHNOLOGIST III | 66.3471 | 68.0968 | 69.8462 | 71.3848 | 74.0079 | 76.5828 | 79.6511 | | | | |
| 024744 | CYTOGENETIC TECHNOLOGIST SR | 69.6705 | 71.5076 | 73.3447 | 74.9601 | 77.7141 | 80.4182 | 83.6399 | | | | |
| 024740 | CYTOGENETIC TECHNOLOGIST TRNEE | 48.3821 | 50.4240 | | | | | | | | | |
| 024704 | CYTOTECHNOLOGIST CHIEF | 71.5809 | 73.4683 | 75.3549 | 76.9703 | 79.6600 | 82.4320 | 85.7342 | | | | |
| 024701 | CYTOTECHNOLOGIST I | 62.0953 | 63.7318 | 65.3698 | 66.2361 | 68.5698 | 70.8551 | 73.6942 | | | | |
| 024702 | CYTOTECHNOLOGIST II | 64.1525 | 65.8440 | 67.5353 | 68.8360 | 71.1211 | 73.6474 | 76.5977 | | | | |
| 024703 | CYTOTECHNOLOGIST III | 66.3471 | 68.0968 | 69.8462 | 71.3848 | 74.0079 | 76.5828 | 79.6511 | | | | |
| 024707 | CYTOTECHNOLOGIST III QC | 68.1665 | 69.9639 | 71.7602 | 73.2991 | 75.8608 | 78.5007 | 81.6458 | | | | |
| 057482 | DATA CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 030442 | DEDICATED SPECLTY SONOGRAPHER I | 66.4173 | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.9838 | | |
| 030449 | DEDICATED SPECLTY SONOGRPHER I LD | 73.0794 | 75.2670 | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 93.4985 | | |
| 030443 | DEDICATED SPECLTY SONOGRAPHER II | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.1756 | 87.5459 | | |
| 030450 | DEDICATED SPECLTY SONOGRPHER II LD | 75.2670 | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 92.6114 | 96.3169 | | |
| 090701 | DENTAL ASST REGISTERED | 33.0202 | 33.8701 | 34.7417 | 35.5397 | 36.3378 | 36.9865 | | | | | |
| 090700 | DENTAL ASST REGISTERED SR | 34.6712 | 35.5636 | 36.4788 | 37.3167 | 38.1546 | 38.8358 | | | | | |
| 057172 | DEPARTMENTAL CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 050380 | DEPARTMENTAL CLERK G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 050381 | DEPARTMENTAL CLERK G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 057962 | DEPARTMENTAL CLERK G4 WK | 33.8543 | 34.7254 | 35.6202 | 36.2844 | 37.2493 | 38.214 | | | | | |
| 050382 | DEPARTMENTAL CLERK G5 | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051562 | DEPOSIT CASHIER | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 051482 | DEPT SECRETARY | 33.1083 | 33.9607 | 34.8348 | 35.4844 | 36.4278 | 37.3716 | | | | | |
| 051004 | DIETETIC TECHNICIAN ELIGIBLE | 36.9328 | | | | | | | | | | |
| 051002 | DIETETIC TECHNICIAN REG | 38.8830 | 39.9868 | 41.1101 | 42.2541 | 43.4756 | 44.6778 | 45.9391 | | | | |
| 051017 | DIETITIAN ELIGIBLE | 48.9537 | | | | | | | | | | |
| 051315 | DIGITAL IMAGING LIBRARIAN | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 051316 | DIGITAL IMAGING LIBRARIAN LEAD | 31.6649 | 32.4805 | 33.3163 | 34.0068 | 34.7581 | 35.6068 | | | | | |
| 051317 | DIGITAL IMAGING LIBRARIAN WK | 33.1667 | 34.0211 | 34.8970 | 35.6202 | 36.4066 | 37.2963 | | | | | |
| 051145 | DME CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051148 | DME COORD | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 057817 | E&M/SPECIALTY CODER | 41.3053 | 42.5483 | 43.8284 | 45.1471 | 46.5051 | 47.9038 | | | | | |
| 051662 | ED CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051663 | ED CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 057974 | ED CLERK SR WK | 35.5538 | 36.4679 | 37.4076 | 38.1056 | 39.1188 | 40.1317 | | | | | |
| 057818 | ED CODER | 41.3053 | 42.5483 | 43.8284 | 45.1471 | 46.5051 | 47.9038 | | | | | |
| 034432 | EEG TECHNOLOGIST I | 40.5303 | 41.5730 | 42.6419 | 43.7980 | 45.8792 | 47.7287 | 49.8819 | | | | |
| 034433 | EEG TECHNOLOGIST II | 42.9480 | 44.0522 | 45.1852 | 46.3402 | 48.6521 | 50.9632 | 53.2622 | | | | |
| 034434 | EEG TECHNOLOGIST II WKEND | 47.2427 | 48.4575 | 49.7037 | 50.9743 | 53.5174 | 56.0594 | 58.5887 | | | | |
| 034422 | EKG TECHNICIAN | 35.4564 | 36.3683 | 37.3031 | 38.3874 | 39.9473 | 41.0991 | | | | | |
| 034423 | EKG TECHNICIAN SR | 37.2354 | 38.1931 | 39.1748 | 40.3129 | 42.0042 | 43.4715 | | | | | |
| 057915 | EKG TECHNICIAN WK | 39.0021 | 40.0052 | 41.0333 | 42.2260 | 43.9422 | 45.2089 | | | | | |

173



**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 057143 | ELIGIBILITY SPECIALIST | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 030314 | EMERGENCY DEPT TECHNICIAN I | 31.0961 | 31.8969 | 32.7177 | 33.4691 | 34.2208 | 34.8322 | | | | | |
| 030324 | EMERGENCY DEPT TECHNICIAN II | 36.8040 | 37.7504 | 38.7220 | 39.6846 | 40.7396 | 41.7020 | | | | | |
| 090935 | EMERGENCY DEPT TECHNICIAN LVN | 43.1170 | | | | | | | | | | |
| 034681 | ESTHETICIAN | 42.3293 | 43.5180 | 44.7398 | 45.9961 | 47.2872 | 48.6148 | | | | | |
| 034681 | ESTHETICIAN- EXP EXP WAIVER | 40.2127 | 43.5180 | 42.5028 | 45.9961 | 47.2872 | 48.6148 | | | | | |
| 057811 | EVALUATION & MANAGEMENT CODER | 36.5023 | 37.4417 | 38.4046 | 39.3007 | 40.5265 | 41.7519 | | | | | |
| 051312 | FILE CLERK | 28.3303 | 29.0602 | 29.8082 | 30.2748 | 30.9062 | 31.5358 | | | | | |
| 057906 | FILE CLERK G1 WK | 31.1636 | 31.9665 | 32.7889 | 33.3022 | 33.9969 | 34.6893 | | | | | |
| 050362 | FILE CLERK G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 050363 | FILE CLERK G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050364 | FILE CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051313 | FILE CLERK SR | 31.0094 | 31.8078 | 32.6268 | 33.1747 | 33.9519 | 34.7297 | | | | | |
| 090842 | GARAGE PARKING ATTENDANT | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 084102 | GARDENER | 32.6785 | 33.5199 | 34.3813 | 35.2193 | 36.0577 | | | | | | |
| 084103 | GARDENER SR | 35.2354 | 36.1415 | 37.0713 | 37.9170 | 38.7559 | | | | | | |
| 034007 | HEALTH ED ASST | 30.8637 | 31.6568 | 32.4705 | 33.1200 | 34.0077 | 34.9053 | | | | | |
| 055051 | HEALTH EDUCATION CLERK | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 030785 | HEALTH EDUCATOR I | 42.3987 | 43.4617 | 44.5510 | 45.6678 | 46.8127 | 47.9861 | 49.1889 | | | | |
| 030787 | HEALTH EDUCATOR I LEAD | 44.5246 | 45.6407 | 46.7848 | 47.9576 | 49.1595 | 50.3919 | 51.6542 | | | | |
| 030786 | HEALTH EDUCATOR II | 44.9499 | 46.0765 | 47.2315 | 48.4155 | 49.6289 | 50.8726 | 52.1477 | | | | |
| 030788 | HEALTH EDUCATOR II LEAD | 47.2033 | 48.3865 | 49.5990 | 50.8423 | 52.1165 | 53.4226 | 54.7609 | | | | |
| 057812 | HEALTH INFORMATION CODER I | 44.3756 | 46.4206 | 48.6979 | 51.6487 | 54.2277 | 56.9236 | | | | | |
| 057813 | HEALTH INFORMATION CODER II | 49.3251 | 51.5788 | 54.1119 | 57.3884 | 60.2463 | 63.2665 | 66.4441 | | | | |
| 057814 | HEALTH INFORMATION CODER III | 53.0195 | 55.4598 | 58.1778 | 61.7102 | 64.7773 | 68.0303 | 71.4465 | | | | |
| 057810 | HEALTH INFORMATION CODER TRN | 36.5023 | | | | | | | | | | |
| 089646 | HEALTH PLAN REP | 31.6579 | 32.2909 | 33.1564 | 34.0317 | 34.8826 | 35.7546 | | | | | |
| 089647 | HEALTH PLAN REP SR | 34.5165 | 35.4036 | 36.3135 | 37.0397 | 38.0322 | 39.0365 | | | | | |
| 090302 | HH AIDE | 30.9995 | 31.7979 | 32.6166 | 33.3563 | 34.1249 | 34.8105 | | | | | |
| 090937 | HH AIDE LVN | 43.1170 | | | | | | | | | | |
| 051492 | HH CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 057911 | HH CLERK G4 WK | 33.8543 | 34.7254 | 35.6202 | 36.2844 | 37.2493 | 38.2140 | | | | | |
| 057815 | HIM OUTPATIENT/AMBL CODER | 41.3053 | 42.5483 | 43.8284 | 45.1471 | 46.5051 | 47.9038 | | | | | |
| 051301 | HIM REP I | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 051302 | HIM REP II | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 051303 | HIM SPECIALIST | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 051304 | HIM SPECIALIST LEAD | 35.1586 | 36.0635 | 36.9907 | 37.8541 | 39.0350 | 40.2795 | | | | | |
| 051308 | HIM SPECIALIST WK | 36.8263 | 37.7742 | 38.7453 | 39.6505 | 40.8869 | 42.124 | | | | | |
| 034452 | HISTOLOGIC TECHNICIAN I | 47.3696 | 48.6187 | 49.8686 | 50.8897 | 51.6954 | 52.3754 | 54.4754 | | | | |
| 034453 | HISTOLOGIC TECHNICIAN II | 51.2676 | 52.6201 | 53.9724 | 55.3753 | 56.3088 | 56.9468 | 59.2296 | | | | |
| 034462 | HISTOLOGIC TECHNICIAN SUPV | 56.7401 | 58.2367 | 59.7332 | 61.2219 | 62.4120 | 63.3050 | 65.8423 | | | | |
| 034450 | HISTOLOGIC TECHNICIAN TRAINEE | 39.6269 | 40.6714 | 41.7179 | 42.4175 | 43.4107 | 44.4040 | 46.1849 | | | | |
| 057819 | HOSPITAL OUTPATIENT CODER | 44.3756 | 46.4206 | 48.6979 | 51.6487 | 54.2277 | 56.9236 | | | | | |

174

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| A - Applicable to UHW Employees hired on or before 10/25/86 | | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B1 - Applicable to UHW employees hired on or after 10/26/86 | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
| JobCode | Job Title | | | | | | | | | | | |
| 092312 | HOUSEKEEPING AIDE | 29.7269 | 30.4922 | 31.2769 | 32.0998 | 32.9224 | 0 | | | | | |
| 057917 | HOUSEKEEPING AIDE HEAD WK | 34.3415 | 35.2255 | 36.1316 | 37.0815 | 38.0318 | 0 | | | | | |
| 057916 | HOUSEKEEPING AIDE WK | 32.6996 | 33.5415 | 34.4044 | 35.3098 | 36.2147 | 0 | | | | | |
| 092314 | HOUSEKEEPING HEAD AIDE | 31.2195 | 32.0231 | 32.8468 | 33.7106 | 34.5744 | 0 | | | | | |
| 090708 | IMAGING ASSISTANT | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 090714 | IMAGING ASSISTANT SR | 31.6593 | 32.4749 | 33.3107 | 34.0012 | 34.7519 | 35.6009 | | | | | |
| 090938 | IMAGING ASST WK | 33.1667 | 34.0211 | 34.8970 | 35.6202 | 36.4066 | 37.2963 | | | | | |
| 090707 | IMAGING TECHNICIAN AIDE | 31.0961 | 31.8969 | 32.7177 | 33.4691 | 34.2208 | 34.8322 | | | | | |
| 090709 | IMAGING TECHNICIAN AIDE SR | 32.6572 | 33.4982 | 34.3596 | 35.1489 | 35.9377 | 36.5799 | | | | | |
| 090710 | IMAGING TECHNICIAN AIDE WK | 34.2059 | 35.0866 | 35.9894 | 36.8161 | 37.6430 | 38.3155 | | | | | |
| 090941 | IMAGING TECHNICIAN AIDE-LVN | 43.1170 | | | | | | | | | | |
| 090948 | IMAGING TECHNICIAN AIDE-LVN-WK | 47.4287 | | | | | | | | | | |
| 038103 | INAVASIVE CARDIO SPEC LEAD | 67.0735 | 69.0895 | 71.1657 | 73.3043 | 75.5070 | 77.7758 | 80.1130 | | | | |
| 051582 | INDUSTRIAL REPORT BILLING | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 057820 | INPATIENT CODER | 49.3251 | 51.5788 | 54.1119 | 57.3884 | 60.2463 | 63.2665 | 66.4441 | | | | |
| 057522 | INTAKE CLAIMS CASHIER | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 050345 | INTAKE CLAIMS CASHIER G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 038102 | INVASIVE CARDIOVASCULAR SPEC | 63.8737 | 65.7934 | 67.7710 | 69.8077 | 71.9056 | 74.0664 | 76.2923 | | | | |
| 057132 | INVENTORY CONTROL CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 050378 | INVENTORY CONTROL CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 090917 | KPPAAC ACTIVITY ASST | 28.3303 | 29.0602 | 29.8082 | 30.9062 | 32.8728 | 34.7245 | | | | | |
| 090901 | KPPAAC BUSINESS OFFICE CLERK | 25.5924 | 26.2517 | 26.9279 | 27.4976 | 28.2879 | 29.0768 | | | | | |
| 090939 | KPPAAC CERT NURSING ASST LVN | 43.1170 | | | | | | | | | | |
| 090908 | KPPAAC CERTIFIED NURSING ASST | 23.9630 | 24.9264 | 25.9101 | 26.9556 | 28.0422 | 28.9849 | | | | | |
| 090905 | KPPAAC ENVIRONMENTAL SVCS AIDE | 20.3352 | 21.1550 | 22.0155 | 22.8972 | 23.8195 | 24.7828 | | | | | |
| 090926 | KPPAAC EVS AID- WK | 22.3687 | 23.2705 | 24.2171 | 25.1869 | 26.2013 | 27.2611 | | | | | |
| 090906 | KPPAAC LEAD EVS | 21.3394 | 22.2001 | 23.1224 | 24.0448 | 25.0085 | 26.0130 | | | | | |
| 090911 | KPPAAC LICENSED VOC NURSE | 43.1170 | 44.2553 | 45.3931 | 46.4983 | 47.5721 | 48.6442 | 49.7177 | | | | |
| 090923 | KPPAAC NUTRITION CLERK | 21.2143 | 22.0681 | 22.9556 | 23.8790 | 24.8389 | 25.8370 | | | | | |
| 090904 | KPPAAC NUTRITIONAL AIDE | 20.9499 | 21.7925 | 22.6690 | 23.5807 | 24.5288 | 25.5147 | | | | | |
| 090910 | KPPAAC RECEPTIONIST | 25.5618 | 26.2206 | 26.8958 | 27.3481 | 27.9894 | 28.3928 | | | | | |
| 090909 | KPPAAC RECORDS CLERK | 26.7565 | 27.4477 | 28.1547 | 28.8124 | 29.7110 | 30.6233 | | | | | |
| 090913 | KPPAAC REHABILITATION AIDE | 23.9630 | 24.9264 | 25.9101 | 26.9556 | 28.0422 | 28.9849 | | | | | |
| 090918 | KPPAAC RESPIRATORY CARE PRCT I | 50.7029 | 52.0406 | 53.3780 | 54.4168 | 55.7160 | 57.0147 | | | | | |
| 090920 | KPPAAC RESP CARE PRCT II | 53.4178 | 54.8265 | 56.2352 | 57.5326 | 59.6114 | 62.2082 | 64.8057 | | | | |
| 090914 | KPPAAC RESTORATIVE NURSE ASST | 26.0130 | 27.0581 | 27.9795 | 29.2762 | 30.4516 | 31.6750 | | | | | |
| 090931 | KPPAAC SOC WORKER DISCH PLNR | 43.1170 | 44.2553 | 45.3931 | 46.4983 | 47.5721 | 48.6442 | 49.7177 | | | | |
| 090924 | KPPAAC SR NUTRITION CLERK | 22.2816 | 23.1774 | 24.1094 | 25.0787 | 26.0869 | 27.1351 | | | | | |
| 090912 | KPPAAC STAFFING ASST | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 090903 | KPPAAC STOREKEEPER II | 24.8787 | 25.5200 | 26.1773 | 26.8439 | 27.7621 | 28.4589 | | | | | |
| 090907 | KPPAAC UNIT ASST | 23.9630 | 24.9264 | 25.9101 | 26.9556 | 28.0422 | 28.9849 | | | | | |
| 090915 | KPPACC CERT OCCUP THERP ASST 2 | 43.3645 | 44.4802 | 45.6237 | 46.7312 | 47.9441 | 49.0506 | | | | | |
| 090922 | KPPACC LABORATORY ASST. II | 33.0586 | 33.9096 | 34.7824 | 35.4315 | 36.3727 | 37.3157 | | | | | |

SEIU - United Healthcare Workers    Effective October 19, 2021
Case 3:22-cv-05113-VC    Document 1    Filed 09/08/22    Page 196 of 549
B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

| | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A - Applicable to UHW Employees hired on or before 10/25/86** | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | | | | | |
| **B1 - Applicable to UHW employees hired on or after 10/26/86** | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | |
| **JobCode** | **Job Title** | | | | | | | | | | | |
| 090916 | KPPACC PHYSICAL THRPY ASST II | 43.3645 | 44.4802 | 45.6237 | 46.7312 | 47.9441 | 49.0506 | | | | | |
| 090771 | LABORATORY ASST I | 31.8720 | 33.3485 | 34.2078 | 34.7823 | 35.5968 | 36.4119 | | | | | |
| 090772 | LABORATORY ASST II | 34.0536 | 34.9305 | 35.8295 | 36.4982 | 37.4675 | 38.4388 | | | | | |
| 057918 | LABORATORY ASST II WK | 37.4589 | 38.4234 | 39.4123 | 40.1481 | 41.2145 | 42.2826 | | | | | |
| 090773 | LABORATORY ASST III | 35.1094 | 35.9861 | 36.8851 | 37.5540 | 38.5227 | 39.4941 | | | | | |
| 057919 | LABORATORY ASST III WK | 38.6204 | 39.5848 | 40.5737 | 41.3095 | 42.3751 | 43.4435 | | | | | |
| 090774 | LABORATORY ASST SR | 36.8709 | 37.7915 | 38.7353 | 39.4382 | 40.4552 | 41.4750 | | | | | |
| 034545 | LASER VISION CORCTN LASER TECH | 45.3533 | 46.5195 | 47.7146 | 50.2323 | 52.7510 | 55.2688 | 57.7866 | | | | |
| 057821 | LEAD CODER | 53.0195 | 55.4598 | 58.1778 | 61.7102 | 64.7773 | 68.0303 | 71.4465 | | | | |
| 052612 | LIBRARY ASST | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | 0 | | | | |
| 032844 | LICENSED VOC NURSE I.V. CERT | 45.2791 | 46.4744 | 47.6686 | 48.8294 | 49.9565 | 51.0825 | 52.2099 | | | | |
| 032845 | LICENSED VOC NURSE I.V.CERT SR | 46.6408 | 47.8723 | 49.1023 | 50.2978 | 51.4593 | 52.6190 | 53.7796 | | | | |
| 032841 | LICENSED VOC NURSE NEW GRAD | | | | | | | | | | | |
| 032842 | LICENSED VOCATIONAL NURSE | 43.1170 | 44.2553 | 45.3931 | 46.4983 | 47.5721 | 48.6442 | 49.7177 | | | | |
| 032843 | LICENSED VOCATIONAL NURSE SR | 45.2791 | 46.4744 | 47.6686 | 48.8294 | 49.9565 | 51.0825 | 52.2099 | | | | |
| 057965 | LICENSED VOCATIONAL NURSE WK | 47.4288 | 48.6809 | 49.9326 | 51.1480 | 52.3294 | 53.5086 | 54.6894 | | | | |
| 051342 | MAIL CLERK | 28.3303 | 29.0602 | 29.8082 | 30.2748 | 30.9062 | 31.5358 | | | | | |
| 050320 | MAIL CLERK G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 090702 | MEDICAL ASST | 31.0961 | 31.8969 | 32.7177 | 33.4691 | 34.2208 | 34.8322 | | | | | |
| 090715 | MEDICAL ASST DESKTOP MEDICINE | 31.0961 | 31.8969 | 32.7177 | 33.4691 | 34.2208 | 34.8322 | | | | | |
| 090932 | MEDICAL ASST LVN | 43.1170 | | | | | | | | | | |
| 090946 | MEDICAL ASST LVN SR | 43.1170 | | | | | | | | | | |
| 090703 | MEDICAL ASST SR | 32.6572 | 33.4982 | 34.3596 | 35.1489 | 35.9377 | 36.5799 | | | | | |
| 057925 | MEDICAL ASST WK | 34.2059 | 35.0866 | 35.9894 | 36.8161 | 37.6430 | 38.3155 | | | | | |
| 090947 | MEDICAL ASST WK SR | 35.9227 | 36.8479 | 37.7955 | 38.6637 | 39.5316 | 40.2379 | | | | | |
| 050384 | MEDICAL LEGAL CLERK G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 051306 | MEDICAL RECORD INDEXER | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 057977 | MEDICAL RECORD INDEXER WK | 33.8543 | 34.7254 | 35.6202 | 36.2844 | 37.2493 | 38.2140 | | | | | |
| 057979 | MEDICAL RECORD QA SPEC WK | 35.2222 | 36.1293 | 37.0594 | 37.8431 | 38.9294 | 40.0142 | | | | | |
| 051307 | MEDICAL RECORD QA SPECIALIST | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051305 | MEDICAL RECORD SCANNER | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 050502 | MEDICAL RECORDS ANALYST | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051362 | MEDICAL RECORDS CLERK | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 057908 | MEDICAL RECORDS CLERK G2 WK | 32.4798 | 33.3164 | 34.1740 | 34.7479 | 35.5623 | 36.3768 | | | | | |
| 057904 | MEDICAL RECORDS CLERK G3 WK | 33.1667 | 34.0211 | 34.8970 | 35.6202 | 36.4066 | 37.2963 | | | | | |
| 050369 | MEDICAL RECORDS CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 051363 | MEDICAL RECORDS CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 051532 | MEDICAL RECORDS TECHNICIAN | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 051352 | MEDICAL SECRETARY | 39.3150 | 40.3523 | 41.3900 | 42.6282 | 43.9681 | 45.3052 | | | | | |
| 051353 | MEDICAL SECRETARY SR | 41.2861 | 42.3758 | 43.4660 | 44.7666 | 46.1729 | 47.5762 | | | | | |
| 051652 | MEDICARE BILLER | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 089641 | MEMBER ENGAGEMENT SPECIALIST | 34.5165 | 35.4036 | 36.3135 | 37.0397 | 38.0322 | 39.0365 | | | | | |
| 089640 | MEMBER OUTREACH SPECIALIST | 30.7161 | 31.5019 | 32.3085 | 32.9340 | 33.7461 | 34.5958 | | | | | |

176



| | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A - Applicable to UHW Employees hired on or before 10/25/86** | | | | | | | | | | | | |
| **B1 - Applicable to UHW employees hired on or after 10/26/86** | | **Step 1** | **Step 2** | **Step 3** | **Step 4** | **Step 5** | | **Step 6** | **Step 7** | **Step 8** | **Step 9** | **Step 10** | **Step 11** |
| **JobCode** | **Job Title** | | | | | | | | | | | | |
| 089655 | MEMBER OUTREACH SPECIALIST SR | 31.7125 | 32.5239 | 33.3566 | 34.0254 | 34.9688 | 35.9115 | | | | | | |
| 090840 | MENTAL HEALTH WORKER | 34.3482 | 35.2553 | 36.1621 | 37.0549 | 37.9475 | 38.8099 | | | | | | |
| 090940 | MENTAL HEALTH WORKER LVN | 43.1170 | | | | | | | | | | | |
| 072112 | MESSENGER DRIVER | 29.9873 | 30.7591 | 31.5508 | 32.0998 | 32.5109 | | | | | | | |
| 072113 | MESSENGER DRIVER SR | 31.7719 | 32.5899 | 33.4287 | 33.9767 | 34.3880 | | | | | | | |
| 057927 | MESSENGER DRIVER WK | 32.9861 | 33.8349 | 34.7056 | 35.3098 | 35.7620 | | | | | | | |
| 034464 | MOHS HISTOTECH TECH I | 49.7382 | 51.0497 | 52.3620 | 53.4343 | 54.2802 | 54.9943 | 57.1993 | | | | | |
| 034465 | MOHS HISTOTECH TECH II | 53.8313 | 55.2512 | 56.6709 | 58.1441 | 59.1241 | 59.7944 | 62.1910 | | | | | |
| 034466 | MOHS HISTOTECH TECH SUPV | 59.5771 | 61.1486 | 62.7199 | 64.2829 | 65.5324 | 66.4702 | 69.1344 | | | | | |
| 034463 | MOHS HISTOTECH TECH TRAINEE | 41.6081 | 42.7048 | 43.8038 | 44.5385 | 45.5813 | 46.6242 | 48.4942 | | | | | |
| 024745 | MOLECULAR TECHNOLOGIST I | 62.0953 | 63.7318 | 65.3698 | 66.2361 | 68.5698 | 70.8551 | 73.6942 | | | | | |
| 024725 | MOLECULAR TECHNOLOGIST II | 64.1525 | 65.8440 | 67.5353 | 68.8360 | 71.1211 | 73.6474 | 76.5977 | | | | | |
| 024726 | MOLECULAR TECHNOLOGIST III | 66.3471 | 68.0968 | 69.8462 | 71.3848 | 74.0079 | 76.5828 | 79.6511 | | | | | |
| 024727 | MOLECULAR TECHNOLOGIST SR | 69.6705 | 71.5076 | 73.3447 | 74.9601 | 77.7141 | 80.4182 | 83.6399 | | | | | |
| 024728 | MOLECULAR TECHNOLOGIST TRAINEE | 48.3821 | 50.4240 | | | | | | | | | | |
| 051514 | MONITOR TECHNICIAN | 32.5968 | 33.4177 | 34.2598 | 34.9629 | 35.7063 | 36.5744 | | | | | | |
| 024751 | MRI TECHNOLOGIST I | 62.4980 | 63.7520 | 65.0287 | 66.3323 | 67.6217 | | | | | | | |
| 024752 | MRI TECHNOLOGIST II | 66.8179 | 68.1565 | 69.5218 | 70.9144 | 72.3353 | 74.0664 | 76.7413 | | | | | |
| 024756 | MRI TECHNOLOGIST II WK | 73.4997 | 74.9725 | 76.4740 | 78.0059 | 79.5686 | 81.4732 | 84.4155 | | | | | |
| 024766 | MRI TECHNOLOGIST III | 79.3708 | 81.7555 | | | | | | | | | | |
| 024767 | MRI TECHNOLOGIST III WK | 87.3078 | 89.9313 | | | | | | | | | | |
| 024753 | MRI TECHNOLOGIST LEAD | 71.1359 | 72.5610 | 74.0147 | 75.4976 | 77.0101 | 78.5527 | 81.6994 | 83.3453 | 85.8495 | | | |
| 051185 | MSCC TELESERVICE REP | 31.0496 | 31.8491 | 32.6689 | 33.3457 | 34.0826 | 34.9147 | | | | | | |
| 030451 | NEURODIAGNOSTIC TECHNICIAN I | 66.4173 | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | | | | | |
| 030452 | NEURODIAGNOSTIC TECHNICIAN II | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | | | | | |
| 030454 | NEUROPHYS MONITORING SPEC | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | | | | | |
| 034446 | NUCLEAR MED TECH II PET-CT | 92.9917 | 95.8094 | | | | | | | | | | |
| 034447 | NUCLEAR MED TECH II-PET/CT LD | 97.6477 | 100.6062 | | | | | | | | | | |
| 034445 | NUCLEAR MEDICINE TECH I WK | 76.7425 | 78.7654 | 80.7887 | 82.9134 | 85.0381 | 87.1626 | 89.2875 | | | | | |
| 034443 | NUCLEAR MEDICINE TECH II | 74.0558 | 76.0075 | 77.9582 | 80.3206 | 82.7889 | 85.1523 | 88.5634 | | | | | |
| 034448 | NUCLEAR MEDICINE TECH II WK | 81.4616 | 83.6083 | 85.7541 | 88.3528 | 91.0680 | 93.6676 | 97.4198 | | | | | |
| 034444 | NUCLEAR MEDICINE TECH SUPV | 77.7644 | 79.8138 | 81.8624 | 84.3432 | 86.9347 | 89.4163 | 92.9977 | | | | | |
| 034442 | NUCLEAR MEDICINE TECHNICIAN I | 69.7658 | 71.6050 | 73.4442 | 75.3758 | 77.3074 | 79.2387 | 81.1706 | | | | | |
| 090832 | NURSE ASST | 30.8442 | 31.6375 | 32.4524 | 33.2000 | 33.9757 | 34.6673 | | | | | | |
| 090933 | NURSE ASST LVN | 43.1170 | | | | | | | | | | | |
| 090834 | NURSE ASST SR | 32.3928 | 33.2258 | 34.0811 | 34.8665 | 35.6808 | 36.4067 | | | | | | |
| 057990 | NURSE ASST WK | 33.9288 | 34.8012 | 35.6974 | 36.5199 | 37.3733 | 38.1342 | | | | | | |
| 090836 | NURSING WORK STUDY INTERN | 30.8442 | 31.6375 | 32.4524 | 33.2000 | 33.9757 | 34.6673 | | | | | | |
| 091822 | NUTRITION AIDE | 29.3868 | 30.1441 | 30.9208 | 32.0918 | 32.8728 | | | | | | | |
| 091824 | NUTRITION AIDE WK | 32.3254 | 33.1583 | 34.0129 | 35.3009 | 36.1602 | | | | | | | |
| 051001 | NUTRITION ASST | 36.6557 | 37.7201 | 38.7849 | 39.8487 | 41.0119 | 42.1353 | 43.3378 | | | | | |
| 051262 | NUTRITION CLERK | 29.7590 | 30.5255 | 31.3109 | 32.4822 | 33.2628 | | | | | | | |
| 051263 | NUTRITION CLERK SR | 31.2528 | 32.0577 | 32.8822 | 34.1125 | 34.9321 | | | | | | | |

177



**KAISER PERMANENTE**

B1 rates are effective for both Bay Area and Sacramento / Fresno Employees

**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---------|-----------|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|---------|
| | | | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
| 057928 | NUTRITION CLERK WK | 32.7349 | 33.5780 | 34.4420 | 35.7303 | 36.5891 | | | | | | |
| 091823 | NUTRITION PARTNER | 29.7590 | 30.5255 | 31.3109 | 32.4822 | 33.2628 | | | | | | |
| 091826 | NUTRITION PARTNER LEAD | 31.2470 | 32.0518 | 32.8763 | 34.1060 | 34.9258 | | | | | | |
| 091825 | NUTRITION PARTNER WK | 32.7349 | 33.5780 | 34.4420 | 35.7303 | 36.5891 | | | | | | |
| 034492 | OB TECHNICIAN | 32.4963 | 33.3326 | 34.1900 | 35.0397 | 35.9724 | 36.8223 | | | | | |
| 034493 | OB TECHNICIAN SR | 34.1275 | 35.0053 | 35.9053 | 36.7982 | 37.7775 | 38.6694 | | | | | |
| 034495 | OB TECHNICIAN WK | 35.7459 | 36.6657 | 37.6090 | 38.5436 | 39.5697 | 40.5044 | | | | | |
| 090944 | OB TECHNICIAN-LVN | 43.1170 | | | | | | | | | | |
| 090945 | OCC HLTH TECHNICIAN CERT LVN | 43.1170 | | | | | | | | | | |
| 090705 | OCC HLTH TECHNICIAN CERTIFIED | 31.6847 | 32.5009 | 33.3371 | 34.1034 | 34.8684 | 35.4916 | | | | | |
| 090706 | OCC HLTH TECHNICIAN CERT SR | 33.2756 | 34.1322 | 35.0101 | 35.8144 | 36.6180 | 37.2728 | | | | | |
| 030742 | OCC THERAPY ASST I CERTIFIED | 37.6896 | 38.6588 | 39.6535 | 40.6166 | 41.6712 | 42.6329 | | | | | |
| 030743 | OCC THERAPY ASST II CERTIFIED | 43.3645 | 44.4802 | 45.6237 | 46.7312 | 47.9441 | 49.0506 | | | | | |
| 051522 | OCCUPATIONAL MEDICINE SECY | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 034542 | OPHTHALMIC PHOTOGRAPHER | 40.4518 | 41.4921 | 42.5595 | 43.5633 | 46.9105 | 50.2590 | | | | | |
| 034543 | OPHTHALMIC TECHNICIAN | 43.1866 | 44.2983 | 45.4375 | 47.8347 | 50.2330 | 52.6308 | 55.0290 | | | | |
| 034544 | OPHTHALMIC TECHNICIAN II CERT | 45.3533 | 46.5195 | 47.7146 | 50.2323 | 52.7510 | 55.2688 | 57.7866 | | | | |
| 063302 | OPTICAL BENCHMAN | 34.5314 | | 40.6246 | | | | | | | | |
| 033352 | CONTACT LENS FITTER | 42.6893 | | 43.9699 | | | | | | | | |
| 033358 | CONTACT LENS FITTER APPRRENTICE | 29.9070 | 30.8496 | 32.0778 | 33.6775 | | | | | | | |
| 033371 | CONTACT LENS FITTER ASSISTANT | 28.9925 | 30.8496 | 31.6213 | | | | | | | | |
| 030306 | OPTICAL EQUIPMENT MAINTENANCE TECH | 36.9488 | | 43.4691 | | | | | | | | |
| 054022 | OPTICAL LAB APPRENTICE | 22.4458 | 24.1715 | 25.8982 | 27.6246 | 29.3512 | 31.0786 | 32.8047 | | | | |
| 063364 | OPTICAL LAB FOREPERSON LEAD | 37.9843 | | 44.6877 | | | | | | | | |
| 063372 | OPTICAL SALES ASSISTANT | 22.4458 | | | | | | | | | | |
| 033312 | OPTICAL SALES DISPENSER | 34.5314 | | 40.6246 | | | | | | | | |
| 063350 | OPTICAL SALES DISPENSER APPRENTICE | 22.4458 | 24.1715 | 25.8982 | 27.6246 | 29.3512 | 31.0786 | 32.8047 | | | | |
| 033323 | OPTICAL SALES LEAD DISPENSER | 37.9843 | | 44.6877 | | | | | | | | |
| 054024 | PRESCRIPTION STOCK CLERK | 34.5314 | | 40.6246 | | | | | | | | |
| 054023 | SENIOR PRESCRIPTION STOCK CLERK | 37.9843 | | 44.6877 | | | | | | | | |
| 063312 | OPTICAL SURFACE GRINDER | 34.5314 | | 40.6246 | | | | | | | | |
| 063371 | OPTICAL UTILITY WORKER | 22.4458 | | | | | | | | | | |
| 030310 | OR EQUIPMENT TECHNICIAN | 36.8040 | 37.7504 | 38.7220 | 39.6846 | 40.7396 | 41.7020 | | | | | |
| 057122 | OR SCHEDULING CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 050376 | OR SCHEDULING CLERK G6 | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 050391 | OR SCHEDULING CLERK G6 WK | 36.8263 | 37.7742 | 38.7453 | 39.6505 | 40.8869 | 42.1240 | | | | | |
| 030331 | ORTHOPEDIC TECHNICIAN I | 36.8040 | 37.7504 | 38.7220 | 39.6846 | 40.7396 | 41.7020 | | | | | |
| 030332 | ORTHOPEDIC TECHNICIAN II | 37.5426 | 38.5079 | 39.4982 | 40.4801 | 41.5567 | 42.5380 | | | | | |
| 030333 | ORTHOPEDIC TECHNICIAN SR | 39.4257 | 40.4393 | 41.4793 | 42.5104 | 43.6410 | 44.6713 | 45.7911 | | | | |
| 030725 | PATHOLOGY TECHNICAL ASST AA SR | 38.5214 | 39.5119 | 40.5280 | 41.5351 | 42.6402 | 43.6464 | 45.3975 | | | | |
| 030722 | PATHOLOGY TECHNICAL ASST HS | 36.6813 | 37.6250 | 38.5925 | 39.5518 | 40.6036 | 41.5620 | 43.2291 | | | | |
| 030723 | PATHOLOGY TECHNICAL ASST HS SR | 38.5214 | 39.5119 | 40.5280 | 41.5351 | 42.6402 | 43.6464 | 45.3975 | | | | |
| 030724 | PATHOLOGY TECHNICIAN ASST AA | 36.6813 | 37.6250 | 38.5925 | 39.5518 | 40.6036 | 41.5620 | 43.2291 | | | | |



**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 090835 | PATIENT CARE TECHNICIAN | 32.6770 | 33.5176 | 34.3809 | 35.1006 | 35.8625 | 36.7518 | | | | | |
| 090934 | PATIENT CARE TECHNICIAN LVN | 43.1170 | | | | | | | | | | |
| 090837 | PATIENT CARE TECHNICIAN WK | 35.9446 | | | | | | | | | | |
| 051584 | PATIENT FINANCIAL ADVISOR | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | | |
| 057922 | PATIENT MOBILITY TECH I WK | 34.6181 | 35.5086 | 36.4228 | 37.2619 | 38.1319 | 38.9089 | | | | | |
| 057923 | PATIENT MOBILITY TECH II WK | 35.9448 | 36.8694 | 37.8188 | 38.6108 | 39.4487 | 40.4270 | | | | | |
| 030373 | PATIENT MOBILITY TECHNICIAN I | 31.4709 | 32.2804 | 33.1115 | 33.8744 | 34.6655 | 35.3715 | | | | | |
| 030374 | PATIENT MOBILITY TECHNICIAN II | 32.6770 | 33.5176 | 34.3809 | 35.1006 | 35.8625 | 36.7518 | | | | | |
| 030372 | PATIENT TRANSPORTATION AIDE | 29.0046 | 29.7507 | 30.5169 | 30.9828 | 31.6145 | 32.2447 | | | | | |
| 057930 | PATIENT TRANSPORTATION AIDE WK | 31.9050 | 32.7260 | 33.5688 | 34.0812 | 34.7758 | 35.4692 | | | | | |
| 057262 | PHARMACY CASHIER | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 051392 | PHARMACY CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 050372 | PHARMACY CLERK G3 | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | | |
| 057909 | PHARMACY CLERK G4 WK | 33.8543 | 34.7254 | 35.6202 | 36.2844 | 37.2493 | 38.2140 | | | | | |
| 051393 | PHARMACY CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 033400 | PHARMACY INTERN | 34.6831 | 35.5753 | 36.4914 | 37.1721 | 38.1596 | 39.1485 | | | | | |
| 058126 | PHARMACY MARKETING ASST | 33.8183 | 34.6880 | 35.5805 | 36.2354 | 37.1839 | 38.8697 | | | | | |
| 057929 | PHARMACY TECHNICIAN INP WK | 38.7083 | 39.7038 | 40.7259 | 41.4745 | 42.5614 | 45.3322 | | | | | |
| 034652 | PHARMACY TECHNICIAN INPATIENT | 35.1894 | 36.0944 | 37.0235 | 37.7041 | 38.6921 | 41.2112 | | | | | |
| 034654 | PHARMACY TECHNICIAN LEAD INP | 36.9550 | 37.9056 | 38.8813 | 39.5957 | 40.6328 | 43.2778 | | | | | |
| 034655 | PHARMACY TECHNICIAN LEAD OP | 35.5147 | 36.4284 | 37.3656 | 38.0526 | 39.0497 | 40.8193 | | | | | |
| 034653 | PHARMACY TECHNICIAN OP | 33.8183 | 34.6880 | 35.5805 | 36.2354 | 37.1839 | 38.8697 | | | | | |
| 057970 | PHARMACY TECHNICIAN OP WK | 37.2001 | 38.1568 | 39.1385 | 39.8588 | 40.9020 | 42.7567 | | | | | |
| 030302 | PHYSICAL THERAPY AIDE | 30.5720 | 31.3592 | 32.1666 | 32.7033 | 33.4651 | 34.2278 | | | | | |
| 030303 | PHYSICAL THERAPY AIDE SR | 32.1069 | 32.9335 | 33.7807 | 34.3447 | 35.1449 | 35.9497 | | | | | |
| 030732 | PHYSICAL THERAPY ASST I | 40.9034 | 41.9550 | 43.0344 | 44.0794 | 45.2233 | 46.2672 | | | | | |
| 030733 | PHYSICAL THERAPY ASST II | 43.3645 | 44.4802 | 45.6237 | 46.7312 | 47.9441 | 49.0506 | | | | | |
| 057931 | PHYSICAL THERAPY ASST II WK | 47.7011 | 48.9283 | 50.1860 | 51.4044 | 52.7385 | 53.9558 | | | | | |
| 057582 | PHYSICIAN'S SCHEDULE CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 034628 | POLYSOM TRAINEE/SLEEP TECH I | 36.3878 | 37.3226 | 38.2827 | 39.1650 | 40.0789 | 40.8950 | | | | | |
| 034630 | POLYSOMNOGRAPHIC TECH LEAD | 45.3520 | 46.5194 | 47.7154 | 50.2325 | 52.7506 | 55.2687 | 57.7867 | | | | |
| 034629 | POLYSOMNOGRAPHIC TECHNOLOGIST | 43.1866 | 44.2983 | 45.4375 | 47.8347 | 50.2330 | 52.6308 | 55.0290 | | | | |
| 057804 | PROFESSIONAL SVCS CODER I | 39.2337 | 40.4142 | 41.6304 | 42.8832 | 44.1735 | 45.5022 | | | | | |
| 057805 | PROFESSIONAL SVCS CODER II | 41.3053 | 42.5483 | 43.8284 | 45.1471 | 46.5051 | 47.9038 | | | | | |
| 057806 | PROFESSIONAL SVCS CODER III | 43.4856 | 44.7938 | 46.1413 | 47.5294 | 48.9590 | 50.4313 | | | | | |
| 030322 | PSYCHIATRIC TECHNICIAN | 39.7237 | 40.7723 | 41.8206 | 42.8393 | 43.8289 | 44.8169 | 45.8065 | | | | |
| 030323 | PSYCHIATRIC TECHNICIAN SR | 41.7159 | 42.8174 | 43.9176 | 44.9873 | 46.0259 | 47.0641 | 48.1031 | | | | |
| 034678 | RADIATION ONCOLOGY AIDE | 37.5426 | 38.5079 | 39.4982 | 40.4801 | 41.5567 | 42.5380 | | | | | |
| 034475 | RADIATION THERAPIST | 73.4807 | 75.6455 | 77.7863 | 80.3028 | 84.0938 | 88.1317 | 91.6791 | | | | |
| 034476 | RADIATION THERAPIST LEAD | 77.1609 | 79.4338 | 81.6819 | 84.3238 | 88.3046 | 92.5443 | 96.2688 | | | | |
| 034801 | RADIOLOGIC TECHNOLOGIST I | 54.5918 | | | | | | | | | | |
| 034811 | RADIOLOGIC TECHNOLOGIST I WK | 60.0510 | | | | | | | | | | |
| 034802 | RADIOLOGIC TECHNOLOGIST II | 57.3274 | 59.0510 | 60.8263 | 62.6545 | 64.5378 | 66.4780 | 68.4760 | 70.5340 | 72.6535 | | |

179



Effective October 19, 2021

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| | | Step 1 | Step 2 | Step 3 | | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 Step 5 | Step 6 Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | |
| 034812 | RADIOLOGIC TECHNOLOGIST II WK | 63.0602 | 64.9561 | 66.9089 | 68.9200 | 70.9917 | 73.1257 | 75.3236 | 77.5872 | 79.9189 | |
| 034803 | RADIOLOGIC TECHNOLOGIST III | 59.0510 | 60.8263 | 62.6545 | 64.5378 | 66.4780 | 68.4760 | 70.5340 | 72.6535 | 74.8367 | |
| 034813 | RADIOLOGIC TECHNOLOGIST III WK | 64.9561 | 66.9089 | 68.9200 | 70.9917 | 73.1257 | 75.3236 | 77.5872 | 79.9189 | 82.3204 | |
| 034804 | RADIOLOGIC TECHNOLOGIST IV | 62.0097 | 63.8737 | 65.7934 | 67.7710 | 69.8077 | 71.9056 | 74.0664 | 76.2923 | 78.5848 | |
| 034806 | RADIOLOGIC TECHNOLOGIST LEAD | 67.0735 | 69.0895 | 71.1657 | 73.3043 | 75.5070 | 77.7758 | 80.1130 | 82.5201 | 84.9993 | |
| 034805 | RADIOLOGIC TECHNOLOGIST V | 63.8737 | 65.7934 | 67.7710 | 69.8077 | 71.9056 | 74.0664 | 76.2923 | 78.5848 | 80.9462 | |
| 034815 | RADIOLOGIC TECHNOLOGIST V WK | 70.2611 | 72.3727 | 74.5482 | 76.7887 | 79.0964 | 81.4732 | 83.9215 | 86.4433 | 89.0407 | |
| 034816 | RADIOLOGIC TECHNOLOGIST WK LD | 73.7809 | 75.9984 | 78.2825 | 80.6348 | 83.0578 | 85.5534 | 88.1243 | 90.7721 | 93.4996 | |
| 034814 | RADIOLOGIC TECHOLOGIST IV WK | 68.2110 | 70.2611 | 72.3727 | 74.5482 | 76.7887 | 79.0964 | 81.4732 | 83.9215 | 86.4433 | |
| 051202 | RECEPTION CLERK | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | |
| 050309 | RECEPTION CLERK G2 | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | |
| 050310 | RECEPTION CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | |
| 051432 | RECEPTIONIST CLINIC | 30.1516 | 30.9284 | 31.7245 | 32.3820 | 33.0971 | 33.9057 | | | | |
| 051433 | RECEPTIONIST CLINIC SR | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | |
| 051010 | REGISTERED DIETITIAN I | 51.5366 | 53.2516 | 54.9465 | 56.6613 | 58.3564 | 60.0709 | 61.7658 | | | |
| 051015 | REGISTERED DIETITIAN I LEAD | 54.1196 | 55.9201 | 57.6998 | 59.5000 | 61.2802 | 63.0805 | 64.8603 | | | |
| 051011 | REGISTERED DIETITIAN II | 54.3551 | 56.1485 | 57.9621 | 59.7557 | 61.5492 | 63.3624 | 65.1557 | | | |
| 051012 | REGISTERED DIETITIAN II LEAD | 57.0944 | 58.9870 | 60.8593 | 62.7513 | 64.6433 | 66.5158 | 68.4080 | | | |
| 051013 | REGISTERED DIETITIAN III | 57.0944 | 58.9870 | 60.8593 | 62.7513 | 64.6433 | 66.5158 | 68.4080 | | | |
| 051014 | REGISTERED DIETITIAN III LEAD | 59.9556 | 61.9426 | 63.9085 | 65.8949 | 67.8819 | 69.8480 | 71.8346 | | | |
| 090775 | REGL LAB SUPPORT SPECIALIST | 34.0536 | 34.9305 | 35.8295 | 36.4982 | 37.4675 | 38.4388 | | | | |
| 050802 | REL OF MED INFORMATION SPEC SR | 33.6273 | 34.4929 | 35.3813 | 36.1290 | 37.1700 | 38.2944 | | | | |
| 050801 | RELEASE OF MED INFO SPEC II | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | |
| 050800 | RELEASE OF MEDICAL INFO SPEC I | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | |
| 034620 | RESPIRATORY CARE PERMITTEE | 45.6203 | | | | | | | | | |
| 034625 | RESPIRATORY CARE PRCT I | 50.7029 | 52.0406 | 53.3780 | 54.4168 | 55.7160 | 57.0147 | | | | |
| 034621 | RESPIRATORY CARE PRCT I REG | 53.2441 | 54.6484 | 56.0523 | 57.1445 | 58.5077 | 59.8689 | | | | |
| 057939 | RESPIRATORY CARE PRCT I REG WK | 58.5683 | 60.1134 | 61.6574 | 62.8589 | 64.3585 | 65.8557 | | | | |
| 057938 | RESPIRATORY CARE PRCT I WK | 55.7731 | 57.2447 | 58.7159 | 59.8583 | 61.2878 | 62.7161 | | | | |
| 034626 | RESPIRATORY CARE PRCT II | 53.4178 | 54.8265 | 56.2352 | 57.5326 | 59.6114 | 62.2082 | 64.8057 | | | |
| 034622 | RESPIRATORY CARE PRCT II REG | 56.0952 | 57.5731 | 59.0533 | 60.4158 | 62.5978 | 65.3258 | 68.0522 | | | |
| 057940 | RESPIRATORY CARE PRCT II WK | 58.7595 | 60.3091 | 61.8588 | 63.2861 | 65.5726 | 68.4292 | 71.2861 | | | |
| 034627 | RESPIRATORY CARE PRCT SUPV | 58.9056 | 60.4578 | 62.0124 | 63.4432 | 65.7344 | 68.598 | 71.4611 | | | |
| 057942 | RESPIRATORY CARE PRCT SUPV WK | 64.7962 | 66.5036 | 68.2135 | 69.7874 | 72.3079 | 75.4577 | 78.6070 | | | |
| 030432 | RESPIRATORY SUPPLY AIDE | 32.0185 | 32.8420 | 33.6876 | 34.4630 | 35.2683 | 35.9862 | | | | |
| 030433 | RESPIRATORY SUPPLY AIDE SR | 33.6255 | 34.4897 | 35.3778 | 36.1931 | 37.0379 | 37.7920 | | | | |
| 057944 | RESPIRATORY SUPPLY AIDE-WK | 35.2205 | 36.1261 | 37.0564 | 37.9094 | 38.7952 | 39.5849 | | | | |
| 089650 | SALES REP-TELESALES | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | |
| 051154 | SCHEDULE MAINTENANCE CLERK | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | |
| 051156 | SCHEDULE MAINTENANCE CLERK SR | 35.1586 | 36.0635 | 36.9907 | 37.8541 | 39.0350 | 40.2795 | | | | |
| 057967 | SCHEDULE MAINTENANCE CLERK WK | 36.8263 | 37.7742 | 38.7453 | 39.6505 | 40.8869 | 42.1240 | | | | |
| 051442 | SECRETARY | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | |
| 051443 | SECRETARY SR | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | |



**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

**A - Applicable to UHW Employees hired on or before 10/25/86**

**B1 - Applicable to UHW employees hired on or after 10/26/86**

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | | |
| 051146 | SNF CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 057625 | SNF DATABASE SPECIALIST | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 030437 | SONOGRAPHER I | 64.4862 | 66.4173 | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 82.5202 | | |
| 030444 | SONOGRAPHER I LEAD | 70.9503 | 73.0794 | 75.2670 | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 90.7784 | | |
| 030438 | SONOGRAPHER II | 66.4173 | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.9838 | | |
| 030445 | SONOGRAPHER II LEAD | 73.0794 | 75.2670 | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 93.4985 | | |
| 030855 | SONOGRAPHER II WK | 73.0592 | 75.2487 | 77.5255 | 79.8450 | 82.2517 | 84.7233 | 87.2597 | 89.8830 | 93.4822 | | |
| 030439 | SONOGRAPHER III | 68.4080 | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.1756 | 87.5459 | | |
| 030446 | SONOGRAPHER III LEAD | 75.2670 | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 92.6114 | 96.3169 | | |
| 057978 | SONOGRAPHER III WK | 75.2487 | 77.5255 | 79.8450 | 82.2517 | 84.7233 | 87.2597 | 89.8830 | 92.5932 | 96.3006 | | |
| 030440 | SONOGRAPHER IV | 70.4778 | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.1756 | 86.6989 | 90.1675 | | |
| 030447 | SONOGRAPHER IV LEAD | 77.5334 | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 92.6114 | 95.3906 | 99.2142 | | |
| 057981 | SONOGRAPHER IV WK | 77.5254 | 79.8452 | 82.2516 | 84.7233 | 87.2597 | 89.8830 | 92.5932 | 95.3688 | 99.1843 | | |
| 030436 | SONOGRAPHER TECHNICIAN | 60.8200 | 62.6530 | 64.5451 | 66.4767 | 68.4673 | 70.5366 | 72.6456 | 74.8335 | 77.0803 | 79.405 | 81.7912 |
| 030435 | SONOGRAPHER TRAINEE | 55.2814 | | | | | | | | | | |
| 030441 | SONOGRAPHER V | 72.5865 | 74.7742 | 77.0211 | 79.3271 | 81.7118 | 84.1756 | 86.6989 | 89.3003 | 92.8875 | | |
| 030448 | SONOGRAPHER V LEAD | 79.8593 | 82.2641 | 84.7275 | 87.2898 | 89.9111 | 92.6114 | 95.3906 | 98.2486 | 102.1899 | | |
| 057983 | SONOGRAPHER V WK | 79.8450 | 82.2516 | 84.7232 | 87.2598 | 89.8831 | 92.5931 | 95.3687 | 98.2302 | 102.1761 | | |
| 021003 | STAFF ASSISTANT | 33.1083 | 33.9607 | 34.8348 | 35.4844 | 36.4278 | 37.3716 | | | | | |
| 021005 | STAFF ASSISTANT SR | 34.9222 | 35.8206 | 36.7420 | 37.6468 | 38.9639 | 40.2795 | | | | | |
| 021006 | STAFF ASSISTANT WKEND | 36.4192 | 37.3569 | 38.3183 | 39.0330 | 40.0706 | 41.1087 | | | | | |
| 057872 | STAFFING CLERK | 32.0202 | 32.8448 | 33.6905 | 34.4028 | 35.3904 | 36.3764 | | | | | |
| 090314 | STERILE PROC TECH CERT SR | 36.3878 | 37.3226 | 38.2827 | 39.1650 | 40.0789 | 40.8950 | | | | | |
| 090313 | STERILE PROC TECH II CERT | 34.6491 | 35.5397 | 36.4539 | 37.2942 | 38.1643 | 38.9423 | | | | | |
| 057946 | STERILE PROC TECH II CERT WK | 38.1138 | 39.0937 | 40.0991 | 41.0238 | 41.9806 | 42.8365 | | | | | |
| 090312 | STERILE PROCESSING TECH I | 33.3114 | 34.1680 | 35.0476 | 35.8553 | 36.6916 | 37.4389 | | | | | |
| 057945 | STERILE PROCESSING TECH I WK | 36.6427 | 37.5849 | 38.5524 | 39.4408 | 40.3609 | 41.1825 | | | | | |
| 054002 | STOREKEEPER | 30.0658 | 30.8397 | 31.6337 | 32.4550 | 33.2784 | | | | | | |
| 094013 | STOREKEEPER CHIEF | 33.7032 | 34.5707 | 35.4598 | 36.4236 | 37.2624 | | | | | | |
| 094011 | STOREKEEPER I | 30.6354 | 31.4239 | 32.2331 | 33.0697 | 33.9082 | | | | | | |
| 057950 | STOREKEEPER I WK | 33.6988 | 34.5664 | 35.4566 | 36.3767 | 37.2989 | | | | | | |
| 094012 | STOREKEEPER II | 31.1292 | 31.9308 | 32.7522 | 33.5852 | 34.7335 | | | | | | |
| 057951 | STOREKEEPER II WK | 34.2421 | 35.1238 | 36.0275 | 36.9436 | 38.2067 | | | | | | |
| 050341 | SUBPOENA CLERK G4 | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 090315 | SUPPLY CHAIN TECHNICIAN | 33.3114 | 34.1680 | 35.0476 | 35.8553 | 36.6916 | 37.4389 | | | | | |
| 057874 | SUPPORT SERVICES REP | 33.4785 | 34.3402 | 35.2230 | 36.0458 | 37.1700 | 38.2944 | | | | | |
| 057875 | SUPPORT SERVICES REP SR | 35.1586 | 36.0630 | 36.9907 | 37.8539 | 39.0350 | 40.2151 | | | | | |
| 057958 | SUPPORT SERVICES REP WK | 36.8263 | 37.7742 | 38.7453 | 39.6505 | 40.8869 | 42.1240 | | | | | |
| 024705 | SUPV CYTO HISTO TECHNOLOGIST | 72.3611 | 74.2679 | 76.1739 | 79.3754 | 81.9976 | 83.5364 | 86.8828 | | | | |
| 057662 | SURGERY APPOINTMENT CLERK | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 057663 | SURGERY APPOINTMENT CLERK SR | 32.3215 | 33.1527 | 34.0068 | 34.6416 | 35.5624 | 36.4834 | | | | | |
| 030712 | SURGICAL ASST | 46.8284 | 48.0324 | 49.2663 | 50.5461 | 52.0670 | 53.8272 | 55.9850 | | | | |
| 030711 | SURGICAL ASST CERTIFIED | 48.0020 | 49.2358 | 50.5017 | 51.8129 | 53.3719 | 55.1755 | 57.3874 | | | | |

181

**SEIU - United Healthcare Workers**

**B1 rates are effective for both Bay Area and Sacramento / Fresno Employees**

Effective October 19, 2021

A - Applicable to UHW Employees hired on or before 10/25/86

B1 - Applicable to UHW employees hired on or after 10/26/86

| JobCode | Job Title | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030714 | SURGICAL ASST CERTIFIED SR | 50.4081 | 51.7037 | 53.0329 | 54.4098 | 56.0463 | 57.9407 | 60.2630 | | | | |
| 030713 | SURGICAL ASST SR | 49.1760 | 50.4395 | 51.7364 | 53.0796 | 54.6764 | 56.5252 | 58.7909 | | | | |
| 051161 | SURGICAL PREADMIT SECRETARY | 30.7765 | 31.5685 | 32.3820 | 32.9859 | 33.8631 | 34.7403 | | | | | |
| 030312 | SURGICAL TECHNICIAN | 43.6471 | 44.7697 | 45.9200 | 47.0611 | 48.3123 | 49.4526 | 51.4355 | | | | |
| 030313 | SURGICAL TECHNICIAN SR | 45.8352 | 47.0138 | 48.2224 | 49.4202 | 50.7338 | 51.9310 | 54.0135 | | | | |
| 030309 | SURGICAL TECHNICIAN TRAINEE | 42.3337 | | | | | | | | | | |
| 057954 | SURGICAL TECHNICIAN TRN WK | 46.5672 | | | | | | | | | | |
| 057955 | SURGICAL TECHNICIAN WK | 48.0119 | 49.2467 | 50.5122 | 51.7671 | 53.1437 | 54.3981 | 56.5789 | | | | |
| 057956 | SURGICAL TECHNICIAN WK SR | 50.4188 | 51.7152 | 53.0447 | 54.3624 | 55.8072 | 57.1240 | 59.4149 | | | | |
| 089656 | TEAM LEAD MS & F | 42.9765 | 44.0810 | 45.2141 | 46.1183 | 47.3541 | 48.6044 | | | | | |
| 051183 | TELESERVICE REP | 31.0496 | 31.8491 | 32.6689 | 33.3457 | 34.0826 | 34.9147 | | | | | |
| 051186 | TELESERVICE REP DESKTOP MED | 31.0496 | 31.8491 | 32.6689 | 33.3457 | 34.0826 | 34.9147 | | | | | |
| 051184 | TELESERVICE REP WK | 34.1548 | 35.0340 | 35.9358 | 36.6804 | 37.4908 | 38.4061 | | | | | |
| 051481 | TRANSCRIPTION CLERK | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 057910 | TRANSCRIPTION CLERK II WK | 32.4798 | 33.3164 | 34.1740 | 34.7479 | 35.5623 | 36.3768 | | | | | |
| 072102 | TRUCK DRIVER | 44.6037 | 45.7502 | 46.9263 | 47.8765 | 48.8282 | 49.8672 | | | | | |
| 072104 | TRUCK DRIVER FORMAN | 47.0131 | 48.2222 | 49.4614 | 50.4120 | 51.3601 | 52.3990 | | | | | |
| 051512 | UNIT ASST | 31.7218 | 32.5381 | 33.3759 | 34.0747 | 34.8143 | 35.6776 | | | | | |
| 051513 | UNIT ASST SR | 33.3141 | 34.1713 | 35.0513 | 35.7844 | 36.5610 | 37.4677 | | | | | |
| 057913 | UNIT ASST WK | 34.8942 | 35.7919 | 36.7136 | 37.4821 | 38.2957 | 39.2452 | | | | | |
| 030201 | VISION SERVICES ASST I | 31.0961 | 31.8969 | 32.7177 | 33.4691 | 34.2208 | 34.8322 | | | | | |
| 090942 | VISION SERVICES ASST I LVN | 43.1170 | | | | | | | | | | |
| 030202 | VISION SERVICES ASST II | 33.7395 | 34.6079 | 35.4984 | 36.3137 | 37.1288 | 37.7921 | | | | | |
| 090943 | VISION SERVICES ASST II LVN | 43.1170 | | | | | | | | | | |
| 057492 | VITAL STATISTICS CLERK | 29.5270 | 30.2877 | 31.0671 | 31.5891 | 32.3293 | 33.0698 | | | | | |
| 084002 | WAREHOUSE PERSON | 38.5793 | 39.5715 | 40.5894 | 41.5392 | 42.4902 | 43.5298 | | | | | |
| 074004 | WAREHOUSE PERSON LEAD | 40.5146 | 41.5556 | 42.6244 | 43.6223 | 44.6214 | 45.7122 | | | | | |
| 057643 | WORKFLOW QUALITY COORD AACC | 32.9229 | 33.7706 | 34.6394 | 35.3571 | 36.1379 | 37.0207 | | | | | |
| 084112 | YARDKEEPER | 29.7535 | 30.5184 | 31.3040 | 32.1270 | 32.9490 | | | | | | |

*SR/LEAD Grades    Refer to the Promotion to Senior, Lead, Chief or Supervisor language in the SEIU-UHW Collective Bargaining Agreement on page 42

An Employee promoted to a senior, lead, chief or (in the bargaining unit) supervisor shall receive a minimum increase of the next higher step of the wage scale in the new classification which will provide an increase of at least five (5) percent above his/her former rate.

182

# SOUTHERN CALIFORNIA REGION WAGE RATES.

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**SERVICE, MAINTENANCE & PRODUCTION**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 0.300 | 0.400 | 0.500 | 0.600 |
| MAIL CLERK | 24019 | 02 | D1 | 01 | 19.184 | 20.147 | 21.251 | 22.424 | 23.653 | 24.958 | 25.258 | 25.358 | 25.458 | 25.558 |
| CYCLE COUNTER | 43521 | 03 | D1 | 02 | 18.796 | 19.737 | 20.725 | 21.465 | 23.300 | 23.854 | 24.154 | 24.254 | 24.354 | 24.454 |
| KITCHEN WORKER | 45426 | | | | | | | | | | | | | |
| LINEN ROOM ATTENDANT | 47858 | | | | | | | | | | | | | |
| PARKING LOT ATTENDANT | 43350 | | | | | | | | | | | | | |
| COURIER | 24066 | 03 | D1 | 03 | 21.598 | 22.675 | 23.929 | 25.242 | 26.628 | 28.093 | 28.393 | 28.493 | 28.593 | 28.693 |
| MEDICAL CENTER MESSENGER | 24071 | | | | | | | | | | | | | |
| SHUTTLE BUS DRIVER-SUNSET | 40232 | | | | | | | | | | | | | |
| STOREROOM WORKER/DRIVER | 47708 | | | | | | | | | | | | | |
| ²OPTICAL LAB EQUIPMENT OPER I | 21069 | | | | | | | | | | | | | |
| PATIENT SERVICE DRIVER | 47710 | 03 | D1 | 05 | 23.989 | 25.191 | 26.577 | 28.037 | 29.579 | 31.207 | 31.507 | 31.607 | 31.707 | 31.807 |
| HOUSEKEEPING ATTENDANT | 47842 | 04 | D1 | 04 | 19.098 | 20.054 | 21.159 | 22.320 | 23.550 | 24.844 | 25.144 | 25.244 | 25.344 | 25.444 |
| PRESCHOOL NUTRITION WORKER | 45430 | | | | | | | | | | | | | |
| STOREROOM WORKER | 43534 | | | | | | | | | | | | | |

183

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**SERVICE, MAINTENANCE & PRODUCTION**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 0.300 | 0.400 | 0.500 | 0.600 |
| GRILL COOK | 45473 | 05 | D1 | 06 | 20.796 | 21.832 | 23.036 | 24.304 | 25.637 | 27.049 | 27.349 | 27.449 | 27.549 | 27.649 |
| STOREROOM WORKER (OFF-SITE) | 43551 | | | | | | | | | | | | | |
| SERVICE PARTNER-BELL | 47880 | | | | | | | | | | | | | |
| SHIPPING AND RECEIVING CLERK | 43544 | 05 | D1 | 07 | 22.238 | 23.347 | 24.631 | 25.988 | 27.411 | 28.921 | 29.221 | 29.321 | 29.421 | 29.521 |
| CENTRAL PHARM EXPEDITOR | 43518 | 05 | D1 | 08 | 25.328 | 26.590 | 28.052 | 29.596 | 31.223 | 32.938 | 33.238 | 33.338 | 33.438 | 33.538 |
| CEN PHAR WAREHOUSE WKR | 43517 | | | | | | | | | | | | | |
| DRUG DIST/RECEIVING CLERK | 43519 | | | | | | | | | | | | | |
| FORK LIFT OPERATOR | 43502 | | | | | | | | | | | | | |
| MEDICAL ELECTRONICS | 43522 | | | | | | | | | | | | | |
| WAREHOUSE/INSTR RPR | 43504 | | | | | | | | | | | | | |
| ¹MOBILE HEALTH VEHICLE OPERATOR | 40242 | | | | | | | | | | | | | |
| FIRST COOK | 45472 | 06 | D1 | 09 | 23.452 | 24.626 | 25.979 | 27.410 | 28.920 | 30.512 | 30.812 | 30.912 | 31.012 | 31.112 |
| REGIONAL COURIER | 24067 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**SERVICE, MAINTENANCE & PRODUCTION**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRUG DISTR WAREHOUSE WKR | 43515 | 06 | D1 | 10 | 24.322 | 25.539 | 26.943 | 28.422 | 30.785 | 31.106 | 31.406 | 31.506 | 31.606 | 31.706 |
| ²OPTICAL LAB EQUIPMENT OPER II | 21070 | | | | | | | | | | | | | |
| PHARMACY RETURNS WORKER | 43516 | 07 | D1 | 13 | 23.915 | 25.112 | 26.489 | 27.949 | 29.492 | 31.112 | 31.412 | 31.512 | 31.612 | 31.712 |
| BOB TAIL TRUCK DRIVER | 47705 | UG | D1 | 15 | 26.972 | 28.323 | 29.880 | 31.525 | 33.261 | 35.088 | 35.388 | 35.488 | 35.588 | 35.688 |

¹NEW CLASSIFCATION EFFECTIVE 3/29/10
²NEW CLASSIFICATION EFFECTIVE 4/5/2010
NOTE: W Salary Plan/Grade Eff 6/1/2020

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPTICAL AIDE | 37040 | 21 | D2 | 01 | 21.652 | 22.731 | 23.862 | 25.202 | 25.972 | 26.109 | 26.409 | 26.509 | 26.609 | 26.709 |
| CLINIC AIDE | 36314 | 21 | D2 | 02 | 19.180 | 20.137 | 20.796 | 22.826 | 23.314 | 25.263 | 25.563 | 25.663 | 25.763 | 25.863 |
| NURSING AIDE | 36309 | | | | | | | | | | | | | |
| PATIENT STAFF ASSISTANT | 36321 | | | | | | | | | | | | | |
| TRANSPORTATION AIDE | 47709 | | | | | | | | | | | | | |
| DARKROOM TECHNICIAN | 35974 | 21 | D2 | 03 | 23.033 | 24.184 | 25.396 | 26.799 | 27.608 | 27.881 | 28.181 | 28.281 | 28.381 | 28.481 |
| JUNIOR LAB ASSISTANT | 35586 | | | | | | | | | | | | | |
| LAB AIDE | 35570 | | | | | | | | | | | | | |
| MONITOR TECHNICIAN | 36704 | | | | | | | | | | | | | |
| ⁷PATHOLOGY AIDE | 30854 | | | | | | | | | | | | | |
| VISUAL FIELD TECHNICIAN | 37041 | | | | | | | | | | | | | |
| OPTICAL WORKER | 37045 | 22 | D2 | 04 | 22.755 | 23.903 | 25.103 | 26.548 | 27.374 | 28.018 | 28.318 | 28.418 | 28.518 | 28.618 |
| G I ATTENDANT | 36891 | 22 | D2 | 05 | 20.106 | 21.110 | 21.802 | 23.946 | 24.514 | 26.653 | 26.953 | 27.053 | 27.153 | 27.253 |
| OPERATING ROOM ATTENDANT | 36894 | | | | | | | | | | | | | |
| PHYSICAL THERAPY AIDE I | 35356 | | | | | | | | | | | | | |

186

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB COD | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAB ASSISTANT I | 35582 | 22 | D2 | 06 | 24.527 | 25.750 | 27.034 | 28.640 | 29.611 | 30.428 | 30.728 | 30.828 | 30.928 | 31.028 |
| [9]RRL LAB ASST I | 30865 | | | | | | | | | | | | | |
| [15]STERILE PROCESSING TRAINEE | 30915 | 22 | D2 | 50 | 21.341 | | | | | | | | | |
| Note: New position eff 6/3/19 | | | | | | | | | | | | | | |
| ANESTHESIA AIDE | 36944 | 22 | D2 | 07 | 23.475 | 24.643 | 26.001 | 27.435 | 28.941 | 30.531 | 30.831 | 30.931 | 31.031 | 31.131 |
| [4]STERILE PROCESSING TECHNICIAN I | 36848 | | | | | | | | | | | | | |
| HOUSE ORDERLY (LA) | 36326 | | | | | | | | | | | | | |
| JR. ORTHO TECH | 30220 | | | | | | | | | | | | | |
| RADIATION ONCOLOGY AIDE | 35973 | | | | | | | | | | | | | |
| RE-USE TECHNICIAN (LA) | 36865 | | | | | | | | | | | | | |
| RESPIRATORY CARE AIDE | 35730 | | | | | | | | | | | | | |
| [4]STERILE PROCESSING TECHNICIAN II | 36851 | 22 | D2 | 13 | 24.056 | 25.255 | 26.653 | 28.117 | 29.668 | 31.299 | 31.599 | 31.699 | 31.799 | 31.899 |
| EKG TECHNICIAN I | 36706 | 22 | D2 | 08 | 27.605 | 28.981 | 30.575 | 32.260 | 34.034 | 35.910 | 36.210 | 36.310 | 36.410 | 36.510 |
| OPTICAL MECHANIC | 37049 | 23 | D2 | 09 | 24.881 | 26.124 | 27.430 | 28.922 | 30.018 | 30.209 | 30.509 | 30.609 | 30.709 | 30.809 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NURSING ATTENDANT | 36312 | 23 | D2 | 10 | 21.242 | 22.305 | 23.046 | 25.410 | 26.048 | 28.324 | 28.624 | 28.724 | 28.824 | 28.924 |
| OCCUPATIONAL THERAPY AIDE | 30766 | | | | | | | | | | | | | |
| PHYSICAL THERAPY AIDE II | 35354 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| AUTOPSY ASSISTANT | 36806 | 23 | D2 | 11 | 26.977 | 28.329 | 29.755 | 31.510 | 32.812 | 32.971 | 33.271 | 33.371 | 33.471 | 33.571 |
| DIET TECH | 45446 | | | | | | | | | | | | | |
| ⁸DONOR SERVICES SPECIALIST | 30860 | | | | | | | | | | | | | |
| LAB ASSISTANT II | 35584 | | | | | | | | | | | | | |
| LAB ASSISTANT II HISTOLOGY | 35520 | | | | | | | | | | | | | |
| LAB/EKG TECH | 36711 | | | | | | | | | | | | | |
| LIFT TECHNICIAN | 36722 | | | | | | | | | | | | | |
| OPERATING ROOM TECH ASST | 36721 | | | | | | | | | | | | | |
| OPTOMETRIC TECHNICIAN | 36796 | | | | | | | | | | | | | |
| PHLEBOTOMIST | 35590 | | | | | | | | | | | | | |
| PT CARE & TECH PTNR-BELL | 36310 | | | | | | | | | | | | | |
| RADIOLOGY ASSISTANT | 35976 | | | | | | | | | | | | | |
| ⁹RRL LAB ASST II | 30866 | | | | | | | | | | | | | |
| VECTORCARDIOGRAM TECHNICIAN | 36716 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| RAD PROCEDURE SERVICE TECHNICIAN | 35975 | 23 | D2 | 20 | 27.785 | 29.181 | 30.645 | 32.455 | 33.796 | 33.960 | 34.260 | 34.360 | 34.460 | 34.560 |
| | | | | | | | | | | | | | | |
| EKG TECHNICIAN II | 36707 | 23 | D2 | 12 | 29.912 | 31.410 | 33.141 | 34.959 | 36.884 | 38.911 | 39.211 | 39.311 | 39.411 | 39.511 |
| OPTICAL MAINTENANCE TECH | 30815 | | | | | | | | | | | | | |

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPTICAL DISPENSER | 37036 | 24 | D2 | 14 | 29.684 | 31.322 | 32.889 | 35.069 | 37.344 | 39.630 | 39.930 | 40.030 | 40.130 | 40.230 |
| CONTACT LENS DISPENSER | 37037 | | | | | | | | | | | | | |
| OPTICAL TECHNICIAN | 37050 | | | | | | | | | | | | | |
| TISSUE TECHNICIAN | 35598 | | | | | | | | | | | | | |
| 2MOHS HISTOTECHNICIAN | 30822 | | | | | | | | | | | | | |
| EMERGENCY ROOM ASSISTANT | 36880 | 24 | D2 | 15 | 24.775 | 26.013 | 27.441 | 28.950 | 30.550 | 32.230 | 32.530 | 32.630 | 32.730 | 32.830 |
| HOME HEALTH AIDE | 36960 | | | | | | | | | | | | | |
| MULTIPHASIC HEALTH ASSISTANT | 36952 | | | | | | | | | | | | | |
| OPTOMETRIC ASSISTANT | 30493 | | | | | | | | | | | | | |
| BRONCH CLINIC ASSISTANT | 36864 | 24 | D2 | 26 | 25.159 | 26.417 | 27.869 | 29.400 | 31.022 | 32.725 | 33.025 | 33.125 | 33.225 | 33.325 |
| CLINIC ASSISTANT | 36316 | | | | | | | | | | | | | |
| SURGICAL CLINICAL ASSISTANT | 36886 | | | | | | | | | | | | | |
| MEDICAL ASSISTANT | 36324 | 24 | D2 | 27 | 25.284 | 26.550 | 28.005 | 29.548 | 31.172 | 32.889 | 33.189 | 33.289 | 33.389 | 33.489 |
| 12MULTI FUNCTIONAL HEALTH CARE WKR-MA | 30871 | 24 | D2 | 40 | 26.675 | 28.010 | 29.547 | 31.172 | 32.887 | 34.698 | 34.998 | 35.098 | 35.198 | 35.298 |
| 12MULTI FUNC 2.5% DIFF HEALTH CARE WKR-MA | 30880 | 24 | D2 | 47 | 27.341 | 28.709 | 30.284 | 31.952 | 33.709 | 35.564 | 35.864 | 35.964 | 36.064 | 36.164 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1YEAR | PID 08 STEP 3 2YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPHTHALMOLOGY TECHNICIAN | 36794 | 24 | D2 | 16 | 28.899 | 30.345 | 32.012 | 33.771 | 35.633 | 37.590 | 37.890 | 37.990 | 38.090 | 38.190 |
| CYTOPREP TECHNICIAN | 35607 | | | | | | | | | | | | | |
| DIET TECHNICIAN REGISTERED (DTR) | 30813 | | | | | | | | | | | | | |
| [1]LIMITED X-RAY TECHNICIAN | 30820 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| ANESTHESIA TECH | 36945 | 24 | D2 | 17 | 32.811 | 34.450 | 36.348 | 38.343 | 40.451 | 42.678 | 42.978 | 43.078 | 43.178 | 43.278 |
| AUTOPSY TECHNICIAN (LA) | 36810 | | | | | | | | | | | | | |
| EEG TECHNICIAN | 36766 | | | | | | | | | | | | | |
| HEALTH EVALUATION ASSISTANT | 36961 | | | | | | | | | | | | | |
| HEMODIALYSIS TECHNICIAN | 36866 | | | | | | | | | | | | | |
| LAB ASST AUTOM SPEC (REG ONLY) | 35617 | | | | | | | | | | | | | |
| LAB ASSISTANT III | 35583 | | | | | | | | | | | | | |
| ORTHOPEDIC TECHNICIAN I | 36776 | | | | | | | | | | | | | |
| PACEMAKER TECHNICIAN | 36705 | | | | | | | | | | | | | |
| PODIATRY TECHNICIAN | 36887 | | | | | | | | | | | | | |
| [3]PATHOLOGY TECHNICIAN | 30825 | | | | | | | | | | | | | |
| RAD PROC SERVICE TECHNICIAN II | 30789 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP2 1YEAR | PID 08 STEP3 2YEAR | PID 09 STEP4 3YEAR | PID 10 STEP5 4YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [5]CERTIFIED ANESTHESIA TECH | 30838 | 25 | D2 | 21 | 33.468 | 35.141 | 37.075 | 39.112 | 41.263 | 43.530 | 43.830 | 43.930 | 44.030 | 44.130 |
| [5]CERTIFIED ANESTHESIA TECH (IV CERT) [13]CERTIFIED ANESTHESIA TECHNOLOGIST | 30839 30881 | 26 | D2 | 22 | 33.795 | 35.485 | 37.438 | 39.494 | 41.666 | 43.958 | 44.258 | 44.358 | 44.458 | 44.558 |
| HISTOLOGY TECHNOLOGIST - HT (ASCP) HISTOLOGY TECHNOLOGIST [3]PATHOLOGY TISSUE TECH | 35612 35596 30826 | 24 | D2 | 19 | 38.256 | 40.174 | 42.383 | 44.714 | 47.173 | 49.770 | 50.070 | 50.170 | 50.270 | 50.370 |
| CONTACT LENS FITTER | 37034 | 25 | D2 | 23 | 33.065 | 34.607 | 36.395 | 38.277 | 40.262 | 42.354 | 42.654 | 42.754 | 42.854 | 42.954 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP2 1YEAR | PID 08 STEP3 2YEAR | PID 09 STEP4 3YEAR | PID 10 STEP5 4YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [14]SURGICAL TECH TRAINEE - WEST LA ONLY | 30887 | 25 | D2 | 58 | 28.095 | | | | | | | | | |
| SURGICAL TECHNOLOGIST I | 36906 | 25 | D2 | 24 | 30.905 | 32.453 | 34.236 | 36.121 | 38.107 | 40.199 | 40.499 | 40.599 | 40.699 | 40.799 |
| LVN I<br>UROLOGY TECHNOLOGIST I | 36294<br>36746 | 25 | D2 | 25 | 30.706 | 32.244 | 34.021 | 35.887 | 37.865 | 39.945 | 40.245 | 40.345 | 40.445 | 40.545 |
| SURGICAL TECHNOLOGIST II | 36909 | 26 | D2 | 28 | 31.674 | 33.264 | 35.091 | 37.018 | 39.057 | 41.201 | 41.501 | 41.601 | 41.701 | 41.801 |
| ELECTRON MICROSCOPY TECHNOLOGIST<br>POLYSOMNOGRAPHY TECHNOLOGIST | 35597<br>36760 | 25 | D2 | 29 | 35.053 | 36.809 | 38.830 | 40.973 | 43.227 | 45.604 | 45.904 | 46.004 | 46.104 | 46.204 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2YEAR | PID 09 STEP 4 3YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARDIAC SURGERY TECHNOLOGIST<br>PSYCH SUPPORT TECHNOLOGIST | 36907<br>36322 | 25 | D2 | 30 | 38.248 | 40.161 | 42.369 | 44.694 | 47.155 | 49.749 | 50.049 | 50.149 | 50.249 | 50.349 |
| OPTHALMIC PHOTOGRAPHER | 36797 | 26 | D2 | 32 | 31.001 | 32.529 | 34.325 | 36.210 | 38.202 | 40.303 | 40.603 | 40.703 | 40.803 | 40.903 |
| EMERGENCY SERVICES TECHNICIAN<br>[10]EYE CENTER TECH CERTIFIED<br>LICENSED PSYCH TECHNOLOGIST<br>UROLOGY TECHNOLOGIST II | 36881<br>30867<br>36780<br>36748 | 26 | D2 | 33 | 31.664 | 33.244 | 35.076 | 37.005 | 39.040 | 41.187 | 41.487 | 41.587 | 41.687 | 41.787 |
| GI TECHNOLOGIST I<br>LVN II | 36736<br>36299 | 25 | D2 | 35 | 31.105 | 32.662 | 34.454 | 36.348 | 38.347 | 40.453 | 40.753 | 40.853 | 40.953 | 41.053 |
| G I TECHNOLOGIST II<br>LVN III<br>[9]LVN RETAIL | 36739<br>36301<br>30861 | 26 | D2 | 42 | 32.299 | 33.912 | 35.776 | 37.742 | 39.820 | 42.006 | 42.306 | 42.406 | 42.506 | 42.606 |
| [11]MULTI FUNCTIONAL HEALTH CARE WKR-LVN | 30872 | 26 | D2 | 41 | 33.268 | 34.929 | 36.848 | 38.873 | 41.016 | 43.268 | 43.568 | 43.668 | 43.768 | 43.868 |

193

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP2 1YEAR | PID 08 STEP3 2YEAR | PID 09 STEP4 3YEAR | PID 10 STEP5 4YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINICAL EDUCATION COORD., LVN | 30771 | 26 | D2 | 57 | 33.912 | 35.607 | 37.560 | 39.634 | 41.806 | 44.112 | 44.412 | 44.512 | 44.612 | 44.712 |
| LICENSED PHYSICAL THERAPY ASST SPEECH PATHOLOGIST ASSISTANT | 35352 35357 | 26 | D2 | 36 | 36.520 | 38.343 | 40.452 | 42.679 | 45.025 | 47.504 | 47.804 | 47.904 | 48.004 | 48.104 |
| RESPIRATORY CARE PRACTITIONER I | 35736 | 26 | D2 | 37 | 45.072 | 47.144 | 49.679 | 52.290 | 55.036 | 57.938 | 58.238 | 58.338 | 58.438 | 58.538 |
| RESPIRATORY CARE PRACTITIONER II | 35737 | 26 | D2 | 38 | 45.590 | 47.753 | 50.251 | 52.887 | 55.666 | 58.601 | 58.901 | 59.001 | 59.101 | 59.201 |
| RESPIRATORY CARE PRACTITIONER III | 35741 | 26 | D2 | 56 | 46.041 | 48.227 | 50.748 | 53.410 | 56.222 | 59.179 | 59.479 | 59.579 | 59.679 | 59.779 |
| *SOLUTIONS TECHNICIAN* | 35592 | 26 | D2 * | 18 | 41.369 | 43.332 | 45.592 | 47.990 | 50.511 | 53.170 | 53.470 | 53.570 | 53.670 | 53.770 |

194

## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## PATIENT CARE / TECHNICAL

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP2 1YEAR | PID 08 STEP3 2YEAR | PID 09 STEP4 3YEAR | PID 10 STEP5 4YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CYTOGENETIC TECHNOLOGIST | 35605 | 26 | D2 | 43 | 53.470 | 56.146 | 59.232 | 62.487 | 65.927 | 69.555 | 69.855 | 69.955 | 70.055 | 70.155 |
| [5]MOLECULAR GENETIC TECHNOLOGIST | 30842 | | | | | | | | | | | | | |
| CERTIFIED OCCUP THERAPY ASSISTANT | 35366 | 27 | D2 | 45 | 36.250 | 38.066 | 40.159 | 42.369 | 44.695 | 47.155 | 47.455 | 47.555 | 47.655 | 47.755 |
| CERTIFIED OPTHALMIC TECHNICIAN | 36793 | UG | D2 | 48 | 33.062 | 34.713 | 36.621 | 38.636 | 40.763 | 43.004 | 43.304 | 43.404 | 43.504 | 43.604 |
| OPTHALMIC SURGICAL ASSISTANT | 36902 | UG | D2 | 49 | 47.378 | 49.748 | 52.483 | 55.368 | 58.410 | 61.625 | 61.925 | 62.025 | 62.125 | 62.225 |
| ORTHOPEDIC TECHNOLOGIST II | 36779 | 25 | D2 | 52 | 40.205 | 42.217 | 44.537 | 46.984 | 49.571 | 52.294 | 52.594 | 52.694 | 52.794 | 52.894 |

[1] NEW CLASSIFICATION EFF 6/1/09, ALSO EFF 1/20/2010, CLASSIFICATION MOVED FROM SAL PLAN, GRADE D2-08 TO 16.
[2] NEW CLASSIFICATION EFF 1/11/2010
[3] NEW CLASSIFICATIONS EFF 7/12/2010
[4] TITLE UPDATED FROM CENTRAL SUPPLY TECH I AND CENTRAL SUPPLY TECH II
[5] NEW CLASSIFICATION EFF 5/16/2011
[6] 35610 (D2-17) AUTOPSY/TISSUE ASSISTANT MADE INACTIVE EFF 6/24/13
[7] NEW CLASSIFICATION EFF 11/10/13
[8] NEW CLASSIFICATION EFF 7/6/2014
[9] NEW CLASSIFICATION EFF 11/10/14
[10] NEW CLASSIFICATION EFF 12/1/14
[11] NEW CLASSIFICATION EFF 10/26/2015
[12] NEW CLASSIFICATION EFF 1/4/2016
[13] NEW CLASSIFICATION EFF 5/9/2016
[14] NEW CLASSIFICATION EFF 03/27/2017
NOTE: W Salary Plan/Grade Eff 6/1/2020

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PROCESSING/COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1YEAR | PID 08 STEP 3 2YEAR | PID 09 STEP 4 3YEAR | PID 10 STEP 5 4YEAR | PID 11 STEP 6 5YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APPOINTMENT DATA CLERK | 24410 | 11 | D3 | 01 | 22.096 | 23.202 | 24.480 | 25.825 | 27.244 | 28.749 | 29.049 | 29.149 | 29.249 | 29.349 |
| CHART ROOM CLERK | 24592 | | | | | | | | | | | | | |
| ⁴CLAIMS ADJ TRAINEE | 21073 | | | | | | | | | | | | | |
| CLERK I (PBS) | 20979 | | | | | | | | | | | | | |
| CONTROL CLERK 1 | 24636 | | | | | | | | | | | | | |
| DOCUMENT CLERK | 24172 | | | | | | | | | | | | | |
| DOCUMENT SCANNER | 21040 | | | | | | | | | | | | | |
| ENTRY CLERK | 24020 | | | | | | | | | | | | | |
| FILE CLERK | 24046 | | | | | | | | | | | | | |
| HOME HEALTH CLERK I | 24290 | | | | | | | | | | | | | |
| JUNIOR CLERK TYPIST | 24030 | | | | | | | | | | | | | |
| MEMBERSHIP ACCOUNTING SUP CLERK | 24714 | | | | | | | | | | | | | |
| ⁹NUTRITION AMBASSADOR | 21093 | | | | | | | | | | | | | |
| RECORDS CLERK I | 24512 | | | | | | | | | | | | | |
| SCANNER OPERATOR (PBS) | 21015 | | | | | | | | | | | | | |
| X-RAY FILE CLERK | 25022 | | | | | | | | | | | | | |
| X-RAY FILE CLERK/COURIER | 25023 | | | | | | | | | | | | | |

196

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PROCESSING/COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS PAYABLE CLERK | 24144 | 12 | D3 | 02 | 23.076 | 24.229 | 25.558 | 26.965 | 28.447 | 30.013 | 30.313 | 30.413 | 30.513 | 30.613 |
| ACCOUNTS RECEIVABLE SUPPORT CLERK | 24150 | | | | | | | | | | | | | |
| APPOINTMENT DATA CLERK II | 24412 | | | | | | | | | | | | | |
| BIRTH CERTIFICATE CLERK | 24530 | | | | | | | | | | | | | |
| BLOOD DONOR RECRUITING CLERK | 25055 | | | | | | | | | | | | | |
| CASHIER | 25132 | | | | | | | | | | | | | |
| CASHIER I (PBS) | 20975 | | | | | | | | | | | | | |
| CLERK II (PBS) | 20981 | | | | | | | | | | | | | |
| CLERK TYPIST | 24032 | | | | | | | | | | | | | |
| CLINIC CLERK I | 24900 | | | | | | | | | | | | | |
| COMMUNICATIONS OPERATOR | 24826 | | | | | | | | | | | | | |
| CONF ROOM SCHEDULER (LA ONLY) | 20596 | | | | | | | | | | | | | |
| CONTACT LENS CLERK | 24171 | | | | | | | | | | | | | |
| CONTROL CLERK II | 24638 | | | | | | | | | | | | | |
| CPR CONTROL CLERK | 24182 | | | | | | | | | | | | | |
| CREDIT COLLECTIONS CLERK | 24244 | | | | | | | | | | | | | |
| DATA ENTRY CLERK | 24628 | | | | | | | | | | | | | |

197

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Grade 12 Cont.** | | | | | | | | | | | | | | |
| DATA IMAGE CLERK | 24025 | 12 | D3 | 02 | 23.076 | 24.229 | 25.558 | 26.965 | 28.447 | 30.013 | 30.313 | 30.413 | 30.513 | 30.613 |
| DIET CLERK | 24906 | | | | | | | | | | | | | |
| DIETARY CASHIER | 25140 | | | | | | | | | | | | | |
| DISTRIBUTION CONTROL CLERK | 20612 | | | | | | | | | | | | | |
| DOCUMENT PREP ASSISTANT | 24039 | | | | | | | | | | | | | |
| 5DOCUMENT PREP ASSISTANT (PFS) | 21082 | | | | | | | | | | | | | |
| ELIGIBILITY CLERK I | 24706 | | | | | | | | | | | | | |
| EMERGENCY ROOM CLERK | 24916 | | | | | | | | | | | | | |
| ENGINEERING CLERK | 25154 | | | | | | | | | | | | | |
| GENERAL CLERK | 24024 | | | | | | | | | | | | | |
| HOME HEALTH CLERK II | 24291 | | | | | | | | | | | | | |
| INDEXING CLERK | 21036 | | | | | | | | | | | | | |
| INDEXING CLERK (PBS) | 21008 | | | | | | | | | | | | | |
| INFORMATION CLERK II | 24101 | | | | | | | | | | | | | |
| INSURANCE RECEPTIONIST | 24340 | | | | | | | | | | | | | |
| INTER DIRECT PAY CLERK | 24708 | | | | | | | | | | | | | |
| LAB CLERK | 25052 | | | | | | | | | | | | | |
| LIFE INSURANCE PROCESSOR | 24320 | | | | | | | | | | | | | |
| MEDICAL LIBRARY CLERK | 24838 | | | | | | | | | | | | | |
| MEDICAL REVIEW CLERK | 20936 | | | | | | | | | | | | | |
| MEDICARE REIMBURSEMENT CLERK | 24240 | | | | | | | | | | | | | |
| PURCHASING CLERK | 24148 | | | | | | | | | | | | | |
| RECEPTIONIST I | 25124 | | | | | | | | | | | | | |
| RECORDS CLERK II | 24516 | | | | | | | | | | | | | |
| REPROGRAPHICS CLERK | 20614 | | | | | | | | | | | | | |
| STOREROOM CLERK | 43536 | | | | | | | | | | | | | |
| SUPPORT CLERK | 24096 | | | | | | | | | | | | | |
| TRANS ORDERLY/DISPATCHER | 24103 | | | | | | | | | | | | | |

**PID MASTER**
## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## PROCESSING/COMPUTER OPERATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG YEAR 10 | LNG YEAR 15 | LNG YEAR 20 | LNG YEAR 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA ENTRY OPERATOR | 24646 | 12 | D3 | 03 | 24.251 | 25.467 | 26.864 | 28.343 | 29.901 | 31.544 | 31.844 | 31.944 | 32.044 | 32.144 |
| WORD PROCESSING OPERATOR I | 25192 | 12 | D3 | 04 | 28.089 | 29.492 | 31.112 | 32.821 | 34.626 | 36.529 | 36.829 | 36.929 | 37.029 | 37.129 |
| ACCOUNT RECONCILIATION | 20609 | 13 | D3 | 05 | 24.089 | 25.293 | 26.687 | 28.150 | 29.707 | 31.338 | 31.638 | 31.738 | 31.838 | 31.938 |
| CLERK A/P LIAISON CLERK | 24145 | | | | | | | | | | | | | |
| BACK-UP CLERK | 24168 | | | | | | | | | | | | | |
| BILLER I (PBS) | 20969 | | | | | | | | | | | | | |
| BLOOD DONOR RECORDS CLERK II | 25054 | | | | | | | | | | | | | |
| BUSINESS OFFICE CLERK II | 24257 | | | | | | | | | | | | | |
| CASE CORRESPONDENCE CLERK | 24241 | | | | | | | | | | | | | |
| CASHIER II (PBS) | 20977 | | | | | | | | | | | | | |
| CASHIER RECEPTIONIST | 25134 | | | | | | | | | | | | | |
| CLAIMS PROCESSOR | 24343 | | | | | | | | | | | | | |
| CLERK III (PBS) | 20983 | | | | | | | | | | | | | |
| CLERK STENOGRAPHER | 24044 | | | | | | | | | | | | | |
| CLINIC CLERK II | 24902 | | | | | | | | | | | | | |
| COLLECTION SUPPORT REP | 24036 | | | | | | | | | | | | | |
| 5COLLECTION SUPPORT REP (PFS) | 21081 | | | | | | | | | | | | | |
| COMMUNICATIONS SERVICES | 24824 | | | | | | | | | | | | | |
| COORD CONSTRUCTION LIAISON | 24123 | | | | | | | | | | | | | |
| CLERK CONTACT LENS EXPEDITER | 30796 | | | | | | | | | | | | | |
| CUSTOMER SERVICE PHONE REP | 24780 | | | | | | | | | | | | | |
| EDUCATION/RESEARCH CLERK II | 24849 | | | | | | | | | | | | | |
| GROUP ACCOUNTS CLERK I | 24686 | | | | | | | | | | | | | |
| INFORMATION CENTER CLERK | 24716 | | | | | | | | | | | | | |
| INTERMEDIATE CLERK | 24026 | | | | | | | | | | | | | |
| INTERMEDIATE CLERK TYPIST | 24034 | | | | | | | | | | | | | |
| LIBRARY TECHNICIAN | 24832 | | | | | | | | | | | | | |

199

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PROCESSING/COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGNETIC TAPE LIBRARIAN | 13060 | | | | | | | | | | | | | |
| MEDICAL REQUEST CLERK | 24574 | | | | | | | | | | | | | |
| OPT PHOTO/CASHIER RECEPTIONIST | 25137 | | | | | | | | | | | | | |
| OPTICAL CASHIER | 25142 | | | | | | | | | | | | | |
| OPTICAL CUSTOMER HOST | 25136 | | | | | | | | | | | | | |
| [11]OPTICAL LAB CLERK | 21097 | | | | | | | | | | | | | |
| PERIPHERIAL CONTROL COORDINATOR | 24640 | | | | | | | | | | | | | |
| **Grade 13 Cont.** | | | | | | | | | | | | | | |
| PURCHASING CLERK II | 24149 | 13 | D3 | 05 | 24.089 | 25.293 | 26.687 | 28.150 | 29.707 | 31.338 | 31.638 | 31.738 | 31.838 | 31.938 |
| RECEPTIONIST II | 25126 | | | | | | | | | | | | | |
| REGIONAL LAB STOREROOM | 21060 | | | | | | | | | | | | | |
| CLERK REVENUE SUPPORT CLERK | 20156 | | | | | | | | | | | | | |
| STATISTICAL CLERK TYPIST | 24097 | | | | | | | | | | | | | |
| SUBPOENA CLERK | 24536 | | | | | | | | | | | | | |
| [8]SUPPLY CHAIN TECH | 21090 | | | | | | | | | | | | | |
| APPOINTMENT CLERK | 24398 | 13 | D3 | 08 | 24.570 | 25.802 | 27.220 | 28.715 | 30.300 | 31.963 | 32.263 | 32.363 | 32.463 | 32.563 |
| DEPARTMENT SECRETARY | 25180 | | | | | | | | | | | | | |
| INSURANCE CLERK I | 24322 | | | | | | | | | | | | | |
| NEW MEMBER ENTRY REPRESENTATIVE | 20955 | | | | | | | | | | | | | |
| [6]OHS CLAIMS PROCESSOR I | 21046 | | | | | | | | | | | | | |
| [12]SERVICE REP-AMBULATORY SVCS | 21099 | 13 | D3 | 34 | 24.692 | 25.926 | 27.355 | 28.854 | 30.451 | 32.122 | 32.422 | 32.522 | 32.622 | 32.722 |
| ASSOC COMPUTER OPERATOR-OC ONLY | 20692 | 13 | D3 | 07 | 28.486 | 29.910 | 30.908 | 33.640 | 34.434 | 36.498 | 36.798 | 36.898 | 36.998 | 37.098 |
| JUNIOR COMPUTER OPERATOR | 24650 | | | | | | | | | | | | | |

## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## PROCESSING/COMPUTER OPERATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMITTING CLERK | 24262 | 13 | D3 | 06 | 24.328 | 25.545 | 26.954 | 28.431 | 29.998 | 31.651 | 31.951 | 32.051 | 32.151 | 32.251 |
| ADMITTING CLERK (PBS) | 21010 | | | | | | | | | | | | | |
| ADVANCED CLERK | 24038 | | | | | | | | | | | | | |
| ART PRODUCTION ASSISTANT | 24777 | | | | | | | | | | | | | |
| ⁴CLAIMS ADJ INTERMEDIATE | 21074 | | | | | | | | | | | | | |
| HOME HEALTH CLERK III | 24292 | | | | | | | | | | | | | |
| OUTSIDE REFERRAL CLERK | 24904 | | | | | | | | | | | | | |
| SICKLE CELL CLERK | 24918 | | | | | | | | | | | | | |
| STATISTICAL CLERK I | 24098 | | | | | | | | | | | | | |
| UTILIZATION REVIEW CLERK | 24524 | | | | | | | | | | | | | |
| WARD CLERK | 24936 | | | | | | | | | | | | | |
| DISABILITY CLAIMS PROCESSOR | 24321 | 13 | D3 | 10 | 24.813 | 26.049 | 27.488 | 28.998 | 30.597 | 32.277 | 32.577 | 32.677 | 32.777 | 32.877 |
| INSURANCE CLERK II | 24338 | | | | | | | | | | | | | |
| MEDICAL CORRESPONDENCE CLERK | 24572 | | | | | | | | | | | | | |
| CLAIMS ADJUSTER | 24720 | 13 | D3 | 09 | 32.311 | 33.927 | 35.797 | 37.763 | 39.838 | 42.028 | 42.328 | 42.428 | 42.528 | 42.628 |
| MEDICAL TRANSCRIBER | 24577 | | | | | | | | | | | | | |
| MEDICAL X-RAY TRANSCRIBER | 25026 | | | | | | | | | | | | | |
| ³PATHOLOGY TRANSCRIBER | 30824 | | | | | | | | | | | | | |
| WORD PROCESSING OPERATOR II | 25194 | | | | | | | | | | | | | |
| BUSINESS OFFICE CLERK III | 24258 | 14 | D3 | 11 | 24.822 | 26.066 | 27.491 | 29.006 | 30.604 | 32.285 | 32.585 | 32.685 | 32.785 | 32.885 |
| BUSINESS SVCS REP | 24331 | | | | | | | | | | | | | |
| CLAIMS EXAMINER I | 24759 | | | | | | | | | | | | | |
| CLERK IV (PBX) | 20985 | | | | | | | | | | | | | |
| COMPUTER OPERATOR | 24656 | | | | | | | | | | | | | |
| COMPUTER SYSTEMS COORDINATOR | 24518 | | | | | | | | | | | | | |
| CUSTOMER SERVICE REPRESENTITIVE | 24768 | | | | | | | | | | | | | |
| DME CLERK | 21052 | | | | | | | | | | | | | |

## LOCAL 399 - BASE
## PROCESSING/COMPUTER OPERATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDUCATION/RESEARCH CLERK III | 24851 | | | | | | | | | | | | | |
| ELIGIBILITY CLERK II | 24718 | | | | | | | | | | | | | |
| FINANCIAL COUNSELOR I (PBS) | 20987 | | | | | | | | | | | | | |
| GROUP REVIEWER | 24696 | | | | | | | | | | | | | |
| MEDICARE REIMBURSEMENT PROCESSOR | 20943 | | | | | | | | | | | | | |
| INSURANCE COORDINATOR | 24332 | | | | | | | | | | | | | |
| MEMBERSHIP SERVICES CLERK II | 24766 | | | | | | | | | | | | | |
| PATIENT SERVICES REP (MHC) | 24286 | | | | | | | | | | | | | |
| PHARMACY E-PROCUREMENT SPECIALIST | 24151 | | | | | | | | | | | | | |
| QUALITY CONTROL CLERK | 21038 | | | | | | | | | | | | | |
| RECORDS CLERK III | 24513 | | | | | | | | | | | | | |
| REMOTE TERMINAL OPERATOR | 24644 | | | | | | | | | | | | | |
| SENIOR CLERK | 24028 | | | | | | | | | | | | | |
| SENIOR HEMODIALYSIS CLK | 24942 | | | | | | | | | | | | | |
| PHYSICIAN SCHEDULING CLERK | 24405 | 14 | D3 | 15 | 25.368 | 26.638 | 28.100 | 29.644 | 31.275 | 32.998 | 33.298 | 33.398 | 33.498 | 33.598 |
| SURGERY SCHEDULING CLERK | 24408 | | | | | | | | | | | | | |
| ASSISTANT COLLECTOR | 20608 | 14 | D3 | 20 | 25.566 | 26.842 | 28.322 | 29.877 | 31.519 | 33.254 | 33.554 | 33.654 | 33.754 | 33.854 |
| PROCESSING PARTNER-BF | 24925 | 14 | D3 | 12 | 26.432 | 27.757 | 29.283 | 30.885 | 32.588 | 34.376 | 34.676 | 34.776 | 34.876 | 34.976 |
| WARD CLERK TRANSCRIBER | 24938 | | | | | | | | | | | | | |
| FINANCIAL COUNSELOR | 24339 | 14 | D3 | 18 | 26.778 | 28.110 | 29.663 | 31.294 | 33.016 | 34.826 | 35.126 | 35.226 | 35.326 | 35.426 |
| FINANCIAL COUNSELOR II (PBS) | 20989 | | | | | | | | | | | | | |
| [10]INTERNAL CLAIMS PROCESSOR | 21094 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PROCESSING/COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUDIO VISUAL TECHNICIAN | 24836 | 14 | D3 | 13 | 27.189 | 28.552 | 30.118 | 31.779 | 33.524 | 35.370 | 35.670 | 35.770 | 35.870 | 35.970 |
| CASE COORD ADVOCATE | 24721 | | | | | | | | | | | | | |
| CLAIMS EXAMINER II | 24760 | | | | | | | | | | | | | |
| CLERK | 24023 | | | | | | | | | | | | | |
| CUSTOMER SERVICE ADVOCATE | 24761 | | | | | | | | | | | | | |
| EDUCATION/RESEARCH SECRETARY | 24856 | | | | | | | | | | | | | |
| GROUP ACCOUNTS CLERK II | 24688 | | | | | | | | | | | | | |
| MEDICAL AUDIT CLERK | 24554 | | | | | | | | | | | | | |
| MEDICAL EDUCATION SYMP ASSISTANT | 24850 | | | | | | | | | | | | | |
| MEDICAL SECRETARY | 25174 | | | | | | | | | | | | | |
| MEMBERSHP ACCOUNTING COORD | 24719 | | | | | | | | | | | | | |
| OPTICAL SCANNER OPERATOR | 24660 | | | | | | | | | | | | | |
| [1]PHARMACY CUSTOMER SERVICE REP | 21063 | | | | | | | | | | | | | |
| PSYCH SOCIAL CLERK | 24988 | | | | | | | | | | | | | |
| SENIOR CLERK (F) | 24029 | | | | | | | | | | | | | |
| LEGAL SUPPORT COORD | 24535 | 14 | D3 | 14 | 29.123 | 30.575 | 32.259 | 34.032 | 35.906 | 37.874 | 38.174 | 38.274 | 38.374 | 38.474 |
| MEDIA TECHNICIAN (BF ONLY) | 12956 | | | | | | | | | | | | | |
| [2]RESEARCH AND RES CLAIMS ADJ-DOWNE CLAIMS ONLY | 21066 | 14 | D3 | 33 | 33.280 | 34.947 | 36.871 | 38.896 | 41.033 | 43.289 | 43.589 | 43.689 | 43.789 | 43.889 |
| CANCER REG ABSTRACT CLERK | 24440 | 14 | D3 | 16 | 35.034 | 36.780 | 38.800 | 40.938 | 43.189 | 45.566 | 45.866 | 45.966 | 46.066 | 46.166 |

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PROCESSING/COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLER II (PBS) | 20971 | 15 | D3 | 17 | 28.755 | 30.189 | 31.851 | 33.604 | 35.451 | 37.403 | 37.703 | 37.803 | 37.903 | 38.003 |
| INDUSTRIAL BILLER | 24324 | | | | | | | | | | | | | |
| INSURANCE BILLER | 24323 | | | | | | | | | | | | | |
| MEDICAL REVIEWER | 20937 | | | | | | | | | | | | | |
| OHS CLAIMS PROCESSOR II | 21047 | | | | | | | | | | | | | |
| OPERATIONS RESOLUTION PROCESSOR | 21023 | | | | | | | | | | | | | |
| REVENUE BILLER | 24328 | | | | | | | | | | | | | |
| TPL BILLER | 24325 | | | | | | | | | | | | | |
| GROUP AUDIT SPECIALIST | 24694 | 16 | D3 | 19 | 37.410 | 39.285 | 41.447 | 44.216 | 46.128 | 49.345 | 49.645 | 49.745 | 49.845 | 49.945 |
| HEALTH AUDIT ANALYST | 24552 | | | | | | | | | | | | | |
| TUMOR REGISTRAR | 24439 | 16 | D3 | 25 | 38.536 | 40.458 | 42.688 | 45.542 | 47.509 | 50.825 | 51.125 | 51.225 | 51.325 | 51.425 |
| ACCOUNTS RECEIVABLE CLERK I (PBS) | 20963 | 18 | D3 | 21 | 29.362 | 30.637 | 32.319 | 34.094 | 35.971 | 37.953 | 38.253 | 38.353 | 38.453 | 38.553 |
| INDUSTRIAL EOB PROCESSOR | 24503 | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE CLERK | 20601 | 18 | D3 | 26 | 30.245 | 31.557 | 33.290 | 35.117 | 37.052 | 39.090 | 39.390 | 39.490 | 39.590 | 39.690 |
| [5]ACCOUNTS RECEIVABLE CLERK (PFS) | 21078 | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE CLERK II (PBS) | 20965 | | | | | | | | | | | | | |
| [7]ACCOUNT RECONCILLIATION PROCESSOR | 21086 | | | | | | | | | | | | | |
| COLLECTOR II | 24176 | | | | | | | | | | | | | |
| [5]COLLECTOR II (PFS) | 21080 | | | | | | | | | | | | | |
| CREDIT RESOLUTION PROCESSOR | 20691 | | | | | | | | | | | | | |
| [5]CREDIT RESOLUTION PROCESSOR | 21077 | | | | | | | | | | | | | |
| PATIENT BILLING RESOLUTION REP | 20703 | | | | | | | | | | | | | |

204

# UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## PROCESSING/COMPUTER OPERATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [5]PATIENT BILLING RESOLUTION REP (PFS) | 21079 | | | | | | | | | | | | | |
| RECORDS TECHICIAN I | 24514 | 18 | D3 | 22 | 28.755 | 30.194 | 31.857 | 33.605 | 35.448 | 37.403 | 37.703 | 37.803 | 37.903 | 38.003 |
| HEALTH INFORMATION CODER TRAINEE | 20658 | 18 | D3 | 24 | 27.722 | | | | | | | | | |
| INTERMEDIATE COMPUTER OPER-OC ONLY | 20693 | 15 | D3 | 27 | 32.048 | 33.645 | 34.773 | 37.841 | 38.733 | 41.224 | 41.524 | 41.624 | 41.724 | 41.824 |
| SENIOR COMPUTER OPER-OC ONLY | 20694 | 15 | D3 | 28 | 36.054 | 37.856 | 39.120 | 42.570 | 43.577 | 46.187 | 46.487 | 46.587 | 46.687 | 46.787 |
| PROFESSIONAL SERVICES CODER I | 21024 | 15 | D3 | 29 | 33.067 | 34.725 | 36.633 | 38.645 | 40.768 | 43.011 | 43.311 | 43.411 | 43.511 | 43.611 |
| PROFESSIONAL SERVICES CODER II EMERGENCY DEPARTMENT CODER [13]**REGL HOS OUTPATIENT CODER** | 21025 21026 **21110** | 19 | D3 | 30 | 39.682 | 41.669 | 43.959 | 46.373 | 48.921 | 51.193 | 51.493 | 51.593 | 51.693 | 51.793 |
| CERTIFIED HC INTERPRETER (ONE LANGUAGE) | 21510 | 15 | D3 | 31 | 31.069 | 32.624 | 34.421 | 36.312 | 38.306 | 40.411 | 40.711 | 40.811 | 40.911 | 41.011 |
| CERTIFIED HC INTERPRETER (MULTI LINGUAL) | 21511 | 15 | D3 | 32 | 32.608 | 34.238 | 36.113 | 38.110 | 40.201 | 42.414 | 42.714 | 42.814 | 42.914 | 43.014 |

**PID MASTER**
## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## PROCESSING/COMPUTER OPERATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMIN SPECIALIST I<br>*New STATUS 5 Addition | 18626 | 15 | D3 | 35 | 21.633 | 22.387 | 23.174 | 23.997 | 24.839 | 25.707 | 26.007 | 26.107 | 26.207 | 26.307 |
| Admin Spec II - UHW<br>Med Transportation Analyst UHW<br>Staffing Clerk UHW<br>*New STATUS 5 Addition | 18627<br>30901<br>30902 | 15 | D3 | 36 | 23.771 | 24.604 | 25.470 | 26.381 | 27.305 | 28.261 | 28.561 | 28.661 | 28.761 | 28.861 |
| Admin Svc Coordinator I<br>*New STATUS 5 Addition | 18630 | 15 | D3 | 37 | 24.491 | 25.358 | 26.247 | 27.182 | 28.139 | 29.116 | 29.416 | 29.516 | 29.616 | 29.716 |
| Health Educ Asst UHW Pop<br>Mgmt Support Coord UHW<br>Healthplan Rep UHW<br>[15]Utilization Analyst -UHW<br>*New STATUS 5 Addition | 30903<br>30904<br>30905<br>21129 | 15 | D3 | 38 | 25.910 | 26.820 | 27.766 | 28.745 | 29.759 | 30.794 | 31.094 | 31.194 | 31.294 | 31.394 |
| Admin Spec III - UHW<br>Admin Svc Coordinator II<br>*New STATUS 5 Addition | 18628<br>18631 | 15 | D3 | 39 | 27.823 | 28.813 | 29.826 | 30.884 | 31.965 | 33.078 | 33.378 | 33.478 | 33.578 | 33.678 |
| Admin Spec IV - UHW<br>Sr Healthplan Rep UHW<br>Coord Outside Referral UHW<br>*New STATUS 5 Addition | 18629<br>30906<br>30907 | 15 | D3 | 40 | 29.837 | 30.884 | 31.965 | 33.101 | 34.261 | 35.465 | 35.765 | 35.865 | 35.965 | 36.065 |

---

[1]NEW CLASSIFICATION EFFECTIVE 11/3/2008

[2]NEW CLASSIFICATION EFFECTIVE 2/9/2009

[3]NEW CLASSIFICATION EFFECTIVE 7/12/2010

[4]NEW CLASSIFICATION EFFECTIVE 9/20/2010

[5]NEW CLASSIFICAION EFFECTIVE 5/16/2011

[6]CLASSIFICATION MOVED FROM SAL PLAN D3-05 to D3-08 EFF 7/25/11

[7]NEW CLASSIFICATION EFFECTIVE 7/23/12

[8]NEW CLASSIFICATION EFFECTIVE 8/5/2013

[9]NEW CLASSIFICATION EFFECTIVE 12/22/2013

[10]NEW CLASSIFICATION EFFECTIVE 8/31/2014

[11]NEW CLASSIFICATION EFFECTIVE 8/31/2014

[12]NEW CLASSIFICATION EFFECTIVE 5/10/2015

[13]NEW CLASSSIFICATION EFFECTIVE 7/30/2017

[15]NEW CLASSSIFICATION EFFECTIVE 4/20/2020

NOTE: W Salary Plan/Grade Eff 6/1/2020

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - MSP BASE**
**MARKET SENSITIVE - PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CYTOTECHNOLOGIST | 35604 | 26 | D4 | 26 | 66.270 | 69.587 | 73.415 | 75.616 | 77.884 | 80.219 | 80.519 | 80.619 | 80.719 | 80.819 |
| CYTOTECHNOLOGIST QUALITY CONTROL | 35600 | 26 | D4 | 27 | 69.585 | 73.063 | 77.080 | 79.394 | 81.777 | 84.227 | 84.527 | 84.627 | 84.727 | 84.827 |

208

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - MSP BASE**
**MARKET SENSITIVE - PROCESSING & COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH INFORMATION CODER I | 20659 | 15 | D5 | 02 | 44.558 | 46.741 | 49.312 | 51.334 | 54.007 | 57.032 | 57.332 | 57.432 | 57.532 | 57.632 |
| HEALTH INFORMATION CODER II [1]**REGL HOS OUTPATIENT SPEC CODER** | 20660 21111 | 15 | D5 | 01 | 50.498 | 52.976 | 55.891 | 58.180 | 61.213 | 64.633 | 64.933 | 65.033 | 65.133 | 65.233 |
| HEALTH INFORMATION CODER III [1]**REGL HOS INPATIENT CODER** | 20661 21112 | 15 | D5 | 03 | 54.284 | 56.948 | 60.079 | 62.541 | 65.797 | 69.482 | 69.782 | 69.882 | 69.982 | 70.082 |

[1]NEW CLASSSIFICATION EFFECTIVE 7/30/2017

209

### UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
### LOCAL 399 - BASE
### PATIENT CARE / TECHNICAL
### DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAG IMAG TECH - RADIOLOGY I | 35924 | 24 | DA | 01 | 39.327 | 41.290 | 43.563 | 45.960 | 48.487 | 51.157 | 51.457 | 51.557 | 51.657 | 51.757 |
| PERIPHERAL VASCULAR TECHNOLOGIST | 36834 | 25 | DA | 02 | 39.982 | 41.984 | 44.293 | 46.724 | 49.293 | 52.001 | 52.301 | 52.401 | 52.501 | 52.601 |
| PULMONARY FUNCTIONS TECHNOLOGIST | 36756 | 25 | DA | 07 | 44.054 | 46.266 | 48.806 | 51.487 | 54.320 | 57.303 | 57.603 | 57.703 | 57.803 | 57.903 |
| NEURODIAGNOSTIC TECHNOLOGIST | 36713 | 25 | DA | 03 | 41.170 | 43.229 | 45.604 | 48.109 | 50.754 | 53.546 | 53.846 | 53.946 | 54.046 | 54.146 |
| DIAG IMAG TECH - RADIOLOGY II | 35926 | 26 | DA | 04 | 47.505 | 49.404 | 51.383 | 53.437 | 55.577 | 57.796 | 58.096 | 58.196 | 58.296 | 58.396 |

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | STEP 1 START | PID 01 STEP 2 1 YEAR | PID 05 STEP 3 2 YEAR | PID 08 STEP 4 3 YEAR | PID 09 STEP 5 4 YEAR | PID 10 STEP 6 5 YEAR | PID 11 LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECHOCARDIOGRAM TECHNOLOGIST I | 36720 | 26 | DA | 05 | 47.654 | 50.039 | 52.785 | 55.691 | 58.753 | 61.981 | 62.281 | 62.381 | 62.481 | 62.581 |
| RADIOISOTOPE TECHNOLOGIST | 36814 | 24 | DA | 06 | 47.504 | 49.882 | 52.625 | 55.515 | 58.572 | 61.795 | 62.095 | 62.195 | 62.295 | 62.395 |
| MAMMOGRAPHY RADIOLOGIC TECH I | 30486 | 26 | DA | 08 | 49.673 | 51.660 | 53.726 | 55.872 | 58.110 | 60.431 | 60.731 | 60.831 | 60.931 | 61.031 |
| PERFUSIONIST I | 36718 | UG | DA | 09 | 49.038 | 51.485 | 54.318 | 57.301 | 60.457 | 63.783 | 64.083 | 64.183 | 64.283 | 64.383 |
| DIAG IMAG TECH - MAMMO II | 30487 | 27 | DA | 10 | 52.131 | 54.223 | 56.390 | 58.645 | 60.989 | 63.427 | 63.727 | 63.827 | 63.927 | 64.027 |
| ECHOCARD TECHNOLOGIST II-LA ONLY | 30473 | 27 | DA | 11 | 52.422 | 55.046 | 58.070 | 61.263 | 64.636 | 68.181 | 68.481 | 68.581 | 68.681 | 68.781 |

211

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAG IMAG TECH - MRI | 35932 | 26 | DA | 12 | 54.811 | 57.004 | 59.283 | 61.659 | 64.121 | 66.688 | 66.988 | 67.088 | 67.188 | 67.288 |
| NUCLEAR MEDICAL TECHNOLOGIST | 36826 | 26 | DA | 13 | 61.422 | 63.876 | 66.434 | 69.093 | 71.854 | 74.729 | 75.029 | 75.129 | 75.229 | 75.329 |
| CARDIAC CATH TECHNOLOGIST DIAG IMAG TECH - RADIOLOG III | 36714 35928 | 26 | DA | 14 | 54.331 | 56.506 | 58.765 | 61.115 | 63.563 | 66.097 | 66.397 | 66.497 | 66.597 | 66.697 |
| ¹CARDIAC CATH RAD TECHNO-LA/OC ONLY INTERVENTIONAL RADIOLOGIC TECH | 35927 30798 | 27 | DA | 15 | 61.084 | 63.529 | 66.072 | 68.715 | 71.462 | 74.319 | 74.619 | 74.719 | 74.819 | 74.919 |
| PERFUSIONIST II | 36717 | UG | DA | 16 | 75.790 | 79.880 | 84.067 | 88.591 | 95.212 | 101.865 | 102.165 | 102.265 | 102.365 | 102.465 |

*1 Job Title Updated to Include OC area eff. 4/10/16*
NOTE: W Salary Plan/Grade Eff 6/1/2020

**Advanced Hiring Criteria**

New Graduate or Less than I year of experience    Step 1    (Start rate)
1 year or more of experience    Step 3    (2 year rate)

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAG IMAG TECH - RADIOLOGY I | 30527 | 24 | DC | 01 | 47.192 | 49.548 | 52.276 | 55.152 | 58.184 | 61.388 | 61.688 | 61.788 | 61.888 | 61.988 |
| PERIPHERAL VASCULAR TECHNOLOGIST | 30528 | 25 | DC | 02 | 47.978 | 50.381 | 53.152 | 56.069 | 59.152 | 62.401 | 62.701 | 62.801 | 62.901 | 63.001 |
| PULMONARY FUNCTIONS TECHNOLOGIST | 30529 | 25 | DC | 07 | 52.865 | 55.519 | 58.567 | 61.784 | 65.184 | 68.764 | 69.064 | 69.164 | 69.264 | 69.364 |
| NEURODIAGNOSTIC TECHNOLOGIST | 30530 | 25 | DC | 03 | 49.404 | 51.875 | 54.725 | 57.731 | 60.905 | 64.255 | 64.555 | 64.655 | 64.755 | 64.855 |
| DIAG IMAG TECH - RADIOLOGY II | 30531 | 26 | DC | 04 | 57.006 | 59.285 | 61.660 | 64.124 | 66.692 | 69.355 | 69.655 | 69.755 | 69.855 | 69.955 |
| ECHOCARDIOGRAM TECHNOLOGIST I | 30532 | 26 | DC | 05 | 57.185 | 60.047 | 63.342 | 66.829 | 70.504 | 74.377 | 74.677 | 74.777 | 74.877 | 74.977 |

213

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RADIOISOTOPE TECHNOLOGIST | 30533 | 24 | DC | 06 | 57.005 | 59.858 | 63.150 | 66.618 | 70.286 | 74.154 | 74.454 | 74.554 | 74.654 | 74.754 |
| DIAG IMAG TECH - MAMMO I | 30535 | 26 | DC | 08 | 59.608 | 61.992 | 64.471 | 67.046 | 69.732 | 72.517 | 72.817 | 72.917 | 73.017 | 73.117 |
| PERFUSIONIST I | 30536 | UG | DC | 09 | 58.846 | 61.782 | 65.182 | 68.761 | 72.548 | 76.540 | 76.840 | 76.940 | 77.040 | 77.140 |
| DIAG IMAG TECH - MAMMO II | 30537 | 27 | DC | 10 | 62.557 | 65.068 | 67.668 | 70.374 | 73.187 | 76.112 | 76.412 | 76.512 | 76.612 | 76.712 |
| ECHOCARD TECHNOLOGIST II-LA ONLY | 30538 | 27 | DC | 11 | 62.906 | 66.055 | 69.684 | 73.516 | 77.563 | 81.817 | 82.117 | 82.217 | 82.317 | 82.417 |
| DIAG IMAG TECH - MRI | 30539 | 26 | DC | 12 | 65.773 | 68.405 | 71.140 | 73.991 | 76.945 | 80.026 | 80.326 | 80.426 | 80.526 | 80.626 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUCLEAR MEDICAL TECHNOLOGIST | 30540 | 26 | DC | 13 | 73.706 | 76.651 | 79.721 | 82.912 | 86.225 | 89.675 | 89.975 | 90.075 | 90.175 | 90.275 |
| CARDIAC CATH TECHNOLOGIST DIAG IMAG TECH - RADIOLOGY III | 30534 30541 | 26 | DC | 14 | 65.197 | 67.807 | 70.518 | 73.338 | 76.276 | 79.316 | 79.616 | 79.716 | 79.816 | 79.916 |
| ¹CARDIAC CATH RAD TECHNO-LA/OC ONL INTERVENTIONAL RADIOLOGIC TECH | 30542 30799 | 27 | DC | 15 | 73.301 | 76.235 | 79.286 | 82.458 | 85.754 | 89.183 | 89.483 | 89.583 | 89.683 | 89.783 |
| PERFUSIONIST II | 30543 | UG | DC | 16 | 90.948 | 95.856 | 100.880 | 106.309 | 114.254 | 122.238 | 122.538 | 122.638 | 122.738 | 122.838 |

*1 Job Title Updated to Include OC area eff. 4/10/16*
NOTE: W Salary Plan/Grade Eff 6/1/2020

## PID MASTER
## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - BASE
## MARKET SENSITIVE PATIENT CARE / TECHNICAL
## DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEURODIAGNOSTIC TECHNO I - LA Only | 36821 | 25 | DD | 02 | 55.803 | 58.593 | 61.814 | 65.213 | 68.804 | 72.585 | 72.885 | 72.985 | 73.085 | 73.185 |
| DIAG IMAG TECH - SONOGRAPHER [1]OB/GYN DIAG IMAG SONOGRAPHER PERIPHERIAL VASCULAR TECHNOLOGIST | 36836 30818 36835 | 27 | DD | 03 | 58.110 | 60.431 | 62.853 | 65.364 | 68.576 | 72.349 | 72.649 | 72.749 | 72.849 | 72.949 |
| [2]RADIATION THERAPIST | 36816 | 26 | DD | 04 | 61.917 | 65.020 | 68.591 | 72.362 | 76.343 | 80.539 | 80.839 | 80.939 | 81.039 | 81.139 |
| RADIATION PLANNING THERAPIST | 36820 | 26 | DD | 05 | 63.714 | 66.903 | 70.577 | 74.462 | 78.558 | 82.876 | 83.176 | 83.276 | 83.376 | 83.476 |
| NEURODIAGNOSTIC TECHNO II - LA Only | 36822 | 26 | DD | 06 | 62.773 | 65.915 | 69.539 | 73.362 | 77.398 | 81.656 | 81.956 | 82.056 | 82.156 | 82.256 |

[1]NEW CLASSIFICATION EFF 9/30/08
[2]TITLE CHANGED FROM RAD THER TECHNO EFF 10/1/10
NOTE: W Salary Plan/Grade Eff 6/1/2020

## ADVANCED HIRING CRITERIA

New Graduate or Less than 1 year of experience          Step 1 (Start rate)
1 year or more of experience          Step 3 2 year rate)

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - BASE**
**MARKET SENSITIVE PATIENT CARE / TECHNICAL**
**DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEURODIAGNOSTIC TECHNO I - LA Only | 30545 | 25 | DF | 02 | 66.964 | 70.312 | 74.177 | 78.256 | 82.565 | 87.102 | 87.402 | 87.502 | 87.602 | 87.702 |
| DIAG IMAG TECH - SONOGRAPHER [2]OB/GYN DIAG IMAG SONOG-PD PERIPHERIAL VASCULAR TECHNOLOGIST | 30546 30846 30544 | 27 | DF | 03 | 69.732 | 72.517 | 75.424 | 78.437 | 82.291 | 86.819 | 87.119 | 87.219 | 87.319 | 87.419 |
| RADIATION THERAPIST | 30547 | 26 | DF | 04 | 74.300 | 78.024 | 82.309 | 86.834 | 91.612 | 96.647 | 96.947 | 97.047 | 97.147 | 97.247 |
| RADIATION PLANNING THERAPIST | 30548 | 26 | DF | 05 | 76.457 | 80.284 | 84.692 | 89.354 | 94.270 | 99.451 | 99.751 | 99.851 | 99.951 | 100.051 |
| NEURODIAGNOSTIC TECHNO II - LA Only | 30549 | 26 | DF | 06 | 75.328 | 79.098 | 83.447 | 88.034 | 92.878 | 97.987 | 98.287 | 98.387 | 98.487 | 98.587 |

[1]TITLE CHANGED FROM RAD THER TECHNO EFF 10/1/10
[2]JOB CLASSIFICATION ADDED EFF. 9/30/2008
NOTE: W Salary Plan/Grade Eff 6/1/2020

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**SERVICE, MAINTENANCE & PRODUCTION**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD PARKING LOT ATTENDANT | 43359 | 03 | D6 | 01 | 19.737 | 20.724 | 21.760 | 22.537 | 24.464 | 25.044 | 25.344 | 25.444 | 25.544 | 25.644 |
| LEAD KITCHEN WORKER | 45429 | | | | | | | | | | | | | |
| LEAD LINEN ROOM ATTENDANT | 40146 | | | | | | | | | | | | | |
| LEAD HOUSEKEEPING ATTENDANT | 47839 | 04 | D6 | 03 | 20.054 | 21.060 | 22.217 | 23.438 | 24.728 | 26.085 | 26.385 | 26.485 | 26.585 | 26.685 |
| LEAD STOREROOM WORKER | 43535 | | | | | | | | | | | | | |
| LEAD STOREROOM WORKER (OFF-SITE) | 43552 | 05 | D6 | 05 | 21.831 | 22.928 | 24.187 | 25.520 | 26.919 | 28.403 | 28.703 | 28.803 | 28.903 | 29.003 |
| LEAD COURIER | 40189 | 03 | D6 | 08 | 22.681 | 23.811 | 25.121 | 26.501 | 27.958 | 29.500 | 29.800 | 29.900 | 30.000 | 30.100 |
| LEAD MEDICAL CENTER MESSENGER | 40190 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**SERVICE, MAINTENANCE & PRODUCTION**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG YEAR 10 | LNG YEAR 15 | LNG YEAR 20 | LNG YEAR 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD SHIPPING & RECEIVING CLERK | 40191 | 05 | D6 | 09 | 23.348 | 24.514 | 25.861 | 27.282 | 28.781 | 30.366 | 30.666 | 30.766 | 30.866 | 30.966 |
| LEAD COOK<br>LEAD REGIONAL COURIER | 45476<br>40234 | 06 | D6 | 06 | 24.626 | 25.861 | 27.279 | 28.778 | 30.365 | 32.037 | 32.337 | 32.437 | 32.537 | 32.637 |
| ¹LEAD OPTICAL LAB EQUIPMENT OPER | 40243 | 06 | D6 | 11 | 25.539 | 26.816 | 28.288 | 29.845 | 32.322 | 32.662 | 32.962 | 33.062 | 33.162 | 33.262 |
| LEAD CENTRAL PHARMACY WAREHOUSE WORKER | 40033 | 05 | D6 | 07 | 26.594 | 27.916 | 29.455 | 31.075 | 32.788 | 34.587 | 34.887 | 34.987 | 35.087 | 35.187 |
| LEAD BOB TAIL TRUCK DRIVER | 40192 | UG | D6 | 10 | 28.322 | 29.734 | 31.373 | 33.103 | 34.922 | 36.842 | 37.142 | 37.242 | 37.342 | 37.442 |

¹NEW CLASSIFICATION EFF 4/5/2010

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD TRANSPORTATION AIDE | 30494 | 21 | D7 | 01 | 20.139 | 21.149 | 21.831 | 23.966 | 24.486 | 26.526 | 26.826 | 26.926 | 27.026 | 27.126 |
| LEAD OPTICAL WORKER | 30509 | 22 | D7 | 24 | 23.890 | 25.103 | 26.360 | 27.871 | 28.745 | 29.419 | 29.719 | 29.819 | 29.919 | 30.019 |
| LEAD JUNIOR LAB ASSISTANT LEAD LAB AIDE | 35578 35579 | 21 | D7 | 02 | 24.184 | 25.397 | 26.662 | 28.141 | 28.985 | 29.280 | 29.580 | 29.680 | 29.780 | 29.880 |
| ³LEAD STERILE PROC TECH I | 30275 | 22 | D7 | 04 | 24.645 | 25.874 | 27.306 | 28.804 | 30.387 | 32.060 | 32.360 | 32.460 | 32.560 | 32.660 |
| ³LEAD STERILE PROC TECH II | 30276 | 22 | D7 | 33 | 25.256 | 26.520 | 27.983 | 29.525 | 31.153 | 32.860 | 33.160 | 33.260 | 33.360 | 33.460 |
| LEAD LAB ASSISTANT I | 35595 | 22 | D7 | 23 | 25.750 | 27.036 | 28.389 | 30.072 | 31.096 | 31.949 | 32.249 | 32.349 | 32.449 | 32.549 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD MULTIPHASIC HEALTH ASST | 36959 | 24 | D7 | 05 | 26.011 | 27.316 | 28.814 | 30.397 | 32.077 | 33.844 | 34.144 | 34.244 | 34.344 | 34.444 |
| LEAD CLINIC ASSISTANT | 30510 | 24 | D7 | 03 | 26.415 | 27.738 | 29.258 | 30.868 | 32.573 | 34.367 | 34.667 | 34.767 | 34.867 | 34.967 |
| LEAD MEDICAL ASSISTANT | 30524 | 24 | D7 | 32 | 26.549 | 27.875 | 29.407 | 31.022 | 32.735 | 34.534 | 34.834 | 34.934 | 35.034 | 35.134 |
| LEAD OPTICAL MECHANIC | 37052 | 23 | D7 | 06 | 26.125 | 27.431 | 28.799 | 30.369 | 31.517 | 31.717 | 32.017 | 32.117 | 32.217 | 32.317 |
| LEAD LAB ASSISTANT II [2]LEAD LIFT TECH LEAD PHLEBOTOMIST | 35589 30855 30495 | 23 | D7 | 07 | 28.325 | 29.755 | 31.240 | 33.079 | 34.454 | 34.620 | 34.920 | 35.020 | 35.120 | 35.220 |
| LEAD RAD PROC SERV TECH | 30496 | 23 | D7 | 27 | 29.177 | 30.641 | 32.174 | 34.073 | 35.485 | 35.658 | 35.958 | 36.058 | 36.158 | 36.258 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD EKG TECHNICIAN | 30180 | 23 | D7 | 08 | 31.409 | 32.981 | 34.798 | 36.708 | 38.728 | 40.857 | 41.157 | 41.257 | 41.357 | 41.457 |
| LEAD OPTICAL DISPENSER | 30356 | 24 | D7 | 09 | 31.171 | 32.890 | 34.531 | 36.816 | 39.210 | 41.606 | 41.906 | 42.006 | 42.106 | 42.206 |
| LEAD OPTICAL TECHNICIAN | 37055 | | | | | | | | | | | | | |
| LEAD TISSUE TECHNICIAN | 35599 | | | | | | | | | | | | | |
| LEAD LVN I | 30130 | 25 | D7 | 10 | 32.246 | 33.857 | 35.723 | 37.686 | 39.761 | 41.944 | 42.244 | 42.344 | 42.444 | 42.544 |
| [s]LEAD EYE CENTER TECH CERTIFIED | 30868 | 26 | D7 | 11 | 33.244 | 34.907 | 36.830 | 38.854 | 40.988 | 43.246 | 43.546 | 43.646 | 43.746 | 43.846 |
| LEAD UROLOGY TECHNOLOGIST | 30497 | | | | | | | | | | | | | |
| LEAD LVN II | 36298 | 25 | D7 | 28 | 32.663 | 34.289 | 36.182 | 38.163 | 40.265 | 42.479 | 42.779 | 42.879 | 42.979 | 43.079 |
| LEAD LVN III | 36302 | 26 | D7 | 29 | 33.912 | 35.608 | 37.558 | 39.634 | 41.806 | 44.111 | 44.411 | 44.511 | 44.611 | 44.711 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ANESTHESIA TECH | 30526 | 24 | D7 | 12 | 34.447 | 36.179 | 38.163 | 40.263 | 42.477 | 44.810 | 45.110 | 45.210 | 45.310 | 45.410 |
| LEAD AUTOPSY TISSUE TECH ASST | 30515 | | | | | | | | | | | | | |
| LEAD EEG TECH | 30498 | | | | | | | | | | | | | |
| LEAD HEALTH EVALUATION ASST | 30499 | | | | | | | | | | | | | |
| LEAD LAB ASSISTANT III | 30506 | | | | | | | | | | | | | |
| LEAD PODIATRY TECH | 30513 | | | | | | | | | | | | | |
| [1]LEAD CERTIFIED ANESTHESIA TECH | 30840 | 25 | D7 | 21 | 35.141 | 36.896 | 38.928 | 41.065 | 43.325 | 45.705 | 46.005 | 46.105 | 46.205 | 46.305 |
| [1]LEAD CERTIFIED ANESTHESIA TECH (IV CERT) | 30841 | 26 | D7 | 22 | 35.485 | 37.259 | 39.309 | 41.470 | 43.748 | 46.154 | 46.454 | 46.554 | 46.654 | 46.754 |
| [7]LEAD CERTIFIED ANESTHESIA TECHNO | 30919 | | | | | | | | | | | | | |
| LEAD POLYSOMN TECHNO | 30511 | 25 | D7 | 13 | 36.810 | 38.648 | 40.773 | 43.023 | 45.386 | 47.882 | 48.182 | 48.282 | 48.382 | 48.482 |
| LEAD LIC PHYSICAL THERAPY ASST | 30769 | 26 | D7 | 18 | 38.344 | 40.262 | 42.477 | 44.812 | 47.280 | 49.876 | 50.176 | 50.276 | 50.376 | 50.476 |
| LEAD HISTOLOGY TECHNO | 35613 | 24 | D7 | 14 | 40.175 | 42.182 | 44.502 | 46.946 | 49.531 | 52.261 | 52.561 | 52.661 | 52.761 | 52.861 |
| [4]LEAD PATHOLOGY TISSUE TECH | 30878 | | | | | | | | | | | | | |

223

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD RESP CARE PRAC I | 35739 | 26 | D7 | 15 | 47.325 | 49.574 | 52.168 | 54.898 | 57.783 | 60.837 | 61.137 | 61.237 | 61.337 | 61.437 |
| LEAD RESP CARE PRAC II | 35738 | 26 | D7 | 17 | 47.872 | 50.146 | 52.769 | 55.535 | 58.450 | 61.532 | 61.832 | 61.932 | 62.032 | 62.132 |
| LEAD RESP CARE PRAC III | 35742 | 26 | D7 | 31 | 48.344 | 50.636 | 53.286 | 56.087 | 59.031 | 62.142 | 62.442 | 62.542 | 62.642 | 62.742 |
| *LEAD SOLUTIONS TECHNO* | 30500 | 26 | D7 | 19 | 43.436 | 45.498 | 47.875 | 50.392 | 53.037 | 55.836 | 56.136 | 56.236 | 56.336 | 56.436 |
| LEAD ORTHO TECHNO | 30501 | 25 | D7 | 16 | 42.217 | 44.329 | 46.766 | 49.335 | 52.050 | 54.907 | 55.207 | 55.307 | 55.407 | 55.507 |
| LEAD CYTOGENETIC TECHNOLOGIST | 30807 | 26 | D7 | 34 | 56.142 | 58.948 | 62.193 | 65.611 | 69.222 | 73.033 | 73.333 | 73.433 | 73.533 | 73.633 |
| [4]LEAD SURGICAL TECHNOLOGIST | 30864 | 26 | D7 | 35 | 33.256 | 34.925 | 36.847 | 38.869 | 41.009 | 43.263 | 43.563 | 43.663 | 43.763 | 43.863 |

[1] NEW CLASSIFICATION EFF 1/24/11

224

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD APPOINTMENT DATA CLERK | 20942 | 12 | D8 | 01 | 23.199 | 24.369 | 25.706 | 27.116 | 28.615 | 30.181 | 30.481 | 30.581 | 30.681 | 30.781 |
| LEAD CHART ROOM CLERK | 24599 | | | | | | | | | | | | | |
| LEAD ENTRY CLERK | 20640 | | | | | | | | | | | | | |
| LEAD FILE CLERK | 20042 | | | | | | | | | | | | | |
| LEAD X-RAY CLERK | 20492 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| LEAD ACCOUNTS PAYABLE CLERK | 20629 | 13 | D8 | 03 | 24.229 | 25.443 | 26.837 | 28.319 | 29.869 | 31.512 | 31.812 | 31.912 | 32.012 | 32.112 |
| LEAD BIRTH CERTIFICATE CLERK | 24528 | | | | | | | | | | | | | |
| LEAD COMMUNICATIONS OPERATOR | 24829 | | | | | | | | | | | | | |
| LEAD DATA ENTRY CLERK | 24627 | | | | | | | | | | | | | |
| LEAD DIETARY CASHIER | 25141 | | | | | | | | | | | | | |
| LEAD DIET CLERK | 20696 | | | | | | | | | | | | | |
| LEAD DOCUMENT PREP ASST | 20684 | | | | | | | | | | | | | |
| LEAD GENERAL CLERK | 20641 | | | | | | | | | | | | | |
| LEAD LAB CLERK | 25059 | | | | | | | | | | | | | |
| LEAD STOREROOM CLERK | 20628 | | | | | | | | | | | | | |
| LEAD TRANSPORTATION ORDERLY / DISPATCHER | 20650 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PROCESSING / COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD ACCT RECONCIL CLERK | 24180 | 13 | D8 | 05 | 25.292 | 26.559 | 28.021 | 29.562 | 31.184 | 32.900 | 33.200 | 33.300 | 33.400 | 33.500 |
| LEAD BLOOD DONOR RECRUITER | 25057 | | | | | | | | | | | | | |
| LEAD BUSINESS OFFICE CLERK | 20109 | | | | | | | | | | | | | |
| LEAD CASHIER RECEPTIONIST | 25139 | | | | | | | | | | | | | |
| LEAD CLERK STENO | 24045 | | | | | | | | | | | | | |
| LEAD COLLECTION SUPPORT REP | 20642 | | | | | | | | | | | | | |
| LEAD CONTACT LENS EXPEDITER | 21045 | | | | | | | | | | | | | |
| LEAD CASE CORRESPONDENCE CLERK | 21049 | | | | | | | | | | | | | |
| LEAD CUSTOMER SERVICE PHONE REP | 24781 | | | | | | | | | | | | | |
| LEAD INTERMEDIATE CLERK | 20643 | | | | | | | | | | | | | |
| LEAD RECEPTIONIST | 25129 | | | | | | | | | | | | | |
| [4]LEAD REGL LAB STOREROOM CLERK | 21098 | | | | | | | | | | | | | |
| LEAD SUBPOENA CLERK | 20631 | | | | | | | | | | | | | |
| LEAD CASHIER (PBS) | 20973 | | | | | | | | | | | | | |
| LEAD CLAIMS PROCESSOR | 30779 | | | | | | | | | | | | | |
| LEAD APPOINTMENT CLERK | 20630 | 13 | D8 | 02 | 25.796 | 27.090 | 28.579 | 30.151 | 31.813 | 33.557 | 33.857 | 33.957 | 34.057 | 34.157 |
| LEAD DEPARTMENT SECRETARY | 20651 | | | | | | | | | | | | | |
| [5]LEAD SERVICE REP-AMBULATORY SVCS | 21100 | 13 | D8 | 34 | 25.925 | 27.222 | 28.724 | 30.301 | 31.964 | 33.723 | 34.023 | 34.123 | 34.223 | 34.323 |
| LEAD DATA ENTRY OPERATOR | 24649 | 13 | D8 | 07 | 25.464 | 26.739 | 28.208 | 29.761 | 31.395 | 33.122 | 33.422 | 33.522 | 33.622 | 33.722 |
| LEAD ADMITTING CLERK | 20122 | 13 | D8 | 08 | 25.547 | 26.818 | 28.299 | 29.857 | 31.495 | 33.231 | 33.531 | 33.631 | 33.731 | 33.831 |
| LEAD HOME HEALTH CLERK | 20632 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PROCESSING / COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD MED CORRESPONDENCE | 20705 | 14 | D8 | 14 | 26.050 | 27.360 | 28.865 | 30.451 | 32.121 | 33.893 | 34.193 | 34.293 | 34.393 | 34.493 |
| CLK LEAD DME CLERK | 21053 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| LEAD BUSINESS SERVICES REP | 20934 | 14 | D8 | 09 | 26.064 | 27.365 | 28.870 | 30.457 | 32.134 | 33.900 | 34.200 | 34.300 | 34.400 | 34.500 |
| LEAD CUSTOMER SERVICE REP | 20644 | | | | | | | | | | | | | |
| LEAD GRP REVIEWER | 24695 | | | | | | | | | | | | | |
| LEAD MBSHP SRV CLK | 20365 | | | | | | | | | | | | | |
| [3]LEAD PHARMACY E PROCUREMENT SPEC | 24152 | | | | | | | | | | | | | |
| LEAD RECORDS CLERK | 20263 | | | | | | | | | | | | | |
| LEAD MEDICARE REIMBRSMNT PROC | 20945 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| LEAD SURGERY SCHEDULING CLERK | 20209 | 14 | D8 | 04 | 26.637 | 27.968 | 29.503 | 31.128 | 32.838 | 34.646 | 34.946 | 35.046 | 35.146 | 35.246 |
| | | | | | | | | | | | | | | |
| LEAD ASSISTANT COLLECTOR | 20653 | 14 | D8 | 06 | 26.841 | 28.186 | 29.734 | 31.371 | 33.097 | 34.918 | 35.218 | 35.318 | 35.418 | 35.518 |
| | | | | | | | | | | | | | | |
| [6]INTERNAL CLAIMS PROCESSOR | 21106 | 14 | D8 | 18 | 28.117 | 29.516 | 31.145 | 32.860 | 34.667 | 36.569 | 36.869 | 36.969 | 37.069 | 37.169 |
| | | | | | | | | | | | | | | |
| LEAD CLERK | 20633 | 14 | D8 | 11 | 28.550 | 29.978 | 31.625 | 33.366 | 35.200 | 37.140 | 37.440 | 37.540 | 37.640 | 37.740 |
| LEAD MEDICAL AUDIT CLERK | 20652 | | | | | | | | | | | | | |
| LEAD MEDICAL SECRETARY | 20634 | | | | | | | | | | | | | |
| LEAD MEMBERSHIP ACCTG COORD | 20635 | | | | | | | | | | | | | |
| LEAD OPTICAL SCANNER OPER | 20636 | | | | | | | | | | | | | |
| LEAD PSYCH SOCIAL CLERK | 20647 | | | | | | | | | | | | | |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PROCESSING / COMPUTER OPERATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD INDUSTRIAL BILLER | 20645 | 15 | D8 | 12 | 30.190 | 31.700 | 33.445 | 35.286 | 37.226 | 39.273 | 39.573 | 39.673 | 39.773 | 39.873 |
| LEAD INSURANCE BILLER | 20637 | | | | | | | | | | | | | |
| LEAD MEDICAL REVIEWER | 20938 | | | | | | | | | | | | | |
| LEAD REVENUE BILLER | 20646 | | | | | | | | | | | | | |
| LEAD BILLER (PBS) | 20967 | | | | | | | | | | | | | |
| LEAD OHS CLAIMS PROCESSOR | 21048 | | | | | | | | | | | | | |
| LEAD INDUSTRIAL EOB PROCESSOR | 20648 | 18 | D8 | 15 | 30.835 | 32.164 | 33.937 | 35.799 | 37.769 | 39.850 | 40.150 | 40.250 | 40.350 | 40.450 |
| LEAD COLLECTOR II | 20654 | 18 | D8 | 10 | 31.756 | 33.133 | 34.953 | 36.874 | 38.901 | 41.046 | 41.346 | 41.446 | 41.546 | 41.646 |
| LEAD CLAIMS ADJUSTER | 20695 | 13 | D8 | 13 | 33.926 | 35.625 | 37.587 | 39.651 | 41.837 | 44.130 | 44.430 | 44.530 | 44.630 | 44.730 |
| LEAD MEDICAL TRANSCRIBER | 20317 | | | | | | | | | | | | | |
| [2]LEAD PATHOLOGY TRANSCRIBER | 21075 | | | | | | | | | | | | | |
| LEAD WORD PROCESSING OPER | 20638 | | | | | | | | | | | | | |
| [1]LEAD RESEARCH AND REOLUTIONS CLAIMS 21067 ADJUSTER - DOWNEY ONLY | | 13 | D8 | 16 | 34.944 | 36.696 | 38.715 | 40.841 | 43.086 | 45.455 | 45.755 | 45.855 | 45.955 | 46.055 |
| [7]LEAD MED TRANS ANALYST | 21133 | 15 | D8 | 36 | 24.960 | 25.834 | 26.744 | 27.700 | 28.670 | 29.674 | 29.974 | 30.074 | 30.174 | 30.274 |

1 NEW CLASSIFICATION EFF 2/9/09
2NEW CALSSIFICATION EFF 7/12/10
3CLASSIFICATION MOVED EFF 11/24/12 AND RETITLED FROM LD DRUG PURCHASING CLERK
4NEW CALSSIFICATION EFF 3/17/15
5NEW CALSSIFICATION EFF 5/10/15

## PID MASTER
## UNION CODE B01 (FORMER EMPLOYEE GROUP A07)
## LOCAL 399 - LEAD
## PATIENT CARE / TECHNICAL
## LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD NEURODIAGNOSTIC TECHNO | 30525 | 25 | LA | 01 | 43.229 | 45.388 | 47.883 | 50.515 | 53.295 | 56.227 | 56.527 | 56.627 | 56.727 | 56.827 |
| LEAD ECHOCARDIOGRAM TECH I | 30514 | 26 | LA | 02 | 50.043 | 52.539 | 55.425 | 58.484 | 61.694 | 65.082 | 65.382 | 65.482 | 65.582 | 65.682 |
| LEAD DIAG IMAG TECH - MAMMO | 30512 | 26 | LA | 04 | 54.742 | 56.930 | 59.204 | 61.578 | 64.037 | 66.602 | 66.902 | 67.002 | 67.102 | 67.202 |
| LEAD DIAG IMAG TECH - MRI | 30503 | 26 | LA | 05 | 57.552 | 59.853 | 62.250 | 64.741 | 67.325 | 70.021 | 70.321 | 70.421 | 70.521 | 70.621 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**
**LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD NUCLEAR MED TECHNO | 30257 | 27 | LA | 06 | 64.494 | 67.073 | 69.755 | 72.544 | 75.444 | 78.463 | 78.763 | 78.863 | 78.963 | 79.063 |
| LEAD CARDIAC CATH TECHNO LEAD DIAG IMAG TECH - RADIOLOGY IV | 30502 30504 | 27 | LA | 07 | 57.050 | 59.329 | 61.701 | 64.172 | 66.739 | 69.402 | 69.702 | 69.802 | 69.902 | 70.002 |
| LEAD INTERVENTIONAL RAD TECH | 30803 | 27 | LA | 10 | 64.141 | 66.707 | 69.375 | 72.149 | 75.036 | 78.035 | 78.335 | 78.435 | 78.535 | 78.635 |
| LEAD PERFUSIONIST | 30505 | UG | LA | 08 | 79.580 | 83.872 | 88.267 | 93.027 | 99.972 | 106.959 | 107.259 | 107.359 | 107.459 | 107.559 |
| LEAD ECHOCARDIOGRAM TECHNOLOGIST II | 30795 | 27 | LA | 09 | 55.048 | 57.796 | 60.972 | 64.330 | 67.867 | 71.590 | 71.890 | 71.990 | 72.090 | 72.190 |

PID MASTER

**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**
**LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD NEURODIAGNOSTIC TECHNO | 30550 | 25 | LC | 01 | 51.875 | 54.466 | 57.460 | 60.618 | 63.954 | 67.472 | 67.772 | 67.872 | 67.972 | 68.072 |
| LEAD ECHOCARDIOGRAM TECH I | 30551 | 26 | LC | 02 | 60.052 | 63.047 | 66.510 | 70.181 | 74.033 | 78.098 | 78.398 | 78.498 | 78.598 | 78.698 |
| LEAD DIAG IMAG TECH - MAMMO | 30553 | 26 | LC | 04 | 65.690 | 68.316 | 71.045 | 73.894 | 76.844 | 79.922 | 80.222 | 80.322 | 80.422 | 80.522 |
| LEAD DIAG IMAG TECH - MRI | 30554 | 26 | LC | 05 | 69.062 | 71.824 | 74.700 | 77.689 | 80.790 | 84.025 | 84.325 | 84.425 | 84.525 | 84.625 |

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**PATIENT CARE / TECHNICAL**
**LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP2 1YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP4 3YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD NUCLEAR MED TECHNO | 30555 | 27 | LC | 06 | 77.393 | 80.488 | 83.706 | 87.053 | 90.533 | 94.156 | 94.456 | 94.556 | 94.656 | 94.756 |
| LEAD CARDIAC CATH TECHNO | 30552 | 27 | LC | 07 | 68.460 | 71.195 | 74.041 | 77.006 | 80.087 | 83.282 | 83.582 | 83.682 | 83.782 | 83.882 |
| LEAD DIAG IMAG TECH - RADIOLOGY IV | 30556 | | | | | | | | | | | | | |
| LEAD INTERVENTIONAL RAD TECH | 30800 | 27 | LC | 10 | 76.969 | 80.048 | 83.250 | 86.579 | 90.043 | 93.642 | 93.942 | 94.042 | 94.142 | 94.242 |
| LEAD PERFUSIONIST | 30557 | UG | LC | 08 | 95.496 | 100.646 | 105.920 | 111.632 | 119.966 | 128.351 | 128.651 | 128.751 | 128.851 | 128.951 |

232

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**MARKET SENSITIVE - PATIENT CARE / TECHNICAL**
**LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS**

| Job Title | JOB CODE | GRADE | SAL PLAN | PLAN GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD DIAG IMAG TECH SONOGRAPHER | 30507 | 27 | LD | 01 | 61.015 | 63.452 | 65.992 | 68.631 | 72.009 | 75.967 | 76.267 | 76.367 | 76.467 | 76.567 |
| [1]LEAD RADIATION THERAPIST | 30508 | 27 | LD | 02 | 65.019 | 68.266 | 72.017 | 75.976 | 80.162 | 84.563 | 84.863 | 84.963 | 85.063 | 85.163 |

[1]TITLE UPDATE FROM LD RADIATION THERAPY TECHNOLOGIST

233

**PID MASTER**
**UNION CODE B01 (FORMER EMPLOYEE GROUP A07)**
**LOCAL 399 - LEAD**
**MARKET SENSITIVE - PATIENT CARE / TECHNICAL**
**LEAD DIAGNOSTIC IMAGING AND RELATED CLASSIFICATIONS, EFFECTIVE 06/10/02**
**PER DIEM 20% ADDITIONAL PAY, NO BENEFITS**

| JOB TITLE | JOB CODE | GRADE | SAL PLAN | GRADE | PID 01 STEP 1 START | PID 05 STEP 2 1 YEAR | PID 08 STEP 3 2 YEAR | PID 09 STEP 4 3 YEAR | PID 10 STEP 5 4 YEAR | PID 11 STEP 6 5 YEAR | LNG 10 YEAR | LNG 15 YEAR | LNG 20 YEAR | LNG 25 YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEAD DIAG IMAG TECH - SONOGRAPHER | 30558 | 27 | LF | 01 | 73.218 | 76.142 | 79.190 | 82.357 | 86.411 | 91.160 | 91.460 | 91.560 | 91.660 | 91.760 |
| [1]LEAD RADIATION THERAPIST | 30559 | 27 | LF | 02 | 78.023 | 81.919 | 86.420 | 91.171 | 96.194 | 101.476 | 101.776 | 101.876 | 101.976 | 102.076 |

[1]TITLE UPDATE FROM LD RADIATION THERAPY TECHNOLOGIST

234

## STATEWIDE APPENDIX A

## CALL CENTER ADDENDUM

A.  **Call Center Preamble**.
Call Center Management and Labor commit to the LMP process. This process acknowledges the relationship to be far more important than any single transaction. We jointly commit to proactively identify and resolve issues collaboratively.

It is the goal of both Labor and Management to create a positive working environment for all.

It is the goal of both Labor and Management to create a positive working environment for all

B.  **General Statement**
In recognition of the call center environment being significantly different from medical centers we agree to the following:

C.  **Union Business**.

1.  **Steward Release**.
Stewards may be released at various times to conduct Union business. The release of stewards will depend on call volume and operational needs. Stewards will work with Management for release time. Such release time will not be unreasonably denied. Definition of Union business will be defined at the local level.

2.  **Computer**.
Within 90 days of ratification of this agreement the Employer will provide at each Call Center a computer for Union business that will be equipped with intranet access, internet access and a printer.

3.  **Steward Council**.
The facility steward council should meet regularly with the Human Resources Leader, Medical Group Administrator or designee, to discuss workplace issues that UHW members or management identify.

D.  **SOUTHERN CALIFORNIA REGION Limited Physical Movement**.
SCAL-Management will limit physical movement of UHW members. When necessary changes are to be made, Management will notify the Union.

E.  **Variance/Personal**.
Variance refers to the amount of time post log-on an Employee may be off-line exclusive of lunch, break, start and end time. Variance is to be used for on the clock personal needs. The Employer agrees to a variance of 20 minutes per 8-hour day statewide. Variance will be prorated based on hours worked per day.

235

This agreement will supersede any other existing agreements on variance. Both parties agree that past practice remains in place unless mutually agreed to change.

F. **Availability of Information**.
Call Center Management will post or provide call center information on: call volume, number of sick calls, performance goals, current performance information, and other mutually agreed upon data. All data will be from the previous business day or current business day.

G. **Request for Information**.
All Call Centers will establish an avenue to process requests for information through specific individuals.

H. **Staffing**.
Upon ratification of the UHW CBA, the Call Centers shall begin a joint and ongoing process to ensure adequate and efficient staffing. This process will reflect Management's need for flexibility in addressing fluctuating call volume, seasonality, and membership.

Concurrently this process will address the need of Labor to have adequate staffing to meet the needs of the UHW members. Within 90 days, each facility will develop a process to address staffing.

I. **Shift Up/Down (start time)**.
The staffing section of the call center addendum will address the issue of start time shift up/ down. The goal is to minimize the use of this practice through development of adequate staffing. This will be a joint and ongoing assessment.

J. **Agreements in Writing**.
Both parties agree that there should be a written record of all joint decisions that significantly impact UHW members and Management. Therefore, all agreements will be in writing either in a side letter or meeting minutes where appropriate. This does not invalidate long-standing and mutually accepted practices.

K. **NORTHERN CALIFORNIA REGION Holiday Pay-varied Day Schedule**.
Both Parties will come to a common agreement on holiday pay for employees with varied day schedules by October 23, 2005.

L. **NORTHERN CALIFORNIA REGION Defined Work Areas**.
By June 1, 2006, the Call Centers commit to initiate a six (6) month pilot program to assign a specific work unit to each job posting. At the end of the 6 month period, both parties have a goal to establish the program permanently. In the event that the program is not mutually agreed to be implemented, both parties will utilize IBPS with an outside facilitator to address the concerns around this program prior to discontinuation.

M.    **NORTHERN CALIFORNIA REGION Variable Start Time**.
Recognizing Management's need for flexibility and Labor's need to create stability for their membership, both Management and Labor agree to the following:

1.    By 2007, Management agrees to reduce the IRP designation to thirty (30%) percent in all Call Centers. This process should be progressive showing movement yearly toward the goal.

2.    Concurrently, both Labor and Management will establish a joint process that will move to eliminate all IRPs (except varied start time) from the UHW bargaining unit. It is understood by both parties that the short hour designation may be necessary to accomplish this goal. This agreement should be completed by June 1, 2007

3.    Management agrees that variable start time positions will have a maximum start range of 1.5 hours.

237

**STATEWIDE APPENDIX B**

**CATEGORIES OF EMPLOYEES**
**TO INCLUDE OTHER BENEFITTED EMPLOYEES.**

It is agreed that included in the category of Employees described in this Agreement as Regular Benefited Employees are benefited Employees in Alternate Compensation Pay (ACP), 12-hour shift Employees working thirty-six (36) hours per work week, and Employees working thirty-six (36) hours per work week who were Full-Time Employees prior to a reduction in force.

## STATEWIDE APPENDIX C

## ALTERNATE COMPENSATION

## PROGRAM  SECTION 1 – ELIGIBILITY AND ENROLLMENT

A.   **Voluntary Participation and Eligibility**.
Only a benefit eligible Employee scheduled to work twenty (20) or more hours per week who can verify that he/she has medical coverage from a source other than his/her benefited status with Kaiser Permanente shall have the option of voluntarily participating in the Alternate Compensation Program.

B.   **Verification of Coverage or Loss of Coverage**.
Before an Employee's request for enrollment in the ACP will be processed, an Employee will be required to show proof of medical coverage for him/herself. Such proof of medical coverage will be required on an annual basis during the open enrollment period for health coverage for continued participation in ACP. If an Employee participating in the ACP loses medical coverage for any reason, he/she may withdraw from the ACP within thirty-one (31) days of the date he/she becomes ineligible for medical coverage.

C.   **Notice of Program and Enrollment**.
During the annual open enrollment period all benefit eligible Employees will be informed of the ACP. During the annual open enrollment period of each year an Employee may elect to participate in ACP. An Employee who elects to participate in the ACP must remain for the entire payroll calendar year, unless he/she has lost medical coverage. To continue in the ACP an Employee must provide proof of other medical coverage annually.

D.   **Effective Date of Participation**.

   1.   **Current Employees**.
   A participating Employee will begin receiving the benefits of the program the first day of the first pay period of the following payroll calendar year and must remain in the ACP for the payroll calendar year.

   2.   **New Employees**.
   A newly hired Employee who is benefit eligible shall have the option of enrolling in ACP within thirty-one (31) days of his/her date of hire and will begin receiving benefits the first day of the first pay period following receipt of a completed ACP Enrollment form provided by the Employer, including supporting documentation, i.e., proof of other medical coverage.

## SECTION 2 – ACP PAY

A.    **ACP Pay in Lieu of Benefits**.
A participating benefit eligible Employee will receive an ACP allowance that is equal to an additional twenty percent (20%) of his/her hourly rate of pay for all hours paid. The twenty percent (20%) allowance will be paid in lieu of the Employee receiving the following benefits:

1.    Employer paid Health Plan

2.    Employer-paid Dental Plan

3.    Employer paid Life Insurance

4.    Paid Time Off (including Vacation, Sick Leave, Life Balance Days (Southern California Region only, if applicable), and Holiday Pay (but not premium for working a Holiday).

5.    Disability Plans

6.    Other Paid Time Off (including but not limited to Bereavement Leave and Education Leave).

B.    **Differentials and Premiums**.
A participating Employee will receive all premium pay and differentials as any other benefit-eligible Employee except that the calculation of premiums and differentials will be based on the Employee's base rate of pay not including the ACP allowance.

C.    **Accrued Paid Time Off Benefits**.
Upon the effective date of the Employee's participation in the ACP, the Employee will cease accruing paid time off and will be paid, at his/her regular hourly rate of pay, all accrued vacation and (if applicable) all life balance days.

D.    **Sick Leave Bank**.
Any sick leave available to the Employee who participates in the ACP will be frozen and unavailable for use until such time he/she ceases participating in the ACP and elects to begin receiving benefits.

E.    **Retirement While on ACP**.
An Employee who retires on ACP:

1.    Will be eligible for the benefits of the Attendance Program related to paid time off prior to his/her retirement date or conversion to "credited service" as provided for in the Collective Bargaining Agreement.

240

2.    Will not be eligible for any Employer-paid post retirement benefits such as Health Plan etc. The enrollment form for the ACP will clearly state that any Employee who retires while enrolled in the ACP will not be eligible for these benefits and that his/her enrollment is irrevocable for the payroll calendar year.

## SECTION 3 – BENEFITS FOR WHICH AN ACP PARTICIPANT IS ELIGIBLE

An Employee participating in the ACP is eligible for the following benefits:

A.    **Pension**.
The participating Employee will continue to accrue pension service for vesting and shall accrue credited service, used to determine the Employee's monthly retirement benefit. Final average pay for calculating the Employee's pension shall be based on his/her hourly rate of pay, not including the twenty percent (20%) ACP allowance
.

B.    **Unpaid Time Off**.
A participating Employee may exercise his/her seniority to bid for unpaid vacation of up to two (2) weeks per year. The Employee may carry over one (1) week per year with a maximum accrual of four (4) weeks of available unpaid vacation time off. The Employer will not unreasonably deny additional time off.

C.    **Holidays**.
A participating Employee will receive the holiday premium when working the holiday. The premium will be based on the Employee's base rate of pay excluding the ACP twenty percent (20%) allowance.

D.    **Jury Duty**.
A participating Employee will be eligible for Jury Duty and will be paid at his/her base rate plus the ACP allowance.

E.    **Employee-Purchased Life Insurance**.

F.    **Dependent Care Plan**.

G.    **Health Care Spending Account**.

H.    **Commuter Choice Plan**. (if applicable)

I.    **KP 401(k)**.

J.    **Survivor Assistance.**
Benefit will be paid at the base wage rate not including the ACP allowance.

K.    **Tuition Reimbursement**.

L.    **<u>Unpaid Leaves</u>**.
      A participating Employee will be eligible for leaves without pay but will not be eligible for any benefits associated with such leaves.

M.    **Parent Medical Coverage**.

**STATEWIDE APPENDIX D**

**HARD-TO-FILL CLASSIFICATIONS**
**CAREER LADDER JOINT RECOMMENDATIONS**

A.  **Respiratory Care Practitioners**.
Labor and Management agree to the creation of one Respiratory Care Practitioner (RCP) Career Ladder to be used in both the Northern and Southern California Regions of Kaiser Permanente. In order to achieve this, we recommend a joint Labor Management Partnership Workgroup to develop the Career Ladder in a post-bargaining process to begin before December 31, 2005 and be completed within the first half of 2006. Once a mutually acceptable Career Ladder program is determined, the new Career ladder shall be implemented expeditiously.

The RCP Career Ladder Work Group will be composed of statewide representatives to include: RCPs representative of all Medical Centers in Northern and Southern California, selected by the Union; Respiratory Care Managers; Labor Relations; Kaiser Foundation Hospitals (Northern California); Southern California Permanente Medical Group (Southern California); SEIU UHW staff; Physicians.

B.  **Sonographers**.
Labor and Manager recommend that a Work Group be created in Southern California to review the Northern California Sonographer Career Ladder in order to assess its application in Southern California to begin before December 31, 2005 and be completed within the first half of 2006. If the workgroup recommends the desirability of adopting the same or a similar Career ladder, then the current Southern California Career ladder shall be replaced with the new Career ladder and implemented in Southern California.
The Sonographer Work Group will include Southern California representatives from: Sonographers, Echocardiogram Technologists and Peripheral Vascular Technologists representative of all Medical Centers, selected by the Union; Diagnostic Imaging Managers; Labor Relations; SEIU UHW Staff; Radiologists/Sonologists; Labor and Management Representatives from Northern California to explain the Career Ladder.

243

C.    **Radiologic Technologists**.

Labor and Management recommend that the Career Ladder agreed upon in Northern California helps to address issues in an Employee group that is "hard to fill" and promotes recruitment and retention, and that a similar Career ladder program in Southern California would be beneficial. Labor and Management recommend that a Work Group be created in Southern California to review the Northern California Radiologic Technologist Career Ladder in order to assess its application in Southern California to begin before December 31, 2005 and be completed within the first half of 2006. If the workgroup recommends the desirability of adopting the same or a similar Career ladder, then the current Southern California Career ladder shall be replaced with the new Career ladder and implemented expeditiously in Southern California.

The Radiologic Technologist Work Group will include Southern California representatives from: Radiologic Technologists from every Medical Center in the region that are representative of all Modalities, selected by the Union; Radiology Managers; Labor Relations; SEIU UHW Staff; Radiologists; Labor and Management Representatives from Northern California to explain the Career Ladder.

244

## STATEWIDE APPENDIX E

## JOINT REVIEW OF DEPARTMENT STRUCTURE

### JOINT REVIEW OF DEPARTMENT STRUCTURE:
October 2005 – The Union (UHW) and local management will jointly review department structure solely for the purposes of the utilization of Seniority to apply to Job Bidding and Layoff, as agreed during "local" bargaining in August 2005.

### EXAMPLE: DEPARMENT STRUCTURE
The following is a template of Departments—used only as an example—that are generally recognized at Kaiser Medical Centers and Medical Office Buildings.

| | |
|---|---|
| 1. Admitting | 14. Imaging/Radiology |
| 2. Business Office | 15. Laboratory Services |
| 3. Outpatient Medical Records | 16. Materials Management |
| 4. Clinic Nursing | 17. Medical Legal |
| 5. Communications | 18. Medical Secretaries |
| 6. Continuing Care | 19. Nutrition Services |
| 7. Emergency | 20. Outpatient Pharmacy |
| 8. EVS | 21. Perioperative Services |
| 9. Facility Services | 22. Respiratory Therapy |
| 10. H.I.M. | 23. Social Services |
| 11. Home Health/Hospice | 24. Sterile Processing |
| 12. Hospital Nursing | 25. Staffing |
| 13. Inpatient Pharmacy | |

**Units** within a Clinic Nursing Department that may possibly include:

| | | |
|---|---|---|
| Acupuncture | Ear Nose Throat (ENT) | Hematology |
| Adult Primary Care | Eating Disorders | Infertility |
| After Hours Urgent Care | EEG/Sleep Lab | Infusion |
| Allergy | EKG | Injection Clinic |
| Employee Health Services | Audiology | Integrative Medicine |
| Cardiology | Endoscopy | Internal Medicine |
| Chemotherapy | Family Medicine | Medicine |
| Chronic Conditions Management | Foot and Ankle Surgery | Chronic Pain |
| Member Office Support Services | Gastroenterology | Mental Health |
| Cosmetic Dermatology | Head and Neck Surgery | Minor Injury Center |
| Cosmetic Surgery | Health Education | Nephrology |
| Dermatology | Hearing Aid Center | Neurology |
| OB/GYN | Physical Therapy | Schedule Maintenance |
| Occupational Medicine | Plastic Surgery | Sleep Lab |

245

| Oncology | Psychiatry | Spine Clinic |
|---|---|---|
| Ophthalmology | Pulmonology | Sports Medicine |
| Optometry | Rehabilitative Services | Surgery Clinic |
| Orthopedics/Podiatry | REI | Urgent Care |
| Pediatrics | Rheumatology | Urgent Eye Care |
| Physical Medicine | Schedule Creation | Urology |

**Units within a Hospital Nursing Department that might possibly include:**

| Antipartum | Med/Surg | Postpartum |
|---|---|---|
| Cardiovascular ICU | Mother and Infant | Step Down |
| Critical Care Unit | Neonatal Intensive Care Unit | Telemetry |
| Intensive Care Nursery | Patient Mobility | Transitional Care Unit |
| Intensive Care Unit | Pediatrics/PICU | |
| Labor and Delivery | Perinatal | |

246

## STATEWIDE APPENDIX F

## CLASSIFICATION SPECIFIC POST-BARGAINING REVIEW PROCESS

In 2005 bargaining the "Classification Specific Group" was assigned issues that related to specific classifications. It was determined that some of the classifications required a fact-based investigation and analysis not possible during bargaining. The parties agreed that the following issues would be reviewed in a Post-Bargaining Review process.

1.      The feasibility of creating Career Ladders for the following classifications:

   A.      Medical Assistant

   B.      Laboratory Assistant

   C.      Surgical Technician

   D.      Orthopedic Technician (Northern California Region)

   E.      MRI Technologist (Northern California Region)

   F.      Respiratory Care Practitioners

2.      Clarify what duties are included in the job description for the following classification:

   A.      Medical Secretary/Transcriptionist (Northern California Region)

247

## STATEWIDE APPENDIX G

### ECS Unit (Desktop Support)

The parties agree that the provisions of the Collective Bargaining Agreement between SEIU-UHW and Kaiser Permanente Northern and Southern California (the Local Agreement) will apply to the ECS unit (Desktop Support) except as specifically agreed otherwise.

The parties understand and agree that time will be needed to train Supervisory and Managerial employees to apply the terms of the Local Agreement.

1. **Lead Scheduling:**

a. The parties agree that Leads will continue to have flexibility regarding scheduling subject to supervisory approval.

b. The parties agree that the following provisions will replace Article XIII, Section 4 of the Collective Bargaining Agreement between SEIU-UHW and Kaiser Permanente Northern and Southern California:  When an employee is assigned a to temporarily perform Lead duties for a period of a week or more, the employee will be paid at the Lead rate, step for step.

2. **Article XIII, Section 6 of Local Agreement.**

a. **Standby.**

The parties agree that the following provisions will replace Article XIII, Section 6 of the Collective Bargaining Agreement between SEIU-UHW and Kaiser Permanente Northern and Southern California

It is understood and agreed that employees in the Associate, Intermediate, Senior and Lead classifications will be required to be available (stand-by) for work outside of normal work hours in order to respond to emergent situations.

An employee who is placed on stand-by will be paid in accordance with section (b) below.

An employee on stand-by is expected to respond to a call/page/text and to report to work, if needed, within a reasonable amount of time. In most cases, the employee is expected to respond to the call/page/text within 15 minutes, or determined locally by business/geographic needs, and to report to the worksite, if needed.

Stand-by assignments will be equitably assigned on a rotating basis among eligible employees. The schedule of stand-by assignments will be posted as far in advance as possible and with at least one month notice. Management will publish a standby list in a timely manner.

248

An employee who wishes to trade a scheduled stand-by assignment with another eligible employee may do so subject to the approval of supervision. Such approval shall not be unreasonably withheld. The requested trade and the approval shall be documented in writing (via email).

New employees will be added to the stand-by rotation after 6 months of employment.

Contingent employees will not normally be placed on the stand-by rotation. However, a qualified contingent employee may substitute for a regular employee due to unusual circumstances or emergencies.

It is recognized and agreed that exceptions to the above provisions may be required in cases of emergency.

It is recognized and agreed that the appropriate facility or area level representatives of the parties may jointly agree to modify or add to the above provisions to address their specific needs and interests.

b. **Standby and Call Back Pay:**

    i.    An Employee who reports to work while on Standby will be paid at time and time and one-half (1 1/2) his/her straight-time hourly rate, and on recognized holidays the employee will be paid at double time and one-half (2 1/2 ) his/her straight-time hourly rate

    ii.    Three Hour Guarantee: An Employee shall be paid at least three (3) hours at time and one-half (1 1/2) when he/she reports to work and for such hours shall cease receiving standby pay and for at least (3) hours at double time and one-half (2 ½) when he/she reports to work on a recognized holiday and for such hours shall cease receiving standby pay.

    iii.    Call Back Pay: An Employee on Standby who takes a call shall be paid at the appropriate rate and will be paid at least one (1) hour of pay at that rate.

    iv.    Effective October 1, 2012, Standby pay shall be $5.00 per hour.

    v.    The Employer will work with the Union to standardize Standby practices and develop greater efficiency.

3. **Application of Articles XI and XII of the Local Agreement:**

The parties agree that Articles XI and XII of the Collective Bargaining Agreement between SEIU-UHW and Kaiser Permanente Northern and Southern California will apply to the ECS Unit except as provided below:

249

a. Article XI

    i.   Section 1: Applies to ECS

    ii.   Section 2: Applies to ECS

    iii.   Section 3:

        1.  Sub-section A: The 14 day posting requirement applies to the entire ECS unit

        2.  Sub-section C 2: Does not apply

        3.  All other provisions of Section 3 apply to the ECS unit

    iv.   Section 4: Applies to ECS

    v.   Section 5: Applies to ECS

    vi.   Section 6: Does not apply to ECS

    vii.  Section 7:

        1.  Sub-section B5: The Southern California Region Additional Lunch Period language applies to the entire ECS Unit

        2.  All other provisions of Section 7 apply to the ECS unit

    viii. Section 8: Does not apply to ECS

    ix.   Section 9:

        1.  Sub-section A: Does not apply to the ECS unit

        2.  Sub-section B: Does apply to the ECS unit, but does not apply in the case of stand-by

    x.   Section 10: Does apply to the ECS unit, but does not apply in the case of stand-by

    xi.   Section 11: Applies to the entire ECS Unit

    xii.  Section 12: Does not apply to the ECS Unit

b. Article XII

    i.   Section 1: Does not apply to the ECS Unit

    ii.   Section 2:  Applies to the entire ECS Unit

250

4. **Employment and Income Security Agreement and Staffing:**

The Employment and Income Security Agreement will be effective on the date of ratification, which is May 12, 2012.

The joint committee for implementation of the National Agreement, or a successor committee, will discuss staffing-related matters for the End User Services focus areas including:

a. Core staffing needs

b. Contingent staffing

c. Use of contingent workers, including:

   i. work performed

   ii. length of assignment

   iii. conversion to regular status

It is understood and agreed that staffing discussions will begin after agreement has been reached on transition to the National Agreement.

5. **Retirement and PTO/ETO Benefits:**

The parties agree that the Retirement and ETO/PTO Benefits in effect prior to the date of ratification, which is May 12, 2012, will remain in effect.

6. **Posted Positions:**

As an exception to the provisions of Article XVI, Section 2, D, 5 of this Agreement, the Employer shall have discretion in filling a Lead, Senior or. Intermediate position by selecting from among the three (3) most senior qualified applicants within the Service Area. In the event there are fewer than three (3) applicants, the Employer shall have the option of considering applicants from the facility or region, in that order. The Employer will not consider sources outside the bargaining unit unless there are no qualified internal applicants. The intent is to consider no more than three (3) qualified applicants at any one time.

7. **New Operating Model:**

While implementing the New Operating Model (NOM) in End User Services (EUS), the parties agree that it is important that the impact bargaining team meets quarterly once the NOM has been implemented. The scope will be limited to addressing issues that may arise with the maturing job assignments.

### a. <u>Orientation/Training & Support:</u>

While implementing the New Operating Model (NOM) within End User Services (EUS), the parties agree that there is a need to establish an orientation/training structure for each job assignment regarding standardization of work and best practices. To that end, both parties agree to the following:

1.  Each workstream (Operation Support, Virtual, WorkFlow, Implementation Management) will have an employee representative from NCAL and employee representative from SCAL selected by the Union. The employee representatives will work alongside ECS leadership to make the workstream successful, raise employee concerns regarding the workstream, assist in the development of orientations, training, workstream requirements and bring ideas to resolve issues.

2.  It is management's intent to provide orientations and training as we standardize and streamline best practices within workstreams. Orientations and training will be developed and delivered as the workstreams develop over time. Specific process/procedural training will occur via WebEx and be recorded, stored on a shared drive and made available to all Desktop support employees via webex.

3.  Upon request, employees can request and schedule ergonomic evaluations of their workstations to ensure workplace safety as they transition to new work environments. For example, as an employee transitions from Operations Support to virtual support, the employee can work with their manager to obtain an ergonomic evaluation of their work environment.

4.  In order for Desktop Support employees to maintain multiple workstream skills, overtime will be assigned to employees within a service area, regardless of workstream or assignment. This is in recognition of the fact that employees currently perform all these assignments and going forward, allowing them work overtime in multiple workstreams will help them retain multiple workstream skills.

5.  All current training practices will remain in place unless otherwise mutually agreed upon.

This Labor Management Partnership, Training & Support agreement is non-precedent setting, does not impact any clause of the labor agreement.

### b. <u>Changing Assignments</u>

While implementing the New Operating Model (NOM) in End User Services (EUS), the parties agree that there is a mutual desire to provide a way for employees to change assignments. The parties agree, that once an employee has completed six (6) months in an assignment, the employee can request from his/her manager to change assignments. The Manager will do their best to honor the request as soon as practicable taking into consideration available assignments, preferences, qualifications and seniority of employees making the request.

**Hardships**: If an employee has a change in his/her life that causes his/her current assignment to cause a hardship, prior to the completion of six months, he/she can request a current assignment change. Similarly, if the employee is given an assignment which causes a hardship to the employee, he/she can request a current assignment change. The employee and manager will meet and discuss the issue and make adjustments as is possible, to alleviate the hardship.

**Swaps**: Employees wishing to swap assignments shall inform their supervisor/manager. The supervisor/manager will review the request and make every effort to accommodate as soon as practicable. Assignments swaps will not be unreasonably denied.

This Labor Management Partnership, Changing Assignments agreement is non-precedent setting, does not impact any clause of the labor agreement. If employees are unsatisfied with an assignment, they can appeal the manager's decision to a Labor Management Panel (2 from management and 2 from Union appointed by the parties respectively). The committee will interview all parties involved and make a decision. If the panel cannot come to an agreement (Split vote), then a fifth person that both parties agree to, will be added to the committee and would have the determinative vote. If the committee cannot agree on the fifth person, each side would nominate their candidate and the final selection will be made by a flip of a coin.

In 18 months, if either party wants to withdraw from this agreement, the agreement will end. Upon withdrawal by either party, impact bargaining will resume at the unions written request.

8.   **PSP Bonus:**

The Employer and the Union agree, that beginning with calendar year 2014, all represented Desk Top Support IT employees will be covered by the PSP as outlined in the 2012 National Agreement.

9.   **Seniority Tie-Breaker:**

The parties agree that the following provisions will replace Article XVI, Section 1, D of the Collective Bargaining Agreement between SEIU-UHW and Kaiser Permanente Northern and Southern California:

In the event two or more employees have the same seniority date, their relative order of seniority shall be determined by adding the last four digits of each employee's social security number. The numbers thus obtained, ranked highest to lowest, shall determine the order of seniority.

## STATEWIDE APPENDIX I

## WORKFORCE OF THE FUTURE DEVLEOPMENT FUND

Both SEIU-UHW and Kaiser Permanente recognize that there is a shortage of licensed and credentialed healthcare workers – particularly healthcare workers who reflect the full diversity of the state including age, gender, language, geographic dispersal and socio-economic background – to care for the population of our nation's largest state. Additionally, the fact that these jobs require advanced training in the form of licenses and/or certifications means they overwhelmingly provide good wages and quality benefits at a level that can sustain families and reduce the level of economic inequality in our society. Official projections by the State of California estimate that a shortage, over the next ten years, of about 500,000 trained caregivers to fill the roles which will be required for the State's healthcare system.

Kaiser Permanente will make contribution(s) in the total aggregate amount of $130,000,000.00 to the 501(c)(3) over the life of the National Agreement. Kaiser may make these contributions in installments. In any event, Kaiser Permanente agrees to make either a $32.5 million annual contribution or a single lump sum contribution on or before January 1, 2020. If Kaiser chooses to make an annual contribution, then the contribution will be made on the following schedule:

1. First contribution on or before January 1, 2020;

2. Second contribution on or before September 29, 2021;

3. Third contribution on or before September 29, 2022; and

4. Final contribution on or before September 29, 2023.

Kaiser will not be obligated to contribute further to the 501(c)(3).

If the entity does not receive its tax-exempt status by the initial funding date, then Kaiser will make its contribution to a mutually agreeable fiscal sponsor. The parties will work together to jointly gain employer participants and contributions and set benchmarks toward that end.

# APPENDICES APPLICABLE TO
# NORTHERN CALIFORNIA REGION

## NCAL APPENDIX A

## ADVANCED HIRING CRITERIA
**September 16, 2004**

The following agreement between SEIU UHW (the "Union") and Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. (the "Employer") is intended as a "local" confirmation of the agreement dated May 22, 2003 between the senior leadership of Kaiser Permanente and the Coalition of Kaiser Permanente Unions, AFL-CIO (the "National Benefits Agreement"), as well as a clarification of the application to certain classifications as identified in this agreement.

## NATIONAL BENEFITS AGREEMENT.

The National Benefits Agreement related to Advanced Hiring Criteria ("AHC") is as follows, and is a modification of the current collective bargaining agreement between Kaiser Permanente and SEIU UHW, Article XI – Wage Rates, Section 6 – Tenure Step/Experience Credit: *(Article XIII, Section 2 in the current Agreement)*.

## Step Placement at Hire.

The following language is applicable to bargaining units in Northern California, Colorado, and the Northwest where the Employer elects to apply this language. The parties will discuss applicability of the following Advanced Step Placement criteria in the Georgia, Mid-Atlantic and Ohio Regions as they complete their turnaround efforts and become eligible for the other provisions contained in this overall agreement.

## Advanced Step Hiring (Employer Option to Implement Regionally).

Applicable to all difficult to recruit classifications in the bargaining unit, Region wide. To determine placement on the wage structure, Employees newly hired into difficult to recruit positions may receive one (1) year tenure credit for every two (2) years of previous experience within their respective classification and within the last ten years prior to employment. For the purpose of this section, any previous part-time experience of twenty (20) hours a week or more on a regular basis will be considered as if it were full-time experience.

The Parties understand the mechanics and application of this letter of understanding to current Employees and the Employer will communicate and confirm the specific application when it is applied. The process for applying this provision to Employees currently on the payroll who are currently under the five year rate will be agreed upon locally between the parties.

256

1. **Application**.

   The Employer shall give the Union 30 days notice of its intent to apply AHC to a given classification, based on the intent of the national agreement referenced above. Once such application of the Advanced Hiring Criteria is initiated, it shall become a permanent part of the application of the Wage Rate Step assignment for newly hired staff until such time that the Parties mutually agree to modify such application.

   A.    The initial application of this provision shall be to the following "difficult to recruit" classifications, all of which may have various levels and tenure steps:

   1) Radiologic Technologist Classification
   2) Nuclear Medicine Technologist Classification
   3) M.R.I. Technologist Classification
   4) Diagnostic Ultrasonographer Classification
   5) Histologic Technician Classification
   6) Cytotechnologist Classification
   7) Respiratory Care Practitioner Classification
   8) Cardiovascular Tech
   9) Invasive Cardio Specialist
   10) EEG Technologist Classification
   11) Radiation Therapy Technicians

   B.    The initial selection was based on the intent of the national agreement and the hiring and recruiting needs of the Employer.

   C.    The Advanced Hiring Criteria will be used on these classifications due to the fact they are hard to fill and other related recruiting challenges. The Parties confirm, when reviewing experience for purposes of determining the Step placement for Advanced Hiring Criteria, that experience preceded by an interruption of two (2) years or more will not be counted for the purposes of Step placement.

   D.    This initial list of classifications to which this Agreement applies is not intended to be final. It is the intent of the Employer to periodically review recruitment needs and determine if it is appropriate to apply Advanced Hiring Criteria to additional classifications based on difficulty of recruitment and other related recruiting challenges.

2. **Application for "Single Level" Classifications**.

257

New Employees hired into classifications identified and described above shall receive one (1) year of additional Tenure Step credit for every two (2) years of previous Regular (twenty (20) hours or more per week) relevant experience within their respective classification within the last ten (10) years, up to a maximum application of Step 5 of the applicable wage scale. Experience that is preceded by an interruption of two (2) or more years will not be counted for the purpose of determining Step placement.

3. **Application for "Multi-Level" Classifications**.

The Parties agree to clarify the application of the enhanced Advanced Hiring Criteria provision to "Multi-Level" classifications as follows. There are a number of classifications that have more than one (1) Level experience requirements for such Levels, and a corresponding wage structure for each Level. For those classifications, and consistent with the current collective bargaining agreement (Article XI, Section 6) as it relates to experience requirements for such Levels and Tenure Credit, the parties agree to the following clarification of the application of enhanced Advanced Hiring Criteria:

The Parties agree that prior relevant experience as described above shall be applied on a "1-for-1" basis.

First, the applicant's prior relevant years of experience shall be applied to the experience required for the Level of the classification as defined in the collective bargaining agreement. Completed years of relevant experience will be used in the determination of the classification Level placement without regard to interruptions in the experience.

Second, any remaining years of prior relevant experience after those applied to the specific Level requirement shall be applied to Tenure Step placement on the basis of 1 additional Tenure Step for each remaining year of experience up to step 5. Experience that is preceded by an interruption of two or more years will not be counted for the purpose of determining Step placement.

For example, a newly hired applicant for a Radiologic Technologist position, with six (6) years of prior relevant experience would be placed at Level III, Step 2. This results from the requirement of five (5) years of experience to qualify for Level III, and one additional Tenure Step beyond Step 1 for the additional year of experience.

The same applicant with five (5) years of experience would be placed at Level III, Step 1.

An applicant with eight (8) years of experience would be placed at Level III, Step 4 (Five years to be placed at Level III, and three (3) additional tenure steps credit for the three (3) remaining years of prior experience).

258

The Employer agrees to apply Sections 1 and 2 above to multi-level classification application of AHC.

4. **<u>Credit for Current Employees in the Classification</u>**.

A.   It is the intent of the Parties that current Employees will not be disadvantaged for purposes of tenure step advancement by the application of Advanced Hiring Criteria.

B.   The same criteria will apply in the future, to any additional classifications to which the Employer applies this enhanced Advanced Hiring Criteria

C.   The Employer will also grant prospective tenure Step credit to current Employees in the classification to which the enhanced Advanced Hiring Criteria language is applied, effective on the date of application receipt by the Employer.

D.   Employees who were newly hired during the immediate four-year period prior to the application, and were hired under the then-applicable Advance Hiring Criteria language, will be credited with additional step credit with the intent that their current step placement on the date of application would be equal to the Wage Structure Step to which they would have advanced if the enhanced language for credit would have been applied when they were hired.

E.   Credit for step advancement shall be effective on the date of application receipt by the Employer, and accordingly there shall be no retroactive wage payments for time prior to the application receipt date.

F.   The Union and the Employer will meet to discuss the development, communication, research and confirmation process for the "prospective" application as described in this paragraph. Disputes under this process shall be processed under the grievance procedure of the Collective Bargaining Agreement. The parties shall both attempt to expedite handling of grievances.

**NCAL APPENDIX B**

**CODING CAREER LADDER**
**March 17, 2006**

1. **Advancement.**

   The Employer and Union agree that the way employees advance from Coder I to Coder II is by meeting the qualifications outlined in the agreed upon job description Exhibits ___, attached hereto, including meeting the Employer's quality standards, quantity standards and test scores . At the time a Coder I has met the qualifications for a Coder II, he/she will be paid at pursuant to the terms of the promotion language in the collective bargaining agreement.

2. **Jobs Posted as "Hospital Coder I/Coder II".**

   When posting for vacancies the Employer will not distinguish between Coding I and Coding II positions, but will post the vacancy as "Coder I/Coder II." Such coding positions may be filled by a Coder I, Coder II or other employee who meets the minimum qualifications for a Coder I.

3. **Hospital and Professional Coder III Leads.**

   The Coder III is recognized as a Lead position. Lead positions are posted at the manager's discretion.

4. **Coding Competency Committee.**

   The Employer and Union will establish a Labor Management Partnership Coding Competency Committee. The purpose of this group is to discuss and provide input on coding issues such as quality, quantity, and audit exclusive of compliance matters. This committee will consist of nine (9) UHW coders, two (2) OPEIU L29 coders and management representatives, including HIM managers, and will meet quarterly for four (4) hours.

5. **ED Coding.**

   ED coding will be included in Professional Services Coder positions.

6. **7th Step.**

   A 7th step shall be added to the current wage structure for Hospital Coder II and III Coding certification CCS, RHIT, or RHIA is required in order to advance to this new step in addition to the requisite time in the prior step.

7.  **HCPCS.**

The parties agree that HCPCS shall be performed by Hospital and Professional Coders in accordance with coding guidelines. The Employer shall begin effective training in HCPCS coding within thirty (30) days of ratification. The HCPCS training will begin with those locations on KP HealthConnect, and as feasible, the Employer will offer training to coders in locations not currently on KP HealthConnect.

8.  **Education.**

The parties agree to access the Shirley Ware Education Center and Joint Employer Trust funds (SWEC) to assist in writing a proposal that supports the interests of both the Employer and the affected employees of this agreement.

9.  **Education Proposal.**

A small group of three (3) UHW members, one (1) member of OPEIU L29 and four (4) members of management, will meet and work with SWEC to write the proposal. The proposal will outline our mutual interests that will be considered by SWEC. This group will meet and come to a recommendation within thirty (30) days of ratification. Once the proposal is constructed and agreed upon by labor and management it will be submitted to SWEC for consideration and approval by the Trust(s).

10. **Education Program Monitoring.**

It is our understanding that SWEC will create and monitor the Education program, enrolled students and selected school(s). Because of the importance of the education plan and implementation, we will work collaboratively with SWEC to expedite the implementation of the education program.

11. **Failure to Reach Agreement.**

If the parties cannot reach agreement with SWEC or the proposal is refused, the parties agree to reopen this issue to determine an alternative education program.

12. **Eligibility and Posting.**

To access the professional coding education program, eligible employees will bid on posted full time (1.0 FTE) Professional Coding positions. For purposes of bidding the following category of employees shall receive preference: PBS billers, current PBS employees contained in exhibit _____ attached hereto, and HIM employees. Once the above listed pool is exhausted, jobs will be filled consistent with the terms of the collective bargaining agreement.

261

13. **Training.**

Upon successful completion of the education program the employee will begin a ninety (90) day regional training program. The Employer will provide mentors from regional offices for consistency in training. Education program graduates will work one-half (1/2) day in their current position and train half (1/2) day as a Professional Coder on a designated schedule. Scanned Employer medical records will be used for training purposes. The Employer will establish a weekly two (2) hour conference call during training time to provide trainees with mentoring. In addition, a mentor will be on call during business hours. Upon completion of this training program, employees must successfully pass both the Employer coding test and coder credentialing examination.

14. **Credentialing Examination Fees.**

The Employer agrees to reimburse current hospital coders who are non-certified who successfully pass the coder credentialing examination.

15. **Red Circle.**

Employees that do not meet the qualifications of the newly agreed upon job profile for Hospital Coder I and II, shall be red circled for a period of one year. During the one year period employees may obtain the credentials in order to remain in the position at their current wage rate. Failure to obtain the required certifications shall result in displacement of such employee to a position for which they qualify.

A. **Example.**
A Hospital Coder II fails to obtain the CCS certification within the one year time frame. Such employee shall be moved to a Hospital Coder I and paid at the appropriate rate with one year to obtain the CCA certification.

16. **Auditing.**

It was agreed that compliance auditing will not be performed by hospital and professional coders.

17. **Hospital Coder Training Program.**

The Employer agrees to meet with the unions for the purpose of developing a hospital coder training program, no later than March 15, 2007.

## **NCAL APPENDIX C**

## **DEPENDENT CARE**

The Employer shall offer an optional Dependent Care Plan to all eligible Employees. This plan shall provide Employees the option to set aside tax free dollars for eligible dependent care expenses in accordance with the Internal Revenue Code. Coverage, limitations and exclusions of the Dependent Care are governed by the Employer's service agreements with the provider, the Plan Documents, and summary Plan Descriptions.

No later than June 1, 1993 a list of licensed child care providers from the State of California will be available in each facility's Personnel Office for use by Employees. The Employer is providing this list as a courtesy, for informational purposes only. The Employer, nor the Union, had any role in preparing the list, and in no way endorses, recommends, or certifies the competence of any provider on the list. The Employer and the Union disclaim liability for any acts or omissions of any of the providers on the list.

## **NCAL APPENDIX D**

## **DOMESTIC PARTNER COVERAGE**

The following benefits and policies shall be offered to Employees' Domestic partners and their eligible dependents, who meet the eligibility requirements as stated in paragraph below.

Medical Benefits
Dental Benefits
Bereavement Leave
Post-retirement Medical Benefits

**Eligibility.**
In order for an Employee to be eligible for domestic partner benefits provided in this Agreement, he/she and the individual for whom benefits are being applied, must provide a completed Affidavit of Domestic Partnership as requested by the Employer. For purposes of this Agreement, a domestic partnership is one in which the Employee and the domestic partner both meet all the following requirements:

A.    Live together, sharing the same living quarters as a primary residence, in an intimate, committed relationship and mutual caring;

B.    Have no other domestic partner at this time;

C.    Are responsible for each other's basic living expenses during the domestic partnership, and agree to be financially responsible for any debts each other incurs as a direct result of Kaiser Permanente's extension of benefits to either domestic partner;

D.    Are not married to anyone;

E.    Are 18 years of age or older;

F.    Are not related to each other as a parent, brother or sister, half brother or sister, niece, nephew, aunt, uncle, grandparent, or grandchild; and

G.    Have not been covered by Kaiser Permanente sponsored benefits with another domestic partner at any time during the last twelve (12) months.

The Employer's provision of insurance benefits to domestic partners and their eligible dependents will be in accordance with applicable federal and state laws, withholding tax requirements and Internal Revenue Service requirements.

## NCAL APPENDIX E

## EMERGENCY DEPARTMENT TECHNICIANS

### August 12, 1997

This Agreement is made and entered into by and between the Kaiser Permanente Medical Care Program ("The Employer') and the Health Care Workers Union, UHW ("The Union") to address the issue(s) associated with the Department of Health Service's Scope of Practice regulations governing Emergency Room department personnel. The parties hereby agree to the following terms and conditions in order to make necessary compliance adjustments:

A.    All Employees assigned to the Emergency Room departments who are classified and employed as Medical Assistants as of August 1, 1997 shall be reclassified to Emergency Department Technician.

B.    The wage scale for the new classification of Emergency Department Technician (ED Tech) shall be identical to that of the applicable Medical Assistant wage schedule. This assignment as with Medical Assistants may include, but not be limited to Phlebotomy and EKG.

C.    The Employer retains the right to train Emergency Department Technicians to perform casting and/or ortho tech duties as a part of the new job description for ED Tech. If the Employer exercises its option to cross-train ED Techs to perform casting and/or ortho tech duties, such Employee shall receive pay for Relief in Higher Classification at the ortho tech rate of pay for time spent performing such duties in accordance with paragraph 465. (Article XIII, Section 4 of the current Agreement) of the Collective Bargaining Agreement. If any such crossed-trained ED Techs are regularly assigned to perform casting and/or ortho tech duties for at least 30% of their work time, then they shall be reclassified and paid as Emergency Department Techs-II. This assignment may also include, but not be limited to, phlebotomy and EKG. The Emergency Department Tech-II wage scale shall be identical to that of the applicable ortho tech wage schedule.

D.    The Employer further agrees that the creation of ED Tech and ED Tech II classifications and the Employer's right to cross-train such Employees to perform casting and/or ortho tech duties shall not adversely impact or result in reductions in force or layoffs of cast and/or ortho techs.

E.    Other than the required and agreed upon adjustment to the Medical Assistant job description and the title change to ED Techs, affected Employees shall not be adversely impacted, suffer any loss of hours or have their schedules changed as a result of this Agreement.

F.      Should any affected Employee (current Emergency Department Medical Assistants) be required as a direct result of this Agreement to perform any new duties for which they need training and/or re-training, the Employer agrees to provide such training or re-training necessary in order for the Employee to fulfill their job responsibilities for ED Tech.

G.      The Employer agrees that all current Emergency Department Medical Assistants who have their titles changed to Emergency Department Technicians (ED Tech) continue to be qualified to bid on medical assistant positions in other clinics, provided that they meet the posted position requirements and are otherwise entitled based on their bargaining unit seniority rights.

H.      The Employer understands that the Union will hold meetings with affected Employees to explain the terms of this Agreement and seek membership approval. The Employer agrees to cooperate, upon request by the Union Representative, to allow for a reasonable amount of time to accomplish the meetings. The Union Representative agrees that meetings will be scheduled by mutual agreement with the department manager if held during work time or if connected to an already scheduled department meeting. The Union agrees to complete the meetings and approval process by August 1, 1997.

This Agreement shall not constitute practice or precedent for either party in any future cases of a similar or dissimilar nature and may only be used or relied upon to resolve disputes and/or grievances concerning the interpretation or application of this Agreement.

266

**Letter of Agreement**

**August 9, 2017**

This agreement is made and entered into by and between The Permanente Medical Group ("The Employer") and United Healthcare Workers West, SEIU-UHW ("The Union"). This agreement outlines the mutual understanding of the parties as it related to NCAL Appendix E, Emergency Department Technicans, dated August 12, 1997 of the Collective Bargaining Agreement and the current job description for Emergency Department Technicians I & II. The following will constitute the sole basis of consideration for reclassification requests from ED Tech I to ED Tech II.

The parties have agreed to revise the current job description for ED Tech I & II as follows:

1.  The ED Tech I job description will no longer state that ED Tech I's "May be required to draw blood as part of job responsibilities."

2.  ED Tech I's will also no longer require a phlebotomy certification and will no longer perform phlebotomy.

3.  The ED Tech II job description will state that an ED Tech II "Draws blood as part of job responsibilities."

4.  ED Tech II's will be required to perform phlebotomy.

5.  Reclassification requests that were made prior to October 1 2017, the effective date of the new job descriptions, will be reviewed under the criteria of the August 12, 1997 side letter in NCAL Appendix E. If the employee meets the criteria they will be reclassified and added to the grandfathered group.

6.  Existing ED Tech II's as of the effective date of the new job description, which is October 1, 2017, will grandfathered as a result of this agreement and any ED Tech I that has submitted a reclassification request prior to effective date of new job description and is successfully reclassified will also be grandfathered.

7.  Existing ED Tech I's that are currently required to perform phlebotomy and that have their CPT certification will be reclassified to ED Tech II.

267

## NCAL APPENDIX F

## FLEXIBLE WORK ARRANGEMENT (3/36)

Medical Center:

Department:

Effective Date of Agreement for above Department:

This Agreement, effective upon ratification and implementation of alternative workweeks in any department, modifies the Collective Bargaining Agreement between the Kaiser Permanente Medical Care Program (hereinafter referred to as the Employer) and United Health Care Workers Union SEIU UHW (hereinafter referred to as the Union) for the purposes of establishing a twelve-hour, three-day workweek (3/36 workweek) for Employees within the Department.

Nothing herein shall obligate the Employer to establish a 3/36 workweek.

The parties acknowledge that at least two-thirds of the affected Employees have voluntarily agreed in writing to work three twelve-hour shifts. (Affected Employees include all Employees in a readily identifiable work unit, such as a division, a department, a job classification, a shift, a separate physical location, or a recognized subdivision of any such work unit). Additionally, a secret ballot vote was conducted in accordance with the Industrial Welfare Commission Order. At the end of one year if one-third of the affected Employees petition for a vote to terminate this agreement, the Employer and the Union will conduct a secret ballot vote. Provided that at least two-thirds of the affected Employees vote in support of the Agreement, this Agreement may be extended. The Employer will attempt to make reasonable accommodations for those Employees who participate in the 3/36 vote described above but who are unable to work a 3/36 schedule, or work twelve-hour shifts.

Unless otherwise provided below, all other provisions of the Collective Bargaining Agreement shall remain in force.

- A. The overtime provisions of the collective bargaining agreement are waived, while the overtime provisions of the California State Industrial Welfare Commission Wage Order and applicable state law covering alternative workweeks are in effect.

- B. For purposes of outside reference checks, outside credit checks, and outside employment verifications, and the like, the Employer will consider and characterize Employees working 3/36 schedules as full-time Employees. For all contractual applications Employees working twenty (20) or more hours per week but less than forty (40) hours per week shall be considered part-time.

268

C.    Accruals for sick leave, vacations, educational leave, etc. shall be based on thirty-six (36) hours of work per week. For the purposes of this Agreement, one (1) "week" as referred to in the Master Agreement is equivalent to thirty-six (36) hours. Therefore, for example, if an Employee takes one week of vacation, he/she will receive 36 hours of vacation pay. ("One week of vacation" shall mean the seven (7) calendar day period which constitutes a "payroll week" under the provisions of the Master Agreement, for which an Employee on a 3/36 schedule shall receive thirty-six (36) hours of vacation pay.) If an Employee takes one (1) vacation day, he/she will receive twelve (12) hours of vacation pay.

D.    For holidays only, Employees covered by this Agreement shall be allowed to utilize their maximum of seventy-two (72) hours of holiday benefits for holidays not worked in twelve (12) hours, eight (8) hours or 7.2 hours increments. Holidays shall be paid in accordance with the Collective Bargaining Agreement. If an Employee covered by this agreement works twelve (12) hours on a holiday, he/she shall be paid at the rate of time and one-half for all hours worked on the holiday and shall also be given a day off with twelve (12) hours pay, or extra pay equal to the number of actual hours worked on the holiday for every such holiday worked. There is no cap or maximum holiday pay for holidays worked. For example, if an Employee works 12 hours on each of eight holidays, such Employee shall receive 12 hours pay at time and one-half for the 12 hours worked on all eight holidays, plus the Employee shall receive 12 hours of straight time pay for every hour worked on the holiday, or the Employee may receive time and one-half for all hours worked on the holiday plus an additional day off with 12 hours of straight time pay for every holiday worked. To further clarify the parties' intent, Employees shall receive the equivalent of double-time and one-half for all hours worked on every recognized holiday.

E.    For purposes of Article XIII – Shift Premium, the shift differential, if any, shall be paid for the entire shift based on the shift in which the majority of the hours are worked. For example, if shifts are 7:00pm to 7:30am, night shift premium shall be paid for the entire twelve-hour shift because the majority of hours worked are at or after 10:00pm on the night shift as defined in the collective bargaining agreement.

F.    The Employer shall continue its policy of establishing scheduled days of work and days off, i.e., preference of days of work and days off shall be granted by seniority, subject to operational needs, with the understanding that weekends may be rotated in accordance with Article XI. Any schedule changes made after the schedule is posted shall be in accordance with Article XI of the current Collective Bargaining Agreement.

G.    Employees will receive one (1) unpaid thirty minute lunch period and three (3) rest periods per twelve-hour shift.

H.    Employees covered by this Agreement who are required or permitted to work more than twelve (12) hours in any work day will be paid at the rate of double their straight-time hourly rate for all hours worked in excess of twelve (12) hours.

I.    Employees covered by this Agreement who are required or permitted to work more than three (3) days in a workweek will be paid at the rate of one and one-half times their straight-time hourly rate for the first eight (8) hours of work on such additional days and will be paid at the rate of double-time for all hours worked in excess of eight (8) on such additional days.

J.    For purposes of education leave, the master contract provisions apply except that:

1.    Education leave days shall be paid for at twelve (12) hours.

2.    If the education leave is for less than six (6) hours on what would otherwise be a scheduled workday, the Employer may require the Employee to return to finish his/her shift if such requirement to return is practical, e.g., not out of town.

3.    Employees may use up to 36 (thirty-six) hours of education leave on what would otherwise be scheduled days off.

K.    Either party may terminate this Agreement after thirty (30) days' written notice is given to the other party. Upon termination or expiration of this Agreement, the schedule in effect immediately preceding the implementation of a 3/36 schedule shall be reinstated.

Unless terminated in accordance with paragraph K. above, this Agreement shall remain in effect.

This Agreement covers only the _____Department and shall not constitute precedent or practice for either party and has been initiated at the request of the affected Employees.

KAISER FOUNDATION HOSPITALS,
THE PERMANENTE MEDICAL GROUP, INC., AND
KAISER FOUNDATION HEALTH PLAN

By: _____          _____
Department Manager                              Date


By: _____          _____
Human Resources Consultant                 Date


270

271

SEIU UHW, UNITED HEALTHCARE WORKERS UNION

By:

SEIU UHW Representative                    Date

## NCAL APPENDIX G

## FLEXIBLE WORK ARRANGEMENT (4/40)

_____ (Position Title)

This Agreement, effective _____ , modifies the Collective Bargaining Agreement between the KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., AND KAISER FOUNDATION HEALTH PLAN (hereinafter referred to as the "Employer") and the SEIU UHW HOSPITAL AND HEALTH CARE WORKERS' UNION, (hereinafter referred to as the "Union"). The agreement has been initiated at the request of the affected Employees to implement a flexible work arrangement for all Regular Full-Time _____ within the _____Department.

Nothing herein shall obligate the Employer to establish a flexible work arrangement.

The Employer and the Union agree to adopt a flexible work arrangement, commencing on Sunday. Full-time Employees subject to this agreement will receive overtime compensation of one and one-half times their regular rate of pay for any hours worked in excess of forty (40) in a work week and double-time for all hours worked in excess of twelve (12) in a workday.

The parties acknowledge that at least two-thirds of the affected Employees have voluntarily agreed in writing to work four ten-hour shifts. (Affected Employees include all Employees in a readily identifiable work unit, such as a division, a department, a job classification, a shift, a separate physical location, or a recognized subdivision of any such work unit.) Additionally, a secret ballot vote was conducted in accordance with current California Labor Code. (NOTE: Please refer to the most recent Wage Order when preparing the agreement document.) At the end of one year, if one-third of the affected Employees petition for a vote to terminate this agreement, the Employer will conduct a secret ballot vote. Provided that at least two-thirds of the affected Employees vote in support of the agreement, this agreement may be extended.

Unless otherwise provided below, all other provisions of the Collective Bargaining Agreement shall remain in force.

A.    All full-time Employees shall have the option to select a four-day, ten-hour' per day schedule (hereinafter referred to as the "4x10 Schedule") or a five-'day, eight-hour per day schedule (hereinafter referred to as the "5x8 Schedule"), subject to operational needs.

B.    The overtime provisions of Article XII, Section 1, of the Agreement that refer to premium pay for work performed in excess of eight hours in any one workday are waived for all full-time Employees working a 4x10 Schedule.

272

C.    The overtime provisions of the Industrial Welfare Commission Orders are waived for all full-time Employees working a 4x10 Schedule. (NOTE: Please refer to the most recent IWC Wage Order for current citations when preparing the agreement document.)

D.    Accruals for sick leave, vacation, educational leave, etc., shall be based on full-time Employees' scheduled hours per the agreement. Full-time Employees covered by this agreement shall be allowed to utilize their vacation, sick leave, etc., in eight (8) hour increments (if on a 5x8 Schedule) or ten (10) hour increments (if on a 4x10 Schedule) up to their maximum allowable hours per the agreement.

E.    For holidays only, full-time Employees covered by the agreement shall be allowed to utilize their maximum of eighty (80) hours of holiday benefits in ten (10) or eight (8) hour increments. Holidays shall be paid in accordance with the Collective Bargaining Agreement, except that, if a full-time Employee covered by the agreement works on a holiday, he/she shall be paid at the rate of time and one-half and shall also be given a paid day off or an additional day's pay equal to the actual hours worked on such holiday, not to exceed ten (10) hours at straight-time pay. The Employer shall have the option to schedule three eight-hour shifts or two ten-hour and one four-hour shift, in order to meet operational needs and to avoid holiday staffing/overtime in excess of twenty-hour hours.

F.    For purposes of Article XIII, Section 8 – Shift Premium, the shift differential, if any, which applies at the start of the ten-hour shift, shall remain in effect for the complete shift.

G.    Employees will receive one unpaid thirty (30) minute lunch period and two rest periods per ten-hour shift. Such rest periods shall be taken in the middle of each five-hour segment.

H.    The Employer shall continue its policy of establishing scheduled days of work and days off, subject to operational needs. This agreement allows the affected department Employees to work either a 4x10 Schedule or a 5x8 Schedule.

I.    Affected full-time department Employees wishing to change from a 4x10 Schedule or a 5x8 Schedule must request such change in writing. No person will be allowed more than one change in each three (3) month period. Changes shall be subject to operational needs.

J.    Either party may terminate this agreement after thirty (30) days written notice is given to the other party.

K.    Upon termination of this agreement, the schedule in effect immediately preceding the implementation of this flexible work schedule shall be reinstated. Unless terminated in accordance with paragraph J. above, this agreement shall remain in effect.

273

This agreement covers all Regular Full-Time ( classification title ) only in the ( department name ) Department and shall not constitute a precedent or practice for either party.

KAISER FOUNDATION HOSPITALS,
THE PERMANENTE MEDICAL GROUP, INC., AND
KAISER FOUNDATION HEALTH PLAN

By: _____    _____
Department Manager                   Date

By: _____    _____
Human Resources Consultant           Date

SEIU UHW, UNITED HEALTHCARE WORKERS UNION

By: _____    _____
SEIU UHW Representative              Date

274

## NCAL APPENDIX H

## FUNCTIONAL UNIT MANAGEMENT (FUM)
### June 20, 1989

H.H.C.W.U., Local 250 (Union) and Kaiser Permanente Medical Care Program (Employer) hereby agree to the following in conjunction with the implementation of the functional unit management (FUM) concept at the Employer's outpatient facilities in the Northern California Region. The provisions contained herein will apply at the time that each facility introduces the functional unit management concept.

It is understood that this Letter of Agreement shall supersede any past agreement between the parties and any past practice concerning employees affected by FUM.

1.    When a facility is prepared to introduce FUM as described above the following steps will be taken:

A.    The facility will provide the appropriate Union Field Representative (copy to the Union Kaiser Division Staff Director) with thirty (30) days advance written notice of its intent to introduce FUM, except in those facilities in which FUM reorganization has already occurred.

B.    Within the thirty day period described in A above a meeting at the facility will be held between the Union and facility management at a mutually agreed upon time and date. The purpose of such meeting will be for management to advise the Union of its FUM implementation plan.

C.    Joint union-management departmental meetings at the facility will be held at mutually agreeable times to introduce FUM implementation plans to affected employees and to answer questions from affected employees.

D.    Each facility shall provide the Union with lists of the Functional Unit Departments as they are formed and with updated lists as subsequent changes occur. Such lists shall also be provided by facilities at which FUM has already been implemented prior to the execution of this Letter.

2.    Decentralization of centralized reception and/or appointment personnel including float pool reception/appointment personnel or medical assistants to individual functional unit departments within the medical offices shall be accomplished in the following manner. All positions created in various functional unit departments as a result of decentralization will be posted for bidding under the terms of our Collective Bargaining Agreement. Only receptionists and/or appointment personnel or medical assistants affected by this change will have the opportunity, on the basis of relative bargaining unit seniority, to bid upon those posted positions.

275

3.  Senior bidders on any position which combines reception and appointment functions shall be trained by the Employer in those duties of the combined job in which they are deficient, and any such deficiency shall not constitute a basis for denial of the position to the senior bidder. Training for employees filling a combined reception/appointment position shall be sufficient to meet any deficiency, up to a level of training comparable to that provided to new employees. Such training shall be identified by each facility, and a description, of such training shall be provided to the Union. As such training is developed the provisions of paragraphs 156 through 159 of our Collective Bargaining Agreement may be applied.

4.  Any employee who is involuntarily assigned to a lower classification as a result of the introduction of functional unit management or related decentralization will be red-circled (current wage rates shall be frozen until such time as the appropriate contractual wage rate equals or exceeds the current rate).

5.  The Employer assures the Union it is not its intention to lay off employees as a result of the introduction of functional unit management or related decentralization or the combination of jobs. Thereafter the Employer retains the right to lay off employees in accordance with our Collective Bargaining Agreement. Furthermore, no affected employee shall have his/her currently NPAed hours reduced for any reason for a period not to exceed six (6) months from the date that functional unit management is introduced or related decentralization or combination of jobs occurs. For an additional six (6) months employees affected by FUM shall not have their NPAed hours reduced only for reasons related to the implementation of FUM. At those facilities where previous written FUM implementation agreements between the parties exist, the above six month and one year periods shall commence as of the date FUM was implemented under that previous agreement.

6.  When departmental reorganization or decentralization of reception, appointment and/or nursing personnel occurs in conjunction with functional unit management, for purposes of job bidding, temporary reductions in hours with no permanent loss of positions ("drop days"), and permanent layoffs, seniority shall be applied on the basis of the relative bargaining unit seniority dates the affected employees had prior to the FUM change.

    A.  When reception, appointment and medical assistant positions are combined, seniority for the purposes described above shall be applied on the basis of relative bargaining unit seniority among all employees in the Medical Offices in the new combined job. Likewise, when reception and appointment positions only are combined, seniority for the purposes described above shall be applied on the basis of relative bargaining unit seniority among all employees in the Medical Offices in the combined reception/appointment jobs. Employees affected by FUM who do not fill a combined position will retain seniority as described above.

276

B.   Department seniority for the purposes of layoff or recall as defined in paragraph 25 of our Agreement shall be defined as the date the employee was first hired into the reception and/or appointment department or into the Medical Office Nursing Department as such existed prior to the implementation of functional unit management.

7.   For all other applications of seniority, including vacation and holiday selection, opportunity for overtime and additional hours and scheduling, seniority shall apply on the basis of relative bargaining unit seniority among all personnel within each functional unit department in the Medical Offices.

8.   At some facilities implementation of functional unit management may result in the combination of duties normally performed by receptionists, appointment clerks, and medical assistants. (L.V.N.'s will not be affected by this job combination. The parties agree that L.V.N.'s will not be laid off as a result of this newly created combined position. Furthermore, it is not the intent of this Letter to change any other practices that may exist with regard to L.V.N.'s.) Such combined jobs shall be posted for bidding under the terms of our Collective Bargaining Agreement. All affected reception, appointment and/or medical assistant employees shall be eligible to bid on these positions, and the positions shall be awarded based upon bargaining unit seniority. The Employer shall determine the number of combined positions to be created.

Bidding on these combined jobs shall be entirely voluntary and no employee shall be required to accept such a position. Employees who are unwilling to bid or who are unable to perform all of the medical duties of the combined job after training has been provided may transfer to other positions provided the employees are qualified for such positions. Such employees who transfer shall have preference over employees not affected by functional unit management when bidding upon any vacant position in accordance with the bidding and transfer provisions of our Collective Bargaining Agreement. If no position for which the employee is qualified is available, the employee shall be assigned to a vacant position for which the employee may not be qualified, and the Employer will provide necessary training to provide competency in the position.

Employees awarded the combined classification will receive from the Employer all necessary cross-training and certification in reception, appointment making, and medical assistant functions, to meet the Employer's requirements.

The curriculum for such training, as determined by the Employer, shall be the same for all combined positions involving reception, appointment and medical assistant functions throughout the Region. Such training may be provided by the Employer or arranged through outside educational or training institutions. The training for affected employees will commence within twelve (12) months of the date the combined positions are filled. As combined positions are initially created and filled, training will be scheduled for affected employees on the basis of seniority. Additional combined positions created after that twelve month period, which are unrelated to the initial FUM reorganization, may be filled by employees whom the Employer may cross-train or by qualified applicants (transfers or new hires) who already possess all necessary training.

277

Current medical assistants who are not certified will be grandfathered, with no further certification requirements placed on them.

Employees who obtained a combined job in 1988 or 1989, prior to the execution of this Letter of Agreement, who acquired training at their own expense in order to qualify for that combined position or an Employer sponsored training program for such position, shall be reimbursed for tuition, fees and books associated with such training. This shall be a one¬-time reimbursement which shall not have any future application or precedential value.

It is the intent of the parties to meet in an expeditious manner to resolve any disputes concerning the application of the provisions of this Letter of Agreement which may arise, in this regard either party may initiate discussions concerning a dispute over the provisions of this Agreement at the second step of the grievance procedure contained in our Collective Bargaining Agreement.

It is the intent of the parties that this Letter of Agreement be a viable and dynamic tool to address both the needs of the Employer and the rights of the employees, and it is therefore understood and agreed between the parties that any problems arising out of the implementation of FUM which are not addressed by this Letter of Agreement shall be dealt with by the parties as they arise, and a good faith effort shall be made to resolve them in accordance with the spirit and intent of this Letter of Agreement.

This Letter of Agreement shall become effective on the date of its execution by both parties and shall remain in effect until modified or cancelled by mutual agreement.

The provisions of the Letter of Agreement relate solely to FUM and shall not be used or relied upon by either party for any other purposes.

## NCAL APPENDIX I

## HEALTHCONNECT EFFECTS BARGAINING
**March 28, 2005**

This Agreement is entered into by Kaiser Permanente and UHW with the intent that the KP Health Connect initiative will transform the way Kaiser Permanente delivers healthcare. KP members will experience this transformation in the way they receive care and service. KP staff will experience this transformation in the way they are supported in providing care, the way they work with each other and their opportunities for personal growth and development.

Our goal is to create an environment where all staff have the opportunity and support to freely engage in the transformation effort. The following work and the work of the National KP HealthConnect Agreement demonstrates our joint commitment to the successful implementation of KP HealthConnect and the full realization of its benefits and provides guidance to the region to achieve this vision. In accomplishing this goal we will continue to make Kaiser Permanente the model for healthcare delivery.

It is also the intent of the parties that the implementation of KP HealthConnect will include the involvement of its Employees in a true LMP setting.

I.   **KPHC Project Temporary Employees**.

    a.   **Vacancies Not Filled–Attrition**.
Beginning six (6) months prior to the go-live date of the facility's Ambulatory suite, vacancies that occur in the OutPatient Medical Records (OPMR) department will not be filled on a permanent basis, except as provided below.

    b.   **Offering of Available Work**.
Because the Employer generally wishes to avoid the use of intermittent and temporary personnel it will seek to offer available work in the OPMR to existing Employees. After additional, available hours are offered once by seniority to qualified current Employees in the OPMR, positions will be posted. KPHC Project Temporary positions will be posted as benefited positions despite their temporary nature.

        (i.)   Postings Within the Department.
Hours, which become available due to a vacancy, will be posted as a complete set of hours for the one (1) day posting period within the Department. A "complete set of hours" means that a vacancy will be offered and granted with its full complement of hours, e.g. twenty (20) hours, thirty-two (32) hours etc. The hours will not be broken into segments.

279

As a result, a part-time, limited part-time, or on call Employee may bid on the available benefited position provided that, in the case of the limited part-time or part-time Employee, the hours of the position must not conflict with her/his current pre-determined schedule. In the case of conflict with her/his schedule, s/he will have the option of either remaining in her/his current position or taking the posted position.

An Employee within the OPMR department at the time of notification of go-live, who is subsequently awarded a position with more hours within the department, will only maintain her/his rights to employment and income security based on her/his former PAR level.

(ii.) **Postings During the Five (5) Day Period.**
If no Employee in the Department successfully bids for the available position, the benefited vacancy will be made available and posted as a KPHC Project Temporary position.

(iii.) **Limited Part-Time and On Call Employees Awarded KP HealthConnect Temporary Positions.**
Because of the temporary nature of the positions, of Employees outside the OPMR Department, only limited part-time and on call Employees may bid for KPHC Project Temporary Positions.

Both limited part-time and on call Employees, regardless of their former status, will be returned only to on call status in their former Department and will regain any rights to which such status entitles them.

While in the KPHC Project Temporary position, they will be treated as such for purposes of the Collective Bargaining Agreement and this Agreement, e.g. their bidding rights in their former Department will be affected while they remain in the Project Temporary position.

(iv.) **Acknowledgement of Status.**
Employees outside the OPMR Department who are awarded KPHC Project Temporary positions will be required to sign a form that acknowledges that they understand that their status has changed and will affect their rights to bid into positions in their former department while in the KPHC Project Temporary position. The form will acknowledge that they have done this in exchange for the temporary benefited status they will enjoy.

280

c.  **KPHC Project Temporary Employee Defined**.
A KPHC Project Temporary Employee is defined as an Employee that in all ways is the same as a temporary Employee described in the current Collective Bargaining Agreement, except such KPHC Project Temporary Employee:

(i.)    will be in benefited position;

(ii.)    will exercise her/his seniority as #10 in paragraph 30 and #12 in paragraph 32 of the current Collective Bargaining Agreement;

(iii.)    may have her/his period of temporary status extend beyond ninety (90) days but, in no case, beyond eighteen (18) months, unless mutually agreed by the Union, the Employer, and the Employee;

(iv.)    may not use her/his employment to claim over utilization, except if there is a suspected violation of c (i.) above;

(v.)    is not subject to the Employment and Income Security Agreement while in such status; and

(vi.)    will be released from her/his employment upon termination of temporary work in the OPMR, provided s/he has not successfully bid on another position.

d.  **Agreement's Application to Other Classifications**.
The provisions of this entire Agreement are not intended to apply exclusively to OPMR but also to other Employees whose classification is similarly impacted.

II.  **Available Positions and Training Opportunities**.

a.  **Notice of KP HealthConnect**.
Employees whose position will be affected by KP HealthConnect will be given notice of at least four (4) months prior to the go-live date of the suite which will impact their positions. The Employer will provide adequate introduction to the new system, including Employee meetings where Employees will have the opportunity to ask questions.

(i.)    **PC Skills Assessment**.
At least three (3) months prior to the deployment of personal computers (PCs) or three (3) months prior to the applications training for the KP HealthConnect suites, the Shirley Ware Education Center (SWEC), in conjunction with the Employer, will conduct PC skills' assessments for Employees who will be using the new applications and the Employees in the OPMR.

281

(ii.) **Career Counseling**.
At least three (3) months prior to the go-live of the Ambulatory suite of KP HeathConnect, SWEC, in conjunction with the Employer, will conduct career counseling for Employees in OPMR with a short term focus of expeditious placement of Employees in Primary Level positions and counseling for long term goals for Advanced Level positions. If there is a difference between an Employee's short term and long term goals, it is understood that the short-term goals will take precedence for the purposes of this Agreement. Other Employees may participate in career counseling as currently provided in the facility.

(iii.) **Employee Confidentiality**.
To guarantee Employees' confidentiality in determining PC skills and to assist them in exploring and realizing job placement opportunities, the Employer will continue to contract with SWEC to provide both PC assessments and career counseling, as applicable, for its Employees impacted by the implementation of KP HealthConnect.

b. **Bidding Rights of OPMR Employees**.
Once it has been determined that certain positions will be displaced, the Employees in those positions will be considered as "laid off' Employees for the purposes of seniority for job bidding (Article VI, Section 4. Seniority).

c. **Positions Categorized into Two Levels**.
For the purposes of training opportunities and the awarding of positions, this Agreement will categorize available positions covered by the current Collective Bargaining Agreement as:

(i.) **Primary Level Positions**, i.e. classifications which are either:

A. **On-The-Job Training Positions**:
e.g. Cashier-Receptionist, Teleservice Representative (Call Center), Pharmacy Clerk and other classifications as agreed. (Scanning work will result in the creation of positions in facilities where UHW represents the OPMR Clerks. Any such positions will be posted as UHW positions. If such positions are new to the Collective Bargaining Agreement, the parties will negotiate over the wages of such positions.)

o r

282

B. **Short-Term Re-Skilling Positions**:
e.g. Medical Assistant, Laboratory Assistant II and other classifications, as agreed, to be completed in a training course as outlined below.

The parties will select a regional Implementation Team consisting of up to five (5) members each to determine Primary Level jobs and to ensure consistent application and administration of this Agreement and the National KP HealthConnect Agreement.

(ii.) **Advanced Level Positions**.
All other positions not designated as Primary Level positions will be considered advanced.

d. **Primary Level Position Training.**
The parties agree that, depending on the position, up to five hundred (500) hours of training shall be provided to Employees displaced by the implementation of KP HealthConnect.

(i.) **On-The- Job Training**.
For those positions requiring only on-the-job training, the Employer will provide on-the-job-training/orientation in accordance with current department procedures. Also, the Employer will post these positions using current processes and procedures.

(ii.) **Short Term Re-Skilling**.
For those positions which may require up to five hundred (500) hours of training, the Employer will post those positions with the following language to ensure that Employees are given the opportunity to bid for and be awarded positions for which they qualify: "If the transfer applicant is in a laid off status, s/he can be considered to be qualified for the position by successfully completing the required hours of training." Training hours will vary by position.

(iii.) **Education Trust**.
The parties will actively support that the actual training conducted for Short Term Re-Skilling positions are funded by the Educational Trust. Representatives of the parties to this Agreement will meet as necessary to give direction to the Educational Trust, as appropriate.

(iv.) **Support for Training**.
It is the intent of the parties that all Employees wishing to remain with the organization will be successful in that endeavor.

283

A.    As a support to Employees and as a means of measuring their success, Employees will be evaluated periodically during the training period (i.e. after 30 days, 60 days, and 90 days).

B.    The Employer will engage SWEC to provide career counseling as an additional support for Employees.

C.    If an Employee is at any point unsuccessful in the training and/or orientation for a Primary level position, the parties will meet and confer in order to develop a contingency plan for that Employee that may include exploring other options, additional training, etc. SWEC will be included in these discussions, if practicable.

D.    Employees who are unsuccessful in training and then decide to leave the organization or Employees who take a position and then decide to leave the organization will not be eligible for severance as provided in this Agreement.

e.    **Advanced Level Position Training**.

(i.)    **Enhanced Benefits**.
The Employer will provide the necessary training to successfully re-deploy workers displaced by KP HealthConnect.
In addition, the Employer will offer enhanced training opportunities, tuition reimbursement benefits, scheduling accommodations, and education leave benefits to assist Employees in career development. These enhanced opportunities apply to all displaced Employees and those in positions most likely to provide opportunities for placement of displaced Employees. Specifically, the Union and Management agree that:

A.    **Tuition Reimbursement**.
Work Force Planning teams will assess, in a safe environment, the educational needs of displaced Employees and those in positions most likely to provide opportunities for placement of displaced Employees. This assessment will identify opportunities for Employees to utilize their existing Tuition Reimbursement benefit in order to gain skills and/or knowledge to allow them to qualify for another position. The Work Force Planning team will augment the tuition reimbursement benefit to assist the Employee in qualifying for an available position.

B. **Education Leave**.
Workforce Planning Teams will be empowered to utilize and be creative in utilizing all Education Leave policies and resources, in order to address the training needs of displaced Employees and those in positions most likely to provide opportunities for placement of displaced Employees. This includes, but is not limited to allowing Education Leave to be used in conjunction with existing Tuition Reimbursement.

C. **Scheduling Accommodations**:
An Employee who wishes to temporarily reduce (i.e. for a period of six (6) months or less) her/his schedule to attend classes for any position may do so if such reduction is approved by her/his manager and the reduction does not unduly interfere with the operations of the department. It is understood that Employees will submit requests for the temporary reduction in schedule well before the commencement of classes (at least 60 days) and before the Employee registers for the class. If more requests are received than can be granted by the Employer because of operational needs, such requests will be granted by date of request. If requests are submitted on the same day, requests will be granted by seniority. Also, it is understood that schedule reductions/modifications due to disability issues must take precedence over schedule reductions / modifications to attend classes.

f. **Comparable Positions**.
For purposes of this Agreement, it is intended that the Employer, in conformance with the wishes of the Employee who faces displacement or potential displacement, will assist such Employee in obtaining a position that offers the same or higher wage rate as s/he previously enjoyed in her/his former classification and at a minimum will guarantee that s/he will not suffer a reduction in pay or Employee status.

g. **Training**.

(i.) **Positions Modified as a Result of KP HealthConnect**.
An Employee who will need to use KP HealthConnect applications for her/his job will be given classification specific training. Training at the time of implementation will be uniform in content throughout the Region and will be sufficient for the Employee's satisfactory performance of her/his job. Additional training will be offered on an as needed basis.

285

    (ii.) **Training in Primary Level Positions**.
The training of Employees in Primary Level positions will be as consistent as possible throughout the Region, given the differences in duties and needs of a given unit or particular worksite for a specific classification. Additional training will be offered on an as needed basis.

    (iii.) **Additional Training**.
If, after having been trained for positions modified by KP HealthConnect or for Primary Level positions, Employees are unable to perform their job satisfactorily and the Employer has offered additional training, the Employer will meet with the Union to discuss more training, other job opportunities, etc.

III.   **Unanticipated Effects**.
At the request of either party, representatives of the Employer selected by the Employer and representatives of the Union selected by the Union will meet on a facility basis to work out issues or effects that were not anticipated by this Agreement.

IV.   **Jobs Created by KP HealthConnect**.
The parties agree to abide by the following language agreed to in the National KP HealthConnect Agreement:

a.   **Alignment**:

    **(i.) Traditional Positions**.
The parties agree that where the basic skills, experience, knowledge, and abilities required for the new positions are found in bargaining unit positions, the new position will be included in the bargaining unit.

    **(ii.) Non-Traditional Positions**.
If significant elements of the new position are ones that are not traditionally included in bargaining unit positions, some non-traditional flexibility in selection criteria and employment conditions may be required.

b.   **Selection**:

    (i.) **Traditional Positions**.
Selection for traditional jobs will be in accordance with the Collective Bargaining Agreement.

(ii.)   **Non-Traditional Positions**.
Selection for non-traditional positions will be done jointly by Labor and Management. Competency will be determined by assessing the candidates against the expected job requirements and competencies. Seniority will be the determining factor from among those candidates deemed to be fully competent.

c.   **Flexibility for Non-Traditional Positions**:
The parties recognize the critical nature of such positions to respond efficiently and effectively to certain organizational and systems needs. These positions may require greater independent judgment, less direct supervision and more flexible scheduling. Flexibility of work distribution, location of assignments, client support, jurisdictional lines, and scheduling of work are essential for these positions to be successful.

d.   **Temporary Assignments**:
The parties understand that some positions created by KP HealthConnect may be temporary assignments. Employees bidding on these positions will understand that they will not be covered by the Employment and Income Security Agreement. At the end of the assignment, they may only use their accrued seniority to bid on open positions, for which they are qualified; otherwise employment will end with the completion of the assignment. Offers covering the conditions of such temporary assignments will be made in writing to the selected candidates.

e.   **Agreements**:
Joint agreements regarding the rates of pay and conditions for positions placed in the bargaining unit will be documented in side letters of agreement to the existing Collective Bargaining Agreement.

f.   **Process for Reviewing KP HealthConnect Related Positions**:

(i.)   The Employer will notify Union leaders of new positions created by KP HealthConnect within sixty (60) days prior to posting. The Employer and the Union will schedule a joint meeting to review the new position within fifteen (15) days of notification. Those positions already established and populated will be jointly evaluated as soon as practicable. The process for transitioning such positions into the bargaining unit will be subject to bargaining.

(ii.)   The Employer will provide the KP HealthConnect need for the role. Labor and management present their interests and recommendations for representation status.

(iii.)   If the job is determined to be represented, then the parties will follow the current job evaluation process.

287

(iv.) If the job is determined to be non-represented, then the Employer will follow the current job evaluation process.

(v.) If there is disagreement about bargaining unit status, then the matter will be referred to the Expedited Issue Resolution Process as outlined in the National KP HealthConnect Agreement.

V. **Vacancies during Transition to KP HealthConnect**.
Until the implementation of KP Health Connect is complete region-wide, Employees may apply for vacancies for which training in KP HealthConnect is required. If such Employees would be considered qualified except for the KP HealthConnect training, then they will be considered to be qualified for the position.

VI. **Changes in Duties of Certain Classifications**.
The Employer and the Union will agree to assess whether jobs have changed enough to warrant an increase in pay. Such assessments will occur during contract bargaining in 2005. Disputes will be ultimately resolved by the grievance procedure.

VII. **Early Retirement**.
Employees in those classifications whose numbers are reduced as a direct result of the implementation of KP HealthConnect will be given twelve (12) months notice prior to the projected implementation in the specific department and facility. In facilities where implementation will already have occurred sooner than twelve (12) months, such notice will be given as soon as practical. Employees so affected will be offered career-counseling, retirement/benefit counseling, retraining opportunities, and severance in the thirty-day period following notice. Such Employee, within the ninety-day period following (120 days total), will make her/his decision to remain with Kaiser Permanente and take advantage of retraining opportunities or sever her/his employment. The severance offered to Employees will be granted according to the 1994 Severance Agreement, the basics of which are:

a. **Employees Eligible for Early Retirement (Waiver)**. A summary of the benefits follows:

(i.) One (1) week's pay per year of regular service based on the number of PAR'd hours in a payroll week at the time of separation exclusive of additional hours or overtime. Payment will be every two weeks.

(ii.) One (1) month's minimum and six (6) months' maximum of severance.

288

(iii.)    Health and Dental for Employees and dependents until the Employee is eligible for Medi-Care. At the time the Employee becomes eligible for Medi-Care s/he will be covered as provided in the provisions of the Collective Bargaining Agreement.

b.    **Employees Not Eligible for Retirement (Waiver)**.
A summary of the benefits follows:

(i.)    One (1) week's pay per year of regular service based on the number of PAR'd hours in a payroll week at the time of separation exclusive of additional hours or overtime. Payment will be every two weeks.

(ii.)    One (1) month's minimum and six (6) months' maximum of severance.

(iii.)    Health and Dental for Employees and dependents until the Employee is covered by health insurance with another Employer, up to a maximum of twelve (12) months.

c.    **Hiatus in Employment**.
Different from the 1994 Agreement, Employees taking advantage of the severance package will not be eligible for rehire for a period of one (1) year after severing.

d.    **Non-Duplication of Benefits**.
Selection of severance or early retirement under this provision shall be the exclusive choice for severance and/or early retirement, and the National KP HealthConnect Agreement provisions regarding severance, medical benefits, etc. shall have no application for Employees covered by this Agreement. Those Employees, who select severance and/or early retirement based upon this provision, shall execute a standard release of liability and all claims. As an exception to the 1994 Severance Agreement, such release shall include a release from potential contract claims including, but not limited to, the layoff and recall provisions of the collective bargaining agreement and the Employment and Income Security Agreement provisions of the National Agreement.

VIII.    **Employees Replacing Employees Who Are Being Trained on the KP HealthConnect System**.

a.    The Employer wishes to avoid any hardship for Employees who return to regular duties after training on KP HealthConnect or who remain in a department while co-workers are being trained on KP HealthConnect.

Therefore, the Employer shall replace Employees who are being trained, based on the staffing needs of the department.

b.　The Employer may utilize various methods of replacing Employees while certain Employees are being trained for KP HealthConnect depending on:

　　(i.)　the length of such training,
　　(ii.)　the method of training (i.e. classroom training vs. on-the-job training),
　　(iii.)　the expertise required for training, and/or
　　(iv.)　the regularity or frequency of training.

c.　If the Employer wishes to deviate from the provisions of this Agreement or the Collective Bargaining Agreement in order to provide replacements for training Employees, the Employer will discuss the matter with the appropriate Union representative(s). If the Employer wishes to deviate from the provisions of this Agreement or the Collective Bargaining Agreement, such action will only be by mutual agreement between the Employer and the Union.

d.　Among those methods of replacing Employees that the Employer may consider would be the use of current Employees by classification, specifically for inter-facility relief (a defined geography or region-wide) or intra-facility and department relief.

e.　It is intended that Employees in a department would be offered this work before using any of the methods described above, only if this "replacement work" did not conflict with the schedule/work of the Employees in the department desiring such work. Agency or registry personnel would be used only as a last resort and in conformance with the Collective Bargaining Agreement.

f.　**Inter-Facility Float Pool for a Designated Area**.
　　The Employer may create a temporary pool of full-time or part-time benefited positions of Cashier-Receptionists who will serve as replacements (backfill) for Employees who are being trained. Such positions will be posted in accordance with the Collective Bargaining Agreement.

　　(i.)　Employees will work in these positions for a period not to exceed eighteen (18) months.

　　(ii.)　Employees will be assigned to work in a designated area that includes a designated number of facilities. This information will be included in the posting.

290

(iii.)   Positions will be posted as a complete set of hours, setting forth the obligations of this Agreement. Current Employees may bid for these positions provided such work does not conflict with their schedule, if it is their wish to maintain their current schedule. Such Employees will retain all rights in their current department and will continue to work their current schedule in their department.

(iv.)   A.   New hires into these positions will accrue seniority for bidding purposes as Employees of a separate facility.

B.   Current Employees who bid on and are awarded these positions, and who leave their current positions to take these positions, will continue to accrue seniority as if still working in their former department. Upon conclusion of the assignment, current Regular Employees will retain bidding rights as Regular Employees back to their former department, and may only exercise these rights at that time if any positions are available. After that time, their bidding rights back to their former department as described in the preceding sentence, will cease. Short-hour or Casual Employees may return to their former status in the department, and the specific hours and shifts will be determined based on operational needs.

C.   At the end of the assignment in these temporary benefited positions, new hire (A) and current (B) Employees will become Regular full-time or part-time Employees in KARES, will be placed into positions which are geographically suitable, and will no longer be considered temporary benefited Employees. They will then be considered as Employees of a separate facility (KARES) for the purposes of the Collective Bargaining Agreement. If they were part-time or full-time in the Temporary Benefited position, they will transition to KARES in the same status. New hires who do not choose to continue in KARES will be separated from their employment and will not be subject to the Employment and Income Security Agreement.

(v.)   The Employer will designate a certain facility within the geographic area as the "home" facility. This home facility will be used to calculate mileage reimbursements for the Employee while in this position, in accordance with the current Kaiser Permanente reimbursement policies, (See Policy 20-4 dated 6/1/02 regarding Expense Reports.)

291

(vi.)   Both current and new hire Employees who bid on and are awarded these Temporary Benefited positions will commit to remaining in the position for the duration of the assignment. Thereafter, they may exercise their rights to bid for other positions as provided in the Collective Bargaining Agreement.

(vii.)   With agreement of the Union, the Employer may use this float pool model for another classification.

(viii.)   The Employer will pay for travel time pursuant to current KP policy. (See Policy 4.02 dated 12/03 regarding Travel Time.)

(ix.)   The configuration of these positions will be primarily full-time positions.

(x.)   The Employer will pay a $1.00 per hour differential for all hours worked in these temporary benefited positions. The $1.00 per hour differential will cease when the Employee transfers to KARES.

(xi.)   It is not intended that positions in KARES will be utilized in lieu of positions regularly assigned in a given unit or facility.

(xii.)   Nothing herein is intended to change the current agreements or practices regarding the utilization of Employees in KARES.

IX.   **Biller Training Pool**.
The Employer may create a pool of regular full-time Biller positions that will serve as replacements (backfill) for Employees who are being trained in billing. At any time, these Employees may be assigned in any of the Employer's business locations in Northern California. Such positions will be posted in compliance with the collective bargaining agreement and will include all the obligations of this position.

a.   The Employer will pay all mileage pursuant to current KP Policy (See Policy referenced above).

b.   As applicable, the Employer will pay lodging and travel time pursuant to current KP Policy (See policy referenced above).

c.   Current Employees granted one of these positions will continue to maintain their seniority in their former department.

d.   New hires will accrue seniority as provided in the collective bargaining agreement and will have Employment and Income Security. When new hires working in the Biller Training Pool bid for a position outside the

291

Training Pool, they will be considered as a separate and distinct facility for bidding purposes.

e.      Employees working in these positions will be paid a differential of $2.50 per hour for all hours worked while on a float assignment in this Pool.

f.      These positions will require a great deal of flexibility of the Employees awarded them. These Employees may be called upon to work anywhere in the Region, and from time to time, they will work in their original department, based on operational need.

g.      These positions may continue for a period in excess of eighteen (18) months. Any Employee awarded one of these positions will return to her/his former position upon conclusion of this work.

h.      Initially, the Employer will determine how many positions are needed for the Biller Training Pool. The number of Biller Training Pool positions allocated to SEIU-UHW and OPEIU Local 29 will be pro-rated based on the current total number of Employees in Biller positions held by SEIU-UHW and OPEIU Local 29. The Employer will continue to maintain this pro-ration for the duration of this program. Such Employees will be able to work in any location in the Region, regardless of union affiliation. This specific provision #h. is non-precedent setting and this Agreement with SEIU-UHW for a proportional allocation of positions is contingent upon OPEIU Local 29's agreement with this provision.

i.      Employees who, in the last six (6) months of the date of their application for a position in the Biller Training Pool, have active corrective action or written letters of warning on file are not eligible for participation in the Biller Training Pool.

X.    **Lotus Notes**.
Depending on factors such as server capacity, licenses, etc., each facility will examine its ability to provide an e-mail address and Lotus Notes to all Employees.

XI.    **Alternate Arrangements**.
Because every possibility that might arise could not be anticipated by this Agreement or by the guarantees of the Employment and Income Security provisions of the National Agreement, the Union and the Employer may mutually agree to alternate arrangements, with the understanding that such arrangements will be consistent throughout the region as much as is operationally feasible.

XII.    **National Agreement**.

It is agreed that this Agreement serves as a complement to the National KP HealthConnect Agreement. If any provision of the National KP HealthConnect Agreement or agreement with OPEIU Local 29 provides a better benefit, such better benefit will be extended to Employees represented by UHW.

This Agreement relates solely to the initial implementation of KP HealthConnect in Northern California. This Agreement shall not constitute precedence for either party, nor shall either party use this Agreement in any pending or future case, unless the application of this Agreement is at issue.

## NCAL APPENDIX J

## LICENSED VOCATIONAL NURSE I.V. CERTIFICATION

August 5, 2002, Kaiser Permanente and SEIU UHW reached an agreement regarding Licensed Vocational Nurses and Sr. Vocational Nurses Job Classification on the following:

A.    **Designate I.V. Departments.**

    1.    Kaiser Permanente will initiate the list of departments to be designated as I.V. therapy departments by facility in the inpatient and outpatient settings, and make such list available to the Union as soon as it is completed. Wage differentials as described below will be implemented based on this initial Employer list.

    2.    SEIU UHW will also send KP a list of identified I.V. departments. The Employer will review and discuss this list with the Union for additional consideration of implementation of the Wage differential.

    3.    The parties further agree to evaluate the lists and modify the lists by mutual agreement.

    4.    Any disputes with respect to whether an area should quality for I.V. Therapy designation is subject to the grievance and arbitration provisions of the collective bargaining agreement.

B.    **I.V. Certification.**

    1.    KP will not require current LVNs to obtain I.V. certification even if the Employee's home unit is a designated I.V. department.

    2.    Employees who transfer to an I.V. designated department/position must have I.V. certification within 6 months after a position is awarded in the I.V. designated departments.

    3.    Newly hired Employees must have I.V. Certification if required by Job Postings for positions in designated departments.

    4.    LVNs and Sr. LVNs currently employed by KP will be offered a KP sponsored I.V. certification training program. KP and SEIU UHW will jointly work together to develop a curriculum through the SEIU UHW Shirley Ware Education Foundation Center.

294

C.    **Compensation.**

1.    In a designated I.V. unit, an LVN who is I.V. certified and competent to carry out duties which require I.V. related tasks will receive an hourly differential equal to 5% of his/her current rate of pay.

2.    In a designated I.V. unit, a Sr. LVN who is I.V. certified and competent to carry out duties which require I.V related tasks will receive an hourly differential equal to 3% of his/her current rate of pay.

3.    In a designated I.V. unit, a regular LVN or a Sr. LVN who chooses not to obtain I.V. certification, and/or is unwilling to carry out I.V. related duties, or is unable to perform and unwilling to receive training will not receive the differential.

4.    New I.V. certification differential rates will commence on September 22, 2002. The payment will reflect on the paycheck of October 11, 2002. No retroactive adjustments will be made prior to September 22, 2002.

5.    The I.V. Therapy differential will be included in paid time off compensation and shall become part of the base rate as are "shift differentials".

6.    **Preceptorship.**
It is agreed that any LVN or Sr. LVN will be paid a differential of $1.20 per hour for actual time spent precepting an LVN or a Sr. LVN who is new to the department. (Further discussions will take place regarding precepting of other job classifications i.e. Medical Assistants, Nursing Assistants/Care Partners, Unit Assistants and Receptionists.) Furthermore, it is agreed that preceptorship and orientation is distinctly separate. No differential will be paid for orientation. The parties agree to meet to mutually define the precepting process. The wage differential for Precepting will not be paid until such time that the process is defined and agreed to, and will not be retroactive. The Parties agree to review and resolve this matter within 90 days of the signing of the agreement.

7.    **Floating.**

A.    Currently employed LVNs and Sr. LVNs not I.V. certified but whose home unit is an I.V. designated department, may float to other I.V. designated units according to seniority.

B.    LVNs and Sr. LVNs who are I.V. certified and competent whose home unit is not an I.V. designated department, may float to an I.V. designated unit and will be paid at a relief in higher classification differential.

8.    An I.V. certified LVN or Sr. LVN who decides to transfer to a non-I.V. designated department will not continue to receive the I.V. certification differential.

295

## NCAL APPENDIX K

## MANDATORY OVERTIME

Applicable to all classifications.

It is the intent to discontinue the practice of scheduling/requiring mandatory overtime. Effective August 15, 2003, mandatory overtime will not be used except in a government declared state of emergency. Even in a state of emergency, the facility/facilities will take all reasonable steps to utilize volunteers and to obtain coverage from other sources prior to mandating overtime. The pre-implementation time will be used to assess practices and develop new scheduling processes to make the discontinuance of mandatory overtime possible.

Specifically, the parties will jointly review where the practice of mandatory overtime exists and work with department staff to develop procedures, processes and solutions to avoid this need in the future. At the end of the pre-implementation period, it is expected that joint processes/procedures will be in place to assure successful implementation of the elimination of mandatory overtime after August 15.

**NCAL APPENDIX L**

**MECHANIZATION**

A.   **Mechanization Defined**.
The term "mechanization" is defined as replacement of essential elements of an Employee's particular job by a machine or other technological improvement, including but not limited to introduction of automated processes and work-saving devices.

B.   **Steps Taken by the Employer for Mechanization**.
When an Employee's particular job is eliminated because of mechanization, the Employer shall take the following steps.

1.   **Notice to Five Year Employees**.
An Employee who has at least five (5) years of continuous service as a Regular Employee shall be given three (3) months prior notice that his/her job is being eliminated. The Employee, if he/she has less than five (5) years but more than one (1) year of continuous service as a Regular Employee shall be given four (4) weeks prior notice that his/her job is being eliminated. The Employee, if he/she has less than one (1) year of continuous service as a Regular Employee, shall be given two (2) weeks prior notice that his/her job is being eliminated. The applicable period of notice shall be termed the "notification period."

2.   **Offer of Job with Training to a Five (5) Year Employee.**
The Employee with at least five (5) years of continuous service as a Regular Employee shall be offered another job during the notification period, if an available job opening exists for which he/she can reasonably be expected to qualify within a training and trial period not to exceed sixty (60) days, either at the same facility or at another facility within reasonable proximity.

3.   **Reasonable Efforts on behalf of Employees with Fewer than Five (5) Years of Service**.
The Employer is not obligated to offer another job to an Employee with less than five (5) years of continuous service as a Regular Employee. The Employer will make reasonable effort to accomplish the force reduction through attrition and transfer regardless of length of service.

4. **Effective Date of Pay for an Employee who Accepts a New Job as a Result of Mechanization.**
If an available job opening exists during the notification period and it is offered to and accepted by the Employee, the rate of pay for the job, if lower, shall not become effective before at least the end of the notification period.

5. **Minimum Severance for Mechanization**.
If by the end of the notification period the Employee has not accepted another job or the Employee has not been offered another job, he/she shall receive minimum severance pay on the following basis for full years of continuous service as a Regular Employee:

Note: The TAP severance program or other better severance benefits available shall supersede this minimal benefit.

| Years of Service | Days of Pay |
|:---:|:---:|
| 1-2 | 2 |
| 2-3 | 4 |
| 3-5 | 10 |
| 5-7 | 15 |
| 7-10 | 20 |
| 10-Over | 30 |

C. **Applicability of this Side Letter**.
These provisions are fully subject to better benefits and conditions provided through National LMP Agreements, Health Connect Agreements, Employment and Income Security Agreements, and other provisions contained in this Agreement which provide for better conditions and benefits related to reduction in force, income extension, training and placement.

## NCAL APPENDIX M

## NO SHIFT CANCELLATION
### October 18, 2002

Providing Kaiser Permanente Employees with the maximum possible employment and income security is one of the six stated goals that serve as the foundation to the Partnership between Kaiser Permanente and those AFL-CIO Unions representing Employees in KP facilities. The parties agree that a no shift-cancellation policy helps to meet that goal and provides Kaiser Permanente with a valuable tool to assist in its recruitment and retention efforts now and in the future.

The terms and conditions set forth in this document have been discussed and agreed to by representatives of SEIU UHW and Kaiser Foundation Hospitals. This agreement supersedes the agreement signed by the parties on May 23, 2002.

### Project Identification and Considerations.

A.    The no shift-cancellation program shall include all SEIU UHW Kaiser Foundation Hospitals Employees working in Northern California, including SEIU UHW members in the Home Health and Hospice departments.

B.    In addition to covering regularly assigned shifts, the no shift-cancellation program extends to Employees who have made themselves available and been confirmed for overtime and additional hours opportunities. This applies to full-time, part-time, limited-part-time, casual and temporary Employees. In each service area the parties to this agreement will designate an appropriate number of individuals, representing each facility to work on the project team chartered with the design and implementation responsibility.

C.    In each service area the parties to this agreement will designate an appropriate number of individuals, representing each facility to work on the project team chartered with the design and implementation responsibility.

D.    The project team shall have full authority to make all non-economic decisions regarding the elements of the program so long as the elements designed do not change or alter the terms of the existing collective bargaining agreement.

E.    When looking at alternative assignments, in lieu of cancellation, the project team shall cover activities such as those that build Employee knowledge and competency, that provide cross training of staff, and, that assist the organization in its efforts to become and maintain a survey ready environment.

F.   Educational modules used for alternative assignments will be designed to permit Employees to receive credit for continuing education when applicable to their discipline. Kaiser Permanente will take all steps necessary to assure that such programs are recognized by the relevant licensing or certification boards.

G.   Each service area committee throughout the program will meet on a monthly basis, or more often if necessary, to discuss successes and other issues as the parties feel appropriate.

H.   It is agreed that the no shift-cancellation pilot program that took effect May 20, 2002 and implemented no later than July 1, 2002 is hereby extended and shall remain in effect through December 31, 2010. The program may be extended by mutual agreement.

## NCAL APPENDIX N

## POSITION SPECIFICATIONS FOR
## ALL GEOGRAPHIC AREAS INCLUDING FRESNO

In the 2000 SEIU Local 250 Agreement in Appendix B there were classifications listed in groups under headings of Maintenance and Service, Licensed Nursing, Nursing, Clerical, and Technical (licensed and unlicensed). In Appendix C there were classifications listed that included a synopsis of their position requirements and job duties. These lists were not exhaustive. Over the years classifications have been added and the job duties have changed for some of the classifications or, through bargaining, entirely different job descriptions have been substituted, e.g. Coder, Radiologic Technologist and Sonographer career ladders. The following is a list of classifications in the 2000 Agreement that were included in Appendix C of that Agreement. The 2000 Local 250 Agreement should be used as a reference for job descriptions that have not changed and for groupings of the listed classifications.

Allergy Technician
Allergy Technician Trainee
Asst Supv Central Allergy Laboratory
Cardiovascular Technician
Central Supply Technician
Cert. Occupational Therapist Assistant I
Cert. Occupational Therapist Assistant II
Cert. Ophthalmic Technician II
Cert. Sterile Processing Technician II
Cert. Surgical Assistant
Chief Cytotechnologist
Chief Storekeeper
Clerical Classifications Grades 1-7
Cytogenetic Technologist I
Cytogenetic Technologist II
Cytogenetic Technologist III
Cytogenetic Trainee
Cytotechnologist I
Cytotechnologist II
Cytotechnologist III
Diagnostic Ultrasonographer I
Diagnostic Ultrasonographer II
Diagnostic Ultrasonographer III
Diagnostic Ultrasonographer Trainee
EEG Technologist I
EEG Technologist II
Emergency Department Technician II
Head Housekeeping Aide

Histologic Tech Trainee
Histologic Technician I
Histologic Technician II
Laboratory Assistant I
Laboratory Assistant II
Laboratory Assistant III
Linen Room Supervisor
Medical Record Coder I
Medical Record Coder II
Medical Secretary
Medical Secretary Trainee
Molecular (DNA) Technologist I
Molecular (DNA) Technologist II
Molecular (DNA) Technologist
III Monitor Technician
MRI Technologist I
MRI Technologist II MRI
Technologist Trainee Nuclear
Medicine Technologist I Nuclear
Medicine Technologist II
Nutrition Aide/Nutrition Clerk
Obstetrical Technician
Ophthalmic Photographer
Ophthalmic Technician
Ophthalmic Technician Trainee
Outpatient Pharmacy Technician
Physical Therapy Assistant I
Physical Therapy Assistant II

301

Psychiatric Technician
Radiologic Technologist I
Radiologic Technologist II
Radiologic Technologist III
Reg. Respiratory Care Practitioner I
Reg. Respiratory Care Practitioner II
Respiratory Care Permitee
Respiratory Care Practitioner I
Respiratory Care Practitioner II
Sr. Allergy Technician
Sr. Anesthesia Supply Aide
Sr. Anesthesia Technical Assistant
Sr. Cardiovascular Technician
Sr. Cert. Sterile Processing Technician
Sr. Communication Operator
Sr. Cytogenetic Technologist
Sr. EKG Technician
Sr. Laboratory Assistant
Sr. Licensed Vocational Nurse
Sr. Medical Assistant
Sr. Medical Secretary
Sr. Nutrition Clerk

Sr. Obstetrical Technician
Sr. Orthopedic Technician
Sr. Pathology Technical Assistant
Sr. Physical Therapy Aide
Sr. Psychiatric Technician
Sr. Respiratory Supply Aide
Sr. Surgical Technician
Sterile Processing Technician I
Storekeeper I
Storekeeper II
Supv. Cyto/Histo Technologist
Supv. Diagnostic Ultrasonographer
Supv. Histologic Technician
Supv. MRI Technologist
Supv. Nuclear Medicine Technologist
Supv. Radiologic Technologist
Supv. Respiratory Care Practitioner
Surgical Assistant
Surgical Assistant Trainee
Unit Assistant
Vision Services Assistant I
Vision Services Assistant II

## NCAL APPENDIX O

## POST-RETIREMENT MEDICAL BENEFITS FOR
## EMPLOYEES WHO RETIRED BEFORE JANUARY 1, 2003

The Employer agrees to provide to those Employees covered by the Kaiser Foundation Health Plan, Kaiser Foundation hospital-surgical-medical benefits described as Senior Advantage or the alternate medical plan coverage integrated with Medicare, for Employees retired under the normal, disability and postponed provisions of the pension plan and who are eligible for and participating in Parts A and B of Medicare. Employees retiring under the early or disability provisions of the pension plan shall become eligible for the Kaiser Foundation Health Plan Senior Advantage coverage (or the dual choice option if accepted by the Administrator) upon becoming eligible for and participating in Parts A and B of Medicare. For early and disability retirees who retire after November 1, 1992, the requirement that Employees must maintain Kaiser coverage during the period from early retirement to age sixty-five (65) in order to qualify for coverage at age sixty-five is eliminated. Covered spouses/domestic partners of such Employees must also enroll in Parts A and B of Medicare when eligible. Medicare-eligible Employees who retired prior to August 1, 1996, along with their Medicare-eligible dependents, will be allowed to retain their existing coverage presently described as "MS" or may choose to enroll in the Senior Advantage Plan provided they meet eligibility requirements. Employees who retire on or after August 1, 1996, and their dependents will be required to enroll in the Senior Advantage Plan upon becoming Medicare-eligible. The medical benefits that retirees receive from the Senior Advantage program will continue to be the same as those described as the "SS" coverage in Article XXII, Section 1. Retirees covered by Senior Advantage must receive all medical care at Kaiser Permanente facilities in order to receive benefits. If individuals covered under this plan move outside the Kaiser Permanente service area, and do not elect the alternate medical plan, Kaiser Permanente will offer its Out of Area Group plan. However, effective January 1, 1997, such Medicare-eligible retirees and their dependents will be required to pay that amount of the Out of Area retiree group rate which is in excess of the Health Plan retiree group rate in effect on January 1 of each year. Dependents of Employees who retire on or after August 1, 1996 who are not yet Medicare-eligible must enroll in Kaiser Permanente's Senior Advantage Plan as soon as they become eligible in order to maintain health plan coverage. The $5.00 drug co-pay shall apply to eligible Employees who retire on or after January 1, 1998.

For Employees hired after October 25, 1986, fifteen (15) years of service under the Retirement Plan shall be required for eligibility for the post-retirement health care coverage described above, and such coverage shall not include optical benefits.

Costs for post-retirement medical coverage shall be shared as follows for Employees who terminate on or after January 1, 1998, and who meet the eligibility requirements for retiree medical coverage. Such costs will be based on the January 1 retiree Senior Advantage group rate for each year.

303

| Retiree Service | Years of Monthly Payments | Employer Monthly Payments |
|---|---|---|
| 15 | 50% | 50% |
| 16 | 55% | 45% |
| 17 | 60% | 40% |
| 18 | 65% | 35% |
| 19 | 70% | 30% |
| 20 | 75% | 25% |
| 21 | 80% | 20% |
| 22 | 85% | 15% |
| 23 | 90% | 10% |
| 24 | 95% | 5% |
| 25 | 100% | 0% |

**NCAL APPENDIX P**

**RADIOLOGIC TECHNOLOGIST CAREER LADDER**
**September 1, 2005**

**Advances & Attrition in Technology.**
Medical Imaging is a dynamic, technology driven field. As advancements occur, the parties will meet to discuss whether these result in the creation of a new Specialty and/or changes in job requirements. As attrition occurs, the parties will meet to discuss the elimination of Specialties and/or job requirements.

**Radiologic Technologists without Fluoroscopy licenses currently working for Kaiser Permanente.**
Radiologic Technologists working on or before August 05 at Kaiser Permanente WITHOUT California certification in Fluoroscopy will be provided with educational opportunities in order to pass the California permit test in a 9 month period. Those who are unable to meet this requirement are eligible to work as an RT I if either the union or management can identify and both parties agree on any Radiologic Technologist positions within the Region where Fluoroscopy is not necessary for the regular operational requirements of that position. Employees will maintain their pay rate until such time as the RT I rate is above that rate. An employee must be awarded the position through bargaining unit seniority in order to continue their employment at Kaiser Permanente Northern California.

**Modality Competency Committees.**
Each Modality (General Radiology. Computer Tomography. Mammography. Interventional) will create a Joint Regional Committee of Labor, Management and Radiologists for the following functions:

- Establish Criteria for basic competency for hours in that modality.
- Establish Criteria for advanced competency for hours in that modality
- Establish Training Criteria for that modality
- Review and recommend Radiologic Technologist continuing education needs
- Update competency criteria as Technology in that modality changes
- Support the proctoring of students through KPSAHS and other educational institutions

**Radiologic Technologists without Venipuncture Certification.**

A.  **Working in a Modality where it is performed.**
Radiologic Technologists working on or before August 05 at Kaiser Permanente WITHOUT California Venipuncture Certification in a Modality where it is performed will be provided with educational opportunities in order to pass the California permit test in a 9 month period. Those who are unable to meet this requirement shall be given work assignments for which they are qualified and placed at the corresponding Skill Level of the Radiologic Technologist classification.

B.  **Working in a Modality where Venipuncture is NOT performed.**
Radiologic Technologists working on or before August 05 at Kaiser Permanente WITHOUT California Venipuncture Certification in a Modality where it is NOT performed as part of their work assignment will not be required to obtain it. For promotions, transfers or training in a Specialty that requires Venipuncture, the Technologist must obtain CA Venipuncture certification on or before the date of application. The employer will provide the Technologist with educational opportunities in order to pass the California permit test at the Technologist's request.

**Implementation.**
Upon ratification of this agreement, current employees shall be placed at the appropriate Skill Level and their current Tenure Step where they will not receive a reduction in pay rate as a result of the implementation of this new structure.

**Level 1.**
Radiologic Technologist I: This is an entry level position. The employee must obtain a fluoroscopy permit and venipuncture certification within six months of employment, or will be terminated.

**Level 2.**
Radiologic Technologist II: This level requires both fluoroscopy permit and venipuncture certification. Competency must be demonstrated and maintained.

**Level 3.**
Radiologic Technologist III: This level requires five years of experience as a Radiologic Technologist, a CA fluoroscopy permit, California venipuncture certification and ARRT (R) certification. Competency must be demonstrated and maintained.

**Level 4.**
Radiologic Technologist IV: This level requires a CA fluoroscopy permit, CA venipuncture certification and two years of experience in a Specialty (IR, CT, and Mammography) or one year of experience in a Specialty and an ARRT in that Specialty. The Specialty must be performed by the Technologist and be within the scope of service of the department. Competency in the Specialty must be demonstrated and

306

maintained. ARRT certification in Quality Management will be considered a Specialty for advancement to this level.

### Level 5.

Radiologic Technologist V: This level requires a CA fluoroscopy permit, CA venipuncture certification and two years of experience in each of two specialties (IR, CT, Mammography) OR one year of experience in each Specialty and an ARRT in each Specialty OR one year of experience in one Specialty with an ARRT in that Specialty and two years of experience in a second Specialty. The Specialty must be performed by the Technologist and be within the scope of service of the department. Competency in Specialties must be demonstrated and maintained. ARRT certification in Quality Management will be considered a Specialty for advancement to this level.

### Level 6.

Lead Radiologic Technologist: This level requires a CA fluoroscopy permit, CA venipuncture certification five years of experience and an ARRT (R). Specialty Leads must have Specialty ARRT and meet all Specialty requirements. Existing Lead Radiologic Technologists who do not have ARRT certification will be "grandfathered" to this level in General Diagnostic Radiology and Specialties.

### Advancement Into Specialties.

Management will make reasonable efforts to train all qualified Technologists according to operational needs in each Specialty. Operational needs may include backfill for vacation, sick calls and union activities. All references to Special Procedures Differential and the Garbarino arbitration decision shall be deleted from the agreement. Employees shall be placed at the appropriate Skill Level and current Tenure Step.

## NCAL APPENDIX Q

## RADIOLOGIC TECHNOLOGIST SPECIAL COMPENSATION
**March 2007**

This Letter of Agreement ("Agreement") is entered into by and between The Permanente Medical Group, Inc. ("TPMG" or "the Employer") and United Healthcare Workers – West ("UHW" or "the Union") to resolve ongoing disputes concerning the interpretation and application of the contract provision entitled "Radiologic Technologist Special Compensation", designated as Paragraph 173 of the 2000 – 2005 Collective Bargaining Agreement ("CBA").

The Union and the Employer agree that, as of the effective date of this Agreement:

1.    Only a regular Radiologic Technologist who both was hired by the Employer prior to October 25, 1986 and was employed by the Employer as a regular Radiologic Technologist prior November 4, 1990, shall be entitled to receive the payment described in Paragraph 173 *(paragraph 786 of the current Agreement).* A part-time regular Radiologic Technologist who both was hired by the Employer prior to October 25, 1986 and was employed by the Employer as a Radiologic Technologist prior to November 4, 1990 shall have her or his lump sum payment prorated pursuant to Paragraph 173.

2.    Notwithstanding the provisions of Paragraph 1, above, any employee of the Employer who is a regular Radiologic Technologist on the effective date of this Agreement and who was hired by the Employer prior to October 25, 1986, shall continue to receive payment pursuant to Paragraph 173 until such time as she or he is no longer employed by the Employer as a regular Radiographic Technologist, or Paragraph 173 is amended or deleted by mutual agreement of the Union and the Employer. He or she shall be entitled to receive such payment regardless of whether she or he was employed by the Employer as a regular Radiologic Technologist prior to November 4, 1990. This exception does not apply to any employee who is not employed by the Employer as a regular Radiologic Technologist on the effective date of this Agreement, regardless of her or his employment history or whether he or she becomes a regular Radiologic Technologist after such effective date.

3.    In full and complete settlement of any claims arising from or relating the Employer's decisions in 2005 and 2006 to withhold payment as described in Paragraph 173 from regular Radiographic Technologists who were hired by the Employer prior to October 25, 1986, but who did not become regular Radiographic Technologists until on or after November 4, 1990, the Employer agrees to pay such employees the amount they would have received at the time. The employees who shall receive such payment are identified in Exhibit A, which is attached hereto. The payment will be made as a lump sum, less applicable taxes and withholding, within 30 calendar days after the effective date of this

308

Agreement. No other employee shall be entitled to claim or receive payment pursuant to this provision.

4.  Nothing in this Agreement shall be construed to extend or expand eligibility for compensation pursuant to Paragraph 173 to other Radiologic Technologists or other employees covered by the CBA.

5.  Any disputes concerning the interpretation and application of this Agreement may be referred to the grievance procedure set forth in the CBA.

6.  The Effective Date of this Agreement shall be the date that it is fully executed by both parties.

**NCAL APPENDIX R**

**REGISTERED DIETITIANS BENEFITS BY DESIGN**

A.    **Benefits Provided.**
The Employer agrees to provide the benefits currently defined as "Benefits by Design", a flexible benefits program that includes options in the following areas: Medical Plan, Dental Plan, Life Insurance, Disability Income, Spending Accounts.

B.    **Eligibility.**
Benefits by Design is offered to all regularly scheduled Employees that work 20 or more hours per week. Coverage becomes effective the first (1st) day of the month after 90 days of employment and can cover the Employee, their spouse or domestic partner and unmarried dependent children up to 25 years of age. Employees may change options during the annual flex open enrollment period. If no changes are made, the same options will remain in effect for the rest of the year until they make a change. To continue participation in the spending accounts, Employees must make an annual election.

C.    **Benefits by Design Credits.**

i.)    Eligible Employees shall receive a specific amount of Benefits by Design credits to purchase benefits. Employees regularly scheduled to work 32 or more hours per week will receive enough flex credits to purchase the following benefits:

a.)    Kaiser Foundation Health Plan (KFHP) Mid Plan with Supplemental Medical for the Employee and eligible dependents.

b.)    Basic Dental Plan for the Employee and eligible dependents.

c.)    Long Term Disability coverage for the Employee at the 50% level.

d.)    Life Insurance coverage for the Employee up to one times the Employee's annual salary up to maximum of $50,000.

ii.)    Employees regularly scheduled to work 25 to 31 hours per week will receive benefits funding at 80%. Employees regularly scheduled to work 20 to 24 hours per week will receive benefits funding at 60%.

iii.)    Employees may elect benefit options that exceed the Benefits by Design credit he/she may receive. The additional benefit coverage will be funded by pretax or after tax out-of pocket payroll deduction expenses. Employees may also elect benefit options that are less than the Benefits by Design credit received. The unused portion of the credit will be additional income on the Employee's paycheck.

310

D.    **90-Day Plan.**

    i.)    The Employer agrees that a new Employee will be provided with the 90-day Plan beginning the 1st of the month following their hire date. The 90-day Plan provides:

        a.)    KFHP Mid Plan with Supplemental Medical for the Employee and eligible dependents.

        b.)    Life insurance coverage for the Employee, equal to one times the Employee's annual salary to a maximum of $50,000.

    ii.)    The Employer will provide full funding for the 90-Day Plan for Employees scheduled to work 32 or more hours per week. Employees scheduled to work less than 32 hours per week will pay a premium for the KFHP Mid Plan.

E.    **Health Insurance.**
Employees may elect from four Medical Plan Options: KFHP-Low Plan, KFHP-Mid Plan, KFHP-High Plan, and Preferred Provider Option. Enrollment in the Mid or High plan results in automatic enrollment in Supplemental Medical Coverage. The plans cover many of the same services, however the costs and coverage levels vary. Employees may elect to waive medical coverage, after providing proof of other medical coverage.

F.    **Supplemental Health Coverage.**
Supplemental Health Coverage reimburses the Employee for certain eligible health care services not covered, or that exceeds the limits under the Kaiser Foundation Health Plan. Employees and eligible dependents are covered up to a $1,000,000 lifetime maximum. In most cases, the plan pays 80% of reasonable and customary expenses.

G.    **Dental Plan.**
The Benefits by Design program offers a choice of two Delta Dental plans, Basic and Comprehensive Plans. The plans cover many of the same services. However, the costs and coverage levels vary. To receive full benefits, an Employee or dependent must visit a participating Delta dentist. The majority of California dentists participate in the Delta Dental plan. Employees may elect to waive dental coverage.

H.    **Life Insurance.**
The Employer agrees to offer Life Insurance coverage as defined in the Benefits by Design program.

i.) **Employee Life Insurance.**

    a.) Employees may use their Benefits by Design credits to purchase Life Insurance at the following levels:

    $10,000-$50,000 (in $10,000 increments)
    $100,000-$750,000 (in $50,000 increments)

    b.) Employees may purchase up to $100,000 of Employee life insurance when first eligible without providing Evidence of Insurability (EOI). Life insurance coverage may be increased to the next higher level in future open enrollment periods, without providing EOI. Employees may waive life insurance coverage. If coverage is waived when the Employee is first eligible, and he/she at a later time wishes to purchase coverage, an EOI will be required for any level over $10,000 of Employee Life Insurance.

ii.) **Dependent Life Insurance.**

    a.) Employees have the option to also purchase dependent life insurance coverage at the levels listed below. Benefits by Design credits may not be used to purchase this insurance. If dependent life insurance coverage is elected, the contribution for this coverage will be deducted from the Employee's paycheck on an after-tax basis.

| Spouse/Domestic Partner | Each Child |
| --- | --- |
| $10,000 | $2,000 |
| $20,000 | $4,000 |
| $30,000 | $6,000 |
| $40,000 | $8,000 |
| $50,000 | $10,000 |

    b.) To purchase dependent life insurance, the Employee must have Employee life insurance of at least twice the amount of spouse or domestic partner coverage elected.

    c.) If an Employee waives dependent life insurance coverage when first eligible and elects it in future enrollments, the Employee will be required to provide EOI for his/her spouse or domestic partner. If an Employee wishes to increase his/her level of dependent life insurance in future years, EOI will also be required.

l. **Accidental Death and Dismemberment (AD&D) Insurance.**
Employees may use their Benefits by design credit to purchase Accidental Death and Dismemberment (AD&D) insurance at the following levels. Benefits by

312

Design credits may not be used to purchase Dependent Accidental Death and Dismemberment Insurance. If dependent life AD&D coverage is elected, the contribution for this coverage will be deducted from the Employee's paycheck on an after-tax basis. The Employee may enroll his/her dependents in AD&D coverage only if the Employee first elects coverage for him/herself. Spousal or domestic partner coverage is automatically 50% of the Employee's AD&D and coverage for each child is automatically 10%. Coverage may be elected at the following levels:

| Employee Only | Spouse/Domestic Partner | Each Child |
|---|---|---|
| $10,000 | $5,000 | $1,000 |
| $20,000 | $10,000 | $2,000 |
| $30,000 | $15,000 | $3,000 |
| $40,000 | $20,000 | $4,000 |
| $50,000 | $25,000 | $5,000 |
| $100,000 | $50,000 | $10,000 |
| $150,000 | $75,000 | $15,000 |
| $200,000 | $100,000 | $20,000 |
| $250,000 | $125,000 | $25,000 |
| $300,000 | $150,000 | $30,000 |
| $350,000 | $175,000 | $35,000 |

J.    **Travel Accident Insurance.**
This is an Employer-paid benefit outside of Benefits by Design. You are automatically enrolled if you are scheduled to work 20 or more hours per week. Coverage becomes effective on your date of hire. A benefit of four times your annual salary (or a minimum of $100,000.00 whatever is greater, up to a maximum of $250,000.00) will be paid to your beneficiary in the event your death is the result of a travel accident while on company business.

K.    **Disability Income.**
The Employer shall provide income replacement in the event of an Employee's disability, serious illness, or injury as described below in paragraphs (i) and (ii).

i.)    **Short-Term Disability.**
Short-Term Disability (STD) is a company-paid disability plan provided outside of Benefits by Design and becomes effective the first day of the month after 90 days of employment. Benefits are payable after the Employee depletes all hours in his/her Extended Sick leave (ESL) Bank, and any Paid Time Off (PTO) Bank. This plan provides 50% of the base salary, or up to 60% if combined with other disability income, such as State Disability Insurance or Workers' Compensation. Benefits may be paid up to a maximum of six months form the date of disability with continued physician certification.

313

ii.)   **Long-Term Disability.**

a.)   The Benefits by Design flexible benefits program also offers Long Term Disability (LTD) coverage. Employees have the option to purchase LTD at the following income replacement levels: 50% base salary (60% percent when integrated with other disability income); 60% base salary.

b.)   Benefits are payable upon approval from MetLife after six months of disability after an Employee exhausts all hours in his/her ESL Bank, and STD, and any PTO hours the Employee immediately elects to use prior to commencing a Medical or Industrial Leave, whichever is later. Benefits may be paid up to age 65 with continued physician certification. There is a pre-existing condition clause under LTD that excludes disability coverage during the first 12 months of coverage for a disability resulting from a condition that is treated within three months prior to coverage becoming effective.

c.)   Employees have the option to waive LTD coverage. If coverage is waived when first eligible and desired at a later time, Evidence of Insurability (EOI) will be required.

L.   **Spending Account Options.**
The Benefits by Design flexible benefits program offers a choice of two spending accounts that allows Employees to set aside tax-free dollars to pay for certain expenses. Certain IRS restrictions govern these accounts.

M.   **Dependent Care Spending Account.**
The Dependent Care Spending Account allows an Employee to contribute up to $5,000 tax-free on an annual basis to pay for eligible dependent care expenses. Examples of such expenses include care at a licensed daycare center, or practical nursing care for an adult. An Employee may enroll during the annual open enrollment period held in October of each year. Participation and deposits to the Employee's account will begin January of the following year.

N.   **Health Care Spending Account.**
The Health Care Spending Account allows an Employee to contribute up to $3,000 tax-free on an annual basis to pay for eligible health care expenses for themselves and/or their dependents. Examples of such expenses include deductibles and co-payments for medical and dental services, or expenses exceeding your medical and dental plans' limits. The Employee may enroll during the annual open enrollment period held in October of each year. Participation and deposits to the Employee's account will begin January of the following year.

O.   **Limited Part-Time Employee's Coverage.**
Limited Part-Time Employees as defined in Article X, Section 2A whose regular pre-determined work schedule is at least eight (8) hours per week may purchase

314

at their own expense through a payroll deduction plan the same Kaiser Foundation Health Plan coverage available to regular Employees under this Agreement provided that a minimum of 75% of all eligible Limited Part-Time Employees in the Region elect to purchase and continue to purchase such Health Plan coverage. Coverage will be offered on the Health Plan's three-rate structure. At any time participation falls below seventy-five percent (75%) of the group of eligible Employees such coverage shall be discontinued. There shall be an annual enrollment period during which these eligible Limited Part-Time Employees may elect to purchase the coverage.

P.    **Complete Details on Benefits.**
This Agreement contains only a summary of benefit plans. Complete details concerning these benefits are contained in the appropriate provider contracts, plan documents or summary plan descriptions. Summary plan descriptions shall be provided by the Employer to the Employee upon request. Terms and definitions of the Health and Welfare Plans are contained in and governed by the respective Plan Documents.

## NCAL APPENDIX S

## REGISTERED DIETITIANS CLINICAL LADDER

**Introduction.**
A regional group composed of Registered Dietitians (selected by UHW) and KP Management Representative (selected by the Employer) convened following ratification of the 2003 contract to develop guidelines for implementation of the RD III clinical classification program. The RD III program was designed within twelve (12) months of contract ratification.

**Registered Dietitian III.**
Registered Dietitian clinical expert who has met the criteria as defined in the Registered Dietitian Clinical Ladder guidelines.

## SECTION A – DEFINITIONS.

The development of a RD Clinical Ladder recognizes the Registered Dietitian III as a health care clinical expert who demonstrates increasing levels of excellence through clinical practice, teaching ability and leadership.

The purpose of the RD III role is to encourage Registered Dietitians to utilize and model clinical expertise, leadership abilities and successful health care practices by participation in research, education, publication and/or community involvement.

Time requirements listed within the following RD III Classification sections are intended to mean that time period immediately preceding the relevant application deadline.

## SECTION B – CRITERIA FOR CANDIDACY.

Minimum Qualifications for RD III shall include:

A.    Current RD registration with the Commission on Dietetic Registration (CDR).

B.    Five (5) years experience as a Registered Dietitian, and is classified as a RD II as defined in contract.

C.    Work in the area of clinical specialty (i.e. area of expertise) for the Employer, and average a minimum of twenty (20) hours per week over the last two years at time of application. The 20-hour requirement pertains to the minimum number of hours per week a dietitian must work. It does not pertain to the hours worked in the specialty area.

D.    Current performance evaluation at the midpoint or above.

316

Registered Dietitians must be current with their CDR portfolio, or a professional development plan.

**Hours Worked.**
A Registered Dietitian hired into a twenty (20) hour position or more is exempt from any further calculation to determine paid or unpaid time away from work.

For any Registered Dietitian hired into a position of less than twenty (20) hours the following RD calculations apply:

Paid time is calculated by determining total paid hours for the twelve (12) months preceding the application deadline. This paid time is then divided by number of weeks, which is calculated by taking the fifty-two (52) weeks in a year minus approved leave of absence. Paid time divided by number of applicable weeks equals paid hours per week. This number must equal twenty (20) hours or more in order for a Registered Dietitian to meet the hours worked qualifications.

## SECTION C – INITIAL APPLICATION PROCESS.

The applicant must:

Meet minimum qualifications as identified in Section C – Criteria for Candidacy.

Complete application portfolio:

1.    RDIII application form

2.    Performance evaluation within the last twelve (12) months, which indicates performance standards at the midpoint or above.

3.    Two letters of recommendation within the last twelve (12) months.

    a)    Include evidence of your work as a care manager if that applies to you.

    b)    Letters should substantiate reasons why you are considered an expert in your stated area of clinical expertise (such as requests for your consultation, providing in-service education to other disciplines, etc.)

4.    The CDR portfolio, the professional development plan, that was submitted to CDR. Progress on the plan will be discussed during the interview.

5.    Application essay of no more than five pages demonstrating clinical expertise through case studies and/or clinical experiences.

6.    Evidence of at least 3 professional contributions within the last twelve (12) months, unless otherwise specified. See list of acceptable activities below. Additional activities may be considered with unanimous advanced consent of the Regional RD III Selection Committee.

317

Submit application to the National Nutrition Services Office. Application deadlines are November 1, March 1 and July 1; beginning November 2003.

The primary manager of the RD III candidate will be sent a Verification Form and a copy of the candidate's application form (refer to Section K) from the Selection Committee to verify hours worked and clinical specialty.

**Professional Contributions (initial application)**

Identify the professional contribution with the item number listed below. For example, developing and presenting an in-service for physicians is number five (5). RDs working on activities toward the RD III Classification must receive prior approval from his/her manager if such activities occur during paid time.

1.   On-going teaching activity, such as adjunct professor at an accredited school or assistant/clinical faculty position or lecturer in the field of food or nutrition science. This must be an ongoing activity during at least one semester or two quarters per year. Requires description of teaching activity, a copy of the outline of the current curriculum, syllabus, or lecture, and date(s) of classes taught.

2.   Publication of article related to food and/or nutrition in peer reviewed journals with RD's name listed as author or co-author or publication in Registered Dietitian, health care, health care management /practices/policy textbook as a contributor, consultant, chapter writer or editor.

3.   Demonstrate active participation in health care related research within the last three (3) years. Examples include:

     a)   Participation in research in the areas of medical nutrition therapy, nutrition education, RD or food/nutrition/health care management, or any areas concerning health promotion or health care practices, health policy or cultural competence in provision of health care. Active participation may include but is not limited to principal investigator, data collector or member of a research team.

     b)   Publication of research in peer reviewed journals with RD's name listed as author or co-author or publication in, Registered Dietitian, health care, health care management/practices/policy textbook as a contributor, consultant, chapter writer or editor.

4.   Leadership position as a committee chair or serve as an active participant as a RD representative on local, regional or professional association committees spanning at least six (6) months per year. (Include meeting minutes, which show your attendance and contributions over at least a 6-month period. May be used as a maximum of 2 of the 3 professional contributions if on 2 different committees.) If participant, evidence of substantial contribution must be provided.

318

5.  Active participation in an educational activity within the past twelve (12) months. Patient education materials should include Kaiser Permanente and or Thrive logo, and date created or revised. Not more than 2 of the 3 activities listed in this category may be used. Examples include:

    a)  Develop and present in-service education for healthcare professionals (physicians, staff, or students). In-service learning objectives and supporting material must be approved by the manager to qualify. (Submit learning objectives/materials in packet and your manager's approval for your presentation.)

    b)  Develop and present a patient, employee, and/or community education program. For example, he/she may coordinate a health fair or develop materials for a part of the health fair. (Must be nutrition-related and have manager's pre-approval. For presentations in the community the candidate must present as a Kaiser RD)

    c)  Publish a continuing education article for RDs,/health care staff or a health education article for the general public.

6.  Active participation in department, facility and/or regional quality activities which must be of an ongoing nature with participation occurring over at least six (6) months per year. Examples include:

    a)  Identify, share or implement successful clinical or professional practices.

    b)  Active involvement in quality committees/forums including but not limited to local safety committee, patient safety/error reporting, patient improvement projects. (Include meeting minutes which show your attendance and contributions over at least 6 months.

7.  Active participation in health related community activities occurring over at least six (6) months per year (alternate time frame may be considered with approval of RD III Committee) included but not limited to the categories listed below:

    a)  Legislative/governmental participation.

    b)  Volunteer work in clinic, schools, or community organizations.

8.  Lead/Coordinator and/or active participant of manager approved project design work and/or project implementation

9.  Within the past two years, develop or substantially revise, individually or as a part of a team: core competencies, protocols, curriculum, resource materials (i.e. patient education materials), policies and procedures or at least one written

319

standard of nutrition care. (Provide a detailed description of your part in the development or revision. Provide educational materials that you have developed or revised. Do not include education materials that do not represent your work or input. A Curriculum is the Instructor's outline and the dialog of the instructor; it includes a list of the educational materials that are used and the time allotment for each part of the class.)

10. Within the past two (2) years, make contributions to development of the RD profession by being a RD primary mentor to dietetic interns for at least one entire rotation or coordinator of the intern's rotations and signer of completed forms. Opportunities for mentoring shall be granted by seniority, a maximum of two (2) internships may be used.

11. Practice as a RD in a clinical specialty field that requires unique knowledge and/or training and is the point of contact who coordinates specialized MNT in a multidisciplinary setting. (Applies to RD's who are working as a care coordinator, recognizing increased level of responsibility for coordinating care with other disciplines and following the majority of patients for a minimum of 3 months.) Examples include NICU, home infusion, genetics and diabetes.

12. Possess a health-related doctoral degree.

## SECTION D – MAINTENANCE OF RD III DESIGNATION AND RENEWAL PROCESS.

Each appointment as RD III shall be made for three (3) years. Reappointment requires continued evidence that the RD Clinical Expert, also known as RD III, functions in the clinical setting as an exemplary clinical practitioner, teacher and leader among peers. To maintain the RD III designation, a RD III will be expected to submit for review by the Regional Selection Committee a renewal packet that will demonstrate the following:

1. Current RD registration with the Commission on Dietetic Registration (CDR).

2. Continued work in the area of clinical specialty for the Employer since the last appointment as RD III.

3. Average a minimum of twenty (20) hours/week over the last two years at time of application. The 20 hour requirement pertains to the minimum number of hours/week a dietitian must work to maintain the RDIII. It does not pertain to the hours worked in the specialty area. The entire 20 hours does not need to be spent in the area of clinical specialty. The candidate's manager will be consulted to confirm hours, work duties, etc prior to the candidate being approved. (Note: Your clinical specialty is demonstrated through your professional contributions and daily job duties and is substantiated by colleagues or managers in their letters of recommendation.)

4. Current performance evaluation at the midpoint or above.

320

5.  Registered Dietitians must be current with their CDR portfolio, a professional development plan.

**Hours Worked.**
A Registered Dietitian hired into a twenty (20) hour position or more is exempt from any further calculation to determine paid or unpaid time away from work.

For any Registered Dietitian hired into a position of less than twenty (20) hours the following RD calculations apply:

Paid time is calculated by determining total paid hours for the year. This paid time is then divided by number of weeks, which is calculated by taking the fifty-two (52) weeks in a year minus approved leave of absence. Paid time divided by number of applicable weeks equals paid hours per week. This number must equal twenty (20) hours or more in order for a Registered Dietitian to meet the hours worked qualifications.

At least three (3) professional contributions within twelve (12) months preceding application deadline, unless stated otherwise. For the renewal process, specified activities count as two (2) activities. See list of acceptable activities below. Additional activities may be considered with the unanimous consent of the RD III Regional Selection Committee.

**Professional Contributions.**
RDs working on activities toward the RD III Classification must receive prior approval from his/her manager if such activities occur during paid time.

The following activities count as two (2) activities for the renewal process:

1.  On-going teaching activity, such as adjunct professor at an accredited school or assistant/clinical faculty position or lecturer in the field of food or nutrition science. This must be an ongoing activity during at least one semester or two quarters per year.

2.  Publication of article related to food and/or nutrition in peer reviewed journals with RD's name listed as author or co-author or publication in Registered Dietitian, health care, health care management /practices/policy textbook as a contributor, consultant, chapter writer or editor.

3.  Demonstrate active participation in health care related research within the last three (3) years. Examples include:

    a)  Participation in research in the areas of medical nutrition therapy, nutrition education, RD or food/nutrition/health care management, or any areas concerning health promotion or health care practices, health policy or cultural competence in provision of health care. Active participation may

321

include but is not limited to principal investigator, data collector or member of a research team.

b)  Publication of research in peer reviewed journals with RD's name listed as author or co-author or publication in, Registered Dietitian, health care, health care management/practices/policy textbook as a contributor, consultant, chapter writer or editor.

4.  Leadership position as a committee chair or board-member as a RD representative on local, regional or professional association committees spanning at least six (6) months per year. (Include meeting minutes or a letter from committee chair verifying attendance and contributions over at least a 6 month period within the past year.)

The following activities count as one (1) activity for the renewal process:

1.  Serve as an active participant as a RD representative on local, regional or professional association committees spanning at least six (6) months per year. (Include meeting minutes or a letter from committee chair verifying attendance and contributions over at least a 6 month period within the past year. Participation on 2 different committees may be used.)

2.  Active participation in an educational activity within the past 12 months. Patient education materials should include Kaiser Permanente and or Thrive logo, and date created or revised. A maximum of 2 of 3 activities in this category may be used. Examples include:

a)  Develop and present in-service education for healthcare professionals, physicians, staff, or students. In-service learning objectives and supporting material must be approved by the Employer to qualify. (Submit learning objectives/materials and your manager's approval for your presentation.)

b)  Develop and present a patient, employee, and/or community education program. For example, he/she may coordinate a health fair or develop materials for a part of the health fair. (Must be nutrition-related and have manager's pre-approval. For community presentations the RD will present as a Kaiser RD Employee.)

c)  Publish a continuing education article for RDs/health care staff or health education article for the general public.

322

3.  Within the past three (3) years, and for a minimum of at least 1 year, active participation in department, facility and/or regional quality activities which must be of an ongoing nature with participation occurring over at least six (6) months per year. Examples include:

    a)  Identify, share or implement successful clinical or professional practices.

    b)  Active involvement in quality committees/forums including but not limited to local safety committee, patient safety/error reporting, patient improvement projects. (Include meeting minutes which verify attendance and contributions over at least a 6 month period within the past year.)

4.  Active participation in health related community activities occurring over at least six (6) months per year (alternate time frame may be considered with approval of RD III Committee) included but not limited to the categories listed below:

    a)  Legislative/governmental participation.

    b)  Volunteer work in clinic, schools, or community organizations.

5.  Lead/Coordinator and/or active participant of Employer approved project design work and/or project implementation over the past 3 years.

6.  Within the past 3 years, be an active or lead member of an implementation team in the development of substantial revision of the following: core competencies; protocols; curriculum; resource materials (i.e. patient education materials), policy and procedures, or at least one written standard of nutrition care. Provide a detailed description of your part in the development or revision. Provide educational materials that you have developed or revised. Do not include education materials that do not represent your work or input.

7.  Make contributions to development of the RD profession by being a RD primary mentor to dietetic interns for at least one entire clinical internship or coordinator of the intern's rotations and signer of completed forms. Opportunities for mentoring shall be granted by seniority. A maximum of 2 internships may be used.

8.  Practice as a RD in a clinical specialty field that requires unique knowledge and/or training and is the point of contact who coordinates specialized MNT in a multidisciplinary setting. Examples include NICU, home infusion, genetics, diabetes, and continuum of care RD. This applies to RDs who are working as a care coordinator, and recognizes increased level of responsibility for coordinating care with other disciplines and following majority of patients throughout care for 3 months ongoing.

9.  Possess a health-related doctoral degree.

## SECTION E – REGIONAL SELECTION COMMITTEES.

Composition: Co-Chairs: 1 labor partner dietitian and 1 management representative.

1.    Three (3) RDs (one shall be co-chair) selected by the union. Labor Committee RDs should represent both in-patient and out-patient areas of practice.

2.    Three (3) management representatives on the committee (one shall be co-chair) are volunteers. Members must have experience in managing or working closely with Registered Dietitians on a daily basis.

3.    National Nutrition Services Director role: Sponsor committee, provide administrative support, non-voting member.

4.    Member length of service: 3 years, there will be staggered replacement (see chart)

5.    Each member will serve as a regular member the first year, co-chair elect the second year, and co-chair the third and last year.

6.    Reassignment: Members who have served a 3-year term on the committee should not be reassigned to the committee until 2 years have passed.

7.    Alternate: A substitute in the same category may be used as needed. Either the applicant or the committee may request an alternate if there is a direct line relationship between the applicant and a committee member or a vacancy on the committee.

8.    A content expert may be called if the committee has limited knowledge of the applicant's specialty area. This person is not a voting member.

9.    The committee should strive to make decisions by consensus. However, if consensus cannot be reached, the decision can be made by a majority vote. If the committee is unable to reach a decision through either method, the application will be considered denied. The applicant will have the right to appeal.

10.    Transition Plan:

|  | **2006** | **2007** | **2008** | **2009** |
|---|---|---|---|---|
| Dietitian Labor Partner 1 | Current co-chair | Co-chair becomes regular member. | New member, Regular member | Co-chair elect |
| Dietitian Labor Partner 2 | Current member, last year | New member | Co-chair elect | Co-Chair |
| Dietitian Labor Partner 3 | Current member, co-chair elect | Co-chair | Co-chair becomes regular member | New member |
| Management 1 | Current member | Current member continues | New member, co-chair elect | Co-chair |

|  |  |  |  |  |
|---|---|---|---|---|
| Management 2 | Current member, co-chair elect | Current member, Co-chair | New member | Co-chair elect |
| Management 3 | New member, Regional Health Ed rep | Co-chair elect | Co-chair | New member |
| National Nutrition | National Nutrition Services Director, co-chair | National Nutrition Services Director, sponsor | National Nutr. Services Director, sponsor | National Nutr. Services Director, sponsor |

## SECTION F – APPEAL PROCESS.

Any applicant denied the Clinical Expert designation may appeal the decision of the Regional Selection Committee (RSC) as follows:

1.    A written appeal, clearly stating the basis for the appeal, must be submitted to the Regional Selection Committee that made the original decision no later than thirty (30) days after notification of denial. The appeal shall not contain any application information that was not submitted with the original application as a justification for the appeal.

2.    The Regional Selection Committee shall review the appeal and either accept the application or deny the appeal, providing a written explanation of the reasons for the denial. If the appeal is denied, the Registered Dietitian may appeal that decision to the Regional Appeals Committee no later than thirty (30) days after denial of the appeal by the Regional Selection Committee.

325

3. The Regional Appeals Committee shall be composed of six (6) members, 3 elected labor RDs and 3 representatives of management, using the same guidelines as for the Selection Committee. There will be no set guidelines for length of service. The committee will meet as the need arises

4. The Regional Appeals Committee's review shall be limited to a consideration of the same appeal presented to the Regional Selection Committee. In addition, the Regional Appeals Committee may review the Registered Dietitian's original application materials and the Regional Selection Committee's decision, including its reasons for the denial.

5. The Regional Appeals Committee may overturn the decision of the Regional Selection Committee only when there is clear and convincing evidence of procedural error or bias that affected the decision to deny movement up the clinical ladder.

6. If the decision of the Regional Selection Committee is reversed by the Regional Appeals Committee, the increase in pay will be retroactive to the application deadline.

The decision of the Regional Appeals Committee is final and binding and shall not be subject to the provisions of Article XXVII of the Collective Bargaining Agreement.

## SECTION G – TRANSFERS.

RD IIIs who transfer within the same facility or to another facility in the same area of clinical specialty (i.e. area of expertise) will retain their status. RD IIIs who voluntarily transfer to a different area of clinical specialty within the same facility or another facility will not retain their RD III status and their effective date back to RD II shall be the date of transfer.

## SECTION H – COMPENSATION.

The compensation level for the RD III classification shall be as per the RD III wage scale, effective the date of the application deadline preceding approval. Employees approved for RD III while on unpaid leave of absence shall receive their new rate effective the first pay period upon their return.

## NCAL APPENDIX T

## REGISTERED DIETITIANS HOLIDAYS

For Registered Dietitians who have completed their probationary period, the following days shall be recognized as holidays:

Christmas Day
Independence Day
Labor Day
Memorial Day
New Year's Day
President's Day
Thanksgiving Day

## NCAL APPENDIX U

## REGISTERED DIETITIANS OTHER APPLICABLE PROVISIONS

A.   **TIME FLEXIBILITY.**
Flexible scheduling in daily work hours is available, not to exceed normal scheduled work hours, based on manager's discretion and operational needs being met.

B.   **MENTORING OF INTERNS.**
Intern mentoring supports the development of registered dietitians who are potential candidates for hire by the Employer. RD staff workload may need to be adjusted to meet operational needs during intern mentoring. RD staff is encouraged to work as a team to facilitate the process of workload distribution.

C.   **MEALS.**

1.   **Current Practice**.
According to current practice, the Employer will continue to provide meals for Employees in Nutritional Services. These meals shall be furnished to such Employees without deduction in compensation.

2.   **Outpatient Dietitians**.
Where applicable, Outpatient Dietitians (covered by this Agreement) also have the option to obtain meals as above.

D.   **TENURE STEP PROGRESSION PROVISIONS.**
Credit for outside experience is granted to future hires for placement on the wage scale on the basis of one year of outside relevant experience as a Registered Dietitian in an acute care or clinic setting equals one-half ($^{1}/_{2}$) year of credit up to Step 3.

The relevance of the experience referred to above is determined by the Employer, subject to the grievance procedure in the event of a disagreement.

E.   **EDUCATION RELATED EXPENSES.**

1.   **Regular Full-Time Employees.**
Full-time Employees may use up to 16 hours, (40%) of earned educational leave per calendar year towards educational related expenses, and up to 16 hours of such unused education leave may be carried over from one calendar year to the next, with a maximum accumulation of such hours at any time of 32 hours for Fulltime Regular Employees. however, such education related expenses may not be carried over from year to year.

2. **Regular Part-Time Employees.**
Regular Part-Time Employees will accrue paid educational leave on a prorated basis up to a maximum of one hundred sixty (160) hours and may also use the prorated equivalent (40%) of their annual accrued paid educational leave per year for educational related expenses. Such hours for Regular Part-Time Employees may be carried over from one calendar year to the next, with a maximum accumulation of such hours of two times the prorated equivalent.

F. **16-HOUR EDUCATION LEAVE CASH OUT PROVISION.**

1. **Agreement Statement.**
This process is developed specifically for Registered Dietitians, as part of the Collective Bargaining agreement reached with UHW on January 29, 2003. The agreement states that for Registered Dietitians, sixteen (16) hours of earned Education leave for regular Employees per year may be used for educational related expenses. The sixteen (16) hours is part of (not an additional sixteen (16) hours to their accrued Education Leave) the Employee's annual Education Leave accrual.

2. **Eligibility.**
All regular full-time and part-time Registered Dietitians are eligible for the reimbursement.

Employees must have at least 16.0 hours available in their Education Leave bank.

They may cash out up to 16 hours per calendar year.

3. **Eligibility Criteria.**
Any educational related course/activity is eligible for reimbursement.

4. **Reimbursement of Expenses.**
A maximum of 16 hours are eligible for pay-out each calendar year (no carry-overs).

The reimbursement amount is based on the Employee's hourly rate and available Education Leave hours. The purpose of the education leave cash-out is to support continuing education and professional self-development.

5. **Reimbursement for Pay-Outs Covers.**

- Professional organization membership dues, i.e., CDR, ADA/CDA membership

- Professional organization Practice Group fees, i.e., Clinical Nutrition, Diabetes, Pediatrics

- Professional organization certification fees, i.e., CNSD, CDE, CSP (refer to Appendix B for complete listing)

- Continuing professional education or professional development seminar/conference fees

- Course tuition

- Advancement test in lieu of course

- Travel expenses, i.e., airfare, mileage reimbursement when using own vehicle, auto rental fees, gas for rental vehicle, parking fees, taxi fares, hotel accommodations, etc.

- Meals while attending conferences, workshops or seminars

- Professional publications (no lay publications)

- Self-study materials, software, computer programs (pre-approval by manager required.)

6.  **Application and Reimbursement Process.**
    Employee should inform and provide information to the manager in advance, about the educational activity / course that they plan to attend, and state that they are requesting reimbursement of expenses as provided by the 32 hour Education Leave cash-out Provision of the Agreement. Managers should check their TOPS report (Time Off Benefit Balances Report) to ensure that the Employee has the Education Leave hours available.

    Upon completion of the educational activity, the Employee should provide a copy of the applicable expenses incurred.

    Manager should confirm the Employee's hourly rate.

    Managers should complete a Request for Payment (form #00287) for the appropriate amount with a copy of the receipts / documentation and submit to Accounts Payable for payment
    On the Request for Payment form, the Manager should convert the hourly rate into $'s to cover the cost of the expenses or payment amount. (See examples in item I).

330

Hours not used each year cannot be carried over. Managers should track Employees 16 hour Cash out Provision hours, each time the Employee requests reimbursement via this provision. The Request for Payment form should be sent to Accounts Payable for payment directly to the Employee to reimburse them for the education activity.

Managers should also complete the "Registered Dietitian's TOP's Adjustment Form", and send via e-mail to PS Accruals Team, or fax form to the HR Service Center to deduct the hours requested for cash-out from the Employee's Education Leave bank hours requested for cash-out from the Employees Education Leave bank. See example below:

Example:
- Sally Jones is an RD II, S4 who earns $30.38 per hour.
- Under this provision, she may be reimbursed up to $486 per calendar year
- Sally attends a course that costs $275.
- The $275 equates to 9 hours pay.
- The $275 is the amount to be submitted on the Request for Payment Form.
- 9 hours should be entered on the Time off Pay (TOP's) Adjustment Form.
- The remaining hours that can be paid out to Sally this calendar year is 7 hours.
- If Sally does not cash out the remaining 7 hours this year, she cannot apply the 7 hours to the 16.0 Education leave cash-out for next year.
- These hours will remain in her Educational Leave bank.

| *Sally's hourly rate* | *$35.80* |
|---|---|
| *Possible calendar year reimbursement* | *$35.80 x 32 hours = $1145.60* |
| *Sally's expenses for this course* | *$275.00 ÷ 35.80 = 8 hours* |
| *Request for Refund amount to enter* | *$275.00* |
| *TOP's form hours to enter* | *8 hours* |
| *Remaining hours/amount for cash out* | |
| *24 hours @$35.80 = $859.20* | |

331

**NCAL APPENDIX V**

**REGISTERED DIETITIANS PAID TIME OFF (PTO) PROGRAM**

A.  **PTO Annual Bank and PTO Rollover Bank.**
    All PTO hours accrued but not taken will remain in the PTO Annual Bank and will be available for use during the accrual year. Any PTO hours remaining unused at the end of the accrual year will be placed in the PTO Rollover Bank. The maximum combined accrual in the PTO Annual and Rollover Banks is 500 hours. No further accumulation of PTO hours will occur until such time as the Employees use their accumulated PTO hours.

B.  **Holidays During PTO.**
    If a designated holiday occurs during an Employee's scheduled PTO period, that day shall not be charged against accrued Paid Time Off.

C.  **PTO In-Service Cash Out.**

    i.)     On an annual basis during the last quarter of each year, Employees may make an irrevocable election to cash out PTO hours that they will accrue in the subsequent calendar year during a designated election period. Employees will be able to cash out PTO hours in 40-hour increments up to 160 hours provided their election does not exceed their expected annual accrual based on their PTO service date and scheduled hours as of January 1st following the election period. The amount an Employee can elect to cash out may vary from year to year.

    ii.)    During the designated election period, Employees will specify the pay period(s) in which to receive the cash out(s) and the number of 40-hour increments to be cashed out based on their expected annual accrual in the upcoming year. It may take up to fourteen (14) days following the specified pay period to process the actual cash out.

    iii.)   In order to receive a cash out, Employees must have the PTO hours available in their Annual bank at the time of the specified pay period. If at the time of the cash out there are insufficient PTO hours available in the Annual Accrual Bank to cover the 40-hour increment(s), Employees will receive the balance contained in their Annual Accrual Bank. If there are no hours available in their Annual Accrual Bank, there will be no cash out for that specified pay period.

D.  **Payment of Unused PTO Hours at Retirement or Termination.**
    The combined balance of Employees' PTO Annual and PTO Rollover Banks will be paid upon retirement or termination.

332

E.    **Financial Hardship Payment from the PTO Banks.**
Employees are eligible to request financial hardship payouts from their PTO Banks in accordance with the Employer's financial hardship policy.

F.    **Extended Sick Leave.**

i.)    Extended Sick Leave (ESL) hours are to be used for illnesses or injuries which prevent Employees from working for longer than seven continuous calendar days. Employees may use their ESL on the 1st day of hospitalization. Hospitalization is defined as an inpatient or outpatient surgical procedure whereby the physician has prescribed time off in excess of one day for recovery. Employees may use ESL hours without an approval for State Disability Insurance (SDI) or Workers' Compensation benefits. If Employees are eligible for SDI or Workers' Compensation benefits, payments will be integrated with ESL/PTO.

ii.)    Regular full-time Employees accrue four (4) hours of ESL per month, or six (6) days per year in their ESL Bank. ESL for regular part-time Employees will be prorated based on scheduled hours. There is no limit on the number of ESL hours that can be accumulated.

G.    **Holidays During ESL.**
If a designated holiday occurs while an Employee is on ESL, that day shall not be charged against accrued ESL.

H.    **Unused ESL Hours at Retirement or Termination**.
Upon retirement or termination for any reason, Employees will not be paid for any unused hours remaining in their ESL Bank. However, Employees with a balance of two hundred and fifty hours (250) or more ESL hours at the time of retirement or termination will receive Credited Service under the Kaiser Permanente Retirement Plan equal to the number of hours remaining in their ESL Bank.

333

## NCAL APPENDIX W

## REGISTERED DIETITIANS PENSION

A.  **Pension.**
The retirement plan and post-retirement benefits shall be maintained in their entirety as they exist today for the Registered Dietitians, including the Grandfathering provisions that apply to the Registered Dietitians who receive pre-1986 post-retirement benefit levels. The Employer shall provide a Defined Benefit Pension Plan. The full cost of the Plan will be paid by the Employer. The pension formula shall be 1.5% of Final Average Monthly Compensation (FAMC) multiplied by all years of Credited service with no Social Security offset. Either party is permitted to open the Agreement regarding pension within 20-50 days following the conclusion of the Defined Contribution and Defined benefit subcommittee recommendations or discharge of the committee.          If the Agreement is reopened to retain pension benefits, the Union retains the right to strike. Major benefit provisions of the plan are described below. A full description of the plan is contained in a separate summary plan description distributed to all Employees and a plan document is available for Employee inspection.

i.)  **Service.**
Years of Service determines eligibility for Early Pension, Normal Pension, Postponed or a Deferred Vested Pension. Any calendar year in which an Employee receives pay for 1,000 or more hours of employment with the Kaiser Permanente Medical Care Program is a year of service.

ii.)  **Credited Service.**
Credited Service is defined as a year in which the participant has 2,000 or more compensated hours. Credited service is prorated if there are less than 2,000 compensated hours in a calendar year. FAMC is defined as the averaged highest sixty (60) consecutive months of compensation earned over the last one hundred twenty months (120) of employment.

iii.)  **Eligibility for and Amount of Benefits.**

a.)  **Normal Retirement.**
An Employee is entitled to a Normal Monthly Pension if he/she retires on his/her 65th birthday and has completed at least one (1) year of Service.

b.)  **Early Retirement.**
An Employee is entitled to an Early Pension if he/she retires on his/her fifty-fifth (55th) birthday after completing fifteen (15) or more years of pension service, or when the sum of his/her age and years

334

of pension service total 75. The benefit will be reduced based on age to reflect the earlier commencement of benefits. The benefit is reduced an additional 5% for each year under age 55.

### Amount of Early Pension.

| Age | Percentage |
|-----|------------|
| 64 | 97 |
| 63 | 94 |
| 62 | 91 |
| 61 | 88 |
| 60 | 85 |
| 59 | 80 |
| 58 | 75 |
| 57 | 70 |
| 56 | 65 |
| 55 | 60 |

c.)  **Postponed Retirement.**
An Employee is entitled to a Postponed Pension if he/she retires after his/her 65th birthday and has completed at least 1 year of Service. The pension benefit is calculated using credited service and FAMC earned through your retirement date.

d.)  **Deferred Vested Pension.**
An Employee is entitled to a Deferred Vested Pension if his/her employment terminates and he/she has completed five (5) or more years of service. The deferred vested Pension is computed in the same manner as Normal Pension, based on Credited Service and Final Average Compensation at termination of employment. Payments commence at age sixty-five (65), subject to filing a retirement application.

e.)  **Survivor Annuity.**
An Employee who has attained five (5) or more years of service is entitled to survivor annuity coverage. If such an Employee dies prior to retirement, and is survived by a spouse or domestic partner, the spouse or domestic partner will receive monthly benefit equal to the amount that would have been payable if the Employee had retired the day before his/her death and elected the joint and survivor method of payment with 66-2/3% continuation to the survivor.

f.)  **Manner of Payment.**
Pensions are paid monthly under a method of payment elected by the Employee. The Employee may elect a life annuity, a joint and survivor annuity, a guaranteed years of payment annuity, an

335

annuity which together with Social Security provides level payments before and after Social Security begins, or a single sum. If the method of payment is other than a life annuity, the amount of payment will be actuarially adjusted.

g.) **Reinstatement of Benefits.**
If an Employee terminates employment and is reemployed, all prior service and Credited Service is reinstated upon reemployment.

iv.) **Voluntary Employee Contributions.**
An Employee who is eligible to participate in the defined contribution plan(s) may provide for a supplementary retirement income financed by voluntary Employee contributions, and/or Employer contributions.

All Employees shall be eligible for the Kaiser Permanente Salary Deferral Retirement Plan (KPSDR), which allows tax-deferred contributions to a 401(k) type retirement plan. After completing two (2) years of service, during which the Employee is compensated for 1,000 hours, each year, the Employer contributes seven (7) percent of the Employee's base wage up to the Social Security wage, and ten (10) percent thereafter.

v.) **Health and Welfare Benefits for Retirees.**

a.) Regular Registered Dietitians hired prior to February 1, 1986 and who meet the eligibility requirements for Retirement under the defined benefit plan when they terminate employment are eligible to receive Employer paid medical coverage (KFHP High Plan), with optical under the Kaiser Foundation Health Plan, Inc., supplemental medical and comprehensive dental benefits, for themselves, their Spouse or Domestic Partner and eligible dependent children. The Preferred Provider Option (PPO) plan is also available. The PPO plan may require the retiree to pay a monthly premium for medical coverage. Medicare Part B premiums will be reimbursed for the retiree and any eligible dependents (i.e. Spouse, or Domestic Partner) enrolled in Part B. Tapered Life insurance for the retiree is also provided. Retiree benefits will begin the first of the month following Retirement. The retiree, spouse, domestic partner or any other eligible dependents must enroll in Medicare Parts A and B when first eligible to continue receiving benefits. Those who choose KFHP must also enroll in Sr. Advantage.

b.) Regular Registered Dietitians hired on or after February 1, 1986, who are 55 or older and have at least 15 years of pension service, and meet the eligibility requirements for Retirement under the defined benefit plan when they terminate employment, are eligible to receive Employer paid medical coverage at age 65 under the

336

Kaiser Foundation Health Plan, Inc., without optical benefits for themselves and their eligible dependents (i.e., Spouse or Domestic Partner and dependent children). The Preferred Provider Option (PPO) plan is also available. The PPO plan may require the retiree to pay a monthly premium for medical coverage. The Registered Dietitian and spouse or domestic partner or any other eligible dependents must enroll in Medicare Parts A and B when first eligible and assign Medicare benefits to Kaiser Foundation Health Plan, Inc. in order to be eligible for Health Care coverage. Those who choose KFHP must enroll in Sr. Advantage. Benefits will begin the first of the month following the later of receipt of the retiree's Medicare card or the effective date of the retiree's Medicare coverage.

c.) Retiree medical coverage is extended to the retiree's spouse or eligible domestic partner and eligible dependent children. Physically or mentally disabled children are covered regardless of age, provided such disability occurred prior to the dependent child turning age 25. The retiree may need to provide annual certification of the disability and dependence. Upon the death of the retiree, coverage continues for the surviving spouse until remarriage or death, for the eligible domestic partner until marriage, reentering a domestic partnership or death, and for surviving dependent children until they no longer meet the eligibility requirements.

d.) Any future reductions in Medicare covered services or Medicare reimbursements that result in Medicare's share dropping below 50% of the normal Kaiser Foundation Health Plan, Inc. premium will require a co-payment from the retiree. The monthly co-payment will be the amount of money that when combined with Medicare's reimbursement will equal 50% of the normal Kaiser Foundation Health Plan, Inc. premium.

e.) Coverage, limitations and exclusions of the foregoing Health and Welfare Plans are established and governed by the Employer's service Agreements with the respective providers, insurance carriers, Plan Documents and Summary Plan Descriptions.

## NCAL APPENDIX X

## SERVICE PERFORMANCE PAY PROGRAM PILOT PROJECT

Lump sum service performance payments will be made as follows to eligible Employees based on service performance as rated by the Kaiser Permanente Health Plan Membership for each year of the Agreement.

Measurement Year

| Performance Targets | Points Improvement | Payout Percentage |
|---|---|---|
| Threshold | 2 | 1.5% |
| Target | 3 | 2.0% |
| Stretch | 4 | 2.5% |

A.   **Performance Measurement.**
The measurement instrument shall be the Kaiser Permanente Member and Patient Surveys to the following questions:

> Thinking of your experiences in the past 12 months, how would you rate Kaiser Permanente on providing you with:
>
> - Personal and responsive service
> - Convenient and easy access

The percent of "very good" and "excellent" response ratings to these questions shall determine the year-end score for the measurement year. Points of improvement shall be determined by subtracting the prior year's year-end score from the measurement year's year-end score.

The percent of "very good" and "excellent" response ratings to these questions shall determine the year-end score for the measurement year. Points of improvement shall be determined by subtracting the prior year's year-end score from the measurement year's year-end score.

B.   **Payment Formula.**
Eligible Employees shall receive the percentage payout in accordance with the above schedule based upon the regional points of improvement. To determine the lump-sum payment, the payout percentage shall be multiplied by the Employee's total wage compensation for the measurement year(s).

C.   **Eligible Employee.**
An eligible Employee is an Employee on the Kaiser Permanente payroll on March 1 following the measurement year and who has completed 300 hours of work in the measurement year.

338

D.     **<u>Payment Date</u>.**
The first pay period after April 1 following the measurement year.

E.     **<u>Kaiser Permanente Member and Patient Surveys</u>.**
The Employer reserves the right to modify, add or delete questions on the surveys
or to modify the computation for all questions except for the survey question of:

> Thinking of your experiences in the past 12 months, how would you rate Kaiser Permanente on providing you with:
>
> - Personal and responsive service
> - Convenient and easy access

The administration of the surveys and survey processes shall be determined by Kaiser Permanente.

F.     **<u>Definitions</u>.**

**Measurement Instrument:** The Kaiser Permanente Member and Patient Surveys year-end results.

**Survey Questions:**
- Personal and responsive service
- Convenient and easy access

**Response Ratings:** Percent of responses within the categories of "very good" and "excellent" for the above two survey questions.

**Measurement Year:** January 1-December 31 for each year of the Agreement.

**Payment Date:** The first pay period after April 1 following the measurement year.

**Year-end Score:** The year end response ratings.

**Points of Improvement:** The amount by which the measurement year's yearend score exceeds the prior year's year-end score.

Example:
[Year-end 2008 score] – [Year-end 2007 score] = Points of improvement for 2008

**Performance Targets:** Designates the points of improvement at the end of the measurement year for the survey questions.

**Performance Target Categories:**
- Threshold
- Target
- Stretch

**Payout Percentage:** The percent of lump-sum payment that corresponds to the performance targets.

**Payment Formula:** The payout percentage designated by the performance targets multiplied by an Employee's total wage compensation for a measurement year.

**Eligible Employee:** An Employee on the payroll as of March 1 following the measurement year and who has completed 300 hours of work in the measurement year.

## NCAL APPENDIX Y

## SHIFT DIFFERENTIAL/TENURE STEP/
## EXPERIENCE CREDIT IN LIEU OF BENEFITS

### SECTION 1 – SCHEDULE Y.

Effective November 1, 1992, for the classifications listed below, evening shift differential shall be $1.00 per hour and night shift differential shall be $1.25 per hour.

**Kaiser Permanente Post Acute Care Center (KPPACC):**
Effective October 7, 2001, for the classifications listed below, evening shift differential shall be $.60 per hour and night shift differential shall be $.85 per hour.

The In Lieu of Benefits differential shall be $1.00 per hour for the classifications listed below.

ADMITTING REPRESENTATIVE
ADMITTING REPRESENTATIVE SR
ALLERGY TECHNICIAN
ALLERGY TECHNICIAN SR
ALLERGY TECHNICIAN TRAINEE
AMERICAN SIGN LANGUAGE
INTERPRETER
ANESTHESIA SUPPLY AIDE
ANESTHESIA SUPPLY AIDE SR
CARE PARTNER
CLERICAL GRADES 1-7
CLIN AUTOTRANSFUSION TECH SR
CLINICAL AUTOTRANSFUSION TECH
COMMUNICATION OPERATOR
COMMUNICATION OPERATOR SR
COOK A
COOK IN CHARGE SR
CUSTODIAN/WATCHMAN
DARK ROOM TECHNICIAN
DISABILITY CLAIMS CLERK
EMERGENCY DEPT TECHNICIAN I
EVALUATION & MANAGEMENT
CODER
GARAGE/PARKING ATTENDANT
GARDENER
GARDENER SR
HEALTH INFO CODER TRAINEE
HOME HEALTH AIDE

HOUSEKEEPING AIDE
HOUSEKEEPING HEAD AIDE
INTAKE CLAIMS-CASHIER
INTERPRETER
INTERPRETER/TRANSLATOR
LABORATORY ASSISTANT I
LABORATORY ASSISTANT II
LABORATORY ASSISTANT III
LABORATORY ASSISTANT SR
LINEN ROOM SUPERVISOR
LITHOTRIPSY TECHNICIAN
MEDICAL ASSISTANT
MEDICAL ASSISTANT SR
MEDICAL SECRETARY
TRAINEE MESSENGER DRIVER
MESSENGER DRIVER SR
MONITOR TECHNICIAN MULTI-
LINGUAL INTERPRETER
NURSE ASSISTANT
NURSE ASSISTANT SR
NURSE ASSISTANT TRAINEE
NUTRITION AIDE
OB TECHNICIAN
OB TECHNICIAN SR
PATIENT MOBILITY TECHNICIAN 1
PATIENT MOBILITY TECHNICIAN 2
PATIENT TRANSPORTATION AIDE
PHARMACY INTERN

341

PHYSICAL THERAPY AIDE
PHYSICAL THERAPY AIDE SR
PSYCHIATRIC ATTENDANT REGL
LAB SUPPORT SPECIALIST RESP
CARE PERMITTEE
RESPIRATORY SUPPLY AIDE
RESPIRATORY SUPPLY AIDE SR
SERVICE PARTNER
STERILE PROCESSING TECH I
STERILE PROCESSNG TECH II CERT

STERILE PROCESSNG TECH SR
CERT
STOREKEEPER
STOREKEEPER CHIEF
STOREKEEPER I
STOREKEEPER II
UNIT ASSISTANT
UNIT ASSISTANT SR
VISION SERVICES ASST I
VISION SERVICES ASST SR
YARDKEEPER

## SECTION 2 – SCHEDULE Z.

Effective November 1, 1992, for the classifications listed below, evening shift differential shall be $1.45 per hour and night shift differential shall be $1.95 per hour.

Effective November 1, 1992, for the classifications below, the In Lieu of Benefits differential shall be $2.00 per hour.

3D IMAGING ANALYST
ANESTHESIA TECHNICAL AST
ANESTHESIA TECHNICAL AST SR
ATHLETIC TRAINER CERTIFIED
BONE DENSITOMETRY TECH
BONE DENSITOMETRY TECH SR
CARDIOVASCULAR ANESTHESIA TECH
CARDIOVASCULAR TECH
CARDIOVASCULAR TECH SR
CYTOGENETIC TECH I
CYTOGENETIC TECH II
CYTOGENETIC TECH III
CYTOGENETIC TECH SR
CYTOGENETIC TRAINEE CYTO-HISTO TECHNOLOGIST SUP
CYTOTECHNOLOGIST CHIEF
CYTOTECHNOLOGIST I
CYTOTECHNOLOGIST II
CYTOTECHNOLOGIST III
CYTOTECHNOLOGIST III QC
DEDCTD LAB SONOGRAPHER I
DEDCTD LAB SONOGRAPHER I SUPV
DEDCTD LAB SONOGRAPHER II
DEDCTD LAB SONOGRAPHER II SUPV
DIETETIC TECHNICIAN ELIGIBLE
DIETETIC TECHNICIAN REG
DIETETIC TECHNICIAN REG LEAD
EEG TECHNOLOGIST I
EEG TECHNOLOGIST II
EKG TECHNICIAN
EKG TECHNICIAN SR
EMERGENCY DEPT TECHNICIAN II
ESTHETICIAN
HEALTH INFORMATION CODER I
HEALTH INFORMATION CODER II

HEALTH INFORMATION CODER III
HISTOLOGIC TECHNICIAN I
HISTOLOGIC TECHNICIAN II
HISTOLOGIC TECHNICIAN SUPV
HISTOLOGIC TECHNICIAN TRAINEE
INVASIVE CARDIOVASCULAR SPCLST
LICENSED VOC NURSE IV CERT
LICENSED VOC NURSE IV CERT SR
LICENSED VOCATIONAL NURSE
LICENSED VOCATIONAL NURSE SR
MEDICAL SECRETARY
MEDICAL SECRETARY SR
MOLECULAR TECHNOLOGIST I
MOLECULAR TECHNOLOGIST II
MOLECULAR TECHNOLOGIST III
MOLECULAR TECHNOLOGIST SR
MOLECULAR TECHNOLOGIST TRAINEE
MRI TECHNOLOGIST I
MRI TECHNOLOGIST II
MRI TECHNOLOGIST SUPV MRI TECHNOLOGIST TRAINEE
NUCLEAR MEDICINE TECH I
NUCLEAR MEDICINE TECH II
NUCLEAR MEDICINE TECH SUPV
NUTRITION ASSISTANT OCCUP
HEALTH TECH CERT OCCUP
HEALTH TECH SR CERT OCCUP
THERP ASST I CERT OCCUP
THERP ASST II CERT
OPHTHALMIC PHOTOGRAPHER
OPHTHALMIC TECHNICIAN
OPHTHALMIC TECHNICIAN II CERT
OR EQUIPMENT TECH
OR EQUIPMENT TECH SR
ORTHOPEDIC TECHNICIAN I
ORTHOPEDIC TECHNICIAN II

343

ORTHOPEDIC TECHNICIAN SR
PACEMAKER TECHNICIAN
PACEMAKER TECHNICIAN SR
PATHOLOGY TECHNICAL ASST
PATHOLOGY TECHNICAL ASST SR
PHARMACY TECH INPATIENT LEAD
PHARMACY TECH OUTPATIENT
LEAD
PHARMACY TECHNICIAN INPATIENT
PHARMACY TECHNICIAN
OUTPATIENT
PHYSICAL THERAPY ASST I
PHYSICAL THERAPY ASST II
PROFESSIONAL CODER I
PROFESSIONAL CODER II
PROFESSIONAL CODER III
PSYCHIATRIC TECHNICIAN
PSYCHIATRIC TECHNICIAN SR
RAD TECH I
RAD TECH II
RAD TECH III
RAD TECH IV
RAD TECH V
RAD TECH LEAD
RADIATION ONCOLOGY AIDE
RADIATION THERAPIST
RADIATION THERAPIST LEAD
RADIOLOGIC FILM PROCESS TECH
LEAD
RADIOLOGIC FILM PROCESS TECH I
RADIOLOGICAL FILM PROCESSOR II
RADIOLOGICAL TECH LIMITED
RESP CARE PRACTITIONER I

RESP CARE PRACTITIONER I REG
RESP CARE PRACTITIONER II
RESP CARE PRACTITIONER II REG
RESP CARE PRACTITIONER SUPV
SLEEP TECHNOLOGIST I SLEEP
TECHNOLOGIST II SLEEP
TECHNOLOGIST LEAD
SONOGRAPHER I
SONOGRAPHER I SUPV
SONOGRAPHER II
SONOGRAPHER II SUPV
SONOGRAPHER III
SONOGRAPHER III SUPV
SONOGRAPHER IV
SONOGRAPHER IV SUPV
SONOGRAPHER TECHNICIAN
SONOGRAPHER TRAINEE
SONOGRAPHER V
SONOGRAPHER V SUPV
SURGICAL ASSISTANT SURGICAL
ASSISTANT CERT SR SURGICAL
ASSISTANT CERTIFIED
SURGICAL ASSISTANT SR
SURGICAL ASSISTANT TRAINEE
SURGICAL TECHNICIAN
SURGICAL TECHNICIAN SR
SURGICAL TECHNICIAN TRAINEE
TRUCK DRIVER
TRUCK DRIVER FOREMAN
VISION SERVICES ASST II
WAREHOUSE PERSON
WAREHOUSE PERSON LEAD

344

## NCAL APPENDIX Z

## SONOGRAPHER CAREER LADDER

### December 16, 2004

The parties, SEIU 250 ("the Union") and Kaiser Permanente Medical Group ("the Employer") hereby make this Agreement to establish a Career Ladder for Diagnostic Ultrasonographers ("Sonographers").

### TRAINEE.
No change to current contract language (page 100).

### TECHNICIAN.

### Employee has no ARDMS Registries.

1.    Must be proficient in required specialty as determined by the employer.

2.    Must meet current qualifications to sit for ARDMS registry examination.

3.    Must obtain ARDMS registry within nine (9) months from date of hire in the ultrasound position to continue employment*.

4.    Must be able to work under indirect supervision.

*Current employees performing ultrasound (those hired prior to ratification of this career ladder) are exempt from these requirements until required by law and/or regulatory or accrediting agency.

### SONOGRAPHER I.
Must have one ARDMS registry in any specialty.

### SONOGRAPHER II.
Must have two ARDMS registries in any specialties.

### SONOGRAPHER III.
Must have three ARDMS registries in any specialties and must have equivalent of three years (6,240 hours) continuous ultrasound experience within the last six years with no more than one-year break in experience within the last four years.

### SONOGRAPHER IV.
Must be registered and competent in 4 ARDMS registries that are performed by the Lab. Must have equivalent of five years (10,400 hours) recent ultrasound experience within the last ten years with no more than one year break in experience within the last four years.

345

**SONOGRAPHER V.**
Must be registered and competent in 5 ARDMS registries that are performed by the Lab. Must have equivalent of five years (10,400 hours) recent ultrasound experience within the last ten years with no more than one year break in experience within the last four years.

**DEDICATED SPECIALTY SONOGRAPHER.**
A Dedicated Specialty Sonographer is defined as a Sonographer I or II, registered in one or two disciplines performed by the lab, whose permanent work assignment is in an area where the scope of practice and work is limited to ultrasound exams and procedures in one or two registry disciplines as defined by the ARDMS.

1.      If a Dedicated Specialty Sonographer meets the qualifications of a Sonographer III, they shall be paid as a Sonographer III.

2.      All ARDMS cardiac registries will be recognized and awarded for advancement from Dedicated Specialty Sonographer I to Dedicated Specialty Sonographer II in Dedicated Cardiac labs.

3.      The ARDMS Fetal Echocardiography registry will be recognized and awarded for advancement from Dedicated Specialty Sonographer I to Dedicated Specialty Sonographer II in Dedicated Obstetrical labs.

4.      It is understood that ultrasound is a dynamic field and as new registries are developed the employer and union will discuss their recognition in Dedicated Labs.

**SUPERVISORY SONOGRAPHER.**
Satisfies requirements for Sonographer I, II, III, IV, V, or Dedicated Specialty Sonographer. The Supervisory Sonographer shall be paid 10% higher than the step of the sonographer classification for which they qualify.

**IMPLEMENTATION OF CAREER LADDER AND INCOME SECURITY.**
The parties' intention is to create a career ladder for sonographers. It is agreed that under no circumstance will current sonographers (those on payroll as of ratification of this Career Ladder) who are reassigned to other classifications or levels as a result of the implementation of the new structure suffer any reduction in pay.

1. Sonographers will be placed into the level on the new structure that is dictated by the number of ARDMS registries and years of experience as defined above.

2. Sonographers will be placed at the tenure step of their level on the new structure that is closest to, but not less than, their current rate. Such placement on the new structure has no negative effect on tenure step advancement, meaning that sonographers will continue to advance through tenure steps based on the criteria set forth in the collective bargaining agreement.

346

## <u>FUTURE TENURE STEP PLACEMENT.</u>

After implementation of the Sonographer Career Ladder, Sonographers qualifying for a higher level as a result of gaining additional ARDMS registry(ies) will be placed at the lowest tenure step of the higher level that provides for at least a 3% base rate pay increase.

## NCAL APPENDIX AA

## SPONSORED PARENT/PARENT-IN-LAW GROUP

Applicable to parents and parents-in-law of all classifications.

Effective 01-01-03, parents and parents-in-law of Regular Employees will be offered the opportunity to purchase the enhanced Senior Advantage health plan coverage at their own expense provided they are enrolled in Parts A and B of Medicare and meet the eligibility rules of the Senior Advantage health plan. For those regions without a Sr. Advantage product, the Medicare product available in that Region will be offered.

The enrollment rules, eligibility and plan design (benefits and co-pays) will be consistent although not identical, (regional variation may apply) and will be reviewed by the Benefits Task Force. (Regional variation may apply). The Employer shall not be required to bargain over such changes. However, the Employer shall provide the unions with forty-five days' notice of the nature and date of such changes.

Participants enrolled prior to 01-01-03 will be grandfathered under their current eligibility rules.

## NCAL APPENDIX BB

## TRANSITION ASSISTANCE PROGRAM

### February 24, 1994

I.   **PREAMBLE.**
This Letter of Agreement executed on_____ by and between Health Care Workers Union, Local 250 (hereinafter referred to as the "Union") and the Kaiser Permanente Medical Care Program Northern California Region (hereinafter referred to as the "Employer") extends certain benefit rights and severance pay as set forth below to eligible employees represented by the Union who are laid off by the Employer. A layoff is defined as a conversion of a Regular employee to a terminated, unpaid status (not a leave of absence or casual assignments). The provisions of this Letter of Agreement are intended to supplement the Reduction in Force provisions of Article VI, Section 4 of the Collective Bargaining Agreement between the parties. Further, the provisions of this Letter of Agreement shall remain in effect from the date of execution by the parties through November 1, 1994, unless extended by mutual agreement of the parties. However, the Employer reserves the right to terminate the provisions of this Letter of Agreement upon thirty (30) days' written notice to the Union.

II.  **AFFECTED EMPLOYEES AND ELIGIBILITY.**
The provisions of this Letter of Agreement shall apply to any eligible Regular employee (twenty (20) or more hours of work per week; thirty-two (32) hours per week in Fresno) in a classification covered by the Collective Bargaining Agreement between the parties who has received notice of layoff and who voluntarily retires, resigns, or who is involuntarily laid off by the Employer, from the date of execution of this Letter of Agreement through November 1, 1994. This Agreement does not apply to Short-Hour, Temporary or Casual employees. In accordance with Article VI – Seniority, Section 4 – Reduction in Force, the Employer retains the exclusive right to determine among which craft/classification of employees in which department a reduction in force is necessary. However, it is the intent of the Employer to first seek among affected employees (who have received notice of a layoff in their department) volunteers to retire/resign before resorting to involuntary layoff. The specific benefits and severance available to affected employees will depend upon whether they are voluntarily separated or involuntarily laid off as described below.

349

III.    **BENEFITS AND SEVERANCE PLANS – DEFINITIONS AND**

**APPLICATION. Section A – Voluntary Separation with Waiver –**

**Retirement Eligible.**

1.    **Definition of Eligible Employees.**
Regular employees who have volunteered to retire, who at the time of separation are eligible for retirement under the normal, early disability or postponed provisions of the Pension Plan as defined under Article XXV, Section 4 of the Collective Bargaining Agreement, and who sign the general release attached hereto as Exhibit I.

2.    **Severance Pay.**
Eligible employees as defined in this Section will receive severance pay equal to one (1) week of pay at their regular straight-time hourly wage rate at time of separation, exclusive of shift or other differentials, for each year of Regular service, with a minimum of one (1) month's pay to a maximum of six (6) months' pay. A "week of pay" is defined as the number of normal scheduled hours in a payroll week at the time of separation exclusive of additional hours or overtime. Thus, for part-time Regular employees a week's pay will vary between twenty (20) and thirty-nine (39) hours of pay.

The severance pay described above shall be paid to the employee in regular bi-weekly payroll periods over the appropriate severance period, as if the employee were still on the job. Such payments shall be less appropriate taxes and other legally mandated deductions. The severance pay period will not count as time worked for purposes of computing credited service or any other rights under the Pension Plan nor for calculation of any other benefit rights or accruals, e.g. vacation, sick leave, educational leave, etc.

If a former employee receiving the severance pay described above is rehired into any position by Kaiser Permanente during the severance period, the eligibility for continued payment of the remaining severance pay shall cease on the day the individual begins work in the rehire position. (Former employees shall retain recall rights per Article VI, Section 4 of the Collective Bargaining Agreement and shall receive appropriate wage tenure credit in accordance with Human Resource Policy #2.01, "Hiring Rates". However, any individual that is rehired will be eligible only for the pay and benefits applicable to the new position.)

3. **Health Plan Benefits.**
Eligible employees as defined in this Section shall continue to receive Health Plan benefits equal to health plan benefits provided active employees for themselves and eligible dependents in accordance with Article XXII, Section 1 of the Collective Bargaining Agreement at the Employer's expense. Such coverage shall begin on the first day of the month following the employees' retirement dates. The Health Plan coverage shall continue until the individual becomes eligible for and enrolls in Parts A and B of Medicare, at which time the Health Plan coverage will convert to post-retirement coverage as provided for in the Collective Bargaining Agreement and currently described as MS or NYLIC H-42 coverage.

4. **Reemployment Benefits.**
Former Regular employees covered by this Section, with two (2) years of Regular service at the time of separation, who are rehired by Kaiser Permanente Northern California Region within twenty-four (24) months of their separation dates shall have the new hire Health Plan and Dental Plan waiting periods waived. They shall also accrue paid time off benefits at the rate to which they were entitled at the time of separation.

5. **Job Replacement Assistance and Financial Education.**
Eligible employees as defined in this Section shall receive group outplacement assistance (help in preparing for job interviews, writing resumes), and group financial planning education, at locations, times and frequency established by the Employer. Participation in such counseling is voluntary for the eligible employees.

6. **Employee Assistance Program.**
Eligible employees as defined by this Section shall receive five (5) Employee Assistance counseling sessions at the Employer's expense, in addition to the five (5) counseling sessions already provided to active employees. Any of the ten (10) counseling sessions available to eligible employees or dependents must be used no later than six (6) months after the date on which the employees were separated.

### Section B – Voluntary Separation with Waiver – Not Retirement Eligible.

1. **Definition of Eligible Employees.**
Regular employees with at least one (1) year of Regular service at the date of separation who have received notice of layoff and have volunteered to resign, who are not eligible to retire under the Normal, Postponed or Early Retiree provisions of the Pension plan as defined under Article XXV, Section 4 of the Collective Bargaining Agreement, and who sign the general release attached hereto as Exhibit I.

351

2.   **Severance Pay.**
Eligible employees as defined in this Section will receive severance pay equal to one (1) week of pay at their regular straight-time hourly wage rate at time of separation, exclusive of shift or other differentials, for each year of Regular service, with a minimum of one (1) month's pay to a maximum of six (6) months' pay. A "week of pay" is defined as the number of normal scheduled hours in a payroll week at the time of separation exclusive of additional hours or overtime. Thus, for part-time Regular employees a week's pay will vary between twenty (20) and thirty-nine (39) hours of pay.

The severance pay described above shall be paid to the employee in regular bi-weekly payroll periods over the appropriate severance period, as if the employee were still on the job. Such payments shall be less appropriate taxes and other legally mandated deductions. The severance pay period will not count as time worked for purposes of computing credited service or any other rights under the Pension Plan nor for calculation of any other benefit rights or accruals, e.g. vacation, sick leave, educational leave, etc.

If a former employee receiving the severance pay described above is rehired into any position by the Kaiser Permanente Northern California Region during the severance period, the eligibility for continued payment of the remaining severance pay shall cease on the day the individual begins work in the rehire position. (Former employees shall retain recall rights per Article VI, Section 4 of the Collective Bargaining Agreement and shall receive appropriate wage tenure credit in accordance with Human Resource Policy #2.01, "Hiring Rates". However, any individual that is rehired will be eligible only for the pay and benefits applicable to the new position.)

3.   **Health Plan and Dental Benefits.**
Eligible employees as defined in this Section shall continue to receive Health Plan and Dental Plan benefits for themselves and eligible dependents in accordance with Article XXII, Sections 1 and 3 of the Collective Bargaining Agreement at the Employer's expense. Such coverage shall begin on the first day of the month following each employee's resignation date and shall continue for a maximum of twelve (12) months following the month in which the employee resigned. In addition, such coverage shall also cease at the end of any month during the twelve (12) month period in which the former employee is hired by another employer and eligible for any health plan benefits.

4.   **<u>Reemployment Benefits.</u>**
Former Regular employees covered by this Section, with two (2) years of Regular service at the time of separation, who are rehired by Kaiser Permanente Northern California Region within twenty-four (24) months of their separation dates shall have the new hire Health Plan and Dental Plan waiting periods waived. They shall also accrue paid time off benefits at the rate to which they were entitled at the time of separation.

5.   **<u>Job Replacement Assistance and Financial Education.</u>**
Eligible employees as defined in this Section shall receive group outplacement assistance (help in preparing for job interviews, writing resumes), and group financial planning assistance (tax advice and budgeting), at locations, times and frequency established by the Employer. Participation in such counseling is voluntary for the eligible employees.

6.   **<u>Employee Assistance Program.</u>**
Eligible employees as defined by this Section shall receive five (5) Employee Assistance counseling sessions at the Employer's expense, in addition to the five (5) counseling sessions already provided to active employees. Any of the ten (10) counseling sessions available to eligible employees or dependents must be used no later than six (6) months after the date on which the employees were separated.

7.   **<u>Bridging to Retirement Eligibility.</u>**
Employees who would become eligible for retirement during the period for which they would be eligible for severance shall have the opportunity to use all or part of their eligible severance to reach their retirement eligibility date. Such employees may elect to continue working in a Kaiser Permanente directed assignment at their current wage rate and benefit level, until they reach their retirement eligibility date. Upon reaching their retirement eligibility date they shall retire and their eligibility for severance pay at that time will be reduced by the period of time worked under this "Bridging" benefit.

Eligible employees who elect the Bridging option described above will have their current wage rate frozen from the date their position is scheduled to be eliminated. They shall not be eligible for any contractual or tenure wage increases which may occur during the Bridging period.

Any eligible employee who becomes retiree eligible as a result of this Bridging option shall be subject to all the provisions identified in III. A. above.

**Section C – Involuntary Separation with Waiver.**

1.  **Definition of Eligible Employees.**
    Regular employees with at least one (1) year of Regular service at the date of layoff who have been involuntarily laid off, but who sign the general release attached hereto as Exhibit I.

2.  **Severance Pay.**
    Eligible employees as defined in this Section will receive severance pay equal to one (1) week of pay at their regular straight-time hourly wage rate at time of separation, exclusive of shift or other differentials, for each year of Regular service, with a minimum of one (1) month's pay to a maximum of six (6) months' pay. A "week of pay" is defined as the number of normal scheduled hours in a payroll week at the time of separation exclusive of additional hours or overtime. Thus, for part-time Regular employees a week's pay will vary between twenty (20) and thirty-nine (39) hours of pay.

    The severance pay described above shall be paid to the employee in regular bi-weekly payroll periods over the appropriate severance period, as if the employee were still on the job. Such payments shall be less appropriate taxes and other legally mandated deductions. The severance pay period will not count as time worked for purposes of computing credited service or any other rights under the Pension Plan nor for calculation of any other benefit rights or accruals, e.g. vacation, sick leave, educational leave, etc.

    If a former employee receiving the severance pay described above is rehired into any position by the Kaiser Permanente Northern California Region during the severance period, the eligibility for continued payment of the remaining severance pay shall cease on the day the individual begins work in the rehire position. (Former employees shall retain recall rights per Article VI, Section 4 of the Collective Bargaining Agreement and shall receive appropriate wage tenure credit in accordance with Human Resource Policy #2.01, "Hiring Rates". However, any individual that is rehired will be eligible only for the pay and benefits applicable to the new position, except as described 3. below.)

354

3. **Health Plan and Dental Benefits.**
Eligible employees as defined in this Section shall continue to receive active employee and dependent Employer-paid Health Plan and Dental Plan benefits for themselves and their eligible dependents for a minimum of three (3) months or to the end of the month in which severance pay stops, whichever is longer. Such coverage shall begin the first day of the month following layoff. In addition, such coverage will also cease at the end of any month during the severance period or the three month minimum period in which the former employee receives benefits from another employer.

4. **Other Reemployment Benefits.**
Former Regular employees covered by this Section, with two (2) years of Regular service at the time of separation, who are rehired by Kaiser Permanente Northern California Region within twenty-four (24) months of their separation dates shall have the new hire Health Plan and Dental Plan waiting periods waived. They shall also accrue paid time off benefits at the rate to which they were entitled at the time of separation.

5. **Job Replacement Assistance and Financial Education.**
Eligible employees as defined in this Section shall receive group outplacement assistance (help in preparing for job interviews, writing resumes), and group financial planning education, at locations, times and frequency established by the Employer. Participation in such counseling is voluntary for the eligible employees.

6. **Employee Assistance Program.**
Eligible employees as defined by this Section shall receive five (5) Employee Assistance counseling sessions at the Employer's expense, in addition to the five (5) counseling sessions already provided to active employees. Any of the ten (10) counseling sessions available to eligible employees or dependents must be used no later than six (6) months after the date on which the employees were separated.

7. **Bridging to Retirement Eligibility.**
Employees who would become eligible for retirement during the period for which they would be eligible for severance shall have the opportunity to use all or part of their eligible severance to reach their retirement eligibility date. Such employees may elect to continue working in a Kaiser Permanente directed assignment at their current wage rate and level of benefits, until they reach their retirement eligibility date. Upon reaching their retirement eligibility date they shall retire and their eligibility for severance pay at that time will be reduced by the period of time worked under this "Bridging" benefit.

Eligible employees who elect the Bridging option described above will have their current wage rate frozen from the date they are notified in writing that their positions are to be eliminated. They shall not be eligible for any contractual or tenure wage increases which may occur during the Bridging period.

Any eligible employee who becomes retiree eligible as a result of this Bridging option shall be subject to all the provisions identified in III. A. above.

### Section D – Involuntary Separation without Waiver.

1. **Definition of Eligible Employees.**
   Regular employees who have been involuntarily laid off and who choose not to sign the general release attached hereto as Exhibit I.

2. **Benefits.**
   Eligible employees as defined in this Section shall be entitled only to those rights described in the Reduction in Force provisions of the Collective Bargaining Agreement, Article VI, Section 4. They shall not be eligible for any of the severance pay or benefits described in this Letter of Agreement, except as follows:

   **Employee Assistance Program.**
   Eligible employees as defined in this Section may utilize the five (5) free counseling sessions available in any calendar year to all employees or dependents within six (6) months of their layoff date. In no case are they entitled to more than five (5) such sessions in the calendar year in which they are laid off.

## IV.    INPLACEMENT POLICY

Any employees may avoid involuntary layoff by exercising their rights under the promotions/transfer provisions of the Collective Bargaining Agreement, Article VI, Section 6, prior to layoff. Subsequent to layoff they may exercise their recall rights under Article VI, Section 4.

Any employee who accepts another position prior to layoff for which the wage scale maximum is below the employee's current wage rate will maintain his/her current wage rate until it falls below the maximum of the new position, or for two (2) years, whichever occurs first. If after two (2) years the employee's wage rate remains in excess of the new position's maximum, the employee's wage rate will then be reduced to the new position maximum rate.

356

Furthermore, any Regular employees notified of layoff who transfer to posted positions in a non-benefited status as an alternative to layoff or retirement will continue to receive Health Plan and Dental Plan benefits only for themselves and their eligible dependents for a period of three (3) months following the end of the month in which they transfer to non-benefited status.

In addition, any Regular employees with two (2) years of Regular service who have received notice of layoff, who transfer to another Regular Kaiser Permanente Northern California Region position to avoid layoff or who are laid off and then reemployed in the Kaiser Permanente Northern California Region within six (6) months of their layoff date are eligible once only for reimbursement of moving expenses up to two thousand dollars ($2,000.00), provided all of the following conditions are met:

A.  the new work site is more than thirty-five (35) miles (one way) from the employee's home at the time of layoff;

B.  the new one way commute is increased by at least ten (10) miles; and

C.  the move occurs within six (6) months after reemployment in a new position.

Moving expenses are limited to payment for packing, insuring, shipping and unpacking an employee's household and personal items. This normally excludes an employee's automobiles, large boats, trailers and non-household pets.

## V.    CONCLUSION.

A.  Under no circumstances shall any employee eligible for any of the provisions provided above receive any of the plan payments or benefits more than once. However, if an employee is separated or laid off, subsequently rehired and then separated or laid off again prior to November 1, 1994, (s)he will be eligible for any remaining payments or benefits not received under the Section above which is applicable to the first separation/layoff period before the rehire, provided the employee signs a new general release at the time of the subsequent separation/layoff.

B.  The terms of this Letter of Agreement shall have no precedential effect on either the Employer or the Union, except to the extent that it applies to any affected employee in the Kaiser Permanente Northern California Region prior to November 1, 1994. The content of this Letter of Agreement shall not be subject to the provisions of Article XXIX – Disputes of the Collective Bargaining Agreement. However, the Union reserves the right to grieve under the following circumstances:

357

1. Administration of the provisions of this Letter of Agreement to any affected employee to the extent that such administration differs from the express language or intent of the Letter of Agreement;

2. the application of seniority in the selection of employees for involuntary layoff; and

3. the application of seniority in the selection of volunteers should the number of volunteers exceed the reduction in force requirement. (Volunteers up to the number needed for the reduction in the department shall be accepted on a first come, first served basis. Employees who volunteer at a later time shall not have the right to exert their relative seniority to displace employees previously accepted by the Employer for voluntary separation.)

C. IN WITNESS WHEREOF, the parties hereto have executed this Letter of Agreement as of the date herein below written.

# NCAL APPENDIX CC

## WAGE ADMINISTRATIVE PRACTICES

### SECTION 1 – WAGE STRUCTURE DEFINITIONS.

A.  **Structure A.**
    Structure "A" is the pay structure for all Employees hired on or before October 25, 1986. All such Employees will remain on this structure and move accordingly. This structure shall apply to Employees in Areas I and II.

B.  **Structure B-I.**
    Structure "B-I" is the pay structure for all Employees hired on or after October 26, 1986 in Area I.

C.  **Structure B-2.**
    Structure "B-2" is the pay structure for Employees hired on or after October 26, 1986 in Area II.

### SECTION 2 – GEOGRAPHIC AREA DEFINITIONS.

Area I and Area II shall be defined as follows:

## AREA I

1950 Franklin and Environs
Antioch
Campbell
Deer Valley
Fairfield
Fremont
Gilroy
Hayward
Livermore
Martinez
Milpitas
Mountain View
Napa
Novato
Oakland
Park Shadelands
Petaluma
Pleasanton
Redwood City
Richmond

Rohnert Park
San Francisco
San Jose
San Rafael
Santa Clara
Santa Rosa
South San Francisco
Union City
Vacaville
Vallejo
Walnut Creek

359

## <u>AREA II</u>

| | |
|---|---|
| Clovis | Point West |
| Davis | Rancho Cordova |
| Elk Grove | Roseville |
| Fair Oaks | Sacramento |
| Folsom | Selma |
| Fresno | South Sacramento |
| Lincoln | Stanislaus |
| Manteca | Stockton |
| Modesto | Tracy |
| Oakhurst | |

### SECTION 3 – ADMINISTRATION OF WAGE STRUCTURE "A".
Employees on Structure "A" shall remain on that Structure regardless of any transfers, promotions or demotions within or between Areas I and II.

### SECTION 4 – ADMINISTRATION OF WAGE STRUCTURES "B-1" AND "B-2".
Employees on Structure "B-1" or Structure "B-2" will remain on either of these two "B" Structures but may move between the two Structures as a result of the following:

A.    **Lateral Transfers Between Area I and Area II.**
Employees on either Structure B-I or B-2 who permanently transfer between the two Areas in the same job classification will be placed on the "B" Structure within the Area to which the Employee transfers. The Employee will be placed on the tenure step of the new "B" Structure which is the same as the tenure step held on the previous "B" Structure. Tenure credit earned on the previous "B" Structure will apply for movement to higher tenure steps on the new "B" Structure.

B.    **Promotions and Demotions between Area I and Area II.**
In determining the appropriate wage rates for Employees who are promoted or demoted into a different area, the following shall apply:

The Employee will first be treated as a lateral transfer in accordance with (1) above. Once the lateral transfer wage rate and tenure step is determined, the appropriate promotion or demotion language contained in Article XVIII, Section 3, B, *(Article XII, Section 4, B, of the current Agreement)* Northern California Region Provisions shall be applied.

### SECTION 5 – SELECTION OF EMPLOYEES AND WAGE STRUCTURES.
Employees shall be considered for promotions, demotions, transfers and reductions in force based upon the seniority provisions and other relevant sections outlined in the Labor Agreement. Wage structures will not be a factor in selecting Employees for promotions, demotions, transfers and reductions in force.

## SECTION 6 – ELIMINATION OF STRUCTURE B-2

As provided in the Northern California Region wage rates of this Agreement, Structures A/B-1 and B-2, effective at the beginning of the first full pay period nearest 1/1/06, 1/1/07, 1/1/08 and 7/1/08, employees on the B-2 wage scale will receive additional incremental wage increases which culminate in the total elimination of the B-2 structure.

## NCAL APPENDIX DD

## WEEKENDS ONLY POSITIONS WITH 10% WEEKEND DIFFERENTIAL

Employees working weekend positions, as defined below, will be eligible for 10% weekend differential for all hours worked, including non-weekend hours.

A.    Regular part-time benefited positions configured as two (2) ten-hour shifts on Saturday and Sunday will be paid at straight time for the two weekend shifts.

B.    Regular twenty (20) hour, benefited positions scheduled to work every weekend. Weekend shifts must be six- or eight-hour shifts.

C.    Short-hour positions of two (2) eight-hour shifts regularly scheduled on Saturday and Sunday.

   The 10% differential is in lieu of other week-end premiums or differentials in any agreement.

362

## NCAL APPENDIX EE

## LANDSCAPING FUNCTION

The parties, having bargained in good faith and having raised all claims and issues with respect to the landscaping function in the Northern California Region, hereby agree:

1.    For the duration of this agreement, where the landscaping function is currently being done by a third-party vendor exclusively at a Kaiser Permanente facility, Kaiser Permanente will continue using a vendor at such facility.

2.    For the duration of this agreement, the landscaping function will not be subcontracted or outsourced at the following facilities and satellites:

     a.    Manteca
     b.    Modesto
     c.    Stockton
     d.    Antioch
     e.    Walnut Creek
     f.    Oakland
     g.    Richmond
     h.    San Francisco
     i.    Fremont
     j.    San Leandro
     k.    San Rafael
     l.    Vacaville
     m.    Vallejo
     n.    San Jose
     o.    Santa Clara

3.    Disputes arising under this agreement shall be resolved by expedited arbitration before Arbitrator David Weinberg.

This is the full and complete agreement of the Parties on the subjects contained herein and supersedes all prior agreements.  Any changes to this agreement shall be in writing signed by the Party to be affected.

## OPTICAL BARGAINING UNIT INCORPORATION

1.   **OPTICAL CLASSIFICATIONS – RECOGNITION**

The Optical Unit to which this Appendix applies shall consist of employees working in classifications as set for the below, as well as any differently titled classifications that may be established in the future, performing the same or similar work as those listed.

> Optical Lab Foreperson (Lead)
> Optical Equipment Maintenance Technician
> Surface Grinder
> Benchperson
> Optical Lab Quality Inspector
> Optical Lab Apprentice
> Optical Lab Utility Worker
> Senior Prescription Stock Clerk
> Prescription Stock Clerk
> Optical Sales Lead Dispenser
> Optical Sales Dispenser
> Optical Sales Dispenser Apprentice
> Optical Sales Assistant
> Contact Lens Fitter
> Contact Lens Fitter Apprentice
> Contact Lens Fitter Assistant
> Optical Customer Service Lead Representative
> Optical Customer Service Representative

In accordance with NCAL Appendix Y Optical Unit classifications as below shall be included under Schedule Y.

> Optical Lab Foreperson (Lead)
> Optical Equipment Maintenance Technician
> Surface Grinder
> Benchperson
> Optical Lab Quality Inspector
> Optical Lab Apprentice
> Optical Lab Utility Worker
> Senior Prescription Stock Clerk
> Prescription Stock Clerk
> Optical Sales Lead Dispenser
> Optical Sales Dispenser

The Optical Unit is part of the SEIU-UHW Service and Technical Bargaining Unit and is covered by all provisions of the SEIU-UHW Service and Technical Bargaining Unit Local Agreement applicable to Northern California and the Coalition of Kaiser Permanente Unions National Agreement with the exception of the terms listed in Appendix FF, and any terms negotiated at the local table.

The unique provisions include sick leave accrual rates, flexible personal days, EDC plan for employees hired on or after January 1, 2015, 401K plan and retiree medical benefits and shall be listed in an appendix to the SEIU-UHW Local Agreement. All benefits changes or enhancements will be implemented 1/1/2022.

2. **BONUS.**

   As soon as practicable following ratification, full time employees, defined as paid status of thirty-two (32) hours per week or more, shall receive a one-time bonus of three thousand five hundred dollars ($3500). Part-time, defined as paid status between twenty (20) to thirty-two (32) hours per week or more, shall receive a one-time bonus of two thousand two hundred fifty dollars ($2250). Employees who were paid fewer than twenty (20) hours per week shall receive a one-time bonus of one thousand two hundred fifty dollars ($1250). On-call employees will receive a one-time bonus corresponding the average number of hours they worked in calendar year 2020.

3. **ACROSS THE BOARD WAGE INCREASES.**

   a.   Across the Board three percent (3%) raise in the first pay period following March 1, 2021

   b.   Across the Board three percent (3%) raise in the first pay period following October 1, 2021.

   c.   Across the Board three percent (3%) raise in the first pay period following October 1, 2022.

4. **SICK LEAVE ACCURAL RATES.**

   Each Regular employee shall accumulate three quarters (3/4) day sick leave with pay for each calendar month of employment, or nine (9) days of Annual Sick Leave per year.

   After completion of the fourth (4th) year of employment, each Regular employee shall accumulate one (1) day sick leave with pay for each calendar month of employment, or twelve (12) days of Annual Sick Leave per year. Part-time Regular employees' Annual Sick Leave will be credited proportionately, based on scheduled hours. A Regular employee with one or more years of continuous service will be credited with his/her entire annual allotment of Annual Sick Leave at the beginning of the pay period in which the employee's anniversary date of hire falls. If an employee's anniversary date has been adjusted, the "leave accrual service date" will be used as the date for allotment of Annual Sick Leave. An employee shall not be entitled to sick leave with pay unless he/she has acquired three (3) months continuous service credit.

5. **FLEXIBLE PERSONAL DAYS.**

   Each Regular employee shall be entitled to three (3) Flexible Personal Days per year. Personal Days may be used for personal reasons in increments of not less than two (2) hours. Requests for a single Flexible Personal Day off, or for hours

within a single shift, shall granted upon receipt of at least two (2) weeks' notice. Requests for consecutive days off, for days before or after a holiday, or for other days designated by mutual agreement, will be reviewed and approved or denied on a case-by-case basis in order to meet core staffing needs.

All unused Personal Days will be converted at fifty percent (50%) of value to cash at the end of each payroll calendar year. Personal Days may be cashed out upon resignation or termination; however, upon retirement, Personal Days will be converted at 50% of value. For the purposes of this Section, a retirement means that the employee has retired from the organization pursuant to the terms of a qualified Kaiser Permanente retirement plan.

6. **EMPLOYEES DEFINED CONTRIBUTION (EDC) PLAN.**

All Employees hired on or after January 1, 2015, will not be eligible for, and will not become a participant in, the Kaiser Permanente Employees Pension Plan (KPEPP). Such employees will become a participant in the Kaiser Permanente Northern California Employees Defined Contribution (EDC) plan. Such employees will automatically participate in the EDC upon his or her first day of employment in an eligible status under the terms of the EDC. Such employees may participate in the EDC regardless of scheduled hours.

An eligible participant in the EDC will receive an Employer contribution of six (6)% of base wages. An employee will be provided with a variety of investment options. An employee who does not make investment selections will default into investment alternatives in accordance with DOL rules as specified in the EDC.

An eligible participant in the EDC may contribute up to ten percent (10%) of salary on an after-tax basis.

An eligible participant in the EDC is immediately one hundred percent (100%) vested in the Employer and employee contributions.

An eligible participant in the EDC shall qualify for age 65 in-service distributions in accordance with the terms of the EDC and applicable IRS rules. Upon termination or retirement, the EDC account balance is distributed or deferred in accordance with applicable IRS rules.

The EDC is governed by the plan documents as amended from time to time.

7. **401(k) PLAN.**

All Employees hired on or after January 1, 2015 shall be eligible to participate in the Kaiser Permanente 401(k) Plan on date of hire. Employees may contribute to the Plan on a pre-tax basis and have a variety of investment options.

An employee with one (1) or more years of service, who contributes to the 401(k) Plan will be eligible for the Employer Contribution Match program. The Employer will make contributions to match 100% of the eligible employee's contribution, up to 1.25% of the employee's salary. For employees hired on or after 1/1/15, effective 7/1/21, the Employer will make contributions to match 100% of the employee's contribution, up to three percent (3%) of the employee's salary.

The Employer contributions will vest in increments of 20% per year, with participants becoming fully vested in the Employer Contribution after five (5) years of service.

8.   **RETIREE MEDICAL BENEFITS.**

All employees will be eligible for Retiree Medical Benefits under the Medical Premium Subsidy/HRA plan as described in the National Agreement Section 2.B.2.h.3, prospective effective 1/1/2022. Employees that retiree on or after 7/1/21, will receive an employer allocation to an unfunded Retiree Medical HRA at the time of retirement of $2,000 per years of service, prorated as applicable. In addition, Employees that retire on or after 7/1/2021 will receive the $10,000 contribution to their HRA at age 85. Employees will be exempt from transition into the "Group Plan" and Section 2.B.2.h.5. will not apply.

# APPENDICES APPLICABLE TO
# SOUTHERN CALIFORNIA REGION

## SCAL APPENDIX A – SIDE LETTERS

These Letters of Agreement run concurrently with the term of the Master Agreement between Kaiser Permanente and United Healthcare Workers-West and are subject to the grievance and arbitration procedure of the Master Agreement. Side Letters 2, 4, 6, 13, 14, 17, 24, 25, 26, 27, 28, 29, 31, 38, 39, 41 (paragraphs 1 & 2), 44, 45, 52, 54, and 55 from the 2000 Collective Bargaining Agreement are archived.

**1.    10 AND 12 HOUR SHIFTS.**

**Voluntary – 10 Hours Shift Staffing Pattern.**

a.)    **Full-Time.**
Full-Time:    Four (4), ten (10) hour shifts per work week. Employees will be scheduled every other weekend off. The weekend for the night shift, for the purpose of this agreement will be Saturday and Sunday. This option has no impact on an Employee's pension since he/she will be scheduled eighty (80) hours per pay period.

b.)    **Workweek.**
The workweek for all Employees on the 4-40 staffing pattern will commence Sunday night at 12:00 am., ending on a Saturday night at night.

c.)    **Pay.**
Each ten (10) hour shift will be paid at ten (10) straight time hours. All contractual provisions where non-worked paid time is considered as time worked for pay purposes will apply.

d.)    **Consecutive Pay.**
An Employee is not considered to have had a day off unless thirty (30) hours have elapsed from the end of the last shift worked until beginning of the next shift.

e.)    **Additional Shifts Worked.**
When an Employee works ten (10) hour shifts, he/she is paid such at straight time and these are recorded as "regular" hours. It is only after working forty (40) "regular" hours that a person would be entitled to any overtime pay for any subsequent hours worked. Thus, if an Employee worked four (4) ten (10) hour shifts from Monday through Thursday, then worked from 7:00 am. to 3:30 p.m. on Friday, those eight (8) hours on Friday would be paid at time and one-half.

If the Employee in this example were called in to work on Saturday, all hours would be paid at the day off overtime premium (i.e., double time) as the Employee had already worked 40 "regular" hours in the week and now has two days off subject to the day off premium.

369

In addition, the normal daily overtime provisions will apply for all hours worked in excess of ten (10) in one (1) workday. Specifically, time and one-half (1-1/2) is applicable over ten (10) hours in one (1) workday and double time (2) over twelve (12) hours in one (1) workday.

f.)  **Meal Period.**
     One (1) unpaid thirty minute meal period per 10 hour shift.

g.)  **Rest Period.**
     Two paid 15 minute breaks per 10 hour shift.

h.)  **Shift Differential.**
     Applies to shifts beginning between:

|                |                          |
|----------------|--------------------------|
| Evening Shift: | 2:00 p.m. to 6:00 p.m.   |
| Night Shift:   | 10:00 p.m. to 1:00 a.m.  |

Employees whose starting time is other than described above will receive appropriate shift differential for all hours worked between 6:00 p.m. and 6:00 am.

A day shift 10 hour Employee working 7:00 a.m. to 5:30 p.m. will not receive evening shift differential. A day shift ten (10) hour Employee working 10:00 am. to 8:30 p.m. will normally receive 2-1/2 hours of evening shift differential (e.g., 6:00 p.m. to 8:30 p.m.). A night shift ten (10) hour Employee may receive both evening shift and night differential. As an example, if the shift is 7:00 p.m. to 5:30 a.m., three (3) hours of evening shift differential and seven (7) hours of night shift differential is applicable. If, for example, the shift is 3:00 p.m. to 1:30 a.m., seven (7) hours of evening shift differential and three (3) hours of night shift differential is applicable.

i.)  **Holiday.**
     Holiday Scheduled Off (Full-Time) – Paid at eight (8) hours at the regular rate of pay. The Employee may elect to receive two (2) hours of vacation pay by so stating.

     Holiday Scheduled Off (Part-Time) – Not applicable

     Holiday Worked – Paid at two and one-half (2-1/2**)** times the regular rate of pay for all hours worked on the actual holiday.

     Holiday worked with Another Substitute Day – Paid at one and one-half (1-1/2**)** times the regular rate of pay for all hours worked on the holiday. Substitute day off will be paid at eight (8) hours at the regular rate of pay.

     A day shift Employee will not receive shift differential for a holiday not worked. An evening/night shift Employee will receive shift differential in

370

accordance with the guidelines specified under the shift differential section of this agreement (Article XIII, Section 8).

Employees will receive holiday premium for all hours worked on the actual holiday (i.e., midnight to midnight).

Example:

| July 3 | July 4 | July 5 |
|--------|--------|--------|
|        | 5:30 a.m. | 5:30 a.m. |
|        | 7:00 a.m. |        |
|        |        |        |
| 7:00 p.m. | 5:30 p.m. |        |
|        | 7:00 p.m. |        |

\*      Will receive straight time pay for all hours worked between 7:00 p.m. and midnight. Will receive holiday premium (i.e., double time and one-half) for all hours worked from midnight to 5:30 a.m. In addition, this Employee is entitled to receive three (3) hours holiday not worked at straight time.

\*\*     Will receive all hours worked at holiday premium (i.e., double time and one-half).

\*\*\*    Will receive holiday premium (i.e., double time and one-half) for all hours worked from 7:00 p.m. to midnight, from midnight to 5:30 a.m. The hours will be compensated at straight time pay. In addition, this Employee is entitled to receive three (3) hours holiday not worked at straight time.

j.)    **Sick Leave Pay Option.**
       Sick Leave will be paid based on an Employee selecting one of the two (2) options below:

       Option I:    Eight hours of sick leave pay per shift.
       Option II:   Ten hours of sick leave pay per shift.

       Worker's Compensation or State Disability Insurance – Weekly Leave will be in accordance with the provisions of the Collective Bargaining Agreement. Shift differential will be paid under the same conditions as time worked.

k.)    **Vacation.**
       Vacation will be paid based on an Employee selecting one of the two options below:

       Option I:    Eight hours of vacation per shift.
       Option II:   Ten hours of vacation per shift.

371

If a ten (10) hour Employee returns to his/her previously held eight (8) hour position, which may be the same shift or his/her previous shift (whichever is applicable), he/she will retain his/her prescheduled and approved vacation requests. This will only apply to Employees who return to their previously held positions, and shift, not transfers via the bid system.

If ten (10) hour shifts are discontinued in the department, Employees will return to their previously held eight (8) hour positions, which may be the same shift or their previous shift (whichever is applicable) and they will retain their prescheduled and approved vacation requests. If additional slots of vacation become available as a result of this, they will be offered first to those who applied during the vacation planning cycle and to those who were denied.

l.) **Education Leave Pay Option.**
Education Leave will be paid based on an Employee selecting one of the two options below:

Option I:      Eight hours of education leave pay per shift.
Option II:     Ten hours of education leave pay per shift.

Education Leave Pay for other than a scheduled workday will be paid at eight straight time hours of pay.

If mandatory in-service is held, it will be considered as time worked, for pay purposes.

m.) **Report Pay.**
Employees who report to work without receiving prior notice that there is no work available will receive four (4) hours report pay. All contractual provisions for application of report pay will apply.

Cancellation Of Assignment (may be facility specific).

n.) **Participation.**
Participation in the 4-40 staffing pattern is voluntary. First preference to select the ten (10) hour shift positions shall be based on Seniority. Employees' current status will be maintained at full time.

If during the conversion, the Employee voluntarily selects a schedule which results in two consecutive weekends being worked, he/she will waive the applicable premium.

Future vacancies for ten (10) hour shifts will be posted and filled pursuant to the contractual provisions regarding Job Posting. Employees will be placed back into their previous shift (e.g.. days, evenings and nights) in the event the ten (10) hour shifts are discontinued.

372

New positions may be posted noting the 4-40 staffing pattern but each posting must also specify a complimentary eight (8) hour shift position since this staffing pattern is temporary.

o.) **Terms Of Agreement.**
It is the intent of the Employer to implement a scheduling system which meets our Health Plan members' needs and supports sound economic practices, while at the same time affording Employees with flexible scheduling preference. Ten (10) hour shifts are temporary and may be cancelled by the Employer at any time and by the Employee(s) as indicated below.

The parties will consider the following factors in their discussions: Staff vacancies, overtime (additional voluntary sign-up and mandatory) and Employee preference.

The Employee(s) may elect to voluntarily discontinue participation in the 4-40 ten (10) hours staffing pattern with thirty (30) days written notification. Likewise, the Employer may also elect to discontinue the staffing pattern with thirty (30) days written notification to the Union.

## 12-Hour Shift Voluntary – Staffing Pattern at Straight-Time.

aa) **Full-Time.**
Full-time Employees will be scheduled six (6), twelve (12) hour shifts per pay period and a seventh (7th) shift in the pay period of twelve (12) hours at time and one half. Employees will be scheduled every other weekend off. The weekend for the night shift, for the purpose of this agreement will be Saturday and Sunday. This option has no impact on an Employee's pension since he/she will be scheduled at least 80 hours per pay period.

bb) **Workweek.**
The workweek for all Employees on the twelve (12) hour staffing pattern will commence Sunday night at 12:00 a.m., ending on a Saturday night at midnight.

cc) **Pay.**
Each twelve (12) hour shift will be paid at twelve (12) straight time hours for the first six (6) shifts worked in the pay period. The seventh (7th) shift worked will be paid at time and one-half (1-1/2). All contractual provisions where non-worked paid time is considered as time worked for pay purposes will apply.

dd) **Consecutive Pay.**
An Employee is not considered to have had a day off unless thirty (30) hours have elapsed from the end of the last shift worked until the beginning of the next shift.

373

ee)  **Additional Shifts Worked.**
When an Employee works twelve (12) hour shifts, he/she is paid such at straight time for the first six (6) shifts worked in a pay period. These are recorded as "regular" hours. The seventh (7th) shift worked will be paid at time and one half (1-1/2). Additional shifts beyond seven (7) worked in a pay period will likewise be compensated for at time and one-half (1-1/2).

In addition, the normal daily overtime provisions will apply for all hours worked in excess of twelve (12) in one (1) workday. Specifically, double time (2) is applicable over twelve (12) hours in one (1) workday.

ff)  **Meal Period.**
One (1) unpaid thirty minute meal period per twelve (12) hour shift.

gg)  **Rest Period.**
Three (3) paid fifteen (15) minute breaks per twelve (12) hour shift.

hh)  **Shift Differential.**
Applies to shifts beginning between:

| | |
|---|---|
| Evening Shift: | 2:00 p.m. to 6:00 p.m. |
| Night Shift: | 10:00 p.m. to 1:00 a.m. |

Employees whose starting time is other than described above will receive appropriate shift differential for all hours worked between 6:00 p.m. and 6:00 a.m.

A day shift twelve (12) hour Employee working 7:00 a.m. to 7:30 p.m. will receive one and one half (1-1/2) hours of evening shift differential. A day shift twelve (12) hour Employee working 10:00 a.m. to 10:30 p.m. will normally receive 4-1/2 hours of evening shift differential (e.g. 6:00 p.m. to 10:30 p.m.). A night shift twelve (12) hour Employee may receive both evening shift and night differential. As an example, if the shift is 7:00 p.m. to 7:30 a.m., three (3) hours of evening shift differential and nine (9) hours of night shift differential is applicable. If, for example, the shift is 3:00 p.m. to 3:30 a.m., seven (7) hours of evening shift differential and five (5) hours of night shift differential is applicable (presuming that the lunch break occurs at or after 10:00 p.m.).

ii)  **Holiday.**
Holiday Scheduled Off (Full-Time) – Paid at eight (8) hours at the regular rate of pay. The Employee may elect to receive four (4) hours of vacation pay by so stating.

Holiday Scheduled Off (Part-Time) – Not applicable

Holiday Worked – Paid at two and one-half (2-1/2) times the regular rate of pay for all hours worked on the actual holiday.

374

Holiday worked with Another Substitute Day – Paid at one and one-half (1-1/2) times the regular rate of pay for all hours worked on the holiday. Substitute day off will be paid at eight (8) hours at the regular rate of pay.

A day shift Employee will not receive shift differential for a holiday not worked.

An evening/night shift Employee will receive shift differential in accordance with the guidelines specified under the shift differential section of this agreement.

Employees will receive holiday premium for all hours worked on the actual holiday (i.e., midnight to midnight).

Example:

| July 3 | July 4 | July 5 |
|--------|--------|--------|
|  | 7:30 a.m. | 7:30 a.m. |
|  | 7:00 a.m. |  |
| 7:00 p.m. | 7:30 p.m. |  |
|  | 7:00 p.m. |  |

*       Will receive straight time pay for all hours worked between 7:00 p.m. and midnight. Will receive holiday premium (i.e., double time and one-half) for all hours worked from midnight to 7:30 a.m. In addition, this Employee is entitled to receive one (1) hour holiday not worked at straight time.

**      Will receive all hours worked at holiday premium (i.e., double time and one-half).

***     Will receive holiday premium (i.e., double time and one-half) for all hours worked from 7:00 p.m. to midnight, from midnight to 7:30 a.m. the hours will be compensated at straight time pay. In addition, this Employee is entitled to receive three (3) hours holiday not worked at straight time.

375

jj) **Sick Leave Pay Option.**
Sick Leave will be paid based on Employee selecting one of the two (2) options below:

> Option I:    Eight (8) hours of sick leave pay per shift.
> Option II:   Twelve (12) hours of sick leave pay per shift.

Worker's Compensation or State Disability Insurance – Weekly Leave will be in accordance with the provisions of the Collective Bargaining Agreement. Shift differential will be paid under the same conditions as time worked.

kk) **Vacation.**
Vacation will be paid based on an Employee selecting one of the two (2) options below:

> Option I:    Eight (8) hours of vacation per shift.
> Option II:   Twelve (12) hours of vacation per shift.

If a twelve (12) hour Employee returns to his/her previously held eight (8) hour position, which may be the same shift or his/her previous shift (whichever is applicable), he/she will retain his/her prescheduled and approved vacation requests. This will only apply to Employees who return to their previously held positions, and shift, not transfers via the bid system.

If twelve (12) hour shifts are discontinued in the department, Employees will return to their previously held eight (8) hour positions, which may be the same shift or their previous shift (whichever is applicable) and they will retain their prescheduled and approved vacation requests. If additional slots of vacation become available as a result of this, they will be offered first to those who applied during the vacation planning cycle and to those who were denied.

ll) **Education Leave Pay Option.**
Education Leave will be paid based on an Employee selecting one of the two (2) options below:

> Option I:    Eight (8) hours of educational leave pay per shift.
> Option II:   Twelve (12) of educational leave pay per shift.

Education Leave Pay for other than a scheduled workday will be paid at eight (8) straight time hours of pay.

If mandatory in-service is held, it will be considered as time worked, for pay purposes.

376

mm) **Report Pay.**
Employees who report to work without receiving prior notice that there is no work available will receive four (4) hours report pay. All contractual provisions for application of report pay will apply.

Cancellation Of Assignment (may be facility specific).

nn) **Participation.**
Participation in the twelve (12) hour staffing pattern is voluntary. First preference to select the twelve (12) hour shift positions shall be based on Seniority. Employees' current status will be maintained at full time.

If during the conversion, the Employee voluntarily selects a schedule which results in two (2) consecutive weekends being worked, he/she will waive the applicable premium.

Future vacancies for twelve (12) hour shifts will be posted and filled pursuant to the contractual provision regarding Job Posting. Employees will be placed back into their previous shift (e.g., days, evenings and nights) in the event the twelve (12) hour shifts are discontinued.

New positions may be posted noting the 12 hour staffing pattern but each posting must also specify a complimentary eight (8) hour shift position since this staffing pattern is temporary.

oo) **Terms of Agreement.**
It is the intent of the Employer to implement a scheduling system which meets our Health Plan members' needs and supports sound economic practices, while at the same time affording Employees with flexible scheduling preference. Twelve (12) hour shifts are temporary and may be cancelled by the Employer at any time and by the Employee(s) as indicated below.

The parties will consider the following factors in their discussions: Staff vacancies, overtime (additional voluntary sign-up and mandatory) and Employee preference.

The Employee(s) may elect to voluntarily discontinue participation in the twelve (12) hour staffing pattern with thirty (30) days written notification. Likewise, the Employer may also elect to discontinue the staffing pattern with thirty (30) days written notification to the Union.

## 2.   DEPARTMENT DESIGNATION.

On an annual basis, the Employer will submit to the Union a complete listing of departments and Member Service Areas (MSAs) for seniority application purposes.

377

In the event of a reorganization of departments or MSAs, the Employer agrees to notify the President of the Union and meet with the Union at the Union's request to discuss the implications of the new designation of departments or MSAs.

3. **EMPLOYEE HOSPITALIZATION FOR ALCOHOL AND DRUG DEPENDENCY.**

If an Employee, who works at the Kaiser Mental Health Centers, in Kaiser outpatient psychiatric services or in Chemical Dependency Recovery Programs (CDRP), requires hospitalization in a psychiatric hospital or requires hospitalization for a medical condition related to alcohol or drug dependency, and is so ordered by an SCPMG physician, then such hospitalization will be arranged at an alternate location from where they work.

4. **FLEXIBLE SCHEDULES.**

The Employer and the Union recognize that the nature of the Employer's business does not permit the establishment of flexible work schedules for the majority of Employees. However, in the event the Employer determines that such a schedule is feasible, and it is acceptable to the Employees involved and the Union, such schedule may be implemented. It is understood that in order to achieve the above, the contractual provisions relating to the workday as defined in Article VI, Section 2 *(Article XII, Section 2 of the current Agreement)* shall be waived for purposes of overtime payments.

The parties agree that an Employee's written request for flexible schedules will be jointly reviewed to determine the feasibility of implementation. However, the Employer maintains the sole right to discontinue such schedules where efficiency of operations or effective patient care is impeded and/or a negative economic condition evolves.

5. **CENTRAL STAFFING FLOAT POOL**

The Employer agrees to study the feasibility of developing an on-call Float Pool on a facility by facility or Member Service Area basis.

The parties recognize that the establishment of Float Pools may necessitate the modification of various provisions of the Agreement in order for such Float Pools to be efficient and operationally effective. Therefore, the Union agrees that in the event Float Pools are to be established they will give consideration to Employer requests to modify specific provisions of the Agreement. Any such agreed upon modifications shall be reduced to writing and shall be signed by the President of the Union and the Labor Relations Director of the Employer, or their designees.

Central Staffing-Float Pool Departments may be created as deemed necessary by Medical Center Administration. The Central Staffing Employees may be utilized in specific departments as replacements and/or additional support. Central Staffing-Float Pool may also serve as the entry level for new Employees. Central Staffing Employees may be cross trained to work in several designated

378

departments of the medical center and may be cross trained in more than one classification.

Prior to the implementation of a Central Staffing-Float Pool Department, the parties agree to meet and confer. An addendum may be prepared to outline any additions or modifications to this agreement. However, nothing in this agreement precludes the Union from filing a grievance on issues related to Central Staffing-Float Pool Department.

**Expectations:**

a.)     Central Staffing-Float Pool Departments may provide service seven (7) days a week, twenty four (24) hours a day. It is expected that Employees will be available to work the hours and days specified on the job posting for which they were hired, including holidays.

b.)     A Central Staffing-Float Pool Employee who bids or is placed on a long term temporary assignment will maintain his/her status in Central Staffing-Float pool while on such assignment.

c.)     If a regular full-time or part-time job posting outside Central Staffing-Float pool is not bid on, then the least senior Central Staffing Employee in that classification may be assigned to fill the vacancy.

d.)     An Employee who fails to pass his/her evaluation period after transferring out of Central Staffing-Float Pool will be returned to Central Staffing-Float Pool per the provisions of the Collective Bargaining Agreement. An Employee who repeatedly transfers out of Central Staffing-Float Pool and fails to pass his/her evaluation period may be disciplined up to and including discharge.

**Seniority:**

a.)     Once trained in a specific classification and once having worked within the specific classification, and having successfully passed the evaluation period in Central Staffing-Float Pool, the Employee shall be deemed qualified for the purposes of bidding for a part-time or full-time position in that classification, in departments serviced by Central Staffing-Float Pool. While in Central Staffing-Float Pool, Employees will be expected to rotate through all departments and classification(s) for which they are trained, to ensure a working knowledge of the work performed in each of these areas.

b.)     For the purposes of job-bidding, Central Staffing-Float Pool Employees shall be given the same consideration as any other bargaining unit Employee, except that all of the hours worked – regardless of which department the hours were worked in and regardless in which department the Central Staffing-Float Pool Employee is applying – shall count for the

379

purposes of (1) determining whether or not an On-Call Central Staffing-Float Pool Employee shall be considered a regular Employee (if s/he has accumulated a total of 2,000 hours of work in the Central Staffing-Float Pool); and (2) determining the relative seniority between On-Call Employees with less than 2,000 hours.

**Force Reduction:**

Reductions in Force will be accomplished pursuant to the provisions of the Collective Bargaining Agreement.

**Benefits:**

Employees in Central Staffing-Float Pool Departments will be entitled to all benefits applicable to full-time, part-time, limited part-time and on-call Employees as described in the current Agreement. However, it is understood that vacation scheduling shall be established pursuant to the following procedure:

- Vacations for full-time, part-time, limited part-time and on-call Employees will be granted pursuant to the provisions in the Collective Bargaining Agreement.

- Vacations over a holiday period will be approved only when staffing within the Central-Staffing-Float Pool Department permits. Special circumstances will be considered on a case by case basis.

**Overtime:**

Overtime hours will be offered to Central Staffing-Float Pool Employees in departments in which they have worked after Employees in said departments have refused the hours. Overtime will be distributed equitably to those Employees who have indicated interest in overtime by signing the Voluntary Overtime List.

However, Employees may be mandated to work overtime in the departments in which they have worked after qualified Employees of those departments have been mandated.

**Assignments:**

a.)    Assignments within their classifications, for the most part will generally be made on a rotating basis. Central Staffing-Float Pool Employees trained in more than one classification will be assigned to work in all classifications for which they are trained. Management may also make assignments to insure maintenance of an Employee's skill level. None of the foregoing is to be construed as a guarantee of work hours.

b.)    Assignments for on-call Employees will be made within classifications on a rotating basis with the intent of distributing hours equally over a reasonable time period (approximately three [3] months).

380

**6.      INDIAN HILL MEDICAL OFFICE.**

Indian Hill Medical Office is to be considered as an outlying medical office under the Baldwin Park Medical Center for the application of seniority.

**7.      MARTIN LUTHER KING, JR. HOLIDAY AND CÉSAR CHÁVEZ HOLIDAY.**

During the term of this Agreement, if any other bargaining unit with a Collective Bargaining Agreement with the Employer is granted the Martin Luther King, Jr. or César Chávez holiday as an additional holiday, such holiday will be granted to the Employees covered under this Collective Bargaining Agreement. The parties agree that the Employer will base its scheduling decision (regarding Martin Luther King, Jr. and César Chávez holiday) on staffing and operational needs.

**8.      PARKING.**

Employees parking at the Employer's facilities shall be provided free parking. At those facilities where limited on-site parking is available, Employees (including non-bargaining unit Employees and all other union Employees, but excluding physicians, handicapped Employees and Employees who are required to use their car for Employer business) shall receive on-site parking from a priority list based on date of hire.

Where specific parking problems occur at individual facilities during the term of this Agreement, a meeting shall be held between the Union Field Representative for the facility and the Area Human Resources Leader of the Employer to discuss and attempt to resolve such problems. Such meetings shall be requested, in writing, by the Union Field Representative.

The Employer will maintain free parking unless mandated by regulation to charge for parking.

The parties agree that Employees who visit a Medical Center/Outlying Clinic for a personal medical appointment, and receive a parking ticket, will not be charged for said parking if they adhere to the following procedure:

a.)      Employees will note their name, work extension, and denote "Medical Appointment" on the parking ticket.

b.)      Parking Attendants will not charge Employees who present tickets with the aforelisted information.

Regarding parking at Annandale and the North Hollywood facilities, the Employer agrees to keep the Union apprised of plans for additional parking as they are formulated.

381

9.    **PRODUCING NEW CONTRACTS.**

The Employer will take the responsibility for producing the new Agreement in at least nine (9) point type size, Any costs shall be shared equally by the parties throughout the term of the Agreement. The Employer will make every effort to provide sufficient copies within thirty (30) days of the signing of the Agreement.

10.    **RADIATION SAFETY COMMITTEE.**

The Employer will appoint a Technical Bargaining Unit member from either the Diagnostic Imaging Department or Nuclear Medicine Department to participate on each Medical Center's Radiation Safety Committee. In selecting a Technical Bargaining Unit member for assignment on the Radiation Safety Committee, the Union will submit a list of recommendations and the Employer will give reasonable consideration to the individuals. No Employee shall lose pay as a result of serving on such committee.

11.    **REGIONAL LABORATORIES – LUNCH BREAK.**

The parties agree that SEIU, UHW Employees at Regional Laboratories facilities (North Hollywood-Sherman Way, North Hollywood-Magnolia Boulevard, Glendale-Clinical Laboratories, and the Endocrinology Laboratory) shall have the option to schedule either a thirty (30) minute or a forty-five (45) minute lunch break, Such scheduling shall be subject to the provisions established in Articles XI and XII, and would be subject to the efficiency of operations.

12.    **DIAGNOSTIC IMAGING TECHNOLOGIST.**

    A.    **Safety.**
        Each Diagnostic Imaging Technologist working in areas where exposure to radiation may occur shall be provided an ionization badge and if over exposure is indicated shall be given a blood test on a mandatory basis, and the results of such test shall be discussed with the Employee by a physician at the Employee's request. If, in the opinion of the doctor in charge of the Diagnostic Imaging Department, time away from the job is indicated, up to two (2) weeks off with pay will be granted. This time does not affect the Paid Time Off accumulations in Article XVII. The Employer will use all safeguards recognized as accepted medical practice in the community.

        The Employer shall continue its Radiation Safety Policy and a bargaining unit member shall become a member of the Central Radiation Committee.

        Badge readings will be done on a monthly basis for all Diagnostic Imaging Technologists and the results will be made available to each Employee. Pregnant Diagnostic Imaging Technologists and Nuclear Medicine Technicians shall be transferred out of the radioisotope laboratory, special procedures room, and any other high radiation areas, and shall not be

382

required to work with portable equipment or fluoroscopy equipment. Such transfer shall be made effective as soon as the Employee's pregnancy is diagnosed, and shall be done with no reduction in pay.

B.    **Career Ladder.**
The Employer agrees to a career ladder as follows:

Diagnostic Imaging Technologist – Radiology I
Diagnostic Imaging Technologist – Radiology II
Diagnostic Imaging Technologist – Radiology III Lead
Diagnostic Imaging Technologist – Radiology IV

Criteria for becoming a Tech I, Tech II and Tech III are as follows:

Tech I – Performs only general Diagnostic Radiologic exams such as chest x-rays and/or routine extremities such as leg, arm or foot.

Tech II – Performs any of the following special procedures on a regular rotational basis: Sialography, Bronchography, Aorotography, Hysterosalpingography, Tomography Studies or Myelograms – excludes Mammograms.

Tech III – Performs the Angiogram and/or Computerized Tomography (CT).

C.    **In-Service Education**.
The Employer agrees to establish a formal in-service program to provide each Technologist with at least two (2) opportunities per year to attend programs intended to improve and upgrade skills and improve their awareness of radiation safety and to provide information on new equipment and techniques. These programs will be designed to train Technologists for progression into higher rated positions as part of the Employer's commitment to train and promote from within the bargaining unit and to foster being the Employer of Choice.

13.    **COMMUNITY SERVICE.**

The Employer and the Union are committed to the success of our communities as well as the success of our organization. We recognize that the Kaiser Permanente organizations and the communities we serve are interdependent. The concept of community service is a rich part of Kaiser Permanente's history and is the basis for many of our business practices. In Southern California, Kaiser Permanente is engaged in a wide variety of community, corporate and public efforts to improve the health status of our communities.

In recognition of this commitment, and to further efforts that contribute to the building of healthy communities, the parties agree to establish a Joint Labor Management Community Services Committee. The purpose of this Committee is

to explore opportunities in the Southern California community where financial assistance or other forms of community service efforts would be seen as a benefit. It also is in keeping with our mutual commitment to serving the community. Areas for consideration could be supporting strategic community agencies, directing financial and technical resources to free and community clinics, and providing grants at the local level to improve the health of our communities and their residents.

The Committee will be made up of six (6) members, three (3) representing the interests of the Employer and three (3) representatives of the Union. Initially, the parties will meet to establish the criteria that will be used in the allocation of funds earmarked for disbursement by this Committee.

Funding for the joint Committee would be provided by Kaiser Permanente and directed to community service efforts using the agreed upon criteria, and only with the mutual agreement within the Committee. The amount of funding for this Committee will be $500,000.00 effective January 1, 2006 and 500,000.00 effective January 1, 2007. These funds must be utilized in the year they are allotted and may not be carried over. Additionally, the Union has opted to support the Southern California Labor Management Council's Community Service goals by allotting $250,000.00 in 2006 and 2007 for distribution by the participating Partnership Unions. Funding for subsequent years will be at the discretion of the Employer. None of the allocated funds shall be used for administration of the Joint Committee, and the parties agree that time spent on Joint Committee business by bargaining unit members will be paid by the Employer.

## 14.    OPTICAL DISPENSER VACANCIES

All Journeyman Technicians with two (2) years or more of experience who meet the qualifications for the Optical Dispenser position will be given first consideration over new hires in filling vacancies as Optical Dispensers.

## 15.    TYPING TESTS.

In the event an Employee has taken the maximum number of typing tests per the Employer's Regional policy regarding employment tests and interviews, and said Employee is the most senior bidder for a subsequent position which requires a typing speed greater than previously attained, he/she will be permitted to take one (1) additional typing test to qualify for the new position. Should an Employee apply for a position where the job posting requires a typing speed equal to or less than that required by his/her present position, the Employee will be considered to have met the typing speed requirement for the new position provided the current typing test was taken within the last twelve (12) months.

16.    **<u>STEWARD SUPPORT</u>**

The parties have agreed that we share a joint commitment to implement improvements in areas of support for Union Stewards, below, to recognize and enhance their vital role in the workplace. The following are in addition to contractual provisions:

1.    <u>Joint Training Programs – Supervisors & Stewards</u> – Training includes training for supervisors on the role and functions of stewards and understanding the CBA and its intent, training on the contract and labor/management relations, communications and dispute resolution methods. Employer will provide paid time for stewards to attend training, Regional and Local meetings of the Union and Labor Management Groups.

2.    <u>Jointly Promote Greater Utilization of More Stewards</u>. The parties will create a better process by which to release stewards for activities and coordination between supervisors concerning steward release time. All grievance meetings will be held on work time and if a steward has to come in on a day off, he/she will be paid. This will include more paid time allowed for stewards.

3.    <u>Mutually Accessible Archival System</u> – For grievances and arbitrations, so both parties are not "re-inventing the wheel."

4.    The Steward / Mentor Program allows both the senior stewards and the new steward to work on grievances and issues in the workplace while on company time.

5.    <u>Stewards to be Involved in Operations</u>. There will be regular education meetings with stewards to discuss operational goals.

6.    Mutual respect will be reinforced consistently and in training programs. The Employer will eliminate retaliation for acting as steward and promote communication between administration and union stewards/union representatives.

7.    There will be a joint committee established by senior partnership council to address supervisor issues. The Employer will make union relations a part of management evaluation.

8.    The Employer will establish a union office at each facility for stewards, and Contract Specialist use with secure mail, use of fax, telephone, copier, computer and e-mail for union communication as well. A computer supplied by Union at each facility for members to access information (future).

9.    There will be joint recognition for stewards, management and physicians who promote partnership and better Employee relations.

385

**17.** <u>**STATUS 5 AND EXEMPT JOB REVIEW FOR INCLUSION IN THE BARGAINING UNIT**</u>

As part of these negotiations, the Union has requested and received a list of Employees identified as Status 5. The Union has also requested a list of Exempt Non-Supervisory positions for the purpose of reviewing and determining if these positions should be placed in the Bargaining Unit. The Employer concurs with this review and commits to working collaboratively with Union Representatives to facilitate the movement of appropriate positions into the Bargaining Unit expeditiously. The Employer further agrees to provide all relevant information, in a timely manner, necessary to make the above determinations.

The parties agree that it will take no longer than three (3) months following ratification to conclude this process. To that end, the Employer and the Union will work collaboratively over the next three (3) months to conclude this work.

Committee members shall be restricted to three (3) Union Representatives and three (3) Employer representatives at any given meeting. Union Employees involved shall be paid for time spent in this committee and its activities.

In the event of a dispute, the dispute shall be submitted to the procedure in Section 2 C of the National Agreement.

2005 Agreements:

Organizing Agreement – Suspension and Renewal: In 2004/2005, the parties entered in to an organizing agreement for a certain section of the Employer's "Status 5" Employees, who have been determined and agreed to be bargaining unit eligible. The parties have agreed to suspend the timing of this agreement during its term and extend the timing. The parties have agreed to extend the current organizing agreement to restart January 15, 2006, and renew a full term for organizing, from the date.

Authorization cards, signed by Employees and dated from the date of commencement in the renewed agreement in 2006, through the term of the renewed agreement, shall be honored as valid in the determination of majority status through completion of timelines under the renewed agreement.

Additionally, the Employer and the Union agree that former "Lower level exempt" positions are bargaining unit eligible, to be included in the UHW bargaining unit. The Employer shall provide a list of all such Employees with detailed information as soon as possible to enable the parties to formulate an organizing agreement for this Employee group. The parties shall meet in the near future to agree on an organizing agreement and timelines for this group of Employees, with the organizing to occur in 2006.

18.   **<u>JOB EVALUATION</u>**

Joint Committee – Pay Grade Relationships, Modification of the Evaluation Manual and Modification to Rate Ranges

Following ratification of the 2000 Labor Agreement, the parties agree to meet to complete the defined work related to re-alignment of the current Pay Grades identified by Labor and Management; re-alignment of the Evaluation Manual, and also to modify pay rate ranges. Further, the parties agree that there is not enough money in the equity fund (the amount defined by the CIC (Common Issues Committee), to implement the necessary modifications, after the parties have concluded negotiations over these equity funds, the work will be completed and placed on hold until sufficient funding is available to implement. The work of this committee shall be coordinated and merged with the work and timing of the process identified in Section 9 — 2nd Year Equity, of the "Union Settlement Proposal" dated September 12, 2000.

Committee members shall be restricted to six (6) Union representatives and six (6) Employer representatives at any given meeting. Union Employees involved shall be paid for time spent in this committee and its activities.

In the event of a dispute, the dispute shall be submitted to the procedure in Section 2 C of the National Agreement.

19.   **<u>"OTHER OBLIGATIONS"</u>**

<u>Uniform Policy.</u>  The parties have agreed that if the Employer is contemplating a change to the Uniform Policy, they shall meet and confer with the Union.

<u>Union Dues.</u> The parties acknowledge that Part Time, Limited Part-Time, Temporary and On-Call Employees have an obligation to pay Union Dues and the Employer will be kept informed of current dues and initiation rates by the Union.

<u>Other Agreements</u>. The parties agree to let the following Agreements from the 1996-2001 Agreement expire with the understanding that Employees covered by those agreements have continued rights as described in each: Health Plan Eligibility, Sick Leave Pay-off, and Financial Counselor

20.   **<u>ADVANCED STEP PLACEMENT AT HIRE.</u>**

**<u>Advanced Hiring Criteria</u>.**
The parties agree that prior to the implementation of the Advanced Hiring Criteria a legitimate recruitment problem must exist. Further, the Employer will notify the Union prior to the implementation of its intent to utilize the Advanced Hiring Criteria and, upon request of the Union, the Employer will supply a list of all impacted Employees in the affected classification.

It is understood that once Advanced Hiring Criteria is implemented for a particular classification, it will remain in place for the duration of the current Collective Bargaining Agreement, unless the parties mutually agree that the recruitment problem is resolved, at which time the Employer will discontinue using the Advanced Hiring criteria for the affected classification.

| Process for determining years of experience | Hire rate |
|---|---|
| New Grad or Less than 1 year of experience | Start Rate – Step 1 |
| One (1) or more years of experience | Two Year Rate – Step 3 |

Advanced hiring criteria will be applied classification-wide unless the parties mutually agree to utilize the procedure noted in the paragraph below. When new hires are hired-in at the two (2) year (Step 3) rate, all current Employees in the affected classification will be advanced to the two (2) year (Step 3) rate and their service date shall not be changed. The effective date of such advancement shall be the date the first new-hire in the classification is hired at the two (2) year (Step 3) rate.

The parties recognize that there may be special circumstances where recruitment issues are restricted to a specific geographic or functional location within a classification (i.e. Service Area or Medical Center). If the parties mutually agree that such a situation exists, Advanced Hiring criteria will be applied in the classification at the specific, mutually agreed upon geographic or functional location. In such cases, existing Employees in the classification at the specific geographic or functional location will be advanced to the two (2) year (Step 3) rate as outlined above.

**21.   JOB SECURITY, EDUCATION AND TRAINING.**

The skills needed by Employees in today's and tomorrow's workplace are changing at an ever increasing pace. To be the Health Care Employer of Choice and a highly regarded and well managed organization, Kaiser Permanente is committed to making resources available to Employees to assist in areas of education, training, re-training, and workforce planning. We acknowledge that we have a responsibility to contribute to future employment needs in a proactive fashion. We are therefore interested in enhancing the skills, and thereby the marketability and employability of the workforce. Due to sweeping changes in health care, we are committed to working with the Union, to keep the Union informed of our activities, discuss plans, share ideas and provide a forum for input.

The following describes areas where the Employer and the Union can work together to assist Employees:

388

**Section 1 – Workforce Training, Re-training, Education and Job Placement.**

a.)    **Job Training.**
Plan and coordinate training, re-training, education and career advancement programs both internal and external to the organization. Displaced Employees will receive up to one hundred sixty 160 hours paid training time for vacant positions for which an Employee can qualify with such training.

b.)    **Work force Forecasting, Utilization and Planning.**
Forecast and communicate future job trend and emerging skill requirements to Employees, as well as license and certification changes, and new technologies affecting future careers.

Analyze utilization of full-time, part-time, limited part-time and on-call staff to determine ways to create more full-time positions and appropriate utilization of part-time, limited part-time and on-call status Employees which may include using staff across departmental, entity and Member Service Area lines.

Forecast human resource needs and proactively commit to the placement of displaced Employees into vacant positions for which they qualify or can perform the responsibilities with minimal training.

c.)    **Skill Expansion.**
Teach Employees new skills, or enhance skill proficiency, to enable them to perform current or future job responsibilities, and increase their marketability and employability.

d.)    **Performance Planning.**
Assist Employees in understanding the goals and needs of the organization and help them to create plans that align their career objectives with organizational human resource needs.

e.)    **Eliminating Barriers.**
Work with the Union to identify and eliminate contractual barriers, including re-examination of current minimum job requirements, and change management practices which will enhance Employee job security and upward mobility.

f.)    **Job Counseling Services. Skill Assessment and Career Development.**
Provide job counseling services to Employees and assist them using various tools to assess skills, interest areas and formulate individual career plans.

g.)   **Develop a Communication Plan.**
Work with the Union on developing communication plans that will keep Employees informed of activities and create mechanisms for Employee input concerning ideas, suggestions and activities for Kaiser Permanente and the Union to consider.

**Section 2 – Services to Displaced Employees.**
(Provided the terms and conditions of the National Agreement on Employment and Income Security are followed).

a.)   **Outplacement Services.**
Prepare displaced Employees in seeking employment by assisting them with job search techniques such as resume preparation, interviewing and networking skills, and provide access to support services such as telephones, office space and personal computers. Funding opportunities can be expanded which could assist displaced Employees through the work of the Joint Labor Management Community Services Committee as Employees may secure employment in the community under this program.

b.)   **Linkages with Community.**
Create links with the community to assist displaced Employees in securing outside employment, keep abreast of industry changes, and identify possible community placement sources and opportunities for marketing skills.

c.)   **Training.**
Provide skills training to assist displaced Employees in competing for both internal and external positions using workforce planning and forecasting to identify potential internal placement sources.

d.)   **Rehiring of Displaced Employees.**
Priority consideration for employment will be given to qualified referrals for future job placement within the organization. Within ninety (90) days of contract implementation, the Employer will develop an internal matching system for placement of laid-off Employees into vacant positions throughout the region prior to filling positions by outside hires.

e.)   **Severance Programs.**
The 1996 Severance Program assists Employees by providing income protection and extended health care benefits based on length of service and other eligibility factors. Continuance or modification of the Severance Program will be negotiated on an annual basis.

f.)   **Supplemental Income.**
All eligible Employees laid off by the Employer will be entitled to receive unemployment insurance in compliance with the State of California.

390

**Section 3 – Funding – Joint Education/Training Fund.**
In addition to carrying over unspent funds from the 1996 contract, the Employer will continue the jointly administered fund with an additional $200,000.00 on January 1, 2006; $200,000.00 on January 1, 2007; $200,000.00 on January 1, 2008; $200,000.00 on January 1, 2009; $200,000.00 on January 1, 2010. Each of the increases or any unused portion of the increase may be carried forward until the expiration of the current agreement. The purpose of the fund is to maximize training, re-training, education, skill enhancement and career advancement opportunities with the Employer for Employees represented by the Union, and to meet identified human resource needs as joint labor management initiatives. Additional funding will be solicited from State, Federal, and other sources in collaboration with the Union. Fund expenditures will be jointly made. Employees in fund Programs are qualified to receive severance benefits which are in place at the time of lay off.

22. **IN-HOUSE TRAINING PROGRAMS.**

The parties agree that the implementation dates noted on items A through G are best case estimates and the implementation of the Programs need additional study and resource allocation. In an effort to answer cost and training capability questions, an initial expenditure of JSET Funds will be utilized to conduct a Joint Study regarding the programs. JSET Funds will also be utilized to fund the development and implementation of agreed upon programs. Further, the parties agree that development and implementation of the recommended training programs are dependent on the availability of funding. The committee should also be charged with responsibility for determining Employee access to available training, Employee placement following training and continuation of such programs. In an effort to ensure start-up and continuation of such programs, the parties commit to make every effort to locate additional funding through grants and other internal resources.

A. **LVN Career Ladder Program.**
No later than March 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit LVN I/II to assume LVN III positions. Volunteers for such training shall be accepted in seniority order commencing with the most Senior LVN I/II, regardless of the Employee's lack of prior experience.

Participants shall be paid their current regular contract wages. differentials, premiums and the like while in training, whether classroom or on the job. No LVN shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than _____ months in duration. In the event a participant fails to pass the program, the LVN shall be entitled to return to his/her former assignment, shift and hours.

391

Positions to be filled through the training program shall be posted as "LVN License Required — Willing To Train" and shall be available to internal LVN I/II applicants only. Identified vacancies shall be frozen to external applicants; however vacant positions may be filled temporarily with "On-Call", Registry or Traveler LVNs.

Depending on the numbers of bargaining unit LVNs desiring to enter the Program, the Employer agrees to train no less than twenty (20) enrollees in the first offering of the Program.

In the event there are fewer than five (5) applicants for the initial Program or future Programs, this Agreement shall be null and void. In the event there are more than twenty (20) applicants for the initial program and provided there are at least five (5) LVN III vacancies, the Employer commits to a ongoing training program until all applicants are accommodated or the need to fill vacancies subsides.

Notwithstanding the above, it is the intent of the Employer to provide ongoing training to internal bargaining unit Employees throughout the term of this Agreement in order to fill vacancies and to be prepared for potential vacancies. To this end, the Employer will continue to work together with the Union during the term of the contract to ensure training opportunities even when there are not large numbers of vacant positions.

Upon completion of the Program, the applicant LVN I/II shall be promoted to and assigned the LVN III position for which he/she applied.

Nothing herein is intended to infringe upon the transfer rights of bargaining unit LVN IIIs.

B. **<u>Ward Clerk Transcriber Training Program</u>.**
No later than March 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit Employees to Ward Clerk Transcriber positions. Volunteers for such training shall be accepted in seniority order commencing with the most Senior qualified bargaining unit Employee, regardless of the Employee's lack of prior hospital or Ward Clerk experience. Minimum requirements will be jointly determined by the Union and Employer.

Participants shall be paid their current regular contract wages, differentials, premiums and the like while in training, whether classroom or on the job. No Employee shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than _____ weeks in duration. In the event a participant fails to pass the program, the Employee shall be entitled to return to his/her former assignment, shift and hours.

392

Positions to be filled through the training program shall be posted as Ward Clerk Transcriber – Willing To Train" and shall be available to internal bargaining unit applicants only. Identified vacancies shall be frozen to external applicants; however vacant positions may be filled temporarily with "On-Call", Registry or temporary Employees.

Depending on the numbers of bargaining unit Employees desiring to enter the Program, the Employer agrees to train no less than ten (10) enrollees in the first offering of the Program.

In the event there are fewer than three (3) applicants for the initial Program or future Programs, this Agreement shall be null and void. In the event there are more than five (5) applicants for the initial program and provided there are at least three (3) vacancies, the Employer commits to a ongoing training program until all applicants are accommodated or the need to fill vacancies subsides.

Notwithstanding the above, it is the intent of the Employer to provide ongoing training to internal bargaining unit Employees throughout the term of this Agreement in order to fill vacancies and to be prepared for potential vacancies. To this end, the Employer will continue to work together with the Union during the term of the contract to ensure training opportunities even when there are not large numbers of vacant positions.

Upon completion of the Program, the applicant shall be assigned the Ward Clerk Transcriber position for which he/she applied.

Nothing herein is intended to infringe upon the transfer rights of bargaining unit Employees.

C. **Diagnostic Imaging Technologist Program.**

**INTRODUCTION**

The training programs are now coordinated regionally and have become more demanding, complex, costly and time-consuming for the trainees, department and medical centers. In addition, the American Registry of Radiologic Technologists ("ARRT") now requires completion of a minimum of 16 hours of structured education related to the content outline for the modality-specific examination.

At the time of this agreement, the Diagnostic Imaging training programs include: Magnetic Resonance Imaging ("MRI"), Computerized Tomography ("CT"), and Interventional Radiology ("IR").

**FUNDING**

The parties agree that development and implementation of the recommended training programs are dependent on the availability of

393

funding.  As of the time of entering into the Side Letter of Agreement, the regional training programs are funded by SEIU/UHW-West Joint Employer Education Fund and JSET (Job Security Education and Training).  Should this funding reduce or cease, the parties may have to revisit this agreement.  In an effort to ensure the continuation of these programs, the parties commit to make every effort to locate additional funding through grants and other internal resources.

## SELECTION OF TRANINING CANDIDATES

A Labor Management committee shall jointly be responsible for determining the minimum requirements and selection criteria.  While bargaining unit seniority will be the primary factor to determine an employee's participation in the training program, if there is legitimate concern as to an employee's commitment to the training program or filing a future position, the committee or sub-committee will take such into consideration and may deny participation.

## REPLACEMENT COVERAGE/PREPARING FOR POTENTIAL VACANCIES

Each medical center will maintain a minimum of one (1) internally trained, qualified replacement employee in each Diagnostic Imaging modality (MRI, CT and IR).

D.  **Surgical Technologist Career Program.**
No later than October 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit Surgical Techs or any other Union member who has successfully completed an accredited Surgical Technology Program, to learn advanced skills and multiple procedures or to become Qualified for a Surgical Technologist I entry level position. Volunteers for such training shall be accepted in seniority order commencing with the most Senior qualified bargaining unit Employee.

Participants shall be paid their current regular contract wages, differentials, premiums and the like while in training, whether classroom or on the job. No Employee shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than eight (8) weeks in duration, In the event a participant fails to pass the program, the Employee shall be entitled to return to his/her former assignment, shift and hours.

394

Positions to be filled through the training program shall be posted as "Surgical Tech I / II — Willing To Train" and shall be available to internal bargaining unit applicants only. Identified vacancies shall be frozen to external applicants; however vacant positions may be filled temporarily with "On-Call", Registry or temporary Employees.

Depending on the numbers of bargaining unit Employees desiring to enter the Program, the Employer agrees to train no less than ten (10) enrollees in the first offering of the Program.

In the event there are fewer than three (3) applicants for the initial Program or future Programs, this Agreement shall be null and void. In the event there are more than five (5) applicants for the initial program and provided there are at least three (3) vacancies, the Employer commits to a ongoing training program until all applicants are accommodated.

Notwithstanding the above, it is the intent of the Employer to provide ongoing training to internal bargaining unit Employees throughout the term of this Agreement in order to fill vacancies and to be prepared for potential vacancies. To this end, the Employer will continue to work together with the Union during the term of the contract to ensure training opportunities even when there are not large numbers of vacant positions.

Upon completion of the Program, the applicant shall be assigned the Surgical Tech level position for which he/she applied.

The core learnings and abilities required of the Surgical Tech II level will be jointly determined by the Union and the Employer. Upon reaching agreement on the core learnings and abilities required, each Surgical Tech will be evaluated to determine current level attained. Those Techs who are already functioning at a II Level will be reclassified upward no later than the first day of the first pay period of the month of October 1, 2001.

Nothing herein is intended to infringe upon the transfer rights of bargaining unit Employees.

E.    **Cardiac Cath Diagnostic Imaging Technologist.**
No later than March 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit Diagnostic Imaging Technologists to higher Cardiac Cath Diagnostic Imaging Technologist positions. Volunteers for such training shall be accepted in seniority order commencing with the most Senior qualified bargaining unit Employee. Minimum requirements will continue as jointly determined by the Union and the Employer.

Participants shall be paid their current regular contract wages, differentials, premiums and the like while in training, whether classroom or on the job. No Employee shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than six (6) months in duration. In the event a participant fails to pass the program, the Employee shall be entitled to return to his/her former assignment, shift and hours.

Positions to be filled through the training program shall be posted as "Cardiac Cath Diagnostic Imaging Technologist – Willing To Train" and shall be available to internal bargaining unit applicants only. Identified vacancies shall be frozen to external applicants; however, vacant positions may be filled temporarily with On-Call, Registry, or temporary Employees.

Depending on the number of bargaining unit positions available, the Employer agrees to train no less than the number of Employees needed to fill the vacancies.

Upon completion of the program, the applicant shall be assigned to the applicable Cardiac Cath Diagnostic Imaging Technologist position for which he/she applied.

This agreement shall not negate prior agreements for internal training and upgrades.

Nothing herein is intended to infringe upon the transfer rights of bargaining unit Employees.

F.    **Cardiac Cath Technologist.**
No later than March 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit Employees to higher level Cardiac Cath Technologist positions. Volunteers for such training shall be accepted in seniority order commencing with the most Senior qualified bargaining unit Employee. Minimum requirements will continue as jointly determined by the Union and the Employer.

Participants shall be paid their current regular contract wages, differentials, premiums and the like while in training, whether classroom or on the job. No Employee shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than six (6) months in duration. In the event a participant fails to pass the program, the Employee shall be entitled to return to his/her former assignment, shift and hours.

396

Positions to be filled through the training program shall be posted as "Cardiac Cath Rad Technologist – Willing To Train" and shall be available to internal bargaining unit applicants only. Identified vacancies shall be frozen to external applicants; however, vacant positions may be filled temporarily with On-Call, Registry, or temporary Employees.

Depending on the number of bargaining unit positions available, the Employer agrees to train no less than the number of Employees needed to fill the vacancies.

Upon completion of the program, the applicant shall be assigned to the applicable Cardiac Cath Technologist position for which he/she applied.

This agreement shall not negate prior agreements for internal training and upgrades.

Nothing herein is intended to infringe upon the transfer rights of bargaining unit Employees.

G.  **Central Processing Technician "CST".**
No later than March 1, 2001, the Employer will commence an in-house training program to train interested bargaining unit Employees who have successfully completed an accredited CST program, to become qualified for a CST entry level position. Volunteers for such training shall be accepted in seniority order commencing with the most Senior qualified bargaining unit Employee. Minimum requirements will continue as jointly determined by the Union and the Employer. The experience requirement will be waived.

Participants shall be paid their current regular contract wages, differentials, premiums and the like while in training, whether classroom or on the job. No Employee shall suffer a loss, or surrender any contractual right of any kind due to entering the program.

The program shall be no longer than six (6) months in duration. In the event a participant fails to pass the program, the Employee shall be entitled to return to his/her former assignment, shift and hours.

Positions to be filled through the training program shall be posted as "Central Supply Tech – Willing To Train" and shall be available to internal bargaining unit applicants only. Identified vacancies shall be frozen to external applicants; however, vacant positions may be filled temporarily with On-Call, Registry, or temporary Employees.

Depending on the number of bargaining unit positions available, the Employer agrees to train no less than the number of Employees needed to fill the vacancies.

397

Upon completion of the program, the applicant shall be assigned to the applicable Central Processing Technician position for which he/she applied.

This Agreement shall not negate prior agreements for internal training and upgrades.

Nothing herein is intended to infringe upon the transfer rights of incumbent Central Processing Technicians.

### 23.   2ND YEAR EQUITY– NEW JOB DEFINITIONS

The purpose of this letter is to set forth the understandings reached in negotiations concluded November 29, 2001 which are effective through the term of the current contract and are fully enforceable through the grievance and arbitration provisions of the contract.

a.)   **Medical Assistant (New).**
A new job description will be developed for Medical Assistant that will reflect the job duties of a Clinic Assistant and set forth a minimum requirement that the position require education as a "Certified Medical Assistant".

Current Clinic Assistants will be evaluated for proper level placement at either the MA or Clinic Assistant level. Those who are Medical Assistant certified will receive upward wage adjustment retroactive to October 1, 2001. Should the Employee's file not contain documentation of MA certification, the Clinic Assistant will be asked to provide documentation. All Clinic Assistants who possess the MA certificate shall be placed in the Medical Assistant classification.

Clinic Assistants who possess MA certification will be placed into the MA classification even if certification was not a "minimum requirement" of the job he or she was hired into or transferred into.

Current Clinic Assistants who have not already been required to complete the Employer's "enhanced training program" will not be required to do so.

The evaluation process will be completed no later than January 31, 2002.

b.)   **LVN II AND III.**
The job requirements for an LVN I position will immediately be modified to require no more than 1 year experience in a clinic or acute care setting, an LVN license and CPR card.

The Employer and the Union will jointly develop new job descriptions outlining the minimum requirements for the LVN II and Ill positions. The

398

parties shall also jointly develop an evaluation process to determine which LVNs are to be retro-actively placed at the II or III level retroactive to October 1, 2001.

An LVN II level position applies to work assignments in GI Lab, Immunization Clinic, HIV Clinic, ENT, Employee Evaluation, Home Health, Oncology, General Surgery, Orthopedics, or Allergy or in positions that required at the time of hire (or subsequently), that an LVN have a certificate (e.g. BCLS), specialized training, special skills or more than one (1) year of experience as an LVN in a clinic or acute care setting.

An LVN III level position applies to any LVN position that required at the time of hire (or subsequently) that an LVN be IV Certified or to any LVN that utilizes IV skills in the course of his/her employment.

The joint evaluation process will be completed no later than February 28, 2002.

It is not the intent of this agreement that any current LVN be reduced in pay or classification.

It is the intent that LVNs who desire to be trained to attain level II or III, be trained in seniority order before any level II or III is hired from the outside.

c.) **Respiratory Care Practitioner I, II and III.**
The Employer and the Union will jointly develop a new job description outlining the minimum requirements for the RCP II and III positions.

An RCP II level position, applies to work assignments requiring an RCP to be trained to work in any Adult Critical Care area or any general Pediatric Care area.

An RCP III level position applies to work assignments requiring an RCP to be trained to work in any NeoNatal, Critical Care or Pediatric Critical Care area. RCPs will be evaluated to determine proper level placement retroactive to October 1, 2001 through a process of file review, or through skills validation, should the file not contain such validation. The joint evaluation process will be completed no later than January 31, 2002.

A Labor/Management Committee will jointly develop and conduct a skills validation process should it be necessary to evaluate current Employees or new hires.

It is the intent that Respiratory Care Practitioners who desire to be trained to attain level II or III, be trained in seniority order before any level II or III is hired from the outside.

399

d.) **<u>Surgical Tech II (New).</u>**
The Employer and the Union will jointly develop a new job description outlining the minimum requirements for the Surgical Tech II position and jointly evaluate Surgical Techs to determine proper level placement retroactive to October 1, 2001 at the II level.

A Surgical Technologist II   level   position   applies to   Surgical Technologists who (1) possess the equivalent of two (2) years full-time experience in an acute care OR setting, and (2) qualifies as a "first scrub" in more than one specialty area (e.g. Gastro-Urinary, Vascular, ENT, OB/GYN, etc.) and (3) is LCC-ST credentialed.

Credentialing will not be required for level II placement for Employees hired prior to November 30, 2001.

The evaluation for proper level placement shall be based on the Supervisor's evaluation of meeting the 2-year equivalent experience requirement, multiple specialties qualification as "first scrub," and a file review for LCC-ST, if needed.

Any Surgical Technologist may challenge the Supervisor's denial of level II placement through taking a skills validation test jointly developed by a L/M Task Group to ascertain multiple specialties qualification. This test may be taken two (2) times in a 30-day period but not more often than every six (6) months.

It is the intent that any Surgical Technologist who desires training in multiple specialties, be provided such training and that the training be offered based on Seniority. It is the intent that Surgical Technologists who desire to be trained to attain level II, be trained before any level II is hired from the outside.

e.) **<u>Central Supply Tech II.</u>**
The Employer and the Union will jointly develop a new job description with minimum requirements for the Central Supply Tech II position and jointly evaluate Central Supply Techs to determine proper level placement retroactive to October 1, 2001.

CST "certification" will not be a requirement to become a level II.

A Central Supply Tech II level position applies to CSTs who demonstrate through standardized testing the ability to accurately pack OR instruments (correct instruments in appropriate position and sequence).

A joint L/M work group will develop and administer a standardized test that any Central Supply Tech may access to demonstrate Level II abilities. The test will be developed and administered to current staff no later than February 28, 2002. The test may be taken 2 times in a 30-day period.

400

Future ability to promote to Level II will be based on the availability of a posted vacant level II position. For entry into a level II position, testing will be required for both promotion from level I and for outside hires.

It is the intent of the Employer to train level I Union represented Employees, in seniority order, before filling any level II position through outside hire.

24.    **ON-CALL AND LEAD POSITIONS.**

Wages and wage scales shall be adjusted retroactive to October 1, 2001 for all On-Call and Lead positions to maintain the appropriate higher rate of pay of On-Call and Lead Positions.

Current Leads shall be adjusted to the appropriate Lead classification and pay level based on meeting the requirements of the position (e.g. a current Lead LVN II who meets the qualifications for a new LVN III would become a Lead LVN III and paid 5% above the LVN III level). It is not the intent of this agreement to eliminate any Lead positions or that any Lead be demoted in classification or pay.

25.    **LABOR/MANAGEMENT PARTNERSHIP TRUST CONTRIBUTION.**

This Agreement provides funding for UHW-represented Employee contributions to the LMP Trust as follows:

Effective:    01/01/2002 —.06/hour/Employee
              10/01/2003 —.07/hour/Employee
              10/01/2004 —.08/hour/Employee
              10/01/2005 —.09/hour/Employee

Since 2nd year equity dollars were used to fund this contribution, there will be no reduction to future annual pay increases during the term of the contract and no payroll deductions to fund the Employee's L/M Trust obligations.

**October 2001 Through December 2001 Lump Sum.**
The agreed upon delay of the Union represented Employee contribution to the LMP Trust of .06/hour/Employee from October 1, 2001 through December 31, 2001 has generated $351,859.00 in one time funds.

The parties agree that these funds shall be used jointly and administered through a Labor Management Committee to plan and schedule a series of Kaiser/Union Employee recognition events during the term of the contract.

401

**26.    RESOURCE NETWORK.**

The following represents the terms and conditions under which the Resource Network will be implemented. Except where the parties specifically agree in writing, all terms and conditions of the collective bargaining agreement apply.

The Resource Network will function, on a trial basis, for one (1) year. On conclusion of the year the parties will meet to determine the necessity for modification or discontinuance of the program. Should the parties agree to the permanent continuance of the program, a letter of agreement will be drafted and signed by the parties. It was agreed that during the first year of this pilot operation, we would meet at least once every 90 days to assess operations and resolve issues which arise. It is also clear that meetings may occur more frequently as dictated by the nature of issues which arise, or if grievances are filed.

Resource Network Employees will be utilized in accordance with Article V, paragraph 517, item 10 *(Article XVI, Section 6 of the current Agreement)* of the Collective Bargaining Agreement.

Further, it is understood that the posting of specific hours for the part-time positions is on a non-precedent setting basis and will not serve as a basis for resolving grievances or arbitrations involving such postings.

Employees may work in more than one classification only if the contractual pay ranges are exactly the same.

Full-time positions will be posted with shift and hours of work. Part-time positions will be posted with shift and hours of work.
Where applicable, Employees must make themselves available for a work assignment of two weekends each month.

Employees must commit to work at least three (3) designated holidays per year and one of the holidays must be either Christmas or Thanksgiving.

**Seniority Language for Resource Network Handbook.**

1.    **Entering the Resource Network Pool.**
      Employees will use Bargaining Unit Seniority into the Resource Network Pool.

2.    **Assignment of Work.**
      Seniority, for assignment of work, for full-time and part-time Employees will be based on an Employee's most recent date of hire into a classification covered by the Collective Bargaining Agreement (bargaining unit seniority). Once an assignment is made, an Employee will not be displaced by a more senior Employee. This language is applicable until full

402

(Regional) implementation of the Union Resource Network is achieved. It will then be reviewed for continued or modified application.

Prior to the utilization of Resource Network Employees, additional straight time hours will be offered per the language of Article V, paragraph 517 *(Article XVI, Section 6 of the current Agreement*) of the Collective Bargaining Agreement.

3.  **Promotion and Transfers.**
    On date of hire or transfer into the Union Resource Network, the Employee must designate a "Primary" Medical Center. Thereafter, when positions are posted in a Resource Network Employee's "Primary" Medical Center, Employees may exercise their bargaining unit seniority pursuant to the contract, as follows: Department/Regional Services Area/Medical Center Area, MSA, and Region.

4.  **Kaiser Involuntary Time OFF (KIT).**
    In the event of a cancellation situation, Kaiser Resource Network Employees will be cancelled after External Registry, but before Employees who work in the affected home department.

5.  **Reduction in Force.**
    Article XVI, Section 5 of the Collective Bargaining Agreement should be applied for Reduction(s) in Force and Recall.

    In a reduction in force and subsequent recall, the principle of bargaining unit seniority shall govern, providing that merit and ability are adequate.

    The Resource Network will be considered the laid off Employee's Department as defined in Step Four in the Force Reduction process.

    Employees who do not qualify for Step 2 or Step 3 of the Force Reduction process, as defined in. the collective bargaining agreement, may displace the least senior Employees in their current classification, shift, and status in their "Primary" Medical Canter Area/Regional Service Area. As defined in #2 of Step 4.

    Should a Resource Network Employee fail to displace a least senior Employee in Step 2, 3. or 4 of the Force Reduction process, then the Employee would exercise the rights defined in Step 5 and recall described in the Collective Bargaining Agreement.

    In the event of a Resource Network RIF or Termination of the Pilot program, the Union and the Employer shall meet to discuss the application of Article XVI, Section 5 of the Collective Bargaining Agreement.

    Nothing herein shall preclude the parties from modifying the program or these agreements by mutual agreement.

403

All other issues raised by either party will be discussed and addressed as appropriate.

## 27.   REDUCTION IN FORCE TO 36 HOURS PER WEEK

Employees working thirty-six (36) or more hours per week who were formerly full-time Employees prior to a mandatory reduction in force shall be considered full-time Employees and shall receive benefits as such for a period of time not to exceed one (1) year from the date of the force reduction.

## 28.   SHOP STEWARD TRAINING AND DEVELOPMENT

In order to build union capacity and better support the Labor/Management Partnership, Shop Stewards will be provided up to eight (8) hours of paid time per month to attend Training and Development Activities as defined in the 2005 National Agreement designed to enhance their effectiveness and the Labor/Management Partnership. To achieve maximum benefit and to ensure that the operational needs of the organization are met, the following conditions will apply to the Shop Steward Training and Development Program:

1.  In order to ensure the continuity of operations and the availability of adequate replacement staff, the Union and/or Steward will provide as much advance notice of training and development as possible. The notice will include the date, time and location of the training and development program. Release for such training and development may be based on operational needs, but will not be unreasonably denied.

2.  For training and development activities in the Shop Stewards' home work location, Shop Stewards will follow the normal administrative processes for reporting their hours of work in the "Time" system and will be paid for "time worked" up to eight (8) hours per month.

3.  For training and development activities outside the Shop Stewards' home work location, Shop Stewards will submit a statement identifying the "time worked", up to eight (8) hours per month, for inclusion in the payroll system. Applicable State and Federal regulations related to travel time will apply.

4.  As per the National Agreement, these hours may be accumulated month to month to allow flexibility.

5.  The Shop Stewards' paid time will not be used in a manner that could be construed by the National Labor Relations Board as a violation of the National Labor Relations Act, as amended.

## 29.   BILINGUAL DIFFERENTIAL

1.    This Side Letter will apply until the Bilingual Program referenced in Article XIII, Section 7 is implemented or discontinued.

404

2.  Employees who have a demonstrated ability in a second language (to include sign language for the hearing impaired) and are routinely required to translate five percent (5%) or more of their work time, shall receive a bilingual differential in the amount of $65 per month or $0.375 per hour and paid on all hours compensated per biweekly pay period.

3.  Employees shall not be required to translate unless they are receiving the bilingual differential except for emergencies or at the time when a designated interpreter is unavailable. Employees not pre-assigned to receive bilingual pay, when requested or required to translate, shall receive bilingual pay for all hours worked that day.

4.  A list of all qualified interpreters receiving the bilingual differential shall be posted at each facility which shall include the additional language of fluency and shall be updated quarterly.

5.  The parties agree that if an employee declines to translate for a reasonable reason then no discipline will occur. Additionally, if an individual who is not qualified is required to translate then said employee will not be held accountable for any mistranslation.

6.  The criteria listed on a job posting must be related to the actual duties involved in the position. Employees filling vacancies posted with the criteria "Spanish Speaking Preferred" shall be paid the bilingual differential provided they meet the requirements as outlined in Article XIII, Section 7.

**30.**  **PART TIME ADDITIONAL PERMANENT HOURS**

Part-time employees shall have the option to claim additional permanent part-time hours as they become available in the employee's classification and department up to eight (8) hours per day and forty (40) hours per week based on the employee's seniority and ability to perform the work. The parties agree, however, that the Employer must maintain an ample force of qualified part-time employees.

**31.**  **CLASSIFICATIONS AND WAGES**

A.  Each job shall continue in effect until or unless there is a change in job content sufficient to justify reclassification or the job is no longer in existence.

B.  Job Families
- Service & Maintenance/Production
- Clerical
- Patient Care/Technical

C.    The Standard Hourly Wage Structure for all job families include a six (6) step rate progression consisting of a Start Rate, One (1) Year Rate, Two (2) Year Rate, Three (3) Year Rate, Four (4) Year Rate, and Five (5) Year Rate. Step progression is based on calendar months of service in the classification for full-time employees and equivalent service in the classification for part-time employees. (One calendar month equals 173.333 hours).

D.    Each employee will be assigned a job classification title.

**32.    RED CIRCLE RATES**

A.    "Red Circle" – when appropriate – shall apply only for the occupancy of his/her present job or position or of succeeding jobs for which the Standard Hourly Wage Rate is less than the "Red Circle" rate.

B.    It shall be the intent of the parties to eliminate "Red Circle" rates gradually, utilizing normal promotions, advancements from one (1) step wage rate to the next, turnover of employment, and offsetting "Red Circle" rates against general and uniform increase in rate of pay.

C.    Lateral transfers or downgrades at the specific request of the Employer shall not be cause to eliminate "Red Circle" rates.

D.    If an employee is upgraded from a job in which he/she is receiving a "Red Circle" rate and thereafter, within one (1) year, is reassigned or downgraded to said job or position formerly occupied, he/she shall be entitled to continue to receive the "Red Circle" rate as if he/she had been continuously employed therein. If such reassignment or downgrade to said job or position occurs subsequent to one (1) year after upgrading therefrom, such employee shall be paid a the established hourly wage rate for the job or position.

E.    A "Red Circle" rate shall not restrict the payment of the longevity rate referred to in paragraph 426 of this Agreement.

**33.    INLAND EMPIRE BARGAINING UNIT INCORPORATION**

Effective October 1, 2019, SEIU United Healthcare Workers – West and Kaiser Foundation Health Plan, Inc., have agreed that the Union's members located in the Inland Empire and performing support in KP-IT will become part of the Union's Statewide service and technical bargaining unit, and with the following exceptions, the parties' Statewide collective bargaining agreement will govern the terms and conditions of their employment.

Exceptions:

1.    Wage rates for the Inland Empire based KP-IT desktop support positions will mirror the Los Angeles wage structure, subject to a 2.5% decrease in each step to geographic wage differences.

406

2.    Each of the Union's members located in the Inland Empire and performing desktop support in KP-IT will receive a one-time bonus of $1,000.000, to be paid as soon as practicable following ratification of this Agreement.

**For Historical Purposes**

**Tuesday, May 09, 2017 rev. Wednesday, January 15, 2020**
**Application of Existing ECS Bargaining Unit Inland Empire Employees**

The Employer agrees to accrete the Inland Empire SEIU - UHW desktop support (DTS) unit to the previously existing SEIU - UHW DTS unit in the NCAL and SCAL regions for purposes of representation and recognition of their common community of interest as it has meaning under the NLRA.

The Employer also agrees to apply the terms of both the National Agreement and SEIU - UHW master agreement as previously agreed to with the Union for the DTS unit in the NCAL and SCAL regions (those agreements will be attached to a final agreement.) with the following exceptions:

1. Memorandum of Understanding —. The Inland Empire DTS unit will adopt the same benefits package as those provided to SEIU - UHW members under the Master Agreement and the National Agreement. Specifically - Includes the discontinuation of Plan B 5% employer contribution tote replaced by the union match and performance based contributions under section 28.2a of the National Agreement, and the transition from the current unrepresented 1.5% multiplier to the union 1.45% multiplier under the terms of the Kaiser Permanents defined benefit pension plan..

## BENEFITS AND PERQUISITES:

Employees classified as Desktop Support Workers will integrate into United Healthcare Workers - West ("SEIU-UHW") Agreement and the 2019 National Coalition Agreement (the "Agreements"), except for changes set forth in this document. Benefit changes are effective February 23, 2020 ("Implementation Date"). The Health and Welfare benefits Implementation Date ("H&W Implementation Date") will be March 1, 2020. The cash payment after Plan B stops will begin the month following the Implementation Date.

Health Benefits and Welfare Benefits:

Medical Benefits (including Vision): Through the H & W Implementation Date benefit eligible employees will maintain the current "Benefits by Design" KFH/P plan for non-represented, non-union employees as applicable. Beginning on the H & W Implementation Date, all employees eligible for medical coverage will receive the basic comprehensive plan based on "Kaiser Foundation Health Plan Traditional HMO Plan." Provided to the employees of SEIU UHW in Northern or Southern California.

Dental Benefits: Through the H & W Implementation Date, benefit eligible employees will maintain the current "Benefits by Design" KFH/P plan for non-represented, non-union employees as applicable. Beginning on the H & W Implementation Date, all employees eligible for benefits will receive the dental coverage available to the employees of SEIU-UHW in the Northern or Southern California region.

Retirement Benefits: Retirement benefits will be as specified under the terms of the Agreements after the Implementation Date. The following provisions will become effective as soon as administratively possible after the Implementation Date:

- Retirement benefits going forward will be as specified under terms of SEIU-UHW Master Agreement and the National Agreement.

- Employees will convert from the Kaiser Permanente Salaried Retirement Plan (KPSRP, Plan A) in which they presently are enrolled, into the Kaiser Permanente Employee Pension Plan (KPEPP) in Northern California or Kaiser Permanente Southern California Employees Pension Plan (KPSCEPP) in Southern California each with a 1.45% multiplier. Conversion will be seamless, and current years in the KPSRP will count toward vesting credit in the KPEPP or KPSCEPP.

- Employer contributions to the Kaiser Permanente Supplemental Savings and Retirement Plan (Plan B) and voluntary Employee payroll deductions (i.e., pre-tax contributions to KFH/P TSA and any after-tax contributions) will cease. Prior contributions to these plans will remain in employees' accounts, and employees will continue to receive statements and have access to direct and allocate funds in those accounts.

- Eligible employees who were vested in and receiving Employer contributions to Plan B on the date of ratification will be eligible to receive a cash payment equal to five percent (5%) of their calendar year annual earnings immediately prior to the Implementation Date less taxes and other deductions required by law.

- Employees will be eligible to enroll in the KP Salary Deferral Plan (KP 401(k)), outlined in the Agreements.

- **Retiree Medical Benefits**: Through the Implementation Date, eligible employees will maintain the current non-represented, non-union retiree medical KFH/P benefits as applicable. Employees retiring on or after the Implementation Date will receive retiree medical benefits in accordance with the Agreements.

## Time Off Benefits

All accrued and earned hours in Paid Time Off (PTO) banks will be converted to Vacation hours as of the Implementation Date. Vacation hours accruals shall be governed by the terms outlined in the Agreements on and after the Implementation Date.

All accrued and earned hours in Extended Sick Leave (ESL) banks will be converted to Sick leave as of the Implementation Date. Sick leave accruals shall be governed by the terms outlined in the Agreements on and after the Implementation Date.

Upon the Implementation Date, employees will receive Holidays and Flexible Personal Dates (Life Balance Days) in accordance with the Agreements. Upon the Implementation Date, all qualified employees will start accruing Educational Leave in accordance with the Agreements.

In order to transition the Inland Empire DTS employees to a tenure based wage system as referenced in the Tentative Agreement dated 4-6-2012 between the parties, the Company and the Union agree on moving the DTS employee to the attached structure effective 10.6-2014.

The increase between steps will be as follows:

Associate and Intermediate:

1.50% increase between steps "Start" through 10
2.00% increase between steps 11 & 12

Senior and Lead:

2.00% increase between steps "Start" through 10

2.50% increase between steps 11 & 12

The longevity steps are defined as the following:

Step 1: Start

Step 2: Start of year 2

Step 3: Start of year 3

Step 4: Start of year 4

Step 5: Start of year 5

Step 6: Start of year 7

Step 7: Start of year 9

Step 8: Start of year 11

Step 9: Start of year 13

Step 10: Start of year 15

Step 11: Start of year 20

Step 12: Start of year 25+

On 10-6-2019, employees will be placed on the wage structure at the step closest to their tenure or closest to their salary, whichever is lower with the following exceptions:

a. No employee will receive a decrease in pay.

b. Employees who have completed 2 years of service or more and whose wages are below Step 3 of the wage scale will be placed on Step 3 of the wage scale.

c. Beginning in June 30, 2020 employees placed on the tenure step below their actual years of service, will move up each year on their anniversary date until their salary and tenure step match.

409

Examples:

| Under-tenure | Over-tenure | Over Maximum of the structure |
|---|---|---|
| Go to wage step that provides no loss of pay | Go to wage step that provides no loss of pay | Red Circled |
| ATB applies to wage step | ATB applies to wage step | Receive lump sum equal to |
| Advance to next step on the anniversary date | Do not progress to higher step until tenure matches the wage rate | No increase until wage structure matches the wage rate |

Effective 6-30-2020 employees who are above the top rate on the structure for their classification will receive a lump sum equal to the negotiated AIR each year of the agreement or until the structure catches up with their base pay rate. The lump sum will be paid at the same time the ATB is applied to the structure.

For example: if an IE intermediate DTS employee is at the base pay rate of $35.00, he/she will receive a lump sum equal to the ATB on the effective date of the ATB (scheduled hours x ATB), until the structure catches up with their base pay rate.

**For the Company**                **For the Union**

☐ **Attachment A – IE Wage Structure**

410

### For Historical Purposes

### Transition to Wage Scale
### March 23, 2015

The Parties agree to the following regarding the attached wage scales:

1. In order to transition to a tenure based wage system as referenced in the Tentative Agreement dated 4-6-2012 between the parties, the Company and the Union agree on moving the Desktop Support employees onto the attached wage structure in attachment A, effective 9-1-2015.

2. The tenure based wage scale will include two regions of wage scales including NCAL and SCAL as outlined in the local agreement.

3. The increase between steps is as follows:

Associate and Intermediate

- 1.50% increase between steps "Start" through 10
- 2.00% increase between steps 10 & 11

Senior and Lead

- 2.00% increase between steps "Start" through 10
- 2.50% increase between steps 10 & 11

4. The longevity steps are defined as the following:

   Step 1: year 1
   Step 2: start of year 2
   Step 3: start of year 3
   Step 4: start of year 4
   Step 5: start of year 5
   Step 6: start of year 7
   Step 7: start of year 9
   Step 8: start of year 11
   Step 9: start of year 13
   Step 10: start of year 15
   Step 11: start of year 20
   Step 12: start of year 25+

5. On 9-1-2015, employees will be placed on the wage structure at the step closest to their tenure or closest to their salary, whichever is lower with the following exceptions:

   a. No employee will receive a decrease in pay.

411

b. Employees who have completed 2 years of service or more and whose wages are below step 3 of the wage scale will be placed on step 3 of the wage scale.

c. Beginning in 2016, employees placed on the tenure step below their actual years of service, will move up a step each year on their anniversary date until their salary and tenure step to match.

| Under-tenure | Over-tenure | Over Maximum of the structure |
|---|---|---|
| Go to wage step that provides no loss of pay | Go to wage step that provides no loss of pay | Red Circled |
| ATB applies to wage step | ATB applies to wage step | Receive lump sum equal to |
| Advance to next step on the anniversary date | Do not progress to higher step until tenure matches the wage rate | No increase until wage structure matches the wage rate |

6. Effective 9-1-2015 employees who are above the top rate on the structure for their region and classification will receive a lump sum equal to the negotiated ATB each year of the agreement or until the structure catches up with their base pay rate. The lump sum will be paid at the same time the ATB is applied to the structure.

For example: if an NCAL intermediate desk top support employee is at the base pay rate of $38.00, he/she will receive a lump sum equal to the ATB on the effective date of the ATB (scheduled hours x ATB), until the structure catches up with their base pay rate.

3-23-15

Fola Afariogun

3-23-15

Barbara Kabealo

Patrick G. Cloney

Jai Chowhan

Alfredo Iriarte

Richard King

Raul Gutierrez

Maria Pardoe

Shawn Murphy

412

| Union Code | Grade | Years | Step | 10/6/2019 Step Rate ($/Hr) | 10/4/2020 Step Rate ($/Hr) | 10/3/2021 Step Rate ($/Hr) | 10/2/2022 Step Rate ($/Hr) |
|---|---|---|---|---|---|---|---|
| NORTHERN CALIFORNIA | | | | | | | |
| Q01 | QU1-101 | 0 to 1 | 1 | 31.417002 | 32.359512 | 33.330297 | 34.330206 |
| Q01 | QU1-101 | 1 to 2 | 2 | 31.896919 | 32.853827 | 33.839442 | 34.854625 |
| Q01 | QU1-101 | 2 to 3 | 3 | 32.365132 | 33.336086 | 34.336169 | 35.366254 |
| Q01 | QU1-101 | 3 to 4 | 4 | 32.856754 | 33.842457 | 34.857731 | 35.903463 |
| Q01 | QU1-101 | 4 to 6 | 5 | 33.348376 | 34.348827 | 35.379292 | 36.440671 |
| Q01 | QU1-101 | 6 to 8 | 6 | 33.851703 | 34.867254 | 35.913272 | 36.990670 |
| Q01 | QU1-101 | 8 to 10 | 7 | 34.355031 | 35.385682 | 36.447252 | 37.540670 |
| Q01 | QU1-101 | 10 to 12 | 8 | 34.870064 | 35.916166 | 36.993651 | 38.103461 |
| Q01 | QU1-101 | 12 to 14 | 9 | 35.396802 | 36.458706 | 37.552467 | 38.679041 |
| Q01 | QU1-101 | 14 to 19 | 10 | 35.923540 | 37.001246 | 38.111283 | 39.254621 |
| Q01 | QU1-101 | 19 to 24 | 11 | 36.649268 | 37.748746 | 38.881208 | 40.047644 |
| Q01 | QU1-101 | 25+ | 12 | 37.374996 | 38.496246 | 39.651133 | 40.840667 |
| Q01 | QU1-102 | 0 to 1 | 1 | 36.450279 | 37.543787 | 38.670101 | 39.830204 |
| Q01 | QU1-102 | 1 to 2 | 2 | 37.000426 | 38.110439 | 39.253752 | 40.431365 |
| Q01 | QU1-102 | 2 to 3 | 3 | 37.550575 | 38.677092 | 39.837405 | 41.032527 |
| Q01 | QU1-102 | 3 to 4 | 4 | 38.112430 | 39.255803 | 40.433477 | 41.646481 |
| Q01 | QU1-102 | 4 to 6 | 5 | 38.685988 | 39.846568 | 41.041965 | 42.273224 |
| Q01 | QU1-102 | 6 to 8 | 6 | 39.259548 | 40.437334 | 41.650454 | 42.899968 |
| Q01 | QU1-102 | 8 to 10 | 7 | 39.856518 | 41.052214 | 42.283780 | 43.552293 |
| Q01 | QU1-102 | 10 to 12 | 8 | 40.453488 | 41.667093 | 42.917106 | 44.204619 |
| Q01 | QU1-102 | 12 to 14 | 9 | 41.062163 | 42.294028 | 43.562849 | 44.869734 |
| Q01 | QU1-102 | 14 to 19 | 10 | 41.670838 | 42.920963 | 44.208592 | 45.534850 |
| Q01 | QU1-102 | 19 to 24 | 11 | 42.513619 | 43.789028 | 45.102699 | 46.455780 |
| Q01 | QU1-102 | 25+ | 12 | 43.356400 | 44.657092 | 45.996805 | 47.376709 |
| Q01 | QU1-103 | 0 to 1 | 1 | 42.279513 | 43.547898 | 44.854335 | 46.199965 |
| Q01 | QU1-103 | 1 to 2 | 2 | 43.122294 | 44.415963 | 45.748442 | 47.120895 |
| Q01 | QU1-103 | 2 to 3 | 3 | 43.988486 | 45.308141 | 46.667385 | 48.067407 |
| Q01 | QU1-103 | 3 to 4 | 4 | 44.866383 | 46.212374 | 47.598745 | 49.026707 |
| Q01 | QU1-103 | 4 to 6 | 5 | 45.767691 | 47.140722 | 48.554944 | 50.011592 |
| Q01 | QU1-103 | 6 to 8 | 6 | 46.680703 | 48.081124 | 49.523558 | 51.009265 |
| Q01 | QU1-103 | 8 to 10 | 7 | 47.617127 | 49.045641 | 50.517010 | 52.032520 |
| Q01 | QU1-103 | 10 to 12 | 8 | 48.565255 | 50.022213 | 51.522879 | 53.068565 |
| Q01 | QU1-103 | 12 to 14 | 9 | 49.536794 | 51.022898 | 52.553585 | 54.130193 |
| Q01 | QU1-103 | 14 to 19 | 10 | 50.531744 | 52.047696 | 53.609127 | 55.217401 |
| Q01 | QU1-103 | 19 to 24 | 11 | 51.795916 | 53.349793 | 54.950287 | 56.598796 |
| Q01 | QU1-103 | 25+ | 12 | 53.083497 | 54.676002 | 56.316282 | 58.005770 |
| Q01 | QU1-104 | 0 to 1 | 1 | 49.045172 | 50.516527 | 52.032023 | 53.592984 |
| Q01 | QU1-104 | 1 to 2 | 2 | 50.028416 | 51.529268 | 53.075146 | 54.667400 |
| Q01 | QU1-104 | 2 to 3 | 3 | 51.023366 | 52.554067 | 54.130689 | 55.754610 |
| Q01 | QU1-104 | 3 to 4 | 4 | 52.041726 | 53.602978 | 55.211067 | 56.867399 |
| Q01 | QU1-104 | 4 to 6 | 5 | 53.083497 | 54.676002 | 56.316282 | 58.005770 |
| Q01 | QU1-104 | 6 to 8 | 6 | 54.148679 | 55.773139 | 57.446333 | 59.169723 |
| Q01 | QU1-104 | 8 to 10 | 7 | 55.237272 | 56.894390 | 58.601222 | 60.359259 |
| Q01 | QU1-104 | 10 to 12 | 8 | 56.337569 | 58.027696 | 59.768527 | 61.561583 |
| Q01 | QU1-104 | 12 to 14 | 9 | 57.461276 | 59.185114 | 60.960667 | 62.789487 |
| Q01 | QU1-104 | 14 to 19 | 10 | 58.608396 | 60.366648 | 62.177647 | 64.042976 |
| Q01 | QU1-104 | 19 to 24 | 11 | 60.083262 | 61.885760 | 63.742333 | 65.654603 |
| Q01 | QU1-104 | 25+ | 12 | 61.581539 | 63.428985 | 65.331855 | 67.291811 |

| Union Code | Grade | Years | Step | 10/6/2019 Step Rate ($/Hr) | 10/4/2020 Step Rate ($/Hr) | 10/3/2021 Step Rate ($/Hr) | 10/2/2022 Step Rate ($/Hr) |
|---|---|---|---|---|---|---|---|
| **SOUTHERN CALIFORNIA** | | | | | | | |
| Q01 | QU2-101 | 0 to 1 | 1 | 29.930431 | 30.828344 | 31.753194 | 32.705790 |
| Q01 | QU2-101 | 1 to 2 | 2 | 30.375231 | 31.286488 | 32.225083 | 33.191835 |
| Q01 | QU2-101 | 2 to 3 | 3 | 30.831738 | 31.756690 | 32.709391 | 33.690673 |
| Q01 | QU2-101 | 3 to 4 | 4 | 31.288244 | 32.226891 | 33.193698 | 34.189509 |
| Q01 | QU2-101 | 4 to 6 | 5 | 31.756456 | 32.709150 | 33.690425 | 34.701138 |
| Q01 | QU2-101 | 6 to 8 | 6 | 32.236374 | 33.203465 | 34.199569 | 35.225556 |
| Q01 | QU2-101 | 8 to 10 | 7 | 32.716290 | 33.697779 | 34.708712 | 35.749973 |
| Q01 | QU2-101 | 10 to 12 | 8 | 33.207913 | 34.204150 | 35.230275 | 36.287183 |
| Q01 | QU2-101 | 12 to 14 | 9 | 33.711240 | 34.722577 | 35.764254 | 36.837182 |
| Q01 | QU2-101 | 14 to 19 | 10 | 34.214568 | 35.241005 | 36.298235 | 37.387182 |
| Q01 | QU2-101 | 19 to 24 | 11 | 34.905180 | 35.952335 | 37.030905 | 38.141832 |
| Q01 | QU2-101 | 25+ | 12 | 35.595792 | 36.663666 | 37.763576 | 38.896483 |
| Q01 | QU2-102 | 0 to 1 | 1 | 34.717895 | 35.759432 | 36.832215 | 37.937181 |
| Q01 | QU2-102 | 1 to 2 | 2 | 35.232928 | 36.289916 | 37.378613 | 38.499971 |
| Q01 | QU2-102 | 2 to 3 | 3 | 35.759666 | 36.832456 | 37.937430 | 39.075553 |
| Q01 | QU2-102 | 3 to 4 | 4 | 36.298109 | 37.387052 | 38.508664 | 39.663924 |
| Q01 | QU2-102 | 4 to 6 | 5 | 36.848258 | 37.953706 | 39.092317 | 40.265087 |
| Q01 | QU2-102 | 6 to 8 | 6 | 37.398407 | 38.520359 | 39.675970 | 40.866249 |
| Q01 | QU2-102 | 8 to 10 | 7 | 37.960261 | 39.099069 | 40.272041 | 41.480202 |
| Q01 | QU2-102 | 10 to 12 | 8 | 38.522114 | 39.677777 | 40.868110 | 42.094153 |
| Q01 | QU2-102 | 12 to 14 | 9 | 39.107379 | 40.280600 | 41.489018 | 42.733689 |
| Q01 | QU2-102 | 14 to 19 | 10 | 39.692643 | 40.883422 | 42.109925 | 43.373223 |
| Q01 | QU2-102 | 19 to 24 | 11 | 40.488604 | 41.703262 | 42.954360 | 44.242991 |
| Q01 | QU2-102 | 25+ | 12 | 41.296269 | 42.535157 | 43.811212 | 45.125548 |
| Q01 | QU2-103 | 0 to 1 | 1 | 40.266203 | 41.474189 | 42.718415 | 43.999967 |
| Q01 | QU2-103 | 1 to 2 | 2 | 41.073868 | 42.306084 | 43.575267 | 44.882525 |
| Q01 | QU2-103 | 2 to 3 | 3 | 41.893238 | 43.150035 | 44.444536 | 45.777872 |
| Q01 | QU2-103 | 3 to 4 | 4 | 42.736019 | 44.018100 | 45.338643 | 46.698802 |
| Q01 | QU2-103 | 4 to 6 | 5 | 43.590506 | 44.898221 | 46.245168 | 47.632523 |
| Q01 | QU2-103 | 6 to 8 | 6 | 44.456697 | 45.790398 | 47.164110 | 48.579033 |
| Q01 | QU2-103 | 8 to 10 | 7 | 45.346300 | 46.706689 | 48.107890 | 49.551127 |
| Q01 | QU2-103 | 10 to 12 | 8 | 46.259313 | 47.647092 | 49.076505 | 50.548800 |
| Q01 | QU2-103 | 12 to 14 | 9 | 47.184030 | 48.599551 | 50.057538 | 51.559264 |
| Q01 | QU2-103 | 14 to 19 | 10 | 48.120454 | 49.564068 | 51.050990 | 52.582520 |
| Q01 | QU2-103 | 19 to 24 | 11 | 49.326098 | 50.805881 | 52.330057 | 53.899959 |
| Q01 | QU2-103 | 25+ | 12 | 50.555154 | 52.071809 | 53.633963 | 55.242982 |
| Q01 | QU2-104 | 0 to 1 | 1 | 46.704114 | 48.105237 | 49.548394 | 51.034846 |
| Q01 | QU2-104 | 1 to 2 | 2 | 47.640536 | 49.069752 | 50.541845 | 52.058100 |
| Q01 | QU2-104 | 2 to 3 | 3 | 48.600371 | 50.058382 | 51.560133 | 53.106937 |
| Q01 | QU2-104 | 3 to 4 | 4 | 49.571910 | 51.059067 | 52.590839 | 54.168564 |
| Q01 | QU2-104 | 4 to 6 | 5 | 50.555154 | 52.071809 | 53.633963 | 55.242982 |
| Q01 | QU2-104 | 6 to 8 | 6 | 51.573515 | 53.120720 | 54.714342 | 56.355772 |
| Q01 | QU2-104 | 8 to 10 | 7 | 52.603580 | 54.181687 | 55.807138 | 57.481352 |
| Q01 | QU2-104 | 10 to 12 | 8 | 53.657057 | 55.266769 | 56.924772 | 58.632515 |
| Q01 | QU2-104 | 12 to 14 | 9 | 54.722239 | 56.363906 | 58.054823 | 59.796468 |
| Q01 | QU2-104 | 14 to 19 | 10 | 55.822536 | 57.497212 | 59.222128 | 60.998792 |
| Q01 | QU2-104 | 19 to 24 | 11 | 57.215466 | 58.931930 | 60.699888 | 62.520885 |
| Q01 | QU2-104 | 25+ | 12 | 58.643511 | 60.402816 | 62.214900 | 64.081347 |

414

| Union Code | Grade | Years | Step | 10/6/2019 Step Rate ($/Hr) | 10/4/2020 Step Rate ($/Hr) | 10/3/2021 Step Rate ($/Hr) | 10/2/2022 Step Rate ($/Hr) |
|---|---|---|---|---|---|---|---|
| SOUTHERN CALIFORNIA-INLAND EMPIRE | | | | | | | |
| Q01 | QU3-101 | 0 to 1 | 1 | 29.182170 | 30.057635 | 30.959364 | 31.888145 |
| Q01 | QU3-101 | 1 to 2 | 2 | 29.615850 | 30.504326 | 31.419456 | 32.362040 |
| Q01 | QU3-101 | 2 to 3 | 3 | 30.060945 | 30.962773 | 31.891656 | 32.848406 |
| Q01 | QU3-101 | 3 to 4 | 4 | 30.506038 | 31.421219 | 32.363856 | 33.334772 |
| Q01 | QU3-101 | 4 to 6 | 5 | 30.962545 | 31.891421 | 32.848164 | 33.833609 |
| Q01 | QU3-101 | 6 to 8 | 6 | 31.430465 | 32.373379 | 33.344580 | 34.344917 |
| Q01 | QU3-101 | 8 to 10 | 7 | 31.898383 | 32.855334 | 33.840994 | 34.856224 |
| Q01 | QU3-101 | 10 to 12 | 8 | 32.377715 | 33.349046 | 34.349517 | 35.380003 |
| Q01 | QU3-101 | 12 to 14 | 9 | 32.868459 | 33.854513 | 34.870148 | 35.916252 |
| Q01 | QU3-101 | 14 to 19 | 10 | 33.359204 | 34.359980 | 35.390779 | 36.452502 |
| Q01 | QU3-101 | 19 to 24 | 11 | 34.032551 | 35.053528 | 36.105134 | 37.188288 |
| Q01 | QU3-101 | 25+ | 12 | 34.705897 | 35.747074 | 36.819486 | 37.924071 |
| Q01 | QU3-102 | 0 to 1 | 1 | 33.849948 | 34.865446 | 35.911409 | 36.988751 |
| Q01 | QU3-102 | 1 to 2 | 2 | 34.352105 | 35.382668 | 36.444148 | 37.537472 |
| Q01 | QU3-102 | 2 to 3 | 3 | 34.865674 | 35.911644 | 36.988993 | 38.098663 |
| Q01 | QU3-102 | 3 to 4 | 4 | 35.390656 | 36.452376 | 37.545947 | 38.672325 |
| Q01 | QU3-102 | 4 to 6 | 5 | 35.927052 | 37.004864 | 38.115010 | 39.258460 |
| Q01 | QU3-102 | 6 to 8 | 6 | 36.463447 | 37.557350 | 38.684071 | 39.844593 |
| Q01 | QU3-102 | 8 to 10 | 7 | 37.011254 | 38.121592 | 39.265240 | 40.443197 |
| Q01 | QU3-102 | 10 to 12 | 8 | 37.559061 | 38.685833 | 39.846408 | 41.041800 |
| Q01 | QU3-102 | 12 to 14 | 9 | 38.129695 | 39.273586 | 40.451794 | 41.665348 |
| Q01 | QU3-102 | 14 to 19 | 10 | 38.700327 | 39.861337 | 41.057177 | 42.288892 |
| Q01 | QU3-102 | 19 to 24 | 11 | 39.476389 | 40.660681 | 41.880501 | 43.136916 |
| Q01 | QU3-102 | 25+ | 12 | 40.263862 | 41.471778 | 42.715931 | 43.997409 |
| Q01 | QU3-103 | 0 to 1 | 1 | 39.259548 | 40.437334 | 41.650454 | 42.899968 |
| Q01 | QU3-103 | 1 to 2 | 2 | 40.047021 | 41.248432 | 42.485885 | 43.760462 |
| Q01 | QU3-103 | 2 to 3 | 3 | 40.845907 | 42.071284 | 43.333423 | 44.633426 |
| Q01 | QU3-103 | 3 to 4 | 4 | 41.667619 | 42.917648 | 44.205177 | 45.531332 |
| Q01 | QU3-103 | 4 to 6 | 5 | 42.500743 | 43.775765 | 45.089038 | 46.441709 |
| Q01 | QU3-103 | 6 to 8 | 6 | 43.345280 | 44.645638 | 45.985007 | 47.364557 |
| Q01 | QU3-103 | 8 to 10 | 7 | 44.212643 | 45.539022 | 46.905193 | 48.312349 |
| Q01 | QU3-103 | 10 to 12 | 8 | 45.102830 | 46.455915 | 47.849592 | 49.285080 |
| Q01 | QU3-103 | 12 to 14 | 9 | 46.004429 | 47.384562 | 48.806099 | 50.270282 |
| Q01 | QU3-103 | 14 to 19 | 10 | 46.917443 | 48.324966 | 49.774715 | 51.267956 |
| Q01 | QU3-103 | 19 to 24 | 11 | 48.092946 | 49.535734 | 51.021806 | 52.552460 |
| Q01 | QU3-103 | 25+ | 12 | 49.291275 | 50.770013 | 52.293113 | 53.861906 |
| Q01 | QU3-104 | 0 to 1 | 1 | 45.536511 | 46.902606 | 48.309684 | 49.758975 |
| Q01 | QU3-104 | 1 to 2 | 2 | 46.449523 | 47.843009 | 49.278299 | 50.756648 |
| Q01 | QU3-104 | 2 to 3 | 3 | 47.385362 | 48.806923 | 50.271131 | 51.779265 |
| Q01 | QU3-104 | 3 to 4 | 4 | 48.332612 | 49.782590 | 51.276068 | 52.814350 |
| Q01 | QU3-104 | 4 to 6 | 5 | 49.291275 | 50.770013 | 52.293113 | 53.861906 |
| Q01 | QU3-104 | 6 to 8 | 6 | 50.284177 | 51.792702 | 53.346483 | 54.946877 |
| Q01 | QU3-104 | 8 to 10 | 7 | 51.288491 | 52.827146 | 54.411960 | 56.044319 |
| Q01 | QU3-104 | 10 to 12 | 8 | 52.315631 | 53.885100 | 55.501653 | 57.166703 |
| Q01 | QU3-104 | 12 to 14 | 9 | 53.354183 | 54.954808 | 56.603452 | 58.301556 |
| Q01 | QU3-104 | 14 to 19 | 10 | 54.426973 | 56.059782 | 57.741575 | 59.473822 |
| Q01 | QU3-104 | 19 to 24 | 11 | 55.785079 | 57.458631 | 59.182390 | 60.957862 |
| Q01 | QU3-104 | 25+ | 12 | 57.177423 | 58.892746 | 60.659528 | 62.479314 |

### 34.  MORENO VALLEY CONTRACT CONSOLIDATION

Effective October 1, 2019, SEIU United Healthcare Workers – West and Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Medical Group, and the Southern California Permanente Medical Group (together, the "parties") have agreed the Union's members at Moreno Valley Medical Center (the "Moreno Valley members") will become part of the Union's Statewide service and technical bargaining unit.  Except as noted below, the Parties agree that their Statewide collective bargaining agreement will govern the terms and conditions of employment of the Moreno Valley members.

Exceptions:

1. Provisions of the Statewide agreement governing operational processes, including by way of example, and not limited to vacation and holiday selection, additional hours and overtime, and posting of schedules, will be implemented for the Moreno Valley members on January 1, 2020.

    a. The Parties agree to meet as needed, between ratification of this Agreement and January 1, 2020, to discuss the operational transition details in order to ensure a smooth transition.

    b. In the event unforeseen issues arise that would prevent the implementation of any contract provision on January 1, 2002, the Employer will provide the Union at least two weeks' notice of the problem.

2. The Moreno Valley members shall continue to be governed by Article 7, Section 11, "Shift Differentials," Article 8, "Wages," Article 10, "Earned Time Off Program (ETOP)," and Appendix "A" of the collective bargaining agreement negotiated between and among the Union and Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group, governing the Union's Moreno Valley members (the "Moreno Valley CBA").  The parties further agree that they shall preserve the original intent and meaning of these provisions of the Moreno Valley CBA.  Specifically, the parties agree that any changes in formatting or presentation necessitated by the incorporation shall not alter in any manner the original intent or meaning of the Moreno Valley provisions.

3. In accordance with this side letter, in addition to the terms of this Agreement, the following provisions continue to govern the terms and condition of Moreno Valley employees.  In the event that any provision of this Agreement conflicts with the following provisions, then the following provisions shall govern with respect to Moreno Valley employees.

    a. Shift Differential

        Employees assigned to evening or night shift work shall receive a shift

416

differential in excess of their applicable rate of pay.

A shift differential of four dollars ($4.00) per hour will be paid for hours worked between 7:00 p.m. and 7:00 a.m.

b.  Wages

Section 1 – Wage Structures

Wage scales shall be as set forth in Appendix "A."

Section 2 – Implementation

Effective October 3, 2010

Wage reflecting an across-the-board increase will be applied to the current wage rates as follows:

Clinical Laboratory Scientist 3.5%

Non-Registered Nurse Classifications 3%
Effective October 2, 2011

Wage reflecting an across-the-board increase will be applied to the  current wage rates as follows:

Clinical Laboratory Scientist 3.5%

Non-Registered Nurse Classifications 3%

Section 3 – Per Diem/On-Call Differential (Non-RNs)

Non RN Per Diem or On Call employees in designated Hard-to-fill positions will be paid a differential of twenty percent (20%). All other classifications will receive a differential of $1 per hour. Any employee that transitions into a benefited position will have that differential discontinued with the effective date of the transaction.

Section 4 – Hard-to-fill positions

Social Worker classifications and Clinical Lab Scientists will be designated as Hard-to-fill through the term of this agreement.

Section 5 – Non scheduled increases

Nothing herein negotiated shall prevent the Employer from granting additional wage increases.

Section 6 – Job Classifications

417

The Employer may establish new or consolidated employee classifications within the Representation unit; provided, however, it shall meet and confer with the Union concerning the appropriate wage rate prior to implementing the classification or classifications. The Employer agrees to furnish the Union with one (1) copy of each job description presently established and of such up-to-date job description as it may prepare in the future for the classifications set forth.

## Section 7 – Mileage

Employees will be reimbursed when the employee is requested or required to use his or her own vehicle on Employer business and the employee shall receive the applicable IRS mileage rate for business use in accordance with the Employer's policy.

## Section 8 – Paycheck shortages

Paycheck shortages shall be paid no later than the end of the next business day upon request following notification; otherwise, pay check shortages shall be paid on the next pay period or based on applicable law.

## Section 9 – Other Pay Provisions

No employee shall suffer any reduction in wages, benefits or other terms of employment, economic or otherwise, as a result of coverage under this Agreement, unless explicitly agreed upon.

The compensation rates of employees covered by this Agreement have presumed that the education, experience, training, licensing, certification, job duties and job requirements of employees in covered classifications are as described in job description, or through legal, regulatory and practice within the health care industry. Additionally, if a job is rated at a lower rate based on differences in actual work or other factors from the employee's job description, including added duties, more responsibilities, etc., the employee may grieve such rating and seek an upgrade for the position. Both the Employer and the Union may desire to discuss such matters during the term of this Agreement and to implement such changes as both parties deem appropriate and necessary for a variety of reasons. At the request of either party, the parties will meet to discuss the above matters, and upon mutual agreement, initiate changes. If no mutual agreement is reached, the matter(s) shall be subject to the grievance procedure of the Agreement.

## Section 10 – Uniforms

When employees are required to wear uniforms as provided by the Employer, the cost of laundering and furnishing shall be borne by the Employer. The Employer will yearly replace any damaged, worn uniforms, at the cost of the Employer. The number of uniforms issued where applicable will be determined by the parties.

## Section 11 – Tenure Step Increases

418

Effective June 26, 2011

Employees hired by Kaiser Permanente at the Moreno Valley Community Hospital on June 20, 2008, shall be advanced one step. Following that initial step movement, said employees shall move based on the step increase rules.

Effective the first pay period closest to July 1, 2012

Employees hired by Kaiser Permanente at the Moreno Valley Community Hospital after July 20, 2008, with at least one year of KP Service shall be advanced one step. Following that initial step movement, said employees shall move based on the step Increase rules.

Employee hired at Moreno Valley Community Hospital on or after July 1, 2011, shall move based on the step increase rules.

Tenure Step Progression Provisions

Tenure Step increases shall become effective at the beginning of the first full pay period nearest the Employee's date of eligibility for such increase.

The Wage Structure for the UHW-Moreno Valley bargaining unit will include a six (6) step rate progression consisting of a Start Rate, One (1) Year Rate, Two (2) Year Rate, Three (3) Year Rate, Four (4) Year Rate, and Five (5) Year Rate (see Appendix A).

Tenure increases for full-time employees shall become effective upon an individual reaching the appropriate number of years required to progress to the next step on the wage structure.

Tenure increases for part-time and per-diem employees shall become effective upon an individual reaching the appropriate number of years required to progress to the next step on the wage structure. A year for a part-time and per-diem employee is equivalent to 1872 hours worked.

In the event an employee is promoted to a higher rated classification, transferred or demoted to a lower rated classification, the employee's step progression towards the next step will begin as of the date of the promotion, transfer or demotion. This provision shall not apply to any employee transferring into a Lead, Charge, or Senior level position.

Longevity

Longevity differentials will be granted to eligible employees upon reaching the appropriate number of years of continuous service with Kaiser Permanente. An employee with a break in service of less than 2 years will retain his/her years of service minus the time not worked for the Employer.

419

Employees that are at a wage rate that is higher than the base wage rate that they have been mapped to will continue to be red circled and will not receive any step increases until such time as their rate of pay equals the rate of the appropriate step.

c.  Earned Time Off Program (ETOP)

Section 1 – Definition of The Earned Time Off Program (ETOP)

The Earned Time Off Program (ETOP) is comprised of the following three (3) components:

- Designated Holidays
- Earned Time Off Account
- Extended Sick Leave Bank

Full-time, part-time and limited part-time employees will be eligible for ETOP if they are regularly scheduled to work, unless ETOP has been waived by participation in the Alternate Compensation Program (ACP).

Section 2 – Designated Holidays

Employees will be paid for the following designated holidays.

| New Year's Day | Labor Day |
|---|---|
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |

Designated Holiday Schedule

All designated holidays will be observed on the actual calendar day on which they fall and all conditions and benefits applying to such holiday will be in effect on that day only.

For the night shift the un-worked holiday pay and holiday premiums shall apply to the shift in which the majority of hours fall on the actual calendar day of the holiday.

Designated Holiday Pay

Holiday Worked Premium
Employees who are required to work on a Designated Holiday will be paid at two and one-half ($2^1/_2$) times the hourly base rate of pay, unless they elect to take an alternate day off for working the Designated Holiday.

Alternate Day Off

420

If employees elect to take an alternate day off, they will be paid at one and one-half ($1\frac{1}{2}$) times the hourly base rate of pay. The alternate day off should be taken within the period of time consisting of 30 days prior to or 30 days after the Designated Holiday. Failure to arrange for an alternate day as provided herein shall result in automatic payment for the Designated Holiday.

On-call/Per Diem employees

On-call/per diem and employees who participate in ACP shall receive no benefits under this article, except time-and-one-half ($1\frac{1}{2}$) for hours worked on the Designated Holiday.

Failure to work scheduled shift

Employees who are scheduled to work on a Designated Holiday and who fail to report as scheduled, unless excused by their Department Head or Supervisor shall not be eligible for holiday pay.

Employees who are ill/injured and utilizing Earned Time Off (ETO) and/or Extended Sick Leave (ESL) shall be deemed excused and receive holiday pay.

Employees who call off due to illness/injury for two (2) Designated Holidays in a calendar year may be requested to provide reasonable documentation of illness/injury or disability for upcoming Designated Holidays through the following year should call off on a Designated Holiday occur.

Holiday Work Scheduling

Employees working their regular schedule

An Employee who is normally scheduled to work on a day on which a designated holiday falls may not be displaced by a more senior employee or any other employee.

Employees, by department/unit and shift may request assignment or non- assignment to work a designated holiday on the basis of seniority.

Should all Employees exercise seniority for non-assignment, the Employer shall assign employees by inverse seniority (beginning with the least senior employee) to work the designated holiday.

Scheduling of Thanksgiving, Christmas and New Year's Day Holidays

In an effort to grant time off to as many workers as possible for the Thanksgiving, Christmas and New Year's Day Holidays, the Employer will grant requested time off for one of these days based on the seniority of the employee requesting the holiday. An employee using his/her seniority to take one of these holidays off or requesting and being granted vacation time off during the week in which one of these holidays

occur may not exercise his/her seniority the following year to request one of these holidays off.

These holidays will be granted on a rotating basis in seniority order. The intention is to maximize opportunities for employees to be off on holidays and to provide rotational opportunities in future years when it is necessary to deny requests. If the maximum number of employees allowed off is not reached for one particular holiday, an employee may be granted the same day in successive years.

If there is available holiday time for the above referenced days after all employees have been granted at least one holiday off, additional requests may be granted by seniority provided the total number of holidays off does not differ by more than one holiday.

Employees will only be allowed to trade Holiday's off of the approved sign up list, all trades will have to follow seniority and cannot incur overtime.

The Employer will post a sign up sheet, in advance of these holidays for employees to indicate their preference to work or not work. Each employee will indicate their first (1st), second (2nd) and third (3rd) preference.

Scheduling on other holidays (Memorial Day, Independence Day and  Labor Day)

Holiday time off will be granted on a rotating basis in seniority order. The Employer will post a signup sheet for each department/unit for employees to indicate their preference to work or not work for these holidays during the posting period for the schedule in which it falls.

An employee using his/her seniority to take one of these holidays off or requesting and being granted vacation time off during the week in which one of these holidays occur may not exercise his/her seniority the following year to request one of these holidays off.

If there is available holiday time for the above referenced days after all employees have been granted at least one holiday off, additional requests may be granted by seniority.

Employees will only be allowed to trade Holiday's off of the approved sign up list, all trades will have to follow seniority and cannot incur overtime.

New employees to the department/unit (new hires and transfers) shall be last in the holiday rotation the first time after entry into the department.

Designated Holiday Not Worked

422

Employees shall receive eight (8) hours pay for a Designated Holiday not worked. If employees' scheduled day off falls on a Designated Holiday, then those employees will receive eight (8) hours pay for that day or an additional day off with eight (8) hours pay.

Full-time employees shall not suffer a reduction in pay during a pay period in which a Designated Holiday occurs.

Part-time and limited part-time employees will receive Designated Holiday pay, prorated based on straight time hours paid during the preceding two pay periods.

Section 3 – Earned Time Off (ETO)

Employees will accrue Earned Time Off (ETO) on a monthly basis in accordance with the following schedule:

| Length of Service | Hours per Month* | Days per Month* | Days per Year* |
|---|---|---|---|
| 0 – 4 Years | 14.00 | 1.75 | 21.00 |
| 5 – 8 Years | 17.33 | 2.18 | 26.00 |
| 9 – 10 Years | 20.66 | 2.58 | 31.00 |
| 11 Years or More | 24.00 | 3.00 | 36.00 |

*Rounded to two (2) decimal places.
The maximum ETO accumulation is 500 hours.

Part-time and limited part-time employees will accrue ETO on a monthly basis prorated based on straight time hours paid during the preceding two pay periods.

Earned Time Off Leave Accrual Date

The Leave Accrual Date determines employee's length of service for ETO accruals. Time spent in an on-call/per diem status or while participating in ACP will count in the determination of employee's length of service for ETO accruals.

The Leave Accrual Date is the date of hire unless employees have a break-in-service or incur an unpaid leave of absence which exceeds sixty (60) calendar days.

Adjustments to Leave Accrual date

Leaves of absence for sixty (60) days or less will not affect the Leave Adjustments to Leave Accrual Dates

Leaves of absence of sixty-one (61) days or more will be deducted from the Leave Accrual Date.

423

The Leave Accrual Date will not be adjusted for leaves of absence due to occupational illness or injury.

Use of Earned Time Off

ETO can be used for vacation, illness, personal or family reasons. One-half of the annual ETO will be protected in accordance with the California Employment Sick Leave Act (CESLA). ETO taken for Family Leave purposes will run concurrently with Family Leave. Employees who are ill or injured must use ETO during the ESL access waiting period, unless the ESL access period is running concurrently with Family Leave. Employee with ESL access periods running concurrent with Family Leave must provide advance notice, otherwise ETO will be applied.

ETO pay for employees will be at the base hourly rate of pay in effect at the time ETO is taken.

Any accrued but not used ETO hours will be paid out at the base rate of pay upon termination or retirement.

ETO hours may not be used to extend employment beyond the last day actually worked.

Employees may designate a beneficiary to receive accrued, but not used, ETO hours in the event of death.

Scheduling Earned Time Off

With the exception of emergencies or illnesses, ETO must be requested by employees in advance, and agreed to in advance by the Department Head or Supervisor. In cases of absences for emergencies or illnesses, the employee shall notify the Department Head or Supervisor as promptly as possible, but in any event not less than one and one-half ($1\frac{1}{2}$) hours prior to the start of the shift. The Employer may require reasonable proof of illness or emergency when ETO is used as such.

Insofar as practicable and consistent with patient needs, ETO shall be granted at times most desired by employees. Among Employees who have submitted ETO requests (first and second choices) on or before February 1 of each calendar year, the Employer will formulate and post the vacation schedule by March 1 of each calendar year for the next ensuing twelve (12) month period.

Employees having the most seniority shall receive preference for ETO requests.

Employees, who transfer to a new department or to a new shift after February 1, shall not receive preference as to vacation times until the following calendar year. Department Head or Supervisor shall respond to an ETO request submitted after March 1 within ten (10) days.

424

Employees on vacation receiving ETO who becomes ill or is injured and qualify for access to the Extended Sick Leave (ESL) provisions of the Agreement, may request to be placed on ESL. It will be the employees" responsibility to notify the Department Head or Supervisor of such illness or injury and provide reasonable proof of illness or injury if requested.

<u>In-service Cash Out (ETO Cash Out)</u>

Eligible employees may make an irrevocable election to cash out a portion of their ETO during the annual election period in accordance with the existing Employer guidelines.

<u>Section 3 – Extended Sick Leave Bank (ESL)</u> 1021
<u>Regular Full-Time Employees</u>

Regular full-time employees shall accrue Extended Sick Leave at the rate of nine (9) days each year of continuous service. Regular part-time employees shall accrue Extended Sick Leave on a pro rata basis. There is no limit to the number of ESL days that may be accrued.

<u>Regular Part-Time</u>

Part-time and limited part-time employees will accrue Extended Sick Leave (ESL) monthly on a prorated basis up to a maximum of six (6) hours. Prorated hours will be based upon the number of straight time hours paid during the preceding two pay periods. There is no limit to the number of hours that employees can accumulate in their ESL bank.

<u>Use of Extended Sick Leave</u>

Employees may use ESL on the first day of hospitalization (inpatient or outpatient with physician prescribed time off) or after three (3) consecutive calendar days of illness or injury.

One-half of employees' annual ESL accrual will be protected in accordance with CESLA if used to care for an ill or injured family member, provided the first day of hospitalization or three consecutive days of illness access requirement is met. ESL taken for Family Leave purposes will run concurrent with Family Leave.

Employees may be required to provide certification of their own or their family members" illness and/or injury to justify the absence from work for the period claimed.

Employees who have an ESL balance of 250 or more hours and are vested in the pension plan, when they terminate employment or when they retire, will have all unused hours in their ESL Bank converted to Credited Service for pension plan calculation purposes.

ESL hours are not paid upon termination or retirement

Scheduling of Extended Sick Leave

Notification of the intended absence prior to the beginning of the shift is a condition to access ESL, unless the severity of the illness or injury, or circumstances surrounding the disability precludes the opportunity of notification of the absence to the Department Head or Supervisor. The Department Head or Supervisor may at any time request reasonable proof of illness or injury.

    a.  Appendix A

       Appendix A is incorporated in the wage scale of this Agreement.

426

**For Historical Purposes**

SIDELETTER NO. 2

Initial Wage Placement Side Letter of Agreement

The Employer proposes the following for addressing these groups to determine the appropriate date to be used for wage placement:

1.  Valley Health System (VHS) employees hired by Kaiser Permanente on June 20, 2008, will be given credit for their prior service (most recent Hire Date) with (VHS).

2.  Employees with prior Kaiser Permanente Service will be placed at the appropriate rate based on VHS or current KP Moreno Valley service and will not be given credit for prior KP service.

3.  The Employer will audit the records of the employees listed in Attachment A to determine the correct date for wage placement.

4.  This agreement, to recognize prior (VHS) tenure, is only applicable to those employees hired by Kaiser Permanente on June 20, 2008

SIDELETTER NO. 11

Applicable to Former MVCH Employees Hired by Kaiser at the Moreno Valley Facility

For acquired employees at the Moreno Valley facility, all MVCH service will be recognized under KPSCEPP for vesting and eligibility (i.e. pension "Service") effective on their KP date of hire. Hence acquired MVCH employees who have five (5) years of employment as of their KP date of hire will be automatically vested in KPSCEPP. For example, if an employee's date of hire with MVCH was 1/20/2000, this employee would have eight years of service as of his/her KP date of hire. This employee would be automatically vested in the KPSCEPP.

Recognition of Credited Service, which determines monetary value, begins on the acquired MVCH employee's date of hire with KP. For example, if an employee's date of hire with MVCH was 1/20/2000 and his/her KP date of hire is 6/20/2008, this employee would have zero years of Credited Service of his KP date of hire. However, as of 12/31/2008, this employee will receive partial years of Credited Service as he/she would have received pay for less than 2,000 hours for that year.

<u>**SCAL APPENDIX B**</u>

<u>**KP HEALTHCONNECT/SEIU-UHW EFFECTS BARGAINING – SCAL**
**TENTATIVE AGREEMENT**</u>
**October 1, 2005**

This Agreement is entered into by Kaiser Permanente and UHW with the intent that the KP Health Connect initiative will transform the way Kaiser Permanente delivers healthcare. KP members will experience this transformation in the way they receive care and service. KP staff will experience this transformation in the way they are supported in providing care, the way they work with each other and their opportunities for personal growth and development.

Our goal is to create an environment where all staff has the opportunity and support to freely engage in the transformation effort. The following work and the work of the National KP HealthConnect Agreement demonstrates our joint commitment to the successful implementation of KP HealthConnect and the full realization of its benefits and provides guidance to the region to achieve this vision. In accomplishing this goal we will continue to make Kaiser Permanente the model for healthcare delivery.

It is also the intent of the parties that the implementation of KP HealthConnect will include the involvement of its employees in a true LMP setting.

I.    **KPHC Project Temporary Employees.**

   a. <u>**Vacancies Not Filled--Attrition.**</u>
      Beginning six (6) months prior to the go-live date of the facility's Ambulatory suite, or as soon as practicable, vacancies that occur in the Out-Patient Medical Records (OPMR) department will not be filled on a permanent basis, except as provided below.

   b. <u>**Offering of Available Work**</u>.
      Because the Employer generally wishes to avoid the use of intermittent and temporary personnel it will seek to offer available work in the OPMR to existing employees. After additional, available hours are offered once by seniority to qualified current employees in the OPMR, positions will be posted. KPHC Project Temporary positions will be posted as benefited positions despite their temporary nature.

      (i.)    <u>**Postings Within the Department.**</u>
            Hours, which become available due to a vacancy, will be posted as a complete set of hours for the three (3) days expedited posting period within the Department. A "complete set of hours" means that a vacancy will be offered and granted with its full complement of hours, e.g. twenty (20) hours, thirty-two (32) hours etc. The hours will not be broken into segments, unless otherwise mutually agreed upon.

428

As a result, a part-time, short-hour, or on call employee may bid on the available benefited position provided that, in the case of the short hour or part-time employee, the hours of the position must not conflict with her/his current predetermined schedule. In the case of conflict with her/his schedule, and by mutual agreement of the parties, s/he will have the option of either remaining in her/his current position or taking the posted position.

An employee within the OPMR department at the time of notification of go-live, who is subsequently awarded a position with more hours within the department, will only maintain her/his rights to employment and income security based on her/his former PAR level.

(ii.) **Postings During the Seven (7) Day Period.**
If no employee in the Department successfully bids for the available position, the benefited vacancy will be made available and posted as a KPHC Project Temporary position.

(iii.) **On Call Employees Awarded KP HealthConnect Temporary Positions.**
Because of the temporary nature of the positions, employees outside the OPMR Department, only on call employees may bid for KPHC Project Temporary positions.

While in the KPHC Project Temporary position, they will be treated as such for purposes of the Collective Bargaining Agreement and this Agreement, e.g. their bidding rights in their former Department will be affected while they remain in the Project Temporary position.

(iv.) **Acknowledgement of Status.**
On Call employees outside the OPMR Department who are awarded KPHC Project Temporary positions will be required to sign a form that acknowledges that they understand that their status has changed and will affect their rights to bid into positions in their former department while in the KPHC Project Temporary position. The form will acknowledge that they have done this in exchange for the temporary benefited status they will enjoy.

c. **KPHC Project Temporary Employee (Hired form the Outside)**
A KPHC Project Temporary employee is defined as an employee that in all ways is the same as a temporary employee described in the current Collective Bargaining Agreement, except such KPHC Project Temporary employee:

(i.)   Will be in benefited positions;

(ii.)  Will exercise her/his seniority after all other temporary employees in the order of application contained in the current Collective Bargaining Agreement.

(iii.)  May have her/his period of temporary status extend beyond ninety (90) days but, in no case, beyond twelve (12) months, unless mutually agreed by the Union, the Employer, and the employee;

(iv.)  May not use her/his employment to claim over utilization, except if there is a suspected violation of c (i.) above;

(v.)  Is not subject to the Employment and Income Security Agreement while in such status; and

(vi.)  Will be released from her/his employment upon termination of temporary work in the OPMR, provided s/he has not successfully bid on another position.

d.  **Agreement's Application to Other Classifications**.
The provisions of this entire Agreement are not intended to apply exclusively to OPMR but also to other employees whose classification is similarly impacted by KPHC.

II.  **Available Positions and Training Opportunities.**

a.  **Notice of KP HealthConnect**.
Employees whose position will be affected by KP HealthConnect will be given notice of at least four (4) months prior to the go-live date, or earlier if practicable, of the suite, which will impact their positions. The Employer will provide adequate introduction to the new system, including employee meetings where employees will have the opportunity to ask questions.

(i.)  **PC Skills Assessment.**
At least three (3) months prior to the deployment of personal computers (PCs) or three (3) months prior to the applications training for the KP HealthConnect suites, the Shirley Ware Education Center (SWEC), in conjunction with the Employer, will conduct PC skills' assessments for employees who will be using the new applications and the employees in the OPMR.

(ii.)  **Employee Confidentiality.**
To guarantee employees' confidentiality in determining PC skills, the Employer will provide PC assessments from a mutually agreed upon source for its employees impacted by the implementation of KP HealthConnect.

(iii.)  **Career Counseling.**
At least three (3) months prior to the go-live of the Ambulatory suite of KP HeathConnect, SWEC or another mutually agreed upon provider will conduct career counseling for employees in OPMR with a short term focus of expeditious placement of employees in Primary Level positions and counseling for long term goals for Advanced Level positions. If there is a

430

difference between an employee's short term and long-term goals, it is understood that the short-term goals will take precedence for the purposes of this Agreement. Other employees may participate in career counseling as currently provided in the facility. To ensure that adequate career counseling and subsequent case management is available, employer and union representatives will jointly review both internal and external resources and select, by mutual agreement, a provider that meets the defined needs at a competitive cost.

b. **Bidding Rights of OPMR Employees.**
Once it has been determined that certain positions will be displaced, the employees in those positions will be provided skills assessment, career counseling and training, as well as appraisal of their reduction in force in the order of application contained in the Collective Bargaining agreement.

c. **Training:**
Provide the training necessary to place an employee in a position within their current pay structure or in a position in the next higher pay structure

d. **Capturing Vacancies:**
Designated positions identified as potentially suitable for retrained displaced employees will be reserved for displaced employees who could be trained to qualify within a reasonable period of time.

(i.)   **On The Job Training.** For those positions requiring only on the job training, the Employer will provide on the job training/orientation.

(ii.)   **Support for Training.** It is the intent of the parties that all employees wishing to remain with the organization will be successful in that endeavor.

i.   **Enhanced Benefits**. The Employer will provide the necessary training to successfully re-deploy workers displaced by KP HealthConnect.

In addition, the Employer will offer enhanced training opportunities; tuition reimbursement benefits, scheduling accommodations, and education leave benefits to assist employees in career development. These enhanced opportunities apply to all displaced employees and those in positions most likely to provide opportunities for placement of displaced employees. Specifically, the Labor and Management agree that:

A. Tuition Reimbursement. Work Force planning teams will assess, in a safe environment, the educational needs of displaced employees and those in positions most likely to provide opportunities for placement of displaced employees. This assessment will identify opportunities for employees to utilize their existing Tuition Reimbursement benefit in order to gain skills and/or knowledge to

431

allow them to qualify for another position. The Work Force Planning team will augment the tuition reimbursement benefit to assist the employee in qualifying for an available position.

B. <u>Education Leave</u>. Workforce Planning Teams will be empowered to utilize and be creative in utilizing existing Education Leave policies and resources, in order to address the training needs of displaced employees and those in positions most likely to provide opportunities for placement of displaced employees. This includes, but is not limited to, allowing Education Leave to be used in conjunction with existing Tuition Reimbursement.

**Scheduling Changes and Flexibility:**
Efforts will be made to accommodate people's ability to pursue education through scheduled changes and related flexibility. While normally, these types of scheduled changes and flexibility might create conflicts with existing practices (e.g. seniority); Labor and Management agree that such conflicts will not occur, due to the temporary nature of this current situation.

e. **Comparable Positions**. For purposes of this Agreement, it is intended that the Employer, in conformance with the wishes of the employee who faces displacement or potential displacement, will assist such employee in obtaining a position that offers the same or higher wage rate as s/he previously enjoyed in her/his former classification and at a minimum will comply with all of the terms and conditions of the Employment and Income Security Agreement.

f. **Training.**

(i.) **Positions Modified as a Result of KP HealthConnect**. An employee who will need to use KP HealthConnect applications for her/his job will be given classification specific training. Training at the time of implementation will be uniform in content throughout the Region and will be sufficient for the employee's satisfactory performance of her/his job. Additional training will be offered on an as needed basis.

(ii) Because individuals learn at different rates, some may require additional training, including repeating training if necessary. Following additional training, if the appropriate group made up of the supervisor, steward, and one additional individual selected jointly by the supervisor and steward determines an employee is unable to achieve proficiency, using agreed upon criteria, they will notify a joint Labor Management committee. This joint Labor Management committee will determine additional steps such as customized training, on-the-job training, mentoring, on-going feedback, encouragement to succeed, English as a Second Language, etc. to address issues such as language barriers, learning styles, or disabilities.

432

III.   **Unanticipated Effects.**
At the request of either party, representatives of the Employer selected by the Employer and representatives of the Union selected by the Union will meet on a facility basis to work out issues or effects that were not anticipated by this Agreement.

IV.   **Jobs Created by KP HealthConnect.**
The parties agree to abide by the following language agreed to in the National KP HealthConnect Agreement:

a.   **Alignment**:
The parties agree that where the basic skills, experience, knowledge, and abilities required for the new positions are found in bargaining unit positions, the new position will be included in the bargaining unit. If significant elements of the new position are ones that are not traditionally included in bargaining unit positions, some non-traditional flexibility in selection criteria and employment conditions may be required.

b.   **Selection:**
Selection for traditional jobs will be in accordance with the collective bargaining agreement. Selection for non-traditional position will be done jointly by Labor and Management. Competency will be determined by assessing the candidates against the expected job requirements and competencies. Seniority will be deciding factor from among those candidates deemed to be fully competent.

c.   **Flexibility for Non-Traditional Positions**:
The parties recognize the critical nature of such positions to respond efficiently and effectively to certain organizational and systems needs. These positions may require greater independent judgment, less direct supervision and more flexible scheduling. Flexibility of work distribution, location of assignments, client support, jurisdictional lines, and scheduling of work are essential for these positions to be successful.

d.   **Temporary Assignments**:
The parties understand that some positions created by KP HealthConnect may be temporary assignments.    Employees bidding on these positions will understand that they will not be covered by the Employment and Income Security Agreement. At the end of the assignment, they may only use their accrued seniority to bid on open positions, for which they are qualified; otherwise employment will end with the completion of the assignment. Offers covering the conditions of such temporary assignments will be made in writing to the selected candidates.

e.   **Agreements**:
Joint agreements regarding the rates of pay and conditions for positions placed in the bargaining unit will be documented in side letters of agreement to the existing Collective Bargaining Agreement.

433

f. **Process for Reviewing KP HealthConnect Related Positions**:

(i)     The Employer will notify Union leaders of new positions created by KP HealthConnect within sixty (60) days prior to posting. The Employer and the Union will schedule a joint meeting to review the new position within fifteen (15) days of notification. Those positions already established and populated will be jointly evaluated as soon as practicable. The process for transitioning such positions into the bargaining unit will be subject to bargaining.

(ii)    The Employer will provide the KP HealthConnect need for the role. Labor and management present their interests and recommendations for representation status.

(iii)   If the job is determined to be represented, then the region will follow the current job evaluation process.

(iv)    If the job is determined to be non-represented, then the Region will follow the current job evaluation process.

(v)     If there is disagreement about bargaining unit status, then the matter will be referred to the Expedited Issue Resolution Process as outlined in section VII of the National KP Health Connect Agreement.

V.    **Vacancies during Transition to KP HealthConnect.**
Until the implementation of KP Health Connect is complete region-wide, employees may apply for vacancies for which training in KP HealthConnect is required. If such employees would be considered qualified except for the KP HealthConnect training, then they will be considered to be qualified for the position.

VI.   **Changes in Duties of Certain Classifications.**
The Employer and the Union will agree to assess whether jobs have changed enough to warrant an increase in pay. Such assessments will occur as soon as practicable and by mutual agreement. Disputes will be ultimately resolved by the grievance procedure.

VII.  **Severance**
Severance will be offered to all employees within the affected unit. Severance will be granted by seniority up to the number of positions being eliminated. Severance will be offered in accordance with the Voluntary Departure Benefit Table, which is provided in the Appendix on page 16 of the National KPHC Agreement.

Within 90 days following the initial 30-day period after notice, the employee will make his/her decision to remain with KP and take advantage of retaining opportunities or sever his/her employment

434

Employees may be required to sign a standard waiver in accordance with the regional policy.

Termination of Employment and Rehire

1. Once an employee has made a decision to sever his/her employment, employment will terminate.

2. At any point prior to the formal decision to sever employment, employees may take advantage of job opportunities as provided in this agreement, local agreement or the local Collective Bargaining Agreement.

3. Any employee, who has severed his/her employment as provided in this agreement, may not be rehired for a period of twelve (12) months from the date of termination.

VIII. **Relief for Employees Who Are Being Trained or Who Are Absent to Train Other Employees**

The Employer may utilize various methods of replacing employees while such employees are being trained for KP HealthConnect or are delivering KP HealthConnect training to other employees, depending on the length of such training, the method of training, the expertise required for training and regularity or frequency of training.

Options for backfill employees who are being trained, or who are delivering KP HealthConnect training to other employees, will be considered, such as:

- Additional Hours for short-hour, part-time or PRN employees
- Adjusted Schedules
- Team(s) Flexibility
- Float Pool
- Temporary Assignments
- Overtime
- Temporary Agencies
- Sub-Contracting
- Etc.

The application of these options will vary by classification. The decision will be determined jointly by regional management and the bargaining unit representative. As noted in Section III above, there will be joint planning and oversight for KP HealthConnect training to minimize excessive costs; balance employees training and operational needs; and minimize increased workload post-training.

a. If the Employer wishes to deviate from the provisions of this Agreement or the Collective Bargaining Agreement in order to provide replacements for training employees, the Employer will discuss the matter with the appropriate Union representative(s). If the Employer wishes to deviate from the provisions of this Agreement or the Collective Bargaining Agreement, such action will only be by mutual agreement between the Employer and the Union.

b. Among those methods of replacing employees that the Employer may consider would be the use of current employees by classification, specifically for inter-facility relief (a defined geography or region-wide) or intra-facility and department relief.

IX. **Biller Training Pool:**
By mutual agreement the Employer may create a pool of regular full-time Biller positions that will serve as replacements (backfill) for employees who are being trained in billing throughout the region.

X. **Email**
Depending on factors such as server capacity, licenses, etc., each facility will examine its ability to provide an e-mail address to all employees.

XI. **Alternate Arrangements.**
Because every possibility that might arise could not be anticipated by this Agreement or by the guarantees of the Employment and Income Security provisions of the National Agreement, the Union and the Employer may mutually agree to alternate arrangements, with the understanding that such arrangements will be consistent throughout the region as much as is operationally feasible.

XII. **National Agreement**
It is agreed that this Agreement serves as a complement to the National KP HealthConnect Agreement. If any provision of the National KP HealthConnect Agreement or agreement other LMP Unions provides a better benefit, such better benefit will be extended to employees represented by UHW.

This Agreement relates solely to the initial implementation of KP HealthConnect in Southern California. This Agreement shall not constitute precedence for either party, nor shall either party use this Agreement in any pending or future case, unless the application of this Agreement is at issue. Additionally, those provisions contained in the National KPHC agreement but not contained in this agreement still apply.

436

**ATTACHMENT 1**

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-UHW-WEST (North) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan; The Permanente Medical Group | KPPACC (Para. 9, 11, 16) Appendix A Registered Dietitians (para. 3, 5, 7) Appendix B & C 250 (Para.5, 7, 14) Appendix B & D; Appendix G (ECS unit (Desktop Support)); Appendix FF (Optical). <br><br> The Employer recognizes the Union as the exclusive bargaining agency of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work, and working conditions. Excluded: RN's, Supervisors, Confidential Employees, Stationary Engineers Scope: Employees in classifications covered by this Agreement in any new facility in California north of the Tehachapi line; provided, however, that the Master Agreement Provisions dealing with wages and benefits covering the Employees of such new facilities shall not apply and such matters shall be subject to negotiations between the Employer and the Union. <br><br> Employees in existing facilities not presently represented by any Union in the event a majority of such employees in any appropriate bargaining unit in any individual facility express a desire to be represented by the Union; provided, however that any such employees who at the time do not desire to become members of the Union shall be exempted from the provisions of Article ___, Section ___ hereof. |

437

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-UHW-WEST (North) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan; The Permanente Medical Group | In the event a new facility is opened which is connected to or is adjacent to an existing facility where employees are represented by another Union or in the event there is a combination of present facilities where employees in one of the combining existing facilities are represented by another Union, an appropriate procedure shall be agreed upon by which the matter of representation of such employees can be resolved. |
| SEIU-UHW-WEST (South) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan; Southern California Permanente Medical Group | SEIU-UHW (Para. 202, 302, 303) Appendix A & B The Employer recognizes the Union as the exclusive bargaining agent of the Employees covered by the Agreement for the purpose of collective bargaining with respect to rates of pay, hours of work and working conditions<br><br>Scope: The term "Employee" or "Employees" as and whenever used in this Agreement, shall mean and include all Employees of the Employer at the medical offices, hospitals, and business offices of the Employer located in Los Angeles and Orange Counties in the State of California, but specifically excluding Medical Doctors, Registered Nurses, Registered Pharmacists, Optometrists, Pharmacy Cashiers, Supervisory Employees, and Confidential Secretaries at the Employer's facilities in the counties above specified. The term Employee also includes Employees performing ECS (Desktop Support), Employees performing work in the Inland Empire and Employees performing work at Moreno Valley Medical Center. |

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-UHW-WEST (South) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan; Southern California Permanente Medical Group | In the event the Employer's signatory to this Agreement establishes or operates any medical office in Ventura County which serves as a satellite medical office to an existing Medical Center in Los Angeles County, Employees represented and covered by this Agreement who are transferred to said facilities shall continue to be represented by SEIU-UHW, and wages, terms and conditions of the Union membership requirements as set forth in Paragraph 161. It should also be noted that Employees in the classification of Physical Therapists, Speech Therapists, and Occupational Therapists shall not be required to become members of the Union as a condition of continued employment; however, such Therapists who have become or shall hereafter become members of the Union shall be required to maintain membership in the Union hereafter as a condition of continued employment. |
| SEIU-UHW Medical Social Workers Northern California | Kaiser Foundation Hospitals; The Permanente Medical Group | Para. 2 & 3<br>The Employer recognizes the Union as the exclusive bargaining agency of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work and working conditions.<br>Scope: This Master Agreement covers all Medical Social Workers employed by the Employer in covered positions. Excluded from this agreement is a Medical Social Worker assigned to be Director of Social Services at any of the Employer's facilities or to whom the Employer has given authority to hire, promote, discipline, discharge, or otherwise change status or effectively recommend such action. |

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-105 Colorado | Kaiser Foundation Health Plan of Colorado | Get NLRB Certification #27 RC 4420<br>Article 2, 3, Section 1<br>The Employer recognizes the Union as the exclusive bargaining agent of the Employees coming under the jurisdiction of the Union for the purpose of collective bargaining with respect to rates of pay, hours of work and working conditions.<br><br>This Agreement shall cover all of the Employer's Employees represented by the Union as certified by the NLRB in Case No. 27-RC-4420. This Agreement covers Employees in classifications covered by this Agreement in any new facility. |
| SEIU-49 Oregon/Washington | Kaiser Foundation Health Plan of the Northwest<br>Kaiser Foundation Hospitals | Articles 2.1, 2.2<br>The Employer recognizes the Union as the exclusive bargaining agent of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work and working conditions.<br>Scope: the term "Employee" or "Employees" as and whenever used in this Agreement shall mean and include Employees of the Employer employed in the classifications set forth in Schedule A attached hereto at the Employer's Kaiser Permanente facilities, including but not limited to facilities located in Multnomah, Clackamas, Washington and Marion Counties in the State of Oregon, Clark County and Cowlitz County in the State of Washington. This Agreement shall also apply to Employees performing work in the classifications set forth in Schedule A as appropriate in any new facility operated by the Employer.<br>See also Exclusions: 2.3, 2.4        Schedule A |

440

# INDEX

## A

ACCRUAL OF BENEFITS ................................................................................................... 16
  Accrual for Regular Part-Time Employees Working Additional Hours ........................... 16
  Employees Not Eligible for Benefits .......................................................................... 16
ACCRUAL OF BENEFITS – NORTHERN CALIFORNIA REGION PROVISIONS ......................... 22
  Limited Part-Time, Temporary and On-Call Employees ............................................... 22
  Service Date Commencement .................................................................................... 22
ACCRUAL OF BENEFITS – SOUTHERN CALIFORNIA REGION PROVISIONS
  Service Credit ........................................................................................................... 16
ALTERNATE COMPENSATION PROGRAM ......................................................................... 239
  ACP Pay ................................................................................................................... 240
  Benefits For Which an ACP Participant Is Eligible ...................................................... 241
  Effective Date of Participation ................................................................................... 239
  Eligibility and Enrollment ........................................................................................... 239
ALTERNATIVE SCHEDULES .............................................................................. *SEE SCHEDULES*

## B

BENEFITED EMPLOYEES ................................................................................................ 16
  Categories of Employees to Include Other Benefited Employees ................................ 238
  Probationary Period ................................................................................................... 13
  Rate of Pay of Regular Employee Who Becomes Non-Benefited – NCAL ..................... 22
  Regular Full-Time Employee ....................................................................................... 15
  Regular Part-Time Employee ....................................................................................... 15
BEREAVEMENT LEAVE .................................................................................................... 96
  Benefit and Travel ..................................................................................................... 96
  Conversion from Paid Time Off in Event of Bereavement ........................................... 96
  Immediate Family ...................................................................................................... 96
  Rate of Pay ............................................................................................................... 97
  Responsible Use of Benefit ........................................................................................ 97
  Services for Others .................................................................................................... 96
BEREAVEMENT LEAVE – NORTHERN CALIFORNIA REGION PROVISIONS
  Paid Leave Used in the Calculation of Overtime ......................................................... 34
BILINGUAL PAY – NORTHERN CALIFORNIA REGION PROVISIONS ................................... 51
  Bilingual Assignments ............................................................................................... 51
  Bilingual Differential .................................................................................................. 51
BILINGUAL PAY – SOUTHERN CALIFORNIA REGION PROVISIONS ................................... 49
  Bilingual Differential .................................................................................................. 404
  Cancellation .............................................................................................................. 51
  Full-Time Healthcare Interpreter Position ................................................................... 49
  LMP Process ............................................................................................................. 49
  Loss of Differential .................................................................................................... 51
  Posting Positions as Bilingual Required ...................................................................... 51
  Program Implementation ............................................................................................ 50
  Purpose .................................................................................................................... 51
  Qualified Bilingual Status ........................................................................................... 50
BONA FIDE SUPERVISORY EMPLOYEES .......................................................................... 5
  Authority of Bona Fide Supervisors ............................................................................ 5
  Bona Fide Supervisors Performing Bargaining Unit Work ............................................. 5

BREAK PERIODS ..................................................................................*SEE REST PERIODS AND MEAL PERIODS*
BULLETIN BOARDS ...........................................................................................................................124

---

# C

CALL CENTER ADDENDUM ................................................................................................................ 235
CALL-BACK ............................................................................................... *SEE STANDBY AND CALL-BACK*
CASUAL EMPLOYEE.............................................................................................*SEE ON-CALL EMPLOYEE*
CATEGORIES OF EMPLOYEES ............................................................................................................. 15
  Limited Part-Time Employee.................................................................................................... 15
  On-Call Employee...................................................................................................................... 15
  Regular Full-Time Employee ..................................................................................................... 15
  Regular Part-Time Employee .................................................................................................... 15
  Temporary Employee................................................................................................................ 15
CATEGORIES OF EMPLOYEES – NORTHERN CALIFORNIA REGION PROVISIONS ................................ 22
  Rate of Pay of Regular Employee Who Becomes Non-Benefited ............................................. 22
  Service Date Commencement .................................................................................................. 22
CATEGORIES OF EMPLOYEES – SOUTHERN CALIFORNIA REGION PROVISIONS ................................ 23
  Availability of On-Call Employees ............................................................................................ 23
  Base Plus Jobs .......................................................................................................................... 25
  On-Call Conversion to Temporary Status................................................................................. 24
  Variable Hour Jobs ................................................................................................................... 24
CENTRAL STAFFING FLOAT POOL – SOUTHERN CALIFORNIA REGION............................................... 378
CLASSIFICATION SPECIFIC POST-BARGAINING REVIEW PROCESS ...................................................... 247
CLASSIFICATIONS AND WAGES – SOUTHERN CALIFORNIA REGION PROVISIONS ............................. 405
COMMUNITY DISASTER – SOUTHERN CALIFORNIA REGION ............................................................. 131
COMMUNITY SERVICE – SOUTHERN CALIFORNIA REGION ............................................................... 383
COMPETITIVE WAGE REVIEW & EQUITY ADJUSTMENTS ................................................................. 56
CONFIDENTIALITY OF RECORDS AND PROTECTED HEALTH INFORMATION ...................................... 131
CONFORMITY TO LAW.................................................................................................................... 131
CONSCIENTIOUS OBJECTION .......................................................................................................... 131
CONTRACT SPECIALIST ................................................................................................................... 123
  Appointment by Union ............................................................................................................ 123
  Implementation of Position ..................................................................................................... 123
  Pay and Term of Service........................................................................................................... 123
  Role of Contract Specialist ...................................................................................................... 123
CONVERSION OF ON-CALL AND LIMITED PART-TIME EMPLOYEES .................................................. 20
COURTEOUS AND RESPONSIBLE RELATIONSHIPS ............................................................................. 3
  Accountability of the Union and the Employer........................................................................ 4
  Communication and Input ....................................................................................................... 3
  Ensuring Courtesy .................................................................................................................... 3
  Regardless of Profession.......................................................................................................... 3
  Treatment of One Another ....................................................................................................... 3

---

# D

DAILY CANCELLATIONS.................................................................................................................... 69
  Available Hours for Cancelled Employees................................................................................ 69
  Order of Cancellations ............................................................................................................. 70
  Use of Accruals for Daily Cancellations.................................................................................... 70
DEDUCTION AND REMITTANCE OF UNION DUES, FEES, AND COPE ................................................. 10
  COPE CHECK OFF..................................................................................................................... 10
  DUES AUTHORIZATION ............................................................................................................ 10
  EMPLOYER INDEMNIFICATION ................................................................................................ 10
  REMITTANCE OF DUES............................................................................................................. 10

DENTAL INSURANCE – NORTHERN CALIFORNIA REGION PROVISIONS ............................................................. 105
  Basic Coverage ........................................................................................................................................ 105
  Claims Disputes....................................................................................................................................... 106
  Complete Details on Benefits.................................................................................................................. 107
  Coordination of Benefits ........................................................................................................................ 106
  Limited Part-Time Employee Coverage and 75 Percent Obligation........................................................ 106
  Orthodontia Coverage ........................................................................................................................... 106
DENTAL INSURANCE – REGISTERED DIETITIANS........................................................................ See NCAL Appendix R
DENTAL INSURANCE – SOUTHERN CALIFORNIA REGION PROVISIONS ........................................................... 111
  Exclusions and Limitations ...................................................................................................................... 113
DEPARTMENT DESIGNATION – SOUTHERN CALIFORNIA REGION................................................................. 377
DEPENDENT CARE – NORTHERN CALIFORNIA REGION ................................................................................ 263
DISCIPLINE AND DISCHARGE ........................................................................................................................ 124
  Expiration of Discipline .......................................................................................................................... 125
  Furnishing of Documentation ................................................................................................................. 125
  General Principles ................................................................................................................................... 124
  Just Cause ............................................................................................................................................... 125
  Progressive Discipline ............................................................................................................................. 125
  Request for Representation ..................................................................................................................... 124
  Right to Respond..................................................................................................................................... 125
DISCRIMINATION ........................................................................................................................................... 13
  Discrimination Defined ............................................................................................................................. 13
  No Discrimination in Pay ........................................................................................................................... 13
DISPUTES
  All Disputes Under Scope of Agreement Settled in Grievance Procedure................................................ 126
  Work Stoppages ...................................................................................................................................... 126
DOMESTIC PARTNER COVERAGE – NORTHERN CALIFORNIA REGION............................................................ 264
DURATION OF AGREEMENT .......................................................................................................................... 132

## E

EDUCATION LEAVE ........................................................................................................................................ 92
  Education and Training ............................................................................................................................. 95
  Education Leave Scheduled Independently of Vacation Scheduling ......................................................... 93
  Eligibility, Accrual Rate and Maximum Accumulation .............................................................................. 92
  Incremental Use of Education Leave ......................................................................................................... 94
  In-Service Education ................................................................................................................................. 95
  Night Shift Employees............................................................................................................................... 94
  Payment for Education Leave .................................................................................................................... 94
  Programs Eligible for Paid Education Leave............................................................................................... 93
  Reply to Requests for Education Leave...................................................................................................... 93
  Scheduling of Education Leave .................................................................................................................. 93
  Use of Education Leave on Days Off .......................................................................................................... 94
  Use of Tuition Reimbursement Concurrently with Education Leave ......................................................... 95
EDUCATION LEAVE – ADDITIONAL PROVISIONS FOR REGISTERED DIETITIANS.............................................. 328
EDUCATION LEAVE – NORTHERN CALIFORNIA REGION PROVISIONS
  Accumulation ........................................................................................................................................... 92
EDUCATION LEAVE – SOUTHERN CALIFORNIA REGION PROVISIONS
  Accumulation ........................................................................................................................................... 93
EMPLOYER INDEMNIFICATION ....................................................................................................................... 10
EMPLOYMENT AND INCOME SECURITY ......................................................................................................... 64
EVALUATION PERIOD AFTER TRANSFER OR PROMOTION .............................................................................. 63
  14 Day Return Rights ................................................................................................................................ 63
  Evaluation Period Extended...................................................................................................................... 63
  Extensions of Evaluation for Leaves.......................................................................................................... 63
  Failure to Qualify after Transfer or Promotion ......................................................................................... 63
  Written Progress Report............................................................................................................................ 63

## F

FLOAT DIFFERENTIAL – NORTHERN CALIFORNIA REGION PROVISIONS ................................................ 45
    Employees to Whom Float Pay is not Applicable Premium ............................................................ 45
    On-Call Employees and Temporary Employees Premium ............................................................. 45
    Premium ........................................................................................................................................ 45
    Professional and Technical Employees Premium .......................................................................... 45
    Work Area Premium ...................................................................................................................... 46
FLOAT DIFFERENTIAL – SOUTHERN CALIFORNIA REGION PROVISIONS ................................................. 46
    Floating Between Facilities ........................................................................................................... 46
    Selection of Employees for Floating ............................................................................................. 46
FORCE REDUCTION ............................................................................................................................. 65
    Application of Reduction in Force Procedure and Alternate Arrangements .................................. 68
    Bidding Rights of Laid Off Employees ........................................................................................... 68
    Order of Layoff ............................................................................................................................. 65
    Recall ............................................................................................................................................ 67
    Revocation of Recall Rights .......................................................................................................... 67
    Seniority ....................................................................................................................................... 65
    Steps to Be Taken to Determine Placement of Affected Employees ............................................. 66
    Training for Laid Off Employees .................................................................................................... 69
FORCE REDUCTION – NORTHERN CALIFORNIA REGION PROVISIONS
    Mechanization .............................................................................................................................. 297
    Transition Assistance Program ...................................................................................................... 349
FORCE REDUCTION – SOUTHERN CALIFORNIA REGION PROVISIONS
    On-Call Reduction in Force ........................................................................................................... 70
    Reduction in Force to 36 Hours Per Week .................................................................................... 404
FUNCTIONAL UNIT MANAGEMENT (FUM) ........................................................................................... 275
FUNERAL LEAVE ...........................................................................................................*SEE BEREAVEMENT LEAVE*

## G

GRIEVANCE AND ARBITRATION PROCEDURE ......................................................................................... 126
    Authority of Arbitrator ................................................................................................................. 129
    Basic Means of Settling Grievances .............................................................................................. 126
    Cost of Arbitration ....................................................................................................................... 130
    Good Faith Efforts to Resolve Issues ............................................................................................ 127
    Grievances Associated With the Master Agreement ..................................................................... 130
    Joint Training ................................................................................................................................ 128
    Mandatory Meetings .................................................................................................................... 127
    Necessary and/or Relevant Information ....................................................................................... 128
    Non Precedent-Setting Settlements .............................................................................................. 127
    Selection of Arbitrator .................................................................................................................. 129
    Steps of the Grievance and Arbitration Procedure ........................................................................ 128
    Time Limits ................................................................................................................................... 126
    Union Staff Representatives .......................................................................................................... 127
    Written Grievance Documents ...................................................................................................... 127

## H

HARD TO FILL CLASSIFICATIONS CAREER LADDER JOINT RECOMMENDATIONS ...................................... 243
    Radiologic Technologists .............................................................................................................. 244
    Respiratory Care Practitioners ...................................................................................................... 243
    Sonographers ............................................................................................................................... 243
HEALTH INSURANCE – NORTHERN CALIFORNIA REGION PROVISIONS .................................................... 103
    Alternate Medical Plan ................................................................................................................. 103

Change of Plans.......................................................................................................................... 104
Complete Details on Benefits ...................................................................................................... 107
Description of Health Coverage .................................................................................................. 103
Effective Date of Coverage and Termination.............................................................................. 104
Eligible Dependents .................................................................................................................... 103
Employees Hired before October 26, 1986.................................................................................. 105
Employees Retired before January 1, 2003 ................................................................................. 105
Ineligible Dependents ................................................................................................................. 103
Maintenance of Benefits.............................................................................................................. 104
Post-Retirement Medical Benefits for Employees Who Retired Before January 1, 2003 ............. 303
Retiree Coverage at Age Sixty-five.............................................................................................. 104
Retiree Coverage Eligible Dependent's Obligation ..................................................................... 105
Retiree Coverage Integrated with Medicare ............................................................................... 104
Retiree KP Provider Requirement ............................................................................................... 105
Retirees Who Move Outside the KP Service Area ........................................................................ 105
Sponsored Parent/Parent-In-Law Group .................................................................................... 348
HEALTH INSURANCE – REGISTERED DIETITIANS.................................................SEE NCAL APPENDIX R
HEALTH INSURANCE – SOUTHERN CALIFORNIA REGION PROVISIONS ........................................... 107
Coverage During Hospitalization for Terminated Employees ...................................................... 110
Employee and Dependents Coverage.......................................................................................... 107
Employee Hospitalization for Alcohol and Drug Dependency .................................................... 378
Exclusions and Limitations.......................................................................................................... 113
Health Plan Changes ................................................................................................................... 110
Health Plan Coverage Coordinated with Medicare (Eligibility On or After April 1, 1990) ........... 109
Health Plan Coverage Coordinated with Medicare (Eligibility Prior to April 1, 1990)................. 110
Health Plan Coverage for Parents................................................................................................ 110
Health Plan Coverage for Retirees .............................................................................................. 108
HOLIDAYS – NORTHERN CALIFORNIA REGION PROVISIONS ......................................................... 71
Actual Day of the Holiday ........................................................................................................... 74
Birthday Holiday ......................................................................................................................... 71
Definition of Pay ......................................................................................................................... 74
Float Holiday ............................................................................................................................... 72
Holiday Scheduling...................................................................................................................... 73
Holidays Falling on Sundays........................................................................................................ 74
Holidays Observed ...................................................................................................................... 74
Holidays while on Unpaid Status ................................................................................................ 73
Major Holidays............................................................................................................................ 74
Paid Leave Used in the Calculation of Overtime......................................................................... 34
Pay for Holidays Worked and not Worked .................................................................................. 72
Premium for Working the Three Major Holidays......................................................................... 74
Recognized Holidays ................................................................................................................... 71
Shift on Which the Holiday is Paid .............................................................................................. 74
Use of Accumulated Holidays ..................................................................................................... 73
HOLIDAYS – REGISTERED DIETITIANS ......................................................................................... 327
HOLIDAYS – SOUTHERN CALIFORNIA REGION PROVISIONS.......................................................... 75
Designated Holiday During Vacation ........................................................................................... 83
Designated Holiday for Part-Time Employees ............................................................................. 77
Designated Holiday on Employee's Day Off................................................................................. 76
Designated Holiday Premiums..................................................................................................... 76
Designated Holidays ................................................................................................................... 75
Holidays Falling on Paydays ........................................................................................................ 75
Holidays Observed ...................................................................................................................... 75
Major Holidays............................................................................................................................ 75
Martin Luther King, Jr. Holiday and Cesar Chavez Holiday .......................................................... 381
Notice of Holiday Scheduling ...................................................................................................... 75
Overtime Premium – Designated Holiday Weeks......................................................................... 77
Religious Holiday......................................................................................................................... 75
Seniority in Holiday Scheduling................................................................................................... 75

HOURS OF WORK ............................................................................................................................ 26
    Intent of Article.......................................................................................................................... 26
    Mandatory Meetings ................................................................................................................. 29
    Meals ......................................................................................................................................... 29
    Normal Work Week ................................................................................................................... 27
    Reporting Pay............................................................................................................................. 31
    Rest Periods and Meal Periods ................................................................................................. 29
    Schedules .................................................................................................................................. 27
    Uniforms ................................................................................................................................... 30
    Weekends Off ........................................................................................................................... 28
HOURS OF WORK – NORTHERN CALIFORNIA REGION PROVISIONS................................................. 32
    Call-In On Scheduled Day Off .................................................................................................... 32
    Rest Period Between Shifts ........................................................................................................ 32
HOURS OF WORK – SOUTHERN CALIFORNIA REGION PROVISIONS.................................................. 33
    Prohibition of Rotating Shift Positions...................................................................................... 33

## I

INCOME PROTECTION ................................................................................................................... 120
    Benefit for Employees with Fewer than Two Years of Service ................................................. 121
    Benefit for Employees with Two or More Years of Service....................................................... 121
    Eligibility.................................................................................................................................. 120
    Minimum Benefit ..................................................................................................................... 121
    Other Applicable Provisions of the Benefit............................................................................... 122
IN-HOUSE TRAINING PROGRAMS – SOUTHERN CALIFORNIA REGION ........................................... 391
IN-LIEU OF BENEFITS DIFFERENTIAL................................................................................................ 17
    Converting or Transferring from Non-Benefitted to Benefitted Status...................................... 18
    Employees Eligible for the In-Lieu-of Benefits Differential ........................................................ 17
IN-LIEU OF BENEFITS DIFFERENTIAL – NORTHERN CALIFORNIA REGION PROVISIONS
    Application of Differential.......................................................................................................... 17
    Schedule Y............................................................................................................................... 341
    Schedule Z............................................................................................................................... 343
IN-LIEU OF BENEFITS DIFFERENTIAL – SOUTHERN CALIFORNIA REGION PROVISIONS
    Application of Differential.......................................................................................................... 18

## J

JOB DESCRIPTIONS ........................................................................................................................... 7
    Availability of Job Descriptions ................................................................................................... 7
    Creation of New Jobs or Changes in Existing Job Descriptions .................................................... 7
JOB EVALUATION – SOUTHERN CALIFORNIA REGION.................................................................... 387
JOB POSTINGS ...............................................................SEE PROMOTIONS, TRANSFERS AND SENIORITY
JOB RECLASSIFICATION PROCESS ................................................................................................... 55
    Group Reclassification Process .................................................................................................. 56
    Job Reclassification Process for an Individual Employee ............................................................ 55
JOB SECURITY, EDUCATION AND TRAINING – SOUTHERN CALIFORNIA REGION ........................... 388
JOINT REVIEW OF DEPARTMENT STRUCTURE................................................................................ 242
JURISDICTION ................................................................................................................................... 5
JURY DUTY AND SUBPOENAS ......................................................................................................... 95
    Adjustment of Schedule............................................................................................................ 95
    Evidence of Attendance ............................................................................................................ 96
    Pay ........................................................................................................................................... 95
    Return to Work ......................................................................................................................... 96
JURY DUTY AND SUBPOENAS – NORTHERN CALIFORNIA REGION PROVISIONS
    Paid Leave Used in the Calculation of Overtime......................................................................... 34

## *K*

KP HEALTHCONNECT EFFECTS BARGAINING – SOUTHERN CALIFORNIA REGION ............................................................ 428

## *L*

LABOR/MANAGEMENT PARTNERSHIP TRUST CONTRIBUTION – SOUTHERN CALIFORNIA REGION ................................. 401
LEADS ..........................................................................................................................................*SEE UNION LEADS*
LEAVES OF ABSENCE ........................................................................................................................................ 97
    Benefits While on Medical Leave.................................................................................................................. 99
    Benefits While on Occupational Injury or Illness Leave ................................................................................ 101
    Benefits While on Personal or Family and Medical Leaves............................................................................ 98
    Eligibility for a Leave and Notice of Return.................................................................................................. 97
    Extensions to Leaves .................................................................................................................................. 97
    Federal Family and Medical Leave Act/California Family Rights Act ............................................................. 98
    Medical Leave of Absence .......................................................................................................................... 98
    Minimum Benefits While on Unpaid Leave ................................................................................................. 102
    Personal Leave of Absence ......................................................................................................................... 97
    Replacements During Leave......................................................................................................................... 102
    Requests for Leaves of Absence ................................................................................................................. 97
    Return to Work Authorization ..................................................................................................................... 100
    Six Month Eligibility .................................................................................................................................. 97
    Union Leave .............................................................................................................................................. 124
    Veteran Employment Rights and Reserve Encampment ............................................................................... 102
    Workers' Compensation .............................................................................................................................. 99
LEAVES OF ABSENCE – NORTHERN CALIFORNIA REGION PROVISIONS
    Duration of Benefits.................................................................................................................................... 99
    Duration of Medical Leaves ........................................................................................................................ 98
    Industrial Leave of Absence Retention of Seniority...................................................................................... 100
    Return to Work from Non-Occupational Injury Leave ................................................................................... 101
LEAVES OF ABSENCE – SOUTHERN CALIFORNIA REGION PROVISIONS
    Duration of Benefits.................................................................................................................................... 99
    Duration of Medical Leaves ........................................................................................................................ 98
    Industrial Leave of Absence Service Credit ................................................................................................. 101
LIFE BALANCE DAYS – SOUTHERN CALIFORNIA REGION ................................................................................... 77
    Accrual Rate of Life Balance Days ............................................................................................................... 77
    Donation to Another Employee ................................................................................................................... 77
    In Conjunction with Vacation...................................................................................................................... 77
    Payment of Life Balance Days Upon Termination, Change in Status or Retirement......................................... 78
    Personal Time Off ...................................................................................................................................... 78
    Requests for Life Balance Days .................................................................................................................. 78
    Uses of Life Balance Days........................................................................................................................... 77
LIFE INSURANCE – NORTHERN CALIFORNIA REGION PROVISIONS ...................................................................... 105
LIFE INSURANCE – REGISTERED DIETITIANS........................................................................................SEE NCAL APPENDIX R
LIFE INSURANCE – SOUTHERN CALIFORNIA REGION PROVISIONS........................................................................ 112
    Exclusions and Limitations......................................................................................................................... 11
    Survivor Benefit/Coverage......................................................................................................................... 113
LIMITED PART-TIME EMPLOYEE ....................................................................................................................... 15
    Conversion of On-Call and Limited Part-Time Employees ............................................................................ 20
    Employees Eligible for the In-Lieu-of Benefits Differential ........................................................................... 17
    Employees Not Eligible for Benefits............................................................................................................ 16

## M

MANAGEMENT'S RIGHTS ............................................................................................................................... 4
MANDATORY MEETINGS ............................................................................................................................ 29
MEAL PERIODS .............................................................................................*SEE REST PERIODS AND MEAL PERIODS*
MEALS......................................................................................................................................................... 29
   Current Practice ................................................................................................................................... 29
MEALS – NORTHERN CALIFORNIA REGION PROVISIONS
   Outpatient Registered Dietitians ...................................................................................................... 29
MILEAGE .................................................................................................................................................... 55

## N

NEW EMPLOYEES ....................................................................................................................................... 13
   NEW EMPLOYEE ORIENTATION ........................................................................................................ 15
   NOTIFICATION OF NEW EMPLOYEES .................................................................................................. 5
   NOTIFICATION TO NEW EMPLOYEES ............................................................................................... 14
NEW EMPLOYEES – NORTHERN CALIFORNIA REGION PROVISIONS
   Written Notice ...................................................................................................................................... 5
NON-BENEFITED EMPLOYEES .................................................................................................................... 15
   Limited Part-Time Employee............................................................................................................... 15
   On-Call Employee................................................................................................................................. 15
   Probationary Period............................................................................................................................. 14
   Temporary Employee.......................................................................................................................... 15

## O

ON-CALL EMPLOYEE ................................................................................................................................... 15
   Conversion of On-Call and Limited Part-Time Employees ................................................................. 20
   Employees Eligible for the In-Lieu-of Benefits Differential ................................................................ 17
   Employees Not Eligible for Benefits ................................................................................................... 16
   Voluntary Change to On-Call Status................................................................................................... 18
OTHER OBLIGATIONS – SOUTHERN CALIFORNIA REGION...................................................................... 381
OVERTIME AND ADDITIONAL HOURS........................................................................................................ 18
   Distribution Procedure – NCAL .......................................................................................................... 18
   Distribution Procedure – SCAL ........................................................................................................... 19
OVERTIME AND ALLOWED TIME – NORTHERN CALIFORNIA REGION PROVISIONS ................................ 33
   6th Day of Work.................................................................................................................................. 34
   7th Day of the Payroll Week ............................................................................................................... 34
   Call-In On Scheduled Day Off ............................................................................................................. 32
   Definition of Terms ............................................................................................................................ 33
   Hours in Excess of 12 ......................................................................................................................... 34
   Hours in Excess of 8 and Hours in Excess of 40................................................................................. 34
   Intent ................................................................................................................................................. 33
   Mandatory Overtime ....................................................................................................................... 296
   Non-Duplication of Overtime............................................................................................................. 35
   Overtime Rates .................................................................................................................................. 34
   Paid Leave Used in the Calculation of Overtime................................................................................ 34
   Rest Period Between Shifts................................................................................................................. 32
OVERTIME AND ALLOWED TIME – SOUTHERN CALIFORNIA REGION PROVISIONS ................................ 35
   Alternative Schedules ........................................................................................................................ 36
   Call-In ................................................................................................................................................. 38
   Commencing Work Earlier than in the Preceding Day........................................................................ 36
   Definition of Terms ............................................................................................................................ 35
   Employees Asked to Work on Their Day Off ...................................................................................... 37

Employer Will Not Request Employees to Waive Rights ................................................................. 37
Employer Will Not Require Work Beyond 6 Days ........................................................................... 37
Hours Worked in Excess of 12.......................................................................................................... 36
Hours Worked in Excess of 16.......................................................................................................... 36
Hours Worked in Excess of 8 in a Day or 40 Hours in a Week ...................................................... 36
Make-up Time.................................................................................................................................... 38
Non-Duplication of Premium Payments ......................................................................................... 38
Not Intent of Section to Avoid Payment of Overtime.................................................................... 36
Overtime Rates ................................................................................................................................. 36
Purpose.............................................................................................................................................. 35
Rotation of Overtime – Mandatory Overtime ............................................................................... 37
Where Overtime is a Chronic Problem ........................................................................................... 37
Work on the 7th Day of Workweek ................................................................................................. 37
Work Performed on the 6th Consecutive Day ................................................................................ 37

## P

PARKING – SOUTHERN CALIFORNIA REGION ...................................................................................... 381
PART TIME ADDITIONAL PERMANENT HOURS – SOUTHERN CALIFORNIA REGION PROVISIONS ...................... 405
PAY DAY AND PAY CHECKS .................................................................................................................... 42
    Direct Deposit ................................................................................................................................. 42
    Paycheck Shortages ........................................................................................................................ 42
    Payday and Payday on Holidays...................................................................................................... 42
    Termination Pay .............................................................................................................................. 42
PENSION PLAN....................................................................................................................................... 114
    Pension Service While on Workers' Compensation Leave of Absence ......................................... 120
PENSION PLAN – NORTHERN CALIFORNIA REGION PROVISIONS.......................................................... 114
    Additional Defined Benefit Pensions ............................................................................................. 117
    Administration ................................................................................................................................ 117
    Benefit Amount and Years of Credited Service Defined ............................................................... 114
    Cost ................................................................................................................................................. 117
    Deferred Vested Pension ................................................................................................................ 116
    Disability Retirement ...................................................................................................................... 115
    Early Retirement ............................................................................................................................. 115
    KP Defined Benefit Pension ............................................................................................................ 114
    Normal Retirement ......................................................................................................................... 115
    Payment........................................................................................................................................... 116
    Postponed Retirement..................................................................................................................... 115
    Reinstatement of Benefits .............................................................................................................. 116
    Salary Deferral Retirement Plan .................................................................................................... 117
    Statement of Benefits...................................................................................................................... 117
    Survivor Annuity ............................................................................................................................. 116
    Vesting and Years of Service Defined ............................................................................................ 114
    Voluntary Employee Contributions................................................................................................ 116
PENSION PLAN – REGISTERED DIETITIANS ...................................................................*SEE NCAL APPENDIX W*
PENSION PLAN – SOUTHERN CALIFORNIA REGION PROVISIONS .......................................................... 117
    Exclusions and Limitations.............................................................................................................. 120
    KP Defined Pension Benefit ............................................................................................................ 117
    Tax Deferred Retirement Savings Plan........................................................................................... 120
PERFORMANCE EVALUATIONS............................................................................................................... 125
    Employee Comments....................................................................................................................... 125
    Evaluations Not Discipline .............................................................................................................. 125
    Nature and Purpose of Evaluations ............................................................................................... 125
    Not Grievable................................................................................................................................... 125
PERFORMING WORK IN ANOTHER CLASSIFICATION – NORTHERN CALIFORNIA REGION PROVISIONS ............ 43
    Credit for Time Spent in Former Classification ............................................................................. 44
    Demotion to a Lower Paid Classification ........................................................................................ 44

Employees Who Become Licensed Vocational Nurses ........................................................................ 54
Managerial Positions.......................................................................................................................... 44
Promotion to a Higher Paid Classification.......................................................................................... 43
Promotion to Senior, Lead, Chief or Supervisor................................................................................ 43
Registered Dietitian Provisions ......................................................................................................... 44
Temporary Relief in a Higher Paid Classification .............................................................................. 44
Working in Two Classifications .......................................................................................................... 44
PERFORMING WORK IN ANOTHER CLASSIFICATION – SOUTHERN CALIFORNIA REGION PROVISIONS ........................... 42
Permanent Work in Another Classification........................................................................................ 43
Temporary Work in Another Classification ........................................................................................ 43
POSITION SPECIFICATIONS FOR ALL GEOGRAPHIC AREAS – NORTHERN CALIFORNIA REGION ...................................... 301
PROBATIONARY EMPLOYEES............................................................................................................................. 13
Discharge During Probationary Period............................................................................................... 14
Employees Regularly Scheduled 20 Hours or More ........................................................................... 13
Employees Regularly Scheduled Fewer than 20 Hours ...................................................................... 14
Evaluation During Probationary Period .............................................................................................. 14
Extensions of the Probationary Period ............................................................................................. 14
Only One Probationary Period ........................................................................................................... 14
PRODUCING NEW CONTRACTS – SOUTHERN CALIFORNIA REGION.......................................................................... 382
PROMOTIONS, TRANSFERS AND SENIORITY......................................................................................................... 58
Cancellation of Position ..................................................................................................................... 63
Change in Qualifications ..................................................................................................................... 59
Denial of Position................................................................................................................................ 63
Evaluation Period After Transfer or Promotion ................................................................................. 63
Filling Vacancies ................................................................................................................................. 59
Outside Applicants.............................................................................................................................. 62
Posting of Vacancies .......................................................................................................................... 58
Posting Requirements......................................................................................................................... 58
Qualified Applicant ............................................................................................................................ 60
Regional Eligibility for Bidding .......................................................................................................... 59
Release of Successful Bidders ............................................................................................................ 62
Two or More Applicants...................................................................................................................... 60
Waiving Experience Requirements ..................................................................................................... 60
PROMOTIONS, TRANSFERS AND SENIORITY – NORTHERN CALIFORNIA REGION PROVISIONS
Automatic Bid .................................................................................................................................... 62
Eligibility for Bidding ......................................................................................................................... 59
Lead Positions .................................................................................................................................... 60
Order of Application ........................................................................................................................... 61
Six Month Waiting Period .................................................................................................................. 64
PROMOTIONS, TRANSFERS AND SENIORITY – SOUTHERN CALIFORNIA REGION PROVISIONS
48 Hour Break When Transferring Between Shifts ............................................................................. 62
Automatic Bid .................................................................................................................................... 62
Eligibility for Bidding ......................................................................................................................... 59
Job Postings ....................................................................................................................................... 58
Optical Dispenser Vacancies .............................................................................................................. 384
Order of Application............................................................................................................................61
Release of Successful Bidders ............................................................................................................ 62
Typing Tests ....................................................................................................................................... 384
PURPOSE .................................................................................................................................................... 3

## R

RECOGNITION................................................................................................................................................ 4
Covered Bargaining Units/Recognition/Scope................................................................................... 437
Creation of New Classifications ......................................................................................................... 4
Exclusive Collective Bargaining Agent................................................................................................ 4
Local Agreements Superseded............................................................................................................ 4

x

Unit Clarifications, Accretions, and/or Agreements ................................................................................. 4
RECOGNITION – SOUTHERN CALIFORNIA REGION PROVISIONS
Status 5 and Exempt Job Review for Inclusion in the Bargaining Unit ................................................. 386
RED CIRCLE RATES – SOUTHERN CALIFORNIA REGION PROVISIONS .................................................... 406
REGISTERED DIETITIANS
Benefits By Design ................................................................................................................................. 310
Clinical Ladder ....................................................................................................................................... 316
Holidays ................................................................................................................................................. 327
Other Applicable Provisions .................................................................................................................. 328
Paid Time Off (PTO) Program ................................................................................................................ 332
Pension .................................................................................................................................................. 334
REGULAR FULL-TIME EMPLOYEE ................................................................................................................ 15
REGULAR PART-TIME EMPLOYEE .............................................................................................................. 15
Accrual for Regular Part-Time Employees Working Additional Hours .................................................... 16
REPORTING PAY – NORTHERN CALIFORNIA REGION PROVISIONS ............................................................. 31
Assignment of Work After Reporting ..................................................................................................... 31
Exclusions ............................................................................................................................................... 31
Guarantee of Pay for Shift ...................................................................................................................... 31
Pay Rate After Reporting ........................................................................................................................ 31
REPORTING PAY – SOUTHERN CALIFORNIA REGION PROVISIONS ............................................................ 31
Acts of God ............................................................................................................................................. 32
Current Contact Information ................................................................................................................... 32
Performing Work as Assigned ................................................................................................................. 31
Two Hour Guarantee .............................................................................................................................. 31
RESOURCE NETWORK – SOUTHERN CALIFORNIA REGION ...................................................................... 402
REST PERIODS AND MEAL PERIODS ........................................................................................................... 29
Meal Periods .......................................................................................................................................... 29
Relief from All Duty ................................................................................................................................ 30
Rest Periods ........................................................................................................................................... 29
State and Federal Laws ........................................................................................................................... 30
REST PERIODS AND MEAL PERIODS – SOUTHERN CALIFORNIA REGION PROVISIONS
Additional Lunch Period .......................................................................................................................... 30
Regional Laboratories – Lunch Break ................................................................................................... 382

## *S*

SAFE WORKING CONDITIONS ...................................................................................................................... 11
Participation in the Facility and Workplace Safety Committee .............................................................. 11
Some Methods of Resolution ................................................................................................................. 11
Standards Consistent with Nature of Work ............................................................................................ 11
Work Assignments .................................................................................................................................. 11
SAFE WORKING CONDITIONS – SOUTHERN CALIFORNIA REGION PROVISIONS
Radiation Safety Committee ................................................................................................................. 382
SCHEDULES ................................................................................................................................................ 27
Changes in Employee's Schedule ........................................................................................................... 28
Emergency Changes in the Schedule ...................................................................................................... 27
Starting Times, Quitting Times and Days Off .......................................................................................... 27
SCHEDULES – NORTHERN CALIFORNIA REGION PROVISIONS
Flexible Work Arrangement 3/36 ......................................................................................................... 268
Flexible Work Arrangement 4/40 ......................................................................................................... 272
No Shift Cancellation ............................................................................................................................ 299
Registered Dietitian Schedule Changes .................................................................................................. 28
SCHEDULES – SOUTHERN CALIFORNIA REGION PROVISIONS
10 and 12 Hour Shifts ........................................................................................................................... 369
Flexible Schedules ................................................................................................................................ 378
SENIORITY .................................................................................................................................................. 57
Definition Of Seniority ........................................................................................................................... 57

On-Call Employees .............................................................................................................................57
Seniority Lists ....................................................................................................................................57
SENIORITY – NORTHERN CALIFORNIA REGION PROVISIONS
Acquired Facilities ............................................................................................................................57
Seniority Tiebreaker ..........................................................................................................................57
SENIORITY – SOUTHERN CALIFORNIA REGION PROVISIONS ...................................................................70
Bridging Seniority..............................................................................................................................70
Indian Hill Medical Office................................................................................................................381
On-Call Employees ............................................................................................................................70
Seniority Tiebreaker ..........................................................................................................................58
SERVICE PERFORMANCE PAY PROGRAM PILOT PROJECT – NORTHERN CALIFORNIA REGION ...........................338
SHIFT PREMIUM – NORTHERN CALIFORNIA REGION PROVISIONS ...........................................................52
Additional Hours and Overtime .......................................................................................................52
Schedule Y.......................................................................................................................................341
Schedule Z.......................................................................................................................................343
Shift Definitions ................................................................................................................................52
Shift Premiums ..................................................................................................................................51
SHIFT PREMIUM – SOUTHERN CALIFORNIA REGION PROVISIONS.............................................................51
Mandatory Meetings ........................................................................................................................52
Shift Definitions ................................................................................................................................51
Shift Premiums ..................................................................................................................................52
SHORT-HOUR EMPLOYEE ...........................................................................SEE LIMITED PART-TIME EMPLOYEE
SICK LEAVE – NORTHERN CALIFORNIA REGION PROVISIONS...................................................................85
Accumulation ....................................................................................................................................85
Applicability ......................................................................................................................................86
Disabling Injury or Illness .................................................................................................................86
Employee Requests for Data.............................................................................................................88
Hospitalization While on Vacation....................................................................................................86
Inpatient/Outpatient Mental Health Treatment .............................................................................87
Integration with Disability and Workers' Compensation.................................................................87
Medical, Dental, or Mental Health Appointments...........................................................................87
Only for Days Employee was Scheduled ...........................................................................................86
Paid Leave Used in the Calculation of Overtime...............................................................................34
Pay .....................................................................................................................................................86
Pension Credit....................................................................................................................................86
Pro-Rated Accrual for Part-Time Employees ...................................................................................86
Rate of Accrual...................................................................................................................................85
Return From Sick Leave .....................................................................................................................88
SICK LEAVE – REGISTERED DIETITIANS ...............................................................................SEE NCAL APPENDIX V
SICK LEAVE – SOUTHERN CALIFORNIA REGION PROVISIONS ...................................................................88
Accident or Hospitalization or Illness While on Vacation ................................................................90
Federal Family and Medical Leave Act/California Family Rights Act ................................................91
General Sick Leave Provisions............................................................................................................88
Holiday During Sick Leave .................................................................................................................91
Integration of Compensation Benefits and Sick Leave .....................................................................91
Medical and Dental Appointments...................................................................................................89
No Discipline ......................................................................................................................................90
Notice of Duration of Sick Leave.......................................................................................................90
Notice of Intended Absence ..............................................................................................................92
Paid Sick Leave...................................................................................................................................88
Paid Sick leave for Part Time Employees ..........................................................................................91
Pregnancy ..........................................................................................................................................89
Rate of Accrual...................................................................................................................................88
Sick Leave Hours Converted to Credited Service With Retirement Plan ..........................................91
Use of Paid Sick Time for Family Illness ............................................................................................91
SPLIT SHIFTS – NORTHERN CALIFORNIA REGION PROVISIONS .................................................................53
No New Split Shifts ............................................................................................................................54
Premium ............................................................................................................................................53

Split Shift..................................................................................................................................... 53
Straight Shift ............................................................................................................................... 53
SPLIT SHIFTS – SOUTHERN CALIFORNIA REGION PROVISIONS ....................................................... 53
STANDBY AND CALL-BACK – NORTHERN CALIFORNIA REGION PROVISIONS ................................... 46
Call-Back from Vacation............................................................................................................... 81
Pay for Standby and Call Back...................................................................................................... 47
Standby Distribution ................................................................................................................... 46
STANDBY AND CALL-BACK – SOUTHERN CALIFORNIA REGION PROVISIONS ................................... 48
Call-Back from Vacation............................................................................................................... 83
Distribution of Standby ............................................................................................................... 48
Minimum Hours Guaranteed....................................................................................................... 48
Pay When Called Back to Work While on Standby ........................................................................ 48
Standby Pay ................................................................................................................................. 48
SUBCONTRACTING ......................................................................................................................... 8
NATIONAL AGREEMENT Regarding In-Sourcing and Subcontracting ............................................. 9
SUBCONTRACTING PROCEDURES – NORTHERN CALIFORNIA REGION PROVISIONS .......................... 8
Deferral to Arbitration ................................................................................................................... 8
Subcontracted Work Expected to Last Fewer than Ninety Days ..................................................... 8
Subcontracted Work Expected to Last Ninety Days or More........................................................... 8
SUBCONTRACTING PROCEDURES – SOUTHERN CALIFORNIA REGION PROVISIONS .......................... 9
Contracted Housekeeping Services................................................................................................. 9
Notice of Intent to Subcontract ..................................................................................................... 9
Subcontracting May Not Result in Layoffs ...................................................................................... 9
SUBPOENAS ............................................................................................................*SEE JURY DUTY AND SUBPOENAS*

# *T*

TEMPORARY ASSIGNMENTS SOUTHERN CALIFORNIA REGION............................................................ 16
TEMPORARY EMPLOYEE ................................................................................................................. 15
Employees Not Eligible for Benefits.............................................................................................. 16
In-Lieu-of Benefits Differential..................................................................................................... 17
TENURE STEP PROGRESSION .......................................................................................................... 40
Effective Date of Tenure and Across the Board Increases .............................................................. 40
TENURE STEP PROGRESSION – NORTHERN CALIFORNIA REGION PROVISIONS ................................ 40
Advanced Hiring Criteria ........................................................................................................... 256
Difficult to Recruit
Classifications............................................................................................................................... 41
Schedule Y.................................................................................................................................. 341
Schedule Z.................................................................................................................................. 343
Tenure Step/Experience Credit.................................................................................................... 41
Tenure Steps for Limited Part-Time, Temporary and On-Call Employees ....................................... 40
TENURE STEP PROGRESSION – SOUTHERN CALIFORNIA REGION PROVISIONS ................................ 41
Advanced Step Placement at Hire............................................................................................... 387
Tenure Steps for On-Call Employees............................................................................................. 42
Tenure Steps for Regular Part-Time and LPT Employees................................................................ 41
Tenure Steps for Temporary Employees........................................................................................ 42

# *U*

UNIFORMS.................................................................................................................................... 30
UNION DUES.....................................................*SEE DEDUCTION AND REMITTANCE OF UNION DUES, FEES, AND COPE*
UNION LEADS .................................................................................................................................. 6
Training for Union Leads................................................................................................................. 7
Union Leads are Not Bona Fide Supervisors .................................................................................... 6
Union Leads Defined ...................................................................................................................... 6
UNION LEAVE .............................................................................................................................. 124
Benefits While on Union Leave.................................................................................................... 124

Notice ........................................................................................................................................ 124
Unpaid Leave ........................................................................................................................... 124
UNION MEMBERSHIP .................................................................................................................... 10
Failure to Maintain Membership ............................................................................................... 10
Union Shop Stewards ................................................................................................................... 123
Leaving Work Area to Conduct Union Business ....................................................................... 123
No Discrimination .................................................................................................................... 123
Notice of Names of Authorized Stewards ................................................................................ 123
UNION SHOP STEWARDS – SOUTHERN CALIFORNIA REGION PROVISIONS
Shop Steward Training and Development .................................................................................. 404
Steward Support ...................................................................................................................... 385
UNION STAFF REPRESENTATIVES ................................................................................................. 122
Access At Any Operational Time .............................................................................................. 122
Additional Right of Access ....................................................................................................... 122
Conferring With Employees ..................................................................................................... 122
Obligations of Union Staff Representatives .............................................................................. 122
Union Representative Badge .................................................................................................... 122

## *V*

VACATION – NORTHERN CALIFORNIA REGION PROVISIONS ............................................................. 79
Amount Available for Use ........................................................................................................... 80
Call-Back ................................................................................................................................... 81
Holidays During Vacation ........................................................................................................... 80
Incremental Use of Vacation ...................................................................................................... 80
Minimum Rate of Accrual ........................................................................................................... 79
Paid Leave Used in the Calculation of Overtime ......................................................................... 35
Posting of Vacation Schedules .................................................................................................... 80
Radiologic Technologist Special Compensation ........................................................................ 287
Submission of Vacation Requests ............................................................................................... 79
Vacation Accrual Rate ................................................................................................................ 79
Vacation Availability ................................................................................................................... 79
Vacation Carry Over Not Encouraged ......................................................................................... 81
Vacation Cash Out ...................................................................................................................... 81
Vacation Pay .............................................................................................................................. 79
Vacation Requests Submitted After the Vacation Schedule is Posted .......................................... 80
VACATION – REGISTERED DIETITIANS .................................................................... *See NCAL Appendix V*
VACATION – SOUTHERN CALIFORNIA REGION PROVISIONS ............................................................ 82
Advance Vacation Paycheck ....................................................................................................... 85
Call Back From Vacation ............................................................................................................. 83
Cash Out – Irrevocable Election .................................................................................................. 85
Life Balance Days in Conjunction with Vacation .......................................................................... 77
Minimum Vacation Period .......................................................................................................... 85
Notice of Approval or Denial ...................................................................................................... 84
Pay if Employee's Vacation is Changed ....................................................................................... 84
Period for Requests and Posting ................................................................................................. 83
Personal Time and Vacation ....................................................................................................... 85
Requests of Fewer than Five Days .............................................................................................. 84
Scheduling of Vacation With Days Off ......................................................................................... 85
Scheduling Vacation .................................................................................................................. 83
Splitting Vacations .................................................................................................................... 84
Vacation Accrual Schedule ......................................................................................................... 82
Vacation Accumulation and Donation ......................................................................................... 83
Vacation Eligibility Date ............................................................................................................. 82
Vacation for Employees who Transfer .......................................................................................... 84
Vacation for Part-time Employees .............................................................................................. 82
Vacation Pay .............................................................................................................................. 82

Vacation Periods ................................................................................................................................. 84
VOLUNTARY CHANGE TO ON-CALL STATUS ................................................................................................ 18
VOLUNTEERS AND SPECIAL PROGRAMS ...................................................................................................... 7
    Notification to Union of Volunteer Programs ......................................................................................... 7
    Role of Volunteers ................................................................................................................................. 7
    Volunteer Programs Not Used to Displace Employees ........................................................................... 7

## W

WAGES.......................................................................................................................................................... 39
WAGES – NORTHERN CALIFORNIA REGION PROVISIONS.............................................................................. 39
    Advanced Hiring Criteria ..................................................................................................................... 387
    Coding Career Ladder .......................................................................................................................... 260
    Difficult to Recruit Classifications ......................................................................................................... 41
    Emergency Department Technicians .................................................................................................... 265
    Licensed Vocational Nurse I.V. Certification ......................................................................................... 294
    Premium Employees ............................................................................................................................. 39
    Radiologic Technologist Career Ladder ................................................................................................ 305
    Schedule of Wages ............................................................................................................................... 39
    Sonographer Career Ladder ................................................................................................................. 345
    Tenure Steps/Experience Credit ........................................................................................................... 41
    Wage Administrative Practices ............................................................................................................ 359
    Wage Structure A/B ............................................................................................................................ 140
WAGES – SOUTHERN CALIFORNIA REGION PROVISIONS ............................................................................. 39
    2ND Year Equity – New Job Definitions ................................................................................................. 398
    Advanced Step Placement at Hire........................................................................................................ 387
    Diagnostic Imaging Technologist ......................................................................................................... 382
    Lead Wage Rates .................................................................................................................................. 40
    Longevity.............................................................................................................................................. 39
    No Reduction of Benefits ...................................................................................................................... 40
    On-Call and Lead Positions ................................................................................................................. 401
    Schedule of Wages ............................................................................................................................... 39
    Wage Structure - Base ........................................................................................................................ 173
    Wage Structure - Lead ......................................................................................................................... 204
WEEKENDS OFF ........................................................................................................................................... 28
    Every Other Weekend Off..................................................................................................................... 28
    More Beneficial Scheduling Practices ................................................................................................... 28
    Non-Applicability of this Section.......................................................................................................... 28
    Weekend Defined ................................................................................................................................ 28
WEEKENDS OFF – SOUTHERN CALIFORNIA REGION PROVISIONS
    Weekend Work Penalty ....................................................................................................................... 28
WEEKENDS Only Positions – NORTHERN CALIFORNIA REGION.................................................................... 362
WORK FORCE ADJUSTMENTS AND TRANSITIONS ...................................................................................... 64
    Alternatives to a Permanent Layoff/Reduction in Hours....................................................................... 65
    Employee Support and Assistance ........................................................................................................ 65
    Employer's Obligation to Bargain ........................................................................................................ 65
    Notice of Permanent/Indefinite Layoff/Reduction in Hours................................................................... 64
    Permanent/Indefinite Layoff/Reduction in Hours Defined..................................................................... 64
WORK FORCE ADJUSTMENTS AND TRANSITIONS – SOUTHERN CALIFORNIA REGION PROVISIONS
    On-Call Employees .............................................................................................................................. 70
WORK STOPPAGES ........................................................................................................... *SEE DISPUTES*
WORK WEEK ................................................................................................................................................ 27
    Forty Hours Per Week With Two Consecutive Days Off ......................................................................... 27
    Four Hour Minimum Shift..................................................................................................................... 27
    Waiver.................................................................................................................................................. 27
WORKLOAD DISTRIBUTION ......................................................................................................................... 12
    Equitable Distribution of Workload ...................................................................................................... 12

xvi

Reduced Work Performance While Orienting ........................................................................................................... 13
Workload When a Replacement Cannot Be Found ................................................................................................. 12
WORKLOAD DISTRIBUTION – SOUTHERN CALIFORNIA REGIONAL PROVISIONS
Staffing at Outlying Clinics ..................................................................................................................................... 13
WORKPLACE SAFETY COMMITTEE ............................................................................................ *SEE SAFE WORKING CONDITIONS*

# Exhibit 2

# UNITED HEALTHCARE WORKERS – WEST



## MEDICAL SOCIAL WORKERS CHAPTER

---

## COLLECTIVE BARGAINING AGREEMENT

---



# NORTHERN CALIFORNIA

## KAISER FOUNDATION HOSPITALS

**EFFECTIVE OCTOBER 1, 2005**

## TABLE OF CONTENTS

ARTICLE I – PURPOSE OF AGREEMENT ................................................................... 1

ARTICLE II – SCOPE OF AGREEMENT ..................................................................... 1

ARTICLE III - RECOGNITION AND UNION SECURITY ............................................... 1

    Section 1 – Recognition ............................................................................... 1
    Section 2 – Union Membership ...................................................................... 2
    Section 3 – Notification of New Employees .................................................... 2
    Section 4 – New Employee Orientation/New Hire .......................................... 2
    Section 5 – Check-Off ................................................................................... 3
    Section 6 – COPE Check-Off ......................................................................... 3
    Section 7 – Employer Indemnification ........................................................... 3
    Section 8 – Conformity to Law ...................................................................... 3
    Section 9 – Volunteers ................................................................................. 3
    Section 10 – Bulletin Boards ......................................................................... 4

ARTICLE IV – MANAGEMENT RIGHTS ..................................................................... 4

ARTICLE V – DISCRIMINATION ................................................................................ 4

ARTICLE VI – TYPES OF EMPLOYEES ..................................................................... 4

    Section 1 – Probationary Employees .............................................................. 4
    Section 2 – Regular Employees ..................................................................... 5
    Section 3 – Short-Hour, Temporary and Casual Employees ............................ 5

ARTICLE VII – SENIORITY ....................................................................................... 6

    Section 1 – Definition ................................................................................... 6
    Section 2 – Order of Application .................................................................... 6
    Section 3 – Reduction in Force ...................................................................... 6

ARTICLE VIII – JOB POSTINGS AND FILLING OF VACANCIES ................................. 8

    Section 1 – Job Postings .............................................................................. 8
    Section 2 – Filling of Vacancies .................................................................... 8
    Section 3 – Inter-Facility Transfers ............................................................... 8
    Section 4 – Rehire ....................................................................................... 8

ARTICLE IX – HOURS OF WORK AND OVERTIME ................................................... 9

    Section 1 – Scheduling ................................................................................. 9

Section 2 – Normal Workweek ..................................................................9
Section 3 – Overtime ................................................................................9
Section 4 – Distribution of Work ............................................................10
Section 5 – Rest Periods ........................................................................10

ARTICLE X – WAGES ..................................................................................... 10

Section 1 – Compensation......................................................................10
Section 2 – Progression Through Tenure Scale .....................................10
Section 3 – Hire-In Rates .......................................................................11
Section 4 – Payday and Paychecks .......................................................11
Section 5 – Effective Date of Salary Increases......................................12
Section 6 – Shift Differential ...................................................................12
Section 7 – Call Back ..............................................................................12
Section 8 – Termination Pay...................................................................12
Section 9 – Standby ................................................................................12
Section 10 – Call-Back from Standby .....................................................13
Section 11 – Relief in Higher Classification (RHC) .................................13

ARTICLE XI – HOLIDAYS................................................................................ 13

Section 1 – Recognized Holidays ...........................................................13
Section 2 – Eligibility for Holidays..........................................................13
Section 3 – Float Holiday.........................................................................14
Section 4 – Personal Birthday .................................................................14
Section 5 – Holidays Not Worked ...........................................................14
Section 6 – Holiday Pay (Short-Hour, Temporary and Casual Employees)........15

ARTICLE XII – VACATIONS ........................................................................... 15

Section 1 – Vacation Time and Pay........................................................15
Section 2 – Vacation Periods and Selection ...........................................15
Section 3 – Paychecks ............................................................................16
Section 4 – Vacation Pay for Terminated Employees.............................16
Section 5 – Early Vacation.......................................................................16
Section 6 – Vacation Cash-Out ..............................................................16

ARTICLE XIII – SICK LEAVE .......................................................................... 17

Section 1 – Mechanism for Accumulation and Payment.........................17
Section 2 – Integration with UCD or WCI ...............................................18
Section 3 – Salary Continuation .............................................................18

ARTICLE XIV – FUNERAL LEAVE .................................................................. 18

ARTICLE XV – JURY DUTY ............................................................................ 19

ARTICLE XVI – EDUCATIONAL LEAVE ................................................................ 19

    Section 1 – Paid Educational Leave ............................................................ 19
    Section 2 – Unpaid Educational Leave ....................................................... 20

ARTICLE XVII – LEAVES OF ABSENCE .............................................................. 20

    Section 1 – Emergency Leaves .................................................................. 20
    Section 2 – Industrial Leaves ..................................................................... 21
    Section 3 – Personal Leaves ...................................................................... 21

ARTICLE XVIII – MILEAGE .................................................................................. 22

ARTICLE XIX – INSURANCE BENEFITS .............................................................. 22

    Section 1 – Long-Term Disability Insurance .............................................. 22
    Section 2 – Group Life Insurance .............................................................. 22
    Section 3 – Travel Accident Insurance ....................................................... 23
    Section 4 – Hospital-Surgical-Medical Insurance ...................................... 23
    Section 5 – Major Medical ......................................................................... 23
    Section 6 – Dental Plan ............................................................................. 24
    Section 7 – Retiree Medical Benefits ......................................................... 24
    Section 8 – Summary of Benefits .............................................................. 28
    Section 9 – Dependent Care Reimbursement Program .............................. 28

ARTICLE XX – DOMESTIC PARTNERS ............................................................... 29

    Section 1 – Eligibility ................................................................................. 29
    Section 2 – Legal Requirements ................................................................ 29

ARTICLE XXI – PENSION ................................................................................... 30

ARTICLE XXII – PROFESSIONAL STANDARDS AND ISSUES COMMITTEE ........... 31

ARTICLE XXIII – EDUCATIONAL OPPORTUNITIES .............................................. 32

ARTICLE XXIV – UNION BUSINESS ................................................................... 32

    Section 1 – Union Staff Representatives .................................................... 32
    Section 2 – Union Shop Stewards ............................................................. 33
    Section 3 – Work Stoppages ..................................................................... 33

ARTICLE XXV – GRIEVANCE AND ARBITRATION PROCEDURE ........................... 33

    Section 1 – Discipline and Discharge ........................................................ 33
    Section 2 – General Principles ................................................................... 34

Section 3 – Steps of the Grievance and Arbitration Procedure ..........................35
Section 4 – Grievances Associated with the SEIU Master Agreement ...............37
Section 5 – Performance Evaluations.................................................................38

ARTICLE XXVI – CONFIDENTIALITY OF MEDICAL RECORDS................................38

Section 1 – Conscientious Objection .................................................................38

ARTICLE XXVII – SAVINGS CLAUSE .....................................................................38

ARTICLE XXVIII – JOINT PARTNERSHIP TRUST ....................................................38

ARTICLE XXIX – TERM OF AGREEMENT ................................................................39

APPENDIX A – WAGES SIDE LETTER OF AGREEMENT ..........................................41

APPENDIX B – WAGE STRUCTURES ......................................................................44

APPENDIX C – SHIFT DIFFERENTIAL LETTER .........................................................48

APPENDIX D – PROFESSIONAL STANDARDS AND ISSUES COMMITTEE.............49

APPENDIX E – STEWARD TIME AND TRAINING SIDE LETTER OF AGREEMENT .50

APPENDIX F – ECONOMICS SIDE LETTER OF AGREEMENT .................................51

APPENDIX G – POST-BARGAINING ACTIVITIES.....................................................52

ATTACHMENT 1........................................................................................................53

## AGREEMENT

This Agreement made and entered into this **1st day of October, 2005,** by and between Kaiser Foundation Hospitals (hereinafter referred to as the "Employer") United Healthcare Workers – West (Medical Social Workers Chapter), affiliated with the SEIU (hereinafter referred to as the "Union"):

WITNESSETH

The parties mutually recognize the professional status of Medical Social Workers covered by this Agreement and hereto have agreed as follows:

### ARTICLE I – PURPOSE OF AGREEMENT (SEIU Master Agreement)

**It is the intent and purpose of the parties to set forth herein their Agreement covering rates of pay, hours of work and conditions of employment for employees covered by this Agreement, to collaboratively work to provide high quality, affordable service and care for patients and members, and to promote harmonious relations between the Employer and the Union.**

### ARTICLE II – SCOPE OF AGREEMENT

This Master Agreement covers all Medical Social Workers employed by the Employer in covered positions.  Excluded from this Agreement is any Medical Social Worker assigned to be Director of Social Services at any of the Employer's facilities or to whom the Employer has given authority to hire promote, discipline, discharge, or otherwise change status or effectively recommend such action.

### ARTICLE III - RECOGNITION AND UNION SECURITY

#### Section 1 – Recognition (SEIU Master Agreement)

**The Cross-Regional Master Agreement is entered into by the signatory parties and reflects the Employers' recognition of the Unions listed in Attachment I as the exclusive collective bargaining agents of the employees in the bargaining units listed in Attachment I with respect to the terms and conditions of employment set forth herein.**

**This Agreement shall also apply to any employees who are added to a covered bargaining unit by unit clarification, accretion and/or agreement of the parties.**

1

**This Agreement shall also apply to any new classification(s) which may be established within the scope of duties now included within a covered bargaining unit.**

**The provisions of the Cross-Regional Master Agreement shall supersede and replace the equivalent provisions of the local agreements between the Employers and the Unions listed in Attachment I.  If a local agreement does not contain an equivalent provision, the provision of this agreement shall become a new provision of the local agreement. If there are differences between the bargaining unit descriptions in Attachment I and the descriptions contained in a local agreement, the descriptions in the local agreement will control.**

### Section 2 – Union Membership (SEIU Master Agreement)

**It shall be a condition of employment that all employees covered by this Agreement and those hired on or after its effective date shall, within thirty-one (31) days following the beginning of such employment become and remain members of the Union or tender to the Union a fee equal to the initiation fees and periodic dues that are the obligations of members.**

**Employees who are required hereunder to join the Union and maintain membership in the Union, or pay initiation fees and periodic dues uniformly required of members, and who fail to do so shall upon notice of such fact in writing from the Union to the Employer be discharged.**

### Section 3 – Notification of New Employees

At the time a new employee is hired who shall be subject to this agreement, the Employer shall deliver to the employee a copy of this collective bargaining agreement.  At least monthly, the Employer shall supply the Union with the names and addresses of new employees and the names of employees terminated.

### Section 4 - New Employee Orientation/New Hire (SEIU Master Agreement)

**The Union and the Employer shall coordinate times for Union Representatives/ Stewards to meet with new bargaining unit members for thirty (30) minutes during the New Employee Orientation period.  The Employer will provide the Union Representative with New Employee Orientation schedules and updates as they occur. Such time will be scheduled within the New Employee Orientation agenda. It is further understood that, should the Union designate a Union Steward to meet with new employees, the Steward's time will be paid and the Steward will be released from work for the time needed to meet with employees.**

2

**Section 5 – Check-Off  (SEIU Master Agreement)**

The Employer will honor written assignments of wages to the Union for the payment of Union dues and fees, uniformly required, when such assignments are authorized by a signed dues deduction form.

The Employer will promptly remit to the Union dues and fees deducted pursuant to such assignments together with a list on hard copy and a disk or electronically (on compatible format) supporting the amount of dues remitted including sufficient detail of employee information and individual payments.

**Section 6 – COPE Check-Off (SEIU Master Agreement)**

The Employer will honor assignment of wages to the Union's Committee On Political Education (COPE) fund, when such assignments are submitted in a form agreed to by the Employer and the Union, and will promptly remit such contributions to the Union. It is understood by all parties that such contribution will be on an individual and voluntary basis.

**Section 7 – Employer Indemnification (SEIU Master Agreement)**

The Union shall indemnify the Employer and hold it harmless against any and all suits, claims, demands and liabilities that shall arise out of or by reason of any action that shall be taken by the Employer for the purpose of complying with the foregoing provisions of this Article, or in reliance on any list or certificate which shall have been furnished to the Employer under any of such provisions.

**Section 8 – Conformity to Law (SEIU Master Agreement)**

If any provision of this Agreement is found to be in conflict with State or Federal law, the remaining provisions of the Agreement shall remain in full force and effect.  In the event any provision(s) are declared to be in conflict with any law, both parties shall meet immediately for the purpose of renegotiating only the provision(s) so invalidated.

**Section 9 – Volunteers (SEIU Master Agreement)**

The volunteer's role in the facilities is to provide services to patients that may not otherwise be offered.

The Employer agrees that programs such as volunteer programs and summer youth programs shall not be utilized to displace bargaining unit employees or to fill positions previously occupied by bargaining unit employees, nor shall they be used to reduce their hours of work.

The Employer shall notify the Union upon commencement of volunteer programs and summer youth programs of the number of participants, their classification, work location, hours of work per week, and the duration of the program.

**Section 10 – Bulletin Boards** (SEIU Master Agreement)

The Employer will provide adequate space at each facility for posting Union communications.  In the event the Union demonstrates the needs for a glass-enclosed locked bulletin board, such shall be provided for the Union's use.

**ARTICLE IV – MANAGEMENT RIGHTS** (SEIU Master Agreement)

The Union recognizes that the Employer has the duty and the right to manage its facilities and to direct the working forces.  This includes, for example, the right to hire, transfer, promote, demote, layoff, discipline and discharge employees, subject to the terms of this Agreement and the grievance procedure.

**ARTICLE V – DISCRIMINATION** (SEIU Master Agreement)

The Employer and the Union agree that there shall be no discrimination against any employee or applicant because of membership in the Union or lawful activities on behalf of the Union, or because of race, color, religion, creed, national origin, ancestry, gender, sexual orientation, age, physical or mental disabilities, political affiliation, marital status, medical condition (as defined by applicable law), or veterans status.

There shall be no distinction between wages paid to men and the wages paid to women for the performance of comparable quality and quantity of work on the same or similar jobs.

**ARTICLE VI – TYPES OF EMPLOYEES**

**Section 1 – Probationary Employees** (SEIU Master Agreement)

The probationary period for employees regularly scheduled for twenty (20) hours or more shall be ninety (90) calendar days.

The probationary period for employees regularly scheduled for fewer than twenty (20) hours shall be three hundred (300) hours or ninety (90) calendar days, whichever occurs later.

During the probationary period, employees may be discharged without recourse to the grievance procedure.

4

**The probationary period may be extended only by mutual agreement between the Employer, the employee and the Union.**

**If an employee is on leave at any time during the probationary period, time spent on leave will not count towards fulfilling the probationary period.**

**Probationary employees shall be provided with appropriate training and orientation tools and a written performance evaluation shall be issued upon completion of sixty (60) calendar days.**

**In no case shall an employee be required to serve more than one probationary period.**

### Section 2 – Regular Employees

A Regular employee is defined as an employee who is regularly employed to work on a predetermined schedule of twenty (20) or more hours per work week. Any employee designated as a Regular employee shall accumulate and receive all of the fringe benefits as provided for in this Agreement when he/she becomes and so long as he/she remains a Regular employee. Paid time off benefits for part-time Regular employees shall be prorated based on the ratio between their schedule and a full-time schedule.

### Section 3 – Short-Hour, Temporary and Casual Employees

A Short-Hour employee is defined as an employee who is regularly employed to work on a predetermined schedule of less than twenty (20) hours per work week; a Temporary employee is one who is hired as an interim replacement or who is hired for temporary work in any predetermined work schedule which does not extend beyond three (3) calendar months; a Casual employee is one who is employed to work on an intermittent basis.

All Short-Hour, Temporary and Casual employees as defined above shall be ineligible for fringe benefits provided under this Agreement. In lieu of eligibility for benefits, Short-Hour, Temporary and Casual employees shall receive a wage differential of two dollars ($2.00) per hour above their current rate.

In no event will there be any duplication of the differential and accumulation or rights to fringe benefits and tenure adjustments other than those expressly specified by the Agreement.

5

Short-Hour, Temporary and Casual employees shall be eligible for tenure increases on  the basis of the following formula:

> Each one hundred (100) hours of work equals one (1) month's tenure service credit.  For example, twelve hundred (1200) hours of work would equal one (1) year's service.  In no case, however, shall any such employee accumulate more than one (1) month's tenure service credit in any calendar month.

## ARTICLE VII – SENIORITY

### Section 1 – Definition

Seniority for all Medical Social Workers shall be defined as the employee's most recent date of hire into the **bargaining unit** position covered by this Agreement, except in the case of rehire as defined in Article VIII, Section 4.

Seniority dates shall not be adjusted for leaves of absence as specified in Article XVII (does not apply to service date).

### Section 2 – Order of Application

The seniority order listed below shall be used in all cases where seniority applies except that for a reduction in force, the layoff order will be the reverse of that listed below in each facility.

1. Regular employees in the facility.
2. Short-Hour employees in the facility.
3. Regular employees in the bargaining unit.
4. Short-Hour employees in the bargaining unit.
5. Casual or Temporary employees in the facility.
6. Casual or Temporary employees in the bargaining unit.

### Section 3 – Reduction in Force

The Employer will provide the Union with sixty (60) days written notice of decisions to permanently layoff Regular and Short-hour employees.  A Permanent Layoff is defined as a reduction in force of more than thirty (30) days. Prior to implementation of such layoff, the Employer will meet with the Union to identify positions to be eliminated, the seniority of affected employees, the present work schedule, the proposed work schedule, and the date(s) of layoff.  Additionally, the parties will meet and confer to discuss alternatives to layoffs that will minimize the impact on employees.  Any agreement or alternatives to layoffs prior to the designated date(s) of layoff, if any, shall be in writing and enforceable under the terms of this Agreement.

6

In the event it is necessary to reduce force, the reduction of employees will be in the reverse order of bargaining unit seniority, by facility, as that referenced in Section 2 above provided that the merit and ability of the remaining senior employees is adequate to perform the work.  Before an employee is laid off out of seniority order, the Union shall be notified in advance.  In recalling from layoff, the last person laid off in each facility shall be the first recalled provided that the merit and ability of the senior employee is adequate to perform the available work.  An employee may remain in layoff status for a period of up to twelve months.  During that period of time, any such employee recalled to work shall have their previous service credit for the purpose of seniority and benefit accrual restored upon recall but excluding the period of the layoff.

Regular and Short-hour employees who are laid off shall have seniority among themselves and shall be given first preference region-wide for posted vacancies at facility and bargaining unit levels in the Northern California Region provided the employee has submitted a transfer request for such vacancies and meets the posted qualifications of the position.  Such transfer requests shall be valid until the employee meets the conditions set forth in paragraph 39 above.   Should such employee obtain employment, the employee has the obligation to notify the remaining facilities upon which a bid was served withdrawing that bid.

Regular and Short-hour employees who have received written notice of layoff or who are within a targeted group and have volunteered to be laid off shall be eligible for the Transition Assistance Program as set forth in the Side Letter of Agreement dated March 8, 1995.  The Transition Assistance Agreement as referenced in this Article shall not extend beyond the term of this agreement.

All Regular employees who are placed on layoff status for a period of one (1) to two (2) weeks for reasons within the control of the Employer will receive one (1) weeks' notice or one (1) weeks' pay therefore.  Regular employees who are placed on layoff status for more than two (2) weeks for reasons within the control of the Employer, but for thirty (30) days or less will receive two (2) weeks' notice or two (2) weeks' pay therefore.  Situations considered as being outside the control of the Employer shall include work stoppages, fires, natural and man made disasters.

Facilities for the purpose of this Article are as follows:  San Francisco, South San Francisco, Redwood City, Santa Clara, Santa Teresa, San Jose, Hayward, Fremont, Oakland, Richmond, Walnut Creek, Antioch, Martinez, Vallejo, Napa, San Rafael, Sacramento, Roseville, Fairfield, South Sacramento, Stockton, Pleasanton, Gilroy, Milpitas, Santa Rosa, Petaluma, Davis, Mountain View, Novato, Rancho Cordova, Vacaville and Fresno.

## ARTICLE VIII – JOB POSTINGS AND FILLING OF VACANCIES

### Section 1 – Job Postings

To expedite the administration of this Article, covered position vacancies shall be posted within the facility in which they occur for five (5) days.

An inter-facility transfer request will constitute an automatic bid for an open position for one hundred eighty (180) days following submission of such request. Such requests may be renewed.

The Employer will provide one copy of the job posting to the Union or its designee, at the time it is processed so that the Union may recommend applicants to the Employer. The Employer shall be the sole judge of any applicant.

Facilities for the purpose of this Article are as follows: San Francisco, South San Francisco, Redwood City, Santa Clara, Santa Teresa, San Jose, Hayward, Fremont, Oakland, Richmond, Walnut Creek, Antioch, Martinez, Vallejo, Napa, San Rafael, Sacramento, Roseville, Fairfield, South Sacramento, Stockton, Pleasanton, Gilroy, Milpitas, Santa Rosa, Petaluma, Davis, Mountain View, Novato and Rancho Cordova, Vacaville and Fresno.

### Section 2 – Filling of Vacancies

In filling any vacancy covered by this Agreement all qualified employees shall be preferred over outside applicants. Between existing employees, seniority shall govern provided that merit and ability are adequate. Preference shall apply according to seniority as defined in Article VII, Section 2.

### Section 3 – Inter-Facility Transfers

Should the Employer direct a transfer of employee(s) from one of its facilities to another (for example, Oakland to Santa Clara), such transfers shall be initiated for reasons not arbitrary, nor capricious, but relating to the Employer's efficient operations.

### Section 4 – Rehire

Medical Social Workers in a benefited position who are rehired into a bargaining unit position within six (6) months of their termination shall have:

1) The benefit of their previous seniority, adjusted to exclude the break in service, for purposes of non-insurance benefits (Vacation, Education/Sick Leave).

2) The rehired employee is eligible for holidays as of their rehire date.

3) Re-enrollment in the retirement plans will be as specified by the plan documents.

Enrollment in medical and dental coverage occurs as if the employee were a new hire.

Employees rehired in accordance with this section will be restored to their previous step in pay, and will not be required to serve a new probationary period.

## ARTICLE IX – HOURS OF WORK AND OVERTIME

### Section 1 – Scheduling

The parties recognize the professional nature of the work performed by employees covered by this Agreement. Therefore, actual daily and weekly work schedules may vary, on occasion, according to the time requirements of specific work assignments.  At all times, employees shall work the schedules required of them by the Director.  In no case shall work of less than eighty (80) hours per two (2) week pay period be acceptable (except for part-time employees who may work less than eighty (80) hours).  No employee shall be required to relieve a non-bargaining unit managerial position.

### Section 2 – Normal Workweek

The Employer will exercise its best efforts, in good faith, subject to the requirements of efficient operations to schedule Medical Social Workers on the basis of a normal workweek of forty (40) hours with two (2) consecutive days of rest.

### Section 3 – Overtime

A.    Definitions

1)    "Payroll Week" as used in this Article shall mean and consist of the seven (7) day period beginning at 12:01 a.m., Sunday, or at the shift changing hour nearest that time.

2)    "Payroll Day" as used in this Article shall mean and consist of a twenty-four (24) hour period, beginning at the same time each payroll day as the payroll week begins.

B.    Overtime Rates

Employees shall be paid at the rate of time and one-half (1½) the straight-time hourly rate, including shift differential, for all hours of work performed in excess of eight (8) hours in any one payroll day and/or for all hours worked in excess of forty (40) hours within the payroll week.  Employees shall be paid at the rate of double (2) the straight-time hourly rate, including shift differential, for all hours worked in excess of twelve (12) consecutive hours in any one (1) payroll day.  Employees shall not work hours which require an overtime premium payment without prior Employer authorization.  (Nothing herein shall prohibit an employee and the Employer from

9

mutually agreeing that overtime incurred by the employee, for which premium payment is due, may be paid for in compensatory time off at the applicable premium rate. However, such compensatory time off, if agreed to, must be taken off during the two (2) week payroll period in which the overtime is incurred).

C.    Non-Duplication of Overtime

Payment of overtime rates shall not be duplicated for the same hours worked under any of the terms of this Agreement, and to the extent that hours are compensated for at overtime rates under one provision, they shall not be counted as hours worked in determining overtime under the same or any other provisions.

**Section 4 – Distribution of Work (SEIU Master Agreement)**

**It is the intent of the Employer to distribute the workload equitably among employees in both single work units and departments with due regard for employee safety.**

**When an employee is absent for any reason and if a replacement cannot be obtained in time, it is the intent of the Employer to distribute the workload equitably among the employees in the work unit so that no undue hardship may be placed on an individual worker.**

**Section 5 – Rest Periods**

With each four (4) hours of continuous work, each Medical Social Worker shall be allowed a rest period of not less than ten (10) minutes nor more than fifteen (15) minutes. Each Medical Social Worker who works a shift in excess of five hours shall be afforded a meal period of not less than thirty (30) minutes.

**ARTICLE X – WAGES**

**Section 1 – Compensation**

The attached salary schedule is applicable to employees assigned to work on the basis of a forty (40) hour work week. The salaries shall be prorated for part-time employees.

**Section 2 – Progression Through Tenure Scale**

Employees must remain in each tenure step for one (1) full year to be eligible to progress to the next succeeding step rate, except as provided otherwise.

**Section 3 – Hire-In Rates**

A.   <u>Medical Social Worker I</u>

    <u>Step I</u>:    B.A. Degree in Social Service or related behavioral science degree with zero (0) to two (2) years social work experience.

    <u>Step II</u>:    B.A. Degree (as above) with two (2) to four (4) years social work experience within the last five (5) years.

    <u>Step III</u>:    B.A. Degree (as above) with 4 (four) or more years social work experience within the last ten (10) years.

B.   <u>Medical Social Worker II</u>

    <u>Step I</u>:    Must possess an M.S.W. Degree with less than two (2) years social work experience (M.S.W. field work not included).

    <u>Step II</u>:    Must possess an M.S.W. Degree with two (2) to four (4) years of social work experience within the last five (5) years (M.S.W. field work not included).

    <u>Step III</u>:    Must possess an M.S.W. Degree with four (4) or more years of social work experience within the last ten (10) years (M.S.W. field work not included).

Effective November 5, 1989 all Medical Social Workers at Step I or Step II who meet the experience requirements described above, will be moved to the appropriate higher tenure step.

Employees in this classification must be capable of performing all the required duties and activities commensurate with an M.S.W. Degree and must possess that degree.

**Section 4 – Payday and Paychecks (SEIU Master Agreement)**

**Payday shall be every other Friday.  When a payday falls on a holiday, employees shall be paid on the day immediately preceding the holiday.**

**Employees upon written request may direct automatic deposit of their paycheck to a bank or saving institution of their choice provided such bank or institution participates in the National Automatic Clearing House Association.  Employees electing direct automatic deposit shall receive a check stub or equivalent information each pay period indicating all payments made.**

11

**Paycheck shortages shall be paid by no later than the end of the next business day upon request of the employee; otherwise, paycheck shortages shall be paid on the next pay period or per applicable law.**

**Section 5 – Effective Date of Salary Increases** (**SEIU Master Agreement**)

**Tenure increases and across the board increases shall become effective at the beginning of the first full payroll period nearest the employee's date of eligibility for such increase.**

**Section 6 – Shift Differential**

Any Medical Social Worker who commences a shift of four (4) or more hours at or after 12:00 noon which terminates after 6:00 p.m. shall be paid a shift premium of one dollar forty-five cents ($1.45) per hour for the entire shift so worked.

Additional hours or overtime, including additional shifts, immediately prior to or following an employee's regular shift shall be paid the shift differential, if any, applicable to their regular shift that day.

**Section 7 – Call Back**

A Regular employee who has completed a shift and leaves the facility but is recalled to work prior to the start of the employee's next scheduled shift shall be guaranteed a minimum of three (3) hours of work or shall be paid for actual hours worked, whichever is greater.

**Section 8 – Termination Pay (SEIU Master Agreement)**

**When an employee is voluntarily or involuntarily separated from employment, the employee will be paid all monies owed pursuant to applicable collective bargaining agreements, state or federal laws.**

**Section 9 – Standby**

**MSW Standby is a voluntary program whose participants shall be selected based on seniority with an equitable rotation of opportunities.  Medical Social Workers on a predetermined work schedule who are placed on standby duty beyond their regularly scheduled work day or workweek shall be allowed compensatory time off equal to one-half (1/2) of the time spent on standby duty within thirty (30) days following Standby service or shall be compensated for such time at one-half (1/2) times their regular straight hourly rate.**

12

**Section 10 – Call-Back from Standby**

**Medical Social Workers on standby duty who are called in to work shall be compensated for the time worked at one and one-half (1-1/2) times their straight-time hourly rate; provided, however, that such Medical Social Workers are guaranteed a minimum credit of three (3) hours for each occasion on which they are called in to work.**

**Section 11 – Relief in Higher Classification (RHC)**

**The relief in higher classification for supervisor shall be paid at the rate of five percent (5%) above the Medical Social Workers' regular status in the wage structure. The RHC shall have whatever explicit authority as delegated by the Employer, except that the Medical Social Worker as Supervisor shall not have the authority to hire, fire or discipline or have effective input into or effectively recommend same. If deeded or determined by Management, the Medical Social Worker shall have the authority to complete required KP employee evaluations. Furthermore, no Social Worker will be required to assume management responsibilities, it must be voluntary.**

**ARTICLE XI – HOLIDAYS**

**Section 1 – Recognized Holidays**

The following days shall be observed as holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, the employee's personal birthday (as provided in Section 4 hereof) and two (2) float holidays (as provided in Section 3 hereof).

Washington's Birthday will be observed on the third Monday in February. Memorial Day will be observed on the last Monday in May. It is the Employer's intent to abide by any changes in Federal legislation related to the holidays listed in Section 1. Holidays falling on Sunday shall be observed on the following Monday for eligible employees.

**Section 2 – Eligibility for Holidays**

Regular full-time employees will receive pay at their regular straight-time rate for their normally scheduled daily working hours for the above holidays when not worked provided (1) the employee was not directed by the Employer to work on the holiday and (2) the employee was not on layoff or leave of absence, including any time off taken due to illness beyond the period of paid sick leave eligibility, as of the date of the holiday. If the holiday falls on a day normally scheduled off, the employee shall be given another day off with pay that is mutually agreed upon between the Employer and the employee.

Regular full-time employees who work on a holiday as defined in Section 1 above, shall be paid at the overtime rate of time and one-half (1-1/2) and shall also be given a paid day off

13

or additional pay equal to the actual hours worked on such holiday not to exceed eight (8) hours.  The Medical Social Worker may elect to receive either compensatory time off or additional pay subject to the Employer's staffing and scheduling requirements for patient care.  Compensatory time off must be either added consecutively to an employee's vacation or be taken on a mutually agreed date within thirty (30) days prior to or following the holiday for which it is due.

Regular part-time employees working less than forty (40) hours per week shall receive pay at their regular straight-time rate if the holiday falls on a normally scheduled work day and the employee is scheduled off because of the holiday.  The pay for such holiday not worked shall be for the number of hours at the straight-time rate as the employee would have received had he/she worked.  If the holiday falls on a day normally scheduled off, the employee shall receive additional pay equal to one-fifth (1/5) his/her regular weekly scheduled hours of work.

Regular part-time employees who work on a holiday shall receive one and one-half (1-1/2) times their regular straight-time pay for all hours worked plus additional straight-time holiday pay equal to the actual hours worked on the holiday up to eight (8) hours.

### Section 3 –Float Holiday

Each year (January 1 to January 1) the Employer and the eligible employee shall agree on the days to be taken as float holidays.  If agreement is not reached on a day, the day will be added to the employee's vacation.  It is the responsibility of employees entitled to a float holiday to comply with reasonable requirements of notice of the date they have selected as their holiday.

### Section 4 – Personal Birthday

Regular employees are entitled to their personal birthday as a recognized holiday.  If such employee's personal birthday falls on any of the other recognized holidays, the employee's next regularly scheduled work day following said recognized holiday shall be considered as the employee's birthday. It is the responsibility of employees entitled to their personal birthday as a holiday to inform their supervisor one (1) month in advance of the date of their birthday.  Employees may request to forego their birthday holiday on their actual date of birth to take that holiday within thirty (30) days either before or after their birthday.  Election of a day other than the employee's birthday is subject to mutual agreement with the Employer.

### Section 5 – Holidays Not Worked

Holidays paid for but not worked shall count as time worked for the purpose of computing weekly overtime for work performed later in the same work week if the holiday falls on the employee's normally scheduled work day.

**Section 6 – Holiday Pay (Short-Hour, Temporary and Casual Employees)**

Short-Hour, Temporary and Casual employees who work on a holiday specified in Section 1 above (excluding the employee's personal birthday and float holidays) shall be paid at the overtime rate of time and one-half (1-1/2).

**ARTICLE XII – VACATIONS**

**Section 1 – Vacation Time and Pay**

All Regular employees who have been continuously in service with the Employer for a period of one (1) year shall be entitled to two (2) weeks vacation with pay. All Regular employees who have been continuously in service with the Employer for a period of two (2) years shall be entitled to three (3) weeks vacation with pay. All Regular employees who have been continuously in service with the Employer for a period of five (5) years shall be entitled to four (4) weeks vacation with pay. All Regular employees who have been continuously in service with the Employer for a period of ten (10) years shall be entitled to five (5) weeks vacation with pay. Employees may split their vacation into increments of not less than one-half (1/2) day or four (4) hours subject to the requirements of efficient operations. Vacation pay for Regular employees shall be paid at the hourly equivalent of their monthly salary at the time the vacation is taken for their regular schedule of work.

In instances where there is a combination of vacation and work on a pre-scheduled basis, vacation hours paid shall count as hours worked in determining eligibility for weekly overtime for hours worked later in the same work week.

**Section 2 – Vacation Periods and Selection**

Vacation periods shall be designated by the Employer so as not to adversely affect the efficiency of operations and shall be designated during the twelve (12) month period following the date of eligibility for the vacation.

Prior to February 1 of each year, employees may submit to their supervisor a list of their first, second and third choices for vacation dates for that calendar year. On or before March 15 of each calendar year, the department head will post the vacation schedule for that year. Whenever possible, employees shall be given preference on the basis of facility seniority in the choice of vacation periods. In situations where an employee is not granted his vacation preference due to a conflicting vacation schedule choice with a more senior employee, in the next instance of conflict between the same employees, the junior employee shall be granted preference.

Regular employees with five or more years of continuous service may carry one (1) week's unused vacation to their next anniversary year, provided they notify their supervisor in writing of their intention at least three (3) months prior to the completion of the anniversary year in which the one (1) week vacation would normally be taken.

15

### Section 3 – Paychecks

Effective June 3, 1990 employees upon written request may direct automatic deposit of their paycheck directly to a bank or savings institution of their choice provided such bank or institution participates in the National Automatic Clearing House Association.  Each pay period employees electing automatic deposit shall receive a check stub indicating all payments made.  Employees electing this option who later cancel direct automatic deposit shall not be eligible again for such deposit until the first of the year (January 1) following cancellation.

### Section 4 – Vacation Pay for Terminated Employees

Regular employees with a minimum of six (6) months of service shall be entitled to vacation pay prorated on the basis of actual months of service in accordance with the benefits outlined in Section 1 of this Article at the conclusion of their employment.  However, the Employer can require at least two (2) weeks notice of the intention of an employee to quit as a condition of this proration of vacation pay.  Employees discharged for cause with less than one year's service shall not be entitled to prorated vacation.

### Section 5 – Early Vacation

Regular employees with at least six (6) months of service but less than one year may, with the mutual agreement of the Employer, take up to one week of vacation time off prior to their first anniversary.  However, should such an employee terminate their employment prior to completing one full year of service, an amount of money equivalent to the vacation pay received shall be deducted from the employee's final check.

Requests from Regular employees with more than one (1) year of service for vacation time accrued but not yet earned may be granted by mutual agreement between the employee and the Employer.

### Section 6 – Vacation Cash-Out

**Employees may cash out vacation time up to one hundred sixty (160) hours per year of their annual accrual as provided in the Kaiser Permanente "Vacation Cash Out" (VCO) benefit provisions.  Such election must be made by December of the year preceding the year the cash out will occur.  Such election is irrevocable.**

16

## ARTICLE XIII – SICK LEAVE

### Section 1 - Mechanism for Accumulation and Payment

Each Regular employee is entitled to paid sick leave on the basis of the schedule below (to be prorated for Regular part-time employees on the basis of the ratio of his regularly scheduled hours of work per week to forty (40) hours per week):

| Completed Length of Service | Sick Leave |
|---|---|
| 0 - 2    months | None |
| 2 - 6    months | 40    hours |
| 6 -12    months | 85    hours |
| 1 - 2    years | 175    hours |
| 2 - 4    years | 350    hours |
| 4 - 7    years | 520    hours |
| 7 - 10    years | 695    hours |
| 10    years and over | 1040   hours |

Such sick leave is not cumulative from year-to-year but the allotment is renewed each year on the employee's anniversary date.  For employees with ten (10) or more years of service, the maximum amount of Employer paid sick leave for one continuous period of disability shall not exceed that amount necessary to permit an employee to maintain his/her regular earnings for six (6) calendar months when combined with state disability coverage or Workers' Compensation benefits.

Sick leave is applicable only if the employee is ill on days (s)he is regularly scheduled to work.  Pay for such sick leave shall be computed as the equivalent of the pay which the employee would have received had (s)he worked his/her regular schedule that day.  Should a holiday occur while an employee is absent on paid sick leave, if (s)he is eligible for holiday pay, such pay shall be charged to the holiday, not against sick leave credits.  If an employee claims sick leave, the Employer may require reasonable proof of physical disability sufficient to justify the employee's absence from work for the period claimed, if the Employer has reasonable doubt of the validity of the disability.

Paid sick leave shall also apply for hours directly associated with medical or dental appointments including appointments covered by the Kaiser Psychiatric Plan "A."  For those employees whose appointments are away from the facility where they work, the appointment will be scheduled so that at least part of the scheduled appointment falls in the first or last hour of each paid period of scheduled work.  The employee will give written notice of at least twenty-four (24) hours and supply verification that the appointment was kept.

Sick leave shall be applicable not only as described elsewhere in this Article, but also for psychological treatment as an inpatient in an accredited institution and outpatient treatments appended to such inpatient care.

17

Paid sick leave shall count as time worked for purposes of computing overtime for hours worked later in the same workweek.

## Section 2 – Integration with UCD or WCI

If an employee is eligible for basic UCD benefits, Employer paid sick leave shall be reduced by the amount of the UCD benefit the employee is eligible to receive. Payments received in the form of basic UCD benefits shall not be charged against the employee's accumulated sick leave.

If an employee is eligible for Workers' Compensation Insurance payments, the same method of integration with Employer paid sick leave shall apply. Employees who receive full sick leave and are subsequently reimbursed by Workers' Compensation or State Disability Insurance benefits will have their pay adjusted by the amount of overpayment and their sick leave credited proportionately.

## Section 3 – Salary Continuation

Upon expiration of paid sick leave, as provided in Article XIII, Section 1, in connection with any one (1) disability resulting from sickness or injury and provided such sick leave has been of a duration of less than six (6) months, the employee will continue to receive payment from the Employer equal to one-half base salary when integrated with State Disability or Workers' Compensation payments until the employee returns to work or until the expiration of six (6) months from the disability commencement date or death, whichever is first.

## ARTICLE XIV – FUNERAL LEAVE

When a death occurs in the immediate family of an employee, (s)he shall be entitled to a leave of absence of up to three (3) days with pay for deaths in the area and two (2) additional days with pay for travel of 300 miles (each way) or more for a funeral or memorial service. Additional time off will not be unreasonably denied. An employee may use their paid time off for such purposes. Immediate family is defined **as: spouse, domestic partner, parent, step parent, parent-in-law, step parent-in-law, in loco parentis, step child, legal ward, foster child, adopted child, daughter, step daughter, daughter-in-law, step daughter-in-law, son, step son, son-in-law, step son-in-law, sister, step sister, step sister-in-law, brother, step brother, brother-in-law, step brother-in-law, grandparent, step-grandparent, grandchildren, step grandchildren and relatives living in the same household.**

**If an employee is on vacation and a death occurs in the employee's immediate family, the employee may convert such vacation time to funeral leave.**

**Bereavement Leave may be divided due to timing of services and related circumstances and need not be taken on consecutive days.**

18

## ARTICLE XV – JURY DUTY

**Employees shall receive paid leave for jury duty for the duration of such service. There will be no offset to employees' pay nor collection of jury duty pay provided by the courts.**

## ARTICLE XVI – EDUCATIONAL LEAVE

### Section 1 – Paid Educational Leave

After completion of one (1) year of service, as a Regular employee each Medical Social Worker will begin to earn paid educational leave at the rate of one (1) week per year accumulative to a maximum of four (4) weeks.

For purposes of implementing this section, all employees on the payroll as of January 1, 1975, shall have any previous service retroactive to January 1, 1973, count towards the accumulation of paid educational leave time to be taken henceforth.  The following shall serve as guidelines for administration of this section:

A.     Paid educational leave is designed to protect an employee's regular earnings while attending educational meetings occurring during an employee's normal work schedule.  It is not applicable on days the Medical Social Worker is not normally scheduled to work.

B.     Paid educational leave may be taken by full days or by hourly increments as time away from the job.

C.     Programs covered by paid educational leave will include:

1)     Formally organized courses in social service related to the medical setting.

2)     Formally organized seminars, meetings and symposia dealing with contemporary practices or issues of social service arising in the medical setting.

3)     Formally organized programs for health professionals open to Medical Social Workers in the medical setting.

D.     Application and approval procedure:

1)     Requests for such leave shall be made in writing setting forth the details, i.e., dates, hours, subject, facility and purpose for taking the course, seminar, etc.

19

2)   Approval shall be subject to the guidelines herein described and subject to the efficient operational requirements and approval shall not be unreasonably denied.

115   Required Training:  If the Employer directs an employee to attend a training program or conference, the employee will be compensated for the direct cost associated with the program, if any.  Proof of attendance will be required for reimbursement.

## Section 2 – Unpaid Educational Leave

116   Incidental unpaid time off for the purpose of attending such workshops, seminars, and symposia as referred to above will be given consideration and may be granted at the sole discretion of management.  A leave of absence for the purpose of continuing education towards an advanced degree in social service may be granted at the sole discretion of the Employer.  Such a leave may be continued from year to year at the Employer's discretion.  An employee's right to return from such a leave shall be subject to the availability of vacancies at the time the employee gives notice of availability to resume employment.

## ARTICLE XVII – LEAVES OF ABSENCE

### Section 1 – Emergency Leaves

117   Leaves of absence without pay for emergency situations may be granted to employees at the discretion of the head of the facility.  Normally, an employee must have at least six (6) months' service to be considered for such a leave of absence.  Some situations normally considered to be just reasons for such leave are (a) death in the immediate family, (b) sickness or injury in the immediate family, (c) personal physical disability, including industrial disability, (d) maternity.  Such leaves of absence shall not be in excess of thirty (30) days, but may be extended beyond that time at the discretion of the head of the facility.  However, a leave attributable to personal physical disability including maternity may be granted not only in thirty (30) day increments but for the length of disability provided that a physician's certification setting forth the length of the disability is submitted.  Leaves of absence as referred to in this paragraph shall not exceed a total of six (6) months.

118   A.   Benefits While on Leave of Absence

An employee placed on authorized leave of absence of thirty (30) days duration or longer must pay the required premium necessary for continued insurance benefits (health plan, dental, life insurance, etc.).  The period of any leave of absence except those of a duration of less than thirty (30) days, will not accrue to the service credit of the employee for the purposes of tenure increases or for vacation and sick leave computations or any other benefit where length of service is a condition of entitlement.

20

B.   <u>Application for Leave of Absence</u>

Leaves of absence and renewals thereof shall be in writing with one (1) copy to the employee and one (1) copy to the Personnel Office.

C.   <u>Return from Leave of Absence</u>

Employees shall give as much notice as possible of their intent to return from an authorized leave of absence. However, prior notice of two weeks must be given by an employee to his supervisor as a condition of reinstatement to any position. Such employees shall be reinstated to their former or like position in which they were employed prior to the leave of absence but if conditions have so changed that it is not reasonable to reinstate the employee to his/her former or like position, the Employer will reinstate him/her in a position that is as nearly comparable to his original with respect to hours, etc. as is reasonable under the circumstances and will give such an employee prior consideration for reinstatement into a like position when comparable vacancies occur.

## Section 2 – Industrial Leaves

Leaves of absence attributable to an industrial injury or illness shall be subject to the same provisions of Section 1 except that (1) the employee will continue to be covered by the Health Plan and life insurance plans at the Employer's expense during the period of the leave which shall not exceed six (6) months and (2) during the leave the employee will continue to accrue service credit for purposes of salary tenure increases. Also, consideration will be given to extending such leave and health coverage for up to six (6) additional months for employees with more than two (2) years of service depending on the length of time the employee has been away from the job and when the employee could be expected to return to work provided, however, the combination of paid sick and unpaid leave of absence time shall not exceed fourteen (14) months. However, the rights to return from such an extended leave are subject to available openings or the availability of qualified temporary replacements.

## Section 3 – Personal Leaves

Applications for leaves of absence for non-emergency situations from Medical Social Workers with one (1) or more years of service will be granted subject to the requirements of efficient operations and the availability of qualified temporary replacements when submitted to the facility head in writing. Such leaves shall not exceed six (6) months in length. The general provisions of Section 1 relating to service credit, continuance of benefits, and notice of return shall apply.

### ARTICLE XVIII – MILEAGE (SEIU Master Agreement)

**Employees required to use their personal automobile for Employer business will be reimbursed according to the Employer's current policy on mileage reimbursement.**

### ARTICLE XIX – INSURANCE BENEFITS

The following descriptions summarize the benefit programs. Details may be obtained from your Personnel Office.

### Section 1 – Long-Term Disability Insurance

Regular employees with two (2) years or more of continuous service as a Regular employee are covered by Long-Term Disability Insurance, which provides a monthly income benefit when an employee is totally disabled for longer than six (6) months. Long-Term Disability provides the following benefits:

    1)    50% of salary, or, up to

    2)    60% when combined with social security disability income, or, up to

    3)    70% when combined with income from rehabilitation employment.

Long-Term Disability benefits continue until the employee is able to return to work or reaches age 65, or until death.  In no case will an employee be eligible for both Long-Term Disability and Disability Retirement.

### Section 2 – Group Life Insurance

All Regular employees are eligible for group life insurance on the following basis:

A.    Contributory

    Employees who elect to participate in the contributory group life insurance program are insured for two times their annual salary in basic life insurance, plus an additional two times annual salary if death is accidental.  Coverage begins on the date of employment.  Contribution towards the premium for basic group life is $.70 per month for each $1,000 of basic coverage.  Contributions continue for two years from the effective date of participation.  Thereafter, the premiums are entirely employer-paid.

B.    Basic

    If the contributory group life insurance program is not elected, the Regular employee is provided with $5,000 life insurance, without accidental death coverage at the

22

Employer's expense.  If later application for the contributory coverage is made, the employee will be required to provide evidence of insurability at his/her own expense and may not be accepted for enrollment.

C.    Supplemental Group Life Insurance

After a Regular employee has been employed for five (5) years and is participating in the basic retirement plan, (s)he will be covered by a supplemental life insurance plan.  This coverage provides for an amount of life insurance equal to the employee's annual salary, in addition to all other life insurance benefits at the Employer's expense.

## Section 3 – Travel Accident Insurance

All Regular employees are covered by a travel accident insurance policy that applies while such employee is traveling on company business.  It provides for a four times annual salary payment if death occurs as the result of a travel accident on company business.  Minimum benefit of one hundred thousand dollars ($100,000).

## Section 4 – Hospital-Surgical-Medical Insurance

Kaiser Foundation Health Plan benefits currently described as "SS" coverage, including pre-paid maternity, Psychiatric Plan "A," and the Optical Plan are provided to each Regular employee, their spouse/domestic partner and eligible dependents or as an alternate coverage New York Life Insurance coverage described as MM-4.  Eligible dependents shall include unmarried children to age nineteen (19) and unmarried children from age nineteen (19) to twenty-five (25) provided they have the same regular residence as the employee, are attending an accredited school or university as full-time students and are dependent upon the employee for support and maintenance.  Coverage begins on the first day of employment as a Regular employee.  In no event will the Employer pay more for the alternate coverage than it pays for Kaiser Foundation Health Plan benefits.  Effective August 1, 1996, the Employer agrees to provide the drug benefit currently described as Kaiser Foundation Health Plan Drug Program Benefit "N" ($5.00 co-pay) or New York Life Insurance Company Drug Program Benefit "W-01" ($5.00 co-pay) to all Regular employees/retirees, their spouse/domestic partner and their dependents.  The $5.00 drug co-pay shall apply to eligible employees who retire on or after January 1, 1998.

## Section 5 – Major Medical

Regular employees are covered by a major medical plan that supplements either the Kaiser Foundation Health Plan or New York Life Insurance Company hospital-surgical-medical plans at the Employer's expense.

23

**Section 6 – Dental Plan**

An employer paid dental program will be provided to all Regular employees, their spouse/domestic partner and their eligible dependent children under age 19 provided such employees have been continuously employed as Regular employees for six (6) or more continuous months.

A.    Basic Plan

This plan is entirely employer paid and provides for payment at the rate of 90% of usual, reasonable and customary except for 50% reimbursement for bridges and dentures.  Effective February 1, 1980 dependent students shall be covered by basic dental up to age 25.

B.    Extended Plan

This plan is open to employees who elect to participate and contribute $2.00 per month.  The plan provides for an increasing scale of payments of reasonable and customary charges.  Orthodontia coverage also is included for dependent children under age 18 at 50% of reasonable and customary charges with a lifetime maximum of $1,000 per eligible dependent.

**Section 7 – Retiree Medical Benefits**

**A**.    **How Retiree Medical Coverage Works**

**As a retired employee, you and your eligible dependents may be eligible to receive medical coverage. Kaiser Permanente will pay all or part of the premium    for this coverage, based on hire date, age, and years of service. Refer to the eligibility and cost of coverage sections below for more information.**

**Once you turn 65, and are eligible for Medicare, you must participate in both Medicare Parts A and B to receive coverage. You must also assign your Medicare benefits to Kaiser Permanente. You will be enrolled in the Kaiser Permanente Senior Advantage Plan and receive all of your care through Kaiser Permanente, except for emergency services while traveling outside the Service Area. There is no employer reimbursement for Part B of Medicare. You and/or your spouse or domestic partner should register at a Social Security office during the three month period prior to your retirement or age 65. Your eligible children will be covered under the same plan. Your retiree medical plan does not offer optical services coverage.**

24

### B.    Who is Eligible

*If you were hired on or before October 25, 1986:*
You are eligible for post-retirement medical benefits if you retire under the early, normal, postponed or disability provisions of the Kaiser Permanente Employees Pension Plan (KPEPP) and you are at least 55 years of age and have at least 10 years of service defined by KPEPP (see page 70 of the Summary Plan Description, Benefits For You, For Employees Represented by the Northern California SEIU Local 535 Medical Social Workers, January 2005).

*If you were hired after October 25, 1986:*
You are eligible for retiree coverage if you retire under the normal, early, postponed or disability provisions of the Kaiser Permanente Employees Pension Plan, and you have 15 or more years of service as defined by KPEPP. Eligible dependents are the same as those listed under the medical plan for active employees.

### C.    Cost of Coverage

Kaiser Permanente will pay all or part of the premiums for your coverage, as described below. However, you may be responsible for certain deductibles and co-payments.

If you were hired prior to October 13, 2000, and you meet the eligibility requirements stated above, Kaiser Permanente pays the cost of your retiree medical. If you were hired on or after October 13, 2000, and you meet the eligibility requirements stated above, Kaiser Permanente will pay a percentage of the cost of your retiree medical coverage based on your years of service.

If you retired prior to January 1, 1998, or if you retire on or after January 1, 2003, and you meet the eligibility requirements stated above, Kaiser Permanente pays the cost of your retiree medical plan.

25

**If you retired between January 1, 1998 and December 31, 2002, and you meet the eligibility requirements stated above, Kaiser Permanente will pay a percentage of the cost of your retiree medical coverage based on your years of service. Refer to the chart below:**

| Years of Service | Employer Monthly Payment | Retiree Monthly Payment |
|:---:|:---:|:---:|
| 15 | 50 | 50 |
| 16 | 55 | 45 |
| 17 | 60 | 40 |
| 18 | 65 | 35 |
| 19 | 70 | 30 |
| 20 | 75 | 25 |
| 21 | 80 | 20 |
| 22 | 85 | 15 |
| 23 | 90 | 10 |
| 24 | 95 | 5 |
| 25 | 100 | 0 |

**Retirees who are eligible for retirement with less than 15 years of service will pay 50%. For the current premium amounts for retiree coverage, please contact the  Member Services Call Center at 1-800-464-4000. Premiums for Retiree Medical coverage are subject to change from year-to-year. Regardless of your age at retirement, you will be required to pay the entire medical premium for your dependents.**

### D.    When Coverage Becomes Effective

**Your coverage begins when you become eligible for Medicare Parts A and B, usually at age 65, assign your Medicare benefits to Kaiser Permanente, and meet  the eligibility requirements noted above. If you move outside the Kaiser Permanente Service Area, you will be offered an alternate plan. Alternate plan coverage may not be as comprehensive as the KFHP medical coverage.**

### E.    Coordination With Medicare

**Once you or your spouse or domestic partner become eligible for Medicare, you and your spouse or domestic partner must participate in Medicare Parts A and B to be eligible for continued retiree coverage. Please note: there is no employer reimbursement for Medicare Part B premiums.**

26

**F.    Overview of Basic Medical Benefits**

**Medical Care**

Please refer to the KFHP HMO brochure or the Disclosure Form & Evidence of Coverage book for details about your medical coverage. If you were hired prior to October 26, 1986, were regularly scheduled to work at least 20 hours per week, and you meet the eligibility requirements for retiree medical (see above), your retiree medical coverage will include vision care benefits, including an allowance for eyeglass frames and lenses or contact lenses in lieu of eyeglasses. If you were hired on or after October 26, 1986, your retiree medical coverage does not include vision care benefits, except for eye examinations to provide a prescription for eyeglasses, which is covered under your medical benefits.

**When Coverage Ends**

Your retiree medical coverage ends if you return to work with Kaiser Permanente and become eligible for benefits based on your work schedule. Otherwise, coverage continues for your lifetime as long as you continue to pay any required premiums.

If you die, your surviving spouse's or domestic partner's coverage will continue until remarriage or death. Your surviving dependents' coverage will continue until they no longer meet the dependent eligibility requirements.

If you change your status after retirement (e.g., marriage, adoption), you will be eligible to enroll your new dependents in the plan.

**If You Move Out of the KFHP Service Area**

If you move out of a Kaiser Permanente service area or region and wish to continue your medical coverage through KFHP, you will be disenrolled from Senior Advantage and offered an out-of-area or out-of-region plan. You will be required to pay the difference in premiums between KFHP and the out-of-area or out-of-region plan, in addition to the cost sharing schedule based on the chart above.

**Retiree Life Insurance Benefits**

**Retired Tapered Life Insurance Overview**

This coverage provides life insurance for you after retirement. Under this program, your group life insurance (Basic Life or Contributory Life) continues for one month without reduction. Thereafter, the amount of your coverage will

27

**decrease by 1% of the original coverage amount each month for 75 months until it reaches a minimum of 25% of the original amount or $2000, whichever is higher.**

### Who is Eligible

**You are eligible for retiree life insurance benefits if you retire under the early, normal, postponed, or disability provisions of the Kaiser Permanente Employees Pension Plan (KPEPP) and are eligible for postretirement benefits.**

**If you retire at or before age 65, your life insurance will begin tapering based upon the amount of coverage in effect at your retirement date. If you retire after age 65, your life insurance will begin tapering based upon the amount of coverage in effect at age 65 as if you had retired at that time.**

### When Coverage Ends

**Conversion Privilege: You may elect to convert the tapering amount of your coverage to an individual self-paid policy in order to maintain the level of coverage in effect at retirement. You have 31 days to convert this amount, during which time MetLife will convert the tapering portion regardless of your health. You may take advantage of your conversion privilege each month your coverage tapers, or you may choose to convert the tapering amount for only a selected number of months. However, you may not convert retroactively.**

### Section 8 – Summary of Benefits

This Agreement contains only a summary of benefit plans.  Complete details concerning these benefits are contained in the appropriate provider contracts or plan documents, which are available for employee inspection.

### Section 9 – Dependent Care Reimbursement Program

Effective June 3, 1990, an employee-funded dependent care reimbursement program shall be made available to all employees regularly scheduled to work twenty (20) or more hours per week.

28

## <u>ARTICLE XX – DOMESTIC PARTNERS</u>

Effective August 1, 1996, the following benefits and policies shall be offered to employee's domestic partners and their eligible dependents, who meet the eligibility requirements as stated in Section 1 below:

     a.   Medical Benefits
     b.   Dental Benefits
     c.   Bereavement Leave
     d.   Post-retirement Medical Benefits

### <u>Section 1 - Eligibility</u>

In order for an employee to be eligible for domestic partner benefits provided in this Agreement, he/she and the individual for whom benefits are being applied, must provide a completed Affidavit of Domestic Partnership as requested by the Employer.

For the purposes of this Agreement, a domestic partnership is one in which the employee and the domestic partner both meet all of the following requirements:

1) Live together, sharing the same living quarters as a primary residence, in an intimate, committed relationship of mutual caring;

2) Have no other domestic partner at this time;

3) Are responsible for each other's basic living expenses during the domestic partnership, and agree to be financially responsible for any debts each other incurs as a direct result of Kaiser Permanente's extension of benefits to either domestic partner;

4) Are not married to anyone;

5) Are 18 years of age or older;

6) Are not related to each other as a parent, brother or sister, half brother or half sister, niece, nephew, aunt, uncle, grandparent or grandchild; and

7) Have not been covered by Kaiser Permanente sponsored benefits with another domestic partner at any time during the last 12 months.

### <u>Section 2 – Legal Requirements</u>

The Employer's provision of insurance benefits to domestic partners and their eligible dependents will be in accordance with applicable federal and state laws, withholding tax requirements and Internal Revenue Service requirements.

### ARTICLE XXI – PENSION
### *(See National Agreement for details of Partnership Pension Adjustments)*

Effective July 1, 1975, all Regular Medical Social Workers will be covered under the provisions of the Kaiser-Permanente Employee's Pension Plan as revised effective July 1, 1971 and July 1, 1974 and will also receive the same improvements negotiated with the Hospital and Institutional Worker's Union, Local 250, to be effective July 1, 1975.

For purposes of determining benefits, Medical Social Workers will receive service credit for all continuous and unbroken employment since July 1, 1975 on a work schedule of at least twenty (20) hours per week with the Employer, excluding all periods of leave of absence, except that any employee hired after January 1, 1972 will receive service credit from such earlier date of employment.

In addition to service utilized to determine benefits, Medical Social Workers will receive service credit for all continuous and unbroken employment prior to July 1, 1975 for purposes of determining eligibility for deferred vested or early retirement benefits. Benefits under KPSRP and Plan B will be based upon credited service and compensation as of July 1, 1975.  However, service subsequent to that date may be used to satisfy service requirements for vesting and early retirement.  In no case will an employee be eligible for both Disability Retirement and Long-Term Disability.

Effective November 1, 1978:

A.    Substitute a "Final Average Pay" plan for the present "Career Average" plan for employees retiring under the Normal, Disability and Early Retirement provisions on or after November 1, 1978.

      1.    Final average compensation is the monthly average of an employee's base wages over the highest sixty (60) consecutive months of employment within the last 120 months of employment.

        The month immediately before a month(s) in which the employee had no compensation hours of employment and the month immediately after such a period are considered to be consecutive months of employment.

        Lump-sum payments received in December 1986 by Medical Social Workers with vested rights under K-PEPP shall be included in calculations in "Final Average Pay."

      2.    Normal Monthly Retirement income shall be **1.45**% of final average pay multiplied by years and months of credited service, with no integration with Social Security.

3.  Any calendar year in which an employee receives pay for 1000 or more hours is a year of service, which is used to determine eligibility for vesting and early retirement.

4.  Any calendar year in which a Regular employee receives pay for 2000 hours or more is a full year of credited service which is used to determine benefits. Partial years of credited service are counted for calendar years in which a Regular employee receives pay for less than 2000 hours. In addition, any calendar year during which a Short-Hour, Temporary or Casual employee works one-thousand (1000) or more hours will be counted toward credited service. Final Average Monthly Compensation for Short-Hour, Temporary and Casual employees shall be calculated by reducing the employee's contractual pay rate by the amount of pay in lieu of benefits.

166 If benefits accrued prior to November 1, 1978 exceed benefits as calculated by the final average plan for the same period, retirement income shall be the higher of the two benefit amounts for the period prior to November 1, 1978 plus benefits calculated under the Final Average Plan for service on and after 11/l/78.

167 The plan shall provide a Pre-Retirement Survivor Annuity to employees who elect this option. For eligible employees who elect this option, and who survive to retirement, the amount of their pension benefits will be reduced by one-half (½) percent for each year the Pre-Retirement survivor option is in effect.

168 If for any reason applicable federal and state laws (e.g. ERISA and the tax laws and regulations governing qualified retirement plans) deem this paragraph or the implementation of this paragraph to constitute a full or partial termination of the Kaiser-Permanente Employees Pension Plan, the provisions of this paragraph shall be void and shall have no further force or effect, and the collective bargaining agreement shall be deemed opened for negotiations on the sole subject of pensions or retirement.

169 Effective January 1, 1988, the Employer will provide an employee contribution tax savings retirement plan for all Regular Medical Social Workers. Details of the plan will be announced by the Employer on or before June 1, 1987.

**ARTICLE XXII – PROFESSIONAL STANDARDS AND ISSUES COMMITTEE**
*(Letter of Agreement 08/2005)*

170 **In order to facilitate the convening of the Professional Standards and Issues Committee (as defined in Article XXII of the Collective Bargaining Agreement), the Union and Management will designate members that represent the Medical Social Worker practice environment to include the Hospital; Home Health; Hospice and the Clinics. The committee will be co-chaired by a representative of management of the union. Members for this committee shall be named by the end of calendar year 2005 and will begin meeting during the First Quarter of calendar year 2006.**

31

**The initial work of the committee will be to explore the possibilities of establishing a Career Ladder/Career Path for Medical Social Workers; details and process of work as relief in a higher classification and graduate and clinical supervision.**

**The committee will meet monthly for the first year.  Management will provide administrative support (scribe) and outside facilitation.  The first order of business will be the production of a Charter and Mission Statement.**

**Monthly reports will be produced and distributed to members; Union and Management Leadership and Labor Relations.**

## ARTICLE XXIII – EDUCATIONAL OPPORTUNITIES

Opportunities for exposure to programs within the facility of professional educational interest relevant to the provision of social service at the facility vary in frequency, content and format. The Employer will use its best efforts to accommodate Medical Social Worker's attendance at such programs sponsored outside the Social Services Department, and to provide opportunities for learning experiences within the department.

Professional educational opportunities are a pertinent subject for discussion by the Professional Standards and Issues Committee.

Staff meetings focused on the mechanics of departmental business and other routine business are not to be considered as professional education for the purposes of this Article.

## ARTICLE XXIV – UNION BUSINESS

### Section 1 – Union Staff Representatives (SEIU Master Agreement)

**A duly authorized Union Staff Representative shall have access to the facility at any operational time for the purpose of observing working conditions, monitoring compliance with this Agreement or following-up on inquiries and concerns of bargaining unit employees.**

**It is understood by the parties that Union Staff Representatives have legal obligations as employee representatives and, as such, have access rights beyond those of the public and other non-employees.**

**Union Staff Representatives will abide by patient confidentiality, infection control, and other Employer policies applicable to employees when using their access rights.**

**When entering any of the Employer's facilities, Union Staff Representatives will wear their Union Representative badge issued by the Employer or the Union.**

**Union Staff Representatives may confer with an employee and/or his/her supervisor or an Employer representative on Employer time in connection with a complaint or problem concerning the employee, but such conference should not interfere with the work of the employee or the delivery of patient care.**

### Section 2 – Union Shop Stewards (SEIU Master Agreement)

**Periodically, the Union will notify the Employer in writing the names of duly authorized Union Shop Stewards.**

**The Employer agrees that there will be no discrimination against the Shop Steward because of Union activity.**

**Shop Stewards will obtain permission from their immediate supervisor before leaving their work area to conduct Union business.  Stewards shall not lose pay because of their participation in activities related to grievances, investigations or disciplinary meetings.**

### Section 3 – Work Stoppages

Work Stoppages. The Employer and the Union realize that the Employer's facilities are different in their operations from industries because of services rendered to the community and for humanitarian reasons, and agree that there shall be no lockouts on the part of the Employer, nor suspension of work on the part of the employees, it being one of the purposes of this Agreement to guarantee that there will be no strikes, lockouts or work stoppages.

All disputes in other matters of controversy coming within the scope of this Agreement will be settled by the procedure hereinafter provided.

### ARTICLE XXV – GRIEVANCE AND ARBITRATION PROCEDURE
### (SEIU Master Agreement)

### Section 1 – Discipline and Discharge

**No employee shall be disciplined or discharged without just cause.  Any employee who is discharged shall be informed in writing at the time of the discharge of the reason(s) for the discharge.**

**Supervisors shall ask employees if they wish the presence of a Union Steward and/or Union Representative in any meeting or investigation that may result in discipline.  The selection of a Union Representative shall not unduly delay the proceeding.**

33

**It is the Employer's intent normally to make use of progressive discipline in accordance with established practices and policy.**

**In the event the Employer disciplines or discharges an employee, the Employer will, at the request of the employee and/or Union, furnish copies of necessary and/or relevant documents or written statements used by the Employer as a basis for the disciplinary action.**

**Employees shall have the right to respond in writing to any written disciplinary notices and documentation of employee counseling sessions, and shall have that response attached to the relevant material.**

**Written disciplinary notices and documentation of employee counseling sessions shall be invalid after a period of one (1) year from the date of issuance except when there are other materials of the same or related nature.  It is understood that while the employer may retain expired documents to satisfy legal and regulatory requirements, such documents will not be used to justify further disciplinary action.**

### Section 2 – General Principles

**Basic Means of Settling Grievances. The following procedure shall be applied and relied upon by both parties as the basic means of seeking adjustment of and settling grievances.   Grievance, as referred to in this Article, includes every dispute concerning interpretation and application of this contract and/or any dispute concerning wages, hours, or working conditions. All such disputes shall be subject to the grievance procedure.**

**Time Limits. Except for grievances alleging errors in wages, benefits errors, or discharge, each grievance arising under this Agreement shall be presented to the appropriate party within thirty (30) calendar days after the grievant had knowledge of the event or should have had knowledge of the event. All discharge grievances shall be referred immediately to Step Two of this procedure within ten (10) calendar days from the date of the discharge. Any grievance not timely filed is deemed waived by the aggrieved party.**

**Both parties agree that the grievance and arbitration procedure should proceed as expeditiously as possible; however, by mutual agreement between the Union and the Employer, the time limits of any step of the grievance procedure may be extended and this extension must be confirmed in writing within the specified time limits. Both parties agree, however, to make their best effort to abide by the time limits outlined in this Agreement.  In the event the Union fails to appeal a grievance in a timely manner, the Union may request an extension and the Employer shall grant such extension.  If the Employer fails to respond to the grievance within the time limits specified, the grievance may be appealed to the next step of the grievance procedure by the Union.**

**Mandatory Meetings. There shall be a mandatory meeting at each step of the grievance procedure unless waived by mutual agreement of the parties. Employees participating in such meetings shall not suffer any reduction in pay due to their participation.**

**Written Grievance Documents.  All grievances, grievance appeals, grievance responses, requests for extensions of time limits and agreements to extend time limits will be given in writing.**

**Non Precedent-Setting Settlements.  Grievance settlements or resolutions reached at Step One or Step Two of the grievance procedure shall not be precedent-setting for any purpose and shall not be used to interpret the language or associated practices of the agreement.**

**Good Faith Efforts to Resolve Issues.  The goal of the parties is to achieve early and prompt resolution of issues and disputes through informal and formal interest-based discussions between the steward, employee(s) and the direct supervisor or department head in Step One and Step Two. The use of the procedures contained in this Article should not preclude, or be used by any party to avoid active good faith efforts to achieve dispute or issue resolution.**

**Union Staff Representatives.  Union staff representatives may participate at any level of the grievance procedure.**

**Necessary and/or Relevant Information.  The parties agree and understand that the free exchange of necessary and/or relevant information is essential to their mutual understanding and satisfactory resolution of issues and disputes.  Accordingly, the parties agree to respond adequately, in a timely, good faith manner to requests for information, and to promptly address and resolve any disputes relating to the provision of requested information.**

**<u>Section 3 – Steps of the Grievance and Arbitration Procedure</u>**

**<u>Step One</u>:**

**Step One of the grievance procedure is an informal process. The parties recognize that most issues or disputes can and should be resolved informally at the closest possible level to the unit/department in which they occur.**

**The Grievance procedure shall be initiated at Step One, except grievances specified in this Article as going directly to Step Two. A Union Steward representing an employee shall initiate the grievance procedure at Step One by presenting the issues to the employee's immediate supervisor. Within ten (10) calendar days after submission of the issues, a meeting shall be held. The parties are encouraged to continue to work collaboratively on the issue until either party feels that further work**

35

at this step will not resolve the issue. Once resolution is reached, or the decision is made that joint resolution is not possible, the supervisor shall respond to the grievant(s) and the Union Steward within ten (10) calendar days.  Participants in Step One discussions should include the employee(s), the involved supervisor, and the Union steward.

**Step Two:**

All issues that are not resolved at Step One may be appealed to Step Two within ten (10) calendar days.  An appeal to Step Two shall be submitted in writing as a formal grievance after either party feels the issue(s) cannot be resolved at Step One in a timely manner.  The parties shall attempt to resolve the grievance within ten (10) calendar days after the appeal is received. If the parties are unable to resolve the grievance within these time limits, a grievance response shall be given within ten (10) calendar days thereafter. Grievances regarding discharge must be initiated at Step Two within ten (10) calendar days after the action. In addition, grievances involving workload and   suspension shall be introduced directly to Step Two of the Grievance and Arbitration Procedure. Participants in step two should include the employee(s), the union steward, the supervisor, and the human resources representative.

**Step Three:**

All grievances that are not resolved at Step Two may be appealed to Step Three within ten (10) calendar days.  The appeal to Step Three shall be submitted in writing to the parties' designees. Within ten (10) calendar days of the receipt of such appeal, a meeting shall be held including the parties' designees, union Steward and grievant(s). Within ten (10) calendar days after such meeting, the Employer's designee shall respond to the Union staff representative and other meeting participants in writing.

**Step Four:**

Arbitration.  In the event the grievance remains unresolved, the grieving party may appeal the grievance to arbitration. Written notice of such appeal must be received by the Director of Labor Relations or Designee within ten (10) calendar days after receipt of the Step Three responses. No grievance shall be appealed to arbitration without first being processed through the appropriate steps of the Grievance and Arbitration Procedure except by mutual agreement.

36

**207** **Selection of Arbitrator**

An impartial arbitrator shall be selected by mutual agreement of the parties. In the event mutual agreement is not reached, the party appealing the grievance to arbitration shall request a panel of arbitrators from the Federal Mediation and Conciliation Service. Upon receipt of said panel, the parties will select an arbitrator by alternately striking names.

**208** **Authority of Arbitrator**

The arbitrator shall be prohibited from adding to, modifying or subtracting from, the terms of this Agreement or any supplemental written agreement of the parties. Further, it shall not be within the jurisdiction of the arbitrator to change any existing wage rate or establish a new wage rate. However, grievances involving reclassification and upgrade are within the scope of the grievance procedure and are within the jurisdiction and powers of the arbitrator; the decision of the arbitrator, however, is limited to changes in the classification of a position within the existing wage schedule. The award of the arbitrator shall be final and binding on both parties.

**209** **Cost of Arbitration**

Each party shall pay one-half (1/2) the cost of the arbitration proceedings which include but are not limited to the cost of the arbitrator, court reporter and transcript for the arbitrator, if mutually agreed to as necessary, conference room costs and other related costs, and each party shall be responsible for the cost of its own representatives and witnesses.

**Section 4 – Grievances Associated with the SEIU Master Agreement**

**210** The parties agree that they will use their best efforts to identify any grievance that may involve interpretation or application of the Master Agreement, or practices relating to the provisions of the Master Agreement, before such a grievance is appealed to Step 3, and this shall be noted in either the Step 2 response or the appeal to Step 3.  If such a grievance is resolved at Step 3, it shall be resolved at the local bargaining unit level on either a non precedent-setting basis or as a precedent applicable to that bargaining unit only, unless otherwise agreed to by all parties to the Master Agreement.  The parties will identify 3 permanent arbitrators who shall be the only arbitrators who may be selected to hear grievances involving the Master Agreement.  At the time an arbitrator is selected to hear a specific case, the parties will inform the arbitrator whether they wish the arbitrator to issue a precedent-setting decision, a non-precedent-setting decision, or to decide whether a decision will be precedent-setting as one of the issues in the case.

**Section 5 – Performance Evaluations** (**SEIU Master Agreement**)

**Performance evaluations shall be based on objective and observable behaviors or activities as outlined in job descriptions. Performance evaluations are to be used as a teaching tool, provide an opportunity for feedback, recognition, and identification of mutual areas of interest.**

**Performance evaluations are not intended to be used as a means of discipline; therefore, the contents of such evaluations will not serve as a basis to deny transfer rights or promotions. Employees shall be provided performance evaluations annually and given a written copy of the performance evaluation document. Employees shall sign and date such material only as proof of receipt.**

**Employees shall be given an opportunity to read and attach written comments to performance evaluations prior to placement in the employee's personnel file.**

**Performance evaluations shall not be grievable.**

**ARTICLE XXVI – CONFIDENTIALITY OF MEDICAL RECORDS**
(**SEIU Master Agreement**)

**In accordance with the Employer's compliance policies, indiscriminate or unauthorized review, use or disclosure of protected health information regarding any patient or employee is expressly prohibited. Reviewing, discussing, photocopying or disclosing patient information, medical or otherwise, is expressly prohibited, except where required in the regular course of business and where proper authorization has been obtained.**

**Section 1 – Conscientious Objection** (**SEIU Master Agreement**)

**Employer and the Union recognize the rights of individuals to refuse to participate directly in therapeutic abortion procedures. Employees who wish to exercise those rights shall submit their written request to the Employer. The Employer shall honor such requests by making reasonable accommodation, except in an emergency situation, where the immediate nature of the patient's needs and rights shall take precedence over exercise of the employee's rights.**

**ARTICLE XXVII – SAVINGS CLAUSE**

If any provision of this Agreement is found to be in conflict with the laws of the State of California or of the United States of America or any agency thereof, the remaining provisions of this Agreement shall remain in full force and effect.

**ARTICLE XXVIII – JOINT PARTNERSHIP TRUST**

38

**For details regarding the Joint Partnership Trust, please refer to the National Agreement, Section 1.**

## ARTICLE XXIX – TERM OF AGREEMENT

Except as otherwise specifically provided, this Agreement shall be effective October 01, 2005 and shall continue in effect through the month, day and year specified in the National Agreement, Section 3; Scope of the Agreement, D. Duration, Renewal and Reopening and shall be automatically renewed from year to year thereafter, unless amended, modified, changed or terminated.

Either party wishing to change or terminate the Agreement must serve written notice of a desire to amend to the other party at least 90 days prior to the expiration date.  Notice of desire to change or terminate given by one party shall render unnecessary a similar notice by the other party

39

| KAISER FOUNDATION HOSPITALS | UNITED HEALTHCARE WORKERS-WEST |
| --- | --- |
| | Medical Social Workers Chapter |
| | Service Employees International Union |

_____

**MARY ANN THODE**
President, Kaiser Foundation Hospitals
Northern California

_____

**SAL ROSSELLI**
UHW President

_____

**RICHARD J. HEAPHY**
Sr. Labor Relations Consultant

_____

**LOIS MCKINNEY**
Senior Field Representative

_____

**EDITH KLECKER**
Director, Home Health & Hospice

_____

**DAVID SHAPIRO, MSW, PhD**

_____

**TERRY SIMPSON-TUCKER**
Assistant Administrator – Support Services

_____

**JOYCE HAYNES, LCSW**

_____

**DEBRA BUSSEY**
Service Area Director

_____

**DAVID FEURY, MSW**

_____

**TERRI KELLY**
Employee & Labor Relations Consultant

_____

**EMILY WU, MSW**

40

APPENDIX A
WAGES – SIDE LETTER OF AGREEMENT


KAISER PERMANENTE AND S.E.I.U., LOCAL 535
MEDICAL SOCIAL WORKERS SETTLEMENT
JUNE 13, 1996


Kaiser Permanente Service Performance Pay Program

Lump-sum service performance payments will be made as follows to eligible employees based on service performance as rated by the Kaiser Permanente Health Plan Membership for the years 1996, 1997 and 1998:

Measurement Years:  1996, 1997 and 1998

| Performance Targets | Points Improvement | Payout Percentage |
|---|---|---|
| Threshold | 2 | 1.5% |
| Target | 3 | 2.0% |
| Stretch | 4 | 2.5% |


1996 Special Adjustment

For 1996 only, Kaiser Permanente will pay the threshold performance payout of 1.5% following ratification of a new Collective Bargaining Agreement provided such agreement is ratified on or before June 28, 1996.

Should the 1996 points of improvement meet or exceed the target or stretch levels referenced above, the percent difference between the threshold payout and the target or stretch payout will be paid on the first pay period after April 1, 1997.

The payout percentage will be multiplied by the employee's total wage compensation for 1995. To be eligible for this special 1996 payout, employees must have earned $4,500 in 1995.

Performance Measurement

The measurement instrument shall be the Kaiser Permanente Member and Patient Surveys for the following questions:

Thinking of your experiences in the past 12 months, how would you rate Kaiser Permanente on providing you with:

- Personal and responsive service
- Convenient and easy access

41

APPENDIX A
WAGES – SIDE LETTER OF AGREEMENT

The percent of "very good" and "excellent" response ratings to these questions shall determine the year-end score for the measurement year. Points of improvement shall be determined by subtracting the prior year's year-end score from the measurement year's year-end score.

Payment Formula

Eligible employees shall receive the percentage payout in accordance with the above schedule based upon the regional points of improvement. To determine the lump-sum payment, the payout percentage shall be multiplied by the employee's total wage compensation for the measurement year(s).

Eligible Employee

An eligible employee is an employee on the Kaiser Permanente payroll on March 1 following the measurement year and who has earned $4,500 in the measurement year.

Payment Date

The first pay period after April 1 following the measurement year.

Kaiser Permanente Member and Patient Surveys

The Employer reserves the right to modify, add or delete questions on the surveys or to modify the computation for all questions except for the survey question of:

Thinking of your experiences in the past 12 months, how would you rate Kaiser Permanente on providing you with?

- Personal and responsive service
- Convenient and easy access

The administration of the surveys and survey processes shall be determined by Kaiser Permanente.

42

APPENDIX A
WAGES – SIDE LETTER OF AGREEMENT

DEFINITIONS

| | |
|---|---|
| Measurement Instrument | The Kaiser Permanente Member and Patient Surveys year-end results. |
| Survey Questions | ▪ Personal and responsive service<br>▪ Convenient and easy access |
| Response Ratings | Percent of responses within the categories of "very good" and "excellent" for the above two survey questions. |
| Measurement Year | January 1 - December 31, 1996<br>January 1 - December 31, 1997, and<br>January 1 - December 31, 1998 |
| Payment Date | The first pay period after April 1 following the measurement year. |
| Year-End Score | The response ratings for the years ending 1996, 1997, and 1998. |
| Points of Improvement | The amount by which the measurement year's year-end score exceeds the prior year's year-end score.<br><br>Example:<br>[Year-end 1996 score] - [Year-end 1995 score] = Points of improvement for 1996 |
| Performance Targets | Designates the points of improvement at the end of the measurement year for the survey questions. |
| Performance Target Categories | Threshold<br>Target<br>Stretch |
| Payout Percentage Performance | The percent of lump-sum payment that corresponds to the targets. |
| Payment Formula | The payout percentage designated by the performance targets multiplied by an employee's total wage compensation for a measurement year. |
| Eligible Employee | An employee on the payroll as of March 1 following the measurement year and who has earned $4,500 in the measurement year. |

43

# APPENDIX B
## WAGE STRUCTURES

### October 2005

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years |
|---|---|---|---|---|---|---|---|---|---|
| | 023522 | MEDICAL SOCIAL WORKER I | 27.5251 | 28.7913 | 30.058 | 31.3365 | 32.6270 | 33.9053 | |
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 23.3963 | 24.4727 | 25.5493 | 26.6359 | 27.7330 | 28.8197 | |
| | 023523 | MEDICAL SOCIAL WORKER II | 28.7913 | 30.0580 | 31.3365 | 32.6270 | 33.9053 | 35.1723 | 36.4623 |
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 24.4727 | 25.5493 | 26.6359 | 27.7330 | 28.8197 | 29.8962 | 30.9930 |

### January 2006

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years |
|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 24.3789 | 25.5006 | 26.6224 | 27.7546 | 28.8978 | 30.0301 | |
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 25.5006 | 26.6224 | 27.7546 | 28.8978 | 30.0301 | 31.1518 | 32.2947 |

### July 1, 2006

| | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023522 | MEDICAL SOCIAL WORKER I | 28.6261 | 29.9430 | 31.2603 | 32.5900 | 33.9321 | 35.2615 | 36.2488 | 37.2638 | 38.3072 |
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 25.3541 | 26.5206 | 27.6873 | 28.8648 | 30.0537 | 31.2313 | 32.1058 | 33.0048 | 33.9289 |

| | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023523 | MEDICAL SOCIAL WORKER II | 29.9430 | 31.2603 | 32.5900 | 33.9321 | 35.2615 | 36.5792 | 37.9208 | 38.9826 | 40.0741 | 41.1962 |
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 26.5206 | 27.6873 | 28.8648 | 30.0537 | 31.2313 | 32.3979 | 33.5865 | 34.5269 | 35.4937 | 36.4875 |

44

# APPENDIX B
# WAGE STRUCTURES

## October 2006

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023522 | MEDICAL SOCIAL WORKER I | 29.7711 | 31.1407 | 32.5107 | 33.8936 | 35.2894 | 36.6720 | 37.6988 | 38.7544 | 39.8395 |
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 26.3683 | 27.5814 | 28.7948 | 30.0194 | 31.2558 | 32.4806 | 33.3900 | 34.3250 | 35.2861 |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023523 | MEDICAL SOCIAL WORKER II | 31.1407 | 32.5107 | 33.8936 | 35.2894 | 36.6720 | 38.0424 | 39.4376 | 40.5419 | 41.6771 | 42.8440 |
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 27.5814 | 28.7948 | 30.0194 | 31.2558 | 32.4806 | 33.6938 | 34.9300 | 35.9080 | 36.9134 | 37.9470 |

## January 2007

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 27.4758 | 28.7398 | 30.0042 | 31.2802 | 32.5685 | 33.8448 | 34.7924 | 35.7667 | 36.7681 |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 28.7398 | 30.0042 | 31.2802 | 32.5685 | 33.8448 | 35.1089 | 36.3971 | 37.4161 | 38.4638 | 39.5408 |

## October 2007

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023522 | MEDICAL SOCIAL WORKER I | 30.9619 | 32.3863 | 33.8111 | 35.2493 | 36.7010 | 38.1389 | 39.2068 | 40.3046 | 41.4331 |
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 28.5748 | 29.8894 | 31.2044 | 32.5314 | 33.8712 | 35.1986 | 36.1841 | 37.1974 | 38.2388 |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bay Area | 023523 | MEDICAL SOCIAL WORKER II | 32.3863 | 33.8111 | 35.2493 | 36.7010 | 38.1389 | 39.5641 | 41.0151 | 42.1636 | 43.3442 | 44.5578 |
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 29.8894 | 31.2044 | 32.5314 | 33.8712 | 35.1986 | 36.5133 | 37.8530 | 38.9127 | 40.0024 | 41.1224 |

45

Case 3:22-cv-05113-VC   Document 1   Filed 09/08/22   Page 528 of 549

# APPENDIX B
## WAGE STRUCTURES

### January 2008

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 29.7464 | 31.1149 | 32.4838 | 33.8652 | 35.2599 | 36.6417 | 37.6676 | 38.7225 | 39.8066 | |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 31.1149 | 32.4838 | 33.8652 | 35.2599 | 36.6417 | 38.0103 | 39.4050 | 40.5081 | 41.6425 | 42.8084 |

### July 2008

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023522 | MEDICAL SOCIAL WORKER I | 30.9619 | 32.3863 | 33.8111 | 35.2493 | 36.7010 | 38.1389 | 39.2068 | 40.3046 | 41.4331 | |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | 023523 | MEDICAL SOCIAL WORKER II | 32.3863 | 33.8111 | 35.2493 | 36.7010 | 38.1389 | 39.5641 | 41.0151 | 42.1636 | 43.3442 | 44.5578 |

### October 2008

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | 023522 | MEDICAL SOCIAL WORKER I | 31.8908 | 33.3579 | 34.8254 | 36.3068 | 37.8020 | 39.2831 | 40.3830 | 41.5137 | 42.6761 | |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | 023523 | MEDICAL SOCIAL WORKER II | 33.3579 | 34.8254 | 36.3068 | 37.8020 | 39.2831 | 40.7510 | 42.2456 | 43.4285 | 44.6445 | 45.8945 |

46

Case 3:22-cv-05113-VC    Document 1    Filed 09/08/22    Page 530 of 549

**October 2009**

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 8 Years | After 9 Years | After 15 Years | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | 023522 | MEDICAL SOCIAL WORKER I | 32.8475 | 34.3586 | 35.8702 | 37.396 | 38.9361 | 40.4616 | 41.5945 | 42.7591 | 43.9564 | |

| Structure | Job Code | Job Title | Start | After 1 Year | After 2 Years | After 3 Years | After 4 Years | After 5 Years | After 6 Years | After 8 Years | After 9 Years | After 15 Years |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All | 023523 | MEDICAL SOCIAL WORKER II | 34.3586 | 35.8702 | 37.3960 | 38.9361 | 40.4616 | 41.9735 | 43.5130 | 44.7314 | 45.9838 | 47.2713 |

47

APPENDIX C
SHIFT DIFFERENTIAL LETTER

November 6, 1992

John Bowers
Representative
S.E.I.U. Local 535
661 27th Street
Oakland, CA 94612

**Subject: Shift Differential (Medical Social Workers)**

Dear Mr. Bowers:

At such time that the Employer decides to implement a night shift for Medical Social Workers (a shift of four (4) or more hours that commences at or after 10:00 p.m. but before 6:00 a.m.), the Employer will meet with the Union to discuss an appropriate shift differential rate.

Sincerely,

/s/ Sue Ostrom
Senior Labor Relations Representative

so/lk

cc:    P. Gardner
       J. Marshall
       K. Dale

48

APPENDIX D
PROFESSIONAL STANDARDS AND ISSUES COMMITTEE

In order to facilitate the convening of the Professional Standards and Issues Committee (as defined in Article XXII of the Collective Bargaining Agreement), the Union and Management will designate members that represent the Medical Social Worker practice environment to include the Hospital; Home Health; Hospice and the Clinics.  The committee will be co-chaired by a representative of management and a representative of the union.  Members for this committee shall be named by the end of calendar year 2005 and will begin meeting during the 1st quarter of calendar 2006.

The initial work of the committee will be to the possibilities of establishing a Career Ladder/Career Path for MSW's; details and process of work as relief in a higher classification and graduate and clinical supervision.

The committee will meet monthly for the 1st (first) year.  Management will provide administrative support (scribe) and outside facilitation.  The first order of business will be the production of a Charter and Mission Statement.

Monthly reports will be produced and distributed to members; Union and Management Leadership and Labor Relations.


| /s/ Lois McKinney | 9/14/2005 | /s/ Richard J. Heaphy | 9/14/2005 |
|---|---|---|---|
| Sr. Field Representative | | Sr. Labor Relations Consultant | |
| Local 535 | | Kaiser Foundation Hospitals | |


ADDENDUM to Side Letter of Agreement – Professional Standards
August 4, 2006

The parties agree and understand that they are authorized to negotiate and establish criteria for the development of a new level within the bargaining unit, i.e. Medical Social Worker III.

At the conclusion of the negotiation, the information, packet and criteria will be forwarded to Total Compensation Department for Analysis and Salary Survey collection.

Subsequent to Total Compensation analysis, the parties will meet to negotiate an appropriate rate structure for the new level.


| /s/ Richard J. Heaphy | 8/4/2006 | /s/ Lois McKinney | 8/4/2006 |
|---|---|---|---|

49

APPENDIX E
STEWARD TIME AND TRAINING SIDE LETTER OF AGREEMENT

**Based on the National Agreement between the Coalition of Kaiser Permanente Unions and Kaiser Permanente, SEIU UHW, Medical Social Workers Chapter will be provided eight (8) hours per month for stewards to participate in training and development. Stewards that attend the training on a regularly scheduled day of work shall receive up to the amount of wages that he/she would regularly receive. The employer and the Union recognize that principle that there shall be no loss of wages for Partnership activities.**

| /s/ Lois McKinney | 9/14/2005 | /s/ Richard J. Heaphy | 9/14/2005 |
|---|---|---|---|
| **Sr. Field Representative** | | **Sr. Labor Relations Consultant** | |
| **Local 535** | | **Kaiser Foundation Hospitals** | |

50

APPENDIX F
ECONOMICS SIDE LETTER OF AGREEMENT

**The parties mutually agree to delete all references to AFL-CIO in our Collective Bargaining Agreement and replace such references with SEIU.**

| /s/ Lois McKinney | 9/14/2005 | /s/ Richard J. Heaphy | 9/14/2005 |
|---|---|---|---|
| **Sr. Field Representative** | | **Sr. Labor Relations Consultant** | |
| **SEIU Local 535** | | **Kaiser Foundation Hospitals** | |

51

APPENDIX G
POST-BARGAINING ACTIVITIES


**The parties agree to meet on December 13, 2005 to discuss issues relating to Recruitment and Retention of Medical Social Workers; Longevity Step assignments; On-Call/Standby procedures. (See Appendix E, dated October 19, 1992).**

**This meeting does not constitute a re-opening of our Collective Bargaining Agreement.**


| /s/ Lois McKinney          9/14/2005 | /s/ Richard J. Heaphy          9/14/2005 |
|---|---|
| **Sr. Field Representative** | **Sr. Labor Relations Consultant** |
| **SEIU Local 535** | **Kaiser Foundation Hospitals** |

52

Case 3:22-cv-05113-VC   Document 1   Filed 09/08/22   Page 536 of 549

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-UHW-WEST (North) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan; The Permanente Medical Group | KPPACC (Para. 9, 11, 16)  Appendix A<br>Registered Dietitians (para. 3, 5, 7) Appendix B & C<br>250 (Para.5, 7, 14) Appendix B & D<br>The Employer recognizes the Union as the exclusive bargaining agency of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work, and working conditions.<br>Excluded:  RN's, Supervisors, Confidential Employees, Stationary Engineers<br>Scope:   Employees in classifications covered by this Agreement in any new facility in California north of the Tehachapi line; provided, however, that the Master Agreement Provisions dealing with wages and benefits covering the Employees of such new facilities shall not apply and such matters shall be subject to negotiations between the Employer and the Union. |
| SEIU-UHW-WEST (South) | Kaiser Foundation Hospitals; Kaiser Foundation Health Plan, Southern California Permanente Medical Group | 399 (Para. 202, 302, 303) Appendix A & B<br>The Employer recognizes the Union as the exclusive bargaining agent of the Employees covered by the Agreement for the purpose of collective bargaining with respect to rates of pay, hours of work and working conditions<br>Scope:  The term "Employee" or "Employees" as and whenever used in this Agreement, shall mean and include all Employees of the Employer at the medical offices, hospitals, and business offices of the Employer located in Los Angeles and Orange Counties in the State of California, but specifically excluding Medical Doctors, Registered Nurses, Registered Pharmacists, Optometrists, Pharmacy Cashiers, Supervisory Employees, and Confidential Secretaries at the Employer's facilities in the counties above specified.<br>In the event the Employer's signatory to this Agreement establishes or operates any medical office in Ventura County which serves as a satellite medical office to an existing Medical Center in Los Angeles County, Employees represented and covered by this Agreement who are transferred to said facilities shall continue to be represented by Local 399, and wages, terms and conditions of the Agreement shall apply to them, for the classifications set forth in the Agreement.  In addition, future Employees hired by the Employer to work at the above satellite medical office(s) shall be required to meet the Union membership requirements as set forth in Paragraph 306.  It should also be noted that Employees in the classification of Physical Therapists, Speech Therapists, and Occupational Therapists shall not be required to become members of the Union as a condition of continued employment; however, such Therapists who have become or shall hereafter become members of the Union shall be required to maintain membership in the Union hereafter as a condition of continued employment. |
| SEIU-535-Social Services<br>Los Angeles | Southern California Permanente Medical Group | Get NLRB Case #31 RC 3311<br>(Para. 102)  Appendix A & B<br>The Employer recognizes Social Services Union Local 535, SEIU as the |

Case 3:22-cv-05113-VC    Document 1    Filed 09/08/22    Page 537 of 549

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
|  |  | exclusive bargaining agent with respect to wages, hours, and working conditions for all Employees in classifications shown in Appendix A & B of this Agreement and within the Southern California Permanente Medical Care Program certified by the National Labor Relations Board in Case #31 RC 3311 |
| SEIU-535-Integrated Behavioral Health Northern California | The Permanente Medical Group | Get copy of card count agreement. Article II Pursuant to the Card Count Agreement, dated December 21, 1998 the Employer recognizes SEIU 535 as the exclusive bargaining agent for all non-supervisory staff Neuropsychologists, Psychologists, Behavioral Medicine Specialists-Psychologists, Behavioral Medicine-Licensed Clinical Social Workers, Licensed Clinical Social Workers, Marriage and Family Therapists and Chemical Dependency Counselors II & I, Psychiatric Social Worker Assistants and Psychological Assistants who perform clinical work and provide patient care in the Northern California Region. Excluded are Psychologists, Chemical Dependency Counselors, Licensed Clinical Social Workers and Marriage and Family Therapists who work in supervisory, administrative and/or research capacities or function as Chiefs, Division Chiefs, Coordinators, Sub-Regional Chiefs/Coordinators, students and volunteers. NOTE: Several discussions resulting in side letters have taken place between the parties. Check Side Letters for changes to job title changes: (Non-supervisory Staff Neuropsychologists, Psychologists, Licensed Clinical Social Workers, Marriage and Family Therapists, Chemical Dependency Counselors I & II, Psychiatric Social Worker Assistants, Psychological Assistants, MFT Assistants (MFTI), and Unlicensed Case Managers in Northern California Region.) |
| SEIU-535-Social Services San Diego | Kaiser Foundation Hospitals and Southern California Permanent Medical Group | Get NLRB Board Certification #21 RC 19410 Para. 101 Kaiser Foundation Hospitals and Southern California Permanente Medical Group (hereinafter referred to as "the Employer" recognizes Social Services Union, Local 535 of the SEIU (hereinafter referred to as "the Union") as the sole and exclusive bargaining agent for covered Employees pursuant to National Labor Relations Board Certification #21 RC-19410 |
| SEIU-535-Medical Social Workers Northern California | Kaiser Foundation Hospitals, The Permanente Medical Group | Para. 2 & 3 The Employer recognizes the Union as the exclusive bargaining agency of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work and working conditions. Scope: This Master Agreement covers all Medical Social Workers employed by the Employer in covered positions. Excluded from this agreement is a Medical Social Worker assigned to be Director of Social |

Case 3:22-cv-05113-VC   Document 1   Filed 09/08/22   Page 538 of 549

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| | | Services at any of the Employer's facilities or to whom the Employer has given authority to hire, promote, discipline, discharge, or otherwise change status or effectively recommend such action. |
| SEIU-535-American Federation of Nurses<br>Los Angeles | Kaiser Foundation Hospitals, Los Angeles Medical Center | Get NLRB certification # 31-CA-2984<br>Para. 101<br>The Employer recognizes the Union as the sole and exclusive bargaining agent for all inpatient Registered Nurses employed by Kaiser Foundation Hospital, Los Angeles Medical Center, with respect to wages, hours and working conditions in accordance with the certification issued by the NLRB on April 19, 1976, in Case 31-CA-2984 and for all Home Health and Hospice Registered Nurses employed by Kaiser Foundation Hospital, Los Angeles Medical Center. |
| SEIU-535-Optical Workers<br>Northern California | The Permanente Medical Group | Get Letters of Agreement<br>Para. 30,<br>The Employer recognizes the SEIU, Local 535 Optical Workers Unit as sole collective bargaining agent for Employees working in the classifications as set forth in Section 1.<br>Section 1.  This Agreement covers Benchpersons, Optical Dispensers, Surface Grinders, Prescription Stock Clerks, Inspectors, Utility Optical Workers, Optical Services Assistants, Working Foremen, Lead Optical Dispensers, Lead Prescription Stock<br>Clerks and Special Optical Workers, Contact Lens Assistants, Contact Lens Trainees, Contact Lens Fitters, and Optical Equipment Maintenance Technicians, Senior Prescription Stock Clerks but excludes Branch Managers (as outlined in a Letter of Agreement dated January 20, 1984 and December 1, 1986 |
| SEIU-535- Southern California Healthcare Professionals<br>Southern California | Southern California Permanente Medical Group | Audiologists, Dietitians, Health Educators, Speech Pathologists |
| SEIU-105<br>Colorado | Kaiser Foundation Health Plan of Colorado | Get NLRB Certification #27 RC 4420<br>Article 2, 3, Section 1<br>The Employer recognizes the Union as the exclusive bargaining agent of the Employees coming under the jurisdiction of the Union for the purpose of collective bargaining with respect to rates of pay, hours of work and working conditions.<br><br>This Agreement shall cover all of the Employer's Employees represented by the Union as certified by the NLRB in Case No. 27-RC-4420.  This Agreement covers Employees in classifications covered by this Agreement in any new facility. |

# ATTACHMENT 1

| Union | Employer | Covered Bargaining Units/Recognition/Scope |
|---|---|---|
| SEIU-49<br>Oregon/Washington | Kaiser Foundation Health Plan of the Northwest<br>Kaiser Foundation Hospitals | Articles 2.1, 2.2<br>The Employer recognizes the Union as the exclusive bargaining agent of the Employees covered by this Agreement for the purposes of collective bargaining with respect to rates of pay, hours of work and working conditions.<br><br>Scope: the term "Employee" or "Employees" as and whenever used in this Agreement shall mean and include Employees of the Employer employed in the classifications set forth in Schedule A attached hereto at the Employer's Kaiser Permanente facilities, including but not limited to facilities located in Multnomah, Clackamas, Washington and Marion Counties in the State of Oregon, Clark County and Cowlitz County in the State of Washington. This Agreement shall also apply to Employees performing work in the classifications set forth in Schedule A as appropriate in any new facility operated by the Employer.<br>See also Exclusions: 2.3, 2.4   Schedule A |

**NOTE:  This document is intended to reflect existing bargaining units without change except for Local 250, Local 399, now United Healthcare Workers West and Local 535 SD and LA, now SCAL Psycho-Social.**

56

# Exhibit 3

ATIONAL AGREEMENT




Oct. 1, 2019



PATIENT AND MEMBER FOCUS

BEST QUALITY · MOST AFFORDABLE · BEST SERVICE · BEST PLACE TO WORK

2019

# NATIONAL AGREEMENT

★★★★★

Kaiser Permanente | The Coalition of Kaiser Permanente Unions



KAISER PERMANENTE
THE COALITION OF KAISER PERMANENTE UNIONS



LABOR MANAGEMENT PARTNERSHIP


LABOR MANAGEMENT PARTNERSHIP

**Labor Management Partnership Communications**
One Kaiser Plaza, 24th Floor, Lakeside
Oakland, California 94612
LMPartnership.org

 185





# 2019

# NATIONAL AGREEMENT

★ ★ ★ ★ ★



LABOR MANAGEMENT
PARTNERSHIP

# CONTENTS

**NATIONAL AGREEMENT: INTRODUCTION** ........................................1

**SECTION 1: PRIVILEGES AND OBLIGATIONS OF PARTNERSHIP**......................2
  **A. Commitment to Partnership** ........................................2
  **B. Partnership Governance and Structure**........................................4
    1. Partnership Structures........................................4
      a. Integration ........................................4
      b. Partnership in Shared Services, National Functions and
        Cross-Regional Functions........................................5
      c. Unit-Based Teams........................................5
      d. Pathway to Partnership Performance........................................8
      e. Joint Accountability........................................9
      f. Partnership Structures and Operations........................................9
      g. World Class Partnership Revitalization Communication........................................9
    2. Governing Bodies ........................................10
    3. Joint Partnership Trust........................................10
  **C. Organizational Performance** ........................................11
    1. Performance Improvement ........................................11
      a. Successful Practices ........................................12
      b. Flexibility........................................12
    2. Service Quality........................................15
      a. Leadership Commitment and Service Behavior ........................................15
      b. Systems and Processes........................................16
      c. Environment........................................16
    3. Attendance........................................16
      a. Philosophy........................................16
      b. Sponsorship and Accountability........................................17
      c. Time-Off Benefit Enhancement........................................17
      d. Implementation........................................20
      e. Integrated Disability Management........................................20
      f. Attendance Intervention Model........................................20
      g. Staffing and Backfill (Planned Replacement) ........................................20
    4. Scope of Practice ........................................21
    5. Joint Marketing and Growth ........................................21
      a. CKPU Growth........................................22
  **D. Workforce Planning and Development**........................................23
    1. Taft-Hartley Trusts ........................................23
      a. Funding........................................23
      b. Governance........................................23
    2. Structure........................................24

;

## CONTENTS

    a. Workforce Planning and Development Coordination and Implementation Structure ................................................................. 24
    b. National Workforce Planning and Development Team (National Team) .................................................................................. 24
    c. Regional Workforce Planning and Development Teams (Regional Teams) .................................................................................. 24
    d. Facility Workforce Planning and Development Teams (Facility Teams) .................................................................................. 25
   3. Joint Workforce Planning and Development ........................................... 25
    a. Workforce Planning and Development ..................................... 26
    b. Career Development.................................................................. 28
    c. Education and Training.............................................................. 29
    d. Redeployment.......................................................................... 30
    e. Retention and Recruitment ...................................................... 31

**E. Education and Training ........................................................................ 31**
   1. Principles ................................................................................. 31
   2. Types of Training ..................................................................... 31
   3. Steward Education, Training and Development................................. 32
   4. Integrated Approach to Education and Training................................. 33
   5. LMP Education and Training ..................................................... 34

**F. Staffing, Backfill (Planned Replacement), Budgeting and Capacity Building .............................................................................. 34**
   1. Planned Replacement and Budgeting................................................. 34
   2. A Joint Staffing Process ............................................................ 36
   3. Forecast and Outline Patient Care Needs of the Future........................ 37
   4. Contract Specialists .................................................................. 37
   5. Travelers and Registry Personnel ..................................................... 38

**G. Human Resource Information System (HRIS) Process Consistency.............................................................................. 38**

**H. Total Health ...................................................................................... 39**
   1. Work-Life Balance (WLB)........................................................... 39
   2. Total Health Agreement ............................................................ 39
    a. Creating a Healthy Workplace Culture and Environment................... 40
    b. Educating and Engaging Employees as Active Leaders in Their Health ............................................................................ 41
    c. Coalition Union and Management Leadership ................................ 41
   3. Community Engagement............................................................. 41
   4. Programs and Services ............................................................. 42
    a. Employee Health Care Management............................................. 42
    b. Health Promotion .................................................................. 42

## CONTENTS

c. Employee Assistance Services ........................................................... 42

d. Referral Services ................................................................................ 42

e. Donating Days .................................................................................... 42

5. Mandatory Overtime and Assignments ...................................................... 43

**I. Patient Safety** .................................................................................................. **43**

1. Creating a Culture of Safety ......................................................................... 43

2. Flu Prevention ............................................................................................... 44

**J. Workplace Safety** ............................................................................................ **44**

1. Creating a Culture of Safety ......................................................................... 44

2. Comprehensive Approach to Safety ............................................................. 45

3. National Data System ................................................................................... 45

4. Bloodborne Pathogens ................................................................................. 45

5. Integrated Disability Management ................................................................. 46

6. Workplace Violence Prevention .................................................................... 47

7. Ergonomics ................................................................................................... 47

8. Union Indemnification ................................................................................... 47

**K. Union Security** ................................................................................................ **47**

1. Union Leaves of Absence .............................................................................. 47

2. Corporate Transactions ................................................................................. 48

3. Voluntary COPE Check-off ............................................................................ 49

4. Subcontracting and Outsourcing .................................................................. 49

5. Union Representation of New Positions ........................................................ 49

6. New Employee Orientation ............................................................................ 51

**L. Problem-Solving Processes** ......................................................................... **51**

1. Issue Resolution and Corrective Action Procedures .................................... 52

a. Issue Resolution and Corrective Action ................................................ 52

2. Partnership Agreement Review Process ....................................................... 53

**M. Term of the Partnership** ............................................................................... **54**

**SECTION 2: WAGES AND BENEFITS** ............................................................. **56**

**A. Compensation** ................................................................................................. **56**

1. Guaranteed Across-the-Board Wage Increases (ATBs) ............................... 57

2. Performance-Based ATBs or Lump-Sum Payments ..................................... 57

3. Performance Sharing ..................................................................................... 57

**B. Health and Welfare Benefits** ........................................................................ **61**

1. Medical Benefits ............................................................................................ 61

a. Eligibility ................................................................................................ 61

b. Basic Comprehensive Plan .................................................................... 61

c. Parent Coverage .................................................................................... 63

d. Health Care Spending Account .............................................................. 63

# CONTENTS

e.  Healthcare Reimbursement Account ................................................. 63

f.  Preferred Provider Option (PPO)/Point of Service (POS) Plans ........... 63

2. Retirement Benefits ........................................................................ 64

a. Defined-Contribution Plan ................................................................ 64

b. Defined-Benefit Retirement Plan ....................................................... 65

c. Pension Protection Act (PPA) Compliance ......................................... 66

d. Continuation of Certain Retirement Programs .................................... 66

e. Pension Service Credits .................................................................... 67

f.  Investment Committee Representative ............................................... 67

g. Pre-Retirement Survivor Benefits ...................................................... 67

h. Retiree Medical Benefits ................................................................... 68

3. Other Benefits ................................................................................ 72

a. Dependent Care Spending Account .................................................. 72

b. Survivor Assistance Benefit ............................................................... 72

c. Workers' Compensation Leaves of Absence ...................................... 72

d. Disability Insurance .......................................................................... 73

e. Employee Health Care Management Program .................................... 73

f.  Revised Dental Benefit ..................................................................... 73

g. Benefit Standardization and Simplification ........................................ 74

h. Life Insurance .................................................................................. 74

i.  Benefits by Design Voluntary Programs ............................................. 74

4. Maintenance of Benefits .................................................................. 74

5. Referrals to the Strategy Group ....................................................... 75

**C.  Disputes** ........................................................................................... **75**

**SECTION 3: SCOPE OF AGREEMENT** ..................................................... **77**

**A. Coverage** ........................................................................................... **77**

**B. The National Agreement and Local Agreements** ................................. **78**

**C. National Agreement Implementation** ................................................. **78**

**D. Duration and Renewal** ....................................................................... **78**

**E. Living Agreement** .............................................................................. **80**

Signatures ........................................................................................... 81

**F. Savings or Severability Clause** .......................................................... **80**

**SECTION 4: NATIONAL AGREEMENT EXHIBITS** ..................................... **E.1**

**1.B.1.c.1.(1)** 2005 Performance Improvement BTG Report, Page 7 ............. E.1

**1.B.1.c.1.(2)** The Rutgers Study: What Teams Need .................................... E.2

**1.B.1.c.3.**      The Path to Performance ........................................................ E.3

**1.B.1.d.**        Pathway to Partnership Performance ..................................... E.5

**1.C.1.b.**        2010 LMP Subgroup Recommendation: Flexibility ................. E.5

**1.C.4.(1)**       2005 Scope of Practice BTG Report, Pages 14–17 ................. E.6

# CONTENTS

**1.C.4.(2)** 2005 Scope of Practice BTG Report, Pages 9–11 .................. E.12

**1.D.3.** Workforce Planning and Development
Implementation Exhibit...........................................E.14

**1.E.4.** Integrated Approach to Education and Training.....................E.15

**1.F.** 2005 Attendance BTG Report, Concept No. 3,
Pages 20–23.........................................................E.16

**1.H.2.a.** Creating a Workplace Culture of Health.................................E.19

**1.H.5.** Mandatory Overtime Documents May 22, 2003 ....................E.20

**1.J.5.** Integrated Disability Management Implementation Timeline ... E.24

**1.J.6.** Workplace Violence Prevention..............................................E.24

**1.K.4.** Side Letter Regarding Subcontracting and Outsourcing Dated
September 25, 2019 ............................................E.25

**1.L.2.** Issue Resolution Form.........................................................E.29

**2.A.2.** Relevant Performance Sharing Program Sections
of the 2008 Reopener ..........................................E.30

**2.B.1.c.** Letter of Agreement Parent Medical Coverage........................E.32

**2.B.2.b.** List of LMP Defined-Benefit Plans Sponsored by
Kaiser Permanente..................................................E.37

**2.B.2.h.** Retiree Medical Benefits – Base Eligibility .............................E.47

**2.B.3.d.** General Description of Disability Plan Benefit Levels ..............E.50

**2.B.3.e.** KPWA — Transition to Partnership.......................................E.50

**3.A.** Retiree Voluntary Pension Check-Off ...................................E.51

**3.B.** KAISER FOUNDATION HEALTH PLAN/HOSPITALS AND
PERMANENTE MEDICAL GROUPS ("KAISER PERMANENTE")
AND THE COALITION OF KAISER PERMANENTE UNIONS
("COALITION").......................................................E.51

**3.D.** Local Union Agreements .....................................................E.53

Index.................................................................................E.55

Notes................................................................................E.57

## NATIONAL AGREEMENT

This National Agreement (the Agreement) is entered into this first day of October, 2019, by and between the labor organizations participating in the Coalition of Kaiser Permanente Unions (the Coalition) and the organizations participating in the Kaiser Permanente Medical Care Program (the Program), including Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (KFHP/H), and the Permanente Medical Groups (collectively Kaiser Permanente or Employers, or individually, Employer), which are signatories hereto.

**SECTION 4**

# Exhibit 3.D

## LOCAL UNION AGREEMENTS

| International Union | Local Union | Group | Region | Bargaining Unit | Current Expiration Date | Extended Expiration Date |
|---|---|---|---|---|---|---|
| SEIU | SEIU L49 | 2 | Northwest | Clerical/Service | 6/30/19 | 6/30/23 |
| SEIU | UHW — West | 2 | Southern California | Moreno Valley | 6/30/19 | 6/30/23 |
| SEIU | L121 RN | 2 | Southern California | RN | 6/30/19 | 6/30/23 |
| OPEIU | OPEIU L30 | 2 | Southern California | Clerical | 7/1/19 | 7/1/23 |
| OPEIU | OPEIU L2 | 2 | Mid-Atlantic States | Professional | 9/24/19 | 9/24/23 |
| SEIU | SEIU L105 | 2 | Colorado | Health Care Worker | 9/30/19 | 9/30/23 |
| SEIU | UHW — West | 2 | Northern California | MSW | 9/30/19 | 9/30/23 |
| SEIU | UHW — West | 2 | Northern California/Southern California | Health Care Worker/IT Workers | 9/30/19 | 9/30/23 |
| IFPTE | IFPTE L20 | 2 | Northern California | Genetic Counselor | 9/30/19 | 9/30/23 |
| SEIU | SEIUL1199 | 2 | Washington | OT/PT | 10/31/19 | 10/31/23 |
| SEIU | L1199 | 2 | Washington | RN/ANRP | 10/31/19 | 10/31/23 |
| SEIU | L1199 | 2 | Washington | Service Unit | 10/31/19 | 10/31/23 |
| OPEIU | OPEIU L29 | 2 | Northern California | Clerical/Technical | 11/3/19 | 11/3/23 |
| OPEIU | OPEIU L50 | 2 | Hawaii | RN | 12/30/19 | 12/31/23 |
| OPEIU | OPEIU L2 | 2 | Mid-Atlantic States | Clerical/Technical | 12/15/19 | 12/15/23 |
| IFPTE | IFPTE L20 | 2 | Northern California | Clinical Lab Scientist | 12/29/19 | 12/29/23 |
| IFPTE | IFPTE L20 | 2 | Northern California | Optometrist | 12/29/19 | 12/29/23 |

**NATIONAL AGREEMENT EXHIBITS**

## LOCAL UNION AGREEMENTS continued

| International Union | Local Union | Group | Region | Bargaining Unit | Current Expiration Date | Extended Expiration Date |
|---|---|---|---|---|---|---|
| OPEIU | OPEIU L8 | 3 | Washington | Administrative/ Clerical | 3/31/18 | 3/31/25 |
| OPEIU | OPEIU L30 | 3 | Southern California | California Service Center | 10/1/21 | 10/1/25 |

